**FILED**

NOV 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS
3112 WINDSOR DR.
#322
AUSTIN, TX. 78703     PLAINTIFF
512.339.6005 X 7958

V.

1. CHARLES E. BROWN,
ATTORNEY
TBN: 03101650
AND

2. CHARLES E. BROWN,
REAL ESTATE BROKER
LICENSE NO. 320045
AND

3. CHARLES E. BROWN,
REGISTERED AGENT,
AUSTIN PARK PLAZA,
LLC
FEIN: 931152142
FOREIGN, LLC

CASE NUMBER 1:06CV01964

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 11/15/2006

JURY ACTION

AND

4. CHARLES E. BROWN,
   MEMBER ATTORNEY
   AUSTIN APARTMENT
   ASSOCIATION
          AND
5. CHARLES E. BROWN,
   HUD - ATTORNEY,
   HUD # 06-06-293-8


          AND
6. WILLIAM S. WARREN III,
   ATTORNEY - MEMBER,
   AUSTIN APARTMENT
   ASSOCIATION
    T B N : 20890800


          AND
7. DUNHAM JEWETT,
   MANAGING PARTNER,
   CRADY JEWETT &
   MCCULLEY, LLP
    TBN : 10665500

2

AND

8. HUGH LAWRENCE McCULLEY, PARTNER CRADY, JEWETT & McCULLEY, LLP, TBN: 13494500

AND

9. SHELLEY BUSH MARMON, PARTNER CRADY, JEWETT & McCULLEY LLP TBN: 03497050

AND

10. SHELLEY BUSH MARMON, LEAD ATTORNEY FOR MDL - 1800

AND

11. CRADY, JEWETT, McCULLEY, LLP, PRACTICE AREAS-TAXATION AND REALESTATE AND BUSINESS ENTITIES FEIN: 741966745

3

AND

12. DAVID B. ARMBRUST,
MANAGING PARTNER
ARMBRUST L BROWN, LLP
TBN: 01304700
AND
13. FRANK B. BROWN IV
PARTNER
ARMBRUST L BROWN, LLP
TBN: 03192500
AND
14. GREGORY S. CAGLE
ATTORNEY
ARMBRUST L BROWN, LLP
TBN: 24003678
AND
15. ARMBRUST L BROWN, LLP
FEIN: 74282 7166
AND
16. WARREN LAW FIRM
AND
17. CHARLES E BROWN, P.C.

4

AND

18. MARC ERIC MALINGER,
ATTORNEY
STATE FARM LLOYDS
T B N : 12860050
AGENT NO.
AND

19. CHESTER E. BEAVER,
CITY ATTORNEY
AUSTIN, TEXAS
T B N : 61998815
CIVIL ACTION NO. 1:2006CV226LY
CIVIL ACTION NO. 1:2006CV260LY
M D L - 1800
AND

20. ANNE L. MORGAN,
CITY ATTORNEY
AUSTIN, TEXAS
T B N : 14432400
HUD # 06-06-293-8

5

AND

21. FELIX TARANGO
TRAVIS COUNTY ATTORNEY
AUSTIN, TEXAS
TBN: 24028027
CIVIL ACTION NO. 1:2006CV2604Y
CIVIL ACTION NO. 1:2006CV2264Y
HUD # 06-06-293-8
MOL-1800

AND

22. TIMOTHY MASHBURN
ATTORNEY
TEXAS COMPTROLLER
TBN: 13148400
INFORMANT CONTRACT
STATE FRANCHISE TAX

AND

23. MICHAEL J. POWELL
ATTORNEY
TEXAS SECRETARY OF
STATE
TBN: 00789555
FRANCHISE TAX FORFEITURES

6

AND
24. GUY J. JOYNER
ATTORNEY, TEXAS
SECRETARY OF STATE
TBN: 11039100
STATUTES - SERVICE OF
PROCESS - GREYSTAR
HOLDINGS, INC

AND
25. RAFAEL EDWARD CRUZ
SOLICITOR GENERAL
TEXAS ATTORNEY GENERAL
TBN: 24001953
MDL - 1800

AND
26. MAUREEN RAY, ATTORNEY
STATE BAR OF TEXAS
TBN: 24002806
CIVIL ACTION NO. 1:2006CV226LY
CIVIL ACTION NO. 1:2006CV260LY
CIVIL ACTION NO. 1:2006CV01558
AND

7

27. JUDITH TAYLOR EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION, ATTORNEY
TBN: 19708300
CIVIL ACTION NO. 1:2005CV2435S
CIVIL ACTION NO. 1:2006CV01558
MDL-1800
EEOC # 360-2003-8286X
EEOC # 360-2006-00307
AND

28. JENNIFER RANDALL, EEOC
ATTORNEY
SAN ANTONIO, TEXAS
EEOC # 360-2003-8286X
EEOC # 360-2006-00307
AND

29. ROBERT B. HARWIN, EEOC
ATTORNEY # 360-2003-8286X
EEOC SYSTEM OF RECORDS
FOIA REQUESTS
SAN ANTONIO, TEXAS
AND

8

30. MICHAEL LYNN SALYARDS
    EEO - ATTORNEY
    I.R.S. - DEPARTMENT
    OF TREASURY
    TBN: 00784898
    EEOC # 360-2003-8286X
         AND

31. THOMAS STANTON
    EEO - SUPERVISOR
    ATTORNEY - I.R.S.
    DEPARTMENT OF TREASURY
    TBN: 19055420
    DALLAS, TEXAS
    EEOC # 360-2003-8286X
    CIVIL ACTION NO. 1:2005CV02334
    MOL-1800
         AND

32. ASSISTANT U.S. ATTORNEYS
 A. KAREN MELNIK
    BAR NO.
 B. R. BARRY ROBINSON
    BAR NO.
 C. GERALD CONLEY CARRUTH
    TBN: 03896500

9

AND

D. STEVEN BOCK BASS
TBN: 01889700

AND

33. BEN CASTLEMAN FLOREY,
JR. ATTORNEY
CRIMINAL LAW
TBN: 07169500
CRIMINAL ACTION NO.
1:2004-CR-00171 LY
CIVIL 1:2005CV243SS
CIVIL 1:2006CV01558
MDL-1800
AND

34. DEREK HOWARD ATTORNEY
HOWARD & KOBELAN
TBN: 10064600
1:2002CV00526 LY
1:2003CV00661SS
AND

10

1: 2005 CV 243 SS
BUESGENS V. SNOW
AND
1: 2006 CV 01558
BUESGENS V. U.S.A.
AND
MOL - 1800

35. BARBARA A. ATKIN
ATTORNEY NATIONAL
TREASURY EMPLOYEES
UNION - NTEU
WASHINGTON, O. C.
BAR NO.

36. DENNIS SCHNEIDER
ATTORNEY NATIONAL
TREASURY EMPLOYEES
UNION    BAR NO.

37. JAMES PETRUCCI ATTORNEY
FEDERAL LABOR RELATIONS
AUTHORITY, BAR NO.

11

AND

38. GUY J. JOYNER,
ATTORNEY
TEXAS SECRETARY OF
STATE
SERVICE OF PROCESS
GREYSTAR HOLDINGS, INC
AND
39. TED CRUZ
SOLICITOR GENERAL
TEXAS ATTORNI

12

# I. PLAINTIFF'S ORIGINAL COMPLAINT

PLAINTIFF — PRO SE MICHAEL L. BUESGENS IS A CITIZEN OF THE UNITED STATES CURRENTLY RESIDING IN AUSTIN, TEXAS.

DEFENDANTS CHARLES E. BROWN, ATTORNEY ET. AL. OWN AND CONTROL VARIOUS BUSINESS ENTITIES IN THE UNITED STATES. THE PRINCIPAL LOCATION BEING TEXAS.

GOVERNMENT DEFENDANTS ARE LOCATED IN WASHINGTON, DC AND TEXAS

THE PRINCIPAL DEFENDANTS IN THIS COMPLEX MULTI-JURISDICTIONAL LITIGATION ARE ATTORNEYS AND LAW FIRMS WHO

13

REPRESENT OR ARE POLITICALLY
ASSOCIATED AND AFFILIATED
THROUGH THE COMMON BUSINESS
ACTIVITY OF COMMERCIAL
AND RESIDENTIAL REAL ESTATE-

1. DEVELOPMENT
2. CONSTRUCTION
3. MANAGEMENT
4. CONTROL
5. FINANCING
   A. FHA
   B. HUD
   C. PRIVATE

6. THE GOVERNMENT - ATTORNEYS
   A. CITY      - AUSTIN, TEXAS
   B. COUNTY -  TRAVIS - HARRIS
   C. STATE   -  MULTI STATE
   D. FEDERAL

7. ACTIVELY PARTICIPATE IN
   PROTECTING THE FOREGOING
   BUSINESS INTERESTS

14

# II     JURISDICTION

THIS COURT HAS JURISDICTION BECAUSE THE FOLLOWING CAUSES OF ACTION ARISE UNDER

1. 42 U.S.C.A. SECTION 1983
A. HOUSING DISCRIMINATION
B. EMPLOYMENT DISCRIMINATION

2. THE NEXUS BETWEEN AND AMONGST REAL ESTATE DEVELOPERS AND LAW FIRMS AND ATTORNEYS AND SYSTEM WIDE GOVERNMENT AGENCIES AND THEIR ATTORNEYS CITY, COUNTY, STATE AND FEDERAL.

3. THE USE AND ABUSE OF STATE – TEXAS. LEGAL PROCESS PLACING RETALIATORY AND CONSTRUCTIVE UNDER THE COLOR OF STATE LAW. EVICTION

15

4. MICHAEL L. BUESGENS HUD COMPLAINT DATED 12/28/2005 HUD # 06-06-293-8 AND THE SUBSEQUENT RETALIATION BY REAL ESTATE DEVELOPERS AND CITY COUNTY AND STATE GOVERNMENT OFFICIALS AND AGENCIES.

5. FAIR HOUSING ACT - VIOLATIONS

6. REHABILITATION ACT - VIOLATIONS

7. AMERICANS WITH DISABILITIES ACT - VIOLATIONS

8. INTERFERENCE - LEASE CONTRACT.

9. INTERFERENCE WITH HUD COMPLAINT # 06-06-293-8.

16

10. PLAINTIFF MICHAEL L. BUESGENS COMPLAINT AND CAUSES OF ACTION AGAINST THE FOREGOING:

COMPLAINT

11. MULTIPLE CAUSES OF RELATED ADVERSE ACTIONS AGAINST PLAINTIFF — PRO SE BUESGENS.

12. INTERTWINED CAUSES OF ACTION NOT JOINED FOR JUST ADJUDICATION OF BUESGENS CAUSES OF ACTION AGAINST DEFENDANTS IN CIVIL ACTIONS.

✓ THAT HAS NOW BECOME A COMPLAINT AGAINST ATTORNEYS AND **LAW FIRMS** AND STATE AGENCIES AND FEDERAL AGENCIES.

13. ALL RELATED AND CONNECTED CAUSES OF ACTION.

17

14. DISCRIMINATION
RELATED — CONNECTED BY
THE SAME CAST OF CHARACTERS —
A MINDLESS MACHINE.

A. EMPLOYMENT DISCRIMINATION
BASED ON DISABILITY — BIPOLAR

B. HOUSING DISCRIMINATION BASED
ON DISABILITY — BIPOLAR

15. RETALIATION AGAINST MICHAEL
L. BUESGENS BECAUSE OF
THE EMPLOYMENT AND HOUSING
RELATED DISCRIMINATION **COMPLAINTS**

16. CONSTITUTIONALITY OF STATE
STATUTES IN THE FOLLOWING:
A. DELAWARE
B. SOUTH CAROLINA
C. GEORGIA
D. FLORIDA

18

E. LOUISIANA

F. MISSISSIPPI

G. TEXAS

H. ARIZONA

I. COLORADO

K. NEW MEXICO

L. CALIFORNIA

M. ALASKA

17. STATE FRANCHISE TAXES

18. CERTIFICATES OF AUTHORITY TO DO BUSINESS

19. ASSUMED NAME AND TRUE NAME VIOLATIONS

20. STATE FRANCHISE **TAX** LIABILITY NEXUS TO FEDERAL CORPORATE I.R.S. TAX REPORTING.

21. ATTORNEYS AND LAW FIRMS AND REAL ESTATE DEVELOPERS AND STATE AGENCIES COLLUSION AGAINST PLAINTIFF MICHAEL L BUESGENS

19

22. CIVIL CONSPIRACY INTERTWINED IN PLAINTIFF MICHAEL L BUESGENS HOUSING DISCRIMINATION COMPLAINT AND EMPLOYMENT DISCRIMINATION COMPLAINT

23. CAUSES OF ACTION FROM RETALIATION AGAINST PLAINTIFF BUESGENS BY ATTORNEYS LAW FIRMS REAL ESTATE DEVELOPERS AND GOVERNMENT OFFICIALS AND AGENCIES.

24. DISCRIMINATION AND RETALIATION AGAINST MICHAEL L. BUESGENS BY

A. NATIONAL APARTMENT ASSOCIATION
B. TEXAS APARTMENT ASSOCIATION
C. AUSTIN APARTMENT ASSOCIATION

IN COLLOSION WITH THE FOKEGOING AND THE APARTMENT ASSOCIATIONS HAVE TAX EXEMPT STATE AND FEDERAL STATUS

20

25. BREACH OF DUTY OWED AGAINST BUESGENS (PLAINTIFF) BY THE FOREGOING.

26. ATTORNEY BREACH OF FIDUCIARY DUTY TO THE COURTS AND TO NON-CLIENT PLAINTIFF BUESGENS.

27. NEGLIGENT MISREPRESENTATIONS BY ATTORNEYS AND LAW FIRMS — PRIVATE AND GOVERNMENT TO THE COURTS AND GOVERNMENT AGENCIES AND TO PLAINTIFF BUESGENS IN:

A. EMPLOYMENT DISCRIMINATION
AND
B. HOUSING DISCRIMINATION

COMPLAINTS AND CIVIL ACTIONS

21



28. CONNECTED AND COORDINATED ADVERSE ACTIONS AGAINST PLAINTIFF BUESGENS BY THE FOREGOING CIRCUMVENTING
A. FEDERAL STATUTES
B. STATE STATUTES
C. FEDERAL RULES OF CIVIL PROCEDURE
D. STATE RULES OF CIVIL PROCEDURE

29. ATTORNEY AND LAW FIRM PRIVATE AND GOVERNMENT MISCONDUCT

30. TAX FRAUD
A. STATE
   AND
B. FEDERAL

31. VIOLATIONS OF SECRETARY OF STATE REGULATIONS FOR BUSINESS AND NON-PROFIT ENTITIES

22

32. FAILURES OF ATTORNEYS AND LAW FIRMS CLIENTS TO ACQUIRE FICTITIOUS NAME CERTIFICATION

33. MISREPRESENTING THE TRUE NAME AND IDENTITY AND STANDING AND CAPACITY OF THE OWNERS AND GENERAL PARTNERS OF RESIDENTIAL MULTI-FAMILY COMMUNITIES.

34. ATTORNEYS AND LAW FIRMS NEGLIGENT AND INTENTIONALLY NEGLIGENT MISPRESENTATIONS FOR MANDATORY DISCLOSURES

35. ATTORNEYS PRIVATE AND GOVERNMENT AND LAW FIRMS

A. FRAUDULENT ACTS
B. NEGLIGENTLY ALLOWED BY EVERYONE

23

ATTORNEYS - PRIVATE -
GOVERNMENT AND LAW FIRMS
AND THE STATE BAR

C. WILLFUL AND PREMEDITATED
ACTIVITIES - LEGAL AND
BUSINESS DECISIONS

D. FRAUDULENT ACTIVITIES THAT
ARE FOREIGN TO THE DUTIES
OF AN ATTORNEY

E. ATTORNEYS ACTING OUTSIDE
THE SCOPE OF THEIR DUTIES

F. FRAUDULENT ACTS ON THE
BEHALF OF THEIR CLIENTS

PRIVATE AND GOVERNMENT

24

36. NO LIMITATIONS TO RELY ON
AND NO DISCLAIMERS AS TO
THE ACCURACY OF THE
FOREGOING ATTORNEYS
REPRESENTATIONS MADE TO
MICHAEL L BUESGENS AND
UNREPRESENTED NON-CLIENTS.

37. ATTORNEYS AIDING AND
ABETTING A BREACH OF DUTY
(FIDUCIARY) BASED UPON
RENDITION OF LEGAL ADVICE

38. THE FOREGOING ATTORNEYS
DEFENDANTS IN THIS CAUSE
OF ACTION BY MICHAEL L.
BUESGENS
              VIOLATIONS
OF RULES OF PROFESSIONAL
CONDUCT TOWARD PERSONS
INVOLVED IN THE JUDICIAL
PROCESS

25

39. ATTORNEYS AND LAW FIRMS NOT REPORTING THE PROFESSIONAL MISCONDUCT.

40. THE DEFENDANT ATTORNEYS PRIVATE AND GOVERNMENT AND LAW FIRMS HAVE CAUSED THESE MULTIPLE CIVIL LITIGATION FILINGS BY PLAINTIFF MICHAEL L. BUESGENS

41. THEIR RETALIATION AND
A. ABUSE OF PROCESS
B. ABUSE OF POWER
C. ABUSE OF RELATIONSHIPS
D. ABUSE OF KNOWLEDGE
IS. RETALIATION AND DISCRIMINATION AGAINST MICHAEL L. BUESGENS.

26

42. PLAINTIFF MICHAEL L. BUESGENS

MULTIPLE CAUSES OF ACTION

A. EXCEEDS HIS REPORTED ORIGINAL DISCRIMINATION AND THERE IS NO END IN SIGHT.

B. WHEN YOU ARE PRO SE EVERYONE PISSES ON YOU. AND

C. STATUTES AND LAWS AND RULES ARE ONLY LIP SERVICE AND

D. ARE ROUTINELY MANIPULATED BY THE FOREGOING UNETHICAL AND UNLAWFUL ATTORNEYS—PRIVATE AND GOVERNMENT.

27

III. PLAINTIFF MICHAEL L BUESGENS DEMANDS A JURY TRIAL.

## IV. DAMAGES

1. EXTENSIVE COMPENSATORY DAMAGES AND PUNITIVE AND EXEMPLARY DAMAGES.

2. PAST AND PRESENT AND FUTURE DAMAGES

3. BY REFERENCE

**SEE** MICHAELL BUESGENS CIVIL ACTION FILINGS

A. MAL - 1800
B. 1:2005 CV 02334
C. 1: 2006 CV 01558
D. 1: 2005 CV 243 SS
E. 1: 2006 CV 260 LY
F. 1: 2006 CV 226 LY

28

G. HUD # 06-06-293-8

H. EEOC #
I. M.S.P.B. #
J. O.S.C. #
K. F.L.R.A. #

L. BUESGENS FEDERAL TORT CLAIM FTCA AND FOIA AND PRIVACY ACT VIOLATIONS IN 1:2006 CV01558

4. BACK PAY
5. FRONT PAY
6. PHYSICAL INJURY
7. MENTAL ANGUISH
8. PSYCHOLOGICAL ABUSE
9. UNLAWFUL CONVERSION OF PROPERTY
10. DEFAMATION OF CHARACTER IN THE COMMUNITY
11. GROSS NEGLIGENCE BY THE ATTORNEYS AND THEIR CLIENTS

29

12. CONSCIOUS INDIFFERENCE
TO THE SUFFERING AND
ABUSE THAT MICHAEL L.
BUESGENS HAS BEEN SUBJECT
TO BY THE FOREGOING
SINCE MAY 15, 2002.

13. CONTINUOUS AND UNRELENTING
ABUSE BY THE SAME CAST
OF CHARACTERS

14. MICHAEL L. BUESGENS HAS
BEEN UNABLE TO WORK
SINCE MARCH 7, 2005
BECAUSE OF THE ABUSE
AND AGGRAVATION TO HIS
BIPOLAR DISEASE FROM
THE BAD ACTS AND
BAD FAITH OF THE FOREGOING
IN THE OFFICIAL PERFORMANCE
OF THEIR DUTIES TO
CLIENTS BOTH PRIVATE AND
GOVERNMENT.

30

# V    DISCOVERY

1. YOU CAN FORGET THAT. ATTORNEYS DON'T ALLOW IT AND COURTS DON'T ENFORCE IT AND

2. IT HAS MORE PERFORATIONS THAN THE FREEDOM OF INFORMATION ACT.

3. SEE BUESGENS FOIA COMPLAINTS IN CIVIL ACTIONS
   A. 1:2005CV2435S
   B. 1:2005CV02334
   C. 1:2006CV01558

# VI    PRAYER

PLAINTIFF — PRO SE MICHAEL L. BUESGENS REQUESTS RELIEF FOR HIS DAMAGES AND DISCOVERY REQUESTS.

31

RESPECTFULLY SUBMITTED

Michael L Buesgens
MICHAEL L. BUESGENS
PRO SE
PRIVATE ATTORNEY GENERAL
PLAINTIFF

3112 WINDSOR RD
#A 322
AUSTIN, TEXAS  78703

512-339-6005 X 7958

MIKEBUESGENS@HOTMAIL.COM

NOVEMBER 12, 2006

32

# U.S. Party/Case Index

## All Types Name Search Results

**11 Total Party matches for selection BUESGENS,MICHAEL for ALL COURTS**

**Search Complete**

**Wed Nov 8 08:08:08 2006**

**Selections 1 through 11 (Page 1)**

⬤Download (1 pages $ 0.00)

### Bankruptcy Cases

|   | Name | Court | Case No. | Filed | Chapter |
|---|------|-------|----------|-------|---------|
| 1 | BUESGENS, MICHAEL L. | txwbke | 06-01248 | 10/24/2006 | AP |
| 2 | BUESGENS, MICHAEL L. | txwbke | 06-11164 | 07/31/2006 | 7 |

### Civil Cases

|    | Name | Court | Case No. | Filed | NOS | Closed |
|----|------|-------|----------|-------|-----|--------|
| 3  | BUESGENS, MICHAEL L. | txwdce | 1:2006cv00226 | 03/29/2006 | 443 | |
| 4  | BUESGENS, MICHAEL L. | txwdce | 1:2006cv00226 | 03/29/2006 | 443 | |
| 5  | BUESGENS, MICHAEL L. | txwdce | 1:2005cv00243 | 04/29/2005 | 445 | |
| 6  | BUESGENS, MICHAEL L. | txwdce | 1:2006cv00260 | 04/10/2006 | 443 | 05/24/2006 |
| 7  | BUESGENS, MICHAEL L. | txwdce | 1:2002cv00526 | 08/20/2002 | 871 | 09/18/2002 |
| 8  | BUESGENS, MICHAEL L. | txwdce | 5:2006cv00738 | 08/28/2006 | 890 | |
| 9  | BUESGENS, MICHAEL L. | dcdce | 1:2006cv01558 | 09/01/2006 | 360 | |
| 10 | BUESGENS, MICHAEL L. | dcdce | 1:2005cv02334 | 12/05/2005 | 442 | 05/09/2006 |

### Appellate Cases

|    | Name | Court | Case No. | Filed | NOS | Closed |
|----|------|-------|----------|-------|-----|--------|
| 11 | BUESGENS, MICHAEL L. | dcca | 06-5314 | 10/13/2006 | 2442 | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/08/2006 08:08:08 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | All Types srch pg 1 | **Search Criteria:** | BUESGENS,MICHAEL |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

## U.S. Party/Case Index - Home

**Search:** All Court Types | Appellate | Bankruptcy | Civil | Criminal
**Reports:** Court Code List | Date Range | Courts not on Index | Statistical Reports
**User Options:** Change Client Code | New Login | Billing History | PSC Home Page |
E-Mail PSC | Logout

**?❓?** Help

06 1964

**FILED**

NOV 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



# SUNSET ADVISORY COMMISSION

*P.O. Box 13066  ❖  Austin, Texas  78711-3066*

**Senate Members**

Chair
Sen. Kim Brimer
Ft. Worth

Sen. Robert F. Deuell, M.D.
Greenville

Sen. Craig Estes
Wichita Falls

Sen. Eliot Shapleigh
El Paso

Sen. John Whitmire
Houston

Howard Wolf
Austin

**House Members**

Vice Chair
Rep. Vicki Truitt
Keller

Rep. Byron Cook
Corsicana

Rep. Dan Flynn
Van

Rep. Lois Kolkhorst
Brenham

Rep. Ruth Jones McClendon
San Antonio

Ike Sugg
San Angelo

**Director**

Joey Longley

October 16, 2006

Michael L. Buesgens
3112 Windsor Road  #A322
Austin, Texas  78703

**RE:  State Bar of Texas Complaint**

Dear Mr. Buesgens:

Thank you for your correspondence regarding the State Bar of Texas.  The State Bar of Texas is not currently under review, but is scheduled for Sunset review in 2015.

In accordance with Government Code, chapter 325, the Sunset process assesses the continuing need for a state agency to exist.  Though Sunset staff evaluates the agency as a whole, the review does not address individual problems or complaints, instead focusing on broad, statutory changes.

Feel free to contact me should you have any questions or need anything further.

Thank you,

Janelle A. Collier
Staff Counsel



**Federal Trade Commission**
600 Pennsylvania Avenue, NW
Washington, DC 20580

For Release: January 13, 2003

Related Documents:

## FTC Policy Planning Director Ted Cruz Appointed Solicitor General of Texas

R. Ted Cruz, the Director of the Federal Trade Commission's Office of Policy Planning, will be leaving the Federal Trade Commission at the end of January, after nearly two years in the position. Mr. Cruz has been appointed the Solicitor General of the State of Texas, and will be moving to Austin in early February.

"The agency's mission of promoting competition and protecting consumers is critically important to the function of our free-market economy and to consumers nationwide," said FTC Chairman Timothy J. Muris. "Ted has been instrumental in implementing that agenda. We congratulate him on his excellent work for the FTC and wish him much success in his new position."

Mr. Cruz has led the Office of Policy Planning since June of 2001. The Office assists the Commission in developing and implementing long-range policy and legal objectives, advises on cases raising novel or complex legal issues, and directs the FTC's Competition Advocacy program. In addition, Mr. Cruz has chaired the FTC's State Action Task Force, *Noerr-Pennington* Task Force, and Internet Task Force. He argued successfully for the agency in *In re Buspirone*, 185 F.Supp.2d 363 (S.D.N.Y. 2002), a major *Noerr* precedent that cleared the way for continued antitrust scrutiny of anticompetitive conduct that could frustrate the sale of generic pharmaceuticals to consumers. And, he organized a ground-breaking three-day public workshop at the FTC examining possible anticompetitive efforts to restrict competition on the Internet.
(http://www.ftc.gov/opp/ecommerce/anticompetitive/index.htm)

Prior to his tenure at the FTC, Mr. Cruz served as Associate Deputy Attorney General at the U.S. Department of Justice, as Domestic Policy Advisor to President Bush on the Bush-Cheney campaign, and as a law clerk to Chief Justice William H. Rehnquist on the U.S. Supreme Court. He was raised in Texas, is a two-time U.S. national champion debater, and is a graduate of Princeton University and Harvard Law School.

"It has been a tremendous honor to serve under Chairman Muris at the FTC," Mr. Cruz said. "I look forward to the new challenges in representing the State of Texas, but I will certainly miss working with the many dedicated and principled professionals throughout the agency, whom I'm proud to call colleagues and friends."

**MEDIA CONTACT:**
   *Office of Public Affairs*
   202-326-2180



**mikebuesgens@hotmail.com**                                                        8:06 PM 10/27/06
To:  Rules_Support@ao.uscourts.gov; mikebuesgens@hotmail.com
Subject:  USCourts.gov Webmaster Feedback: Rules


From URL: http://

Email Address: mikebuesgens@hotmail.com

Comments: FRAP 4(d) and amened appeal aso right taken.
I filed a notice of appeals in U.S District Court For the Western District of Texas,Austin Division

1.Civil No. A-05-CA-243SS
2.Civil No. A-06-CA-226LY
and
Amended Appeal As Of Right Taken
at the Fifth Circuit Court of Appeals

1.Appeal No.
2.Appeal No.

The Fifth Circuit refused to send my amended appeals to the U.S. District Court For The Western District of
Texas, Austin Division and it is required per FRAP 4(d).

Then the Fifth Circuit refused to make the correct docket entry for their docket on these amende appeals and
instead called them unable to understand and no action will be taken.

Then the Fifth Circuit told me that they have private filings and public filings and that the motions I filed will
be put in a private filing.

Then on September 7,2006 the Fifth Circuit dismissed my appeals on final orders that occurred at the
U.S.District Court For The Western District of Texas,Austin Division.

Now I have filed another appeal on final orders in Case No. A-05-CA-243SS.

What can I do about the Fifth Circuit refusing to follow their own rules on FRAP 4(d).

The Fifth Circuit was required to forward those amended appeals to the U.S> District Court.

FIFTH CIRCUIT Clerks
Karen Whittington, Case Manager
504-310-7696
and
Peggy Keller
504-310-7708
and
Mary Stewart,Case Management Clerk
504-310-7694
and

U.S.District Court, Austin, Texas
appeals clerk
Jay
512-916-5896 ext 223

Sincerely
Michael L Buesgens
Pro Se
3112 Windsor Rd #A322
Austin, Texas 78703
512-339-6005 ext 7958
mikebuesgens@hotmail.com

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN **NOV. 13, 2006**

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

*FAX: 202-502-2888*

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

X

This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

_____ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

_____ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| *11/10/2006* | *MICHAEL L. BUESGENS* | *Michael L. Buesgens* |
|---|---|---|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) (**list even if waiving**):

*CIVIL ACTION NOS.*
*1: 2005 CV 2435 SS*
*1: 2006 CV 260 LY*
*1: 2006 CV 226 LY*
*1: 2005 CV 0233Y*
*1: 2006 CV 01558*

*MIKEBUESGENS@HOTMAIL.COM*

Name and Address of Attorney Designated to Present Oral Argument:

*MICHAEL L. BUESGENS, PRO SE*
*PRIVATE ATTORNEY*
*3112 WINDSOR RD #A322*
*AUSTIN, TEXAS 78703*

06 1964

**FILED**

NOV 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Telephone No.: _____ *512-339-6005 X 7958*

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/01)

RE: MAL - 1800
MICHAEL L. BUESGENS
PRO SE
PRIVATE ATTORNEY GENERAL
LITIGATION

MICHAEL L. BUESGENS NOTICE
OF PRESENTATION OF ORAL
ARGUMENT
          CONTINUATION ✔

1. THIS MAL IS COMPLEX
LITIGATION
                    AND
2. MULTIPLE CAUSES OF ACTION
THAT HAVE ERUPTED FROM
THE ORIGINAL CLAIM OF

2

3 DISCRIMINATION
A. EMPLOYMENT
      AND
B. HOUSING
      AND
4. THE SUBSEQUENT RETALIATION
BY THE SAME CAST OF
CHARACTERS IN VARIOUS
JURISDICTIONS

5. THIS LITIGATION IS DOCUMENT
INTENSIVE CAPABLE OF
REVIEW BY SEQUENCE
OF DOCUMENTED ACTIONS

6. THE TIME FRAME BEGINS
IN MAY 2002 AND IT
IS CONTINUING TO THE
PRESENT AND FUTURE

7. ESTABLISH THE TIME LINE.

8. INVESTIGATE SEQUENCE OF EVENTS.

9. LAY DOWN THE DOCUMENTARY EVIDENCE.

10. THEN DO SOME TALK

11. CREDIBILITY. AND

12. WHO HAS IT

13. AND DOES AN ARMY OF PEOPLE REPRESENTING AN AGENCY AUTOMATICALLY QUALIFY FOR INSTANT CONFERRED CREDIBILITY

14. OR DOES THE FACTUAL DOCUMENTARY EVIDENCE SPEAK

4

MICHAEL L. BUESGENS
HAS THE FOLLOWING CAUSES
OF ACTION FROM THE
YEAR 2002 CONTINUING

1. DISCRIMINATION (BIPOLAR
DISEASE)

2. RETALIATION

3. CONTINUING VIOLATIONS

4. ADDITIONAL STATUTORY
VIOLATIONS

FOR EXAMPLE

5. 42 USC SECTION 1983

6. CONVERSION OF PROPERTY

7. CIVIL CONSPIRACY

5

8. ATTORNEY AND LAW FIRM

A. NEGLIGENT MISREPRESENTATION
AND

B. MISCONDUCT
AND

C. VIOLATIONS OF FIDUCIARY DUTY.

9. BREACH OF DUTY OWED

10. TAX VIOLATIONS

11. CRIMINAL COMPLAINTS

12. CONTRACT VIOLATIONS

13. ETC.

✓ SUIT WITHIN A SUIT

14. MULTIPLE JURISDICTIONS AND CAUSES OF ACTION

# TAGALONG ACTIONS

1. 04 1509
EP COURT #3 AND 5
TRAVIS COUNTY AUSTIN, TEXAS

2. C-1-CV-06-000678
TRAVIS COUNTY COURT AT
LAW NO. 1

3. O-1-GN-06-000678
53RD AND 200TH JUDICIAL
DISTRICT — STATE COURT
AUSTIN, TEXAS

4. HUD COMPLAINT #06-06-293-8

5. EEOC COMPLAINTS

6. F.L.R.A. COMPLAINT
AND N.T.E.U.    2005

7



7. O.S.C. COMPLAINT 2005

8. REMOVAL AND REMAND

9. FIFTH CIRCUIT APPEALS

10. DISTRICT OF COLUMBIA APPEALS

11. 06-1507 TEXAS SUPREME COURT

12. COURT REPORTER COMPLAINT

13. COMPLAINT AGAINST NOTARY

14. MOTIONS FOR JUDICIAL RECUSAL

15. REAL ESTATE DEVELOPERS

16. POLITICS (TEXAS)

17. ADDITIONAL CAUSE OF ACTION TO BE FILED AGAINST ATTORNEYS.

**18.  F.T.C.A. CLAIM - TORT**

SINCERELY

*Michael L Buesgens*

MICHAEL L. BUESGENS
PRO SE

512-339-6005 X 7958

MIKEBUESGENS@HOTMAIL.COM

THIS IS A FAXED COPY
TO THE MDL PANEL
FAX: 202-502-2888

BUESGENS WILL SUBMIT A
MAILED COPY TO THE
OTHER PARTIES AND MDL
ON 1/10/2006

**9**

TRANSMISSION VERIFICATION REPORT

```
                                TIME : 11/10/2006 16:13
                                NAME : ESD NORTH CENTRAL
                                FAX  : 5123396099
                                TEL  : 5123396005
                                SER.# : BROM4J175473
```

```
DATE,TIME              11/10  16:10
FAX NO./NAME           12025022888
DURATION               00:02:42
PAGE(S)                09
RESULT                 OK
MODE                   STANDARD
                       ECM
```

TO MDC
PANEC

II    MDL DOCKET NO. 1800

TO: CLERK OF THE PANEL
    JUDICIAL PANEL ON MULTIDISTRICT
    LITIGATION
    ONE COLUMBUS CIRCLE NE
    THURGOOD MARSHALL FEDERAL
    BUILDING
    ROOM G-255, NORTH LOBBY
    WASHINGTON, DC 20002-8004


MICHAEL L BUESGENS NOTICE
OF PRESENTATION OF ORAL
ARGUMENT         PRO SE
            AND
NOTICE OF CAUSE OF ACTION
AGAINST ATTORNEYS AND LAW
FIRMS IN THIS MULTI JURISDICTION
LITIGATION

SUIT WITHIN A SUIT ✔

1



CIVIL ACTION AGAINST THE
FOLLOWING ADDITONAL PARTIES

1. ARMBRUST & BROWN, LLP
   100 CONGRESS AVE, #1300
   AUSTIN, TEXAS 78701
   SOS FILE NO. 91273802
   TEXAS TAX ID. 17424848608
   PHONE: 512-435-2300
   FAX: 512-435-2360
   FEIN: 74-2827166 ✓

2. DAVID ARMBRUST, ATTORNEY
   100 CONGRESS AVE, #1300
   AUSTIN, TEXAS 78701
   SBN: 01304700

3. FRANK BROWN, ATTORNEY
   100 CONGRESS AVE, #1300
   AUSTIN, TEXAS 78701
   SBN: 03192500

4. GREGORY S. CAGLE
   100 CONGRESS AVE, #1300
   AUSTIN, TEXAS 78701

2

GREGORY S. CAGLE
SBN: 24003678
PHONE: 512-892-3100

5

CHARLES E. BROWN
BOARD CERTIFIED COMMERCIAL
AND RESIDENTIAL REAL ESTATE
3624 NORTH HILLS DRIVE
B-100
AUSTIN, TEXAS 78731

SBN: 03101650
REAL ESTATE BROKER: 320045

CHARLES E. BROWN WAS THE
LEAD ATTORNEY IN CASE NO
041509 EVICTION SUIT
06-06-293-8 HUD COMPLAINT
D-1-GN-06-000262 DISCRIMINATION
C-1-CV-06-000678 REMAND
1:2006 CV 260 LY REMOVAL
1:2006 CV 226 LY-RP
06-1507 TEXAS SUPREME COURT

3

ATTORNEY CHARLES E. BROWN
WAS FIRED, AND REMOVED
IS NOW MISSING IN ACTION!

6. CRADY, JEWETT & McCULLEY, LLP
    2727 ALLEN PARKWAY
        #1700
    HOUSTON, TEXAS    77019

        SOS NO: 0800274661
    FEIN: TAX ID: 741966745
        PHONE: 713-739-7007
        FAX: 713-739-8403

7. DUNHAM JEWETT, ATTORNEY
    2727 ALLEN PKWY, #1700
    HOUSTON, TEXAS, 77019
    SBN: 10665500 TEXAS
    PHONE: 713-520-6960

4

8. HUGH McCULLEY
2727 ALLEN PARKWAY
#1700
HOUSTON, TEXAS  77019
PHONE: 713-739-7007
FAX: 713-739-8403
SBN: 13494500

9. SHELLEY BUSH MARMON
2727 ALLEN PARKWAY #1700
HOUSTON, TEXAS  77019
PHONE: 713-739-7007
SBN: 03497050

FRANCHISE TAX FORFEITURES
AND
MOL-LEAD COUNSEL
1800

1:2006 CV 226 LY
1:2006 CV 260 LY
1:2006 CV 01558
1: 2005 CV 243 SS
HUD # 06-06-293-8

5



10. CIVIL CONSPIRACY AND CONVERSION OF MICHAEL L. BJESGENS PROPERTY AND 42 U.S.C.A. SECTION 1983 VIOLATIONS AND ATTORNEY PARTICIPATION MADE IT HAPPEN

11. TED CRUZ SOLICITOR GENERAL STATE OF TEXAS SBN: 24001953

12. FELIX TARANGO TRAVIS COUNTY, AUSTIN, TEXAS ATTORNEY SBN: 24028027

13. CHESTER E. BEAVER AUSTIN TEXAS CITY ATTORNEY SBN: 01998815

6

14. ANNE L. MORGAN
AUSTIN CITY ATTORNEY
SBN: 14432400

15. MARC ERIC MALINGER
STATE FARM LLOYDS
ATTORNEY
AGENT
8900 AMBERGLEN ROAD
AUSTIN, TEXAS 78729-1110

SBN: 12860050
PHONE: 512-918-4603
AND
MICHAEL L. BUESGENS - RENTERS
TENANTS POLICY #83-LV-0578-9
AND
CLAIMS FROM JULY 6 2006
PERSONAL INJURY, THEFT
UNLAWFUL EVICTION
AND
SUBPOENA FOR JAY L.
VATH, INVESTIGATOR

7

16. R. BARRY ROBINSON
ASSISTANT U.S. ATTORNEY
STATE BAR NO. ?    MOL1800

17. KAREN MELNIK
ASSISTANT U.S. ATTORNEY
STATE BAR NO. ?    MOL1800

18. JUDITH TAYLOR   EEOC
SBN: 1970830b

19. ROBERT B. ITTARWIN, **EEOC**
SBN: ?

20. JENNIFER RANDALL, EEOC
SBN: ?

21. MICHAEL LYNN SALYARDS
SBN: 00784898
**I.R.S.** ATTORNEY

8



22. THOMAS STANTON, I.R.S.
SBN: 19055920
AND
WITHHOLD THE EVIDENCE
MOL 1800
1: 2006 CV 01558
1: 2005 CV 02334

23. BEN FLOREY, JR
SBN: 07169500
AND CLIENT
CHARLES G. HERNDON
1: 2004-CR-00171

24. GERALD CONLEY CARRUTH
U.S. ATTORNEY
SBN: 03896500
AND
CHARLES G. HERNDON
AND
RODOLFO LIZCANO
1: 2002 CV 00526 CY
1: 2003 CV 00661 SS

9

25. STEVEN BASS
U.S. ATTORNEY
SBN: 01889700
AND
RODOLFO LIZCANO
FORMER I.R.S. EMPLOYEE

MO L-1800
1: 2002 CV 00526 LY
1: 2003 CV 00661 SS
AND
U.S. TAX COURT
SAN ANTONIO, TEXAS

26. DEREK HOWARD
SBN: 10064600
AND RODOLFO LIZCANO

10

MDL 1800
ANA

27. WILLIAM S WARREN, III
ATTORNEY SBN:
1011 WESTLAKE DRIVE
AUSTIN, TEXAS 78746
PHONE:
FAX:

REPRESENTING

A. DEBRA WEHMEIER, PRESIDENT
AND
B. TEXAS APARTMENT ASSOCIATION
AND
C. AUSTIN APARTMENT ASSOCIATION
AND
D. NATIONAL APARTMENT ASSOCIATION

E. TAX EXEMPT 501(c)(6)
ORGANIZATIONS

11

F. WILLIAM S. WARREN, III
    AND
G. DEBRA WEHMEIER
        AND
HUD # 06-06-293-8
1: 2006 CV 226 LY
1: 2006 CV 260 LY
1: 2006 CV 01558


SEE ATTACHED

NEW ORIGINAL COMPLAINT
FILED U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



            SINCERELY,
            Michael Buegns
            11/12/2006


12

JUDICIAL PANEL - MDL - 1800

III CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY OF THE FOREGOING WAS SERVED BY FIRST CLASS MAIL ON THIS 12th DAY OF SEPTEMBER 2006 ADDRESSED TO:

1. JUDICIAL PANEL ON MULTI DISTRICT LITIGATION CLERKS OFFICE ROOM G-255 ONE COLUMBUS CIRCLE, NE WASHINGTON, D.C. 20002 AND

2. CHARLES E. BROWN, ATTORNEY 3624 NORTH HILLS DRIVE #B-100 AUSTIN, TEXAS 78731 PHONE: 512-326-6000 FAX: 512-326-6005

13



3    WILLIAM S. WARREN
WARREN LAW FIRM
AUSTIN APARTMENT ASSOCIATION
1011 WESTLAKE DRIVE
AUSTIN, TEXAS 78746
AND

4.   SHELLEY BUSH MARMON
5.   DONITHAN JEWETT
6.   HUGH McCULLEY
7.   DAVID B. ARMBRUST
8.   FRANK B. BROWN IV
9.   GREGORY S. CAGLE
10.  ERWOY, JEWETT & McCULLEY, LLP
11.  ARMBRUST & BROWN    LLP
2727 ALLEN PARKWAY #1700
HOUSTON, TEXAS 77019
AND

12.  R. BARRY ROBINSON
13.  KAREN MELNIK
ASSISTANT U.S. ATTORNEYS
816 CONGRESS AVE #1000
AUSTIN, TEXAS 78701
AND

14. MARC ERIC MALINGER
STATE FARM LLOYDS, ATTORNEY
POLICY # 83-
8900 AMBERGLEN BLVD
AUSTIN, TEXAS 78729
AND

15. TIM MASHBURN
TED CRUZ
MICHAEL J POWELL
GUY JOYNER
MAUREEN RAY
P.O. BOX 12487
AUSTIN, TEX 78711
AND

16. FELIX TARANGO
TRAVIS COUNTY ATTORNEY
P.O. BOX 1748
AUSTIN, TX 78767
AND

17. CHESTER E BEAVER
CITY OF AUSTIN ATTORNEY
P.O. BOX 1546
AUSTIN, TEXAS 78767

18. BEN FLOREY
1800 GUADALUPE ST
AUSTIN, TX 78701
AND

19. DEREK HOWARD
HOWARD & KOBELAN
SUITE 720
100 CONGRESS AVE #
AUSTIN, TEXAS 78701-4042


MICHAEL L. BUESGENS
PRO SE
PRIVATE ATTORNEY GENERAL
3112 WINDSOR RD
#A322
AUSTIN, TEXAS 78703

512-339-6005 X 7958
MIKEBUESGENS@HOTMAIL.COM

# EXHIBITS

1. THE ATTORNEYS
   STATE BAR INFORMATION

   THE ATTORNEYS AND LAW
   FIRMS. BIOGRAPHY AND
   ACTIVITIES AND. SOME
   BUSINESS ENTITIES

2. CHARLES E BROWN
   ACTIVITIES (PARTIAL)

3. SHELLEY BUSH MARMON
   ACTIVITIES (PARTIAL)

4. GRADY JEWETT & McCULLEY
   THE FIRM

5. DUNHAM JEWETT
   MANAGING PARTNER

6. HUGH LAWRENCE McCULLEY
   PARTNER

7. ARMBRUST & BROWN, LLP
THE FIRM

8. DAVID B. ARMBRUST
MANAGING PARTNER

9. FRANK B. BROWN IV
PARTNER

10. GREGORY S. CAGLE
ARMBRUST & BROWN ATTORNEY
CO-COUNSEL WITH
CHARLES E. BROWN

11. WILLIAM S. WARREN III
ATTORNEY
WARREN LAW FIRM
AUSTIN APARTMENT ASSOCIATION
AND
FALCON RIDGE APARTMENTS
FALCON APARTMENTS OF AUSTIN I, INC
GREYSTAR HOLDINGS INC
GREP GENERAL PARTNER, LLC

 **State Bar of Texas**

Detailed Result

Charles E. Brown ✓    *CHARLES E. BROWN*

Bar Card Number*: 03101650 ✓



| | Work Address | 3624 N. Hills Dr.; Ste. B100<br>Austin, TX, 78731-3242 |
| | Work Phone Number | (512) 346-6000 |
| | Primary Practice Location | AUSTIN , Texas |

*MDL 1800*

Current Member Status

Eligible To Practice In Texas

License Information

| State Bar Card Number*: | 03101650 |
| Texas Licensed*: | 11/07/1986 |

Practice Information

Firm: No information reported by attorney
Firm Size: 2 to 5
Occupation: Private Law Practice
Primary Practice Areas: No information reported by attorney
Services Provided:

*1: 2006 CV 226 LY*
*1: 2006 CV 260 LY*

Are language translation services available?        Not Specified
Are hearing impaired translation services available?    Not Specified
Are ADA accessible client services available?        Not Specified

Assistance available in languages:
No information reported by attorney

*1: 2006 CV 01558*

Courts of Admittance:

*HUD # 06 06-293-8*

Federal Courts of Admittance:
Texas Western District Court
Other Courts of Admittance:
No information reported by attorney
Other States Where authorized to practice:
No Other States reported by attorney

*06 1964*

Education and Certification History

Law Schools:

| Law School | Graduation Date | Degree Earned |
| St. Mary's University | 05/1986 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

Texas Board of Legal Specialization Certifications:
Commercial Real Estate Law
Residential Real Estate Law

**FILED**

NOV 15 2006

Period of Disciplinary History

Public Disciplinary History - Texas*:

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**\*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, please contact the Office of the Chief Disciplinary Counsel at (877)953-5535.**
Public Disciplinary History - Other:
No information reported by attorney

 **State Bar of Texas**

Detailed Result

David B. Armbrust    ✓    *DAVID ARMBRUST*

Bar Card Number*: 01304700



| | |
|---|---|
| Work Address | 100 Congress Ave Ste 1300<br>Austin, TX, 78701 |
| Work Phone Number | (512) 435-2301 |
| Primary Practice Location | AUSTIN , Texas |

*MDL 1800*

Current Member Status

**Eligible To Practice In Texas**

*1 : 2006 CV 2264Y*

License Information

| State Bar Card Number*: | 01304700 |
|---|---|
| Texas Licensed*: | 10/22/1974 |

*1 : 2006 CV 2602Y*
*1 : 2006 CV 01558*

Practice Information

| | |
|---|---|
| Firm: | Armbrust & Brown, LLP |
| Firm Size: | 11 to 24 |
| Occupation: | Private Law Practice |
| Primary Practice Areas: | No information reported by attorney |
| Services Provided: | |

*HUD #06-06-293-8*

| | |
|---|---|
| Are language translation services available? | Not Specified |
| Are hearing impaired translation services available? | Not Specified |
| Are ADA accessible client services available? | Not Specified |

Assistance available in languages:
No information reported by attorney

Courts of Admittance:
Federal Courts of Admittance:
No Federal Courts reported by attorney
Other Courts of Admittance:
No information reported by attorney
Other States Where authorized to practice:
No Other States reported by attorney

Education and Certification History

Law Schools:

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| St. Mary's University | 05/1974 | Doctor of Jurisprudence/Juris Doctor (J.D.) |
| University Of Texas | 05/1975 | Master of Laws |

Texas Board of Legal Specialization Certifications:
No profile data on file for Texas Board of Legal Specialization Certification

Public Disciplinary History

Public Disciplinary History - Texas*:

**\*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, please contact the Office of the Chief Disciplinary Counsel at (877)953-5535.**
Public Disciplinary History - Other:
No information reported by attorney

 **State Bar of Texas**

Detailed Result

Frank B. Brown  IV                 *FRANK BROWN*

Bar Card Number*: 03192500



| | |
|---|---|
| **Work Address** | 100 Congress Ave Ste 1300<br>Austin, TX, 78701-3238 |
| **Work Phone Number** | (512) 435-2302 |
| **Primary Practice Location** | AUSTIN , Texas |

*MDL 1800*

*1: 2006 CV 226 LY*

Current Member Status

**Eligible To Practice In Texas**

License Information

*1: 2006 CV 260 LY*

| | |
|---|---|
| **State Bar Card Number*:** | 03192500 |
| **Texas Licensed*:** | 05/18/1976 |

*1: 2006CV01558*

*HUD# 06-06-293-8*

Practice Information

| | |
|---|---|
| **Firm:** | Armbrust & Brown, LLP |
| **Firm Size:** | 11 to 24 |
| **Occupation:** | Private Law Practice |
| **Primary Practice Areas:** | No information reported by attorney |
| **Services Provided:** | |

| | |
|---|---|
| Are language translation services available? | Yes |
| Are hearing impaired translation services available? | Not Specified |
| Are ADA accessible client services available? | Yes |

**Assistance available in languages:**
No information reported by attorney

**Courts of Admittance:**

Federal Courts of Admittance:
No Federal Courts reported by attorney
Other Courts of Admittance:
No information reported by attorney
Other States Where authorized to practice:
No Other States reported by attorney

Education and Certification History

**Law Schools:**

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| University Of Texas | 12/1975 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

**Texas Board of Legal Specialization Certifications:**
No profile data on file for Texas Board of Legal Specialization Certification

Public Disciplinary History

Public Disciplinary History - Texas*:

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, please contact the Office of the Chief Disciplinary Counsel at (877)953-5535.

Public Disciplinary History - Other:
No information reported by attorney

Statutory Profile Last Certified On: 05/05/2003

**State Bar of Texas**

Detailed Result

Gregory Scott Cagle ✓

*GREGORY CAGLE*

Bar Card Number*: 24003678 ✓

| | |
|---|---|
| Work Address | 100 Congress Ste 1300<br>Austin, TX, 78701 |
| Work Phone Number | (512) 435-2300 |
| Primary Practice Location | AUSTIN , Texas |

*MDL 1800*

Current Member Status

**Eligible To Practice In Texas**

*1:2006CV2264✓*

License Information

*1:2006CV2602✓*

| | |
|---|---|
| State Bar Card Number*: | 24003678 |
| Texas Licensed*: | 11/06/1998 |

*1:2006CV01558*

Practice Information

*HUD #06-06-293-8*

| | |
|---|---|
| Firm: | No information reported by attorney |
| Firm Size: | 11 to 24 |
| Occupation: | Private Law Practice |
| Primary Practice Areas: | Litigation: Commercial |
| Services Provided: | |

| | |
|---|---|
| Are language translation services available? | Not Specified |
| Are hearing impaired translation services available? | Not Specified |
| Are ADA accessible client services available? | Not Specified |

Assistance available in languages:
Spanish

Courts of Admittance:

Federal Courts of Admittance:
Texas Eastern District Court
Texas Northern District Court
Texas Southern District/Bankruptcy Court
Texas Western Bankruptcy Court
Texas Western District Court
Other Courts of Admittance:
No information reported by attorney
Other States Where authorized to practice:
No Other States reported by attorney

Education and Certification History

Law Schools:

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| Baylor University | 08/1998 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

Texas Board of Legal Specialization Certifications:
No profile data on file for Texas Board of Legal Specialization Certification

Public Disciplinary History

Public Disciplinary History - Texas*:

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, please contact

 **State Bar of Texas**

Detailed Result

Dunham F. Jewett ✓

*DUNHAM JEWETT*

Bar Card Number*: 10665500 ✓



| | | |
|---|---|---|
| Work Address | 2727 Allen Parkway Ste 1700<br>Houston, TX, 77019-2125 | |
| Work Phone Number | (713) 739-7007 | |
| Primary Practice Location | HOUSTON , Texas | |

*MDL 1800*
*1: 2006 CV 226LY*
*1: 2006 CV 260LY*
*1: 2006 CV 0158LY*
*HUN # 06-06-293-8*

Current Member Status

**Eligible To Practice In Texas**

License Information

| State Bar Card Number*: | 10665500 |
|---|---|
| Texas Licensed*: | 10/21/1975 |

Practice Information

| | |
|---|---|
| Firm: | Crady Jewett & McCulley LLP |
| Firm Size: | 11 to 24 |
| Occupation: | Private Law Practice |
| Primary Practice Areas: | Business |
| Services Provided: | |

| | |
|---|---|
| Are language translation services available? | Not Specified |
| Are hearing impaired translation services available? | Not Specified |
| Are ADA accessible client services available? | Not Specified |

Assistance available in languages:
Spanish

Courts of Admittance:

Federal Courts of Admittance:
No Federal Courts reported by attorney
Other Courts of Admittance:
No information reported by attorney
Other States Where authorized to practice:
No Other States reported by attorney

Education and Certification History

Law Schools:

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| University Of Texas | 05/1975 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

Texas Board of Legal Specialization Certifications:
No profile data on file for Texas Board of Legal Specialization Certification

Public Disciplinary History

Public Disciplinary History - Texas*:

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction Information beyond 10 years, please contact the Office of the Chief Disciplinary Counsel at (877)953-5535.
Public Disciplinary History - Other:
No information reported by attorney
Statutory Profile Last Certified On: 06/12/2003

**State Bar of Texas**

Detailed Result

Hugh Laurence McCulley ✓

*HUGH McCULLEY*
*MDL 1800*

Bar Card Number*: 13494500 ✓

| | |
|---|---|
| Work Address | 2727 Allen Parkway Ste 1700<br>Houston, TX, 77019 |
| Work Phone Number | (713) 739-7007 |
| Primary Practice Location | HOUSTON , Texas |

Current Member Status

*1:2006 CV 226 LY*

Eligible To Practice In Texas

*1:2006 CV 260 LY*

License Information

| State Bar Card Number*: | 13494500 |
|---|---|
| Texas Licensed*: | 09/25/1972 |

*1:2006 CV 01558*

Practice Information

| | |
|---|---|
| Firm: | Crady Jewett & McCulley |
| Firm Size: | 11 to 24 |
| Occupation: | Private Law Practice |
| Primary Practice Areas: | No information reported by attorney |
| Services Provided: | No information reported by attorney |

*HUD # 06-06-293-8*

Assistance available in languages:
No information reported by attorney

Courts of Admittance:

Federal Courts of Admittance:
US Supreme Court
Fifth Circuit Court of Appeals
Texas Eastern Bankruptcy Court
Texas Eastern District Court
Texas Southern District/Bankruptcy Court
Texas Western Bankruptcy Court
Texas Western District Court
Other Courts of Admittance:
No information reported by attorney
Other States Where authorized to practice:
No Other States reported by attorney

Education and Certification History

Law Schools:

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| University Of Texas | 06/1972 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

Texas Board of Legal Specialization Certifications:
No profile data on file for Texas Board of Legal Specialization Certification

Public Disciplinary History

Public Disciplinary History - Texas*:

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, please contact



**State Bar of Texas**

Detailed Result

Shelley Bush Marmon ✓    *SHELLEY BUSH MARMON*

Bar Card Number*: 03497050 ✓

| | |
|---|---|
| Work Address | 2727 Allen Parkway Ste 1700<br>Houston, TX, 77019-2125 |
| Work Phone Number | (713) 739-7007 |
| Primary Practice Location | HOUSTON , Texas |

*MDL 1800*

Current Member Status

**Eligible To Practice In Texas**

License Information

*1: 2006 CV 226 LY*
*1: 2006 CV 260 LY*

| | |
|---|---|
| State Bar Card Number*: | 03497050 |
| Texas Licensed*: | 11/02/1984 |

Practice Information

*1: 2006CV01558*
*HUD #06-06-293-8*

| | |
|---|---|
| Firm: | Crady Jewett & McCulley, LLP |
| Firm Size: | 11 to 24 |
| Occupation: | Private Law Practice |
| Primary Practice Areas: | No information reported by attorney |
| Services Provided: | |

| | |
|---|---|
| Are language translation services available? | Not Specified |
| Are hearing impaired translation services available? | Not Specified |
| Are ADA accessible client services available? | Yes |

Assistance available in languages:
Spanish

Courts of Admittance:

Federal Courts of Admittance:
Fifth Circuit Court of Appeals
Texas Eastern Bankruptcy Court
Texas Eastern District Court
Texas Northern Bankruptcy Court
Texas Northern District Court
Texas Southern District/Bankruptcy Court
Texas Western Bankruptcy Court
Texas Western District Court
Other Courts of Admittance:
No information reported by attorney
Other States Where authorized to practice:
No Other States reported by attorney

Education and Graduation History

Law Schools:

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| University Of Houston | 05/1984 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

Texas Board of Legal Specialization Certifications:
Business Bankruptcy Law

**State Bar of Texas**

Detailed Result

Rafael Edward Cruz

*TED CRUZ*

Bar Card Number*: 24001953

*MOL 1800*

| | |
|---|---|
| Work Address | P.O. Box 12548<br>Austin, TX, 78711 |
| Work Phone Number | (512) 936-1824 |
| Primary Practice Location | AUSTIN , Texas |

Current Member Status

*SOLICITOR GENERAL*

Eligible To Practice In Texas

*STATE OF TEXAS*

License Information

| | |
|---|---|
| State Bar Card Number*: | 24001953 |
| Texas Licensed*: | 11/07/1997 |

*1 : 2006 CV 226 LY*
*1 : 2006 CV 260 LY*

Practice Information

| | |
|---|---|
| Firm: | Office of The Attorney General |
| Firm Size: | Over 200 |
| Occupation: | Government Lawyer |
| Primary Practice Areas: | Appellate |

*HJO #06 06-293-8*

Services Provided:

| | |
|---|---|
| Are language translation services available? | Yes |
| Are hearing impaired translation services available? | Yes |
| Are ADA accessible client services available? | Yes |

*TEXAS COMPTROLLER*

Assistance available in languages:
No information reported by attorney

*TEXAS SECRETARY OF STATE*

Courts of Admittance:

*AND*

Federal Courts of Admittance:
US Supreme Court
Fourth Circuit Court of Appeals
Fifth Circuit Court of Appeals
District of Columbia Circuit Court of Appeals
Federal Circuit Court of Appeals
Other Courts of Admittance:

*MICHAEL L BUESGENS*
*INFORMANT CONTRACT*

| State | Court name | Type |
|---|---|---|
| District Of Columbia | District of Columbia Court of Appeals | State - Supreme Court |

Other States Where authorized to practice:
District Of Columbia

*TEXAS STATE*
*FRANCHISE TAX*

Education and Certification History

Law Schools:

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| Harvard University | 06/1995 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

Texas Board of Legal Specialization Certifications:
No profile data on file for Texas Board of Legal Specialization Certification

Public Disciplinary History - Texas*:

**State Bar of Texas**

Detailed Result

Felix Tarango ✓            *FELIX TARANGO*

Bar Card Number*: 24028027 ✓



| | | |
|---|---|---|
| Work Address | | P.O. Box 1748<br>Austin, TX, 78767 |
| Work Phone Number | | (512) 854-9513 |
| Primary Practice Location | | AUSTIN , Texas |

Current Member Status            *MDL 1800*

**Eligible To Practice In Texas**

License Information        *STATE FARM LLOYDS #*

**State Bar Card Number*:**        24028027
**Texas Licensed*:**            11/01/2000

Practice Information

| | |
|---|---|
| Firm: | Travis County Attorney's Office |
| Firm Size: | 61 to 100 |
| Occupation: | Government Lawyer |
| Primary Practice Areas: | No information reported by attorney |
| Services Provided: | |

*1: 2006 CV 226 LY*
*1: 2006 CV 260 LY*

Are language translation services available?        Not Specified
Are hearing impaired translation services available?    Not Specified
Are ADA accessible client services available?        Not Specified

Assistance available in languages:
    No information reported by attorney

*1: 2006 CV 01558*

Courts of Admittance:

*HUD #06-06-293-8*

Federal Courts of Admittance:
Texas Western District Court
Other Courts of Admittance:
No information reported by attorney
Other States Where authorized to practice:
No Other States reported by attorney

Education and Certification History

**Law Schools:**

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| Franklin Pierce Law Center | 05/2000 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

Texas Board of Legal Specialization Certifications:
    No profile data on file for Texas Board of Legal Specialization Certification

Public Disciplinary History

Public Disciplinary History - Texas*:

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, please contact the Office of the Chief Disciplinary Counsel at (877)953-5535.
Public Disciplinary History - Other:
    No information reported by attorney
Statutory Profile Last Certified On: 02/01/2006

 **State Bar of Texas**

Detailed Result

Chester E. Beaver ✓          *CHESTER BEAVER*

Bar Card Number*: 01998815 ✓



Work Address

Work Phone Number                    (512) 499-2317

Primary Practice Location            Austin , Texas

Current Member Status      *CHESTER E BEAVER*

Eligible To Practice In Texas

License Information         *MDL 1800*

| State Bar Card Number*: | 01998815 |
| Texas Licensed*: | 11/02/1984 |

Practice Information        *STATE FARM LLOYDS #*

| Firm: | City Attorney's Office |
| Firm Size: | None Specified |
| Occupation: | Government Lawyer |
| Primary Practice Areas: | Litigation: Personal Injury |
| Services Provided: | |

*1: 2006 CV 226 LY*
*1: 2006 CV 260 LY*

Are language translation services available?          Not Specified
Are hearing impaired translation services available?  Not Specified
Are ADA accessible client services available?         Not Specified

Assistance available in languages:
No information reported by attorney          *1: 2006 CV 01558*

Courts of Admittance:                        *HUD # 06-06-293-8*

Federal Courts of Admittance:
US Supreme Court
Fifth Circuit Court of Appeals
Texas Western District Court
Other Courts of Admittance:
No information reported by attorney
Other States Where authorized to practice:
No Other States reported by attorney

Education and Graduation History
―――――――――――――――――――――――――――――――――――

Law Schools:

| Law School | Graduation Date | Degree Earned |
| Baylor University | 11/1984 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

Texas Board of Legal Specialization Certifications:
No profile data on file for Texas Board of Legal Specialization Certification

Public Disciplinary History
―――――――――――――――――――――――――――――――――――

Public Disciplinary History - Texas*:

**\*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, please contact the Office of the Chief Disciplinary Counsel at (877)953-5535.**
Public Disciplinary History - Other:



**State Bar of Texas**

Detailed Result

Anne L. Morgan                    *ANNE L MORGAN*

Bar Card Number*: 14432400

| | |
|---|---|
| **Work Address** | P.O. Box 1546<br>Austin, TX, 78767 |
| **Work Phone Number** | (512) 974-2507 |
| **Primary Practice Location** | AUSTIN , Texas |

Current Member Status                    *MDL 1800*

Eligible To Practice In Texas

License Information                    *STATE FARM LLOYDS*

State Bar Card Number*:         14432400
Texas Licensed*:                05/06/1988

Practice Information

Firm:                    City of Austin Law Dept          *1: 2006 CV 2264*
Firm Size:               61 to 100
Occupation:              Government Lawyer                *1: 2006 CV 2604*
Primary Practice Areas:  Litigation: Personal Injury
Services Provided:

Are language translation services available?              Not Specified
Are hearing impaired translation services available?      Not Specified
Are ADA accessible client services available?             Not Specified

Assistance available in languages:                        *1: 2006 CV01558*
                         No information reported by attorney

Courts of Admittance:                                     *HUD # 06-06-293-8*

                         Federal Courts of Admittance:
                         District of Columbia Circuit Court of Appeals
                         Federal Circuit Court of Appeals
                         Texas Western District Court
                         Other Courts of Admittance:
                         No information reported by attorney
                         Other States Where authorized to practice:
                         No Other States reported by attorney

Education and Certification History

Law Schools:

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| American University | 05/1987 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

Texas Board of Legal Specialization Certifications:
                         No profile data on file for Texas Board of Legal Specialization Certification

Public Disciplinary History

Public Disciplinary History - Texas*:

**\*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, please contact the Office of the Chief Disciplinary Counsel at (877)953-5535.**
Public Disciplinary History - Other:

**State Bar of Texas**

Detailed Result

Timothy K. Mashburn

*TIMOTHY K. MASHBURN*
*ATTORNEY*

Bar Card Number*: 13148400

| | |
|---|---|
| Work Address | 3976 Far West Blvd<br>Austin, TX, 78731 |
| Work Phone Number | (512) 527-9138 |
| Primary Practice Location | AUSTIN , Texas |

Current Member Status

Eligible To Practice In Texas

*TEXAS COMPTROLLER*

License Information

State Bar Card Number*:     13148400
Texas Licensed*:     04/29/1974

*BOESGENS INFORMANT CONTRACT*

Practice Information

Firm:     No information reported by attorney
Firm Size:     41 to 60
Occupation:     Government Lawyer
Primary Practice Areas:     No information reported by attorney
Services Provided:

*TEXAS STATE FRANCHISE TAXES*

Are language translation services available?     Not Specified
Are hearing impaired translation services available?     Not Specified
Are ADA accessible client services available?     Not Specified

Assistance available in languages:
     No information reported by attorney

Courts of Admittance:

*GREYSTAR HOLDINGS INC*
*ROBERT A. FAITH*
*ARNOLD TAUCH*
*JACK C MOSS*
*KYLE D. TAUCH*

Federal Courts of Admittance:
Fifth Circuit Court of Appeals
Texas Southern District/Bankruptcy Court
Texas Western District Court
Other Courts of Admittance:
No information reported by attorney
Other States Where authorized to practice:
No Other States reported by attorney

Education and Certification History

Law Schools:

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| University Of Texas | 12/1973 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

Texas Board of Legal Specialization Certifications:
     No profile data on file for Texas Board of Legal Specialization Certification

Public Disciplinary History

Public Disciplinary History - Texas*:

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, please contact the Office of the Chief Disciplinary Counsel at (877)953-5535.
Public Disciplinary History - Other:

**State Bar of Texas**

Detailed Result

Michael J. Powell                    *MICHAEL J POWELL*

Bar Card Number*: 00789555

|  | Work Address | Suite 304<br>400 W 15th Street<br>Austin, TX, 78701 |
|---|---|---|
|  | Work Phone Number | (512) 692-9442 |
|  | Primary Practice Location | AUSTIN , Texas |

Current Member Status          *TEXAS SECRETARY OF STATE*
Eligible To Practice In Texas
License Information            *AND BUSSGENS COMPLAINTS*

State Bar Card Number*:          00789555
Texas Licensed*:                 05/06/1994

Practice Information           *AGAINST CHARLES E. BROWN*
                               *GREYSTAR HOLDINGS, INC*
Firm:                          Corporate Formalities
Firm Size:                     None Specified       *ROBERT A. FAITH*
Occupation:                    In-House/Corporate Counsel
Primary Practice Areas:        Business
Services Provided:

Are language translation services available?                    Not Specified
Are hearing impaired translation services available?            Not Specified
Are ADA accessible client services available?                   Yes

Assistance available in languages:
                               No information reported by attorney    *AUSTIN APARTMENT*
Courts of Admittance:                                                 *ASSOCIATION*
                               Federal Courts of Admittance:
                               No Federal Courts reported by attorney  *AND*
                               Other Courts of Admittance:
                               No information reported by attorney
                               Other States Where authorized to practice:
                               No Other States reported by attorney

Education and Certification History    *MICHAEL L POWELL LETTERS*

Law Schools:

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| South Texas College Of Law | 12/1993 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

Texas Board of Legal Specialization Certifications:
            No profile data on file for Texas Board of Legal Specialization Certification

Public Disciplinary History

Public Disciplinary History - Texas*:

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, please contact the Office of the Chief Disciplinary Counsel at (877)953-5535.
Public Disciplinary History - Other:
            No information reported by attorney
Statutory Profile Last Certified On: 07/29/2006

**State Bar of Texas**

Detailed Result

Guy J. Joyner                    *GUY J. JOYNER* (handwritten)

Bar Card Number*: 11039100

| | Work Address | P.O. Box 12887 |
| | | Austin, TX, 78711-2887 |
| | Work Phone Number | (512) 463-3081 |
| | Primary Practice Location | AUSTIN , Texas |

Current Member Status           *TEXAS SECRETARY OF STATE* (handwritten)

Eligible To Practice In Texas

License Information             *SERVICE OF PROCESS* (handwritten)

State Bar Card Number*:          11039100
Texas Licensed*:                 05/15/1981

Practice Information            *GREYSTAR    FALCONRIDGE* (handwritten)
                                            *APARTMENTS* (handwritten)

Firm:                   ofc of The Secretary of State
Firm Size:              None Specified
Occupation:             Government Lawyer
Primary Practice Areas: Administrative and Public
Services Provided:

Are language translation services available?              Not Specified
Are hearing impaired translation services available?      Not Specified
Are ADA accessible client services available?             Not Specified

Assistance available in languages:
                        No information reported by attorney
Courts of Admittance:

                        Federal Courts of Admittance:
                        No Federal Courts reported by attorney
                        Other Courts of Admittance:
                        No information reported by attorney
                        Other States Where authorized to practice:
                        No Other States reported by attorney

Education and Certification History

Law Schools:

| Law School | Graduation Date | Degree Earned |
| University Of Texas | 09/1989 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

Texas Board of Legal Specialization Certifications:
                        No profile data on file for Texas Board of Legal Specialization Certification

Public Disciplinary History

Public Disciplinary History - Texas*:

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, please contact the Office of the Chief Disciplinary Counsel at (877)953-5535.
Public Disciplinary History - Other:
                        No information reported by attorney
Statutory Profile Last Certified On: 02/09/2006

 **State Bar of Texas**

Detailed Result

Maureen E. Ray

Bar Card Number*: 24002806

*MUREEN RAY* (handwritten)



**Work Address**  Chief Disciplinary Counsel Office
P.O. Box 12487
Austin, TX, 78711

**Work Phone Number**  (512) 453-5535

**Primary Practice Location**  AUSTIN , Texas

Current Member Status  *STATE BAR OF TEXAS*

Eligible To Practice In Texas  *AND BUESGENS ATTORNEY*

License Information  *COMPLAINTS DISMISSED*

State Bar Card Number*:  24002806
Texas Licensed*:  11/07/1997

Practice Information

Firm:  State Bar of Texas
Firm Size:  11 to 24
Occupation:  Government Lawyer
Primary Practice Areas:  No information reported by attorney
Services Provided:

Are language translation services available?  Not Specified
Are hearing impaired translation services available?  Not Specified
Are ADA accessible client services available?  Not Specified

Assistance available in languages:  No information reported by attorney

Courts of Admittance:  *JOHN M. RICHARDS STATE BAR LEAD INVESTIGATOR*

Federal Courts of Admittance:
Texas Western District Court
Other Courts of Admittance:
No information reported by attorney
Other States Where authorized to practice:
New Jersey
Washington

Education and Certification History

Law Schools:

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| Franklin Pierce Law Center | 06/1980 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

Texas Board of Legal Specialization Certifications:
No profile data on file for Texas Board of Legal Specialization Certification

Public Disciplinary History

Public Disciplinary History - Texas*:

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, please contact the Office of the Chief Disciplinary Counsel at (877)953-5535.
Public Disciplinary History - Other:
No information reported by attorney

 **State Bar of Texas**

Detailed Result

Marc Eric Malinger ✓ ✓    *MARC ERIC MALINGER*

Bar Card Number*: 12860050    *MAL 1800*

| | Work Address | 8900 Amberglen Blvd<br>Texas Litigation<br>Austin, TX, 78729-1110 |
| | Work Phone Number | (512) 918-4603 |
| | Primary Practice Location | AUSTIN , Texas |

Current Member Status

Eligible To Practice In Texas    *1: 2006 CV 226 LY*

*1: 2006 CV 260 LY*

License Information

| State Bar Card Number*: | 12860050 | *MICHAEL L. BUESGENS* |
| Texas Licensed*: | 11/01/1991 | |

Practice Information    *STATE FARM LLOYDS RENTERS*

| Firm: | State Farm Insurance | *TENANTS POLICY* |
| Firm Size: | 61 to 100 | *# 83* |
| Occupation: | In-House/Corporate Counsel | |
| Primary Practice Areas: | Insurance, Litigation: Personal Injury | |
| Services Provided: | | |

Are language translation services available?    Not Specified
Are hearing impaired translation services available?    Not Specified
Are ADA accessible client services available?    Not Specified

*AND*

Assistance available in languages:
Spanish    *SUBPOENA FOR*
Vietnamese    *JAY LAWRENCE VATH.*

Courts of Admittance:    *INSURANCE, INVESTIGATOR*
*RECORD*
Federal Courts of Admittance:
No Federal Courts reported by attorney    *1: 2006 CV 226 LY*
Other Courts of Admittance:
No information reported by attorney
Other States Where authorized to practice:
No Other States reported by attorney

Education and Certification History

Law Schools:

| | Law School | Graduation Date | Degree Earned |
| | St. Mary's University | 05/1991 | Doctor of Jurisprudence/Juris<br>Doctor (J.D.) |

Texas Board of Legal Specialization Certifications:
No profile data on file for Texas Board of Legal Specialization Certification

Public Disciplinary History

Public Disciplinary History - Texas*:

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, please contact
the Office of the Chief Disciplinary Counsel at (877)953-5535.
Public Disciplinary History - Other:
No information reported by attorney

11-10-2006

# Individual Information Inquiry
## State of Texas

**Name:** MALINGER, MARC ERIC          **Display Results For:** All Information

**Mail To:**

MARC ERIC MALINGER
8900 AMBERGLEN BLVD
AUSTIN TX 78729

## Individual Details

| Indv ID | Name | | | NPN | CRD Number | Birth Date |
|---|---|---|---|---|---|---|
| 160779 | MALINGER, MARC ERIC | | | 1218083 | | 12-12-1966 |

| Status | Status Date | Licensee | Resident | Bank Affiliated |
|---|---|---|---|---|
| Active | 05-23-1994 | Yes | Yes | No |

| CE Permanent Exemption | Resident States |
|---|---|
| No | Texas |

## Contact Information

**Mailing Address**
8900 AMBERGLEN BLVD
AUSTIN, TX 78729

| Communication Preference | Communication Preference Type |
|---|---|
| Postal Mail | Mailing |

## Licenses and Active Qualifications

| License Type | License Number | Orig Issue Date | Status | Effective Date | Expiration Date | Inactivation Reason |
|---|---|---|---|---|---|---|
| Adjuster | 265591 | 05-23-1994 | Active | 05-23-1994 | 05-23-2008 | |
| Active Qualifications | Adjuster - All Lines | | | | | |

| License Type | License Number | Orig Issue Date | Status | Effective Date | Expiration Date | Inactivation Reason |
|---|---|---|---|---|---|---|
| Trainee License | 829671 | 08-20-1993 | Inactive | 05-23-1994 | 08-20-1994 | Canceled |
| Active Qualifications | Adjuster - All Lines | | | | | |

## Qualifications

| Qualification Type | License Residency | Original Issue Date | Status | Effective Date | Resident Expiration Date | Inactivation Reason |
|---|---|---|---|---|---|---|
| Adjuster Trainee | No | 08-20-1993 | Inactive | 05-23-1994 | | Canceled |
| Adjuster - All Lines | Yes | 04-26-2002 | Active | 04-26-2002 | | |
| Adjuster - P&C | Yes | 05-23-1994 | Inactive | 03-14-2006 | | Voluntary Surrender |
| | Yes | | Active | 05-23-1994 | | |

## Applications

| Appl ID | Application Type | License Type | Received Date | License Number | Status | Status Date |
|---|---|---|---|---|---|---|
| 100056 | Add Qualification | Adjuster | 04-26-2002 | 265591 | Approved | 04-26-2002 |

# Individual Information Inquiry

### State of Texas

**Name:** VATH, JAY LAWRENCE          **Display Results For:** All Information

**Mail To:**

JAY LAWRENCE VATH
108011 N MOPAC EXPWY STE 100A
AUSTIN TX 78759

## Individual Details

| Indv ID | Name | | | NPN | CRD Number | Birth Date |
|---|---|---|---|---|---|---|
| 305397 | VATH, JAY LAWRENCE | | | 1936432 | | 11-07-1955 |

| Status | Status Date | Licensee | Resident | Bank Affiliated |
|---|---|---|---|---|
| Active | 07-13-1999 | Yes | Yes | No |

| CE Permanent Exemption | Resident States |
|---|---|
| No | Texas |

## Contact Information

**Business Location Address**
3508 SO LAMAR
AUSTIN, TX 78745

**Mailing Address**
10801-1 N MOPAC EXPWY STE 100A
AUSTIN, TX 78759

**Business Number**
512-462-6117

| Communication Preference | Communication Preference Type |
|---|---|
| Postal Mail | Mailing |

## Licenses and Active Qualifications

| License Type | License Number | Orig Issue Date | Status | Effective Date | Expiration Date | Inactivation Reason |
|---|---|---|---|---|---|---|
| Adjuster | 473177 | 07-13-1999 | Active | 07-13-1999 | 07-13-2007 | |
| Active Qualifications | Adjuster - P&C | | | | | |
| Trainee License | 955881 | 07-27-1998 | Inactive | 07-13-1999 | 07-27-1999 | Canceled |
| Active Qualifications | Adjuster - P&C | | | | | |

## Qualifications

| Qualification Type | License Residency | Original Issue Date | Status | Effective Date | Resident Expiration Date | Inactivation Reason |
|---|---|---|---|---|---|---|
| Adjuster Trainee | No | 07-27-1998 | Inactive | 07-13-1999 | | Canceled |
| Adjuster - P&C | Yes | 07-13-1999 | Active | 07-13-1999 | | |

**Individual Information Inquiry**

**State of Texas**

**Name:** CRONE, WILLIAM KENNEDY                    **Display Results For:** All Information

**Mail To:**

WILLIAM KENNEDY CRONE
2028 E BEN WHITE STE 228
AUSTIN TX 78741

## Individual Details

| Indv ID | Name | | | NPN | CRD Number | Birth Date |
|---|---|---|---|---|---|---|
| 105889 | CRONE, WILLIAM KENNEDY | | | 1163051 | | 11-30-1954 |

| Status | Status Date | Licensee | Resident | Bank Affiliated | | |
|---|---|---|---|---|---|---|
| Active | 08-19-1983 | Yes | Yes | No | | |

| CE Permanent Exemption | Resident States |
|---|---|
| Yes | Texas |

## Contact Information

| Business Location Address | Mailing Address |
|---|---|
| 2028 E BEN WHITE STE 228 | 2028 E BEN WHITE STE 228 |
| AUSTIN, TX 78741 | AUSTIN, TX 78741 |

**Business Number**
512-448-1766

| Communication Preference | Communication Preference Type |
|---|---|
| Postal Mail | Mailing |

## Licenses and Active Qualifications

| License Type | License Number | Orig Issue Date | Status | Effective Date | Expiration Date | Inactivation Reason |
|---|---|---|---|---|---|---|
| General Lines Agent | 764995 | 08-19-1983 | Active | 08-19-1983 | 08-19-2007 | |

| | Active Qualifications | Life, Accident, Health & HMO Property and Casualty | | | | |
|---|---|---|---|---|---|---|

## Qualifications

| Qualification Type | License Residency | Original Issue Date | Status | Effective Date | Resident Expiration Date | Inactivation Reason |
|---|---|---|---|---|---|---|
| Life, Accident, Health & HMO | Yes | 08-19-1983 | Active | 08-19-1983 | | |
| Property and Casualty | Yes | 08-30-1983 | Active | 08-30-1983 | | |
| Variable Contracts | Yes | 05-11-1999 | Inactive | 03-07-2002 | | Data Conversion |
| | Yes | | Active | 05-11-1999 | | |

## Affiliations

| Company | | EIN | NAIC ID | License Number | Status | Effective Date |
|---|---|---|---|---|---|---|

11-10-2006
## Individual Information Inquiry
### State of Texas

**Name:** CRONE, WILLIAM KENNEDY

**Display Results For:** All Information

## Affiliations

| | | | | | |
|---|---|---|---|---|---|
| HUMANA INSURANCE COMPANY | 39-1263473 | 73288 | | Active | 12-12-2005 |

| Appointment Type | Status | Active Date | Termination Date | Termination Reason |
|---|---|---|---|---|
| Life, Accident, Health and HMO | Active | 12-12-2005 | | |

| Company | EIN | NAIC ID | License Number | Status | Effective Date |
|---|---|---|---|---|---|
| STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS | 75-1070025 | 26816 | | Active | 08-30-1983 |

| Appointment Type | Status | Active Date | Termination Date | Termination Reason |
|---|---|---|---|---|
| Property and Casualty | Active | 08-30-1983 | | |

| Company | EIN | NAIC ID | License Number | Status | Effective Date |
|---|---|---|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY | 37-0533080 | 25143 | | Active | 08-30-1983 |

| Appointment Type | Status | Active Date | Termination Date | Termination Reason |
|---|---|---|---|---|
| Property and Casualty | Active | 08-30-1983 | | |

| Company | EIN | NAIC ID | License Number | Status | Effective Date |
|---|---|---|---|---|---|
| STATE FARM GENERAL INSURANCE COMPANY | 37-0815476 | 25151 | | Active | 08-30-1983 |

| Appointment Type | Status | Active Date | Termination Date | Termination Reason |
|---|---|---|---|---|
| Property and Casualty | Active | 08-30-1983 | | |

| Company | EIN | NAIC ID | License Number | Status | Effective Date |
|---|---|---|---|---|---|
| STATE FARM LIFE INSURANCE COMPANY | 37-0533090 | 69108 | | Active | 08-19-1983 |

| Appointment Type | Status | Active Date | Termination Date | Termination Reason |
|---|---|---|---|---|
| Life, Accident, Health and HMO | Active | 08-19-1983 | | |
| Variable Contracts | Inactive | 05-11-1999 | 03-07-2002 | Data Conversion |

| Company | EIN | NAIC ID | License Number | Status | Effective Date |
|---|---|---|---|---|---|
| STATE FARM LLOYDS | 75-1922109 | 43419 | | Active | 09-26-1983 |

| Appointment Type | Status | Active Date | Termination Date | Termination Reason |
|---|---|---|---|---|
| Property and Casualty | Active | 09-26-1983 | | |

| Company | EIN | NAIC ID | License Number | Status | Effective Date |
|---|---|---|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | 37-0533100 | 25178 | | Active | 08-30-1983 |

| Appointment Type | Status | Active Date | Termination Date | Termination Reason |
|---|---|---|---|---|
| Property and Casualty | Active | 08-30-1983 | | |

| Company | EIN | NAIC ID | License Number | Status | Effective Date |
|---|---|---|---|---|---|
| TIME INSURANCE COMPANY | 39-0658730 | 69477 | | Active | 06-28-2000 |

| Appointment Type | Status | Active Date | Termination Date | Termination Reason |
|---|---|---|---|---|
| Life, Accident, Health and HMO | Active | 06-28-2000 | | |

# Individual Information Inquiry
### State of Texas

**Name:** CRONE, WILLIAM KENNEDY          **Display Results For:** All Information

## Individual Associations

| NPN | Name | Association Type | Begin Date | End Date |
|---|---|---|---|---|
| 1099939 | BLACK, DENISE LOUISE | Sub-Agent | 03-06-2002 | |

**Sponsorships provided by:** CRONE, WILLIAM KENNEDY

| NPN | Solicitor Name | Sponsorship Type | Status | Active Date | Termination Date | Termination Reason |
|---|---|---|---|---|---|---|
| 1099939 | BLACK, DENISE LOUISE | Property & Casualty | Inactive | 08-30-1991 | 03-06-2002 | Data Conversion |
| 1099939 | BLACK, DENISE LOUISE | Property & Casualty | Inactive | 07-02-1991 | 08-30-1991 | Canceled |

## Company Aliases

| Alias Name | Type | Effective Date | End Date |
|---|---|---|---|
| WILLIAM KENNEDY CRONE | Doing Business As | 08-30-1983 | |

## Branch Offices

| Begin Date | End Date | Branch Office Address | Phone Number | Ext | Fax Number |
|---|---|---|---|---|---|
| 08-30-1983 | | 2028 E BEN WHITE SUITE 228 AUSTIN , TX 78741 | | | |

# Individual Information Inquiry

### State of Texas

**Name:** BLACK, DENISE LOUISE                          **Display Results For:** All Information

**Mail To:**

DENISE LOUISE BLACK
7302 BECKETT RD
AUSTIN TX 78749

## Individual Details

| Indv ID | Name | | | NPN | CRD Number | Birth Date |
|---|---|---|---|---|---|---|
| 41804 | BLACK, DENISE LOUISE | | | 1099939 | | 05-30-1965 |

| Status | Status Date | Licensee | Resident | Bank Affiliated | | |
|---|---|---|---|---|---|---|
| Active | 11-22-1991 | Yes | Yes | No | | |

| CE Permanent Exemption | | Resident States | | | | |
|---|---|---|---|---|---|---|
| No | | Texas | | | | |

## Contact Information

**Business Location Address**
2028 E. BEN WHITE BLVD. SUITE 228
AUSTIN, TX 78741

**Mailing Address**
7302 BECKETT RD
AUSTIN, TX 78749

**Business Number**
512-448-1766

| Communication Preference | Communication Preference Type |
|---|---|
| Postal Mail | Mailing |

## Licenses and Active Qualifications

| License Type | License Number | Orig Issue Date | Status | Effective Date | Expiration Date | Inactivation Reason |
|---|---|---|---|---|---|---|
| General Lines Agent | 684162 | 11-22-1991 | Active | 11-22-1991 | 11-22-2007 | |
| **Active Qualifications** | | Life, Accident, Health & HMO Property and Casualty | | | | |

| License Type | License Number | Orig Issue Date | Status | Effective Date | Expiration Date | Inactivation Reason |
|---|---|---|---|---|---|---|
| Solicitor | 1112648 | 11-22-1993 | Inactive | 03-06-2002 | 11-22-2003 | Data Conversion |
| | | | Status Active | Begin Date 11-22-1993 | | Inactivation Reason |
| **Active Qualifications** | | Life, Accident, Health & HMO Property and Casualty | | | | |

## Qualifications

| Qualification Type | License Residency | Original Issue Date | Status | Effective Date | Resident Expiration Date | Inactivation Reason |
|---|---|---|---|---|---|---|
| Life, Accident, Health & HMO | Yes | 11-22-1991 | Active | 11-22-1991 | | |
| Property and Casualty | Yes | 03-06-2002 | Active | 03-06-2002 | | |

# Individual Information Inquiry

### State of Texas

**Name:** BLACK, DENISE LOUISE      **Display Results For:** All Information

## Qualifications

| Qualification Type | License Residency | Original Issue Date | Status | Effective Date | Resident Expiration Date | Inactivation Reason |
|---|---|---|---|---|---|---|
| Solicitor - P&C | Yes | 07-02-1991 | Inactive | 03-06-2002 | | Data Conversion |
| | Yes | | Active | 07-02-1991 | | |

## Affiliations

| Company | EIN | NAIC ID | License Number | Status | Effective Date |
|---|---|---|---|---|---|
| STATE FARM LIFE INSURANCE COMPANY | 37-0533090 | 69108 | | Active | 11-22-1991 |

| Appointment Type | Status | Active Date | Termination Date | Termination Reason |
|---|---|---|---|---|
| Life, Accident, Health and HMO | Active | 11-22-1991 | | |

## Individual Associations

| NPN | Name | Association Type | Begin Date | End Date |
|---|---|---|---|---|
| 1163051 | CRONE, WILLIAM KENNEDY | Sponsor | 03-06-2002 | |

**Sponsorships held by:**    BLACK, DENISE LOUISE

| EIN | NPN | Sponsor Name | | Sponsor Type | Sponsorship Type |
|---|---|---|---|---|---|
| | Status | Active Date | Termination Date | Termination Reason | |
| | 1163051 | CRONE, WILLIAM KENNEDY | | Individual | Property & Casualty |
| | Inactive | 08-30-1991 | 03-06-2002 | Data Conversion | |
| | 1163051 | CRONE, WILLIAM KENNEDY | | Individual | Property & Casualty |
| | Inactive | 07-02-1991 | 08-30-1991 | Canceled | |

1. R. BARRY ROBINSON
ASSISTANT U.S. ATTORNEY
816 CONGRESS AVE, #1000
AUSTIN, TEXAS 78701

AND

2. KAREN MELNIK
ASSISTANT U.S. ATTORNEY
555 FOURTH ST, NW
E 4112
WASHINGTON, DC 20530

MOL 1800
1: 2006 CV 226 LY
1: 2006 CV 260 LY
1: 2005 CV 243 SS
1: 2005 CV 02334
1: 2006 CV 01558
EEOC
IWO
M.S.P.B.
O.S.C.

**State Bar of Texas**

Detailed Result

Judith G. Taylor

*JUDITH TAYLOR*

*MOL 1800*

Bar Card Number*: 19708300

**Work Address**

*KAREN MELNIK*

**Work Phone Number**

**Primary Practice Location**

Equal Employment Opportunity
5410 Fredericksburg Rd #200
San Antonio, TX, 78229-3555

*R. BARRY ROBINSON*

(210) 281-7637

SAN ANTONIO , Texas

*1: 2005 CV 243 SS*
*1: 2006 CV 01558*
*1: 2005 CV 02334*

Current Member Status

**Eligible To Practice In Texas**

License Information

**State Bar Card Number*:**       19708300
**Texas Licensed*:**              11/02/1984

*HUD # 06-06-293-8*

Practice Information

*EEOC EMPLOYMENT COMPLAINT*
*BY MICHAEL L BUESGENS*
*FOIA REQUESTS*

**Firm:**                    No information reported by attorney
**Firm Size:**               Over 200
**Occupation:**              Government Lawyer
**Primary Practice Areas:**  Labor-Employment
**Services Provided:**

Are language translation services available?          Not Specified
Are hearing impaired translation services available?  Not Specified
Are ADA accessible client services available?         Not Specified

**Assistance available in languages:**
Spanish

**Courts of Admittance:**

*EEOC SYSTEM OF RECORDS*
*ROBERT B. HARWIN*
*ATTORNEY*
*STEPHANIE GARNER*
*FOIA*
*ELIZABETH CALDWELL*
*EEOC RECORDS*

Federal Courts of Admittance:
Texas Northern District Court
Texas Southern District/Bankruptcy Court
Texas Western District Court
Other Courts of Admittance:
No information reported by attorney
Other States Where authorized to practice:
No Other States reported by attorney

Education and Certification History

**Law Schools:**

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| St. Mary's University | 05/1984 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

**Texas Board of Legal Specialization Certifications:**
No profile data on file for Texas Board of Legal Specialization Certification

Public Disciplinary History

*JENNIFER RANDALL*
*ATTORNEY*

**Public Disciplinary History - Texas*:**

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, please contact the Office of the Chief Disciplinary Counsel at (877)953-5535.
Public Disciplinary History - Other:

 **State Bar of Texas**

Detailed Result

Michael Lynn Salyards  ✓     *MICHAEL LYNN SALYARDS*

Bar Card Number*: 00784898 ✓     *MOL 1800*

| | Work Address | 4050 Alpha Rd 14th Floor<br>Dallas, TX, 75244-4203 |
| | Work Phone Number | (972) 308-7365 |
| | Primary Practice Location | DALLAS , Texas |

Current Member Status     *EEOC HEARING 12/16/2003*

**Eligible To Practice In Texas**     *1: 2005 CV 2435S*

License Information     *1: 2005 CV 02334*

| State Bar Card Number*: | 00784898 | *1: 2006 CV 01558* |
| Texas Licensed*: | 11/06/1992 | |

Practice Information     *EEO "IN HOUSE" GENERAL LEGAL*

| Firm: | No information reported by attorney | *SERVICES ATTORNEY* |
| Firm Size: | 61 to 100 | *DEPARTMENT OF TREASURY* |
| Occupation: | Government Lawyer | *I.R.S.* |
| Primary Practice Areas: | Labor-Employment | |
| Services Provided: | | |

| | Are language translation services available? | Not Specified |
| | Are hearing impaired translation services available? | Not Specified |
| | Are ADA accessible client services available? | Not Specified |

*MARY-ELLAN KRCHA*

Assistance available in languages:     *TORT CLAIMS MANAGER*

No information reported by attorney     *GENERAL LEGAL*

Courts of Admittance:     *SERVICES*

Federal Courts of Admittance:     *WASHINGTON, DC*
No Federal Courts reported by attorney
Other Courts of Admittance:
No information reported by attorney
Other States Where authorized to practice:
No Other States reported by attorney

Education and Certification History

Law Schools:

| | Law School | Graduation Date | Degree Earned |
| | University Of Texas | 05/1992 | Doctor of Jurisprudence/Juris<br>Doctor (J.D.) |

Texas Board of Legal Specialization Certifications:
No profile data on file for Texas Board of Legal Specialization Certification

Public Disciplinary History     *BUESGENS FTCA CLAIM*
*RECEIVED ON 8/22/05 8:01AM*
Public Disciplinary History - Texas*:     *AT DEPARTMENT OF TREASURY*

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, please contact the Office of the Chief Disciplinary Counsel at (877)953-5535.
Public Disciplinary History - Other:
No information reported by attorney
Statutory Profile Last Certified On: 07/20/2003



**State Bar of Texas**

Detailed Result

Thomas Stanton

*THOMAS STANTON*

**Bar Card Number*: 19055420**

*MOL 1800*

**Work Address**
4050 Alpha Rd 7th Floor
Mail Stop 2500 Msro
Dallas, TX, 75244-4203

**Work Phone Number**
(972) 308-7365

**Primary Practice Location**    DALLAS , Texas

*M.S.P.B. CLAIM*

Current Member Status

**Eligible To Practice In Texas**

*O.S.C. CLAIM*

License Information

**State Bar Card Number*:**    19055420
**Texas Licensed*:**    07/11/1986

Practice Information

*MICHAEL SALYARDS - BOSS*

Firm:    No information reported by attorney
Firm Size:    61 to 100
Occupation:    Government Lawyer
Primary Practice Areas:    No information reported by attorney
Services Provided:    No information reported by attorney

*I.R.S.*
*DEPARTMENT OF TREASURY*

Assistance available in languages:
No information reported by attorney

Courts of Admittance:
Federal Courts of Admittance:
US Court of Appeals for the Armed Forces
Other Courts of Admittance:
No information reported by attorney
Other States Where authorized to practice:
Pennsylvania

Education and Certification History

**Law Schools:**

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| University Of Pittsburgh | 04/1975 | Master of Laws |

Texas Board of Legal Specialization Certifications:
No profile data on file for Texas Board of Legal Specialization Certification

Public Disciplinary History

**Public Disciplinary History - Texas*:**

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, please contact the Office of the Chief Disciplinary Counsel at (877)953-5535.
Public Disciplinary History - Other:
No information reported by attorney
Statutory Profile Last Certified On: 07/31/2003

For information about a specific disciplinary sanction listed above, please call (877)953-5535.

 **State Bar of Texas**

Detailed Result

Ben Castleman Florey Jr. ✓   *BEN FLOREY*

Bar Card Number*: 07169500 ✓



| | | |
|---|---|---|
| **Work Address** | 1800 Guadalupe Street Austin, TX, 78701 | |
| **Work Phone Number** | (512) 479-8600 | |
| **Primary Practice Location** | AUSTIN , Texas | |

*MDL 1800*

Current Member Status

**Eligible To Practice In Texas**

License Information

**State Bar Card Number*:**        07169500
**Texas Licensed*:**               11/11/1977

*GERALD CARRUTH*
*U.S. ATTORNEY*

Practice Information

**Firm:**                    Law Offices of Ben Florey
**Firm Size:**               2 to 5
**Occupation:**              Private Law Practice
**Primary Practice Areas:**  Criminal
**Services Provided:**

Are language translation services available?          Not Specified
Are hearing impaired translation services available?  Not Specified
Are ADA accessible client services available?         Not Specified

**Assistance available in languages:**
Spanish

**Courts of Admittance:**

*CHARLES G. HERNON*
*FORMER I.R.S.*
*EMPLOYEE*
*1:2004-CR-00171LY*

Federal Courts of Admittance:
Fifth Circuit Court of Appeals
Texas Eastern District Court
Texas Northern District Court
Texas Southern District/Bankruptcy Court
Texas Western District Court
Other Courts of Admittance:
No information reported by attorney
Other States Where authorized to practice:
No Other States reported by attorney

Education and Certification History

**Law Schools:**

| **Law School** | **Graduation Date** | **Degree Earned** |
|---|---|---|
| Texas Tech University | 07/1977 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

**Texas Board of Legal Specialization Certifications:**
Criminal Law

**Public Disciplinary History - Texas*:**

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, please contact

August 11, 2006

Michael L. Buesgens

Sir:

*1. GERALD CARRUTH, ATTORNEY*
*2. CHARLES G. HERNDON*
*3. BEN FLOREY, ATTORNEY*

First of all, Ben Florey has not been my attorney for nearly two years. Secondly, I have been retired from the I.R.S. for over two years. Thirdly, I resent your looking up my criminal records, even though they are public records, and trying to use them for your own personal gains.

*CHARLES G. HERNDON*

I broke the law and pled guilty to all charges, because I was guilty. The Service did nothing wrong in handling my case, indeed, I was the one in the wrong. So, you can forget about my testifying to any misconduct on their part concerning my own case.

I have no earthly idea as to who you are, nor do I know anything about your grievances with the Service, so I do not see how I could be of any relevance or help to you. As for Rudy Lizcano's case, I also know of no wrongful acts preformed by the Service. As best as I can recall, Mr. Lizcano was terminated from the Service because of insubordination. He was told to clean up his work area, which was overflowing with IRS booklets, two-year old newspapers, and food offings that were causing ants and roaches to be attracted to the area. He was told by, first his group manager, and then by his department manager, and finally by the operations manager to clean his work area up and adhere to Service policies concerning the sharing of workspaces. He continued to refuse to do so in all cases and was terminated. I know nothing of any whistleblowing, nor audits, nor alleged retributions. I was not his work leader, I was not his manager. I did not have the power to authorize audits of employees or past-employees. In short, I know of no way in which the Service may have mistreated him. In fact, it seemed to me at the time that they went out of their way in giving him multiple chances to comply with the rules and gave him several weeks in which to do so. So if you want my deposition as to the above facts, I will be happy to comply. I can't see where it would be of much help to you, though. I worked for the Service for nearly 18 years, and can honestly say that I never saw any evidence of corruption or wrong-doing from any of the management teams for whom I worked. In deed, they were always above board and went out of their way to be fair when it came to disciplinary actions. I am proud to have served the public at the I.R.S. and my only regret is that I forgot two of the rules, which also had legal consequences attached to them, those being unauthorized access of taxpayers' records and disclosure of that information. I wish that I were still serving there, but I deserved all that I got. If this is the type of information that you feel will help your case, then by all means, let me know and I will write you a deposition which will contain all of the above information.

*I.R.S.*
*4. CHARLES WASHINGTON, JR.*
*DIRECTOR*
*AUSTIN COMPLIANCE CENTER*
*1821 DIRECTORS BLVD*
*AUSTIN, TEXAS  78744*

 **State Bar of Texas**

Detailed Result

Gerald Conley Carruth ✓

*GERALD CONLY CARRUTH*

**Bar Card Number*: 03896500** ✓



| | |
|---|---|
| **Work Address** | United States Attorneys Ofc<br>816 Congress Ave Ste 1000<br>Austin, TX, 78701-2443 |
| **Work Phone Number** | (512) 916-5858 |
| **Primary Practice Location** | AUSTIN , Texas |

*1: 2004-CR-00171*
*1: 2005 CV 2435*
*1: 2006 CV 01558*
*MDL 1800*

Current Member Status

**Eligible To Practice In Texas**

License Information

| | |
|---|---|
| **State Bar Card Number*:** | 03896500 |
| **Texas Licensed*:** | 04/20/1972 |

Practice Information

| | |
|---|---|
| Firm: | No information reported by attorney |
| Firm Size: | None Specified |
| Occupation: | Government Lawyer |
| Primary Practice Areas: | No information reported by attorney |
| Services Provided: | |

| | |
|---|---|
| Are language translation services available? | Not Specified |
| Are hearing impaired translation services available? | Not Specified |
| Are ADA accessible client services available? | Not Specified |

Assistance available in languages:
No information reported by attorney

Courts of Admittance:

Federal Courts of Admittance:
US Supreme Court
Fifth Circuit Court of Appeals
Eleventh Circuit Court of Appeals
Texas Eastern District Court
Texas Northern District Court
Texas Southern District/Bankruptcy Court
Texas Western District Court
Other Courts of Admittance:
No information reported by attorney
Other States Where authorized to practice:
No Other States reported by attorney

Education and Certification History

Law Schools:

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| University Of Texas | 12/1971 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

Texas Board of Legal Specialization Certifications:
No profile data on file for Texas Board of Legal Specialization Certification

Public Disciplinary History - Texas*:

 **State Bar of Texas**

Detailed Result

STEVEN BOOK BASS ✓

*STEVEN BASS*

*RODOLFO LIZCANO*

Bar Card Number*: 01889700 ✓

| | |
|---|---|
| **Work Address** | 816 CONGRESS AVE<br>STE 1000<br>AUSTIN, TX, 78701 |
| **Work Phone Number** | (512) 915-5858 |
| **Primary Practice Location** | AUSTIN , Texas |

### Current Member Status

**Inactive**

### License Information

| | |
|---|---|
| **State Bar Card Number*:** | 01889700 |
| **Texas Licensed*:** | 11/08/1985 |

### Practice Information

| | |
|---|---|
| Firm: | US ATTORNEY |
| Firm Size: | None Specified |
| Occupation: | None Specified |
| Primary Practice Areas: | No information reported by attorney |
| Services Provided: | |
| | No information reported by attorney |

Assistance available in languages:
No information reported by attorney

Courts of Admittance:

Federal Courts of Admittance:
No Federal Courts reported by attorney
Other Courts of Admittance:
No information reported by attorney
Other States Where authorized to practice:
Florida
Ohio

### Education and Certification History

Law Schools:

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| Oklahoma City University | 05/1985 | Doctor of Jurisprudence/Juris Doctor (J.D.) |
| New York University | 05/1986 | Master of Laws |

Texas Board of Legal Specialization Certifications:
No profile data on file for Texas Board of Legal Specialization Certification

### Public Disciplinary History

Public Disciplinary History - Texas*:

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, please contact the Office of the Chief Disciplinary Counsel at (877)953-5535.
Public Disciplinary History - Other:
No information reported by attorney
Statutory Profile Last Certified On: 07/28/2003

 **State Bar of Texas**

Detailed Result

Derek Alden Howard

*DEREK HOWARD*

Bar Card Number*: 10064600

*1 : 2005 CV 2435 S*

| | |
|---|---|
| Work Address | 100 Congress Ave Ste 1720<br>Austin, TX, 78701-4042 |
| Work Phone Number | (512) 480-9300 |
| Primary Practice Location | AUSTIN , Texas |

*MDL 1800*

Current Member Status

**Eligible To Practice In Texas**

*1 : 2006 CV 226 LY*

License Information

| | |
|---|---|
| **State Bar Card Number*:** | 10064600 |
| **Texas Licensed*:** | 05/28/1979 |

*1 : 2006 CV 260 LY*

*1 : 2006 CV 01558*

Practice Information

| | |
|---|---|
| Firm: | Howard & Kobelan |
| Firm Size: | 2 to 5 |
| Occupation: | Private Law Practice |
| Primary Practice Areas: | Labor-Employment |
| Services Provided: | |

*HUD # 06-06-293-8*

| | |
|---|---|
| Are language translation services available? | Not Specified |
| Are hearing impaired translation services available? | Not Specified |
| Are ADA accessible client services available? | Yes |

| | |
|---|---|
| Assistance available in languages: | No information reported by attorney |
| Courts of Admittance: | |

*RODOLFO LIZCANO*

*1 : 2002 CV 00526 LY*

*1 : 2003 CV 00 66 155*

Federal Courts of Admittance:
US Supreme Court
US Court of Federal Claims
Fifth Circuit Court of Appeals
Texas Eastern District Court
Texas Northern District Court
Texas Southern District/Bankruptcy Court
Texas Western Bankruptcy Court
Texas Western District Court
Other Courts of Admittance:
No information reported by attorney
Other States Where authorized to practice:
No Other States reported by attorney

*FORMER*
*I. R. S.*
*EMPLOYEE*

Education and Certification History

Law Schools:

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| St. Mary's University | 12/1978 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

Texas Board of Legal Specialization Certifications:
No profile data on file for Texas Board of Legal Specialization Certification

Civil Name Search Results
5 Total Case matches for selection LIZCANO,RODOLFO for Texas Western
Sun Jul 16 15:55:37 CDT 2006

| Name | | Court | Case No. | Filed |
|------|---|-------|----------|-------|
| LIZCANO, RODOLFO | ✓ | txwdc | 1:1993cv00018 | 02/16/1993 |
| LIZCANO, RODOLFO | | txwdc | 1:2002cv00526 | 08/20/2002 |
| LIZCANO, RODOLFO | | txwdce | 1:2002cv00526 | 08/20/2002 |
| LIZCANO, RODOLFO | | txwdc | 1:2003cv00661 | 09/23/2003 |
| LIZCANO, RODOLFO | | txwdce | 1:2003cv00661 | 09/23/2003 |

FORMER I.R.S. EMPLOYEE

I.R.S.

1. RICHARD R. AUBY, FIELD DIRECTOR
2. NANCY SESSION, OPERATIONS MANAGER
3. ANNA MEDLOCK, MANAGER
4. MELINDA ESTRADA, EEO MANAGER
5. DONALD R. TAWNEY, JR, MANAGER

1821 DIRECTORS BLVD
AUSTIN, TEXAS 78744

AND

6. DEREK HOWARD, ATTORNEY
7. MICHAEL SALYARDS, ATTORNEY
8. THOMAS STANTON, ATTORNEY
9. STEVEN BASS, ATTORNEY



Print    Close Window

**Rudy Lizcano** (rudylizcano@yahoo.com)
To: mikebuesgens@hotmail.com
Cc: Rudy Lizcano (rudylizcano@yahoo.com)
Subject: Your court testimony request

9:57 PM 8/20/06

RODOLFO LIZCANO

DEREK HOWARD
ATTORNEY
/ : 2003CV00661 SS

Michael,

I have been out of town so I only read your letter
requesting my testimony today a few hours ago.

Are you an IRS employee? Who and why are you suing?
What testimony do you think I could provide that would
help you?

As to your question about why I didn't ask for
appointment of counsel, I did not know I could and the
court never mentioned that I could ask for it.


Rudy

_____

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

Westlaw.

**PROFESSIONAL LICENSE RECORD**

| | |
|---|---|
| **Information Current Through:** | 01-23-2006 |
| **Database Last Updated:** | 06-03-2006 |
| **Update Frequency:** | QUARTERLY |
| **Current Date:** | 10/11/2006 |
| **Source:** | TX COMPTROLLER OF PUBLIC ACCOUNTS |

**NAME & PROFESSIONAL INFORMATION**

| | |
|---|---|
| **Name:** | RODOLFO LIZCANO ✓ |
| **Address:** | 7410 N 16TH LN<br>MCALLEN, **TX** 78504-3244 |
| **County:** | HIDALGO |
| **Previous Address:** | 1416 WALNUT AVE<br>MCALLEN, TX 78501 |

**LICENSING INFORMATION** ✓

| | |
|---|---|
| **License/Certification Type:** | INDIVIDUAL - SOLE OWNER |
| **License State:** | TX |
| END OF DOCUMENT | |

*I.R.S.*
*STEVEN BASS*
*U.S. ATTORNEY*
*U.S. TAX*
*COURT*
*SAN ANTONIO,*
*TEXAS*

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

 **State Bar of Texas**

Detailed Result

William S. "BILL" Warren    *WILLIAM S. WARREN*

Bar Card Number*: 20890800  

| | |
|---|---|
| Work Address | 1011 Westlake Drive<br>Austin, TX, 78746 |
| Work Phone Number | (512) 347-8777 |
| Primary Practice Location | AUSTIN , Texas |

*MDL 1800*
*1:2006 CV 226 LY*
*1:2006 CV 260 LY*
*HUD# 06-06-293-8*

Current Member Status

**Eligible To Practice In Texas**

*AUSTIN APARTMENT ASSOCIATION*

License Information

| | |
|---|---|
| State Bar Card Number*: | 20890800 |
| Texas Licensed*: | 11/24/1980 |

Practice Information

| | |
|---|---|
| Firm: | Warren Law Firm |
| Firm Size: | Solo |
| Occupation: | Private Law Practice |
| Primary Practice Areas: | Litigation: Commercial |
| Services Provided: | |

*TEXAS APARTMENT ASSOCIATION*

| | |
|---|---|
| Are language translation services available? | Not Specified |
| Are hearing impaired translation services available? | Not Specified |
| Are ADA accessible client services available? | Not Specified |

*NATIONAL APARTMENT ASSOCIATION*

Assistance available in languages:
No information reported by attorney

Courts of Admittance:

Federal Courts of Admittance:
Fifth Circuit Court of Appeals
Texas Eastern Bankruptcy Court
Texas Eastern District Court
Texas Northern Bankruptcy Court
Texas Northern District Court
Texas Southern District/Bankruptcy Court
Texas Western Bankruptcy Court
Texas Western District Court
Other Courts of Admittance:
No information reported by attorney
Other States Where authorized to practice:
No Other States reported by attorney

Law Schools:

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| University Of Houston | 05/1980 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

Texas Board of Legal Specialization Certifications:
Civil Trial Law

 **State Bar of Texas**

**Chief Disciplinary Counsel**

The Chief Disciplinary Counsel administers the attorney grievance system in accordance with the Rules of Disciplinary Procedure. The Chief Disciplinary Counsel's Office has three regional offices - Houston, Dallas and San Antonio - and the main office in Austin, each overseeing a geographical region of the state. Each office, headed by a Regional Counsel or Field Counsel, houses an investigative attorney, and support staff to assist grievance committees and prosecute disciplinary actions.

**Additional Resources**

Offices of Chief
Disciplinary Counsel

Commission for Lawyer
Discipline 2006 Annual
Report **(pdf)**

The duties and authority of the Chief Disciplinary Counsel are set out in Part V of the Texas Rules of Disciplinary Procedure **(pdf)**.

**Grievance Information Hotline (1-800-932-1900)**
The State Bar Client Attorney Assistance Program (CAAP) answers a toll-free telephone line dedicated to the disciplinary system. This telephone line is designed to help the public with questions they have about filing a grievance. The toll-free line is answered in the regional office closest to the caller.

**Disciplinary System Questionnaire**
After a grievance has been concluded, a questionnaire is provided to the Complainant. The Chief Disciplinary Counsel's Office utilizes the questionnaire and the comments provided by participants in the grievance system to obtain and evaluate complainant's view of the fairness of the grievance system, the District Grievance Committees, and the Chief Disciplinary Counsel's staff.

**The Ethics Helpline**
The Chief Disciplinary Counsel's Office maintains, as a service to the members of the Bar, a toll-free Attorney Ethics Helpline. The Helpline number is (800)532-3947and is operated from 8:00 a.m. to 5:00 p.m., Monday through Friday.

The Helpline is designed to assist Texas attorneys who have questions about their ethical obligations to clients, courts, and the public under the Texas Disciplinary Rules of Professional Conduct. The information disseminated is designed to give attorneys guidance on how to access to rules, ethical opinions and case law so an attorney can make an informed ethical decision. Pursuant to the policy of the Board of Directors of the State Bar, the Chief Disciplinary Counsel and his staff are not permitted to issue written opinions or legal advice.

The Attorney Ethics Helpline does not provide legal assistance to the general public and cannot address questions concerning pending grievances.

**District Grievance Committees**
The District Grievance Committees are composed of volunteer lawyers and members of the public whih serve in 49 districts across the state. Each committee is composed of two thirds lawyer members and one third public members. The committees act through panels for Summary Disposition in dockets and evidentiary hearings. The grievance committees' authority and duties are set out in Part II of the Texas Rules of Disciplinary Procedure **(pdf)**.

Each State Bar district has one or more grievance committees. The members of each committee are nominated to serve by the local State Bar Board of Directors members and are appointed to the committee by the State Bar President.

**The Commission for Lawyer Discipline**
The Texas Commission for Lawyer Discipline is a permanent committee of the State Bar of Texas and is composed of six (6) attorney members appointed by the State Bar President and six (6) public, non-attorney members appointed by the Supreme Court of Texas.

The Commission for Lawyer Discipline serves a vital role in the success of the disciplinary system, serving as the client-body of the Chief Disciplinary Counsel in attorney complaints not dismissed

by a Summary Disposition Panel and in all original proceedings before the Board of Disciplinary Appeals. The Commission also has oversight of the disciplinary system.

The Commission meets monthly to make decisions concerning individual attorney discipline cases within its purview. The Commission's powers and duties are set out in Part IV of the Texas Rules of Disciplinary Procedure (pdf).

**Board of Disciplinary Appeals**
The Board of Disciplinary Appeals is a body of twelve lawyers with both appellate and original jurisdiction in grievance matters as provided by Part VII of the Rules of Disciplinary Procedure (pdf). The Board has final appellate jurisdiction in classification decisions and acts as an intermediate appellate court for evidentiary panel cases. The Board has original jurisdiction in compulsory and reciprocal discipline cases, as well as motions to revoke probated suspensions contained in grievance committee judgments.

**Discipline and Client Attorney Assistance Program Subcommittee**
The DCAAP subcommittee of the Board of Directors serves as the primary liaison on behalf of the Board to the Commission for Lawyer Discipline and the Chief Disciplinary Counsel.

Back

For information about a specific disciplinary sanction listed above, please call (877)953-5535.

The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (*) is provided by the State Bar of Texas. Texas grievance/disciplinary information will not appear on the profile until a final determination is reached. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.

Back to search results

Back

Westlaw.

Page 1

**Charles E. Brown**
Charles E. Brown
818 West 10th Street
Austin, Texas 78701-2005
Travis County
(512) 476-8942

Position:    *TEXAS STATE BAR NO.*

    Sole Practitioner    *REAL ESTATE BROKER NO. 320045*

Education:

    St. Mary's University School of Law, San Antonio, TX, 1986
    J.D., Doctor of Jurisprudence

    Texas A & M University, College Station, Texas, 1980
    M.S., Master of Science
    Honors: Cum Laude
    Major: Agriculture

    Texas A & M University, College Station, Texas, 1980
    B.S., Bachelor of Science
    Honors: Cum Laude
    Major: Agriculture

Admitted:

    Texas, 1986
    U.S. District Court Western District of Texas, 1988

Affiliations:

    Austin Young Lawyers, Board Member, 1987 - 1988

Litigation Percent:

    90% of Practice Devoted to Litigation

Classes/Seminars Taught:

    Suits on Sworn Accounts, Austin Young Lawyers, 1990

Past Positions:

    Hancock & Piedfort, Associate Attorney, 1986 - 1989

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Charles E. Brown
Charles E. Brown
818 West 10th Street
Austin, Texas 78701-2005
Travis County
(512) 476-8942

Position:

Sole Practitioner

Education:

St. Mary's University School of Law, San Antonio, TX, 1986
J.D., Doctor of Jurisprudence

Texas A & M University, College Station, Texas, 1980
M.S., Master of Science
Honors: Cum Laude
Major: Agriculture

Texas A & M University, College Station, Texas, 1980
B.S., Bachelor of Science
Honors: Cum Laude
Major: Agriculture

Admitted:

Texas, 1986
U.S. District Court Western District of Texas, 1988

Affiliations:

Austin Young Lawyers, Board Member, 1987 - 1988

Litigation Percent:

90% of Practice Devoted to Litigation

Classes/Seminars Taught:

Suits on Sworn Accounts, Austin Young Lawyers, 1990

Past Positions:

Hancock & Piedfort, Associate Attorney, 1986 - 1989

Pro Bono Activities:

Austin Lawyers Care, 1986 - Present

Total Firm Size:

1

West Practice Categories:

Consumer Protection
Collections

06 1964

**FILED**

NOV 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Armbrust, David B                                                              Page 2 of 2

Fraternities/Sororities:

Sigma Alpha Epsilon
Phi Delta Phi

Total Firm Size:

11-25

West Practice Categories:

Administrative Law
Environmental Law
Land Use & Zoning
Government Relations & Lobbying
Real Estate Law


This constitutes the most current information West has on record for this
listing. If you wish to update this information, please contact FindLaw.

END OF DOCUMENT

(C) 2006 Thomson

**Charles E. Brown**
3624 North Hills Drive, Suite B-1~
Austin, Texas 78731
(512)346-6000



## EDUCATION

B.S. Texas A&M University, 1980
M.A. Texas A&M University, 1982
J.D. St. Mary's University School of Law, 1986

## LICENSES

Member, State Bar of Texas
United States District Court for the Western District of Texas
Texas Real Estate Broker's License
Board Certified in Commercial and Residential Real Estate Law by the Texas Board of Legal
Specialization

## PROFESSIONAL EXPERIENCE

**1989 - Present**
**Attorney at Law, Austin, Texas.** Self-employed representing clients in landlord-tenant issues,
business transactions, property management issues, real estate transactions and general civil
matters.

**1986 - 1987**
**Attorney, Hancock & Piedfort, Austin, Texas.** Represented clients in business transactions,
general civil litigation and real estate litigation in law firm with 7 Attorneys.

## ACTIVITIES

May 2000 - 2001, Chairman of Board of Directors, Goodwill Industries of Central Texas, Inc.
The mission of Goodwill Industries of Central Texas, Inc. is to provide job related services to
people with barriers to employment.

1997 - 1999
Chairman, Business Advisory Counsel, Goodwill Industries of Central Texas, Inc.

1994 - 2002
Board Member, Goodwill Industries of Central Texas, Inc.

1999 - Present
Board Member, Goodwill Temporary Services, Inc.

## PROFESSIONAL ACTIVITIES

**Austin Apartment Association**
Instructor for seminars on fair housing law.
Write articles on fair housing issues for Windows magazine.

## Licensee Details for:

Salesperson or Broker - "Brown, Charles Eads"

| Licensee Name | License Number | License Type | License Status | Expiration Date |
|---|---|---|---|---|
| Brown, Charles Eads | 320045 | Broker | Active | 2/29/2008 |

**Permanent Mailing Address**
3624 North Hills Drive B-100
Austin, TX 78731

**Business Physical Address**
3624 North Hills Drive B-100
Austin, TX 78731

### Education Information

**SAE -** Licensees subject to SAE requirements click here for further SAE information.

**MCE -** Licensees subject to MCE requirements need to complete 15 hours of MCE courses, 3 hours of which must be the *TREC Legal Update* course and 3 hours of which must be the *TREC Ethics* course. For further MCE information, see the MCE FAQs page..

Legal hours derived from Core courses may not fulfill MCE requirements. See the MCE FAQs page to learn which MCE requirements apply to you. If you are unsure, please note that the *TREC Legal Update* and *TREC Ethics* courses will always satisfy your MCE legal requirement.

If you do not know which education requirement relates to your license please call 1-800-250-TREC(8732) (If calling from the local Austin area, call 459-6544).

| Course Date | Course Number | Course Name | Provider Name | Total Hours | Legal Hours |
|---|---|---|---|---|---|
| 11/08/2005 | 8700 | STATE BAR | STATE BAR | 1 | 1 |
| 10/11/2005 | 8700 | STATE BAR | STATE BAR | 1 | 1 |
| 07/09/2005 | 8700 | STATE BAR | STATE BAR | 13 | 13 |
| 04/12/2005 | 8700 | STATE BAR | STATE BAR | 1 | 1 |
| 01/16/2003 | 2456 | FARM & RANCH MARKETING | AUSTIN BOARD OF REALTORS | 7 | 4 |
| 11/14/2002 | 2363 | INCOME PROPERTY ANALYSIS | MEYERS SCHOOL OF REAL ESTATE | 15 | 6 |
| 12/11/2000 | 8700 | STATE BAR | STATE BAR | 21 | 21 |
| 07/02/1999 | 8700 | STATE BAR | STATE BAR | 16 | 16 |
| 11/16/1998 | 8700 | STATE BAR | STATE BAR | 5 | 5 |
| 10/03/1997 | 8700 | STATE BAR | STATE BAR | 11 | 5 |
| 08/16/1996 | 8700 | STATE BAR | STATE BAR | 17 | 17 |
| 05/31/1984 | 1111 | LAW OF AGENCY | ST. MARY'S UNIVERSITY | 45 | 6 |
| 05/31/1984 | 0311 | REAL ESTATE LAW I | ST. MARY'S UNIVERSITY | 90 | 6 |
| 12/31/1983 | 0111 | REAL ESTATE PRINCIPLES I | ST. MARY'S UNIVERSITY | 45 | 6 |

### Sponsoree Information
### (1 sponsorees)

| Sponsoree Name | License Number | License Type | License Status | Expiration Date |
|---|---|---|---|---|
| McDonough, James Moore III | 395364 | Salesperson |  | 6/30/2007 |

New Licensee Info Search



# COMPTROLLER OF PUBLIC ACCOUNTS
## P.O. BOX 13528
## AUSTIN, TX 78711-3528

August 15, 2006

Michael L. Buesgens
3112 Windsor Rd. #A-322
Austin, Texas 78703

Dear Mr. Buesgens:

*CHARLES E. BROWN, ATTORNEY*
*SHELLEY BUSH MARMON, ATTORNEY*
*DAVID ARMBRUST, ATTORNEY*
*GREGORY S. CAGLE, ATTORNEY*

We have received your August 2, 2006 letter and request for an informant recovery program contract regarding:

*TAX FORFEITURES*
*FRANCHISE*
*AND*
*STATE OF TEXAS*
*IS OPEN FOR*
*BUSINESS*

| | |
|---|---|
| Cameron Auction Company LLC | TP# 32015728465 |
| TAG Architects Inc. | TP# 17427411362 |
| Lightning Boat LLC | TP# 32011567743 |
| Shelley A Bush PC | TP# 17603247440 |
| Sea Traders Lane Inc. | TP# 17603191200 |
| Consultrade Inc. | TP# 30118559548 |
| Armbrust & Brown PC | TP# 17424848608 |
| Marmon Enterprises Inc. | TP# 17606888869 |
| Cutthroat Holdings Inc. | TP# 17606980799 |

The above entities are permitted for franchise tax. All but the last two are in "forfeiture" status and open collection records are already set up. Marmon Enterprises Inc. and Cutthroat Holdings Inc. are "in good standing" status. You also provided information on:

Armbrust & Brown LLP                    TP# 17-28271666

This entity is permitted for sales and use tax and has filed all required returns. They are not required to be permitted for franchise tax.

The Comptroller appreciates your bringing these accounts to our attention. However, after reviewing these accounts and the information you provided, it is our opinion that no audits are warranted at this time. The applicable taxpayers have already been notified of their failure to fulfill filing requirements for franchise tax. Therefore, we feel that the documentation you have provided is not sufficient to allow us to into an informant recovery program contract with you at this time. If you have any additional information to provide, we will be happy to review it. Also, if you any questions regarding the above matter, please call me at 512-305-9983.

Sincerely,

Blake Nedbalek
Audit Division

BUSINESS ORGANIZATION INQUIRY
<div align="right">Page 1 of 1</div>



**Business Organizations | Trademarks | Help/Fees |**

**GLOBAL PERSON SEARCH**

*CHARLES E. BROWN*
*ATTORNEY*

This search was performed on with the following search parameter:
PERSON NAME : charles eads brown

| Mark | Filing Number | Person | Title | Entity Name | Entity Type | Entity Status |
|------|---------|--------|-------|-------------|-------------|---------------|
| ○ | 800288124 | Charles E Brown | Registered Agent | 605-607 W. 9th, LLC | Domestic Limited Liability Company (LLC) | In existence |
| ○ | 800288127 | Charles E Brown | Registered Agent | 818 W. 10th, LLC | Domestic Limited Liability Company (LLC) | In existence |
| ○ | 800288133 | Charles E Brown | Registered Agent | 820 W. 10th, LLC | Domestic Limited Liability Company (LLC) | In existence |
| ○ | 800317487 | Charles E Brown | Registered Agent | 6700 La Salle, LLC | Domestic Limited Liability Company (LLC) | In existence |
| ○ | 800361547 | Charles E Brown Jr | Registered Agent | Angel Grove Investments, Limited Liability Company | Domestic Limited Liability Company (LLC) | In existence |
| ○ | 800384648 | Charles E Brown | Managing Member | Cameron Auction Company, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence ✓ |
| ○ | 800384648 | Charles E Brown | Registered Agent | Cameron Auction Company, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence |
| ○ | 800399811 | Charles E. Brown | Member | 5517 Joe Sayers, LLC | Domestic Limited Liability Company (LLC) | In existence |
| ○ | 800399811 | Charles E. Brown | Registered Agent | 5517 Joe Sayers, LLC | Domestic Limited Liability Company (LLC) | In existence |
| ○ | 800407848 | Charles E Brown | Member | 10503 Turner, LLC | Domestic Limited Liability Company (LLC) | In existence |

Records 181 to 190 of 228 scroll

| << Previous | Next >> | OR proceed to page [    ] of 24 pages | GO |

| Return to Order | New Search |

*REAL ESTATE BROKER*

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

# Texas Secretary of State
## Roger Williams

**SOSDirect**

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| Filing Number: | 134991100 | Entity Type: | Domestic For-Profit Corporation |
| Original Date of Filing: | March 22, 1995 | Entity Status: | Forfeited existence |
| Formation Date: | N/A | | |
| Tax ID: | 17427411362 | FEIN: | |
| Duration: | Perpetual | | |

**Name:** TAG ARCHITECTS, INC.
**Address:** 200 S 10TH ST STE 901
Mcallen, TX 78501 USA

REGISTERED AGENT    FILING HISTORY    NAMES    MANAGEMENT    ASSOCIATED ENTITIES

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| N/A | 6608626 | Articles Of Incorporation | March 22, 1995 | March 22, 1995 | No | N/A |
| N/A | 6608627 | Assumed Name Certificate | April 6, 1995 | April 6, 1995 | No | N/A |
| N/A | 6608628 | Change Of Registered Agent/Office | November 18, 1997 | November 18, 1997 | No | N/A |
| ☑ | 2716494545 | Tax Forfeiture | February 14, 2003 | February 14, 2003 | No | 1 |

Return to Search

Instructions:
● To place an order for additional information about a filing press the 'Order' button.

CHARLES E.
BROWN
FRANCHISE
TAX
FORFEITURE

http://directsearch.sos.state.tx.us/corp_inquiry/corp_inquiry-entity.asp?spage=docs&Spagefrom=&Sfiling_number=134991100&:N  7/31/06







**Texas Secretary of State**
**Roger Williams**

Business Organizations | Trademarks | Help/Fees |

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800522008 | **Entity Type:** | Foreign Limited Liability Company (LLC) |
| **Original Date of Filing:** | July 22, 2005 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32017857098 | **FEIN:** | 931152142 |
| **Name:** | Austin Park Plaza, LLC | | |
| **Address:** | 818 W. 10TH STREET | | |
| | AUSTIN, TX 78701 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | OR, USA | | |
| **Foreign Formation Date:** | August 8, 1994 | | |

*FOREIGN LIMITED LIABILITY* (handwritten)

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Address | | Inactive Date |
|---|---|---|---|
| Charles E Brown | 818 W. 10th Street | | |
| | Austin, TX 78701 USA | | |

Return to Search

*CHARLES E. BROWN* (handwritten)

Instructions:
To place an order for additional information about a filing press the 'Order' button.

*AUSTIN, TEXAS* (handwritten)
*ATTORNEY* (handwritten)
*REAL ESTATE BROKER* (handwritten)





**Business Organizations | Trademarks | Help/Fees |**

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| Filing Number: | 800522008 | Entity Type: | Foreign Limited Liability Company (LLC) |
| Original Date of Filing: | July 22, 2005 | Entity Status: | In existence |
| Formation Date: | N/A | | |
| Tax ID: | 32017857098 | FEIN: | 931152142 |

Name: Austin Park Plaza, LLC
Address: 818 W. 10TH STREET
AUSTIN, TX 78701 USA

Fictitious Name: N/A
Jurisdiction: OR, USA
Foreign Formation Date: August 8, 1994

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | **Address** | |
| July 22, 2005 | John J Holbrook | | Managing Member | 36255 Northern Drive Brownsville, OR 97327 USA | |

Return to Search

Instructions:
→ To place an order for additional information about a filing press the 'Order' button.

JUL-20-2005 WED 03:31 PM KEARNEY;KERSTEN;DERR          FAX NO. 5413457098          P. 02/04

| Form 304 (revised 9/03) |  | This space reserved for office use. |
|---|---|---|
| Return in Duplicate to: Secretary of State P.O. Box 13697 Austin, TX 78711-3697 FAX: 512/463-5709 | Application for Certificate of Authority Pursuant to Article 7.05 Texas Limited Liability Company Act | **FILED** In the Office of the **Secretary** of State of Texas **JUL 2 2 2005** **Corporations Section** |
| Filing Fee: $500 | | |

1. The name of the limited liability company is as set forth below:

Austin Park Plaza, LLC

The name must not be the same as, deceptively similar to or similar to that of an existing corporate, limited liability company, or limited partnership name on file with the secretary of state. A preliminary check for "name availability" is recommended.

2A. The legal name of the limited liability company does not contain the words "Limited Liability Company," or "Limited Company," or the abbreviations "L.L.C." "LLC," "L.C.," or "LC." The name of the company with the word or abbreviation that it elects to add for use in Texas is:

LLC

2B. The limited liability company name is not available in Texas. The assumed name under which the limited liability company will qualify and transact business in Texas is:


3. ☐ The entity electing to obtain this certificate of authority is not required to use an organizational ending indicating it is a limited liability company since it is not characterized or formed as a limited liability company under the laws of the jurisdiction governing its formation.

4. Its federal employer identification number is:   93-1152142
☐ Federal employer identification number information is not available at this time.

5. It is organized under the laws of: (set forth state or foreign country)   Oregon

6. The date of its organization is   August 8, 1994   and its period of duration is:

☑ perpetual   or   ☐ limited duration of a term of years set at: _____

7. The principal office address in the state or country of the company's jurisdiction of formation is:
(If the company does not maintain an office address in its jurisdiction of formation, then provide the registered office address of its registered agent in the jurisdiction of formation in the space provided below.)

| 36255 Northern Drive | Brownsville | OR / USA | 97327 |
|---|---|---|---|
| Address | City | State/Country | Zip/Postal Code |

8. Its proposed registered agent in Texas is: (See instructions. Cannot be company named above.)

Charles E. Brown

and the street address of its proposed registered office, which is the business office address of its proposed registered agent in Texas, is: (A post office box address is not sufficient, please provide street address.)

818 W. 10th Street, Austin, TX 78701

9. The purpose or purposes of the limited liability company that it proposes to pursue in the transaction of business in Texas are set forth below. The company also certifies that it is authorized to pursue such stated purpose or purposes in the state or country under which it is organized.

Apartment Management

**(Complete either item 10A or 10B below.)**

10A. The name and address of each of its managers is:

| NAME | ADDRESS (include city and state/country) |
|------|------------------------------------------|
|      |                                          |
|      |                                          |
|      |                                          |

10B. The company is member-managed. The name and address of each of its managing members is::

| NAME | ADDRESS (include city and state/country) |
|------|------------------------------------------|
| John J. Holbrook | 36255 Northem Drive, Brownsville, OR 97327 |
|      |                                          |
|      |                                          |

11. As of the date of filing, the undersigned certifies that the foreign limited liability company currently exists as a valid entity under the laws of the jurisdiction of its formation.

| **Effective Date of Filing** |
|---|

☑ The document is to be effective when the document is filed by the secretary of state.
**OR**
☐ This document will become effective at a later date, which is not more than ninety (90) days from the date of its filing by the secretary of state. The delayed effective date is:

| **Execution** |
|---|

The undersigned authorized manager or member of the limited liability company signs this document subject to the penalties imposed by law for the submission of a false or fraudulent document.

_John J Holbrook_                    _7-20-05_
Signature of Authorized Manager/Member        Date

## CONSENT TO USE OF NAME

The undersigned, being the authorized representative of Austin Park Center Owner's Association, Inc., hereby consents to the registration of the name "Austin Park Plaza, LLC" with the appropriate authorities in Texas to operate as a foreign LLC.

Dated: _7-18-05_____, 2005

Austin Park Center Owner's Association, Inc.

By: _Frank Pruitt_____

Frank Pruitt

Its: _Property Manager_____

We. Watters Realty, Inc.

Westlaw.

*CASE NO. 1:2006 CV226CY*

Litigation History Court Document List for **Charles E. Brown**

**Court Document List (January 1990 - October 2006)**

|  | Rank | Case Name | Court | Primary Case Type | Date | Opinion / Docket |
|---|---|---|---|---|---|---|
|  | 1 | FALCON RIDGE APTS v. BUESGENS | C.A.5 | Civil Rights | 07/21/2006 | 06-50868 |
|  | 2 | FALCON RIDGE APARTME v. BUESGENS | W.D.Tex. | Civil Rights | 04/10/2006 | 1:06-CV-00260 |
|  | 3 | PRICE v. LAGUNA TERRACE APT | N.D.Tex. | Bankruptcy | 11/05/2002 | 3:02-cv-02407 |
|  | 4 | SUNRISE MED CCG INC v. 3927 FNDTN INC ETAL | Tex.Co.Ct. |  | 08/30/2002 | 778707 |
|  | 5 | SUNRISE MED CCG INC v. HARVEST SR SERV INC | Tex.Co.Ct. |  | 08/04/2000 | 738993 |
| c | 6 | In re Musgraves | Bkrtcy. W.D.Tex. | Bankruptcy | 07/02/1991 | 129 B.R. 119 |

CHARLES E. BROWN
EVICTION SUIT AGAINST
MICHAEL L. BUESGENS
AT
FALCON RIDGE APARTMENTS
APARTMENT 1023
500 E STASSNEY
AUSTIN, TEXAS 78745

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

512-326-5000

Westlaw.

**PEOPLE FINDER HOUSEHOLD-CENTRIC RECORD**

| | |
|---|---|
| **Information Current Through:** | 08-04-2006 |
| **Database Updated:** | 10-01-2006 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 10/11/2006 |
| **Source:** | Data by InfoUSA, Copyright 2006, All Rights Reserved |

**HEAD OF HOUSEHOLD INFORMATION**

| | |
|---|---|
| **Head of Household:** | MR **CHARLES E BROWN** |
| **Date of Birth:** | 03/1958 |
| **Marital Status:** | MARRIED |
| **Name/Address Last Confirmed:** | 09/2005 |

**HOUSEHOLD INFORMATION**

| | |
|---|---|
| **Address:** | 4028 ENCLAVE MESA CIR |
| | **AUSTIN, TX** 78731-2142 |
| **County:** | TRAVIS |
| **Residence Type:** | SINGLE FAMILY DWELLING |
| **Address First Reported:** | 1992 |
| **Telephone:** | 512-794-9913 |
| **Service Type:** | VOICE LINE |

*[handwritten: ATTORNEY EVICTIONS HOUSING DISCRIMINATION FALCON RIDGE APARTMENTS 500 E STASSNEY AUSTIN, TX 78745]*

*[handwritten: TELEPHONE 512-794-9913]*

**ADDITIONAL HOUSEHOLD MEMBER INFORMATION**

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**Name:**                                   MS CATHY L **BROWN**
**Date of Birth:**                          11/1966
**Name/Address Last Confirmed:**   05/2006
  END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.




Print

Knowx Data                                    Date: **October 28, 2006**

## REAL ESTATE DETAIL RECORD

| | |
|---|---|
| **Buyer Name:** | **BROWN CHARLES E & CATHYLYNN** |
| **Buyer Relationship:** | HUSBAND/WIFE |
| **Buyer's Address:** | 4028 ENCLAVE MESA CIR |
| | AUSTIN TX 78731-2142 |
| **Property Address:** | TX **78731** |
| **County:** | TRAVIS |
| **Document Year:** | 0000 |
| **Book & Page Number:** | 012496000873 |
| **Mortgage Amount:** | $272,000.00 |
| **Recording Date:** | 08-08-1995 |
| **Mortgage Loan Type:** | CONVENTIONAL |
| **Transaction Type:** | REFINANCE |
| **Lender Name:** | NATIONSBANC MTG CORP |
| **Lender Address:** | DALLAS TX 75263 |
| **Refinance:** | LOAN TO VALUE IS MORE THAN 50% |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED
THROUGH THE OFFICIAL GOVERNMENT AGENCY.
Return to Summary | New Search

ATTORNEY
BOARD CERTIFIED
COMMERCIAL AND RESIDENTIAL
REAL ESTATE

REAL ESTATE INVESTOR

Page 1 of 1

TRAVIS CENTRAL APPRAISAL DISTRICT
PROPERTY **360138**
Legal Description R
LOT 12 ENCLAVE AT MESA SEC 1 THE

**0141051141**

Ref ID2. 0141051141410000
Map ID 013408

**SITUS** 4028 ENCLAVE MESA CI TX 78731

**GENERAL**

| | |
|---|---|
| UTILITIES | |
| TOPOGRAPHY | |
| ROAD ACCESS | |
| ZONING | SF3 |
| NEXT REASON | |

REMARKS

ISSUE DT

SALE DT 12/20/1994
09/15/1994

PRICE

PERMIT TYPE  PERMIT AREA  ST  PERMIT VAL

**BUILDING PERMITS**

| | LAST APPR | |
|---|---|---|
| | LAST APPR. YR | 2006 |
| | LAST INSP. DATE | |
| | NEXT INSP. DATE | |

**GRANTOR**
HIGGS CUSTOM HOMES
SUTTON KNOX LTD

**DEED INFO**
WD / 12339 / 01427
WD / 12272 / 01185
/ 00000 / 00000

**PROPERTY APPRAISAL INFORMATION 2006**
BROWN CHARLES E & CATHYLYNN
% CHARLES E BROWN PC
3624 N HILLS DR #8100
AUSTIN, TX 78731-3242-20

**OWNER ID**
318135

**OWNERSHIP**
100.00%

**ACRES:** .0000

**APPR VAL METHOD:** ARB
**SKETCH for Improvement #1 (1 FAM DWELLING)**

| Entities | | Values | | |
|---|---|---|---|---|
| 01 | 100% | IMPROVEMENTS | | 228,008 |
| 02 | 100% | LAND MARKET | | 213,750 |
| 03 | 100% | MARKET VALUE | = | 441,758 |
| 04 | 100% | PRODUCTIVITY LOSS | | 0 |
| 2J | 100% | APPRAISED VALUE | = | 441,758 |
| 68 | 100% | | | |
| | | HS CAP LOSS | = | 0 |
| | | ASSESSED VALUE | = | 441,758 |

**EXEMPTIONS**
HS Homestead

*CHARLES E. Brown*
*ATTORNEY*

**SUBD: S04277**
NBHD:X9204

| # | TYPE | DESCRIPTION | MTH# | CLASS/SUBCL | AREA | UNIT PRICE | UNITS | % BUILT | EFF. YR | COND | VALUE | DEPR | PHYS | ECON | FUNC | COMP | ADJ | ADJ VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1ST | 1st Floor | 01 | WV/6- | 2,041.0 | 88.09 | 1 | 100% | 1995 | A | 179,762 | 91% | 0% | 0% | 0% | 100% | 0.91 | 163,611 |
| 2ND | 2nd Floor | | WV/6- | 884.0 | 79.28 | 1 | 100% | 1995 | A | 70,084 | 91% | 0% | 0% | 0% | 100% | 0.91 | 63,776 |
| 011 | PORCH OPEN 1 | | WV/6- | 18.0 | 16.48 | 1 | 100% | 1995 | A | 296 | 91% | 0% | 0% | 0% | 100% | 0.91 | 269 |
| 011 | PORCH OPEN 1 | | WV/6- | 70.0 | 16.48 | 1 | 100% | 1995 | A | 1,153 | 91% | 0% | 0% | 0% | 100% | 0.91 | 1,050 |
| 011 | PORCH OPEN 1 | | WV/6- | 641.0 | 32.49 | 1 | 100% | 1995 | A | 20,826 | 91% | 0% | 0% | 0% | 100% | 0.91 | 18,952 |
| 095 | GARAGE ATT 1 | | WV/6- | 2.5 | 2.5 | | 100% | 1995 | A | 6,728 | 91% | 0% | 0% | 0% | 100% | 0.91 | 6,122 |
| 251 | HVAC RESIDEN | | -'6- | | 30.0 | | 100% | 1995 | A | | 91% | 0% | 0% | 0% | 100% | 0.91 | |
| 612 | BATHROOM | | -'7- | | 4,600.00 | 1 | 100% | 1995 | A | 4,600 | 91% | 0% | 0% | 0% | 100% | 0.91 | 4,186 |
| 612 | FIREPLACE | | -'6- | 31.0 | 8.05 | 1 | 100% | 1995 | A | 2,504 | 91% | 0% | 0% | 0% | 100% | 0.91 | 2,279 |
| 612 | TERRACE UNCO | | -'6- | 120.0 | 8.05 | 1 | 100% | 1995 | A | 966 | 91% | 0% | 0% | 0% | 100% | 0.91 | 879 |
| | TERRACE UNCO | | | | | | | | | | | | | | | | |
| | TERRACE UNCO | STCD: A1 | | 7,148.5 | | | | | | 289,173 | | | | | | | 263,149 |

1 FAM DWELLING

Homesite: Y (100%)

**LAND INFORMATION**

| CLASS | SC | HS | DIMENSIONS | UNIT PRICE | GROSS VALUE | ADJ ECTR | MKT VAL |
|---|---|---|---|---|---|---|---|
| SPECIAL | A1 | Y (100%) | 0.2275 AC | 225.000.00 | 225,000 | 0.95 | 213,750 |
| Land | | LOT | 225.000.00 | | | | 213,750 |

NBHD:X9204 100.00%
100.00%

IRR Wells: 0  IRR Acres 0
MASS ADJ 1.00  Capacity: 0  Oil Wells: 0  AG APPLY NO  AG TABLE  AG UNIT PRC  AG VALUE
VAL SRC A    0.00
0

**IMPROVEMENT INFORMATION**

**SKETCH COMMANDS**

1ST XU42,U14,R21,D10,U14DM,R21,D200D,
L12DDM,D90,R13,D35,L7,U10,L5,D2DPL1,L103,
L14,D2,L18

2ND X$U1,U27,R21,D06,R22,D16,L11,D3,D05,D1,L140,0,141
L18DD,U3DL,R16,D6,U12,L1T,D12DD,D30,D0200,

011 XR42,U32,U90D,R13,D9,L13D0
011 XR10,U41,U4DD,R9,D4,U90D
011 XR18D3,U5DD,R14DD,D5,L140D
041,23 XR41,D26,U23,R14,U16DD,R7,D16,R2,D23,
095 XR55,U13,U28,R7,R5D5,D18,L5D5,L7DD
612 XU41,U12DD,R10,D12,L10DD
612

**IMPROVEMENT FEATURES**

| | | |
|---|---|---|
| Roof Style | | HIP |
| Roof Covering | COMPOSITION SHINGLE | |
| Foundation | | SLAB |
| Floor Factor | | 1ST |
| Shape Factor | | A |
| Grade Factor | | A |

Page 1 of 1

# BUSINESS PERSONAL PROPERTY CARD 2006

TRAVIS CENTRAL APPRAISAL DISTRICT

Property ID: **P 401616**
Geo ID:
Ref ID1:
Ref ID2:
Legal Desc: 0000059622000000
PERSONAL PROPERTY COMMERCIAL

Owner ID: 573305
BROWN CHARLES E
3624 NORTH HILLS STE B-100
AUSTIN, TX 78731-3242-20

Ownership %: 100.00%

**Rendition Date:**
**Submitted By:** BROWN CHARLES E
SITUS: 3624 NORTH HILLS DR B-100 TX 78731
DBA: BROWN CHARLES E

Links: 133803

| Entities: | | Appraisal Year | 2006 |
|---|---|---|---|
| 01 | 100% | Appraised Value | 19,656 |
| 02 | 100% | Last Yr Value | 11,700 |
| 03 | 100% | Last Inspection Date: | 12/20/2005 |
| 0A | 100% | Last Appraiser: | SMP |
| 2J | 100% | SIC Code: | 8111 |
| 68 | 100% | SIC Description: | |
| | | ATTORNEYS | |
| | | Remarks | |

Exemptions:

| SEQ | TYPE | DESCRIPTION | QUALITY/ DENSITY CLASS | AREA | UNIT COUNT | YEAR ACQ | ORIGINAL COST | UNIT PRICE | PCT. GOOD | DEPR. TABLE | DEPR. PCT | PRIOR VALUE | APPRAISED | RENDERED | MTH | MARKET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | FFE | Furniture & Fixtures | GOOD/LOW | 1,400 | 0.0000 | 2003 | 37,521 | 60.00 | 17.00 | | | 10,200 | 14,280 | 0 | F | 18,564 |
| | | Furniture & Fixtures | | 1,400 | 0.0000 | | 37,521 | | | | | 10,200 | 14,280 | 0 | | 18,564 |
| 1 | MDSE | MERCHANDISE/SUPPLIES | AVG/AVG | 1,400 | 0.0000 | 2000 | 0 | 0.60 | 100.00 | | | 1,500 | 840 | 0 | F | 1,092 |
| | | MERCHANDISE/SUPPLIES | | 1,400 | 0.0000 | | 0 | | | | | 1,500 | 840 | | | 1,092 |
| | | **Grand Totals:** | | 2,800 | 0.0000 | | 37,521 | | | | | 11,700 | 15,120 | 0 | | 19,656 |



**KnowX**    KnowX Standard    KnowX Professional    **Superior**    **RapSheets**

CHARLES E. BROWN, ATTORNEY

michael l buesgens

Home    How it Works    Pricing    Contact Us    Site Map

*Status:* Credentialed
*Client ID:*
Not Chosen

## *People Finder*

**28 Matches Found**

Searching: Name: **charles e brown** | City: **austin** | State: **TX**

▶ **My Account**

▶ **My Subscriptions**

Try Address Verification - Updated Nightly.

NEXT PAGE ▶    NEW SEARCH  MODIFY SEARCH    Example Record

**Purchase Options:**  Individual Records  [ $0.00 ]    [ $0.00 ]    [ $0.00 ]

**Related Searches**

**Find more info on charles e brown by researching:**

Business Background Check

Business Relationships

Real Estate

Reverse Address

**Other Searches:**

Marriage Records

Divorce Records

Experian Reports

Assets $

Professional Licenses

**Visit Partner Sites:**

Birth and Death Certificates

Order certified birth, death, marriage, divorce certificates

|    | Price | Name | City | State | Zip |
|----|-------|------|------|-------|-----|
| 1. | $0.00 | BROWN CHARLES E & CATHYLYNN | AUSTIN | TX | 78701 |
| 2. | $0.00 | BROWN CHARLES E | AUSTIN | TX | 78701 |
| 3. | $0.00 | BROWN CHARLES E & JANICE L | AUSTIN | TX | 78703 |
| 4. | $0.00 | BROWN CHARLES E L & JANICE L | AUSTIN | TX | 78731 |
| 5. | $0.00 | BROWN CHARLES E & CATHYLYNN | AUSTIN | TX | 78731 |
| 6. | $0.00 | BROWN CHARLES E | AUSTIN | TX | 78701 |
| 7. | $0.00 | BROWN CHARLES E | AUSTIN | TX | 78701 |
| 8. | $0.00 | BROWN CHARLES E | AUSTIN | TX | 78701 |
| 9. | $0.00 | BROWN CHARLES E | AUSTIN | TX | 78701 |
| 10. | $0.00 | BROWN CHARLES E | AUSTIN | TX | 78721 |
| 11. | $0.00 | RILEY LORENE & BROWN CHARLES E BROWN CHARLES E | | TX | |
| 12. | $0.00 | BROWN CHARLES E | AUSTIN | TX | 78756 |
| 13. | $0.00 | BROWN CHARLES E | AUSTIN | TX | 78756 |
| 14. | $0.00 | BROWN CHARLES E III & GLORIA J G | AUSTIN | TX | 78728 |
| 15. | $0.00 | BROWN CHARLES E | AUSTIN | TX | 78728 |
| 16. | $0.00 | BROWN CHARLES E | AUSTIN | TX | 78737 |
| 17. | $0.00 | BROWN CHARLES E | AUSTIN | TX | 78749 |
| 18. | $0.00 | BROWN CHARLES E | AUSTIN | TX | 78739 |
| 19. | $0.00 | BROWN CHARLES E | AUSTIN | TX | 78717 |
| 20. | $0.00 | BROWN CHARLES E | AUSTIN | TX | 78728 |
| 21. | $0.00 | BROWN CHARLES E | AUSTIN | TX | 78723 |
| 22. | $0.00 | BROWN CHARLES E | AUSTIN | TX | 78731 |
| 23. | $0.00 | BROWN CHARLES E | AUSTIN | TX | 78731 |
| 24. | $0.00 | BROWN CHARLES E | AUSTIN | TX | 78701 |
| 25. | $0.00 | BROWN CHARLES E BROWN JANICE | AUSTIN | TX | 78703 |

**Purchase Options:**  Individual Records  [ $0.00 ]    [ $0.00 ]    [ $0.00 ]

NEXT PAGE ▶    NEW SEARCH  MODIFY SEARCH    Example Record

28 Matches Found

Searching: Name: **charles e brown** | City: **austin** | State: **TX**

Try Address Verification - Updated Nightly.

STANLEY ALFRED & GU
KATHLEEN A GUIDO
KATHLEEN A BROWN
CHARLES E &
CATHYLYNN

*CHARLES E. BROWN ATTORNEY-BROKER* (handwritten)

| # | Amount | Name | Type | Address | City | Zip |
|---|--------|------|------|---------|------|-----|
| | | | TAX | 707 RIO GRANDE ST | AUSTIN | 78701 |
| 2. | 50.00 | FOX BLAIR F BROWN CHARLES E | TAX | 709 RIO GRANDE ST | AUSTIN | 78701 |
| 3. | 50.00 | BROWN CHARLES E & JANICE L BROWN BROS HARRIMAN CRENSHAW BEN & JULIE | TAX | 3410 TIMBERWOOD CIR | AUSTIN | 78703 |
| 4. | 50.00 | KUTSCHE JOHN B BROWN CHARLES E L & JANICE L | TAX | 4802 PRECIPICE CV | AUSTIN | 78731 |
| 5. | 50.00 | BROWN CHARLES E & CATHYLYNN BROWN CHATHYLYNN HIGGS CUSTOM HOMES | TAX | 4028 ENCLAVE MESA CIR | AUSTIN | 78731 |
| 6. | 50.00 | 818 W 10TH LLC BROWN CHARLES E | TAX | 818 W 10TH ST | AUSTIN | 78701 |
| 7. | 50.00 | 820 W 10TH LLC BROWN CHARLES E | TAX | 820 W 10TH ST | AUSTIN | 78701 |
| 8. | 50.50 | 605-607 W 9TH LLC BROWN CHARLES E | TAX | 605 W 9TH ST | AUSTIN | 78701 |
| 9. | 50.00 | BROWN CHARLES E BROWN DIANA SUE HENDERSON DONALD E | TAX | 1212 GUADALUPE ST 410 | AUSTIN | 78701 |
| 10. | 50.00 | DEL GADILLO VINCENTE R DEL GADILLO MARIA BROWN CHARLES E | TAX | 5205 DOWNS DR | AUSTIN | 78721 |
| 11. | 50.00 | RILEY LORENE & BROWN CHARLES E BROWN CHARLES E FEATHERSON WILLIAM & CLARA | TAX | 1916 WEBBERVILLE RD | AUSTIN | 78721 |
| 12. | 50.00 | FAUGHT SHELLIE BROWN CHARLES E | TAX | 2301 LAWNMONT AVE 11 | AUSTIN | 78756 |
| 13. | 50.00 | JOE SAYERS 5517 LTD BROWN CHARLES E | TAX | 5517 JOE SAYERS AVE | AUSTIN | 78756 |
| 14. | 50.00 | OSORIO RUBEN YANG CAROL YING BROWN CHARLES E III & GLORIA J G | TAX | 2504 TRACY TRL | AUSTIN | 78728 |
| 15. | 50.00 | DECORBY MICHELE BROWN CHARLES E | TAX | 14701 GREAT WILLOW DR | AUSTIN | 78728 |
| 16. | 50.00 | BERG SEAN D BERG KELLY BROWN CHARLES E | TAX | 6900 TWILIGHT MESA DR | AUSTIN | 78737 |
| 17. | 50.00 | SMITH GORDON S SMITH HOLLY Y BROWN CHARLES E | TAX | 6800 BEATTY DR | AUSTIN | 78749 |
| 18. | 50.00 | BROWN CHARLES E TERRA VERDE CONSTRUCTION SVCS | TAX | 10421 TASAJILLO CV | AUSTIN | 78739 |
| 19. | 50.00 | BROWN CHARLES E | TAX | 16719 WHITEBRUSH LOOP | AUSTIN | 78717 |
| 20. | 50.00 | WELLS FARGO BANK CUSTODIAN BROWN CHARLES E | TAX | 14701 GREAT WILLOW DR | AUSTIN | 78728 |
| 21. | 50.00 | SWIHART KYLE L BROWN CHARLES E | DEED | 6900 TWILIGHT MESA DR | AUSTIN | 78737 |
| 22. | 50.00 | SWIHART KYLE L BROWN CHARLES E | DEED | 6900 TWILIGHT MESA DR | AUSTIN | 78737 |
| 23. | 50.00 | OSORIO RUBEN BROWN CHARLES E III & GLORIA J G | DEED | 4202 PLANTAIN CV | AUSTIN | 78730 |
| 24. | 50.00 | BROWN CHARLES E RILEY JAMES J JR & JEANNE D | DEED | 2301 LAWNMONT AVE 000011 | AUSTIN | 78756 |

| # | Amount | Name | Type | Address | City | Zip |
|---|--------|------|------|---------|------|-----|
| | | STANLEY ALFRED & KATHLEEN A G BROWN CHARLES E & CATHYLYNN | DEED | 707 RIO GRANDE ST | AUSTIN | 78701 |
| 27. | $0.00 | BROWN CHARLES E WILEY HELEN E B | DEED | 8631 PINEY CREEK BND | AUSTIN | 78745 |
| 28. | $0.00 | BROWN CHARLES E JR & ANNA L MHI PTSHP LTD | DEED | 5318 WELLINGTON DR | AUSTIN | 78723 |
| 29. | $0.00 | FOX BLAIR F BROWN CHARLES E | DEED | 4324 SHADOW OAK LN | AUSTIN | 78746 |
| 30. | $0.00 | HERRING BROOKS W & MICHELLE BROWN CHARLES E | DEED | 2113 KENWOOD AVE | AUSTIN | 78704 |
| 31. | $0.00 | BROWN CHARLES E SAMPSON ROOSEVELT B | DEED | 5205 DOWNS DR | AUSTIN | 78721 |
| 32. | $0.00 | BROWN CHARLES E NOONAN THOMAS P & MEAGAN A | DEED | 6800 BEATTY DR | AUSTIN | 78749 |
| 33. | $0.00 | DELGADILLO VINCENTE R & MARIA BROWN CHARLES E | DEED | 5205 DOWNS DR | AUSTIN | 78721 |
| 34. | $0.00 | BROWN CHARLES E WILLIAMS RONALD W | DEED | 5306 DOWNS DR | AUSTIN | 78721 |
| 35. | $0.00 | BROWN CHARLES E L & JANICE L BROWN BARTON TRUST | DEED | 3410 TIMBERWOOD CIR | AUSTIN | 78703 |
| 36. | $0.00 | BROWN CHARLES E BROWN TED E | DEED | 600 WILMES DR | AUSTIN | 78752 |
| 37. | $0.00 | BROWN CHARLES E GREAT WILLOW LAND TRUST CT | DEED | 14701 GREAT WILLOW DR | AUSTIN | 78728 |
| 38. | $0.00 | BROWN CHARLES E MARTIN SUSAN M FEATHERSON WILLIAM & CLARA | DEED | 1916 WEBBERVILLE RD | AUSTIN | 78721 |
| 39. | $0.00 | BROWN CHARLES E BROWN DIANA S HENDERSON DONALD E | DEED | 1212 GUADALUPE ST 000041 | AUSTIN | 78701 |
| 40. | $0.00 | BROWN LOIS J BROWN CHARLES E SR | DEED | 3105 SUSQUEHANNA LN | AUSTIN | 78723 |
| 41. | $0.00 | 605-607 W 9TH LLC BROWN CHARLES E | DEED | 605 9TH ST W | AUSTIN | 78701 |
| 42. | $0.00 | 818 W 10TH LLC BROWN CHARLES E | DEED | 818 10TH ST W | AUSTIN | 78701 |
| 43. | $0.00 | 820 W 10TH LLC BROWN CHARLES E | DEED | 820 10TH ST W | AUSTIN | 78701 |
| 44. | $0.00 | BROWN CHARLES E MTH HOMES-TEXAS | DEED | 6900 TWILIGHT MESA DR | AUSTIN | 78737 |
| 45. | $0.00 | SMITH GORDON S & HOLLY Y BROWN CHARLES E | DEED | 6800 BEATTY DR | AUSTIN | 78749 |
| 46. | $0.00 | BROWN CHARLES E & CATHYLYNN | DEED | 4028 ENCLAVE MESA CIR | AUSTIN | 78731 |
| 47. | $0.00 | BROWN CHARLES E SWIHART KYLE L | DEED | 6800 BEATTY DR | AUSTIN | 78749 |
| 48. | $0.00 | BROWN CHARLES E BROWN CATHYLYNN | DEED | 4028 ENCLAVE MESA CIR | AUSTIN | 78731 |
| 49. | $0.00 | SWIHART KYLE L BROWN CHARLES E | DEED | 6800 BEATTY DR | AUSTIN | 78749 |
| 50. | $0.00 | BROWN CHARLES E SWIHART KYLE L | DEED | 6800 BEATTY DR | AUSTIN | 78749 |



**KnowX Standard**    **KnowX Professional**    **Superior**    **RapSheets**

michael l buesgens

Status: Credentialed
Client ID:
Not Chosen

▶ **My Account**

▶ **My Subscriptions**

**Related Searches**

- Aircraft $
- Assets $
- Ultimate Business Finder
- Ultimate People Finder
- Watercraft $

**Other Info:**

- Search Tips
- Database Info
- Price of Search
- Coverage Area
- Example Record

*Records*   *CHARLES E. BROWN FINANCIER*

**DETAIL RECORD**

NEW SEARCH | RETURN TO YOUR SUMMARY

| | |
|---|---|
| **Buyer Name:** | STANLEY ALFRED & KATHLEEN A G |
| **Buyer Relationship:** | HUSBAND/WIFE |
| **Buyer's Address:** | 1409 HARDOUIN AVE |
| | AUSTIN TX 78703-2516 |
| **Seller Name:** | BROWN CHARLES E & CATHYLYNN |
| **Property Address:** | 707 RIO GRANDE ST |
| | AUSTIN TX 78701-2733 |
| **County:** | TRAVIS |
| **Document Year:** | 0000 |
| **Book & Page Number:** | 013082000001 |
| **Sales Date:** | 12-15-1997 |
| **Financial Consideration:** | ESTIMATED |
| **Recording Date:** | 12-16-1997 |
| **Transaction Type:** | RESALE |
| **Property Type:** | COMMERCIAL |
| **Building Square Feet:** | 4,450 |
| **Resale/New Construction:** | RESALE |
| **Cash/Mortgage Purchase:** | CASH |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

DETAIL RECORD

▶ People Who Bought Real Estate Records Also Bought:

| | |
|---|---|
| **Debtor:** | |
| **Secured Party:** | |
| **State:** | All States |
| **Filing Number:** |  |

Identify claims against personal property and uncover whether real estate has been encumbered.

| | |
|---|---|
| **Property Type:** | COMMERCIAL |
| **Number of Buildings:** | 2 |
| **Match Code:** | YES |
| **Tax Amount:** | $7,403.73 |
| **Tax Year:** | 2004 |
| **Lot Front Footage:** | 41 |
| **Lot Depth Footage:** | 133 |
| **Lot Acreage:** | 0.1267 |
| **Lot Square Footage:** | 5,520 |
| **Universal Building Square Footage:** | 1,013 |
| **Building Square Footage Type:** | BUILDING |
| **Total (Living & Non) Building Square Footage:** | 1,013 |
| **Garage Square Footage:** | 130 |
| **Year Constructed:** | 1937 |
| **Number Of Bathrooms:** | 1 |
| **Number Of Full Bathrooms:** | 1 |
| **Construction Type:** | WOOD |
| **Foundation Type:** | PIER |
| **Garage Type:** | DETACHED |
| **Parking Type:** | DETACHED GARAGE |
| **Roof Type:** | COMPOSITION |

**LEGAL DESCRIPTION**

| | |
|---|---|
| **Lot Number:** | 4 |
| **Subdivision:** | DIVISION E |
| **Source Of Property Location:** | DIRECT FROM LOCAL SOURCE |
| **Carrier Code:** | C026 |
| **Census Id / Block Group / Block / Suffix:** | 0011005005 |
| **Legal Description:** | 41.5 X 133 FT OLT 4 DIVISION E |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THI
GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

DETAIL RECORD

▶ People Who Bought Real Estate Records Also Bought:

Records

| | | |
|---|---|---|
| **Debtor:** | | |
| **Secured Party:** | | Identify claims against personal property and uncover whether real estate has been encumbered. |
| **State:** | All States | |
| **Filing Number:** | GO! | |

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.



KnowX Standard    KnowX Professional    Superior    RapSheets

Home    How it Works    Pricing    Contact Us    Site Map    Help    Log Out

chael I buesgens

*Records*

**4 Matches Found**

Searching: Name: **STANLEY ALFRED** | City: **AUSTIN** |
State: **TX** | Zip: **78701**

us: Credentialed
nt ID:
Chosen

**My Account**

**My Subscriptions**

NEW SEARCH  MODIFY SEARCH

Example Record

**Purchase Options:**    Individual Records [ $0.00 ]    [ $0.00 ]    [ $0.00 ]

**lated Searches**

ircraft $

ssets $

ltimate Business
Finder

ltimate People Finder

atercraft $

**er Info:**

earch Tips

atabase Info

ice of Search

overage Area

xample Record

Select record below or click the   icon for a printer friendly report.

1.  STANLEY ALFRED T & KATHLEEN A & GUIDO KATHLEEN A & BACKUS JUDY H: tax record - **AUSTIN**,
    TX

2.  STANLEY ALFRED & GU KATHLEEN A & GUIDO KATHLEEN A & BROWN CHARLES E & CATHYLYNN: tax
    record - **AUSTIN**, TX

3.  STANLEY ALFRED T & KATHLEEN A G & BACKUS JUDY H: deed record - **AUSTIN**,  TX

4.  STANLEY ALFRED & KATHLEEN A G & BROWN CHARLES E & CATHYLYNN: deed record - **AUSTIN**, TX

Company Info  Public Records Info  Privacy Statement  Privacy at ChoicePoint  Legal

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company.  For assistance contact support.



KnowX Standard    KnowX Professional    **Superior**    RapSheets

Home    How it Works    Pricing    Contact Us    Site Map

michael l buesgens

Status: Credentialed
Client ID:
Not Chosen

▶ **My Account**

▶ **My Subscriptions**

**Related Searches**

· Aircraft $
· Assets $
· Ultimate Business
  Finder
· Ultimate People Finder
· Watercraft $

**Other Info:**

· Search Tips
· Database Info
· Price of Search
· Coverage Area
· Example Record

*Records*  CHARLES E. BROWN FHA MORTGAGE

### DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY

**OWNERSHIP INFORMATION**

| | |
|---|---|
| Owner: | DEL GADILLO VINCENTE R |
| | DEL GADILLO MARIA |
| Property Address: | 5205 DOWNS DR |
| | AUSTIN TX 78721-2203 |
| Mailing Address: | 5205 DOWNS DR |
| | AUSTIN TX 78721-2203 |
| Phone Number: | (512) 220-6957 |
| Assessor's Parcel Number: | 02-1122-05-03-0000 |
| State: | TEXAS |
| County: | TRAVIS |

**SALES INFORMATION**

| | |
|---|---|
| Seller: | BROWN CHARLES E |
| Sales Date: | 01-28-2002 |
| Sales Price: | $91,853.00 |
| Financial Consideration: | ESTIMATED |
| Deed Type: | GRANT DEED |
| Recorded Date: | 02-08-2002 |
| Document Year: | 2002 |
| Document Number: | 000000025403 |
| Mortgage Date: | 01-28-2002 |
| Lender Name: | CH MTG CO I LTD |
| First Mortgage Amount: | $90,944.00 |
| Mortgage Loan Type: | FEDERAL HOUSING AUTHORITY |
| Mortgage Deed Type: | DEED OF TRUST |
| Mortgage Term Type: | YEARS |
| Mortgage Term: | 30 |
| Mortgage Due Date: | 02-01-2032 |
| Title Company: | STEWART TITLE |
| Residence Determined From Zipcode: | YES |
| Second Mortgage Loan Type: | CONVENTIONAL |
| Second Mortgage Deed Type: | DEED OF TRUST |
| Prior Document Year: | 1999 |
| Prior Book & Page Number: | 013391003190 |
| Prior Deed Type: | GRANT DEED |
| Prior Recorded Date: | 03-17-1999 |
| Prior Sales Date: | 09-14-1998 |

**ASSESSOR INFORMATION**

| | |
|---|---|
| Assessed Year: | 2005 |
| Total Land & Improvement Value: | $91,199.00 |
| Land Value: | $22,000.00 |
| Improvement Value: | $69,199.00 |
| Assessment Method For Total Land & Improvement Value: | MARKET |

| | |
|---|---|
| **Assessment Method For Land Value:** | MARKET |
| **Assessment Method For Improvement Value:** | MARKET |
| **Total Assessed Land & Improvement Value:** | $91,199.00 |
| **Total Assessed Land Value:** | $22,000.00 |
| **Total Assessed Improvement Value:** | $69,199.00 |
| **Total Market Land & Improvement Value:** | $91,199.00 |
| **Total Market Land Value:** | $22,000.00 |
| **Total Market Improvement Value:** | $69,199.00 |
| **FEMA Community Panel Number:** | 4806240125E |
| **Homeowner Exemption:** | Y |
| **Land Use:** | SINGLE FAMILY RESIDENCE |
| **County Determined Land Use:** | A1 |
| **County Determined Secondary Land Use:** | R |
| **Property Type:** | SINGLE FAMILY RESIDENCE / TOWNHOUSE |
| **Number of Buildings:** | 1 |
| **Tax Amount:** | $2,431.79 |
| **Tax Year:** | 2004 |
| **Lot Front Footage:** | 50 |
| **Lot Depth Footage:** | 178 |
| **Lot Acreage:** | 0.2043 |
| **Lot Square Footage:** | 8,900 |
| **Universal Building Square Footage:** | 1,248 |
| **Building Square Footage Type:** | BUILDING |
| **Total (Living & Non) Building Square Footage:** | 1,248 |
| **Year Constructed:** | 1960 |
| **Number Of Bathrooms:** | 1 |
| **Number Of Full Bathrooms:** | 1 |
| **Primary Building Type:** | SINGLE FAMILY |
| **Construction Type:** | WOOD/BRICK |
| **Foundation Type:** | SLAB |
| **Garage Type:** | ATTACHED CARPORT |
| **Heating Type:** | WALL FURNACE |
| **Parking Type:** | ATTACHED CARPORT |
| **Roof Type:** | COMPOSITION |

**LEGAL DESCRIPTION**

| | |
|---|---|
| **Lot Number:** | 25 |
| **Subdivision:** | TRUMAN HEIGHTS |
| **Source Of Property Location:** | DIRECT FROM LOCAL SOURCE |
| **Carrier Code:** | C031 |
| **Census Id / Block Group / Block / Suffix:** | 0021101003 |
| **Legal Description:** | LOT 25 BLK A TRUMAN HEIGHTS |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THI GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

DETAIL RECORD

▸ People Who Bought Real Estate Records Also Bought:



**KnowX Standard**   **KnowX Professional**   **Superior**   **RapSheets**

Home    How it Works    Pricing    Contact Us    Site Map

michael l buesgens

Status: Credentialed
Client ID:
Not Chosen

▶ **My Account**

▶ **My Subscriptions**

**Related Searches**

▸ Aircraft $
▸ Assets $
▸ Ultimate Business
  Finder
▸ Ultimate People Finder
▸ Watercraft $

**Other Info:**

▸ Search Tips
▸ Database Info
▸ Price of Search
▸ Coverage Area
▸ Example Record

*Records*   CHARLES E. Brown
ATTORNEY
OWNER

**DETAIL RECORD**

NEW SEARCH | RETURN TO YOUR SUMMARY

| | |
|---|---|
| **Buyer Name:** | **605-607 W 9TH LLC** |
| **Buyer's Address:** | **818 W 10TH ST** |
| | **AUSTIN TX 78701-2063** |
| **Corporately Owned:** | **YES** |
| **Seller Name:** | **BROWN CHARLES E** |
| **Property Address:** | **605 9TH ST W** |
| | **AUSTIN TX 78701-2211** |
| **County:** | **TRAVIS** |
| **Assessor's Parcel Number:** | **02-0800-14-06-0000** |
| **Document Number:** | **000000000584** |
| **Document Type:** | **GRANT DEED** |
| **Document Year:** | **2004** |
| **Sales Date:** | **01-01-2004** |
| **Recording Date:** | **01-02-2004** |
| **Transaction Type:** | **RESALE** |
| **Absentee:** | **OWNER OCCUPIED BASED ON** |
| | **TAXROLL FILE** |
| **Property Type:** | **DUPLEX, TRIPLEX, QUADPLEX)** |
| **Building Square Feet:** | **1,435** |
| **Land Use:** | **DUPLEX** |
| **Title Company:** | **ATTORNEY ONLY** |
| **Resale/New Construction:** | **RESALE** |
| **Cash/Mortgage Purchase:** | **CASH** |

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE GOVERNMENT AGENCY.**

NEW SEARCH | RETURN TO YOUR SUMMARY

DETAIL RECORD

▸ People Who Bought Real Estate Records Also Bought:

Records 1 / 2

| | |
|---|---|
| Debtor: | |
| Secured Party: | |
| State: | All States |
| Filing Number: | [GO!] |

Identify claims against personal property and uncover whether real estate has been encumbered.



**KnowX Standard**    **KnowX Professional**    **Superior**    RapSheets

michael l buesgens

*People Finder*

Status: Credentialed
Client ID:
Not Chosen

▶ **My Account**

▶ **My Subscriptions**

**Related Searches**
› Assets $
› Background Check $
› Real Estate $
› Reverse Address

**Other Searches:**
› Business Finder
› Corporate Records
› D&B Reports
› Experian Reports
› Owners & Officers
› Professional Licenses
› See All Searches

**DETAIL RECORD**

NEW SEARCH | RETURN TO YOUR SUMMARY

| | |
|---|---|
| **Owner:** | **BROWN CHARLES E** |
| | **BROWN DIANA SUE** |
| **Address:** | **1212 GUADALUPE ST 410** |
| | **AUSTIN TX 78701** |
| **Mailing Address:** | **1212 GUADALUPE ST 410** |
| | **AUSTIN TX 78701-1807** |
| **Phone Number:** | **(512) 236-9927** |

Search
property
records

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE**

NEW SEARCH | RETURN TO YOUR SUMMARY

**DETAIL RECORD**

## People Who Bought 'The Ultimate People Finder' Also Bought:

*Uncover assets such as real estate, aircraft, and watercraft with one search. Verify ownership, asse*

| **Name:** | **City:** | **State:** |
|---|---|---|
| | | Texas |

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.



**KnowX** | KnowX Standard | KnowX Professional | Superior | RapSheets

michael l buesgens

home | How it Works | Pricing | Contact Us | Site Map | ...

Status: Credentialed
Client ID:
Not Chosen

► **My Account**

► **My Subscriptions**

**Related Searches**

› Aircraft $
› Assets $
› Ultimate Business
   Finder
› Ultimate People Finder
› Watercraft $

**Other Info:**

› Search Tips
› Database Info
› Price of Search
› Coverage Area
› Example Record

*Records* CHARLES E BROWN
FHA MORTGAGE

**DETAIL RECORD**

NEW SEARCH | RETURN TO YOUR SUMMARY

**OWNERSHIP INFORMATION**

| | |
|---|---|
| Owner: | **DECORBY MICHELE** |
| Owners' Relationship: | UNMARRIED WOMAN |
| Property Address: | 14701 GREAT WILLOW DR |
| | AUSTIN TX 78728-5401 |
| Mailing Address: | 704 DENSON DR 205 |
| | AUSTIN TX 78752-4073 |
| Assessor's Parcel Number: | 02-7220-02-14-0000 |
| State: | TEXAS |
| County: | TRAVIS |

**SALES INFORMATION**

| | |
|---|---|
| Seller: | BROWN CHARLES E |
| Sales Date: | 06-16-2004 |
| Sales Price: | $134,279.00 |
| Financial Consideration: | ESTIMATED |
| Deed Type: | GRANT DEED |
| Recorded Date: | 06-21-2004 |
| Document Year: | 2004 |
| Document Number: | 000000117852 |
| Mortgage Date: | 06-17-2004 |
| Lender Name: | WESTSTAR MTG |
| First Mortgage Amount: | $132,950.00 |
| Mortgage Loan Type: | FEDERAL HOUSING AUTHORITY |
| Mortgage Deed Type: | DEED OF TRUST |
| Mortgage Term Type: | YEARS |
| Mortgage Term: | 15 |
| Mortgage Due Date: | 07-01-2019 |
| Title Company: | GRACY TITLE CO |
| Residence Determined From Zipcode: | YES |
| Prior Document Year: | 2002 |
| Prior Document Number: | 000000144420 |
| Prior Deed Type: | GRANT DEED |
| Prior Recorded Date: | 08-06-2002 |
| Prior Sales Date: | 06-27-2002 |

**ASSESSOR INFORMATION**

| | |
|---|---|
| Assessed Year: | 2005 |
| Total Land & Improvement Value: | $152,515.00 |
| Land Value: | $25,000.00 |
| Improvement Value: | $127,515.00 |
| Assessment Method For Total Land & Improvement Value: | MARKET |
| Assessment Method For Land Value: | MARKET |
| Assessment Method For Improvement Value: | MARKET |

| | |
|---|---|
| Total Assessed Land & Improvement Value: | $152,515.00 |
| Total Assessed Land Value: | $25,000.00 |
| Total Assessed Improvement Value: | $127,515.00 |
| Total Market Land & Improvement Value: | $152,515.00 |
| Total Market Land Value: | $25,000.00 |
| Total Market Improvement Value: | $127,515.00 |
| FEMA Community Panel Number: | 4810260110E |
| Homeowner Exemption: | Y |
| Land Use: | SINGLE FAMILY RESIDENCE |
| County Determined Land Use: | A1 |
| County Determined Secondary Land Use: | R |
| Property Type: | SINGLE FAMILY RESIDENCE / TOWNHOUSE |
| Number of Buildings: | 1 |
| Tax Amount: | $4,113.16 |
| Tax Year: | 2004 |
| Lot Front Footage: | 68 |
| Lot Depth Footage: | 122 |
| Lot Acreage: | 0.1904 |
| Lot Square Footage: | 8,296 |
| Universal Building Square Footage: | 1,981 |
| Building Square Footage Type: | BUILDING |
| Total (Living & Non) Building Square Footage: | 1,981 |
| Garage Square Footage: | 380 |
| Year Constructed: | 1983 |
| Number Of Bathrooms: | 3 |
| Number Of Full Bathrooms: | 2 |
| Number Of Half Bathrooms: | 1 |
| Primary Building Type: | SINGLE FAMILY |
| Construction Type: | WOOD |
| Fireplaces Present: | YES |
| Number Of Fireplaces: | 2 |
| Fireplace Type: | TYPE UNKNOWN |
| Foundation Type: | SLAB |
| Garage Type: | ATTACHED |
| Parking Type: | ATTACHED GARAGE |
| Roof Type: | COMPOSITION |

**LEGAL DESCRIPTION**

| | |
|---|---|
| Lot Number: | 1 |
| Subdivision: | WELLS BRANCH PH A SEC 01 |
| Source Of Property Location: | DIRECT FROM LOCAL SOURCE |
| Carrier Code: | R019 |
| Census Id / Block Group / Block / Suffix: | 0018531001 |
| Legal Description: | LOT 1 BLK A WELLS BRANCH PHS A SEC 1 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THI GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

DETAIL RECORD

▸ People Who Bought Real Estate Records Also Bought:



KnowX Standard    KnowX Professional    Superior    RapSheets

michael l buesgens

about    how it works    pricing    contact us    site map

**Records**    *CHARLES E. BROWN*
*REAL ESTATE BROKER*

Status: Credentialed
Client ID:
Not Chosen

▶ **My Account**

▶ **My Subscriptions**

**Related Searches**
▸ Aircraft $
▸ Assets $
▸ Ultimate Business
  Finder
▸ Ultimate People Finder
▸ Watercraft $

**Other Info:**
▸ Search Tips
▸ Database Info
▸ Price of Search
▸ Coverage Area
▸ Example Record

## DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY

**OWNERSHIP INFORMATION**
| | |
|---|---|
| Owner: | JOE SAYERS 5517 LTD |
| Property Address: | 5517 JOE SAYERS AVE |
| | AUSTIN TX 78756-1309 |
| Mailing Address: | 818 W 10TH ST |
| | AUSTIN TX 78701-2063 |
| Assessor's Parcel Number: | 02-2806-07-12-0000 |
| State: | TEXAS |
| County: | TRAVIS |

**SALES INFORMATION**
| | |
|---|---|
| Seller: | BROWN CHARLES E |
| Sales Date: | 06-23-2005 |
| Deed Type: | GRANT DEED |
| Recorded Date: | 08-22-2005 |
| Document Year: | 2005 |
| Document Number: | 000000154250 |
| Title Company: | ATTORNEY ONLY |
| Residence Determined From Zipcode: | YES |
| Prior Document Year: | 2005 |
| Prior Document Number: | 000000131915 |
| Prior Deed Type: | GRANT DEED |
| Prior Recorded Date: | 07-22-2005 |
| Prior Sales Date: | 06-23-2005 |

**ASSESSOR INFORMATION**
| | |
|---|---|
| Assessed Year: | 2005 |
| Total Land & Improvement Value: | $99,397.00 |
| Land Value: | $72,000.00 |
| Improvement Value: | $27,397.00 |
| Assessment Method For Total Land & Improvement Value: | MARKET |
| Assessment Method For Land Value: | MARKET |
| Assessment Method For Improvement Value: | MARKET |
| Total Assessed Land & Improvement Value: | $99,397.00 |
| Total Assessed Land Value: | $72,000.00 |
| Total Assessed Improvement Value: | $27,397.00 |
| Total Market Land & Improvement Value: | $99,397.00 |
| Total Market Land Value: | $72,000.00 |
| Total Market Improvement Value: | $27,397.00 |
| FEMA Community Panel Number: | 4806240160E |
| Land Use: | SINGLE FAMILY RESIDENCE |
| County Determined Land Use: | A1 |

| | |
|---|---|
| **County Determined Secondary Land Use:** | R |
| **Property Type:** | SINGLE FAMILY RESIDENCE / TOWNHOUSE |
| **Number of Buildings:** | 1 |
| **Match Code:** | YES |
| **Owner's Method of Property Ownership:** | LIMITED PARTNERSHIP |
| **Tax Amount:** | $115.18 |
| **Tax Year:** | 2004 |
| **Lot Front Footage:** | 37 |
| **Lot Depth Footage:** | 194 |
| **Lot Acreage:** | 0.1658 |
| **Lot Square Footage:** | 7,220 |
| **Universal Building Square Footage:** | 588 |
| **Building Square Footage Type:** | BUILDING |
| **Total (Living & Non) Building Square Footage:** | 588 |
| **Year Constructed:** | 1948 |
| **Number Of Bathrooms:** | 1 |
| **Number Of Full Bathrooms:** | 1 |
| **Primary Building Type:** | SINGLE FAMILY |
| **Construction Type:** | WOOD |
| **Foundation Type:** | PIER |
| **Roof Type:** | COMPOSITION |

**LEGAL DESCRIPTION**

| | |
|---|---|
| **Lot Number:** | 8 |
| **Subdivision:** | BROADACRES |
| **Source Of Property Location:** | DIRECT FROM LOCAL SOURCE |
| **Carrier Code:** | C034 |
| **Census Id / Block Group / Block / Suffix:** | 0002013000 |
| **Legal Description:** | N 37FT OF LOT 8 BLK 12 BROADACRES |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

DETAIL RECORD

▶ People Who Bought Real Estate Records Also Bought:

RECORD 15

| | |
|---|---|
| **Debtor:** | |
| **Secured Party:** | |
| **State:** | All States |
| **Filing Number:** | GO! |

Identify claims against personal property and uncover whether real estate has been encumbered.

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.



**HOME    ATTORNEYS    PRACTICE AREAS    SEMINARS/NEWS    CONTACT US**

CRADY, JEWETT & McCULLEY, LLP | Business Oriented



### Shelley Bush Marmon
*Partner*

**Phone:** 713.739.7007
**Fax:** 713.739.8403
**Email:** samarmon@cjmw.com

Download vCard
Print this page

### Practice Areas

- Employment Law
- Litigation & Dispute Resolution
- Bankruptcy
- Commercial Litigation
- Construction Disputes
- Employment Disputes

Shelley Marmon has concentrated her practice in the area of debtor/creditor disputes and commercial litigation cases in state, federal and bankruptcy courts throughout Texas. Ms. Marmon's practice also includes counsel in the areas of employment law, real estate management, construction disputes, insurance coverage questions, investigations and other business management issues.

Ms. Marmon joined the firm after graduating from the University of Houston Law Center in 1984. She is Board Business Bankruptcy law by the State Bar of Texas. Ms. Marmon is past president of the Guadalupe River Trust and past Secretary of the vestry at St. Mark's Episcopal Church.

## ABOUT THE STATE BAR

--------------------------------------------------------------------------------

Home     About the State Bar     Member Directory

## Detailed Result

Shelley Bush Marmon
_____

**Bar Card Number\*:** 03497050

| | | |
|---|---|---|
| | **Work Address** | 2727 Allen Parkway Ste 1700<br>Houston, TX, 77019-2125 |
| | **Work Phone Number** | (713) 739-7007 |
| | **Primary Practice Location** | HOUSTON , Texas |

### Current Member Status
_____

Eligible To Practice In Texas

### License Information
_____

| | |
|---|---|
| **State Bar Card Number\*:** | 03497050 |
| **Texas Licensed\*:** | 11/02/1984 |

### Practice Information
_____

| | |
|---|---|
| **Firm:** | Crady Jewett & McCulley, LLP |
| **Firm Size:** | 11 to 24 |
| **Occupation:** | Private Law Practice |
| **Primary Practice Areas:** | No information reported by attorney |
| **Services Provided:** | |

| | | |
|---|---|---|
| | *Are language translation services available?* | Not Specified |
| | *Are hearing impaired translation services available?* | Not Specified |
| | *Are ADA accessible client services available?* | Yes |

**Assistance available in languages:**

Spanish

**Courts of Admittance:**

### Federal Courts of Admittance:

Fifth Circuit Court of Appeals
Texas Eastern Bankruptcy Court
Texas Eastern District Court
Texas Northern Bankruptcy Court
Texas Northern District Court
Texas Southern District/Bankruptcy Court
Texas Western Bankruptcy Court
Texas Western District Court

### Other Courts of Admittance:

No information reported by attorney

### Other States Where authorized to practice:

No Other States reported by attorney

## Education and Certification History

**Law Schools:**

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| University Of Houston | 05/1984 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

**Texas Board of Legal Specialization Certifications:**

Business Bankruptcy Law

## Public Disciplinary History

**Public Disciplinary History - Texas*:**

**Public Disciplinary History - Other:**

No information reported by attorney

**Statutory Profile Last Certified On:** 02/10/2006

For information about a specific disciplinary sanction listed above, please call (877)953-5535.

The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas.
Attorney profile information is provided as a public service by the State Bar of Texas as outlined in
Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with
no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors,
nor any employee thereof may be held responsible for the accuracy of the data. Much of the information
has been provided by the attorney and is required to be reviewed and updated by the attorney annually.
The information noted with an asterisk (*) is provided by the State Bar of Texas. Texas
grievance/disciplinary information will not appear on the profile until a final determination is reached.
Access to this site is authorized for public use only. Any unauthorized use of this system is subject to

Westlaw.

**Shelley Bush Marmon**
Crady, Jewett & McCulley, L.L.P.
2727 Allen Parkway
Suite 1700
Houston, Texas 77019-2125
(713) 739-7007
Fax: (713) 739-8403
samarmon@cjmlaw.com
http://www.cjmlaw.com

Position:

Partner

Total Firm Size:

11-25

West Practice Categories:

Bankruptcy Law
Business & Commercial Law
Business Organizations
Construction Law
Criminal Law
Employment Law -- Employee
Employment Law -- Employer
Insurance Law
Real Estate Law

Areas of Practice:

Debtor/Creditor Disputes
Commercial Litigation
Employment Law
Real Estate Management
Construction Disputes
Insurance Coverage Questions
Fraud Investigations
Business Management

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Shelley A. Bush
Shelley A. Bush
2727 Allen Pkwy
Ste 1700
Houston, Texas 77019
(713) 739-7007

Education:

University of Houston Law Center, Houston, TX, 1984
J.D., Doctor of Jurisprudence

University of Texas, Austin, Texas, 1979
B.J., Bachelor of Journalism

Admitted:

Texas, 1984
U.S. District Court Northern District of Texas
U.S. District Court Southern District of Texas
U.S. District Court Eastern District of Texas
U.S. District Court Western District of Texas

Affiliations:

Houston Bar Association, Member
American Bar Association, Member

Fraternities/Sororities:

Phi Delta Phi

Total Firm Size:

1

West Practice Categories:

Bankruptcy Law
Business & Commercial Law
Insurance Law


This constitutes the most current information West has on record for this
listing. If you wish to update this information, please contact FindLaw.

END OF DOCUMENT

(C) 2006 Thomson



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
### AUSTIN, TEXAS 78774-0100

August 1, 2006

## CERTIFICATE OF ACCOUNT STATUS

This is in response to your inquiry about the status of

**SHELLEY A BUSH P C**

This corporation is not in good standing as it has not satisfied all state tax requirements.

If you need any additional information or assistance, please contact the Texas State Comptroller's field office in your area or call 1-800-252-1381, toll free, nationwide. The Austin number is 512-463-4600. If you are calling from a Telecommunications Device for the Deaf (TDD), the toll-free number is 1-800-248-4099, or in Austin, 512/463-4621.

1. CRADY, JEWETT & MCCULLEY, LLP
2. DUNHAM JEWETT
3. HUGH MCCULLEY

Taxpayer number: 17603247440
File number: 0091567702

Form 05-342 (Rev. 1-03/12)



Corporations Section
P O Box 13697
Austin, Texas 78711-3697

Geoffrey S. Connor
Secretary of State

## Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
## SHELLEY A. BUSH, P.C.

File Number : 91567702

Certificate / Charter forfeited :    July 09, 2004

The Secretary of State hereby determines and finds the following:

1. The Secretary of State received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code that there are grounds for forfeiture of the charter or certificate of authority of the referenced entity.

2. That the entity has not revived its forfeited corporate privileges within 120 days after the date that the corporation privileges were forfeited.

3. The Comptroller of Public Accounts has determined that the entity does not have assets from which a judgment for any tax, penalty, or court costs imposed under Chapter 171 of the Code may be satisfied.

It is therefore ordered that charter or certificate of authority of the referenced entity be forfeited without judicial ascertainment and that the proper entry be made upon the permanent files and records of such entity to show such forfeiture as of the date hereof.





Geoffrey S. Connor
Secretary of State

Page 1 of 1

WINDOW ON STATE GOVERNMENT                                            CAROLE KEETON STRAYHORN    Texas Comptroller of Public Accounts



Corporation Search Results

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, Requirements to Dissolve, Merge or Convert a Texas Entity.

| Certification of Account Status | Officers And Directors Information |
|---|---|
| Company Information: | **SHELLEY A BUSH P C**<br>2727 ALLEN PKWY STE 1700<br>HOUSTON, TX 77019-2125 |
| Status: | **NOT IN GOOD STANDING** |
| Registered Agent: | SHELLEY BUSH MARMON<br>2727 ALLEN PARKWAY SUITE 1700<br>HOUSTON, TX 77019 |
| Registered Agent Resignation Date: | |
| State of Incorporation: | TX |
| File Number: | 0091567702 |
| Charter/COA Date: | December 13, 1990 |
| Charter/COA Type: | Charter |
| Taxpayer Number: | 17603247440 |

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

Window on State Government
Contact Us
Privacy and Security Policy

Certificate of Account Status - Officers and Directors

Page 1 of 1

WINDOW ON STATE GOVERNMENT

CAROLE KEETON STRAYHORN    Texas Comptroller of Public Accounts



Corporation Search Results

# Officers and Directors
## SHELLEY A BUSH P C

Return to: Corporation Search Results

Officer and director information on this site is obtained from the most recent Public Information Report (PIR) processed by the Secretary of State (SOS). PIRs filed with annual franchise tax reports are forwarded to the SOS. After processing, the SOS sends the Comptroller an electronic copy of the information, which is displayed on this web site. The information will be updated as changes are received from the SOS.

You may order a copy of a Public Information Report from open.records@cpa.state.tx.us or Comptroller of Public Accounts, Open Government Division, PO Box 13528, Austin, Texas 78711.

| Title: | Name and Address: | Expiration/Resignation Date: |
|--------|-------------------|------------------------------|
| *DIRECTOR* | **SHELLEY A BUSH**<br>2727 ALLEN PARKWAY SUITE 1700<br>HOUSTON , TX 77019 | |
| *PRESIDENT* | **SHELLEY A BUSH**<br>2727 ALLEN PARKWAY SUITE 1700<br>HOUSTON , TX 77019 | |

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

Window on State Government
Contact Us
Privacy and Security Policy

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY                                          Page 1 of 1

**Texas Secretary of State**
**Roger Williams**

**SOSD**irect

Business Organizations | Trademarks | Help/Fees |

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| Filing Number: | 91567702 | Entity Type: | Domestic Professional Corporation |
|---|---|---|---|
| Original Date of Filing: | December 13, 1990 | Entity Status: | Forfeited existence |
| Formation Date: | N.A | | |
| Tax ID: | 17603247440 | FEIN: | |
| Duration: | Perpetual | | |

| Name: | SHELLEY A. BUSH, P.C. |
|---|---|
| Address: | 2727 ALLEN PKWY STE 1700 |
| | Houston, TX 77019 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| ☑ | 5672550 | Articles Of Incorporation | December 13, 1990 | December 13, 1990 | No | 6 |
| ☑ | 29815500001 | Public Information Report (PIR) | December 31, 2001 | March 20, 2003 | No | 1 |
| ☑ | 26948220001 | Public Information Report (PIR) | December 31, 2002 | February 14, 2003 | No | 1 |
| ☑ | 28892440002 | Change of Registered Agent/Office | March 10, 2003 | March 10, 2003 | No | 2 |
| ☑ | 64498243062 | Tax Forfeiture | July 9, 2004 | July 9, 2004 | No | 1 |

Return to Search

Instructions:
➔ To place an order for additional information about a filing press the 'Order' button.

 

Business Organizations | Trademarks | Help/Fees |

**GLOBAL PERSON SEARCH**

This search was performed on with the following search parameter:
PERSON NAME : shelley b marmon

| Mark | Filing Number | Person | Title | Entity Name | Entity Type | Entity Status |
|------|---------------|--------|-------|-------------|-------------|---------------|
| ○ | 91567702 | Shelley Bush Marmon | Registered Agent | SHELLEY A. BUSH, P.C. | Domestic Professional Corporation | Forfeited existence |
| ○ | 116478000 | Shelley B. Marmon | Registered Agent | SEA TRADERS LINE, INC. | Domestic For-Profit Corporation | Forfeited existence |
| ○ | 800002992 | Shelley B. Marmon | Registered Agent | Marmon Enterprises, Inc. | Domestic For-Profit Corporation | In existence |

| Return to Order | New Search |
|---|---|

Instructions:
- ● To view additional information pertaining to a particular filing select the number associated with the name.
- ● To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
### AUSTIN, TEXAS 78774-0100

August 1, 2006

## CERTIFICATE OF ACCOUNT STATUS

This is in response to your inquiry about the status of

**SEA TRADERS LINE INC**

This corporation is not in good standing as it has not satisfied all state tax
requirements.

If you need any additional information or assistance, please contact the Texas State
Comptroller's field office in your area or call 1-800-252-1381, toll free, nationwide.
The Austin number is 512-463-4600. If you are calling from a Telecommunications Device
for the Deaf (TDD), the toll-free number is 1-800-248-4099, or in Austin, 512/463-4621.

1. CRADY, JEWETT L MC CULLEY
2. DUNHAM JEWETT
3. HUGH MC CULLEY

Taxpayer number: 17603191200
File number: 0116478000

Form 05-342 (Rev. 1-03/12)





Business Organizations | Trademarks | Help/Fees |

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 116478000 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | August 29, 1990 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17603191200 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | SEA TRADERS LINE, INC. |
| **Address:** | 2350 N SAM HOUSTON PKWY 750 |
| | HOUSTON, TX 77032 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| Shelley B. Marmon | 2727 Allen Parkway, Suite 1700 Houston, TX 77019 USA | |

Return to Search

Instructions:
❷ To place an order for additional information about a filing press the 'Order' button.



Corporations Section
P O Box 13697
Austin, Texas 78711-3697

Roger Williams
Secretary of State

## Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
## SEA TRADERS LINE, INC.

File Number : 116478000          Certificate / Charter forfeited :     July 07, 2006

The Secretary of State hereby determines and finds the following:

1.  The Secretary of State has received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code that there are grounds for forfeiture of the charter or certificate of authority of the referenced entity.

2.  The entity has not revived its forfeited corporate privileges within 120 days after the date that the corporation privileges were forfeited.

3.  The Comptroller of Public Accounts has determined that the entity does not have assets from which a judgment for any tax, penalty, or court costs imposed under Chapter 171 of the Code may be satisfied.

It is therefore ordered that the entity's charter or certificate of authority be forfeited without judicial ascertainment and that the proper entry be made upon the permanent files and records of such entity to show such forfeiture as of the date hereof.



*Roger Williams*

Roger Williams
Secretary of State

Page 1 of 1

<u>WINDOW ON STATE GOVERNMENT</u>

CAROLE KEETON STRAYHORN   Texas Comptroller of Public Accounts



<u>Corporation Search Results</u>

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, <u>Requirements to Dissolve, Merge or Convert a Texas Entity</u>.

| Certification of Account Status | Officers And Directors Information |
|---|---|
| Company Information: | **SEA TRADERS LINE INC**<br>330 RAYFORD RD C/O PMB 321<br>SPRING, TX 77386-1980 |
| Status: | **NOT IN GOOD STANDING** |
| Registered Agent: | SHELLEY B. MARMON<br>2727 ALLEN PARKWAY SUITE 1700<br>HOUSTON, TX 77019 |
| Registered Agent Resignation Date: | |
| State of Incorporation: | TX |
| File Number: | 0116478000 |
| Charter/COA Date: | August 29, 1990 |
| Charter/COA Type: | Charter |
| Taxpayer Number: | 17603191200 |

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

Window on State Government
Contact Us
<u>Privacy and Security</u> Policy

Certificate of Account Status - Officers and Directors

Page 1 of 1

WINDOW ON STATE GOVERNMENT                                    CAROLE KEETON STRAYHORN    Texas Comptroller of Public Accounts



Corporation Search Results

## Officers and Directors
### SEA TRADERS LINE INC

Return to: Corporation Search Results

Officer and director information on this site is obtained from the most recent Public Information Report (PIR) processed by the Secretary of State (SOS). PIRs filed with annual franchise tax reports are forwarded to the SOS. After processing, the SOS sends the Comptroller an electronic copy of the information, which is displayed on this web site. The information will be updated as changes are received from the SOS.

You may order a copy of a Public Information Report from open.records@cpa.state.tx.us or Comptroller of Public Accounts, Open Government Division, PO Box 13528, Austin, Texas 78711.

| Title: | Name and Address: | Expiration/Resignation Date: |
|---|---|---|
| *PRESIDENT* | **HOWARD K BUFORD**<br>2350 N SAM HOUSTON PKWY 750<br>HOUSTON , TX 77032 | |
| *DIRECTOR* | **HOWARD K BUFORD**<br>2350 N SAM HOUSTON PKWY 750<br>HOUSTON , TX 77032 | |

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

Window on State Government
Contact Us
Privacy and Security Policy

## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
### AUSTIN, TEXAS 78774-0100

August 1, 2006

## CERTIFICATE OF ACCOUNT STATUS

This is in response to your inquiry about the status of

**CONSULTRADE INC**

This corporation is not in good standing as it has not satisfied all state tax requirements.

If you need any additional information or assistance, please contact the Texas State Comptroller's field office in your area or call 1-800-252-1381, toll free, nationwide. The Austin number is 512-463-4600. If you are calling from a Telecommunications Device for the Deaf (TDD), the toll-free number is 1-800-248-4099, or in Austin, 512/463-4621.

*1. CRADY, JEWETT & McCULLEY, LLP*
*2. DON HAM JEWETT*
*3. HUGH McCULLEY*

Taxpayer number: 30118559548
File number: 0139859000

Form 05-342 (Rev. 1-03/12)

Certification of Franchise Tax Account Status

**Officer/Director Information Not on File for:**

**CONSULTRADE INC**

Officer and director information on this site is obtained from the most recent Public Information Report (PIR) processed by the Secretary of State (SOS). PIRs filed with annual franchise tax reports are forwarded to the SOS. After processing, the SOS sends the Comptroller an electronic copy of the information, which is displayed on this web site. The information will be updated as changes are received from the SOS.

You may order a copy of a Public Information Report from open.records@cpa.state.tx.us or by mail at Comptroller of Public Accounts, Open Government Division, PO Box 13528, Austin, Texas 78711.

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

Window on State Government
Contact Us
Privacy and Security Policy

WINDOW ON STATE GOVERNMENT      CAROLE KEETON STRAYHORN   Texas Comptroller of Public Accounts



Corporation Search Results

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, Requirements to Dissolve, Merge or Convert a Texas Entity.

| Certification of Account Status | Officers And Directors Information |
|---|---|
| Company Information: | **CONSULTRADE INC**<br>PO BOX 302<br>SIMONTON, TX 77476-0302 |
| Status: | **NOT IN GOOD STANDING** |
| Registered Agent: | SHELLEY A BUSH<br>909 FANNIN STE 1400<br>HOUSTON, TX 77010 |
| Registered Agent Resignation Date: | |
| State of Incorporation: | TX |
| File Number: | 0139859000 |
| Charter/COA Date: | May 7, 1996 |
| Charter/COA Type: | Charter |
| Taxpayer Number: | 30118559548 |

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

Window on State Government
Contact Us
Privacy and Security Policy




Business Organizations | Trademarks | Help/Fees |

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 139859000 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | May 7, 1996 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 30118559548 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | CONSULTRADE, INC. |
| **Address:** | PO BOX 302 |
| | Simonton, TX 77476 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| Shelley A Bush | 909 FANNIN STE 1400 | |
| | Houston, TX 77010-1006 USA | |

Return to Search

---

Instructions:
To place an order for additional information about a filing press the 'Order' button.




Business Organizations | Trademarks | Help/Fees |

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| Filing Number: | 800035280 | Entity Type: | Domestic Limited Partnership (LP) |
|---|---|---|---|
| Original Date of Filing: | December 12, 2001 | Entity Status: | Cancelled |
| Formation Date: | N/A | | |
| Tax ID: | | FEIN: | |
| Duration: | Perpetual | | |

| Name: | SRH Homes, L.P. |
|---|---|
| Address: | P.O. Box 501, 4582-E Kingwood Drive |
| | Kingwood, TX 77345 USA |

REGISTERED AGENT   FILING HISTORY   NAMES   MANAGEMENT   ASSUMED NAMES   ASSOCIATED ENTITIES

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| 📷 | 4786880002 | Certificate of Limited Partnership | December 12, 2001 | December 12, 2001 | No | 1 |
| 📷 | 113572320001 | Report Notice | January 10, 2006 | January 10, 2006 | No | 1 |
| 📷 | 116930620001 | Notice of Forfeited Rights for non-filing of Periodic Report | February 10, 2006 | February 10, 2006 | No | 1 |
| 📷 | 132934560001 | Involuntary Cancellation | June 14, 2006 | June 14, 2006 | No | 1 |

Return to Search

Instructions:
➧ To place an order for additional information about a filing press the 'Order' button.

1. CRADY, JEWETT & MCCULLEY, LLP

2. SHELLEY BUSH MARMON

3. DONHAM JEWETT

4. HUGH MCCULLEY



Texas Secretary of State
Roger Williams

**SOSD**irect

Business Organizations | Trademarks | Help/Fees |

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800035280 | **Entity Type:** | Domestic Limited Partnership (LP) |
| **Original Date of Filing:** | December 12, 2001 | **Entity Status:** | Cancelled |
| **Formation Date:** | N/A | | |
| **Tax ID:** | | **FEIN:** | *INVOLUNTARY* |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | SRH Homes, L.P. |
| **Address:** | P.O. Box 501, 4582-E Kingwood Drive |
| | Kingwood, TX 77345 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| **Name** | **Address** | **Inactive Date** |
|---|---|---|
| Shelley A. Marmon | 2727 Allen Parkway, Suite 1700 Houston, TX 77019 USA | |

Return to Search

Instructions:
   To place an order for additional information about a filing press the 'Order' button.

JULY 27, 2006

## TEXAS COMPTROLLER

1. TAX ID : 17603247440 ✔
   SOS NO : 91567762
   SHELLEY A. BUSH P.C.
   FORFEITED EXISTENCE — JULY 9, 2004

   SECTION 171.302 TEXAS TAX CODE
   171.309

   NEW REGISTERED AGENT
   SHELLEY BUSH MARMON    ATTORNEY
   HARRIS COUNTY TEXAS
   2727 ALLEN PARKWAY, SUITE 1700
   HOUSTON, TEXAS 77019
   PHONE : 713-739-7005
   PUBLIC INFORMATION REPORT — 2002

   ✔ TO PROVIDE PROFESSIONAL LEGAL SERVICES


   CRADY, JEWETT & McCULLEY, LLP
   TEXAS SOS NO : 800274661

# TEXAS COMPTROLLER

**2** TAX ID: 17603191200
SOS NO: 116478000
SEA TRADERS LINE INC
2350 N SAM HOUSTON PKWY 750
HOUSTON, TEXAS 77032

FORFEITED EXISTENCE - JULY 7, 2006

SECTION 171.302 TEXAS TAX CODE
171.309

REGISTERED AGENT
SHELLEY B. MARMON
2727 ALLEN PARKWAY, SUITE 1700
HOUSTON, TX 77019

KEITH BUFORD PRESIDENT
PUBLIC INFORMATION REPORT - 2004

CRADY, JEWETT & McCOLLEY, LLP
TEXAS SOS NO: 800274661

TEXAS COMPTROLLER

3. TAX I.D.    NONE
SOS NO.    80035280
S R H HOMES, L.P.
P.O. BOX 501
4582-E KINGWOOD DRIVE
KINGWOOD, TX    77345

NOTICE OF FORFEITED RIGHTS FOR
NON-FILING OF PERIODIC REPORT
ON FEBRUARY 10, 2006

INVOLUNTARY CANCELLATION ON
JUNE 14, 2006

SHELLEY A. MARMON, REGISTERED AGENT
2727 ALLEN PARKWAY, SUITE 1700
HOUSTON, TX    77019

CRADY, JEWETT & McCULLEY, LLP
TEXAS SOS NO: 80027466'1

TEXAS COMPTROLLER

**4.** TAX I.D: 30118559548
SOS NO: 139859000
CONSULTRADE INC
P.O. BOX 302
SIMONTON, TX 77476

FORFEITED EXISTENCE
TAX FORFEITURE                AUGUST 25, 1998

SHELLEY A. BUSH, REGISTERED AGENT
909 FANNIN STE 1400
HOUSTON, TX 77010-1006

CRADY, JEWETT & McCULLEY, LLP
TEXAS SOS NO: 800274661

TEXAS COMPTROLLER

SHELLEY BUSH MARMON IN EXISTENCE
CRADY, JEWETT, McCULLEY, LLP

MARMON ENTERPRISES, INC
2727 ALLEN PARKWAY SUITE 1700
HOUSTON, TX 77019

SOS NO: 80000 2992
TAX ID: 176 06 888869

SHELLEY B. MARMON, REGISTERED AGENT

AND
CUTTHROAT HOLDINGS L.L.C.
2727 ALLEN PKWY STE 1700
HOUSTON, TX 77019-2125

SOS NO: 800026589
TAX ID: 176 06 980 799

ATTORNEY'S IN TEXAS ARE NOT
REQUIRED TO FILE TAX REPORTS
OR PAY TAXES



KnowX Professional | **Superior**    RapSheets

michael l buesgens

Status: Credentialed
Client ID:
Not Chosen

▶ My Account

▶ My Subscriptions

**Related Searches**

Corporate Records
Background Check
D&B Reports
Experian Reports

**Other Info:**

Search Tips
Database Info
Price of Search
Coverage Area
Example Record

DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY

| | |
|---|---|
| **Business Name:** | **SHELLEY A BUSH P C** |
| **Filing Number:** | 0091567702 |
| **Address:** | 2727 ALLEN PKWY |
| | HOUSTON TX 77019 |
| **Owner 1:** | **SHELLEY A. BUSH** |
| **Address:** | 2727 ALLEN PARKWAY SUITE 1700 |
| | HOUSTON TX 77019 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.



KnowX Professional | **Superior**    RapSheets

michael Buesgens

Status Ownership
Client ID:
Not Ordered

▶ My Account

▶ My Subscriptions

**Related Searches**

Corporate Records
Background Check
D&B Reports
Experian Reports

**Other Info:**

Search Tips
Database Info
Price of Search
Coverage Area
Example Record

Business Record

DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY

| | |
|---|---|
| **Business Name:** | **MARMON ENTERPRISES INC** |
| **Filing Number:** | 0800002992 |
| **Address:** | 2727 ALLEN PKWY |
| | HOUSTON TX 77019 |
| **Owner 1:** | **SHELLEY B. MARMON** |
| **Address:** | 2727 ALLEN PARKWAY SUITE 1700 |
| | HOUSTON TX 77019 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

DETAIL RECORD

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.



KnowX Professional | Superior    PapSheets

michael t buesgens

Status: Credentialed
Client ID:
Not Chosen

▶ **My Account**

▶ **My Subscriptions**

**Related Searches**

Aircraft $
Assets $
Ultimate Business
  Finder
Ultimate People Finder
Watercraft $

**Other Info:**
Search Tips
Database Info
Price of Search
Coverage Area
Example Record

**DETAIL RECORD**

NEW SEARCH | RETURN TO YOUR SUMMARY

**OWNERSHIP INFORMATION**

| | |
|---|---|
| Owner: | **MARMON MARK** |
| | **MARMON SHELLEY** |
| Property Address: | **4441 VERONE ST** |
| | **BELLAIRE TX 77401-5211** |
| Mailing Address: | **4441 VERONE ST** |
| | **BELLAIRE TX 77401-5211** |
| Assessor's Parcel Number: | 059-126-020-0011 |
| State: | TEXAS |
| County: | HARRIS |

**SALES INFORMATION**

| | |
|---|---|
| Sales Date: | 12-08-1999 |
| Deed Type: | GRANT DEED |

**ASSESSOR INFORMATION**

| | |
|---|---|
| Assessed Year: | 2004 |
| Total Land & Improvement Value: | $506,300.00 |
| Land Value: | $117,000.00 |
| Improvement Value: | $389,300.00 |
| Assessment Method For Total Land & Improvement Value: | ASSESSED |
| Assessment Method For Land Value: | ASSESSED |
| Assessment Method For Improvement Value: | ASSESSED |
| Total Assessed Land & Improvement Value: | $506,300.00 |
| Total Assessed Land Value: | $117,000.00 |
| Total Assessed Improvement Value: | $389,300.00 |
| FEMA Community Panel Number: | 4802890855K |
| Homeowner Exemption: | Y |
| Land Use: | SINGLE FAMILY RESIDENCE |
| County Determined Land Use: | 101 |
| Property Type: | SINGLE FAMILY RESIDENCE / TOWNHOUSE |
| Location Influence: | NEIGHBORHOOD |
| Number of Buildings: | 1 |
| Tax Amount: | $11,235.92 |
| Tax Year: | 2004 |
| Lot Acreage: | 0.1148 |
| Lot Square Footage: | 5,000 |
| Universal Building Square Footage: | 4,252 |
| Building Square Footage Type: | BUILDING |
| Total (Living & Non) Building Square Footage: | 4,252 |
| Ground Floor Square Footage: | 1,655 |

| | |
|---|---|
| **Year Constructed:** | 2000 |
| **Number Of Bedrooms:** | 5 |
| **Total Numbers Of Rooms:** | 10 |
| **Number Of Bathrooms:** | 5 |
| **Number Of Full Bathrooms:** | 3 |
| **Number Of Half Bathrooms:** | 2 |
| **Air Conditioning Type:** | AC.CENTRAL |
| **Physical Condition:** | AVERAGE |
| **Exterior Wall Type:** | FRAME |
| **Fireplaces Present:** | YES |
| **Number Of Fireplaces:** | 1 |
| **Fireplace Type:** | MASONRY |
| **Foundation Type:** | SLAB |
| **Garage Type:** | FRAME |
| **Heating Type:** | CENTRAL |
| **Parking Type:** | ON & OFF STREET |
| **Stories Type:** | 1 |
| **Number Of Stories:** | 2 |
| **Style:** | TRADITIONAL |
| **Number Of Units In Building:** | 1 |
| **Electric Wiring:** | AVAILABLE |
| **Fuel Type:** | GAS |
| **Sewer Type:** | PUBLIC |
| **Water Type:** | PUBLIC |

**LEGAL DESCRIPTION**

| | |
|---|---|
| **Lot Number:** | 11 |
| **Subdivision:** | SOUTHDALE |
| **Source Of Property Location:** | DIRECT FROM LOCAL SOURCE |
| **Carrier Code:** | C002 |
| **Census Id / Block Group / Block / Suffix:** | 4128002006 |
| **Legal Description:** | LT 11 BLK 20 SOUTHDALE |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO TOP SUMMARY

DETAIL RECORD

▸ People Who Bought Real Estate Records Also Bought:

| | |
|---|---|
| **Debtor:** | |
| **Secured Party:** | |
| **State:** | All States |
| **Filing Number:** | GO! |

Identify claims against personal property and uncover whether real estate has been encumbered.

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.



**KnowX Standard** | **KnowX Professional** | **Superior** | RapSheets

michael l buesgens

DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY

My Account

My Subscriptions

**Related Searches**
- Aircraft $
- Assets $
- Ultimate Business Finder
- Ultimate People Finder
- Watercraft $

**Other Info:**
- Search Tips
- Database Info
- Price of Search
- Coverage Area
- Example Record

| | |
|---|---|
| **Buyer Name:** | MARMON SHELLEY B |
| **Buyer's Address:** | 909 FANNIN ST 001400 |
| | HOUSTON TX 77010-1006 |
| **Seller Name:** | **MARMON MARK M** |
| **Property Address:** | 4441 VERONE ST |
| | **BELLAIRE TX 77401-5211** |
| **County:** | HARRIS |
| **Assessor's Parcel Number:** | 059-126-020-0011 |
| **Document Type:** | GRANT DEED |
| **Document Year:** | 1999 |
| **Book & Page Number:** | 052960000122 |
| **Sales Date:** | 12-08-1999 |
| **Financial Consideration:** | ESTIMATED |
| **Recording Date:** | 12-13-1999 |
| **Transaction Type:** | NOMINAL |
| **Absentee:** | OWNER OCCUPIED BASED ON TAXROLL FILE |
| **Property Type:** | SINGLE FAMILY RESIDENCE / TOWNHOUSE |
| **Building Square Feet:** | 1,132 |
| **Title Company:** | STEWART TITLE |
| **Resale/New Construction:** | RESALE |
| **Inter Family Sale:** | D |
| **Cash/Mortgage Purchase:** | CASH |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE GOVERNMENT AGENCY.

People Who Bought Real Estate Records Also Bought:

**Debtor:**

**Secured Party:**

Identify claims against personal property and uncover whether real estate has been encumbered.

  **KnowX Professional** | **Superior**    RapSheets

michael l buesgens

*Records*

Status: Credentialed
Client ID:
Not Chosen

► **My Account**

► **My Subscriptions**

**Related Searches**

Aircraft $
Assets $
Ultimate Business
  Finder
Ultimate People Finder
Watercraft $

**Other Info:**

Search Tips
Database Info
Price of Search
Coverage Area
Example Record

DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY

**OWNERSHIP INFORMATION**
Owner:                          **MARMON SHELLEY BUSH**
Property Address:               2230 LARIAT RDG
                                **NEW BRAUNFELS TX 78132**-2013
Mailing Address:                2727 ALLEN PKWY 1700
                                HOUSTON TX 77019-2125
Assessor's Parcel Number:       25-0235-0016-00
State:                          TEXAS
County:                         COMAL

**SALES INFORMATION**

**ASSESSOR INFORMATION**
Assessed Year:                  2004
Total Land & Improvement Value: $171,970.00
Land Value:                     $63,680.00
Improvement Value:              $108,290.00
Assessment Method For Total Land &  MARKET
Improvement Value:
Assessment Method For Land Value:   MARKET
Assessment Method For Improvement  MARKET
Value:
Total Assessed Land & Improvement  $171,970.00
Value:
Total Market Land & Improvement    $171,970.00
Value:
Total Market Land Value:        $63,680.00
Total Market Improvement Value: $108,290.00
FEMA Community Panel Number:    4854630085C
Land Use:                       SINGLE FAMILY RESIDENCE
County Determined Land Use:     A1
Property Type:                  SINGLE FAMILY RESIDENCE /
                                TOWNHOUSE
Municipality:                   COMAL COUNTY
Lot Acreage:                    15.6480
Lot Square Footage:             681,626

**LEGAL DESCRIPTION**
Lot Number:                     16
Source Of Property Location:    DIRECT FROM LOCAL SOURCE
Carrier Code:                   R012
Census Id / Block Group / Block / 3106025030
Suffix:
Legal Description:              LOT: 16 & 17 J D J RANCH, ACRES

Westlaw.

Profiler References for: MARMON, SHELLEY BUSH

### Trial Motions, Memoranda and Affidavits
1  In Re: Anthony E. CAGLIA, INC., d/b/a Derma Aesthetics
   and Laser Center; d/b/a Polo Aesthetics and and Laser
   Center, Debtor-In-Possession., 2003 WL 23969741, Feb 24,
   2003

### Appellate Briefs
2  Guy J. DANIEL, Individually and d/b/a Guy J. Daniel
   Construction Co., et. al., Appellants, v. FALCON
   INTEREST REALTY CORP., Appellee., 2005 WL
   3270733, (Appellate Brief) (Tex.App.-Hous. (1 Dist.) Oct
   25, 2005) **Brief of Appellee** (NO. 01-03-00130-CV)
3  Guy J. DANIEL, Individually and d/b/a Guy J. Daniel
   Construction Company, et al., Appellant, v. FALCON
   INTEREST REALTY CORP., Appellee., 2005 WL
   2610487, (Appellate Brief) (Tex.App.-Hous. (1 Dist.) Aug
   29, 2005) **Appellants' Brief on the Merits** (NO.
   01-03-00130-CV)

### Cases
4  Daniel v. Falcon Interest Realty Corp., 190 S.W.3d 177,
   (Tex.App.-Hous. (1 Dist.) Dec 29, 2005)
5  In Re Cooper Cameron Corp., 2005 WL 2455495,
   (Tex.App.-Hous. (14 Dist.) Oct 06, 2005)
6  In re North American Royalties, Inc., 276 B.R. 594,
   (Bankr.E.D.Tenn. Apr 29, 2002)

### Dockets
7  PRUIETT v. GEMB LENDING INC, OTHER (480)
   E.D.Tex., Sep. 21, 2006, 4:06cv00388
8  MAYS v. UNITED SCAFFOLDING, INC, CIVIL
   RIGHTS: EMPLOYMENT (442) S.D.Tex., Sep. 19,
   2006, 4:06cv02950
9  CHILDERS, MARGARET (DDS) (P A) v. GARCIA,
   CHRIS (D/B/A C A G ASSOCIATES),
   CIVIL,
                              BREACH OF
   CONTRACT,


                              Tex.Dist., Sep. 7, 2006,
   200656296
10 BUESGENS v. FALCON RIDGE APT, ET AL,  C.A.5,
   Aug. 10, 2006, 06-50961

© Copyright West 2006

11  HILLMONT CROSSING OPERATING ASSOCIATES L
    P v. GOLDEN VAULT FINANCIAL GROUP LLC,
    CIVIL,
                              BREACH OF
    CONTRACT,


                        Tex.Dist., Jul. 12, 2006,
    200643498
12  ONE NW CENTRE OALP v. W J MURPHY & ASSOCT
    IN,
    CIVIL,
                              OP
    DBT,


                        Tex.Co.Ct., May 23, 2006,
    865125
13  BUESGENS v. FALCON RIDGE APARTME, ET AL,
    CIVIL RIGHTS: HOUSING/ACCOMMODATIONS
    (443) W.D.Tex., Mar. 29, 2006, 1:06cv00226
14  MEDWISE INC v. BARBAY MARY,
    CIVIL,
                              OP
    DBT,


                        Tex.Co.Ct., Feb. 27, 2006,
    858567
15  KINGWOOD-ROCKMEAD OALP v. POWER STATION
    LLC,
    CIVIL,
                              OP
    DBT,


                        Tex.Co.Ct., Jan. 23, 2006,
    856130
16  ST MARYS LANE LLC v. FRANKO GEORGE ETAL,
    CIVIL,
                              OP
    DBT,


                        Tex.Co.Ct., Jan. 13, 2006,
    855637



© Copyright West 2006

17 WAYNE E GLENN ASSOCT I v. FLEX TANK SERV
LLC,
CIVIL,
                              OP
   DBT,


                              Tex.Co.Ct., Dec. 29, 2005,
   854584
18 ST MARY'S LANE LLC v. FRANKO, GEORGE (AKA
   GEORGE FRANKO DBA GHF DESIGN G,
   CIVIL,
              LEASE,


                                   Tex.Dist., Jun.
   08, 2005, 200537680
19 CULBERSON, DELICIA N v. JEFFRIES, JAMES,
   CIVIL,
                         ASSAULT - PERSONAL
   INJURY,


                    Tex.Dist., Jun. 07, 2005, 200536180
20 IN RE COOPER CAMERON CORP.,
   CIVIL,


                                   Tex.App.-Hous.
   (14 Dist.), May. 09, 2005, 14-05-00449-CV
21 TOMORROW 31 NO LOOP LP v. COTTON BILL ETAL,
   CIVIL,
                              OP
   DBT,


                    Tex.Co.Ct., Jul. 28, 2004,
   820184
22 GORDON, GADSHILL v. ALLSTATE INSURANCE
   COMPANY,
   CIVIL,
                         BREACH OF
   CONTRACT,


                    Tex.Dist., Jun. 30, 2004,
   200434638


© Copyright West 2006

23  SPACENET INC v. ATS TELECOM SERVICES INC,
    CIVIL,
                              BREACH OF
        CONTRACT,


                        Tex.Dist., Jun. 18, 2004,
        200432006
24  CYPRESS COURT OPERATING ASSOCIATES L P v.
    FLEETNET2 FINANCIAL SERVICES INC,
    CIVIL,
                LEASE,


                                Tex.Dist., May.
        03, 2004, 200422856
25  CYPRESS COURT OPERATING ASSOCIATES L P v.
    SME INTERNATIONAL INC (TEXAS CORPORATION),
    CIVIL,
                LEASE,


                                Tex.Dist., Apr.
        28, 2004, 200421697
26  TOMORROW 31 NORTH LOOP I L P (A DELAWARE
    LIMITED P v. PRODRAFT LLC,
    CIVIL,
                    CONTRACT,


                                Tex.Dist.,
        Apr. 14, 2004, 200419217
27  9301 SOUTHWEST ASSOCIATES L P v. TEXAS
    AMERICAN TITLE INC (TEXAS CORPORATION),
    CIVIL,
                            DECLARATORY
        JUDGMENT,


        Tex.Dist., Jan. 16, 2004, 200403500
28  KURIGER, RICHARD C v. 3 MARK FINANCIAL INC,
    CIVIL,
                FRAUD,

                            Tex.Dist., Dec.
        11, 2003, 200367100


© Copyright West 2006

29 BASIC INDUS INC v. MOORE FIRE PI ETAL,
   CIVIL,
                              OP
   DBT,


                          Tex.Co.Ct., Nov. 06, 2003,
   804864
30 CRADY JEWETT & MLLP v. BYRD RANDALL ETAL,
   CIVIL,
                              OP
   DBT,


                          Tex.Co.Ct., Oct. 28, 2003,
   804207
31 CYPRESS CT OPERATING A v. STAFF IT INC,
   CIVIL,
                              OP
   DBT,


                          Tex.Co.Ct., Aug. 25, 2003,
   799934
32 GUY J. DANIEL, IND.,& D/B/A GUY J. DANIEL
   CONSTRUCTION CO., ET AL v. FALCON INTEREST
   REALTY CORP.,
   CIVIL,


                              Tex.App.-Hous.
   (1 Dist.), Feb. 13, 2003, 01-03-00130-CV
33 9301 SOUTHWEST ASSOCIATES L P (NEW MEXICO
   LIMITED v. UTHE, GEORGE (INDIVIDUALLY AND
   DBA COUNTERTECH),
   CIVIL,
             LEASE,


                              Tex.Dist., Dec.
   06, 2002, 200262280
34 BASIC INDUS INC v. DARLING HOMES HO LTD,
   CIVIL,
                              OP
   DBT,


                          Tex.Co.Ct., Oct. 07, 2002,
   780690


© Copyright West 2006

35  WEINGARTEN REALTY INVESTORS v.
    LOADMASTER DERRICK & EQUIPMENT INC,
    CIVIL,
                        BREACH OF
    CONTRACT,


                        Tex.Dist., Sep. 13, 2002,
    200247273
36  RINN v. ADEMCO DISTRIBUTION, ET AL,
    CONTRACT: OTHER CONTRACT (190) S.D.Tex.,
    Aug. 12, 2002, 4:02CV03027
37  SUNCOAST POST-TENSION L P v. PRECAST
    SYSTEMS INC,
    CIVIL,
                        SWORN
    ACCOUNT,


                        Tex.Dist., Jun. 21, 2002,
    200231522
38  13105 NORTHWEST FREEWAY ASSOCIATES L P
    (NEW MEXICO v. FOREMOST MORTGAGE
    COMPANY L P,
    CIVIL,
                LEASE,


                        Tex.Dist., Jun.
    10, 2002, 200229090
39  HOUSTON INDEPENDENT SCHOOL DISTRICT v.
    PALASOTA, JIM (TRUSTEE),
    CIVIL,
                        TAX
    SUIT,


                        Tex.Dist., May. 16, 2002,
    200225148
40  STATE STREET BANK AND TRUST COMPANY (A
    MASSACHUSET v. TAUCH, KYLE D,
    CIVIL,
                        DEED OF
    TRUST,


                        Tex.Dist., Apr. 15, 2002,
    200218939


© Copyright West 2006

41  13105 NORTHWEST FREEWAY ASSOCIATES L P
    (NEW MEXICO v. ESPRIT GENERAL AGENCY INC,
    CIVIL,
            LEASE,

                                    Tex.Dist., Apr.
    15, 2002, 200218945
42  IN RE: BARTLETT, BANKRUPTCY: APPEAL 28 USC
    158 (422) S.D.Tex., Mar. 29, 2002, 4:02CV01230
43  TAUCH, KYLE v. WILSON, PHILIP,
    CIVIL,
            INJUNCTION,

                                    Tex.Dist.,
    Dec. 31, 2001, 200165328
44  9301 SOUTHWEST ASSOCIATES L P (A NEW
    MEXICO LIMITE v. UTHE, GEORGE (IND AND DBA
    COUNTERTECH),
    CIVIL,
            LEASE,

                                    Tex.Dist., Nov.
    27, 2001, 200160650
45  PRECAST SYSTM INC v. BABY BACKHOE SERV INC,
    CIVIL,
                        OP
    DBT,


                        Tex.Co.Ct., Oct. 18, 2001,
    760736
46  KINGWOOD-ROCKMEAD OALP v. CONTINENTAL
    NURSING SI,
    CIVIL,
                        OP
    DBT,


                        Tex.Co.Ct., Sep. 20, 2001,
    759115
47  PRECAST SYSTEMS INCORPORATED v. SWEEZY
    CONSTRUCTION INC (TEXAS CORPORATION),
    CIVIL,
            CONTRACT,

                                    Tex.Dist.,
    Sep. 12, 2001, 200146740


© Copyright West 2006

48  13105 NW FWY ASSOCT LP v. FOREMOST MTG CO
    LP ETA,
    CIVIL,
                                OP
    DBT,


                        Tex.Co.Ct., Aug. 16, 2001,
    757455

49  NATIONAL CONVENIENCE STORES
    INCORPORATED v. USA EXPRESS INC,
    CIVIL,
                            BREACH OF
    CONTRACT,


                        Tex.Dist., Aug. 02, 2001,
    200139673

50  GDS ENGR INC v. ROBERTS JAMES L,
    CIVIL,
                                OP
    DBT,


                        Tex.Co.Ct., Jun. 20, 2001,
    754238

51  13105 NW FWY ASSOCT LP v. ESPRIT GEN AGCY
    INC,
    CIVIL,
                                OP
    DBT,


                        Tex.Co.Ct., May. 04, 2001,
    752104

52  1235 NO LOOP OALP v. FIRST CONSOL MTG CO,
    CIVIL,
                                OP
    DBT,


                        Tex.Co.Ct., Apr. 18, 2001,
    751178


© Copyright West 2006

53  1235 NORTH LOOP OFFICE ASSOCIATES L P v.
    NORTH AMERICAN MEDICAL MANAGEMENT INC,
    CIVIL,
                              REAL
        ESTATE,


                        Tex.Dist., Apr. 06, 2001,
        200118868
54  RW PROFESSIONAL LEASING SERVICES CORP
    (DBA PROFESS v. FUZESI, GARBOR (M D),
    CIVIL,
            CONTRACT,

                                        Tex.Dist.,
    Jan. 31, 2001, 200105938
55  IN RE: YOUSEF, BANKRUPTCY: WITHDRAWAL 28
    USC 157 (423) S.D.Tex., Jan. 24, 2001, 4:01CV00302

© Copyright West 2006



CRADY, JEWETT & McCULLEY, LLP  |  Business Or

# REAL ESTATE

- Commercial construction
- Commercial lease negotiations and enforcement
- Farm and ranch sales
- Healthcare Facility development
- Landlord-tenant disputes including default litigation and eviction
- Like-kind exchanges
- Multi-family development
- Real estate financing
- Real estate purchases and sales
- Residential subdivision development
- Shopping center development and dispositions

→ BACK TO GENERAL BUSINESS



# ATTORNEYS



KnowX Professional | Superior    Rapsheets

Michael Buesgens

> My Account

> My Subscriptions

**Related Searches**

- Owners & Officers
- Background Check
- Business Yellow
  Pages
- D&B Reports
- Experian Reports

**Other Info:**
- Search Tips
- Database Info
- Price of Search
- Coverage Area
- Example Record

DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY

| | |
|---|---|
| **Name:** | CRADY, JEWETT & MCCULLEY, L.L.P. |
| **Corporate ID Number:** | 05004146-24 |
| **Filing State:** | TX |
| **Type:** | DOMESTIC LIMITED LIABILITY PARTNERSHIP (LLC) |
| **Status:** | EXPIRED |
| **Date of Incorporation:** | 11-16-1998 |
| **Address Type:** | PRINCIPAL OFFICE 909 FANNIN SUITE 1400 HOUSTON, TX 77010 |
| **Expiration Date:** | 11-16-2000 |
| **Foreign Fein:** | 741966745. |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

## People Who Bought `Corporate Records` Also Bought:

*Uncover judgment, lawsuit, lien, and UCC filings against a person or business with one search.*

**Name:**
crady,jewett , mcculley

**State:**
All States

Copyright © 2006 KnowX LLC, all rights reserved. KnowX LLC is a ChoicePoint Company. For assistance contact support.

# CJM    GRADY, JEWETT & McCULLEY, LLP | Business Counsel at Law



**Dunham F. Jewett**
*Partner*

**Phone:** 713.739.7007
**Fax:**    713.739.8403
**Email:** djewett@cjmlaw.com

Download vCard

**Practice Areas**

- Real Estate
- General Business
- Taxation & Estate Planning

Dunham Jewett is presently the Firm's managing partner. He joined the Firm in 1975 upon his graduation from law school. Mr. Jewett's initial practice was concentrated in the areas of corporate transactions and income and estate taxation. Over time, Mr. Jewett has come to represent a number of entrepreneurs in their business and family endeavors. These include the organization, financing, purchase and sale of business entities, construction, financing, purchase and sale of real estate, oil and gas issues, and estate planning and succession matters. A substantial part of Mr. Jewett's real estate work, where much of his practice is now concentrated, involves the development of new, multifamily properties.

Mr. Jewett received his undergraduate degree from Dartmouth College in 1972 and graduated from the University of Texas School of Law in 1975, where he was a member of the Order of the Coif. Mr. Jewett is a Trustee of the Dorothy Richard Starling Foundation, and the Dickson-Allen Foundation, as well as other family foundations established by his clients. Mr. Jewett and his wife maintain an active association with St. John's School in Houston and with the Glassel School of Art, a division of the Museum of Fine Arts, Houston.



**KnowX Professional** | **Superior**    RapSheets

michael l buesgens

Status: Credentialed
Client ID:
Not Chosen

▶ My Account

▶ My Subscriptions

**Related Searches**
· DEA Records
· FAA Records

**Other Info:**
· Search Tips
· Database Info
· Price of Search
· Coverage Area
· Example Record

DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY

| | |
|---|---|
| **Name:** | JEWETT, DUNHAM F |
| **Address:** | 2727 ALLEN PARKWAY STE 1700 |
| | HOUSTON TX 77019 |
| **County:** | HARRIS COUNTY |
| **Phone Number:** | (713) 739-7007 |
| **Status:** | |
| **License State:** | ACTIVE |
| | TX |
| **License Number:** | 10665500 |
| **Original Issue Date:** | 10-21-1975 |
| **License Type:** | BAR MEMBER |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFI
GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

DETAIL RECORD

Company Info. Public Records Info. Privacy Statement. Privacy at Choicepoint. Legal.

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.

Westlaw.

Page 1

**Dunham F. Jewett**
Crady, Jewett & McCulley, L.L.P.
2727 Allen Parkway
Suite 1700
Houston, Texas 77019-2125
(713) 739-7007
Fax: (713) 739-8403
djewett@cjmlaw.com
http://www.cjmlaw.com

Position:

    Managing Partner

Education:

    The University of Texas School of Law, Austin, TX, 1975
    J.D., Doctor of Jurisprudence
    Honors: With Honors; Order of the Coif

    Dartmouth College, Hanover, New Hampshire, 1972
    B.A., Bachelor of Arts

Admitted:

    Texas, 1975
    U.S. District Court Southern District of Texas

Affiliations:

    Houston Bar Association, Member
    American Bar Association, Member

Fraternities/Sororities:

    Phi Delta Phi

Total Firm Size:

    11-25

West Practice Categories:

    Transactions
    Estate & Gift Taxation
    Income Taxation

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Jewett, Dunham F

Dunham F. Jewett
Crady, Jewett & McCulley, L.L.P.
2727 Allen Parkway
Suite 1700
Houston, Texas 77019-2125
(713) 739-7007
Fax: (713) 739-8403
djewett@cjmlaw.com
http://www.cjmlaw.com

Position:

Managing Partner

Education:

The University of Texas School of Law, Austin, TX, 1975
J.D., Doctor of Jurisprudence
Honors: With Honors; Order of the Coif

Dartmouth College, Hanover, New Hampshire, 1972
B.A., Bachelor of Arts

Admitted:

Texas, 1975
U.S. District Court Southern District of Texas

Affiliations:

Houston Bar Association, Member
American Bar Association, Member

Fraternities/Sororities:

Phi Delta Phi

Total Firm Size:

11-25

West Practice Categories:

Transactions
Estate & Gift Taxation
Income Taxation

Areas of Practice:

Corporate Transactions
Income
Estate Taxation

This constitutes the most current information West has on record for this
listing. If you wish to update this information, please contact FindLaw.

END OF DOCUMENT

(C) 2006



KnowX Standard    **KnowX Professional**    Superior    RapSheets

michael l buesgens

Client ID:
Not Chosen

▶ **My Account**

▶ **My Subscriptions**

**Related Searches**

Aircraft $
Assets $
Ultimate Business
Finder
Ultimate People Finder
Watercraft $

**Other Info:**

Search Tips
Database Info
Price of Search
Coverage Area
Example Record

## DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY

**OWNERSHIP INFORMATION**
Owner:                          OAK KNOLL
                                **CRADY JEWETT & MCCULLEY LLP**
Property Address:               1401 EASAT BEACH DR 702
                                GALVESTON TX 77550
Mailing Address:                2727 ALLEN PKWY 1700
                                HOUSTON TX 77019-2125
Assessor's Parcel Number:       3520-0000-0702-000
State:                          TEXAS
County:                         GALVESTON

**SALES INFORMATION**
Seller:                         OSTROW DEBORAH A TRUST
Sales Date:                     10-30-2002
Deed Type:                      GRANT DEED
Recorded Date:                  11-04-2002
Document Year:                  2002
Document Number:                000000064971
Book & Page Number:             001763000651
Title Company:                  CHICAGO TITLE CO.

**ASSESSOR INFORMATION**
Assessed Year:                  2004
Total Land & Improvement Value: $247,500.00
Land Value:                     $4,620.00
Improvement Value:              $242,880.00
Assessment Method For Total Land &   ASSESSED
Improvement Value:
Assessment Method For Land Value:    ASSESSED
Assessment Method For Improvement    ASSESSED
Value:
Total Assessed Land & Improvement    $247,500.00
Value:
Total Assessed Land Value:      $4,620.00
Total Assessed Improvement Value:    $242,880.00
Total Market Land & Improvement      $247,500.00
Value:
Total Market Land Value:        $4,620.00
Total Market Improvement Value:      $242,880.00
Land Use:                       CONDOMINIUM
County Determined Land Use:     A3
County Determined Secondary Land     A3
Use:
Property Type:                  CONDOMINIUM (RESIDENTIAL)
Municipality:                   GALVESTON COUNTY
Number of Buildings:            1

| | |
|---|---|
| **Match Code:** | YES |
| **Owner's Method of Property Ownership:** | TRUST |
| **Lot Acreage:** | 0.0350 |
| **Lot Square Footage:** | 1,524 |
| **Universal Building Square Footage:** | 825 |
| **Building Square Footage Type:** | LIVING |
| **Total (Living & Non) Building Square Footage:** | 825 |
| **Living Building Square Footage:** | 825 |
| **Total Numbers Of Rooms:** | 5 |
| **Number Of Bathrooms:** | 9 |
| **Number Of Full Bathrooms:** | 9 |
| **Primary Building Type:** | MULTI FAMILY CONDO |
| **Exterior Wall Type:** | BOARD & BATTEN |
| **Fireplaces Present:** | YES |
| **Fireplace Type:** | TYPE UNKNOWN |
| **Foundation Type:** | PIPE/IRON |
| **Number Of Stories:** | 1 |
| **Electric Wiring:** | AVAILABLE |
| **Fuel Type:** | GAS |
| **Sewer Type:** | PUBLIC |

## LEGAL DESCRIPTION

| | |
|---|---|
| **Subdivision:** | GALVESTONIAN |
| **Source Of Property Location:** | DIRECT FROM LOCAL SOURCE |
| **Census Id / Block Group / Block / Suffix:** | 7241002010 |
| **Legal Description:** | ABST 628 M B MENARD UNIT #702 GALVESTONIAN CONDO & .5449 % COMMON ELEMENT GALVEZ EAST |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

DETAIL RECORD

▶ People Who Bought Real Estate Records Also Bought:

| | |
|---|---|
| **Debtor:** | |
| **Secured Party:** | |
| **State:** | All States |
| **Filing Number:** | GO! |

Identify claims against personal property and uncover whether real estate has been encumbered.

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.



KnowX Professional | **Superior**    RapSheets

michael I buesgens

Status: Credentialed
Client ID:
Not Chosen
▶ **My Account**
▶ **My Subscriptions**

**Related Searches**

Corporate Records
Background Check
D&B Reports
Experian Reports

**Other Info:**

Search Tips
Database Info
Price of Search
Coverage Area
Example Record

Business Names

DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY

| | |
|---|---|
| **Business Name:** | CALIFORNIA BEDFORD INVESTORS LTD |
| **1** | |
| **Filing Number:** | 0800193212 |
| **Address:** | 2727 ALLEN PKWY |
| | **HOUSTON  TX  77019** |
| **Owner 1:** | **DUNHAM F. JEWETT** |
| **Address:** | 2727 ALLEN PARKWAY SUITE 1700 |
| | **HOUSTON  TX  77019** |
| **2** | |
| **Filing Number:** | 0800203567 |
| **Address:** | PO BOX 1295 |
| | MENLO PARK  CA  94026 |

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.**

NEW SEARCH | RETURN TO YOUR SUMMARY

DETAIL RECORD

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.



KnowX Professional | **Superior**    RapSheets

Michael Buesgens

Status: Credentialed
Client ID:
Not Chosen
▸ **My Account**
▸ **My Subscriptions**

**Related Searches**
Corporate Records
Background Check
D&B Reports
Experian Reports

**Other Info:**
Search Tips
Database Info
Price of Search
Coverage Area
Example Record

**DETAIL RECORD**

NEW SEARCH | RETURN TO YOUR SUMMARY

| | |
|---|---|
| **Business Name:** | MINTERRA CORPORATION |
| **Filing Number:** | 0064466300 |
| **Address:** | 2727 ALLEN PKWY |
| | HOUSTON TX 77019 |
| **Owner 1:** | DUNHAM F. JEWETT |
| **Address:** | 2727 ALLEN PKWY |
| | HOUSTON TX 77019 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

DETAIL RECORD

Copyright © 2006 KnowX LLC, all rights reserved. KnowX LLC is a ChoicePoint Company. For assistance contact support.



**KnowX Professional** | **Superior**    RapSheets

michael Buesgens

Status: Credentialed
Client ID:
Not Chosen

▶ **My Account**

▶ **My Subscriptions**

**Related Searches**

Corporate Records
Background Check
D&B Reports
Experian Reports

**Other Info:**

Search Tips
Database Info
Price of Search
Coverage Area
Example Record

**BUSINESS NAMES**

**DETAIL RECORD**

NEW SEARCH | RETURN TO YOUR SUMMARY

| | |
|---|---|
| **Business Name:** | PAMROD INCORPORATED |
| **Filing Number:** | 0028632000 |
| **Address:** | 909 FANNIN ST |
| | **HOUSTON  TX 77010** |
| **Owner 1:** | **DUNHAM F. JEWETT** |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

DETAIL RECORD

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.



KnowX Professional | **Superior**    RapSheets

michael i buesgens

*People Finder*

Status Credentialed
Client ID:
Not Chosen

**12 Matches Found**

Searching: Name: **dunham jewett** | State: **ALL**

Try Address Verification - Updated Nightly.

▶ **My Account**

▶ **My Subscriptions**

NEW SEARCH  MODIFY SEARCH                                    Change Record

**Related Searches**

**Find more info on dunham jewett by researching:**

| Purchase Options: | Individual Records | [ $0.00 ] | [ $0.00 ] | [ $0.00 ] |
|---|---|---|---|---|

|  | Price | Name | City | State | Zip |
|---|---|---|---|---|---|
| 1. | $0.00 | JEWETT DUNHAM F |  | TX |  |
| 2. | $0.00 | JEWETT DUNHAM |  | TX |  |
| 3. | $0.00 | JEWETT DUNHAM F | HOUSTON | TX | 77019 |
| 4. | $0.00 | JEWETT DUNHAM F & JILL F | HOUSTON | TX | 77019 |
| 5. | $0.00 | JEWETT DUNHAM F TRUSTEE |  |  |  |
| 6. | $0.00 | JEWETT DUNHAM F |  |  |  |
| 7. | $0.00 | JEWETT DUNHAM F TRUSTEE |  |  |  |
| 8. | $0.00 | JEWETT DUNHAM F |  |  |  |
| 9. | $0.00 | JEWETT DUNHAM F |  |  |  |
| 10. | $0.00 | JEWETT DUNHAM JEWETT JLDL | MOULTON | TX | 77975 |
| 11. | $0.00 | JEWETT DUNHAM | MOULTON | TX | 77975 |
| 12. | $0.00 | JEWETT DUNHAM F | HOUSTON | TX | 77019 |

**Business Background Check**

**Business Relationships**

**Real Estate**

**Reverse Address**

**Other Searches:**

Marriage Records

Divorce Records

Experian Reports

Assets 3

Professional Licenses

**Visit Partner Sites:**

Birth and Death Certificates

**Order certified birth, death, marriage, divorce certificates**

| Purchase Options: | Individual Records | [ $0.00 ] | [ $0.00 ] | [ $0.00 ] |
|---|---|---|---|---|

NEW SEARCH  MODIFY SEARCH

**12 Matches Found**

Searching: Name: **dunham jewett** | State: **ALL**

Try Address Verification - Updated Nightly.

Copyright © 2006 KnowX LLC, all rights reserved. KnowX LLC is a ChoicePoint Company. For assistance contact support.



 KnowX Professional | **Superior**    RapSheets

michael f buesgens

Status: Deactivated
Client ID:
Not Chosen

▶ **My Account**

▶ **My Subscriptions**

**Related Searches**

Aircraft $
Assets $
Ultimate Business
  Finder
Ultimate People Finder
Watercraft $

**Other Info:**

Search Tips
Database Info
Price of Search
Coverage Area
Example Record

*Records*

**14 Matches Found**

NEW SEARCH  MODIFY SEARCH

Searching: Name: JEWETT

**Purchase Options:**   Individual Records [ $0.00 ]          [ $0.00 ]

Select a record below or click on the icon for a comprehensive report.

1.  JEWETT DUNHAM F & FLAKE JILL: tax record - ,  TX

2.  JEWETT DUNHAM: tax record - ,  TX

3.  JEWETT DUNHAM F & JEWETT JILL F: tax record -  HOUSTON,  TX

4.  PICKENS ANDREW L III & RODGERS ABIGAIL L & JEWETT DUNHAM F & JILL F: tax r
    TX

5.  JEWETT DUNHAM F TRUSTEE: tax record - ,

6.  JEWETT DUNHAM F & JEWETT JILL F: tax record - ,

7.  JEWETT DUNHAM F TRUSTEE: tax record - ,

8.  JEWETT DUNHAM F & JILL FLAKE: tax record - ,

9.  JEWETT DUNHAM F & JILL FLAKE: tax record - ,

10.  JEWETT DUNHAM F TE TE & MCVAUGH CUSTOM HOMES INC: deed record - ,  TX

11.  JEWETT DUNHAM F & JILL F: deed record - ,  TX

12.  MILLIGAN SAMUEL J & LUCY J & JEWETT DUNHAM F: deed record -  HOUSTON,  T

13.  PICKENS ANDREW L III & ABIGAIL L R & JEWETT DUNHAM F & JILL F: deed record ·

14.  JEWETT DUNHAM F & JILL F: deed record -  BELLAIRE,  TX



KnowX Professional    Superior    RapSheets

michael l buesgans

*Records*

**DETAIL RECORD**

NEW SEARCH · RETURN TO YOUR SUMMARY

▶ **My Account**

▶ **My Subscriptions**

**Related Searches**

- Aircraft S
- Assets S
- Ultimate Business Finder
- Ultimate People Finder
- Watercraft S

**Other Info:**

- Search Tips
- Database Info
- Price of Search
- Coverage Area
- Example Record

**OWNERSHIP INFORMATION**

| | |
|---|---|
| Owner: | JEWETT DUNHAM F<br>JEWETT JILL F |
| Property Address: | 3108 ELLA LEE LN<br>HOUSTON TX 77019-5912 |
| Mailing Address: | 3108 ELLA LEE LN<br>HOUSTON TX 77019-5912 |
| Phone Number: | (713) 520-6960 |
| Assessor's Parcel Number: | 060-148-020-0001 |
| State: | TEXAS |
| County: | HARRIS |

**SALES INFORMATION**

| | |
|---|---|
| Sales Date: | 09-15-1997 |
| Sales Price: | $425,000.00 |
| Deed Type: | GRANT DEED |
| Residence Determined From Zipcode: | YES |
| Prior Deed Type: | GRANT DEED |
| Prior Sales Date: | 08-00-1996 |
| Prior Sales Price: | $549,000.00 |

**ASSESSOR INFORMATION**

| | |
|---|---|
| Assessed Year: | 2004 |
| Total Land & Improvement Value: | $1,757,800.00 |
| Land Value: | $624,800.00 |
| Improvement Value: | $1,133,000.00 |
| Assessment Method For Total Land & Improvement Value: | ASSESSED |
| Assessment Method For Land Value: | ASSESSED |
| Assessment Method For Improvement Value: | ASSESSED |
| Total Assessed Land & Improvement Value: | $1,757,800.00 |
| Total Assessed Land Value: | $624,800.00 |
| Total Assessed Improvement Value: | $1,133,000.00 |
| FEMA Community Panel Number: | 4802960860K |
| Homeowner Exemption: | Y |
| Land Use: | SINGLE FAMILY RESIDENCE |
| County Determined Land Use: | 101 |
| Property Type: | SINGLE FAMILY RESIDENCE / TOWNHOUSE |
| Location Influence: | NEIGHBORHOOD |
| Number of Buildings: | 1 |
| Direct Marketing Association Telephone Preference Service: | YES |
| Tax Amount: | $41,992.97 |



**KnowX** **KnowX Standard** **KnowX Professional** **Superior** RapSheets

michael I buesgens

*Records*

Status: (to be varied)
Client ID:
To Choose

▶ My Account

▶ My Subscriptions

**Related Searches**

- Aircraft $
- Assets $
- Ultimate Business Finder
- Ultimate People Finder
- Watercraft $

**Other Info:**

- Search Tips
- Database Info
- Price of Search
- Coverage Area
- Example Record

DETAIL RECORD

NEW SEARCH · RETURN TO YOUR SUMMARY

**OWNERSHIP INFORMATION**

| | |
|---|---|
| Owner: | JEWETT DUNHAM F TRUSTEE |
| Property Address: | -0000 |
| Mailing Address: | 2727 ALLEN PKWY 1700 HOUSTON TX 77019-2115 |
| Assessor's Parcel Number: | R11347 |
| State: | TEXAS |
| County: | LAVACA |

**SALES INFORMATION**

**ASSESSOR INFORMATION**

| | |
|---|---|
| Total Land & Improvement Value: | $263,740.00 |
| Land Value: | $132,060.00 |
| Improvement Value: | $131,680.00 |
| Assessment Method For Total Land & Improvement Value: | ASSESSED |
| Assessment Method For Land Value: | ASSESSED |
| Assessment Method For Improvement Value: | ASSESSED |
| Total Assessed Land & Improvement Value: | $263,740.00 |
| Total Assessed Land Value: | $132,060.00 |
| Total Assessed Improvement Value: | $131,680.00 |
| Total Market Land & Improvement Value: | $145,830.00 |
| Land Use: | MISC IMPROVEMENTS |
| Property Type: | NOT AVAILABLE / NONE |
| Lot Acreage: | 114.7600 |
| Lot Square Footage: | 4,998,946 |

**LEGAL DESCRIPTION**

| | |
|---|---|
| Legal Description: | A0039 JESSE RICHARDS, ACRES 114.76 |

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THI GOVERNMENT AGENCY.**

| | |
|---|---|
| Tax Year: | 2004 |
| Lot Acreage: | 0.2531 |
| Lot Square Footage: | 11,025 |
| Universal Building Square Footage: | 6,213 |
| Building Square Footage Type: | BUILDING |
| Total (Living & Non) Building Square Footage: | 6,213 |
| Ground Floor Square Footage: | 2,600 |
| Year Constructed: | 1998 |
| Number Of Bedrooms: | 5 |
| Total Numbers Of Rooms: | 11 |
| Number Of Bathrooms: | 6 |
| Number Of Full Bathrooms: | 5 |
| Number Of Half Bathrooms: | 1 |
| Air Conditioning Type: | AC.CENTRAL |
| Physical Condition: | GOOD |
| Exterior Wall Type: | BRICK VENEER |
| Fireplaces Present: | YES |
| Number Of Fireplaces: | 3 |
| Fireplace Type: | MASONRY |
| Foundation Type: | SLAB |
| Heating Type: | CENTRAL |
| Parking Type: | ON & OFF STREET |
| Stories Type: | 1 |
| Number Of Stories: | 2 |
| Style: | TRADITIONAL |
| Number Of Units In Building: | 1 |
| Electric Wiring: | AVAILABLE |
| Fuel Type: | GAS |
| Sewer Type: | PUBLIC |
| Water Type: | PUBLIC |

## LEGAL DESCRIPTION

| | |
|---|---|
| Lot Number: | 1 |
| Subdivision: | RIVER OAKS SEC 04 |
| Source Of Property Location: | DIRECT FROM LOCAL SOURCE |
| Carrier Code: | C022 |
| Census Id / Block Group / Block / Suffix: | 4114003004 |
| Legal Description: | LT 1 BLK 20 RIVER OAKS SEC 4 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THI GOVERNMENT AGENCY.

[illegible] RETURN TO SUMMARY

DETAIL RECORD

> People Who Bought Real Estate Records Also Bought:

| | |
|---|---|
| Debtor: | |
| Secured Party: | |
| State: | All States |
| Filing Number: | GO! |

Identify claims against personal property and uncover whether real estate has been encumbered.

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.

# CJM

GRADY, JEWETT & McCULLEY, LLP | Business Counselors



**Hugh L. McCulley**
*Partner*

**Phone:** 713.739.7007
**Fax:** 713.739.8403
**Email:** hmcculley@cjmlaw.com

Download vCard

**Practice Areas**

- General Business
- Real Estate
- Transportation
- Litigation & Dispute Resolution
- Commercial Litigation

Hugh McCulley has been a partner of Crady, Jewett & McCulley since 1981. His practice is in the areas of general business representation, transportation law and commercial litigation involving regulatory matters, contracts, oil and gas and real estate, as well as general business consulting work for several railroad clients and others. This general work includes legal and political aspects of transactions involving governmental entities, joint facility arrangements, state and local safety issues, infrastructure development and public sector impact with toll roads, highways, streets and transit development.

Mr. McCulley received his undergraduate degree from The University of the South and graduated from the University of Texas School of Law in 1972 and practiced with a large Houston law firm before joining the firm.

McCulley, Hugh L

Hugh L. McCulley
Crady, Jewett & McCulley, L.L.P.
2727 Allen Parkway
Suite 1700
Houston, Texas 77019-2125
(713) 739-7007
Fax: (713) 739-8403
hmcculley@cjmlaw.com
http://www.cjmlaw.com

Position:

Partner

Admitted:

Texas, 1972
U.S. Court of Appeals 5th Circuit
U.S. District Court Western District of Texas
U.S. District Court Eastern District of Texas
U.S. District Court Southern District of Texas
U.S. Supreme Court, 1976

Total Firm Size:

11-25

West Practice Categories:

Regulatory Enforcement
Business & Commercial Law
Contracts
Oil & Gas
Real Estate Law
Transportation Law

Areas of Practice:

General Business Representation
Transportation Law
Commercial Litigation
Regulatory Matters
Contracts
Oil and Gas
Real Estate

This constitutes the most current information West has on record for this
listing. If you wish to update this information, please contact FindLaw.

END OF DOCUMENT

Mary Ann McCulley
Mary Ann McCulley
1415 Fannin, 3rd Fl.
Houston, Texas 77002-7632
Ft. Bend County
(713) 224-4253

Total Firm Size:

1

This constitutes the most current information West has on record for this
listing. If you wish to update this information, please contact FindLaw.

END OF DOCUMENT

(C)



KnowX Professional | **Superior** | RapSheets

michael houesgens

Status: Credentialed
Client ID:
Not Chosen

▶ **My Account**

▶ **My Subscriptions**

**Related Searches**

DEA Records
FAA Records

**Other Info:**

Search Tips
Database Info
Price of Search
Coverage Area
Example Record

**DETAIL RECORD**

NEW SEARCH | RETURN TO YOUR SUMMARY

| | |
|---|---|
| **Name:** | MCCULLEY, HUGH LAURENCE |
| **Address:** | 2727 ALLEN PARKWAY STE 1700 |
| | HOUSTON TX 77019 |
| **County:** | HARRIS COUNTY |
| **Phone Number:** | (713) 739-7007 |
| **Status:** | ACTIVE |
| **License State:** | TX |
| **License Number:** | 13494500 |
| **Original Issue Date:** | 09-25-1972 |
| **License Type:** | BAR MEMBER |

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFI GOVERNMENT AGENCY.**

NEW SEARCH | RETURN TO YOUR SUMMARY

DETAIL RECORD

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.



KnowX Professional | Superior    RapSheets

michael l buesgens

*Records*

## DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY

▶ **My Account**

▶ **My Subscriptions**

**Related Searches**

Aircraft $
Assets $
Ultimate Business
 Finder
Ultimate People Finder
Watercraft $

**Other Info:**

Search Tips
Database Info
Price of Search
Coverage Area
Example Record

**OWNERSHIP INFORMATION**

| | |
|---|---|
| Owner: | MCCULLEY HUGH L |
| | MCCULLEY CATHERINE |
| Property Address: | 31 WILLOWEND DR |
| | HOUSTON TX 77024-7630 |
| Mailing Address: | 31 WILLOWEND DR |
| | HOUSTON TX 77024-7630 |
| Phone Number: | (713) 465-5447 |
| Assessor's Parcel Number: | 091-129-000-0023 |
| State: | TEXAS |
| County: | HARRIS |

**SALES INFORMATION**

| | |
|---|---|
| Sales Date: | 04-06-1992 |
| Sales Price: | $545,000.00 |
| Deed Type: | GRANT DEED |
| Residence Determined From Zipcode: | YES |

**ASSESSOR INFORMATION**

| | |
|---|---|
| Assessed Year: | 2004 |
| Total Land & Improvement Value: | $764,000.00 |
| Land Value: | $553,500.00 |
| Improvement Value: | $210,500.00 |
| Assessment Method For Total Land & Improvement Value: | ASSESSED |
| Assessment Method For Land Value: | ASSESSED |
| Assessment Method For Improvement Value: | ASSESSED |
| Total Assessed Land & Improvement Value: | $764,000.00 |
| Total Assessed Land Value: | $553,500.00 |
| Total Assessed Improvement Value: | $210,500.00 |
| FEMA Community Panel Number: | 4802980645J |
| Homeowner Exemption: | Y |
| Land Use: | SINGLE FAMILY RESIDENCE |
| County Determined Land Use: | 101 |
| Property Type: | SINGLE FAMILY RESIDENCE / TOWNHOUSE |
| Location Influence: | NEIGHBORHOOD |
| Number of Buildings: | 1 |
| Direct Marketing Association Telephone Preference Service: | YES |
| Tax Amount: | $17,085.04 |
| Tax Year: | 2004 |
| Lot Acreage: | 0.5165 |
| Lot Square Footage: | 22,500 |

| | |
|---|---|
| Universal Building Square Footage: | 4,101 |
| Building Square Footage Type: | BUILDING |
| Total (Living & Non) Building Square Footage: | 4,101 |
| Ground Floor Square Footage: | 4,101 |
| Year Constructed: | 1960 |
| Year Occupied: | 1985 |
| Number Of Bedrooms: | 4 |
| Total Numbers Of Rooms: | 9 |
| Number Of Bathrooms: | 5 |
| Number Of Full Bathrooms: | 4 |
| Number Of Half Bathrooms: | 1 |
| Air Conditioning Type: | AC.CENTRAL |
| Physical Condition: | GOOD |
| Exterior Wall Type: | BRICK VENEER |
| Fireplaces Present: | YES |
| Number Of Fireplaces: | 2 |
| Fireplace Type: | MASONRY |
| Foundation Type: | SLAB |
| Heating Type: | CENTRAL |
| Parking Type: | ON & OFF STREET |
| Pool Indicator: | YES |
| Pool Type: | GUNITE |
| Number Of Stories: | 1 |
| Style: | TRADITIONAL |
| Number Of Units In Building: | 1 |
| Electric Wiring: | AVAILABLE |
| Fuel Type: | GAS |
| Sewer Type: | PUBLIC |
| Water Type: | PUBLIC |

**LEGAL DESCRIPTION**

| | |
|---|---|
| Lot Number: | 23 |
| Subdivision: | WILLOWICK SEC 02 |
| Source Of Property Location: | DIRECT FROM LOCAL SOURCE |
| Carrier Code: | C019 |
| Census Id / Block Group / Block / Suffix: | 4303001010 |
| Legal Description: | LT 23 BLK 3 WILLOWICK SEC 2 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THI GOVERNMENT AGENCY.

NEW SEARCH    RETURN TO YOUR SUMMARY

DETAIL RECORD

▶ People Who Bought Real Estate Records Also Bought:

| | |
|---|---|
| Debtor: | |
| Secured Party: | |
| State: | All States |
| Filing Number: | GO! |

Identify claims against personal property and uncover whether real estate has been encumbered.

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.



# Contact Us

1. FALCON INTERESTS REALTY
2. DAVID ARMBRUST
3. MDL-1800    FRANK BROWN
4. GREGORY S. CAGLE
5. CHARLES E. BROWN
   LEAD ATTORNEY
   AND
   CO-COUNSEL

Armbrust & Brown, L.L.P.

100 Congress Avenue

Suite 1300

Austin, Texas 78701-2744

Map

**Phone:** (512) 435-2300

**Fax:** (512) 435-2360

**Email:** info@abaustin.com **(General Information)**

This information is for internal use only and will not be distributed to any other parties. Please see our Privacy Statement for more information. Communication by you via this Site does not establish an attorney-client relationship with Armbrust & Brown, L.L.P. or any individual attorney at Armbrust & Brown, L.L.P. Please do not send any information about your legal problem.

6. ARNOLD C. TAUCH
7. KYLE D. TAUCH
8. JACK C. MOSS
9. ROBERT A. FAITH
10. REAL ESTATE
    DEVELOPERS
11. GREYSTAR
    REAL ESTATE

Indicates a required field

First Name:

Last Name:

Title:

Company/Organization:

Email:

Phone:                          Ext.
Please include area code.

Fax:
Please include area code.

Please tell us how we may assist you:



# Attorney List





**David B. Armbrust**

100 Congress Avenue
Suite 1300
Austin, TX 78701-2744

**Email:** darmbrust@abaustin.com
**Direct Phone:** (512) 435-2301
**Fax:** (512) 435-2360

*GREYSTAR*
*FALCON REALTY*
*INTERESTS*

*MDL 1860*

### Practice Areas

Administrative Law
Real Estate Law
Environmental Law
Land Use Law

*1:2006CV01558*

⚖ BEST OF BUSINESS ATTORNEYS
2006 REAL ESTATE WINNER

**Can't view this document?**
Download Adobe Acrobat Reader

*U.S. DISTRICT*
*COURT FOR THE*
*DISTRICT OF COLUMBIA*

David Armbrust has practiced law in Austin for approximately 30 years. He has been involved in numerous business, real estate, environmental and public policy issues in the Central Texas area. He is a former President of the Real Estate Council of Austin, former Director of the Austin Chamber of Commerce, Austin Association of Builders, Austin Convention and Visitor's Bureau, has been listed in "The Best Lawyers in America" every year since 1983 and has been recognized by Texas Monthly Magazine as a "Super Lawyer." He is a member of the Urban Land Institute and was actively involved in the Balcones Canyonlands Conservation Plan preservation effort. David presently serves as President of Hill Country Conservancy, a coalition of environmental and business leaders who are dedicated to preserving the environment through land conservation. He also serves on the Boards of the Colorado River Foundation, Texas Nature Conservancy Advisory Board, Brackenridge Hospital Development Council and Greater Austin Economic Development Corporation. David is a recipient of the City of Austin Distinguished Service Award for Community Service.

**Education**
University of Texas (L.L.M.) 1975
St. Mary's University (J.D. with honors) 1974
New Mexico State University (B.A.) 1970

**Bar**
Texas - 1974

© 2006 Ambrust & Brown, L.L.P. Unless otherwise noted, attorneys listed on this website are not certified by the Texas Board of Legal Specialization.

*42 USCA SECTION 1983*
*VIOLATIONS*



## Attorney List





**Frank B. Brown**

100 Congress Avenue
Suite 1300
Austin, TX 78701-2744

**Email:** fbrown@abaustin.com
**Direct Phone:** (512) 435-2302
**Fax:** (512) 435-2360

*GREYSTAR*
*FALCON REALTY*
*INTERESTS*

*MDL 1800*

**Practice Areas**

Corporate Law
Real Estate Law
Taxation Law
Estate Planning

Mr. Brown practices in the corporate, taxation, estate planning and real estate law areas. He has extensive experience in the organization, financing and taxation of entities. Mr. Brown is a member of the Real Estate, Probate, and Trust Law, and the Tax Sections of the State Bar of Texas, the Estate and Real Estate Law Sections of the Travis County Bar Association, and the Tax Study Group of Austin. He became a Certified Public Accountant in Texas in 1976.

**Education**
The University of Texas (J.D.) 1975
The University of Texas (B.B.A.) 1967

**Bar**
Texas - 1976

*1:2006 CV 01558*
*U.S. DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

© 2006 Ambrust & Brown, L.L.P. Unless otherwise noted, attorneys listed on this website are not certified by the Texas Board of Legal Specialization.

*42 U.S.C.A. SECTION 1983*
*VIOLATIONS*

# Armbrust & Brown L.L.P.

## Attorney List



**Gregory S. Cagle**
100 Congress Avenue
Suite 1300
Austin, TX 78701-2744

**Email:** gcagle@abaustin.com
**Direct Phone:** (512) 435-2321
**Fax:** (512) 435-2360

Mr. Cagle practices in the areas of products liability, business litigation, real estate litigation, and construction litigation. He served as a law clerk to the Honorable Justice Dixon W. Holman on the 2nd District Court of Appeals in Fort Worth, Texas from September 1998 to August 1999.

**Education**
Baylor University (J.D.) 1998
University of Texas (B.A.) 1995

**Bar**
Texas - 1998

**Practice Areas**
Products Liability, Commercial, Real Estate and Construction Litigation

© 2006 Ambrust & Brown, L.L.P. Unless otherwise noted, attorneys listed on this website are not certified by the Texas Board of Legal Specialization.

1. FALCON RIDGE APARTMENTS
2. CHARLES E. BROWN, ATTORNEY
3. SHELLEY BUSH MARMON
4. WILLIAM S. WARREN
5. AUSTIN APARTMENT ASSOCIATION
6. TEXAS SUPREME COURT NO. 06-1507
7. 1:2006 CV 260 LY
8. 1:2006 CV 226 LY AND FIFTH CIRCUIT
9. COURT OF APPEALS THIRD DISTRICT 03-06-00614CV
10. MDL-1800 ORAL HEARING NOVEMBER 30, 2006 AND
11. HUD COMPLAINT # 06-06-293-8 DATED 12/28/2005
12. EVICTION SUIT CASE # 041509 DATED 12/30/2005
13. HOUSING DISCRIMINATION AND RETALIATION SUIT DATED 01/23/2006 D-1-GN-06-00262
14. C-1-CV-06-000678



# Clients

Armbrust & Brown, L.L.P. represents a broad spectrum of clients, many of which are confidential relationships. However, representative clients that the Firm may disclose include the following:

*MANY CONFIDENTIAL CLIENTS, SUCH AS THE FOLLOWING:*
*1. OWNERS*
*2. GENERAL PARTNERS*

*3. ARNOLD C. TAUCH*
*4. JACK C. MOSS*
*5. KYLE D. TAUCH*
*6. ROBERT A. FAITH*

- Ash Creek Homes
- AT&T Wireless
- Austin Ventures
- Austin White Lime Company
- Bella Vista Municipal Utility District
- BioCrest Manufacturing, L.P.
- Block House Municipal Utility District
- CCNG Development Company (Spanish Oaks)
- Cirrus Logic, Inc.
- City of Pflugerville, Texas
- City of Rollingwood, Texas
- Cypress Real Estate Advisors
- Dell Computer Corporation
- Dell Jewish Community Center
- Dwyer Realty Company
- Endeavor Real Estate Group
- Fern Bluff Municipal Utility District
- Gottesman Company
- Greenhawe Water Control and Improvement District No. 2
- Guadalupe Blanco River Authority
- Hill Country Galleria
- Hyde Park Baptist Church
- J.P.I.
- JadCo Development
- Kucera Companies
- Lower Colorado River Authority
- Moore's Crossing Municipal Utility District
- North Austin Municipal Utility District No. 1

*GREYSTAR — FALCON RIDGE APARTMENTS*
*500 E STASSNEY*
*AUSTIN, TEXAS 78745*

- Northtown Municipal Utility District
- Palisades Developers, Ltd.
- Ranch at Cypress Creek Municipal Utility District No. 1
- Sabine Investment Company
- Shops at the Galleria
- Southwestern Bell
- Spillman Development Group, Ltd.
- Springwoods Municipal Utility District
- St. David's Episcopal Church
- Stratus Properties Inc.
- Sun Microsystems Corporation
- Tanglewood Forest Limited District
- Taylor Woodrow Communities/Steiner Ranch, Ltd.
- Texas Disposal Systems, Inc.
- Travis County Emergency Services District No. 2
- Travis County Emergency Services District No. 4
- Travis County Emergency Services District No. 11
- Travis County Municipal Utility District No. 3
- Travis County Municipal Utility District No. 4
- Travis County Municipal Utility District No. 5
- Travis County Municipal Utility District No. 6
- Travis County Municipal Utility District No. 7
- Travis County Municipal Utility District No. 8
- Travis County Municipal Utility District No. 9
- Travis County Municipal Utility District No. 14
- Travis County Water Control and Improvement District No. 20
- Twin Creeks Holdings, Ltd.
- Wells Branch Municipal Utility District
- Williamson County Water, Sewer, Irrigation and Drainage District No. 3
- Williamson-Travis Counties Water Control and Improvement District No. 1D
- Williamson-Travis Counties Water Control and Improvement District No. 1F
- Williamson-Travis Counties Water Control and Improvement District No. 1G



# Practice Areas

## Real Estate

The Firm's substantial Real Estate Practice Group is able to serve our clients in all aspects of commercial real estate law. Our Firm has a particular expertise in complex real estate transactions, construction and development. Armbrust & Brown, L.L.P. represents owners, developers, investor groups, property managers, pension funds, insurance companies, financial institutions and other lenders, development arms of Fortune 500 companies, municipalities, river authorities, individuals, local, national and foreign companies, municipal utility districts, and property owner associations.

The Firm represents clients in all aspects of real estate, including construction, construction loans, commercial financing, mortgage lending, acquisitions and sales of commercial real estate, leasing, and landlord-tenant matters. Examples of these developments include apartment complexes, hotels, office buildings, shopping centers, industrial sites, manufacturing facilities, mixed-use developments, condominium developments, residential and commercial subdivisions and undeveloped land, leasing and counseling regarding operational issues related to the management of properties, as well as, negotiating loan workouts, debt restructuring and conducting foreclosure sales. We actively assist clients in forming joint ventures, general partnerships, limited partnerships, limited liability companies and corporations for the acquisition and operation of real estate. Many clients ask us to assist in various tax exempt financing and tax credit programs.

In representation of the Firm's clients, the real estate attorneys work closely with tax, environmental, construction and labor law attorneys within the Firm in structuring entities to undertake various real estate activities, analyzing environmental risks and addressing the employment and corporate issues that arise in the course of such undertakings. Armbrust & Brown, L.L.P. also handles the litigation and arbitration needs of clients in real estate disputes, construction disputes, and condemnation matters, as well as lobbying before local, state and federal governmental and regulatory entities.

### Acquisitions and Dispositions

Whether it be manufacturing facilities, office buildings, shopping centers, industrial parks, warehouses, hotels, apartment complexes or unimproved land, a well-seasoned team of real estate attorneys is available to guide you through every aspect of your transaction. Armbrust & Brown, L.L.P. attorneys have handled the acquisition, development, construction and disposition of literally hundreds of apartment complexes, numerous office buildings, manufacturing facilities, shopping centers, industrial parks, subdivisions and warehouses. The Firm is also actively involved in tax-deferred, like-kind exchanges and Starker Trusts, as well as high-end residential properties, including resort properties.

### Construction

The Firm has extensive experience in the negotiation and drafting of design and construction contracts, as well as in litigation and arbitration of construction disputes. Disputes commonly handled by the Firm involve defects in construction, design, and related products; claims for delay; claims for payment; mechanic's lien disputes; payment and performance bond claims; warranty claims; and completion claims. The Firm also has extensive experience in deceptive trade practices, and express and implied warranty claims, which are typically asserted in today's construction and consumer environment. The Firm's construction work involves both public and private contracts and projects, for clients which include owners, developers, municipalities, general contractors, subcontractors, liability insurance carriers and architects. The Firm handles matters located throughout the state, and practices in state and federal courts, and arbitration tribunals.

### Creditors' Rights

## Practice Areas

Business Entities/ Reorganization/
Acquisitions & Divestitures/ Economic
Development
Estate Planning
Governmental
Litigation
**Real Estate**
Taxation

## Topics

Acquisitions and Dispositions
Construction
Creditors' Rights
Development
Entity Formation
Environmental & Regulatory
Financing
Leasing
Legislative and Regulatory
Real Estate Litigation
Related Areas

## Attorneys

David B. Armbrust
John W. Bartram
Kimberly S. Bockham
Joshua D. Bernsten
Frank B. Brown
Robert D. Burton
Samuel P. Byars
John J. Carlson
Matthew de Ferranti
Carey Ann Hobin
Wayne S. Hyatingsworth
Kenneth N. Jones
Stephen A. Kaspar
George C. Kraus
David J. Lacey
Sue Brooks Littlefield
Patrick W. Mizell
Cindy K. Moore
Paul F. Smith
Robert C. S. Sudar
Scott A. Tocci
Craig W. Smith

The Firm has experience in handling creditor and debtor matters in bankruptcy and has extensively represented creditors and debtors in loan restructurings and workouts, as well as judicial and non-judicial foreclosures. In each instance, an attempt is made to bring creativity to a workout. The goal is always a bottom-line approach to develop a win-win situation rather than a Pyrrhic victory in a court room.

**Development**

The Firm has a long history of representing developers of real estate projects, including shopping centers, apartment complexes, industrial parks, office parks, large mixed-use developments and condominium projects. In these development activities, the Firm has represented clients before various governmental bodies on issues involving zoning, annexation, utility, environmental impact and other regulatory issues. We presently represent one of the state's largest property owners associations, many municipal utility districts, and also appear before numerous governmental and regulatory bodies.

**Entity Formation**

With the increasing concern on liability issues, the Firm has developed considerable expertise in entity formation, encompassing limited liability companies, limited partnerships, multi-tiered partnerships, and Subchapter-S corporations for domestic and international clients. Attention is always paid to the delicate balance of the tax aspects, as well as liability protection, financing and perational issues.

**Environmental & Regulatory**

The Firm has extensive experience in handling projects which are subject to the Endangered Species Act and other federal environmental legislation. We routinely represent clients in negotiations with the U.S. Fish & Wildlife Service for permits required to complete projects under the jurisdiction of the Endangered Species Act.

**Financing**

An entire panorama of financing is handled by the Firm. From construction loans to mini-permanent and permanent loans, including dealing with complex issues such as equity participation loans, bond financing, governmental lease, participation financing, and usury issues and the structuring of financing through the use of ground leases. Our representation includes both lenders and borrowers, and individuals as well as institutions. The Firm also represents institutional lenders in the documentation of real estate loans for all types of real estate related financing transactions as well as the foreclosure and workout of loans.

**Leasing**

The Firm has extensive experience and expertise in sophisticated lease negotiation and drafting. These leases have involved numerous Fortune 500 companies involving leased space as large as several hundred thousand square feet of office space, as well as retail leases in major malls and pad site leases. The Firm also represents landlords in the leasing of retail, office and industrial space.

**Legislative and Regulatory**

The Firm actively participates in the legislative process both at the state and local levels of government. Members of the Firm have been called on by landowners and political subdivisions to assist in drafting and passage of local ordinances regulating land use, development, and environmental issues. The Firm is a recognized authority on planning, zoning, land use and environmental legislation at the state and local level. We have been successful in representing real estate interests at the state legislature and have helped draft and lobby for favorable legislation affecting public utilities, municipal regulation, and special districts. Through our experience at the State level, the Firm is often called upon to assist in solving political problems at the local level around the State.

**Real Estate Litigation**

Armbrust & Brown, L.L.P. attorneys have broad experience in litigation, arbitration and dispute resolution matters. Accordingly, attorneys are available to assist with real estate contract disputes, commercial landlord/tenant disputes, construction disputes, and litigation and arbitration matters.

**Related Areas**

Every area related to the real estate industry such as ad valorem taxation, condemnation, property management contracts, title curative matters and title insurance regulations have all been handled repeatedly by members of Armbrust

& Brown, L.L.P. With the assistance of our tax lawyers, we provide a full range of tax planning including federal income, federal estate, state franchise and ad valorem taxes. We analyze and structure private financings, real estate transactions, securities offerings and the full range of corporate and partnership transactions. We are actively involved in syndications of limited partnerships. We also assist in the formation of non-syndicated partnerships - particularly real estate partnerships involving a few major investors.

© 2006 Ambrust & Brown, L.L.P. Unless otherwise noted, attorneys listed on this website are not certified by the Texas Board of Legal Specialization.



# Practice Areas

## Business Entities/ Reorganization/ Acquisitions & Divestitures/ Economic Development

The Business Practice Group provides a broad range of services for business clients. In addition to representation as special counsel with respect to specific transactions, the Firm has served as general counsel for businesses ranging in size from those in their initial development stage to stock exchange listed companies.

**The types of services which the Firm routinely provides are:**

- General representation of business entities from initial capitalization and organization, private placements, and venture capital investments. This representation includes formation of joint ventures, limited partnerships, limited liability companies and other entity forms as well as profit and non-profit corporations organized under the laws of California, Delaware, Nevada, Texas, Wyoming and other states. The Firm assists in planning and implementing entity and capitalization structuring and restructuring.

- Representation of business entities in numerous types of contractual negotiations and documentation.

- Representation of entities in stock and asset acquisitions and dispositions including related transaction tax and structure planning.

- Negotiation and structuring of economic development transactions with various governmental entities.

In its representation of business entities, the Business Practice Group frequently teams with other members in the Firm who are specialists in areas such as tax, real estate and utilities, as required to cover all aspects of the particular transaction.

The business entities represented by the Firm are engaged in various and diverse industries, including real estate, construction, advertising, entertainment, telecommunications, computer software, hardware and technology, manufacturing, trucking, restaurants, and franchising.

### Practice Areas

**Business Entities/ Reorganization/ Acquisitions & Divestitures/ Economic Development**
Estate Planning
Governmental
Litigation
Real Estate
Taxation

### Attorneys

John W. Bartram
Joshua D. Bernstein
Frank B. Brown
Wayne S. Hollingsworth
Kenneth N. Jones
Scott A. Taylor

© 2006 Armbrust & Brown, L.L.P. Unless otherwise noted, attorneys listed on this website are not certified by the Texas Board of Legal Specialization.



# Practice Areas

## Taxation

Armbrust & Brown, L.L.P. has an outstanding team of tax lawyers with expertise in many areas of the tax law. Our goal is to help clients through the maze of tax laws to ensure that taxes are minimized to the extent possible.

### General Tax Planning

The majority of the work performed by Armbrust & Brown, L.L.P. tax lawyers involves transactional and entity tax planning. The work not only involves U.S. federal income tax, but also state and local franchise, sales and use, and property taxes.

### State And Local Tax

Business planning and litigation with regard to state and local taxes, both inside and outside of Texas, is an important part of the Armbrust & Brown, L.L.P. tax practice. Sales and use, franchise, and property taxes are among those handled by the Armbrust & Brown, L.L.P. Tax Practice Group.

**Practice Areas**

Business Entities/ Reorganization/
Acquisitions & Divestitures/ Economic
Development
Estate Planning
Governmental
Litigation
Real Estate
**Taxation**

**Attorneys**

Frank B. Brown
Wayne S. Hollingsworth
Cara Ayermann Potts

© 2006 Ambrust & Brown, L.L.P. Unless otherwise noted, attorneys listed on this website are not certified by the Texas Board of Legal Specialization.



STATE FRANCHISE TAX VIOLATIONS



**RapSheets**

michael l buesgens

Status: Credentialed
Client ID:
Not Chosen

▶ **My Account**

▶ **My Subscriptions**

**Related Searches**

> Owners & Officers
> Background Check $
> Business Yellow
   Pages
> D&B Reports
> Experian Reports

**Other Info:**

> Search Tips
> Database Info
> Price of Search
> Coverage Area
> Example Record

*Records*

**DETAIL RECORD**

NEW SEARCH | RETURN TO YOUR SUMMARY

| | |
|---|---|
| **Name:** | **ARMBRUST BROWN & DAVIS, LLP** |
| **Corporate ID Number:** | 05003164-24 |
| **Filing State:** | TX |
| **Type:** | DOMESTIC LIMITED LIABILITY PARTNERSHIP (LLC) |
| **Status:** | EXPIRED |
| **Date of Incorporation:** | 04-30-1997 |
| **Address Type:** | PRINCIPAL OFFICE 100 CONGRESS AVENUE SUITE 1300 AUSTIN, TX 78701 |
| **Expiration Date:** | 04-30-2002 |
| **Inactive Date:** | 10-15-2001 |
| **Inactive Date:** | 04-30-2002 |
| **Report Due Date:** | 07-19-2002 |
| **Foreign Fein:** | 742827166 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE GOVERNMENT AGENCY.

DELAWARE Secretary of State records will not show the current status of the corporation. Any corporate record at Delaware database was active at the time that KnowX received the filing record; however, there will be NO update as in our database. Check with the Delaware Secretary of State if you need a current status of a Delaware Corporation

NEW SEARCH | RETURN TO YOUR SUMMARY

DETAIL RECORD

# People Who Bought `Corporate Records` Also Bought:

*Check*

*Uncover judgment, lawsuit, lien, and UCC filings against a person or business with one search.*

**Name:**                                    **State:**

## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
### AUSTIN, TEXAS 78774-0100

August 1, 2006

## CERTIFICATE OF ACCOUNT STATUS

This is in response to your inquiry about the status of

**ARMBRUST & BROWN P C**

This corporation is not in good standing as it has not satisfied all state tax requirements.

If you need any additional information or assistance, please contact the Texas State Comptroller's field office in your area or call 1-800-252-1381, toll free, nationwide. The Austin number is 512-463-4600. If you are calling from a Telecommunications Device for the Deaf (TDD), the toll-free number is 1-800-248-4099, or in Austin, 512/463-4621.

Taxpayer number: 17424848608
File number: 0091273802

Form 05-342 (Rev. 1-03/12)

WINDOW ON STATE GOVERNMENT

CAROLE KEETON STRAYHORN    Texas Comptroller of Public Accounts



<u>Corporation Search Results</u>

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, <u>Requirements to Dissolve, Merge or Convert a Texas Entity</u>.

| Certification of Account Status | Officers And Directors Information |
|---|---|
| Company Information: | **ARMBRUST & BROWN P C**<br>600 CONGRESS AVE STE 2600<br>AUSTIN, TX 78701-3248 |
| Status: | **NOT IN GOOD STANDING** |
| Registered Agent: | DAVID B ARMBRUST<br>600 CONGRESS AVE., STE. 2600<br>AUSTIN, TX 78701 |
| Registered Agent Resignation Date: | |
| State of Incorporation: | TX |
| File Number: | 0091273802 |
| Charter/COA Date: | December 30, 1987 |
| Charter/COA Type: | Charter |
| Taxpayer Number: | 17424848608 |

Window on State Government
Contact Us
Privacy and Security Policy

http://ecpa.cpa.state.tx.us/coa/servlet/cpa.app.coa.CoaGetTp                    8/1/2006



## Certification of Franchise Tax Account Status

**Officer/Director Information Not on File for:**

**ARMBRUST & BROWN P C**

Officer and director information on this site is obtained from the most recent Public Information Report (PIR) processed by the Secretary of State (SOS). PIRs filed with annual franchise tax reports are forwarded to the SOS. After processing, the SOS sends the Comptroller an electronic copy of the information, which is displayed on this web site. The information will be updated as changes are received from the SOS.

You may order a copy of a Public Information Report from open.records@cpa.state.tx.us or by mail at Comptroller of Public Accounts, Open Government Division, PO Box 13528, Austin, Texas 78711.

---

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

Window on State Government
Contact Us
Privacy and Security Policy



# Clients

Armbrust & Brown, L.L.P. represents a broad spectrum of clients, many of which are confidential relationships. However, representative clients that the Firm may disclose include the following:

- Ash Creek Homes
- AT&T Wireless
- Austin Ventures
- Austin White Lime Company
- Bella Vista Municipal Utility District
- BioCrest Manufacturing, L.P.
- Block House Municipal Utility District
- CCNG Development Company (Spanish Oaks)
- Cirrus Logic, Inc.
- City of Pflugerville, Texas
- City of Rollingwood, Texas
- Cypress Real Estate Advisors
- Dell Computer Corporation
- Dell Jewish Community Center
- Dwyer Realty Company
- Endeavor Real Estate Group
- Fern Bluff Municipal Utility District
- Gottesman Company
- Greenhawe Water Control and Improvement District No. 2
- Guadalupe Blanco River Authority
- Hill Country Galleria
- Hyde Park Baptist Church
- J.P.I.
- JadCo Development
- Kucera Companies
- Lower Colorado River Authority
- Moore's Crossing Municipal Utility District
- North Austin Municipal Utility District No. 1
- Northtown Municipal Utility District
- Palisades Developers, Ltd.
- Ranch at Cypress Creek Municipal Utility District No. 1
- Sabine Investment Company
- Shops at the Galleria
- Southwestern Bell
- Spillman Development Group, Ltd.
- Springwoods Municipal Utility District

- St. David's Episcopal Church
- Stratus Properties Inc.
- Sun Microsystems Corporation
- Tanglewood Forest Limited District
- Taylor Woodrow Communities/Steiner Ranch, Ltd.
- Texas Disposal Systems, Inc.
- Travis County Emergency Services District No. 2
- Travis County Emergency Services District No. 4
- Travis County Emergency Services District No. 11
- Travis County Municipal Utility District No. 3
- Travis County Municipal Utility District No. 4
- Travis County Municipal Utility District No. 5
- Travis County Municipal Utility District No. 6
- Travis County Municipal Utility District No. 7
- Travis County Municipal Utility District No. 8
- Travis County Municipal Utility District No. 9
- Travis County Municipal Utility District No. 14
- Travis County Water Control and Improvement District No. 20
- Twin Creeks Holdings, Ltd.
- Wells Branch Municipal Utility District
- Williamson County Water, Sewer, Irrigation and Drainage District No. 3
- Williamson-Travis Counties Water Control and Improvement District No. 1D
- Williamson-Travis Counties Water Control and Improvement District No. 1F
- Williamson-Travis Counties Water Control and Improvement District No. 1G

Westlaw.

**David** B. **Armbrust**
Armbrust & Brown, L.L.P.
100 Congress Avenue
Suite 1300
Austin, Texas 78701
(512) 435-2300
Fax: (512) 435-2360
info@abaustin.com
http://www.abaustin.com

Position:

    Partner

Education:

    The University of Texas School of Law, Austin, TX, 1975
    LL.M., Master of Law(s)

    St. Mary's University School of Law, San Antonio, TX, 1974
    J.D., Doctor of Jurisprudence
    Honors: Summa Cum Laude
    LR: Member, St. Mary's Law Journal, 1973 - 1974

    New Mexico State University, Las Cruces, New Mexico, 1970
    B.A., Bachelor of Arts

Admitted:

    Texas, 1974
    U.S. District Court Western District of Texas, 1976

Affiliations:

    American Bar Association, Member
    State Bar of Texas, Member
    Travis County Bar Association, Member
    Austin Regional Habitat Conservation Plan, Executive Committee, 1989 - Present
    Austin Association of Builders, Director, 1983 - 1986
    Austin Chamber of Commerce, Director, 1986
    Texas College of Real Estate Attorneys, Director, 1992
    Real Estate Council of Austin, Inc., Director, 1992

Published Works:

    Utility Arrangements with Local Government, State Bar of Texas Advanced Real
Estate Course

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**KnowX**

 KnowX Standard  **KnowX Professional**  Superior      RapSheets

Home    How it Works    Pricing    Contact Us    Site Map

michael l buesgens

Status: Credentialed
Client ID:
Not Chosen

▶ **My Account**

▶ **My Subscriptions**

**Related Searches**
▸ Corporate Records
▸ Background Check  $
▸ D&B Reports
▸ Experian Reports

**Other Info:**
▸ Search Tips
▸ Database Info
▸ Price of Search
▸ Coverage Area
▸ Example Record

*Business Names*

**DETAIL RECORD**

NEW SEARCH | RETURN TO YOUR SUMMARY

| | |
|---|---|
| **Business Name:** | LIMESTONE CREEK INVESTORS INC |
| **1** | |
| **Filing Number:** | 0800214559 |
| **Address:** | 100 CONGRESS<br>AUSTIN TX 78701 |
| **2** | |
| **Filing Number:** | 0800220372 |
| **Phone:** | 435-2310 |
| **Address:** | 100 CONGRESS AVE<br>AUSTIN TX 78701 |
| **Owner 1:** | DAVID B. ARMBRUST |
| **Address:** | 100 CONGRESS AVE<br>AUSTIN TX 78701 |

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.**

NEW SEARCH | RETURN TO YOUR SUMMARY

**DETAIL RECORD**

Company Info | Public Records Info | Privacy Statement | Terms of Use

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.



KnowX Standard    **KnowX Professional**    Superior    RapSheets

home    How it Works    Pricing    Contact Us    Help Me

michael l buesgens

*Business Names*

Status: Credentialed
Client ID:
Not Chosen

**DETAIL RECORD**

NEW SEARCH | RETURN TO YOUR SUMMARY

▶ **My Account**

▶ **My Subscriptions**

**Related Searches**

¹ Corporate Records
² Background Check $
³ D&B Reports
⁴ Experian Reports

**Other Info:**

▷ Search Tips
▷ Database Info
▷ Price of Search
▷ Coverage Area
▷ Example Record

| | |
|---|---|
| **Business Name:** | WILDFLOWER CENTER CONSERVATION |
| **Filing Number:** | 0157716201 |
| **Address:** | 100 CONGRESS AVE AUSTIN TX 78701 |
| **Owner 1:** | DAVID ARMBRUST |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

**DETAIL RECORD**

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.



KnowX Standard | KnowX Professional | Superior     RapSheets

Home     How it Works     Pricing     Contact Us     Sign Up

michael l buesgens

*Business Names*

Status: Credentialed
Client ID:
Not Chosen

**DETAIL RECORD**

NEW SEARCH | RETURN TO YOUR SUMMARY

▶ **My Account**

▶ **My Subscriptions**

**Related Searches**

▸ Corporate Records
▸ Background Check $
▸ D&B Reports
▸ Experian Reports

**Other Info:**

▸ Search Tips
▸ Database Info
▸ Price of Search
▸ Coverage Area
▸ Example Record

**1**

| | |
|---|---|
| **Business Name:** | HILL COUNTRY CONSERVANCY |
| **Filing Number:** | 0156928601 |
| **Address:** | 100 CONGRESS AVE |
| | AUSTIN TX 78701 |
| **Owner 1:** | **DAVID ARMBRUST** |

**2**

| | |
|---|---|
| **Filing Number:** | 17429481454 |
| **Address:** | 3306 GENTRY DR |
| | AUSTIN TX 78746 |

**3**

| | |
|---|---|
| **Filing Number:** | 1999151167 |
| **Phone:** | 328-2481 |
| **Address:** | 3306 GENTRY DR |
| | AUSTIN TX 78746 |
| **Owner 1:** | GEORGE H. COFER JR |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

DETAIL RECORD

Company Info | Public Records Info | Privacy Statement | Security Policy | Admin | Legal

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.

Westlaw.

**Frank** B. **Brown** IV
Armbrust & Brown, L.L.P.
100 Congress Avenue
Suite 1300
Austin, Texas 78701
(512) 435-2300
Fax: (512) 435-2360
info@abaustin.com
http://www.abaustin.com

Position:

    Partner

Education:

    The University of Texas School of Law, Austin, TX, 1975
    J.D., Doctor of Jurisprudence

    University of Texas, Austin, Texas, 1967
    B.B.A., Bachelor of Business Administration
    Honors: Business Honors Program, Beta Alpha Psi

Admitted:

    Texas, 1976

Affiliations:

    American Bar Association, Member, Business and Tax Sections, 1976 - Present
    State Bar of Texas, Member, Business, Real Estate, Probate and Trust Sections,
1976 - Present
    Travis County Bar Association, Member, Real Estate Law, Tax and Corporate
Sections, 1976 - Present
    Central Texas Resolution Dispute Center, Arbitrator, 1989 - Present
    Central Texas Estate Planning Council, Director, 1977 - 1980
    Austin Chamber of Commerce, Member, Military Affairs Council, 1990 - Present
    Texas Bar Foundation, Member

Certifications/Specialties:

    Certified Public Accountant, Texas Board of Legal Specialization, 1976

Past Positions:

    United States Air Force, Captain, 1967 - 1973

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Fraternities/Sororities:

    Phi Delta Phi

Total Firm Size:

    11-25

West Practice Categories:

    Business Organizations
    Real Estate Law
    Taxation Law
    Estate Planning
    Trusts
    Wills

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

Profiler References for: BROWN, FRANK B. IV

## Appellate Briefs

1 Ex Parte Shannon Mark DOUTHIT, Applicant., 2006 WL 565623, (Appellate Brief) (Tex.Crim.App. Jan 30, 2006) **Brief of Applicant** (NO. AP-75267)

2 Dymra HENDERSON, Appellant, v. William C. CHAMBERS, Frank Brown, Esq., Armbrust, Brown & Davis, LLP, Strasburger & Price, William G. Gurasich, and Timothy Chambers, Appellees., 2005 WL 3273596, (Appellate Brief) (Tex.App.-Austin Sep 07, 2005) **Appellee William C. Chambers' Brief** (NO. 03-04-00599-CV)

3 Dymra HENDERSON, Appellant, v. William C. CHAMBERS, Frank Brown, Esq., Armbrust, Brown & Davis, Llp, Strasburge & Price. William G. Gurasich, and Timothy Chambers, Appellees., 2005 WL 1233360, (Appellate Brief) (Tex.App.-Austin Apr 08, 2005) **Appellee Timothy Chambers' Brief** (NO. 03-04-00599-CV)

4 Dymra HENDERSON, Appellant, v. William C. CHAMBERS, Frank Brown, Esq., Armbrust, Brown & Davis, LLP, Strasburger & Price, William G. Gurasich, and Timothy S. Chambers, Appellees., 2005 WL 916544, (Appellate Brief) (Tex.App.-Austin Feb 04, 2005) **Appellant's Brief** (NO. 03-04-00599-CV)

## Dockets

5 IN RE: BRADLEY, EX PARTE RICHARD BLAKE, CRIMINAL,

HABEAS

CORPUS,

Tex.Crim.App., Feb. 04, 2003,

AP-74,557

6 IN RE: PANDO, ISAAC C., CRIMINAL,

PETITION FOR

DISCRETIONARY REVIEW,

Tex.Crim.App., Nov. 06, 2002,

PD-1937-02

© Copyright West 2006

7  IN RE: DAVIS, TRACEY S.,
   CRIMINAL,
                          PETITION FOR

   DISCRETIONARY
   REVIEW,


                 Tex.Crim.App., May. 01, 2002,
   PD-0751-02
8  IN RE: CARRILLO, EX PARTE DANIEL "DONNIE",
   CRIMINAL,
                          HABEAS

   CORPUS,


                 Tex.Crim.App., Oct. 23, 2001,
   AP-74,197
9  IN RE: MORRISON, KENNETH WAYNE,
   CRIMINAL,
                          PETITION FOR

   DISCRETIONARY
   REVIEW,


                 Tex.Crim.App., Sep. 26, 2001,
   PD-1922-01
10 IN RE: CORDOVA, RICARDO RUIZ,
   CRIMINAL,
                          PETITION FOR

   DISCRETIONARY
   REVIEW,


                 Tex.Crim.App., May. 22, 2001,
   PD-0900-01

© Copyright West 2006



**KnowX Standard**  **KnowX Professional**  **Superior**   RapSheets

Home    How it Works    Pricing    Contact Us    Help

michael l buesgens

*Business Names*

Status: Credentialed
Client ID:
Not Chosen

**DETAIL RECORD**

NEW SEARCH | RETURN TO YOUR SUMMARY

► **My Account**

► **My Subscriptions**

**Related Searches**

⌐ Corporate Records
⌐ Background Check $
⌐ D&B Reports
⌐ Experian Reports

**Other Info:**

⌐ Search Tips
⌐ Database Info
⌐ Price of Search
⌐ Coverage Area
⌐ Example Record

| | |
|---|---|
| **Business Name:** | WILD HORSE CREEKSIDE DEV CORP |
| **Filing Number:** | 01625241-00 |
| **Address:** | 3660 STONERIDGE RD |
| | AUSTIN TX 78746 |
| **Owner 1:** | FRANK B. BROWN IV |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

**DETAIL RECORD**

Company Info  Public Records Info  Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved. KnowX LLC is a ChoicePoint Company. For assistance contact support.



**KnowX** KnowX Professional | **Superior**    RapSheets

michael l buesgens

Status: Credentialed
Client ID:
not Chosen

▶ **My Account**

▶ **My Subscriptions**

**Related Searches**

› Corporate Records
› Background Check S
› D&B Reports
› Experian Reports

**Other Info:**

› Search Tips
› Database Info
› Price of Search
› Coverage Area
› Example Record

*Business Names*

DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY

| | |
|---|---|
| **1** | |
| **Business Name:** | HPN DEVELOPMENT INC |
| **Filing Number:** | 01632256-00 |
| **Address:** | 4111 LAKEPLACE LN |
| | AUSTIN TX 78746 |
| **Owner 1:** | **FRANK B. BROWN IV** |
| **2** | |
| **Filing Number:** | 0163225600 |
| **Address:** | 4111 LAKEPLACE LN |
| | AUSTIN TX 78746 |
| **Owner 1:** | JOHN S. LLOYD |
| **Address:** | 4111 LAKEPLACE LANE |
| | AUSTIN TX 78746 |
| **Owner 2:** | JOHN S. LLOYD |
| **Address:** | 4111 LAKEPLACE LN |
| | AUSTIN TX 78746 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

DETAIL RECORD

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.

**KnowX**  KnowX Standard | **KnowX Professional** | **Superior**    RapSheets

Home    How it Works    Pricing    Contact Us    Site Map

michael l buesgens



Status: Credentialed
Client ID:
Not Chosen

► **My Account**

► **My Subscriptions**

**Related Searches**

› Corporate Records
› Background Check $
› D&B Reports
› Experian Reports

**Other Info:**

› Search Tips
› Database Info
› Price of Search
› Coverage Area
› Example Record

**DETAIL RECORD**

NEW SEARCH | RETURN TO YOUR SUMMARY

| | |
|---|---|
| **Business Name:** | COLLEGE APPLICATION PROCESSING SERVICE OF AUSTIN |
| **Filing Number:** | 01635775-00 |
| **Phone:** | 327-5884 |
| **Address:** | 602 COQUINA LN AUSTIN TX 78746 |
| **Owner 1:** | FRANK B. BROWN IV |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

**DETAIL RECORD**

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.

Gregory S. Cagle
Armbrust & Brown, L.L.P.
100 Congress Avenue
Suite 1300
Austin, Texas 78701
(512) 435-2300
Fax: (512) 435-2360
info@abaustin.com
http://www.abaustin.com

Total Firm Size:

11-25

West Practice Categories:

Litigation & Appeals


This constitutes the most current information West has on record for this
listing. If you wish to update this information, please contact FindLaw.

END OF DOCUMENT

(C) 2006 Thomson

Westlaw.

**PEOPLE FINDER PHONE-CENTRIC RECORD**

**Information Current Through:**    08-15-2006

**Database Updated:**    10-01-2006

**Update Frequency:**    MONTHLY

**Current Date:**    10/11/2006

**Source:**    Proprietary database provided by TARGUS*info*

**HOUSEHOLD MEMBER(S)**


**Name(s):**    **GREGORY S CAGLE**
ALANA A **CAGLE**

**HOUSEHOLD INFORMATION**


**Address:**    4162 TRAVIS COUNTRY CIR

**AUSTIN, TX** 78735-6337

**County:**    TRAVIS

**Total    Individuals    in**    2
**Household:**

**Telephone 1:**    512-892-3130
**Telephone Validation Date:**    08/01/2006


**Household    Information**    04/01/2006
**Verified:**
END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

## ABOUT THE STATE BAR
---------------------------------------------------------------------------------

Home    **About the State Bar**    Member Directory

## Detailed Result

### Gregory Scott  Cagle

**Bar Card Number\*:** 24003678

| | | |
|---|---|---|
|  | **Work Address** | 100 Congress Ste 1300<br>Austin, TX, 78701 |
| | **Work Phone Number** | (512) 435-2300 |
| | **Primary Practice Location** | AUSTIN , Texas |

### Current Member Status

Eligible To Practice In Texas

### License Information

| | |
|---|---|
| **State Bar Card Number\*:** | 24003678 |
| **Texas Licensed\*:** | 11/06/1998 |

### Practice Information

| | |
|---|---|
| **Firm:** | No information reported by attorney |
| **Firm Size:** | 11 to 24 |
| **Occupation:** | Private Law Practice |
| **Primary Practice Areas:** | Litigation: Commercial |
| **Services Provided:** | |

| | |
|---|---|
| *Are language translation services available?* | Not Specified |
| *Are hearing impaired translation services available?* | Not Specified |
| *Are ADA accessible client services available?* | Not Specified |

**Assistance available in languages:**

Spanish

**Courts of Admittance:**

*Federal Courts of Admittance:*

Texas Eastern District Court
Texas Northern District Court
Texas Southern District/Bankruptcy Court
Texas Western Bankruptcy Court
Texas Western District Court

*Other Courts of Admittance:*

No information reported by attorney

*Other States Where authorized to practice:*

No Other States reported by attorney

## Education and Certification History

**Law Schools:**

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| Baylor University | 08/1998 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

**Texas Board of Legal Specialization Certifications:**

No profile data on file for Texas Board of Legal Specialization Certification

## Public Disciplinary History

**Public Disciplinary History - Texas*:**

**Public Disciplinary History - Other:**

No information reported by attorney

**Statutory Profile Last Certified On:** 09/14/2005

For information about a specific disciplinary sanction listed above, please call (877)953-5535.

The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (*) is provided by the State Bar of Texas. Texas grievance/disciplinary information will not appear on the profile until a final determination is reached. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.



KnowX Standard    KnowX Professional    Superior    RapSheets

Home    How it Works    Pricing    Contact Us    Help    Log Out

michael l buesgens

Login Here

Status: Credentialed
Client ID:
Not Chosen

▶ **My Account**

▶ **My Subscriptions**

**Related Searches**
▸ DEA Records
▸ FAA Records

**Other Info:**
▸ Search Tips
▸ Database Info
▸ Price of Search
▸ Coverage Area
▸ Example Record

## DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY

| | |
|---|---|
| **Name:** | BROWN, CHARLES E |
| **Address:** | 3624 N. HILLS DR., STE. B100 |
| | AUSTIN TX 78731 |
| **County:** | TRAVIS COUNTY |
| **Phone Number:** | (512) 346-6000 |
| **Status:** | ACTIVE |
| **License State:** | TX |
| **License Number:** | 03101650 |
| **Original Issue Date:** | 11-07-1986 |
| **License Type:** | BAR MEMBER |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

## DETAIL RECORD

Consumer Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.



FindLaw
Lawyer Directory

http://lawyers.findlaw.com

Saturday, Nov. 11, 2006

## Warren Law firm

**Address:** 1011 Westlake Drive
Austin, TX 78746-6448
Map & Directions

**Phone:**   (512) 347-8777
**Fax:**   (512) 347-7999
**E-mail:**   Contact Us

Attorneys

### Attorneys:

Warren, William S.

### West Practice Categories:

### Business & Commercial Law

### Profile Last Updated:

2/26/2006

When viewing a listing, consider the state advertising restrictions to which lawyers and law firms
must adhere, as well as our West Legal Directory disclaimers.

---

**FindLaw Lawyer Directory**    Browse by Location | Browse by Legal Issue | Search by Name | Advanced Search | Help & Tools

---

**Copyright © 2005 FindLaw. ALL RIGHTS RESERVED**    Privacy Policy  Disclaimer        About FindLaw  Advertise on FindLaw

## ABOUT THE STATE BAR

-------------------------------------------------------------------------

Home    **About the State Bar**    Member Directory

## Detailed Result

William S. 'BILL' Warren

---

**Bar Card Number\*:** 20890800



| | | |
|---|---|---|
| **Work Address** | 1011 Westlake Drive<br>Austin, TX, 78746 | |
| **Work Phone Number** | (512) 347-8777 | |
| **Primary Practice Location** | AUSTIN , Texas | |

Current Member Status

Eligible To Practice In Texas

*AUSTIN APARTMENT ASSOCIATION*
*DEBRA WEHMEIER*
*PRESIDENT*

---

License Information

| | |
|---|---|
| **State Bar Card Number\*:** | 20890800 |
| **Texas Licensed\*:** | 11/24/1980 |

---

Practice Information

| | |
|---|---|
| **Firm:** | Warren Law Firm |
| **Firm Size:** | Solo |
| **Occupation:** | Private Law Practice |
| **Primary Practice Areas:** | Litigation: Commercial |
| **Services Provided:** | |

| | |
|---|---|
| *Are language translation services available?* | Not Specified |
| *Are hearing impaired translation services available?* | Not Specified |
| *Are ADA accessible client services available?* | Not Specified |

**Assistance available in languages:**

> No information reported by attorney

**Courts of Admittance:**

> ### Federal Courts of Admittance:
>
> Fifth Circuit Court of Appeals
> Texas Eastern Bankruptcy Court
> Texas Eastern District Court
> Texas Northern Bankruptcy Court
> Texas Northern District Court
> Texas Southern District/Bankruptcy Court
> Texas Western Bankruptcy Court
> Texas Western District Court
>
> ### Other Courts of Admittance:
>
> No information reported by attorney
>
> ### Other States Where authorized to practice:
>
> No Other States reported by attorney

## Education and Certification History

**Law Schools:**

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| University Of Houston | 05/1980 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

**Texas Board of Legal Specialization Certifications:**

> Civil Trial Law

## Public Disciplinary History

**Public Disciplinary History - Texas\*:**

**Public Disciplinary History - Other:**

> No information reported by attorney

**Statutory Profile Last Certified On:** 02/16/2006

For information about a specific disciplinary sanction listed above, please call (877)953-5535.

The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (*) is provided by the State Bar of Texas. Texas grievance/disciplinary information will not appear on the profile until a final determination is reached. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to

AUSTIN, TEXAS

FILED

97 JUL 18 PM 1:19

DANA DE BEAUVOIR
COUNTY CLERK
TRAVIS COUNTY, TEXAS

DANA DE BEAUVOIR
County Clerk, Travis County
P.O. BOX 149325    Austin, TX 78767

MISC FILM CODE

00009721262

00085365    TRAVIS COUNTY

## ASSUMED NAME RECORDS CERTIFICATE OF OWNERSHIP FOR UNINCORPORATED BUSINESS OR PROFESSION

**BUSINESS NAME:** WARREN LAW FIRM
**BUSINESS ADDRESS:** 3930 BEE CAVES ROAD, SUITE A
**CITY:** AUSTIN          **STATE:** TEXAS     **ZIP CODE:** 78746
This Assumed Name will be used for 10 years UNLESS INDICATED HERE:
**BUSINESS IS TO BE CONDUCTED AS (Check Which One):**
☐ General Partnership   ☐ Limited Partnership   ☒ Proprietorship   ☐ Sole Practitioner
☐ Joint Stock Company   ☐ Joint Venture   ☐ Real Estate Investment Trust
☐ Other (name type)

### CERTIFICATE OF OWNERSHIP

I/We, the undersigned, are the owner(s) of the above business and my/our name(s) and address(es) given below are true and correct, and there is/are no ownership(s) in said business other than those listed herein below.

**—NAMES OF OWNERS—**

Name  WILLIAM S. WARREN      SIGNATURE _William S. Warren_

Residence Address  2102 FOUR OAKS LANE, AUSTIN, TEXAS     ZIP 78704

Name _____    SIGNATURE _____

Residence Address _____    ZIP _____

Name _____    SIGNATURE _____

Residence Address _____    ZIP _____

## The State of Texas  & County of Travis

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally
appeared  WILLIAM S. WARREN
known to me to be the person(s) whose name(s) I/are subscribed to the foregoing instru-
ment and acknowledged to me that I/he/they are the owner(s) of the above-named
business and that I/he/they signed the same for the purpose and consideration therein
expressed. Given under my hand and seal of office, on  July 18th 19 97.

Signature of Notary Public in and for the State of Texas


VERONICA V. JARAMILLO
Notary Public, State of Texas
My Commission Expires Sept. 18, 2000

WILLIAM S. WARREN
WARREN LAW FIRM

**RETURN:**
WILLIAM S WARREN
2102 FOUR OAKS LANE
AUSTIN, TX 78704

RECEIPT: 00085365  TRANS: 00243  DEPT: 00A  $9.00
OWNER: INFO  FILE DATE: 7/18/97  TRANS DATE: 7/18/97
PAID BY: CASH

Westlaw.

**William S. Warren**
Warren Law firm
1011 Westlake Drive
Austin, Texas 78746-6448
(512) 347-8777
Fax: (512) 347-7999
warrenlawfirm@juno.com

*[handwritten: AUSTIN APARTMENT ASSOCIATION]*
*[handwritten: M D L 1800]*
*[handwritten: 1: 2006 CV 260 LY]*
*[handwritten: 1: 2006 CV 226 LY]*
*[handwritten: 1: 2006 CV 01558]*

Education:

   University of Houston Law Center, Houston, TX, 1980
   J.D., Doctor of Jurisprudence
   Honors: Member of the Advocates

   Baylor University School of Law, Waco, TX

   Grinnell College, Grinnell, Iowa, 1977
   B.A., Bachelor of Arts

Admitted:

   Texas, 1980
   U.S. Court of Appeals 5th Circuit, 1981
   U.S. District Court Western District of Texas, 1982
   U.S. District Court Northern District of Texas, 1981
   U.S. District Court Southern District of Texas, 1981
   U.S. District Court Eastern District of Texas, 1981

Affiliations:

   Federal Bar Association, Member
   Texas Association of Bank Counsel, Member

Certifications/Specialties:

   Civil Trial Law, Texas Board of Legal Specialization

Published Works:

   A Practical Primer on Texas Landlord-Tenant Procedures 2 Texas Real Estate Law
Reporter 17, 1985

Representative Cases:

   Meineke Discount Muffler Shops, Inc. v. Coldwell Banker Property Management Co.,
1982, Tex.App.-Hous. (1 Dist.), 635 S.W.2d 135
   Keystone Equity Management v. Thoen, 1987, Tex.App.-Dallas, 730 S.W.2d 339

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

**PEOPLE FINDER HISTORIC TRACKER RECORD**

**Information Current Through:**   09-30-2006

**Database Last Updated:**   10-09-2006

**Update Frequency:**   MONTHLY

**Current Date:**   10/11/2006

**Source:**   TRANS UNION

**INDIVIDUAL INFORMATION**

*AUSTIN APARTMENT*
*ASSOCIATION*
*AUSTIN, TEXAS*
*MDL 1800*
*1:2006CV2604*
*1:2006CV2264*

**Name:**   WILLIAM S WARREN RD

 **Also Known As:**   WARREN, WILLIAM S
WARREN, WILLIAM S
WARREN, WILLIAM

**SSN:**   330-46-XXXX

**Date of Birth:**   06/1952

**On File Since:**   09/01/1986

**Phone Number 1:**   462-3036

**Phone Number 2:**   512-347-8777

**CURRENT ADDRESS INFORMATION**

**Current Address:**   1011 WESTLAKE DR
**AUSTIN, TX** 78746-4511

**Address Last Reported:**   02/25/2004

**PREVIOUS OR ADDITIONAL ADDRESS INFORMATION**

**Previous Address:**   2404 ROCKINGHAM CI
**AUSTIN, TX** 78704-3845
**Address Last Reported:**   07/18/2001

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

| | |
|---|---|
| **Previous Address:** | 111 CONGRESS AV 1840 |
| | **AUSTIN, TX** 78701-4050 |
| **Address Last Reported:** | 11/13/2000 |
| | |
| **Previous Address:** | 3930 BEE CAVES RD A |
| | **AUSTIN, TX** 78746-6448 |
| **Address Last Reported:** | 11/13/2000 |
| | |
| **Previous Address:** | 2102 FOUR OAKS LN |
| | **AUSTIN, TX** 78704-4625 |
| **Address Last Reported:** | 07/01/1997 |
| | |
| **Previous Address:** | 605 BRAZOS ST 100 |
| | **AUSTIN, TX** 78701-3240 |
| **Address Last Reported:** | 07/18/2001 |

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

TRAVIS CENTRAL APPRAISAL DISTRICT
PROPERTY **307148**
**Legal Description**     R
LOT 22 BLK 3 SHERWOOD OAKS SEC 6

**PROPERTY APPRAISAL INFORMATION 2006**
WARREN WILLIAM F III
3811 BAGGINS COVE
AUSTIN, TX 78739-5626-11

OWNER ID
273043

**0405000906**

Ref/ID2: 0405000906060000
Map ID  040708

**OWNERSHIP**
100.00%

**STITUS**  2606 SHERWOOD LN TX 78704

**ACRES:** .0000

**GENERAL**

ISSUE DT     PERMIT TYPE   PERMIT AREA  ST   PERMIT VAL

**APPR VAL METHOD:** Cost
**SKETCH for Improvement #1 (1 FAM DWELLING)**

REMARKS

UTILITIES
TOPOGRAPHY
ROAD ACCESS   A
ZONING
NEXT REASON

LAST APPR.
LAST APPR. YR
LAST INSP. DATE   2006
LAST INSP. DATE
NEXT INSP. DATE

**SALE DT**        **GRANTOR**           **DEED INFO**
08/03/1973   JONES MICHAEL RA   WD / 04712 / 01191
**PRICE**    05/23/1972   BARR ROBERT E   WD / 04353 / 00359
11/11/1966                  WD / 03224 / 01124

**BUILDING PERMITS**

WILLIAM S. WARREN
ATTORNEY

1011 WESTLAKE DR
AUSTIN, TX 78746

**Entities**
01  100.00%
02  100.00%
03  100.00%
0A  100.00%
2J  100.00%
68  100.00%

**Values**
IMPROVEMENTS         59,109
LAND MARKET          110,000
MARKET VALUE    =    169,109
PRODUCTIVITY LOSS          0
APPRAISED VALUE  =   169,109
                           0
HS CAP LOSS                0
ASSESSED VALUE   =   169,109
**EXEMPTIONS**

**SUBD: S12333**

| # | TYPE | DESCRIPTION | MTHD | CLASS/SUBCL | AREA | UNIT PRICE | UNITS | BUILT | EFF. YR | COND | VALUE | DEPR PHYS | ECON | FUNC | COMP | ADJ | ADJ.VALUE |
|---|------|-------------|------|-------------|------|-----------|-------|-------|---------|------|-------|-----------|------|------|------|-----|-----------|
| 01 | 1st Floor | | WW/4 | | 1,050.0 | 57.91 | 1 | 1966 | 1966 | A | 60,806 | 75% | 0% | 0% | 100% | 0.75 | 45,605 |
| | GARAGE ATT.1 | | WW/4 | | 284.0 | 20.16 | 1 | 1966 | 1966 | | 5,725 | 75% | 0% | 0% | 100% | 0.75 | 4,294 |
| | HARDAREA BDKN | | -?- | | 120.0 | 2.30 | 1 | 1966 | 1966 | | | 75% | 0% | 0% | 100% | 0.75 | 0 |
| | BATHROOM | | -?- | | 150.7 | 0.00 | 1 | 1966 | 1966 | | 2,415 | 75% | 0% | 0% | 100% | 0.75 | 1,811 |
| | OBS DRIVEWAY | | SSC* | | 1.0 | 0.01 | 1 | 1966 | 1966 | | | 75% | 0% | 0% | 100% | 0.75 | 0 |
| | MASONRY TRIM | | AVG* | | 325.0 | 6.61 | 1 | 1966 | 1966 | | 2,148 | 75% | 0% | 0% | 100% | 0.75 | 1,611 |
| | TERRACE UNCO | | *4 | | 595.1 | 5.15 | 1 | 1966 | 1966 | | 552 | 75% | 0% | 0% | 100% | 0.75 | 414 |
| | | | STCD. | A1 | 2,807.7 | | | | | | 71,646 | | | | | | 53,735 |

NBHD:HDK0900   110.00%
CLASS   SC  HS
SPECIAL  A1  N

Homesite: N

**SKETCH COMMANDS**
X.U36,R35,D22,L15,D14,L20
X.U14,R85,U2,D2,L3,U3,R14,D25,L11
X.U36(R20,U6,R12,D8),L12



**SUBD: S12333**
| # | DESCRIPTION | METH | DIMENSIONS | UNIT PRICE | GROSS VALUE | ADJ.FCTR | MASS ADJ | VAL.SRC | IRR Wells 0 Capacity: 0 | MKT VAL | AG APPLY | Oil Wells 0 | AG CLASS | AG TABLE | AG UNIT PRC | AG VALUE |
|---|-------------|------|------------|-----------|-------------|----------|----------|---------|-------------------------|---------|----------|-------------|----------|----------|-------------|----------|
| 1 | 1 FAM DWELLING | LOT | 0.0000 AC | 110,000.00 | 110,000 | 1.00 | 1.00 | A | IRR Acres 0 | 110,000 | NO | | | | 0.00 | 0 |

**LAND INFORMATION**
GROSS VALUE  110,000
**IRR Wells** 0   Capacity: 0

**MKT VAL**  110,000
**AG APPLY**  NO

1ST   X.U36,R35
041   X.U14,R85
612   X.U36(R20

**IMPROVEMENT FEATURES**
Roof Style              GABLE
Roof Covering COMPOSITION SHINGLE
Foundation              SLAB
Floor Factor            1ST
Floor Factor            0
Shape Factor            A        L
Grade Factor            0

Page 1 of 1

TRAVIS CENTRAL APPRAISAL DISTRICT

PROPERTY  510645
Legal Description                                    R
LOT 22 BLK H FAIRMONT PARK SEC 2

**OWNER ID**
273043

**PROPERTY APPRAISAL INFORMATION 2006**
WARREN WILLIAM F III
3811 BAGGINS COVE
AUSTIN, TX 78739-5626-11

041213133

RefID2: 041213133300000
Map ID  04151B

**OWNERSHIP**
100.00%

**Entities**
| | | |
|---|---|---|
| 01 | 100% | |
| 02 | 100% | |
| 03 | 100% | |
| 0A | 100% | |
| 2J | 100% | |
| 68 | 100% | |

**Values**
| | | |
|---|---|---|
| IMPROVEMENTS | | 104,588 |
| LAND MARKET | | 50,000 |
| MARKET VALUE | = | 154,588 |
| PRODUCTIVITY LOSS | - | 0 |
| APPRAISED VALUE | = | 154,588 |
| HS CAP LOSS | - | 0 |
| ASSESSED VALUE | = | 154,588 |
| EXEMPTIONS | | |

SITUS  5425 FAIRMONT CI  TX 78745

**ACRES:** .0000

**GENERAL**

UTILITIES
TOPOGRAPHY
ROAD ACCESS
ZONING                SF3
NEXT REASON

LAST APPR.
LAST APPR. YR         2006
LAST INSP. DATE
NEXT INSP. DATE

**APPR VAL METHOD:** Cost
**SKETCH for Improvement #1 (1 FAM DWELLING)**

REMARKS

ISSUE DT    PRICE    GRANTOR

SALE DT
07/27/1976

**BUILDING PERMITS**
PERMIT TYPE  PERMIT AREA  ST  PERMIT VAL

**DEED INFO**
WD / 05525 / 00927



**SUBD: S04425**

**IMPROVEMENT INFORMATION**

| # TYPE | DESCRIPTION | MTH'D | CLASS/SUBCL | AREA | UNIT PRICE | UNITS | BUILT | EFF YR | COND | VALUE | DEPR | PHYS | ECON | FUNC | COMP | ADJ | ADJ VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1ST | 1st Floor | WW/4 | | 1,427.0 | 54.35 | 1 | 1969 | 1969 | A | 77,557 | 75% | 0% | 0% | 0% | 100% | 0.75 | 58,168 |
| 011 | PORCH OPEN 1 | '74 | | 211.0 | 11.20 | 1 | 1969 | 1969 | | 235 | 75% | 0% | 0% | 0% | 100% | 0.75 | 176 |
| 041 | PORCH OPEN 1 | '74 | | 234.0 | 16.16 | 1 | 1969 | 1969 | | 3,814 | 75% | 0% | 0% | 0% | 100% | 0.75 | 1,966 |
| 095 | GARAGE ATT 1 | WW/4 | | 462.0 | 20.16 | 1 | 1969 | 1969 | | 9,314 | 75% | 0% | 0% | 0% | 100% | 0.75 | 6,986 |
| 041 | HVAC RESIDEN | '7 | | 1,427.0 | 2.30 | 1 | 1969 | 1969 | | 3,282 | 75% | 0% | 0% | 0% | 100% | 0.75 | 2,462 |
| 320 | BATHROOM | SPC* | | | 0.00 | 1 | 1969 | 1969 | | | 75% | 0% | 0% | 0% | 100% | 0.75 | |
| 320 | OBS DRIVEWAY | '74 | | 1.0 | 0.00 | 1 | 1969 | 1969 | | | 75% | 0% | 0% | 0% | 100% | 0.75 | |
| 522 | FIREPLACE | '74 | | 1.0 | 0.00 | 1 | 1969 | 1969 | | 2,300 | 75% | 0% | 0% | 0% | 100% | 0.75 | 1,725 |
| 522 | OBS FENCE | WW* | | 2,300.00 | 1.00 | 1 | 1969 | 1969 | | | 75% | 0% | 0% | 0% | 100% | 0.75 | |
| 991 | MASONRY TRIM | AVG* | | 1.0 | 0.00 | 1 | 1969 | 1969 | | | 75% | 0% | 0% | 0% | 100% | 0.75 | |
| FAM DWELLING | | | | 650.0 | 6.61 | 1 | 1969 | 1969 | | 4,297 | 75% | 0% | 0% | 0% | 100% | 0.75 | 3,223 |
| | STCD: A1 | | | 4,226.0 | | | | | | 99,606 | | | | | | | 74,706 |

**NBHD-J1560**
CLASS    SC   HS
SPECIAL   A1   N

140.00%
MTH'D   AREA
LOT

100.00%
METH
LOT

**SKETCH COMMANDS**
1ST
D18,L40
X D3/R23,U3,D0,R7,D3,L7,DD
X D27/R17,U13,DD,R18,D13,L18,DD
X R40/D3,U21,R12,D0,U9,DD,R7,D3,L19

**LAND INFORMATION**
| SUBD: S04425 | | |
|---|---|---|
| # DESCRIPTION | DIMENSIONS | UNIT PRICE | GROSS VALUE | ADJ FCTR | MKT VAL | AG APPLY | AG CLASS | AG TABLE | AG UNIT PRC | AG VALUE |
| 1st Land | 0.0000 AC | 50,000.00 | 50,000 | 1.00 | 50,000 | NO | | | 0.00 | 0 |
| | | | | | 50,000 | | | | | 0 |

**IMPROVEMENT FEATURES**
| Roof Style | GABLE | |
|---|---|---|
| Roof Covering | COMPOSITION SHINGLE | |
| Foundation | SLAB | |
| Floor Factor | 1ST | |
| Shape Factor | L | |
| Grade Factor | A | |

IRR Wells: 0      Oil Wells: 0
IRR Acres: 0

Page 1 of 1

TRAVIS CENTRAL APPRAISAL DISTRICT

**BUSINESS PERSONAL PROPERTY CARD 2006**

Property ID: **P 449779**
Geo ID:
Ref ID1:
Ref ID2:
Legal Desc: PERSONAL PROPERTY COMMERCIAL
0000090860000

Owner ID: 512413
WARREN WILLIAM S
ATTN: WILLIAM WARREN
1011 WESTLAKE DR
AUSTIN, TX 78746-4511-11

Ownership %: 100.00%

Entities:
03  100%
08  100%
09  100%
0A  100%
10  100%
2J  100%
39  100%

Exemptions:

Appraisal Year: 2006
Appraised Value: 4,123
Last Yr Value: 4,123
Last Inspection Date:
Last Appraiser: 02/16/2006
SIC Code: EAW
SIC Description: 8111
ATTORNEYS
Remarks

**Submitted By:** WARREN LAW FIRM
**Rendition Date:** 05/02/2006
SITUS: 1011 WESTLAKE DR  TX 78746
DBA: WARREN LAW FIRM

Links: 114927

| SEQ | TYPE | DESCRIPTION | QUALITY/DENSITY CLASS | AREA | UNIT COUNT | YEAR ACQ | ORIGINAL COST | UNIT PRICE | PCT. GOOD | DEPR. TABLE | DEPR. PCT | PRIOR VALUE | APPRAISED | RENDERED | MTH | MARKET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | FFE | Furniture & Fixtures | AVG/LOW | 700 | 0.0000 | | 8,962 | 14.00 | 41.00 | | | 4,018 | 4,018 | 0 | A | 4,018 |
| | | Furniture & Fixtures | | 700 | 0.0000 | 2002 | 8,962 | | | | | 4,018 | 4,018 | 0 | A | 4,018 |
| 1 | MDSE | MERCHANDISE/SUPPLIES | FAIR/AVG | 700 | 0.0000 | | 0 | 0.15 | 100.00 | | | 105 | 105 | 0 | V | 105 |
| | | MERCHANDISE/SUPPLIES | | 700 | 0.0000 | | 0 | | | | | 105 | 105 | 0 | | 105 |

Grand Totals: 1,400  0.0000  8,962  4,123  4,123  0  4,123

Westlaw.

**MULTI-SOURCE EXECUTIVE AFFILIATION FINDER RECORD**

| | |
|---|---|
| **Information Current Through:** | 08-10-2006 |
| **Database Last Updated:** | 09-11-2006 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 10/11/2006 |
| **Source:** | US BUSINESS FINDER RECORD |

**EXECUTIVE INFORMATION**

| | |
|---|---|
| **Executive Name:** | **BEN FLOREY** |
| **Executive Title:** | PARTNER |

**BUSINESS INFORMATION**

| | |
|---|---|
| **Business Name:** | FLOREY KEEL & NASSOUR |
| **Business Address:** | 1800 GUADALUPE ST<br>AUSTIN, **TX** 78701-1217 |
| Phone: | 512-479-8600 |

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

**Ben Florey**
The Law Office of Ben Florey
1800 Guadalupe Street
Austin, Texas 78701
(512) 479-8600
Fax: (512) 479-6035
http://www.floreylaw.com

Position:

    Member

*CHARLES G. HERNDON)*
*FORMER I.R.S. EMPLOYEE*
*CASE NO.  1:04-CR-00171*

Education:

    Texas Tech University School of Law, Lubbock, TX, 1977

Admitted:

*AUSTIN, TEXAS*

    Texas, 1977
    U.S. Court of Appeals 5th Circuit
    U.S. District Court Western District of Texas

Total Firm Size:

    1

West Practice Categories:

    Criminal Law

Areas of Practice:

    State and Federal Criminal Defense

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

## 1) Document Order Review

Please review your document order before clicking Next.

**Docket Information**
**Title: USA v. HERNDON**
**Court: U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS (AUSTIN)**
**Case Number: 1:04CR00171**

| Item # | Filed Date | Description |
|--------|-----------|-------------|
|  | 12/20/2004 | SENTENCING , CHARLES G. HERNDON (1) COUNT(S) 1-6, 7, 8, 9 HELD CHARLES G. (1) COUNT(S) 1-6 , 7 , 8 , 9 . COUNTS 1-9, PROBATION 3 YEARS; IN LIEU OF FINE 1( OF COMMUNITY SERVICE; SPECIAL ASSESSMENT $450.00 (COUNTS 1-6 $25.00 & C( $100.00). (TD) [ENTRY DATE 12/27/04] |

Additional documents in this Docket are available for order.

Please check the box to the left of the document(s) you want to add to your order.

| Check box to order | Item # | Filed Date | Description |
|--------|--------|-----------|-------------|
|  |  |  | ORDER ALL DOCUMENTS |
|  |  | 08/05/2005 | SEALED PSI AND STATEMENT OF REASONS AS TO CHARLES G. HERNDO( RETURNED TO PROBATION OFFICE (MC1) [ENTRY DATE 08/05/05] |
|  | 24 | 01/06/2005 | JUDGMENT AND COMMITMENT AS TO CHARLES G. HERNDON COUNT(S) (PAGES: 54) SIGNED BY JUDGE LEE YEAKEL (MC2) [ENTRY DATE 01/06/( |
|  | 23 | 12/21/2004 | MINUTES OF PROCEEDINGS FOR SENTENCING CONDUCTED ON 12/20/0( CHARLES G. HERNDON BY JUDGE YEAKEL. COURT REPORTER: KATHY CA [ENTRY DATE 12/27/04] |
|  |  | 12/20/2004 | GUILTY PLEA ACCEPTED BY THE COURT AS TO CHARLES G. HERNDON (1 1-6, 7, 8, 9 ; MOOTED MOTIONS: MOTION FOR RECIPROCAL DISCOVER\ INSPECTION [15-1] AS TO CHARLES G. HERNDON (1) (TD) [ENTRY DATE |
|  |  | 12/20/2004 | SEALED PSI PLACED IN VAULT AS TO CHARLES G. HERNDON (TD) [ENTR\ |

Westlaw.

**PEOPLE FINDER PHONE-CENTRIC RECORD**

| | |
|---|---|
| **Information Current Through:** | 08-15-2006 |
| **Database Updated:** | 10-01-2006 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 10/11/2006 |
| **Source:** | Proprietary database provided by TARGUS*info* |

**HOUSEHOLD MEMBER(S)**

| | |
|---|---|
| **Name(s):** | **BEN** C **FLOREY**, JR<br>YASEMIN H **FLOREY**<br>YASEMIA **FLOREY**<br>CHRISTINA **FLOREY** |

**HOUSEHOLD INFORMATION**

| | |
|---|---|
| **Address:** | 3612 RIPPLE CREEK RD<br><br>AUSTIN, **TX** 78746-7476 |
| **County:** | TRAVIS |
| **Total Individuals in Household:** | 4 |
| **Telephone 1:** | 512-328-0XXX |
| **Household Information Verified:** | 04/01/2006 |

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.



http://lawyers.findlaw.com

Saturday, Nov. 11, 2006

## Derek A. Howard

**Firm:**   Howard & Kobelan

**Address:** Suite 1720
100 Congress Ave.
Austin, TX 78701-4042
Map & Directions

**Phone:**   (512) 480-9300
**Fax:**   (512) 480-9374
**E-mail:**

*RODOLFO LIZCANO*
*FORMER I.R.S.*
*EMPLOYEE*
*CASE NO.*

### West Practice Categories:

Employment Law — Employee

### Profile Last Updated:

2/24/2006

When viewing a listing, consider the state advertising restrictions to which lawyers and law firms must adhere, as well as our West Legal Directory disclaimers.

---

**FindLaw Lawyer Directory**   Browse by Location | Browse by Legal Issue | Search by Name | Advanced Search | Help & FAQs

Copyright © 2005 FindLaw. ALL RIGHTS RESERVED   Privacy Policy  Disclaimer      About FindLaw  Advertise on FindLaw

Westlaw.

**Derek** A. **Howard**
Howard & Kobelan
Suite 1720
100 Congress Ave.
Austin, Texas 78701-4042
Travis County
(512) 480-9300
Fax: (512) 480-9374

Position:

    Managing Partner

Education:

    St. Mary's University School of Law, San Antonio, TX

Admitted:

    Texas, 1979

Litigation Percent:

    50% of Practice Devoted to Litigation

Total Firm Size:

    2-10

West Practice Categories:

    Employment Law -- Employee
    Employment Law -- Employer
    Labor Law
    Personal Injury -- Defense
    Personal Injury -- Plaintiff

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.