CO-932
Rev. 4/96

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

FILED
NOV 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. **06 1964**
(To be supplied by the Clerk)

**NOTICE TO PARTIES:**

Pursuant to Rule 405(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

**NOTICE TO DEFENDANT:**

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

**NOTICE TO ALL COUNSEL**

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

---

The plaintiff, defendant or counsel must complete the following:

I. **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).**

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

[X] (a) relates to common property
[X] (b) involves common issues of fact
[X] (c) grows out of the same event or transaction
[ ] (d) involves the validity or infringement of the same patent
[X] (e) is filed by the same pro se litigant

*INTERTWINED COMPLEX LITIGATION*

2. **RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)**

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

Check box if new case is related to a dismissed case: [X] *1:2006CV260LY*

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT): *U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION*

4. CAPTION AND CASE NUMBER OF RELATED CASE(E=S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE. *1. FALCONRIDGE APARTMENTS V. BUESGENS* C.A. No. *1:2006CV260LY*

*11/12/2006*                    *Michael Buesgens, PRO SE*
DATE                             Signature of Plaintiff/Defendant (or counsel)

*CONTINUATION*
*PAGE 1 OF 6*
*2*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## CONTINUATION

MICHAEL L. BUESGENS
V.
CHARLES EADS BROWN, ATTORNEY
ET. AL.

## RELATED CASES

2. MDL-1800
HEARING — NOVEMBER 30, 2006

3. 1:2006 CV01558
U.S. DISTRICT COURT FOR DISTRICT OF COLUMBIA

4. PETITION FOR REVIEW
FIFTH CIRCUIT
HUD # 06-06-293-8
PETITION # 06-60777

06 1964
FILED
NOV 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

5. 1:2006 CV 226 LY
U.S. DISTRICT COURT, AUSTIN TEXAS

6. 1:2005 CV02334 RCL
U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

7. 1:2005 CV 243 SS
U.S. DISTRICT COURT, AUSTIN TEXAS

8. C-1-CV-06-002678
TRAVIS COUNTY COURT AT LAW NO. 1.
AUSTIN, TEXAS
✓ HONORABLE JUDGE ORLIND PHILLIPS

9. 03-06-00614-CV
COURT OF APPEALS
THIRD DISTRICT OF TEXAS

10. 06-1507
    TEXAS SUPREME COURT

11. 041509
    JUSTICE OF THE PEACE
    PRECINCT 3 AND 5
    TRAVIS COUNTY, AUSTIN, TEXAS
    ✓ HONORABLE JUDGE MELISSA GOODWIN
    AND
    ✓ HONORABLE JUDGE HERB EVANS

A. HOUSING DISCRIMINATION BASED ON DISABILITY
   AND
B. RETALIATORY EVICTION
   AND
C. CONSTRUCTIVE EVICTION
   AND
D. WRIT OF POSSESSION EXECUTED ON 7/6/2006
E. CIVIL CONSPIRACY

4

12. APPEAL NO. 06-50961
FIFTH CIRCUIT COURT OF
APPEALS
         AND
MICHAEL L. BUESGENS
AMENDED APPEAL AS OF RIGHT
TAKEN

DISMISSED AND NOT
FORWARDED TO U.S. DISTRICT
COURT AUSTIN DIVISION
AS REQUIRED

**FRAP 4(d)**

13. APPEAL NO. 06-50953
         AND
BUESGENS (PRO SE) AMENDED
APPEAL AS OF RIGHT TAKEN
DISMISSED AND NOT FORWARDED
TO U.S. DISTRICT COURT, AUSTIN
DIVISION AS REQUIRED
FRAP 4(d)

5

14. BUESGENS COMPLAINTS TO STATE BAR OF TEXAS DISMISSED

15. BUESGENS REQUEST TO THE STATE OF TEXAS AND
   A. TEXAS COMPTROLLER AND
   B. TEXAS SECRETARY OF STATE AND
   C. TEXAS ATTORNEY GENERAL SOLICITOR GENERAL TED CRUZ

   D. FOR INFORMANT CONTRACT ON NATIONWIDE (NATIONAL) STATE FRANCHISE TAX VIOLATIONS BY

   E. REAL ESTATE DEVELOPERS AND
   F. ATTORNEYS AND LAW FIRMS