UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
AND
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
AND
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
AND
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION
AUSTIN, TEXAS
AND
SAN ANTONIO DIVISION
SAN ANTONIO, TEXAS

RECEIVED
DEC 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: NANCY DUNN
AND
NANCY MARE WHITTINGTON

SUBJECT: ASSOCIATED CASES AND COURT DOCKETING AND COURT ADMINISTRATION AT THE FOREGOING COURTS

PAGE 1 OF 12

1. **WHO** DECIDES WHETHER A CASE IS ASSOCIATED WITH OTHER CASES AND ENTERS THAT DECISION ON THE DOCKET SHEET AND ON U.S. COURTS AT PACER?

2. **WHAT** IS THE CRITERION FOR DECIDING WHETHER A CASE IS ASSOCIATED WITH ANOTHER CASE?

3. **HOW** ARE CASES ASSOCIATED FROM ONE DISTRICT OR DIVISION OR CIRCUIT TO ANOTHER OF THE SAME?

4. **WHO** KNOWS WHAT COMPLEX LITIGATION IS AT THE U.S. COURTS?

5. **WHO** KNOWS WHAT MULTI DISTRICT LITIGATION IS AT THE U.S. COURTS!

6. HOW DOES YOUR DOCKETING OF CASE, - THE TIMING OF DOCKETING MOTIONS AND ORDERS AFFECT THE OUTCOME AND LEGAL REMEDIES AND RIGHTS OF LITIGANTS?

7. DO YOU DELAY DOCKETING A LITIGANTS MOTION TO ALLOW THE JUDGE TIME TO FILE AN ORDER?

8. WHO DOES AN AUDIT OF THE COURTS DOCKET SHEET AND TIMING OF ENTRIES?

9. WHO DECIDES WHEN A LITIGANTS PLEADINGS AND MOTIONS AND REQUESTS FOR SUBPOENAS AND SUMMONS WILL BE ENTERED ON THE DOCKET SHEET?

3

10. HOW DO YOU REQUEST AN AUDIT OF THE CLERKS DOCKETING OF THE FOREGOING?

SINCERELY

*Michael Buesgens*
MICHAEL L. BUESGENS
DECEMBER 15, 2006

## CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY OF THE FOREGOING AND EXHIBITS WAS SERVED BY FIRST CLASS MAIL ON THIS 15TH DAY OF DECEMBER 2006

ADDRESSED TO:
SUPREME COURT OF THE UNITED STATES
1 FIRST STREET NE
JUDICIAL ADMINISTRATION
WASHINGTON, DC 20543

4

DANIEL LOPEZ
OPERATIONS MANAGER
U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION
655 EAST DURANGO BLVD
SUITE G65
SAN ANTONIO, TEXAS 78206-1198
PHONE: 210-472-4955 X 227

AND

NANCY MARE WHITTINGTON
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
333 CONSTITUTION AVE, NW
WASHINGTON, DC 20001

AND

NANCY DUNN
U.S. COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT
333 CONSTITUTION AVE, NW
WASHINGTON, DC 20001

5

*Michael Buesgens* (signature)
MICHAEL L. BUESGENS
LITIGANT - MDL-1800
3112 WINDSOR RD, #A322
AUSTIN, TEXAS 78703

512-339-6005 X 7958
MIKEBUESGENS@HOTMAIL.com

✓ PACER

**1:06-cv-01964-RBW** BUESGENS v. BROWN et al
Reggie B. Walton, presiding
**Date filed:** 11/15/2006 **Date of last filing:** 11/15/2006

NO.
Associated Cases ✓
✓
There are no associations for this case.

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/14/2006 13:18:59 | | | |
| PACER Login: | | Client Code: | |
| Description: | Associated Cases | Search Criteria: | 1:06-cv-01964-RBW |
| Billable Pages: | 1 | Cost: | 0.08 |

1: 2006 CV 260 LY
1: 2006 CV 226 LY-RP
1: 2005 CV 243 SS
1: 2005 CV 02334 RCL
1: 2006 CV 01558 RCL
EEOC NO. 360-2003-8286X
HUD # 06-06-293-8
041509
06-1507
0-1-GN-06-000262
C-1-CV-06-000678
APPEAL 03-06-293-8

