Judge,

leave to file
should be
granted.

OK /

Monique

TEA STATES DISTRICT COURT
R THE DISTRICT OF COLUMBIA
33 CONSTITUTION AVENUE, N.W.
ASHINGTON, D.C. 2000'

MICHAEL L. BUESGENS
PLAINTIFF

V.

CIVIL ACTION
1:06 CV
01964
RBW

SHELLEY BUSH MARMON,
BANKRUPTCY ATTORNEY,
TEXAS STATE BAR # 03497050
AND
CHARLES E. BROWN
EVICTION ATTORNEY
TEXAS STATE BAR # 03101650
AND
STATE BAR OF TEXAS
DISCIPLINARY RULES
ET. AL.
DEFENDANTS

RECEIVED

JAN 1 0 2007

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

SHELLEY BUSH MARMON NOTICE
OF APPEARANCE IN THIS CASE

1: 2006 CV01964 RBW

SHELLEY BUSH MARMON DEFENDANT HAS MADE A GENERAL APPEARANCE IN THIS CASE AND THIS IS TREATED AS A VALID SERVICE OF PROCESS.

BANKRUPTCY ATTORNEY SHELLEY BUSH MARMON HAS AGREED THAT THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA HAS THE POWER TO BIND HER BY ITS ACTIONS, AND SHE HAS WAIVED THE RIGHT TO RAISE ANY JURISDICTIONAL DEFECTS.

BANKRUPTCY ATTORNEY SHELLEY BUSH MARMON ALSO WAIVED THE OBJECTION THAT THE CASE WAS BROUGHT IN THE WRONG VENUE.

SEE EXHIBIT
SHELLEY BUSH MARMON MOTION FOR SANCTIONS AGAINST PLAINTIFF MICHAEL L. BUESGENS DATED: 01/02/07

2

1: 2006 CV01964 RBW

AND
BANKRUPTCY ATTORNEY SHELLEY
BUSH MARMONS

MOTION TO DISMISS FOR FAILURE
TO STATE A CLAIM
CASE NO.   1:06CV00967 LY

PLAINTIFF MICHAEL L BUESGENS
DID NOT FAIL TO STATE A CLAIM
SEE CASE NO.   1:2006CV01964RBW.

FOR EXAMPLE:

1. IN CASE NO. 1:2006CV01558RCL
U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA.

MICHAEL L. BUESGENS SERVED
SUMMONS ON FALCON RIDGE
APARTMENTS - TENANT - WITNESS

MEGAN M. GOERES

3

1: 2006 CV 01964 RBW
SHELLEY BUSH MARMON, DEFENDANT

2. BANKRUPTCY ATTORNEY SHELLEY BUSH MARMON TOLD **MEGAN M. GOERES** NOT TO ANSWER SUMMONS.
                                AND

3. ATTORNEY MARMON TOLD HER THIS AND NEITHER MADE AN APPEARANCE UNTIL THIS JANUARY 2, 2007

A. MOTION TO DISMISS
B. MOTION FOR SANCTIONS

4. SHELLEY BUSH MARMON HAS BEEN PROVIDING LEGAL ADVICE AND COUNSEL FOR MEGAN M. GOERES SINCE **APRIL, 2006** IN CASE NOS.

A. HUD # 06-06-293-8
B. D-1-GN-06-000262
C. C-1-CV-06-000678
D. 1: 2006 CV 00226 LY-RP

4

1:2006 CV 01964 R BW
STELLEY BUSH MARMON, ATTORNEY
ET. AL.
AND
E. CASE NO. 1:2006CV00260LY
U.S. DISTRICT COURT, AUSTIN, TEXAS

5. ATTORNEY STELLEY BUSH MARMON
PROVIDED MEGAN M. GOERES
PRODUCTION OF DOCUMENTS AND
ANSWERS TO INTERROGATORIES
IN CASE NO.
1:2006CV00226LY-RP

AND
ATTORNEY MARMON **NEVER** MADE
AN APPEARANCE AS COUNSEL
FOR MEGAN M. GOERES IN ANY
OF THE FOREGOING FORUMS.

6 STELLEY BUSH MARMON PERJURED
HER ANSWERS TO PLAINTIFF
MICHAEL L. BUESGENS INTERROGATORIES
THROUGH MEGAN M. GOERES
RESPONSES.

5



1:2006 CV 01964 RBW
BANKRUPTCY ATTORNEY
SHELLEY BUSH MARMON
**TEXAS STATE BAR NO.**

7. SHELLEY BUSH MARMON
THROUGH MEGAN M. GOERES
WITH HELD AND **CONCEALED**
EVIDENCE THAT WOULD HAVE
DECISIVELY WON CASE
NO. 1:2006 CV 00226 LY-RP
FOR PLAINTIFF MICHAEL L.
BUESGENS.

