AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MICHAEL L. BUESGENS

V.

CHARLES E. BROWN, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV01964

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 11/15/2006

TO: (Name and address of Defendant)

CHARLES E. BROWN
ATTORNEY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

MICHAEL L. BUESGENS
3112 WINDSOR ROAD
# A322
AUSTIN, TEXAS 78703

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

NOV 15 2006
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2/28/07 |
| NAME OF SERVER (PRINT)  MIKE TECHOW | TITLE  2:00 P.M |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 3624 N. HILLS DR B100
AUSTIN, TX 78731-3242

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/28/07      _____
                           Signature of Server

PRACTICAL PROCESS SOLUTIONS
809 NUECES
AUSTIN, TX 78701

Address of Server

RECEIVED
MAR 5 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.