RECEIVED

MAR - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 CONSTITUTION AVE, NW
WASHINGTON, DC 20001

MICHAEL L. BUESGENS
PLAINTIFF

V.

CHARLES ENOS BROWN
ATTORNEY
AND
SHELLEY BUSH MARMON
ATTORNEY
AND
JOHN NEAL, ATTORNEY
DIRECTOR
STATE BAR OF TEXAS,
DEFENDANTS, ET.AL.

CIVIL
NO.
1:06CV
01964
RBW

PLAINTIFF MICHAEL L BUESGENS
NOTICE TO THIS COURT
THAT THE FOREGOING ARE
NOT COOPERATING FOR SERVICE

CIVIL NO. 1:0 CV01964RBW

OF COMPLAINT IN THIS CIVIL
LITIGATION

I.    FOR EXAMPLE
       PLAINTIFF BUESGENS SENT
1.   SHELLEY BUSH MARMON
     THE COMPLAINT BASED
     ON HER APPEARANCE

           AND
NOW ALL SHE DOES IS COMPLAIN
ABOUT THE COMPLAINT AND
THAT SHE IS INNOCENT
            AND
     FEELS HARASSED
SEE HER FILINGS IN
CASE NO. 1:06CV00967LY
SEE EXHIBIT
DOCUMENT 44
     FILED : 03/01/2007

           AND

           2

2. JOHN NEAL
ATTORNEY DIRECTOR
STATE BAR OF TEXAS
SAYS
HE DOESN'T HAVE ANYTHING
TO DO WITH THE STATE
BAR OF TEXAS AND THAT
ALL HE IS THE

CHIEF DISCIPLINARY COUNSEL
WHERE PLAINTIFF BUESGENS
FILED HIS COMPLAINTS
AGAINST THE ATTORNEYS
IN
2006
AND
MR. NEAL TOOK NO ACTION
ON THE COMPLAINTS
AND
DISMISSED THEM AS GARBAGE
BENEATH
HIS DIGNITY
TO RELATE TO
AND

3

CIVIL NO. 1:06CV01964RBW

3. CHARLES EADS BROWN, ATTORNEY
   A. REAL ESTATE BROKER
   B. HUD-FHA REPRESENTATIVE
   C. EVICTION SPECIALIST
   D. BOARD CERTIFIED RESIDENTIAL
      AND COMMERCIAL REAL ESTATE

**WAS SERVED**
**SUMMONS**

PROBABLY DOESN'T FEEL LIKE
HE SHOULD HAVE TO KNOW
ANYTHING ABOUT THIS

DESPITE THE **FACT** THAT
THE **ENTIRE MESS BEGAN**
**WITH HIM.**

4.   DO THESE ATTORNEYS HAVE
PROFESSIONAL LIABILITY
           INSURANCE ?

5.   DOES ANYONE KNOW ?

4

CIVIL ACTION 1:06CV01964RBW

II    ALL OF THE ATTORNEYS-
LAW FIRMS    ET. AL.
ARE VERY MUCH AWARE
OF THIS COMPLAINT CASE
NO. 1:06CV01964 RBW
AND

1.  NONE WILL COME FORWARD
TO ANSWER THE COMPLAINT

2   PLAINTIFF MICHAEL L.
BUESGENS HAS SENT
NUMEROUS DOCUMENTS,
COURT FILINGS ETC.

3   THROUGHOUT THE YEAR
2006.

4   ALL THE AND ATTORNEYS AND
LAW FIRMS AND STATE BAR
OF TEXAS KNOW WHAT
THE CENTRAL ISSUES ARE.

5

CIVIL NO.   1:06CV01964 RBW

5   MOREOVER THEY HAVE **EVIDENCE** AND **FACTS** THAT WOULD SUPPORT PLAINTIFF MICHAEL L BUESGENS COMPLAINTS IN **ALL FORUMS**.

6   **GENUINE MATERIAL FACTS** THAT WOULD **DECISIVELY WIN** THE LITIGATION FOR PLAINTIFF BUESGENS.