✓ **PACER**

**1:05-cv-02334-RCL** BUESGENS v. COATES et al
Royce C. Lamberth, presiding
**Date filed:** 12/05/2005
**Date terminated:** 05/09/2006 **Date of last filing:** 11/13/2006

**NO** ✓
**Associated Cases** ✓
✓
There are no associations for this case.

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/14/2006 13:16:27 | | | |
| PACER Login: | | Client Code: | |
| Description: | Associated Cases | Search Criteria: | 1:05-cv-02334-RCL |
| Billable Pages: | 1 | Cost: | 0.08 |

1:2006 CV01558 RCL
1:2005 CV2435 SS

PACER

✓

✓ 1:06-cv-01558-RCL BUESGENS v. UNITED STATES OF AMERICA et al
Royce C. Lamberth, presiding
Date filed: 09/01/2006
Date terminated: 11/14/2006 Date of last filing: 12/05/2006

Associated Cases ✓
NO
✓
There are no associations for this case.

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/14/2006 12:21:01 | | | |
| PACER Login: | | Client Code: | |
| Description: | Associated Cases | Search Criteria: | 1:06-cv-01558-RCL |
| Billable Pages: | 1 | Cost: | 0.08 |

NO ASSOCIATED CASES

1:06 CV01558 RCL
1:05 CV02334 RCL
1:05CV2435 SS
EEOC NO. 360-2003-8286X
EEOC NO. 360-2006-00307 NTEU
M.S.P.B. DA-1221-06-0171-WI
OSC. MA-05-2468
FLRA. DA-CO-05-0505

*PACER* ✓

✓
**1:05-cv-00243-SS** Buesgens v. Snow
Sam Sparks, presiding
**Date filed:** 04/29/2005
**Date terminated:** 12/06/2006 **Date of last filing:** 12/12/2006

## Associated Cases ✓

### Other Court Information

| 5th USCA | 06-50953 |
| --- | --- |
| 5th Circuit | 06-51426 |
| USCA - 5th Circuit | :05- -50730 |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 12/14/2006 12:02:06 | | | |
| PACER Login: | | Client Code: | |
| Description: | Associated Cases | Search Criteria: | 1:05-cv-00243-SS |
| Billable Pages: | 1 | Cost: | 0.08 |

1: 2005 CV 02334 RCL
1: 2006 CV 01558 RCL
EEOC NO. 360-2003-8286X

✓ **PACER**

✓ **1:06-cv-00260-LY** Falcon Ridge Apartme v. Buesgens
Lee Yeakel, presiding
**Date filed:** 04/10/2006
**Date terminated:** 05/24/2006 **Date of last filing:** 09/06/2006

## Associated Cases ✓

### Other Court Information

| | |
|---|---|
| Fifth Circuit | 06-50868 |
| Supreme Court of TX | 06-0157 |
| TXWD - Austin | 1:06cv226LY |
| JP Court No. 3 | :00- -00000 |
| Travis Co., No. 1 | C-1-CV-06-000678 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/14/2006 12:12:32 | | | |
| PACER Login: | | Client Code: | |
| Description: | Associated Cases | Search Criteria: | 1:06-cv-00260-LY |
| Billable Pages: | 1 | Cost: | 0.08 |

*D-1-GN-06-00262*

*HUD # 06-06-293-8*

*APPEAL NO. 03-06-00614-CV*

*041509*

PACER

✓

**1:06-cv-00226-LY** ✓ Buesgens v. Falcon Ridge Apartme, et al
Lee Yeakel, presiding
**Date filed:** 03/29/2006
**Date terminated:** 12/06/2006 **Date of last filing:** 12/12/2006

## Associated Cases ✓

### Other Court Information

| Fifth Circuit | 06-50961 |
| USCA-5th Circuit (NOA #176) | 06-51515 |
| 200th Dist, Travis | D-1-GN-06-000262 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/14/2006 12:09:56 | | | |
| PACER Login: | | Client Code: | |
| Description: | Associated Cases | Search Criteria: | 1:06-cv-00226-LY |
| Billable Pages: | 1 | Cost: | 0.08 |

1: 2006 CV 260 LY
C-1-CV-06-000678
041509
06-1507
APPEAL NO. 03-06-00614-CV
HUD # 06-06-293-8