8. AND PLAINTIFF MICHAEL L BUESGENS
CIVIL ACTION NO. 1:2006 CV 01964 RBW
**IS THE RESULT OF** SHELLEY
BUSH MARMON

A. FIDUCIARY DUTY **FAILURES**
B. MISREPRESENTATIONS TO THE COURTS
C. MISCONDUCT
D. PERJURY
E. BAD FAITH ACTIONS

6

1: 2006 CV 01964 RBW

9. AND PLAINTIFF MICHAEL L BUESGENS CIVIL ACTION AGAINST THE **STATE BAR OF TEXAS** IS BECAUSE OF:

A. THEIR **FAILURE** TO ENFORCE DISCIPLINARY PROCEDURES AGAINST BANKRUPTCY ATTORNEY SHELLEY BUSH MARMON

10. **AND** BUESGENS CIVIL ACTION AGAINST CRADY JEWETT & McCULLEY, LLP IS FOR

A. THEIR **VICARIOUS LIABILITY** AND RESPONSIBILITY FOR THEIR PARTNER

B BANKRUPTCY ATTORNEY **SHELLEY BUSH MARMON**-

7

1: 2006 CV O 1964 RBW
SHELLEY BUSH MARION, ET. AL

11. AND PLAINTIFF MICHAEL L. BUESGENS FILED SUIT IN U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

BECAUSE OF THE **BIAS AND PREJUDICE** OF THE **COURTS** IN **TEXAS** AND **THE FIFTH CIRCUIT** AGAINST PRO SE MICHAEL L BUESGENS

12. AND A **LARGE** NUMBER OF INHABITANTS WITH

A. POLITICAL CONNECTIONS AND

B. MONEY

C. HAVE AN INTEREST ADVERSE TO MICHAEL L BUESGENS COMPLAINTS

8

1: 2006 CV 01964 RBW

13. PLAINTIFF MICHAEL L BUESGENS CIVIL ACTION FILINGS AT U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA **IS AN ATTEMPT**

TO GUARANTEE A **FAIR** AND **IMPARTIAL TRIAL** BASED ON THE MERITS AND **FREE FROM**:

14. THE BIAS AND PREJUDICE OF
A. CITY OF AUSTIN, TEXAS
B. TRAVIS COUNTY
C. STATE OF TEXAS
D. FIFTH CIRCUIT

15. THE POLITICALLY CONNECTED ATTORNEYS AND LAW FIRMS WHO VIOLATE HOUSING AND EMPLOYMENT DISCRIMINATION STATUTES AND RULES WITH IMPUNITY.

9

1:2006CV01964 RBW
AND
U.S. COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA
APPEAL NO. 06-5314
ARE RELATED

16 THERE ARE NUMEROUS
WITNESSES IN TEXAS THAT
COULD SUPPORT MICHAEL L.
BUESGENS COMPLAINTS AND
CIVIL ACTIONS

BUT WILL NOT COME FORWARD
BECAUSE OF THE POLITICS
AND MONEY THAT RULE THE
STATE OF TEXAS

17. MEGAN M. GOERES - TENANT-
WITNESS FOR SHELLEY BUSH
MARMON, ATTORNEY
RECEIVED AN ECONOMIC
BENEFIT FOR HER TESTIMONY
AT TRIAL AGAINST BUESGENS

10

1:2006 CV 01964 RBW

18. MEGAN M. GOERES
ECONOMIC BENEFITS
CAME FROM
REAL ESTATE DEVELOPERS

A. FALCON APARTMENTS OF AUSTIN
I, INC

B. GENERAL PARTNERS AND OWNERS
ARNOLD C. TAUCH
C. JACK C. MOSS
D. KYLE D. TAUCH

5225 KATY FREEWAY
SUITE 530
HOUSTON, TEXAS 77007-2251

19. AND FROM
GREP GENERAL PARTNER, LLC
AND
A. GREYSTAR MANAGEMENT SERVICES, LP

B. DELAWARE CORPORATIONS

11

1:2006 CV01964 RBW

20. BANKRUPTCY ATTORNEY
SHELLEY BUSH MARMON **ET.AL.**

A. HAS MADE A **GENERAL APPEARANCE**
IN THIS CIVIC ACTION

B. **BY REFERENCE** SEE PLAINTIFF
MICHAEL L BUESGENS ORIGINAL
COMPLAINT

21. DECLARATION OF Michael L Buesgens

PURSUANT TO 28 USC SECTION 1746

I DECLARE UNDER PENALTY OF
PERJURY THAT THE FOREGOING
IS TRUE

EXECUTED ON THIS 8TH DAY OF
JANUARY, 2007

Michael L Buesgens
MICHAEL L. BUESGENS

12

1: 2006 CV 01964 RBW

SHELLEY BUSH MARMON, ATTORNEY

RESPECTFULLY SUBMITTED

*Michael L Buesgens*

MICHAEL L BUESGENS

PLAINTIFF

JANUARY 8TH, 2006

## 22. CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY OF THIS NOTICE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA FOR THE APPEARANCE OF BANKRUPTCY ATTORNEY SHELLEY BUSH MARMON WAS SERVED BY FIRST CLASS MAIL ON THIS 8TH DAY OF JANUARY, 2007

13

1:2006 CV 01964 RBW

# SHELLEY BUSH MARMON
# BANKRUPTCY ATTORNEY

## ADDRESSED TO:

SHELLEY BUSH MARMON
CRADY, JEWETT & McCULLEY
2727 ALLEN PARKWAY #1700
HOUSTON, TEXAS   77019-2125

PHONE: 713-739-7007
FAX: 713-739-8903

✓ WITH A COPY OF THE ORIGINAL
COMPLAINT FILED ON 11/15/2006

MICHAEL L. BUESGENS
EXTENDED STAY AMERICA
3112 WINDSOR RD #A322
AUSTIN TEXAS  78703
512-339-6005 X 7958
MIKE BUESGENS@HOTMAIL.COM

14

# CRADY, JEWETT & McCULLEY, L.L.P.

LAWYERS
2727 ALLEN PARKWAY
SUITE 1700
HOUSTON, TEXAS 77019-2125
(713) 739-7007
FAX (713) 739-8403
*www.cjmlaw.com*

SHELLEY B. MARMON
PARTNER
E-mail: samarmon@cjmlaw.com

January 2, 2007

**Via Federal Express Overnight**
U.S. District Clerk's Office
200 West 8th Street, Room 130
Austin, Texas 78701

Re:    Case No. A:06-CA-967; *Michael L. Buesgens, Plaintiff, v. United States of America, et. al.*; In the United States District Court for the Western District of Texas, Austin Division

*1:2006 CV 01964 RBW D.C.*

Dear U.S. District Clerk:

Enclosed please find the original and one copy of the following documents for filing with this Court:

1.    Megan Goeres' Motion to Dismiss, Motion for Sanctions and Original Answer;
2.    proposed Order of Dismissal; and
3.    proposed Order Granting Megan Goeres' Motion for Sanctions.