7   **SEE THE ACTIONS**
CASE NO.   041509
CAUSE NO.   C-1-CV-06-000678
HUD NO.   06-06-293-8
D-1-GN-06-000262
CASE NO.   06-1507
APPEAL NO.   03-06-00614 CV
CIVIL NO.   1:06 CV 260 LY
CIVIL NO.   1:06 CV 226 LY-RP
CIVIL NO.   3:06 CV00043 KI

6

CIVIL NO.    1:06CV01558RcL
CIVIL NO.    1:06CV00967LY-RP
CIVIL NO.    1:0 CV02334RcL
CIVIL NO.    1:05CV2435S

AND
FIFTH CIRCUIT APPEALS
D.C. CIRCUIT APPEALS

8    ALL OF THESE ATTORNEYS ARE OFFICERS OF THE COURT

9    BUT THEY DON'T HAVE ANY INTEREST IN JUSTICE.

10    THE ATTORNEYS HAVE CONCEALED EVIDENCE

11.    SUBPORNED PERJURY

12    PAID FOR JUSTICE

13    MISLEAD THE COURTS

7

14 MISREPRESENTED PLAINTIFF
MICHAEL L BUESGENS
CLAIMS.

15 PROVIDED UNSOLICITATED
MISLEADING **LEGAL ADVICE**
TO BUESGENS - **PRO SE**
WITH **WILLFUL INTENT TO**

A.    **DECEIVE**
AND
B. **LIMIT** BUESGENS LEGAL
RIGHTS AND REMEDIES

16 THE CASE FILINGS    ALL
THE FOREGOING CIVIL ACTIONS
**CONTAINS EVIDENCE** OF

THEIR WRONGDOING

8

CIVIL NO. 1:06CV01964 RBW

RESPECTFULLY SUBMITTED

Michael Buergens
MICHAEL L BUESGENS
MARCH 5, 2007

# III CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE
COPY OF THE FOREGOING
NOTICE TO THIS COURT
WAS SERVED BY FIRST
CLASS MAIL ON THIS 6TH DAY
OF MARCH 2007
ADDRESSED TO:

1.   MEGAN MONIQUE GOERES
     1900 MELISSA OAKS LANE
     AUSTIN, TEXAS   78744

9

CIVIL NO. 1:06CV01964RBW

2
3
SCOTT GOERES GALLOWAY
PATRICIA GOERES GALLOWAY
1875 DEANA DRIVE
WEST LINN, OREGON 97068

4
5
6
SITELLEY BUSH MARNON
DUN HAM JEWETT
CRADY, JEWETT & McCULLEY
LLP,
2727 ALLEN PARKWAY #1700
HOUSTON, TEXAS    77019

7
CHARLES EADS BROWN
3624 NORTH HILLS DRIVE
B-100
AUSTIN, TEXAS    78731

8
JOHN NEAL - STATE BAR OF TEXAS
6300 LA CALMA   SUITE 300
AUSTIN TEXAS   78752
512-453-5535

10

CIVIL NO. 1:06CV01964RBW)

Michael L Buesgens
MICHAEL L BUESGENS
EXTENDED STAY AMERICA
3112 WINDSOR RD
#A322
AUSTIN, TEXAS 78703
512-339-6005 X 7958
MIKEBUESGENS@HOTMAIL.COM

11

CIVIL NO. 1:06CV01964 RBW

# EXHIBITS

1. SERVICE OF SUMMONS
   ON THE
   KING PIN

2. SHELLEY BUSH MARMON
   DOCUMENT 44
   FILED : 03/01/2007
   1:06 CV 00967 LY

SHELLEY BUSH MARMON
IS GOING TO LOSE HER
BAR CARD
AND
SHE CLAIMS SHE IS
DEFENDING EVERYONE
BUT
HERSELF

12

CIVIL NO. 1:06 CV01964 RBW

3. DOCUMENT 41   1:06CV00967LY
FILED 03/01/2007
SHELLEY BUSH MARMON
DEFICIENCY NOTICE

THIS IS THE ONLY DEFICIENCY
SHELLEY BUSH MARMON
BANKRUPTCY ATTORNEY
WILL EVER
ADMIT TO
EVEN TO HERSELF —
A BOTTOMLESS PIT

4. DOCUMENT 38
FILED: 02/28/2007
CASE NO.: 1:06CV00967LY

ONE EXAMPLE OF LEGAL
ADVICE FROM SHELLEY
BUSH MARMON TO
PRO SE BUESGENS
THERE ARE MORE

13

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## ~~District of Columbia~~

MICHAEL L. BUESGENS

V.