Please file stamp and return the extra copy to us in the enclosed self addressed, stamped envelope. Thank you for your assistance with this filing.

Very truly yours,

Shelley Bush Marmon

*BANKRUPTCY ATTORNEY*

Enclosures

::ODMA\PCDOCS\CJM\97204\1  (F046.12)

U.S. District Clerk's Office
January 2, 2007
Page: 2

cc:   **Via Certified Mail, R.R.R.**
      **# 7160 3901 9849 4243 4653**
      Michael L. Buesgens
      3112 Windsor Road, #A322
      Austin, Texas 78703

      **Via Certified Mail, R.R.R.**
      **# 7160 3901 9849 4243 4660**
      Karen Melnik
      United States Attorney's Office
      Civil Division
      555 4th Street, N.W.
      Washington, D.C. 20530

BANKRUPTCY # 06-11164 FRM
              06-01248 FRM

MEGAN GOEKES - TENANT
FALCON RIDGE APARTMENTS
PERJURED TESTIMONY
AT TRIAL
CASE NO 041509    1/26/06
AND
CAUSE NO. C-1-CV-06-000678
              06/16/06

HUD # 06-06-293-8
      12/28/05

::ODMA\PCDOCS\CJM\97204\1 (F046.12)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MICHAEL L. BUESGENS, §
§
Plaintiff, §
§
V. §  Case No. A:06-CA-967
§
UNITED STATES OF AMERICA,  et. al. §
§
Defendants §

*[handwritten: HUD #06-06-293-8   12/28/05   FALCON RIDGE APARTMENT]*

## TENANT MEGAN GOERES' MOTION TO DISMISS, APT 1033
### MOTION FOR SANCTIONS and ORIGINAL ANSWER

COMES NOW, Megan Goeres ("Goeres") and files this Motion to Dismiss for Failure to State a Claim pursuant to Rule 12(b)(6), Motion for Sanctions and subject to the Motion to Dismiss, her Original Answer and would respectfully show as follows:

### Motion to Dismiss for Failure to State a Claim

Plaintiff has failed to allege any statutory or common law basis for any claim against Goeres.   Other than listing Goeres' name in the list of party defendants in the caption of the complaint, Plaintiff fails to mention Megan Goeres in any single statement within the fifty-six pages which comprise the Complaint.  Plaintiff fails to make a single factual allegations which names Goeres and makes no legal claims which involve any facts alleged against Goeres.  Goeres submits that the Complaint has been filed and served upon her as an act of harassment in violation of Rule 11 and not for any legitimate purpose.

## Motion for Sanctions

Plaintiff has repeatedly attempted to add Goeres to cases before this Court[1] each of which efforts has been repeatedly denied. Plaintiff has added Goeres to the instant action solely for the purpose of harassment in violation of Rule 11. Plaintiff has failed to include any statement, allegation or claim against Goeres in the Complaint yet has persisted in serving Goeres with a summons and complaint in this case. On September 5, 2006, Goeres, along with other individuals and firms listed as defendants in the instant case, demanded that Plaintiff refrain from pursuing the complaint against her. A true and correct copy of the letter to Plaintiff is attached hereto as Exhibit "A," along with proof of service of such letter.

Goeres has complied with Rule 26 in terms of giving notice to Plaintiff that she would seek sanctions if he persisted in pursuing claims for which he has failed to state a basis upon which relief could be granted. Plaintiff has recently filed a Motion for Default against Goeres, apparently disregarding the letter of September 5, 2006. Goeres requests that Plaintiff's motion for default be denied and that complaint against her be stricken. Goeres further requests that, as sanctions, Plaintiff be barred from filing similar claims against her without express written permission of this Court. Plaintiff has demonstrated a pattern of disregarding court orders in other cases before this Court and Goeres does not believe any lesser sanctions would be efficacious.



---

[1] Goeres refers the Court to Case No. 06-CV-0226 in which Plaintiff repeatedly attempted to add Goeres as a Defendant to a fair housing complaint case against Plaintiff's landlord. The Court denied each attempt. In the Interim Report and Recommendation dated November 8, 2006 [Docket # 79], at page 7, Magistrate Pittman recognized that Goeres may be a witness to facts concerning such claims but that she should not be added as a party Defendant.

## Answer

1.     Goeres denies all of the allegations contained in paragraphs 1 through 82. None of the allegations contained within any of these paragraphs mentions or relates to Goeres.

2.     Paragraphs 1 through 18 appear to relate to Plaintiff's claims arising out of his employment and termination from the Internal Revenue Service. Goeres denies all of the allegations contained in Paragraphs 1 through 18 of Plaintiff's Complaint.

3.     Paragraphs 19 through 29 appear to relate to vague allegations of connections to a person named Rudolfo Lizcano. Goeres denies all of the allegations contained in Paragraphs 19 through 29 of Plaintiff's Complaint..