CHARLES E. BROWN,
ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV01964

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 11/15/2006

TO: (Name and address of Defendant)
CHARLES E. BROWN
ATTORNEY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~PROSE~~ (name and address)
MICHAEL L. BUESGENS
3112 WINDSOR ROAD
# A322
AUSTIN, TEXAS  78703

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

NOV 15 2006
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/28/07 |
| NAME OF SERVER (PRINT) MIKE TECHOW | TITLE 2:00 P.M |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 3624 N. HILLS DR B100 AUSTIN, TX 78731-3242

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2/28/07    _____
                          Signature of Server

                          PRACTICAL PROCESS SOLUTIONS
                          809 NUECES
                          AUSTIN, TX 78701
                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MICHAEL L. BUESGENS,                    §
                                        §
        Plaintiff,                      §
                                        §
V.                                      §        Case No. A:06-CA-967
                                        §
UNITED STATES OF AMERICA,   et. al.     §
                                        §
        Defendants                      §

## MEMORANDUM IN SUPPORT OF MOTION FOR SANCTIONS AND SUPPLEMENTAL MOTION FOR SANCTIONS

COMES NOW Counsel for Megan Goeres and files this Memorandum in Support of Sanctions against Michael Buesgens pursuant to Fed. R. Civ P. 11 and 29 U.S.C. § 1651.

### SUMMARY OF RELIEF REQUESTED

1. Counsel for Megan Goeres seeks an order preventing Michael Buesgens from filing further pleadings and other papers in this District unless he is a named defendant or a respondent to a motion.

2. Under the guise of a *pro se* litigant, Buesgens, has filled this Court's files with frivolous and sanctionable pleadings. He has been abusive to opponents, counsel and court staff. He has continued this practice in the Bankruptcy Court for this District as well as the district and appellate courts for the District of Columbia, the United States Court of Appeals for the Fifth Circuit and most recently the district court for the District of Oregon. This abuse of the court process must be stopped.

#102219

## THE LEGAL STANDARD

3. The Fifth Circuit has approved the imposition of pleadings limitations against vexatious litigants. *Vinson v. Heckmann*, 940 F.2d 114 (5th Cir. 1991). This prohibition has been expressly applied when the vexatious litigant claims or demonstrates an inability to pay monetary sanctions. As the Fifth Circuit stated in 1990:

> Like any other pastime, recreational litigation has its price; such sanctions as this are imposed for the very purpose of causing the would be pro se prisoner litigant, with time on his hands and a disposition to retaliate against the system, to think twice before cluttering our dockets with frivolous or philosophical litigation.

*Gelabert v. Lynaugh*, 894 F.2d 746, 748 (5th Cir. 1990).

4. "The equity power of a court to give injunctive relief against vexatious litigations is an ancient one which has been codified in the All Writs Statute." *In re Hartford Textile Corp.*, 681 F.2d 895 (2d Cir. 1982). "The traditional standards for injunctive relief, i.e. irreparable injury and inadequate remedy at law, do not apply to the issuance of an injunction against a vexatious litigant." *In re Martin-Trionga*, 737 F.2d 1254 (2d Cir. 1984). Vexatious litigation cannot be countenanced even if the litigant has a "subjective conviction that he has suffered an unremedied injury." *Saffir v. United States Lines, Inc.*, 892 F.2d 19, 23 (2d Cir. 1986).

5. Litigants like Buesgens "forfeit their right to the full panoply of procedures available in the conduct of normal litigation." *In re Martin-Trionga*, 9 F.3d 226 (2d Cir. 1993). That this Court can enforce such a forfeiture is without doubt.

> Under 28 U.S.C. § 1651, if a party has demonstrated a pattern of frivolous, repetitious, and harassing litigation, a District Court is authorized to enjoin, *sua sponte*, the party from filing further papers in support of a frivolous claim. There is no constitutional right to prosecute frivolous issues or to file and prosecute motions designed to obstruct justice. See *Gordon v. U.S. Dept. of Justice*, 558 F.2d 618 (1st Cir. 1977); *In re Martin-Trionga*, 737 F.2d 1254, 1261-62 (2d Cir. 1984); *Urban v. United Nations*, 768 F.2d 1497, 1500 (D.C. Cir. 1985).

#102219

*In re Moody*, 105 B.R. 368, 370 (S.D. Tex. 1989).