4.     Paragraphs 30 through 39 appear to relate to Plaintiff's claims relating to eviction from the Falcon Ridge Apartments in Austin, Texas. Goeres denies all of the allegations contained in Paragraphs 30 through 39 of Plaintiff's Complaint.

5.     Paragraphs 40 through 47 appear to relate to Plaintiff's claims arising out of administrative proceedings relating to his employment. Goeres denies all of the allegations contained in Paragraphs 40 through 47 of Plaintiff's Complaint.

6.     Paragraphs 48 through 51 relate to Plaintiff's allegations concerning corporate charters and possible forfeitures thereof. Goeres denies all of the allegations contained in Paragraphs 48 through 51 of Plaintiff's Complaint.

7.     Paragraphs 52 through 61 relate to Plaintiff's allegations concerning alleged wrongdoing by the Austin Apartment Association. Goeres denies all of the allegations contained in Paragraphs 52 through 61 of Plaintiff's Complaint.

8.     Paragraphs 62 through 80 consist of a list of alleged injuries sustained by Plaintiff. Goeres specifically denies that Plaintiff has suffered any such injuries and

specifically denies any liability for any injuries claimed by Plaintiff. Goeres denies all of the allegations contained in Paragraphs 62 through 80 of Plaintiff's Complaint.

9.   Paragraph 81 appears to relate to claims by Plaintiff against various employees of his insurance company. Goeres denies all of the allegations contained in Paragraphs 81 of Plaintiff's Complaint.

10.   Paragraph 82 appears to re-allege and reincorporate other vague allegations and attempts to draw connections and allege proximate cause. Goeres denies the allegations in Paragraph 82 of Plaintiff's Complaint.

11.   Paragraphs 83 through 90 appear to relate again to Rudolfo Lizcano. Goeres specifically denies any knowledge of any facts concerning Rudolfo Lizcano. Goeres denies all of the allegations contained in Paragraphs 83 through 90 of Plaintiff's Complaint.

12.   On pages 44 and 45, Plaintiff lists a number of parties he believes should be named in the suit, but does not apparently include them as defendants. No response is required of Goeres to the allegations contained on pages 44 through 45.

13.   Pages 46 through 48 contain allegations of jurisdiction. Goeres denies that Plaintiff has stated a claim against Goeres that arises under any federal statute and therefore denies that this Court has jurisdiction over any claims against this Goeres.

WHEREFORE PREMISES CONSIDERED, Goeres prays that the Complaint be dismissed as to Goeres, that Plaintiff be sanctioned and barred from filing any additional pleadings naming Goeres without specific written permission from this Court, that all claims against Goeres be denied in all respects and that the Court enter such other and further orders to which Goeres may show herself to be justly entitled.

Respectfully submitted,

ARMBRUST & BROWN

Gregory S. Cagle
State Bar Number 24003678
100 Congress Avenue, Suite 1300
Austin, Texas 78701
Phone: (512) 435-2300
Facsimile: (512) 435-2360


CRADY, JEWETT & McCULLEY, LLP

Shelley Bush Marmon
State Bar Number 034907050
2727 Allen Parkway, Suite 1700
Houston, Texas 77019
Phone: (713) 739-7007
Facsimile: (713) 739-8403

**ATTORNEYS FOR MEGAN GOERES**


## CERTIFICATE OF SERVICE

I do hereby certify that on this 2nd day of January, 2007 a true and correct copy of the foregoing document was mailed via Regular U.S. Mail and/or U.S. Certified Mail, Return Receipt Requested, as follows:

**Michael L. Buesgens**
**3112 Windsor Road, #A322**
**Austin, Texas 78703**

**Karen Melnik**
**United States Attorney's Office**
**Civil Division**
**555 4th Street, N.W.**
**Washington, D.C. 20530**

Gregory S. Cagle

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL L. BUESGENS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Case No. A:06-CA-967 |
| | § | |
| UNITED STATES OF AMERICA,  et. al. | § | |
| | § | |
| Defendants | § | |

## ORDER OF DISMISSAL

On this day, the Court considered Defendant Megan Goeres' Motion to Dismiss. The Court finds that all matters in dispute between Plaintiff and Defendant have been fully and finally compromised and settled.

IT IS THEREFORE ORDERED that all claims asserted by Plaintiff, Michael L. Buesgens, against Defendant, Megan Goeres are dismissed with prejudice to the refiling of the same.

Signed this _____ day of _____, 2007.

_____
HONORABLE JUDGE PRESIDING

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL L. BUESGENS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Case No. A:06-CA-967 |
| | § | |
| UNITED STATES OF AMERICA,  et. al. | § | |
| | § | |
| Defendants | § | |

## ORDER GRANTING MEGAN GOERES' MOTION FOR SANCTIONS

On this day, the Court considered Defendant Megan Goeres' Motion for Sanctions and the Court finds the motion meritorious and should be GRANTED. It is therefore,

ORDERED that Defendant Megan Goeres' Motion for Sanctions Against Plaintiff, Michael L. Buesgens is GRANTED and Michael L. Buesgens is prohibited from filing any pleading with this Court without first obtaining written permission from the Chief Judge of this district, except any responsive pleading in an active case now pending before this Court.

Signed this _____ day of _____, 2007.