## REQUESTED RELIEF

6. Mr. Buesgens has no legitimate claim against Megan Goeres. or any other party named in this case. The rambling pleadings filed thus far in this case completely fail to demonstrate any claim. Mr. Buesgens has continued a pattern of harassment against Ms. Goeres, her family and her counsel throughout his parade of litigation filings, beginning with other cases before this Court which have been dismissed. *See Buesgens v. Falcon Ridge*, Case No. A:06-CV-00226.

7. Mr. Buesgens has repeatedly attempted to direct his legal wrangling against Ms. Goeres. When not permitted to join her as a party defendant in other cases, he proceeded to file a new case in which to name her individually and filed it in the District of Columbia. The case has since been transferred to this Court. In this case, Mr. Buesgens has listed 44 defendants, yet has only served process upon her.

8. Most egregiously, Mr. Buesgens has somehow learned the names and titles of Ms. Goeres' supervisors and faxed complaints about her to her place of employment, (*See* Exhibit to Supplemental Motion for Sanctions) even though she has appeared and answered in this case and is represented by counsel. In a continued effort to harass Ms. Goeres, Mr. Buesgens has filed yet another suit in federal district court against her stepfather, Scott Galloway. *See Buesgens v. Galloway,* Case No.1:07-cv-00043, in the United States District Court for the District of Oregon. Mr. Buesgens has also filed "complaints" with Mr. Galloway's employer and has contacted the management of that Company in an effort to further harass Mr. Galloway.

#102219

9. Along with this pattern of harassment, Mr. Buesgens has apparently delved into the backgrounds and personal information of virtually every person associated with this case, including all of the judges, lawyers, insurance representatives and owners of corporate entities. As purported exhibits to pleadings filed, Mr. Buesgens attaches database reports listing detailed information about real property owned by these persons, the names of their spouses and the value of such real property. Clearly this information is not relevant and has been filed with sham pleadings for the sole purpose of frightening, harassing or irritating the parties and their counsel. Mr. Buesgens continues to mail these purported pleadings, with attachments, to a wide spectrum of addressees including various counsel in this case at their home addresses, at the addresses of other property which they happen to own, to the home addresses of parties who are represented by counsel and to officials who have no interest in this case.

10. Mr. Buesgens has had his opportunity to raise and prosecute claims for housing discrimination. His case was dismissed for his failure to comply with court orders. The defendant in that case has a judgment against Mr. Buesgens for costs associated with an underlying state court suit, which judgment remains unsatisfied. Apparently not satisfied with the outcome of these cases, he has redoubled his efforts with new, and more frivolous pleadings, including most recently his request to "remove" the undersigned counsel from "Planet Earth." It is time for repose. We request that the Court bar Mr. Buesgens from filing further pleadings with respect to such matters.

11. Accordingly, Counsel for Megan Goeres requests (i) that Michael Buesgens be barred from filing any further pleading in the United States District Court for the Western District of Texas or the United States Bankruptcy Court for the Western District of Texas

#102219

unless Mr. Buesgens is a named defendant in a complaint or is named a respondent in a

motion, (ii) that the Court sanction Mr. Buesgens as appropriate; and (iii) enter such other

orders to which the parties may show themselves to be justly entitled.

Respectfully submitted,

CRADY, JEWETT & MCCULLEY, LLP

_____/s/ Shelley B. Marmon_____
Shelley Bush Marmon
State Bar Number 034907050
2727 Allen Parkway, Suite 1700
Houston, Texas 77019
Phone: (713) 739-7007
Facsimile: (713) 739-8403

**ATTORNEYS FOR MEGAN GOERES**

### CERTIFICATE OF SERVICE

I do hereby certify that on this 1st day of March, 2007 a true and correct copy of the foregoing document was mailed via Regular U.S. Mail and/or U.S. Certified Mail, Return Receipt Requested, as follows:

Michael L. Buesgens 3112 Windsor Road, #A322 Austin, Texas 78703

Karen Melnik United States Attorney's Office Civil Division, 555 4th Street, N.W. Washington, D.C. 20530

Gregory O'Duden, National Treasury Employees Union, 1750 H Street, N.W., Washington, D.C. 20006-4600

Julie M. Wilson, National Treasury Employees Union, 1750 H Street, N.W., Washington, D.C. 20006-4600