_____
HONORABLE JUDGE PRESIDING

::ODMA\PCDOCS\CJM\97253\1  (F046.12)

## CRADY, JEWETT & McCULLEY, L.L.P.

LAWYERS
2727 ALLEN PARKWAY
SUITE 1700
HOUSTON, TEXAS 77019-2125
(713) 739-7007
FAX (713) 739-8403
*www.cjmlaw.com*

SHELLEY B. MARMON
PARTNER
E-mail: samarmon@cjmlaw.com

November 2, 2006

**Via Federal Express**
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

Re:    MDL Docket No. 1800 – In re Michael L. Buesgens Litigation; In the United
       States of American before the Judicial Panel on Multidistrict Litigation

Dear Clerk of the Panel:

Enclosed for filing with this Panel, please find the original and four copies,
including the required disk, of the following:

1.    Notice of Presentation or Waiver of Oral Argument.

Please file stamp and return one copy to us in the enclosed self addressed,
stamped envelope. A copy has been provided to the Panel Attorney Service List as
required. Thank you for your assistance with this filing; please feel free to contact me if
you have any questions.

Very truly yours,

Shelley Bush Marmon

APPEARANCE

Enclosures

::ODMA\PCDOCS\CJM\91748\1  (F046.12)

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
November 2, 2006
Page: 2

cc:    **Via Certified Mail, R.R.R.**
       **# 7160 3901 9849 4243 5858**
       Michael L. Buesgens
       3112 Windsor Road, #A322
       Austin, Texas 78703

       **Via Certified Mail, R.R.R.**
       **# 7160 3901 9849 4243 5865**
       Ben C. Florey, Jr.
       Law Office of Ben C. Florey, Jr.
       1800 Guadalupe Street
       Austin, Texas 78701

       **Via Certified Mail, R.R.R.**
       **# 7160 3901 9849 4243 5872**
       Derek A. Howard
       Howard & Kobelan
       100 Congress Avenue, Suite 1720
       Austin, Texas 78701

       **Via Certified Mail, R.R.R.**
       **# 7160 3901 9849 4243 5889**
       Karen L. Melnik
       U.S. Attorney's Office
       555 Fourth Street, NW, Room E4112
       Washington, DC 20530

       **Via Certified Mail, R.R.R.**
       **# 7160 3901 9849 4243 5896**
       Barry R. Robinson
       Assistant U.S. Attorney
       816 Congress Avenue, Suite 1000
       Austin, Texas 78701

       **Via Certified Mail, R.R.R.**
       **# 7160 3901 9849 4243 5902**
       Charles E. Brown
       Charles E. Brown, P.C.
       3624 North Hills Drive, Suite B-100
       Austin, Texas 78731

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
November 2, 2006
Page: 3

**Via Certified Mail, R.R.R.**
**# 7160 3901 9849 4243 5919**
William S. Warren
Warren Law Firm
1011 Westlake Drive
Austin, Texas  78746

**Via Certified Mail, R.R.R.**
**# 7160 3901 9849 4243 5926**
Julie M. Wilson
Assistant Counsel
National Treasury Employees Union
1750 H. Street, N.W.
Washington, D.C.  20006

MDL DOCKET NO. 1800

THIS FORM MUST BE RETURNED<br>
TO THE JUDICIAL PANEL NO<br>
LATER THAN <u>NOV. 13, 2006</u>

TO:   Clerk of the Panel
       Judicial Panel on Multidistrict Litigation
       One Columbus Circle, NE
       Thurgood Marshall Federal Judiciary Building
       Room G-255, North Lobby
       Washington, DC 20002-8004

NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

_____      This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

**X**      This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

_____      This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| November 2, 2006 | Shelley B. Marmon | _(signature)_ |
|---|---|---|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) (**list even if waiving**) No. A-06-CA-226LY; In the United States District Court for the Western District of Texas, Austin Division – PARTIES REPRESENTED: Falcon Ridge Apartments, Falcon Apartments of Austin, Ltd., Falcon Apartments of Austin I, Inc., Greystar Property Management, Debi Wehmeier, Mandy Rogers, Amanda Wilson, Greystar Management Services, LP, GREP General Partner. LLC

Case No. 1:06-CV-01558; In the United States District Court for the District of Columbia; PARTIES REPRESENTED: Greystar Management Services, LP, Armbrust R. Brown, LLP, Crady, Jewett & McCulley, LLP, Falcon Apartments of Austin I. Inc., Amanda Wilson-Torres, Megan Goeres, Mandy Rogers, Debi Wehmeier, Charles E. Brown, P.C. and GREP General Partner LLC

Name and Address of Attorney Designated to Present Oral Argument:

**Shelley B. Marmon**
**Crady, Jewett & McCulley, LLP**
**2727 Allen Parkway, Suite 1700**
**Houston, Texas 77019-2125**

Telephone No.:   **(713) 739-7007**

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. ***THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.***

JPML Form 9 (4/01)

## UNITED STATES OF AMERICA
## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **In Re Michael L. Buesgens** | § | |
| | § | **MDL Docket No. 1800** |
| **Litigation** | § | |

### CERTIFICATE OF SERVICE

I, SHELLEY BUSH MARMON, do hereby certify that a true and correct copy of the foregoing Judicial Panel on Multidistrict Litigation NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT has been served in accordance with the Federal Rules of Civil Procedure (via Certified Mail, Return Receipt Requested and/or Facsimile), on the 2nd day of November, 2006, on the persons identified on the attached list.

Shelley Bush Marmon

1

Judicial Panel on Multidistrict Litigation - Panel Attorney Service List

Page 1

Docket: 1800 - In re Michael L. Buesgens Litigation

Status:  Pending on  / /

Transferee District:          Judge:

Printed on 10/03/2006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

Brown, Armbrust R.
Armbrust R. Brown, LLP
100 Congress Avenue
Suite #1300
Austin, TX 78701

=>
  Armbrust R. Brown, LLP

Brown, Charles E
Charles E. Brown, P.C.
3624 North Hills Drive
Suite B-100
Austin, TX 78731

=> Phone: (512) 346-6000  Fax: (512) 346-6005
  Brown, Charles E.