L. Pat Wynns, National Treasury Employees Union, 1750 H Street, N.W., Washington, D.C. 20006-4600.

_____/s/ Shelley B. Marmon_____
Shelley Bush Marmon

#102219

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL L. BUESGENS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Case No. A:06-CA-967 |
| | § | |
| UNITED STATES OF AMERICA, et. al. | § | |
| | § | |
| Defendants | § | |

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on this 1st day of March, 2007 a true and correct copy of the Attachment to Motion to Dismiss, Motion for Sanctions, Document Number 39, was mailed via Regular U.S. Mail and/or U.S. Certified Mail, Return Receipt Requested, as follows: Michael L. Buesgens, 3112 Windsor Road, #A322, Austin, Texas 78703; Karen Melnik, United States Attorney's Office, Civil Division, 555 4th Street, N.W., Washington, D.C. 20530; Gregory O'Duden, National Treasury Employees Union, 1750 H Street, N.W., Washington, D.C. 20006-4600; Julie M. Wilson, National Treasury Employees Union, 1750 H Street, N.W., Washington, D.C. 20006-4600; and L. Pat Wynns, National Treasury Employees Union, 1750 H Street, N.W., Washington, D.C. 20006-4600.

Respectfully submitted,

ARMBRUST & BROWN

_/s/ Shelley B. Marmon_

Gregory S. Cagle
State Bar Number 24003678
100 Congress Avenue, Suite 1300
Austin, Texas 78701
Phone: (512) 435-2300
Facsimile: (512) 435-2360

CRADY, JEWETT & MCCULLEY, LLP

Shelley Bush Marmon
State Bar Number 034907050
2727 Allen Parkway, Suite 1700
Houston, Texas 77019
Phone: (713) 739-7007
Facsimile: (713) 739-8403

CJM / #102275 (F046.12)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MICHAEL L. BUESGENS,                    §
                                        §
            Plaintiff,                   §
                                        §
V.                                      §       Case No. A:06-CA-967
                                        §
UNITED STATES OF AMERICA,  et. al.      §
                                        §
            Defendants                   §

## DEFENDANT'S CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 1st day of March, 2007 a true and
correct copy of the Attachment to Motion to Dismiss, Motion for Sanctions, Document
Number 38, was mailed via Regular U.S. Mail and/or U.S. Certified Mail, Return Receipt
Requested, as follows:  Michael L. Buesgens, 3112 Windsor Road, #A322, Austin,
Texas 78703; Karen Melnik, United States Attorney's Office, Civil Division, 555 4th
Street, N.W., Washington, D.C. 20530; Gregory O'Duden, National Treasury Employees
Union, 1750 H Street, N.W., Washington, D.C. 20006-4600; Julie M. Wilson, National
Treasury Employees Union, 1750 H Street, N.W., Washington, D.C. 20006-4600; and L.
Pat Wynns, National Treasury Employees Union, 1750 H Street, N.W., Washington, D.C.
20006-4600.

Respectfully submitted,

ARMBRUST & BROWN

_/s/ Shelley B. Marmon_
Gregory S. Cagle
State Bar Number 24003678
100 Congress Avenue, Suite 1300
Austin, Texas 78701
Phone:  (512) 435-2300
Facsimile:  (512) 435-2360

CRADY, JEWETT & MCCULLEY, LLP

Shelley Bush Marmon
State Bar Number 034907050
2727 Allen Parkway, Suite 1700
Houston, Texas 77019
Phone:  (713) 739-7007
Facsimile:  (713) 739-8403

CJM / #102273 (F046 12)

## United States District Court
## Western District of Texas
## Austin
## **Deficiency Notice**

| | |
|---|---|
| To: | Marmon, Shelley B. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Thursday, March 01, 2007 |
| Re: | 01:06-CV-00967-LY / Doc # 38 / Filed On: 02/28/2007 03:27 PM CST |

Pursuant to the <u>Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document IMMEDIATELY . When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.

(1) No certificate of service was included in pleading. Please file ONLY the certificate of service in the form of a pleading using the "Certificate of Service" event located under the 'Service of Process' menu.

# United States District Court
## Western District of Texas
### Austin
### Deficiency Notice

| | |
|---|---|
| To: | Marmon, Shelley B. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Thursday, March 01, 2007 |
| Re: | 01:06-CV-00967-LY / Doc # 39 / Filed On: 02/28/2007 03:29 PM CST |

Pursuant to the Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document IMMEDIATELY. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.