Buesgens, Michael L.
3112 Windsor Road
#A322
Austin, TX 78703

=> Phone: (512) 339-6005  Fax: (512) 339-6099  Email: MikeBuesgens@hotmail.com
  Buesgens, Michael L.*

Faith, Robert A.
GREP General Partner, LLC
11 State Street
Charleston, SC 29401

=>
  GREP General Partner, LLC

Florey, Jr., Ben C.
Law Office Of Ben C. Florey, Jr.
1800 Guadalupe Street
Austin, TX 78701

=> Phone: (512) 479-8600
  Florey, Ben Jr.; Herndon, Charles G.

Goeres, Megan
Falcon Ridge Apartments
500 E. Stassney
Apt. 327
Austin, TX 78745

=>
  Goeres, Megan

Howard, Derek A.
Howard & Kobelan
100 Congress Avenue
Suite 1720
Austin, TX 78701

=> Phone: (512) 480-9300
  Howard, Derek

Jewett, Dunham
Crady, Jewett & McCulley, LLP
2727 Allen Parkway
Suite 1700
Houston, TX 77019

=> Phone: (713) 739-7007  Fax: (713) 739-8403
  Crady, Jewett & McCulley, LLP

Marmon, Shelley Bush
Crady, Jewett & McCulley, LLP
2727 Allen Parkway

=> Phone: (713) 739-7007  Fax: (713) 739-8403
  Falcon Apartments of Austin I, Inc.*; Falcon Apartments of Austin, Ltd.*; Falcon Ridge Apartments*;
  Greystar Management Services, LP*; Greystar Property Management*; Rogers, Mandy*; Wehmeier,

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 1700 | |
| Houston, TX 77019 | Debi*  Wilson, Amanda*; Wilson-Torres, Amanda* |
| | |
| Melnik, Karen L. | => Phone: (202) 307-0338 |
| U.S. Attorney's Office | Abbott, Greg; Auby, Richard R.; Bonilla, Dorienne; Carroll, Mary E.; Collins, Dennis; Commissioner of |
| 555 Fourth Street, NW | the Internal Revenue Service; Department of Health & Human Services; Duderstadt, Katye; Estrada, |
| Room E4112 | Melinda, Federal Labor Relations Authority; Goodey-Doyle, Angelia; Jackson, Alphonso; Krcha, |
| Washington, DC 20530 | Mary-Ellan; Leal, Oscar; Leger, Thomas; Medlock, Anna; Palacios, Daniel; Parker, James; Powell, |
| | Robert E.; Reyes, Victor; Salyards, Michael; Schanhals, Martha; Session, Nancy; Tawney, Donald R.; |
| | Theis, Thomas; United States of America; United States Office of Special Counsel; United States Postal |
| | Service; Vuillermier, Cheryl; Waites, Margeret; Washington, Jr., Charles |
| | |
| Robinson, R. Barry | => Phone: (512) 916-5858  Fax: (512) 916-5854 |
| Assistant U.S. Attorney | Coates, Marcia H.*; Dominguez, Cari M.*; George, J. Russell*; James, Kay Coles*; Snow, John W.* |
| 816 Congress Avenue | |
| Suite 1000 | |
| Austin, TX 78701 | |
| | |
| Warren, III, William S. | => Phone: (512) 347-8777  Fax: (512) 347-7900 |
| Warren Law Firm | Austin Apartment Association* |
| 1011 Westlake Drive | |
| Austin, TX 78746 | |
| | |
| Wilson, Julie M. | => Phone: (202) 572-5500  Fax: (202) 572-5645 |
| Assistant Counsel | Kelley, Colleen M.* |
| National Treasury Employees Union | |
| 1750 H. Street, N.W | |
| Washington, DC 20006 | |

SHELLEY BUSH MARMON
ATTORNEY

● The Falcon Group, a Houston-based development
company, was the first to explore residential territory
on Stassney Lane, between I-35 and South Congress.
The group laid down stakes on old ranchland once
owned by Austin's Goodnight family. The end result --
the upscale Falcon Ridge -- is now 97% leased, mostly
to folks in the high tech industry. "Every developer and
his dog was working in Northwest Austin," explained
Richard Anderson of the Falcon Group, "so we decided
to take a gamble on Stassney, and it's really paid off. It's
just been sheer luck. What you see along I-35 and
Stassney is just a classic example of how the gambling
starts."

AUSTIN, TEXAS

HOUSTON, TEXAS OWNERS
ARNOLD C. TAUCH
JACK C. MOSS
KYLE O. TAUCH

CT
a Wolters Kluwer business

CT
350 North St. Paul Street
Suite 2900
Dallas, TX 75201

214 979 1172 tel
214 754 0921 fax
www.ctlegalsolutions.com

December 29, 2006

Michael L. Buesgens, Pro Se
3112 Windsor Apt. #322,
Austin, TX 78703

Re: Michel L. Buesgens, Pltf. vs. Grep General Partner LLC, et al., Dfts. // To: Unknown -
Multiple entities listed on envelope.
Case No. 12006CV226LYRP

Dear Sir/Madam:

C T Corporation System received the enclosed Motion(s), Amended Final Judgment,
Letter(s), Certificate of Service, Order, Final Judgment, Response, Summons.