(1) No certificate of service was included in pleading. Please file ONLY the certificate of service in the form of a pleading using the "Certificate of Service" event located under the 'Service of Process' menu.

# CRADY, JEWETT & McCULLEY, L.L.P.

LAWYERS
2727 ALLEN PARKWAY
SUITE 1700
HOUSTON, TEXAS 77019-2125
(713) 739-7007
FAX (713) 739-8403
www.cjmlaw.com

SHELLEY B. MARMON
PARTNER
E-mail: samarmon@cjmlaw.com

September 5, 2006

**Via Regular U.S. Mail & Certified Mail,**
**R.R.R. # 7160 3901 9849 4243 0143**
Michael L. Buesgens
Pro Se
3112 Windsor Road, #A322
Austin, Texas 78703

Re:   Cause No. A:06-CA-226 LY; *Michael L. Buesgens v. Falcon Ridge Apartments,*
      *Falcon Apartments of Austin, Ltd., Falcon Apartments of Austin I, Inc., Greystar*
      *Property Management, Debi Wehmeier, Mandy Rogers and Amanda Wilson*; In
      the United States District Court for the Western District of Texas, Austin Division

---

Dear Mr. Buesgens:

    We are in receipt of a document which purports to be a new suit filed against fifty
defendants, including Crady, Jewett & McCulley LLP, Armbrust & Brown LLP, GREP
General Partner, LLC, Greystar Management Services, LP, Falcon Apartments of Austin
I, Inc., Amanda Wilson-Torres, Megan Goeres, Mandy Rogers, and Debi Wehmeier, (the
"Movants").  Your attempt to join the Movants with this myriad of other defendants for
the vague and incoherent allegations and demands regarding proceedings in other courts
and administrative bodies is without legal basis. Further, our firms and the Movants have
no contact with the District of Columbia and all events complained of, to the extent we
can discern your complaints from this pleading, occurred in Texas.   Therefore, the
District Court for the District of Columbia has no personal jurisdiction over our firms or
the Movants.

    If you have not filed this pleading with the court, we demand that you omit our
firms and the Movants from the list of Defendants prior to filing.  To the extent you have
already filed this document, we demand that you immediately file an amended pleading
and refrain from seeking issuance of a summons or service upon our firms or the
Movants. Failure to do so will result in a motion seeking dismissal of the case for lack of
personal jurisdiction, improper venue and failure to state a claim upon which any relief
could be granted.

Mr. Michael Buesgens
September 5, 2006
Page: 2

Along with the motion to dismiss, we will seek sanctions against you including, but not limited to attorneys fees, costs of court and an order from the court barring you from filing any petition, complaint, civil action or other pleading in a federal court without permission of a judge of said court or the United States Court of Appeals for the Fifth Circuit. Such orders are expressly authorized by the courts within the Fifth Circuit and are used to prevent harassing litigation tactics such as the ones you have employed.

Very truly yours,

Shelley Bush Marmon

cc:    Armbrust & Brown LLP
       Jack Moss

::ODMA\PCDOCS\CJM\86648\1  (F046.12)

7140 3901 9847 4243 0143

**TO:** Mr. Michael Buesgens
Pro Se
3112 Windsor Road, #A322
Austin, Texas 78703

**SENDER:** jkb for SAM

**REFERENCE:** F046.12 (#86648)

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | | |
|---|---|---|
| | Postage | |
| | Certified Fee | 2.30 |
| | Return Receipt Fee | 1.75 |
| | Restricted Delivery | |
| | Total Postage & Fees | |

| US Postal Service **Receipt for Certified Mail** No Insurance Coverage Provided Do Not Use for International Mail | POSTMARK OR DATE |
|---|---|

2. Article Number



7140 3901 9847 4243 0143

3. Service Type   CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Add. essed to:

Mr. Michael Buesgens
Pro Se
3112 Windsor Road, #A322
Austin, Texas 78703

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X                                 ☑ Agent
                                   ☐ Addressee

D. Is delivery address different from Item 17   ☐ Yes
If YES, enter delivery address below:          ☑ No

**Reference Information**

F046.12 (#86648)

jkb for SAM

PS Form 3811, January 2005        Domestic Return Receipt