Neither the document(s) nor the envelope indicates the specific entity for which the
document(s) is intended. The envelope lists multiple entities instead. Our company is
agent for thousands of companies and cannot determine the party to which the document(s)
is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

Marie-Dominique Sheeter
Process Specialist

Log# 511770747

cc: United States District Court of Western District

    ",
    ., TX .

cc: New York SOP Support

SEE DOCUMENT 210
MOTION FOR NEW TRIAL
1:2006CV226LY-RP
SHELLEY BUSH MARMON
MEGAN M. GOERES

# U.S. Party/Case Index

## All Types Name Search Results

**14 Total Party matches for selection BUESGENS,MICHAEL for ALL COURTS**

**Search Complete**

**Sun Jan 7 13:45:01 2007**

**Selections 1 through 14 (Page 1)**

●Download (1 pages $ 0.00)

## Bankruptcy Cases

| | Name | Court | Case No. | Filed | Chapter |
|---|---|---|---|---|---|
| 1 | BUESGENS, MICHAEL L. | txwbke | 06-01248 | 10/24/2006 | AP |
| | BUESGENS AND TAWNEY | | | | |
| 2 | BUESGENS, MICHAEL L. | txwbke | 06-01248 | 10/24/2006 | AP |
| | BUESGENS AND TAWNEY | | | | |
| 3 | BUESGENS, MICHAEL L. | txwbke | 06-11164 | 07/31/2006 | 7 |
| | DONALD RAY TAWNEY | | | | |

## Civil Cases

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 4 | BUESGENS, MICHAEL L. | txwdce | 1:2006cv00226 | 12/20/2006 | 443 | 12/20/2006 |
| | Buesgens v. Falcon Ridge Apartme, et al | | | | | |
| 5 | BUESGENS, MICHAEL L. | txwdce | 1:2006cv00226 | 12/20/2006 | 443 | 12/20/2006 |
| | Buesgens v. Falcon Ridge Apartme, et al | | | | | |
| 6 | BUESGENS, MICHAEL L. | txwdce | 1:2005cv00243 | 04/29/2005 | 445 | 12/06/2006 |
| | Buesgens v. Snow | | | | | |
| 7 | BUESGENS, MICHAEL L. | txwdce | 1:2006cv00260 | 04/10/2006 | 443 | 05/24/2006 |

*MOL-1800*

Falcon Ridge Apartme v. Buesgens

| 8 | BUESGENS, MICHAEL L. | txwdce | 1:2002cv00526 | 08/20/2002 | 871 | 09/18/2002 |

USA v. Lizcano

| 9 | BUESGENS, MICHAEL L. | txwdce | 5:2006cv00738 | 08/28/2006 | 890 | |

Retzlaff v. Wilson

| 10 | BUESGENS, MICHAEL L. | txwdce | 1:2006cv00967 | 12/08/2006 | 360 | |

Buesgens v. United States of America

| 11 | BUESGENS, MICHAEL L. | dcdce | 1:2006cv01558 | 09/01/2006 | 360 | 11/14/2006 |

BUESGENS v. UNITED STATES OF AMERICA et al

| 12 | BUESGENS, MICHAEL L. | dcdce | 1:2006cv01964 | 11/15/2006 | 440 | |

BUESGENS v. BROWN et al

| 13 | BUESGENS, MICHAEL L. | dcdce | 1:2005cv02334 | 12/05/2005 | 442 | 05/09/2006 |

BUESGENS v. COATES et al

## Appellate Cases

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|------|-------|----------|-------|-----|--------|
| 14 | BUESGENS, MICHAEL L. | dcca | 06-5314 | 10/13/2006 | 2442 | |

BUESGENS, MICHAEL L. vs. COATES, MARCIA H.


# PACER Service Center

## Transaction Receipt

### 01/07/2007 13:45:01

| | | | |
|---|---|---|---|
| **PACER Login:** | mb2760 | **Client Code:** | never |
| **Description:** | All Types srch pg 1 | **Search Criteria:** | BUESGENS,MICHAEL |

| | Billable Pages: | 1 | Cost: | 0.08 |
|---|---|---|---|---|

## U.S. Party/Case Index - Home

**Search:** All Court Types | Appellate | Bankruptcy | Civil | Criminal
**Reports:** Court Code List | Date Range | Courts not on Index | Statistical Reports
**User Options:** Change Client Code | New Login | Billing History | PSC Home Page |
E-Mail PSC | Logout

??? Help

JURY, PROSE-NP, TYPE-L

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:06-cv-01964-RBW

BUESGENS v. BROWN et al
Assigned to: Judge Reggie B. Walton
Cause: 42:1983 Civil Rights Act

Date Filed: 11/15/2006
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**MICHAEL L. BUESGENS**     represented by     **MICHAEL L. BUESGENS**
3112 Windsor Avenue
Apartment A 322
Austin, TX 78745
US
(512) 339-6005 Ext. 7958
Fax: (512) 478-7608
PRO SE

V.

**Defendant**

**CHARLES E. BROWN**
*Attorney, Real Estate Broker,*
*Registered Agent, Member*
*Attorney, HUD Attorney, P.C.*

**Defendant**

**WILLIAM S. WARREN, III**
*Attorney - Member Austin*
*Apartment*

**Defendant**

**DUNHAM JEWETT**
*Managing Partner*

**Defendant**
**HUGH LAWRENCE**
**MCCULLEY**
*Partner*

**Defendant**
**SHELLEY BUSH MARMON**
*Partner, Lead Attorney for MDL 1800*

**Defendant**
**CRADY JEWETT**
**MCULLEY LLP**

**Defendant**
**DAVID B. ARMBRUST**
*Managing Partner*

**Defendant**
**FRANK B. BROWN, IV**
*Partner*

**Defendant**
**GREGORY S. CAGLE**
*Attorney*

**Defendant**
**ARMBRUST & BROWN LLP**

**Defendant**
**WARREN LAW FIRM**

**Defendant**
**MARC ERIC MALINGER**
*Attorney*

**Defendant**

**CHESTER E. BEAVER**
*City Attorney*

**Defendant**
**ANNE L. MORGAN**
*City Attorney*

**Defendant**
**FELIX TARANGO**
*Travis County Attorney*

**Defendant**
**TIMOTHY MASHBURN**
*Attorney*

**Defendant**
**MICHAEL J. POWELL**
*Attorney*

**Defendant**
**GUY J. JOYNER**
*Attorney*

**Defendant**
**RAFAEL EDWARD CRUZ**
*Solicitor General*

**Defendant**
**MAUREEN RAY**
*Attorney*

**Defendant**
**JUDITH TAYLOR**
*Equal Employment Opportunity
Commission Attorney*

**Defendant**
**JENNIFER RANDALL**
*EEOC Attorney*

**Defendant**

**ROBERT B. HARWIN**
*EEOC Attorney*

**Defendant**

**MICHAEL LYNN SALYARDS**
*EEO - Attorney*

**Defendant**

**THOMAS STANTON**
*EEO - Supervisor*

**Defendant**

**KAREN MELNIK**
*Assistant U.S. Attorney*

**Defendant**

**R. BARRY ROBINSON**
*Assistant U.S. Attorney*

**Defendant**

**GERALD CONLEY CARRUTH**
*Assistant U.S. Attorney*

**Defendant**

**STEVEN BOCK BASS**
*Assistant U.S. Attorney*

**Defendant**

**BEN CASTLEMAN FLOREY, JR.,**
*Attorney*

**Defendant**

**DEREK HOWARD HOWARD**
*Attorney*

**Defendant**

**BARBARA A. ATKIN**
*Attorney National Treasury
Employees Union*

### Defendant

**DENNIS SCHNEIDER**
*Attorney National Treasury
Employees Union*

### Defendant

**JAMES PETRUCCI**
*Attorney Federal Labor
Relations Authority*

### Defendant

**TED CRUZ**
*Solicitor General Texas Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2006 | 1 | COMPLAINT against FRANK B. BROWN, IV, GREGORY S. CAGLE, ARMBRUST & BROWN LLP, WARREN LAW FIRM, MARC ERIC MALINGER, CHESTER E. BEAVER, ANNE L. MORGAN, FELIX TARANGO, TIMOTHY MASHBURN, MICHAEL J. POWELL, GUY J. JOYNER, RAFAEL EDWARD CRUZ, MAUREEN RAY, JUDITH TAYLOR, JENNIFER RANDALL, ROBERT B. HARWIN, MICHAEL LYNN SALYARDS, THOMAS STANTON, KAREN MELNIK, R. BARRY ROBINSON, GERALD CONLEY CARRUTH, STEVEN BOCK BASS, BEN CASTLEMAN FLOREY, JR, DEREK HOWARD HOWARD, BARBARA A. ATKIN, DENNIS SCHNEIDER, JAMES PETRUCCI, TED CRUZ, CHARLES E. BROWN, WILLIAM S. WARREN, III, DUNHAM JEWETT, HUGH LAWRENCE MCCULLEY, SHELLEY BUSH MARMON, CRADY JEWETT MCCULLEY LLP, DAVID B. ARMBRUST ( Filing fee $ 350 receipt number 4616000271.)filed by MICHAEL L. BUESGENS. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit)(td, ) (Entered: 11/21/2006) |

| 11/15/2006 | 2 | NOTICE OF RELATED CASE by MICHAEL L. BUESGENS. Case related to Case No. 06-260CY U.S. District Court for the Western District of Texas, Austin Division. (td, ) (Entered: 11/21/2006) |
| 11/15/2006 | | Summons (44)issued as to FRANK B. BROWN, IV, GREGORY S. CAGLE, ARMBRUST & BROWN LLP, WARREN LAW FIRM, MARC ERIC MALINGER, CHESTER E. BEAVER, ANNE L. MORGAN, FELIX TARANGO, TIMOTHY MASHBURN, MICHAEL J. POWELL, GUY J. JOYNER, RAFAEL EDWARD CRUZ, MAUREEN RAY, JUDITH TAYLOR, JENNIFER RANDALL, ROBERT B. HARWIN, MICHAEL LYNN SALYARDS, THOMAS STANTON, KAREN MELNIK, R. BARRY ROBINSON, GERALD CONLEY CARRUTH, STEVEN BOCK BASS, BEN CASTLEMAN FLOREY, JR, DEREK HOWARD HOWARD, BARBARA A. ATKIN, DENNIS SCHNEIDER, JAMES PETRUCCI, TED CRUZ, CHARLES E. BROWN, WILLIAM S. WARREN, III, DUNHAM JEWETT, HUGH LAWRENCE MCCULLEY, SHELLEY BUSH MARMON, CRADY JEWETT MCULLEY LLP, DAVID B. ARMBRUST. (td, ) (Entered: 11/21/2006) |
| 12/19/2006 | 3 | NOTICE by MICHAEL L. BUESGENS (td, ) (Entered: 01/04/2007) |

# PACER Service Center

## Transaction Receipt

### 01/07/2007 14:50:37

| PACER Login: | mb2760 | Client Code: | never |
| Description: | Docket Report | Search Criteria: | 1:06-cv-01964-RBW |
| Billable Pages: | 2 | Cost: | 0.16 |