**RECEIVED**

MAR 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 CONSTITUTION AVE, NW
**WASHINGTON, DC 20001**

MICHAEL L BUESGENS
PLAINTIFF

V.

JOHN NEAL, DIRECTOR
STATE BAR OF TEXAS
AND
CHARLES ENOS BROWN
AND
SHELLEY BUSH MARMON
DEFENDANTS
ET.AL.

CIVIL NO.
1:06
CV
01964
RBW

THIS IS PLAINTIFF MICHAEL
L. BUESGENS **NOTICE** TO THIS
COURT OF RELATED **MDL-1800**
AND HIS MOTION FOR DEFAULT
JUDGMENT AGAINST — **NTEU**

CIVIL NO. 1:06CV001964RBW
MDL-1800

SEE MICHAEL L BUESGENS
CERTIFICATE OF SERVICE
NUMBER 1 AND 2
ATTACHED TO
MDL 1800
FILING

RESPECTFULLY SUBMITTED

Michael L Buesgens
MICHAEL L BUESGENS
3112 WINDSOR RD
#A322
AUSTIN, TEXAS 78703

512-339-6005 X 7958

MIKEBUESGENS@HOTMAIL.COM

2

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: MICHAEL L. BUESGENS
LITIGATION
MDL NO. 1800


PLAINTIFF-NTEU MEMBER
MICHAEL L. BUESGENS MOTION
FOR DEFAULT JUDGMENT
AGAINST
NTEU
1. NATIONAL TREASURY EMPLOYEES
UNION
AND

MDL - 1800

2  COLLEEN M. KELLEY, PRESIDENT
NATIONAL TREASURY EMPLOYEES
UNION — **NTEU**
AND

3  BARBRA A. ATKIN, GENERAL
COUNSEL, **NTEU**
AND

4  JULIE M. WILSON, **NTEU**
ATTORNEY,     WASHINGTON, DC
AND

5  DENNIS SCHNEIDER, STAFF
ATTORNEY, **NTEU**, CHAPTER
247, AUSTIN, TEXAS
AND

6  RUSSELL BOKELMAN, **NTEU**
CHIEF STEWARD, CHAPTER **247**
**I.R.S.**
AUSTIN COMPLIANCE CENTER
1821 DIRECTORS BLVD
AUSTIN, TEXAS 78744

2

MDL - 1800

TABLE OF CONTENTS

I    BACKGROUND
     PAGES 6-7

II   EVIDENCE AND FACTS
            AND
        NTEU - COLLEEN M. KELLEY
     PAGES 8-28

III  NATIONAL TREASURY EMPLOYEES
     UNION - NTEU
     WAIVER OF ORAL ARGUMENT
     FOR MDL-1800
        MARCH 29, 2007
        HEARING
     PAGES 29-30

IV   RELIEF REQUESTED
     PAGES 30-35

3

MOL-1800

TABLE OF CONTENTS CONTINUED

V     EVIDENCE AND FACTS
      OF WRONGDOING
      BY MOL-1800
      PLAYERS - PARTIES
      DEFENDANTS
      THERE IS DOCUMENTARY
      AVAILABLE - SEQUENCE OF EVENTS
      PAGE 36

VI    CERTIFICATE OF SERVICE
      NUMBER 1
      PAGES 36-46

VII   MICHAEL L. BUESGENS
      CONTINUING VIOLATIONS
      HOUSING DISCRIMINATION
      ET. AL.
      PAGES 47-53

4

MOL-1800
TABLE OF CONTENTS CONTINUED

VIII    CERTIFICATE OF SERVICE
NUMBER 2
PAGES 54-58

IX    DECLARATION OF MICHAEL
L. BUESGENS
PAGE 59

X    EXHIBITS
PAGES 60-63

# MDL-1800

# I.   BACKGROUND

1. ON FEBRUARY 20 2007 THE NATIONAL TREASURY EMPLOYEES UNION WAIVED ORAL ARGUMENT PURSUANT TO RULE 16.1(d)

2. COLLEEN M. KELLEY
BARBARA A. ATKIN
JULIE M. WILSON
DENNIS SCHNEIDER
RUSSELL BOKELMAN

3. STATE THAT ALL ACTIONS HAVE BEEN DISMISSED AGAINST THEM AND THAT CIVIL NO. 06-1558 (D.D.C.) WAS DISMISSED AS TO CLAIMS AGAINST NATIONAL TREASURY EMPLOYEES UNION

6

MDL-1800

4. THE FOREGOING **NTEU** MEMBERS AND CONTROLLING OFFICERS STATE THAT IN CIVIL NO. **06-1964 RBW** NEITHER

A. **ATKIN**

NOR

B. **SCHNEIDER**

WERE

5. SERVED A COMPLAINT AND SUMMONS AND JULIE M. WILSON **DECLARES** THEY ARE NOT PARTIES IN THE CASE

6. THUS NO ATTORNEYS —NTEU ARE REPRESENTING ANY PARTY

7. ALSO NOTE THAT NO ATTORNEY WAS REPRESENTING BUESGENS IN **EEOC NO. 360-2003-8286X** AT HEARING ON DECEMBER 16, 2003

7

# MOL-1800

**II**   **EVIDENCE AND FACTS**
THAT NATIONAL TREASURY
EMPLOYEES UNION — **NTEU**
AND

1. COLLEEN M. KELLEY
BARBARA A. ATKIN
JULIE M. WILSON
DENNIS SCHEIDER
RUSSELL BO KELMAN

2. **ARE PARTIES** IN THIS

MOL-1800
A. BIG TIME
B. PARTIES

3. **NEXUS AND LOGICAL**
**INFERENCE**
AND

4. DOCUMENTARY EVIDENCE
THAT **NTEU IS IN DEEP**

**8**

MDL-1800

FOR EXAMPLE

5. EEOC NO. 360-2003-8286X
HEARING DECEMBER 16, 2003
NTEU FAILURE TO REPRESENT
B. VESGENS
6. BREACH OF DUTY
AND
7. DISCRIMINATION
8. SEE FLRA NO.

9. EEOC NO. 360-2003-8286X
IS
A. CIVIL NO. 1:2005CV243SS
NOW ON APPEAL
D.C.
B. APPEAL NO. 07-5011

10. EEOC NO. 360-2003-8286X
IS ALSO
FEDERAL TORT CLAIMS ACT
FTCA FORM SF95
A. CIVIL NO. 1:06CV01558RCL
9

MDL-1800

11. CIVIL NO. AND 1:06CV01558RCL WAS TRANSFERRED TO U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

12. UNLAWFULLY WITH THE HELP OF NTEU

A. ATTORNEYS AND

B. ASSISTANT U.S. ATTORNEYS KAREN MELNIK AND R. BARRY ROBINSON

13. THE CASE IS NOW CALLED 1:06 CV 00 967 LY-RP HONORABLE JUDGE EARL LEROY YEAKEL, III

10

MAL -1800

14. NTEU - OFFICIALS AND
ATTORNEYS MOVED ALL OF
PLAINTIFF MICHAEL
BUESGENS RECORDS OUT
OF WASHINGTON, DC
TO
A. ESTABLISH JURISDICTION
BEFORE
B. THE HONORABLE JUDGE
SAM SPARKS

15 THE CODE OF FEDERAL
REGULATIONS WHICH IS
AN ESSENTIAL ELEMENT
IN BUESGENS CIVIL ACTIONS
HAVE
16 NO STANDING - CFR
AND
17. NO CAPACITY - CFR
AT
18 U.S. DISTRICT COURT
AUSTIN, TEXAS

11

MDL-1800

19    THE **CODE** OF **FEDERAL**
REGULATIONS

20    **EEOC** REGULATIONS
21    **OPM** REGULATIONS
ARE THE
DRIVERS

22    IN PLAINTIFF MICHAEL
L BUESGENS COMPLAINTS
A.    CIVIL ACTIONS
B.    ADMINISTRATIVE CLAIMS

23.   THE CODE OF FEDERAL
REGULATIONS **PUT**
**DEFINITION**
**INTO** THE
A.    REHABILITATION ACT
AND
B.    AMERICANS WITH DISABILITIES
ACT.    **ADA**

12

MDL -1800

24. THE CODE OF FEDERAL REGULATIONS
IS KILLER APPLICATION
AND
25. PLAINTIFF MICHAEL L BUESGEUS
CAN PUT THEM TOGETHER
CHAPTER AND VERSE
26 FOR HIS CIVIL ACTIONS
AND
27. FOR THE CLASS COMPLAINT
FROM SEA TO SHINING SEA.
AND
28. THE NEXT STOP THE
SUPREME COURT
TRILOGY
A. MENTAL DISABILITY
B. TIME TO TAKE A STAND

13

MDL-1800

29. CIVIL NO. 1:06 CV 01964 RBW

30. PLAINTIFF MICHAEL L BUESGENS
DISAGREES
WITH
NTEU - OFFICIALS - ATTORNEYS

31. NTEU MEMBER MICHAEL L
BUESGENS HAS SERVED
THE COMPLAINT TO

32  COLLEEN M. KELLEY
33  BARBARA A. ATKIN
34  JULIE WILSON
35  DENNIS SCHNEIDER
36  RUSSELL BOKELMAN

37. BUESGENS HAS SERVED THE
COMPLAINT MANY TIMES
FROM 2005 THROUGH 2006
AND 2007.

14

MDL-1800

38. IN AND 2006 NTEU
SENT EVERYTHING BACK
TO BUESGENS

39. CLAIMED AND THEY DIDN'T KNOW
WHAT WAS GOING ON.

40. NTEU — OMITTED — IGNORED —
DELETED EVERYTHING
AND ANYTHING PRESENTED

41. NTEU — BULLIE BOYS
ANOTHER MINDLESS MACHINE
IN SERVICE TO THE I.R.S.
AND U.S. ATTORNEYS.

42. YES — NTEU BULLIES FILED
COURT DOCUMENTS WITH
USELESS CITATIONS THAT
DIDN'T APPLY.

15

MDL-1800

43. NTEU — **NEVER** MENTIONS TITLE CODE OF FEDERAL REGULATIONS

44. AND NEITHER DOES **THE EEOC**

45. **NOT IN** BUESGENS CASE BECAUSE THEY DON'T WANT TO STEP INTO QUICKSAND.

46. AND **NONE** OF THEIR **UNION** STEWARDS **KNOW** TITLE CODE **EXISTS**

47. LOOK AT **EEOC** ITEMIZING DECEMBER **16, 2003** EEOC NO. 360-2003-8286X **NOT ONE** WORD ABOUT TITLE CODE OF FEDERAL REGULATIONS FROM ANYONE

48. **NOT EVEN** HONORABLE EEOC JUDGE ROBERT LYNN POWELL SAN ANTONIO, TEXAS

16

MDL-1800

49. LOOK AT CIVIC NO.
1: 2005 CV 243 SS
D.C. APPEAL NO. 07-5011
AND

50. EEOC ATTORNEY JENNIFER
RANDALLS APPEARANCE IN
2006

51. NO MENTION OF THE CODE
FROM HER

52. LOOK AT CIVIC NO.
1: 2005 CV02334 RCL
ON APPEAL
D.C. APPEAL NO. 06-5314

53. 1: 2005 CV02334 RCL
IS BUESGENS
COMPLAINT ON THE PROCESSING
OF HIS 2005 CONTINUING
VIOLATIONS EEO COMPLAINTS
A. EEO NO. 05-2291 S
B. EEO NO. 05-2291

17

MDL-1800

54. EEO NO. 05-2291 S
55. EEO NO. 05-2291
   A. THE DEPARTMENT OF TREASURY
      AND
   B. INTERNAL REVENUE SERVICE
      **IN HOUSE**
      EEO PROGRAM
56. MARCIA H. COATES, DIRECTOR
57. MIRIAM G. HARVEY, DIRECTOR
   WASHINGTON, DC!

58. NO MENTION OF CODE OF
   FEDERAL REGULATIONS
   A. EEOC DUTIES
   B. OPM DUTIES

C. NTEU WAS WELL **AWARE**
   OF DUES GENS COMPLAINTS
   AND HOW THIS CIVIL
   LITIGATION BEGAN.

18

# MAL-1800

**59.** LOOK AT BUESGENS SERVICE OF COMPLAINTS IN

**A.** 1:2005CV02334RCL
AND
**B.** 1:2006 CV01558 RCL

**60.** NTEU JUMPED RIGHT IN WITHOUT SERVICE

**61.** WHY?

**62** ANOTHER MACHINE FED BLUNDER BY **NTEU**.

**63.** LOOK AT PLAINTIFF MICHAEL L BUESGENS

**A.** EEOC 360-2006-00307
AGAINST
**B.** NATIONAL TREASURY EMPLOYEES UNION

**64.** OFFICIAL TIME COMPLAINT

19

MDL-1800

65  NTEU NEVER GOT OFFICIAL
TIME FOR BUESGENS ON
THE PREPARATION AND
ATTENDANCE FOR

A.   EEOC NO. 360-2003-8286X
AND

66.  THE 2005

A.   EEO NO. 05-22915
AND

B.   EEO NO. 05-2291

67.  SEE THE EEOC REGULATIONS
EVEN FORMER EMPLOYEES
ARE ELIGIBLE FOR OFFICIAL
TIME

68.  SO WHEN WAS NTEU SERVED
COMPLAINT FOR
CIVIL NO. 1:06CV01964RBW

69.  THEY WERE SERVED
MANY TIMES IN 2005 AND
2006 AND 2007.

20

MAL-1800

70. THERE IS ALSO A **NEXUS** FOR **NTEU** IN THE BANKRUPTCY ADVERSARY CASES

A. **06-01248 FM** AND

B. **07-10008** BANKRUPTCY COURT DISTRICT OF COLUMBIA

71. I.R.S. SUPERVISOR **DONALD RAY TAWNEY, JR** WAS A DEFENDANT IN **EEOC NO.** 360-2003 8286 Y AND IS A DEFENDANT IN CIVIL NO. 1:06CV00967CY TORT CLAIM — **FTCA** FORM SF 95 SUM CERTAIN AND

72 **DONALD RAY TAWNEY** KNOWS **NTEU** CHIEF STEWARD CHAPTER **247 RUSSELL** BOKELMAN

21

MDL-1800

73. RUSSELL BOKELMAN
NTEU CHIEF STEWARD
CHAPTER 247
I.R.S.
AUSTIN COMPLIANCE CENTER
1821 DIRECTORS BLVD
AUSTIN, TEXAS 78744

74. SAME PLACE I.R.S. SUPERVISOR
DEBTORS CHAPTER 7
RONALD RAY TAWNEY, JR
WORKS

75 RUSSELL BOKELMAN
REPRESENTED PLAINTIFF
MICHAEL L BUESGENS
AT EEOC HEARING ON
DECEMBER 16, 2003
EEOC NO. 360-2003-8286X
AND

76 RONALD RAY TAWNEY, JR
PROVIDED PERJURED TESTIMONY

22

M D L - 1800

77. **AND** DONALD RAY TWNEY, JR.
**CONCEALED EVIDENCE**
OF WRONG DOING

78. **HIS EMAILS**
**TO**

79. THOMAS THEIS - I.R.S.
LABOR RELATIONS

80. **AND** MARGARET WRITES, REASONABLE
ACCOMMODATION COORDINATOR

81. **AND** ANNA MEDLOCK , I.R.S.
SUPERVISOR

82. **AND** NANCY SPOTSER SESSION
I.R.S. SUPERVISOR

83. **AND** CHARLES      WASHINGTON, JR.
DIRECTOR

23

MOL-1800

84. DONALD RAY TAWNEY, JR. E-MAILS ESTABLISH HIS WILLFUL INTENT ALONG WITH THE FOREGOING

85. TO DENY BUESGENS A REASONABLE ACCOMODATION AND

86. REASSIGNMENT

87. WHICH CAUSED MICHAEL L. BUESGENS INVOLUNTARY RETIREMENT ON MARCH 7, 2005

88. CONSTRUCTIVE DISCHARGE

89. 1:06 CV 00967 LY

90. 1:06 CV 01558 RCL AND

91. RUSSELL BORELMAN HAD CONVERSATIONS WITH DONALD RAY TAWNEY, JR PRIOR TO THE EEOC HEARING ON DECEMBER 16, 2003

24

MDL-1800

92. RUSSELL BOKELMAN - NTEU CHIEF STEWARD - CHAPTER 247 MADE A DEAL WITH I.R.S SUPERVISOR DONALD RAY TAWNEY, JR

93. HE AGREED **NOT TO** PROVIDE A THOROUGH CROSS EXAMINATION OF DONALD RAY TAWNEY, JR

94. **AT THE** EEOC HEARING ON DECEMBER 16, 2003.

95. DONALD RAY TAWNEY, JR NEEDED TO BE SAVED

96. **AND** RUSSELL BOKELMAN **SAVED** HIM

97. WHERE **AND** WAS THE DISCOVERY FOR THIS EEOC NO. 360-2003-8286X

25

MDL-1800

98. NO ONE KNOWS WHERE OR WHAT THE DISCOVERY WAS FOR EEOC HEARING ON DECEMBER 16, 2003 EEOC NO. 360-2003-8286X

99. NOT EVEN JUDGE ROBERT LYNN POWELL EEOC NO. 360-2003-8286X SAN ANTONIO, TEXAS

100. SEE JUDGE POWELLS REFUSAL TO APPEAR AT 1: 2005 CV 243 SS

101. AND THE SUBSEQUENT DISMISSAL DECEMBER 6, 2006

102. BY HONORABLE JUDGE SAM SPARKS NO CODE OF FEDERAL REGULATIONS ALLOWED

CASE DISMISSED

26

MDL-1800

103 NATIONAL TREASURY EMPLOYEES UNION - NTEU

104 COLLEEN M. KELLEY, PRESIDENT
105 BARBARA A. ATKIN, GENERAL COUNSEL
106 GREGORY O'DUDEN, ATTORNEY
107 JULIE M. WILSON, ATTORNEY
108 DENNIS AND SCHNEIDER NTEU ATTORNEY AUSTIN, TEXAS

109 REFUSED TO PROVIDE ATTORNEY FOR MICHAEL L BUESGENS AT THE EEOC HEARING DECEMBER 16, 2003

110 AND REFUSED TO PARTICIPATE IN ANY DISCOVERY OR OFFER ANY ASSISTANCE

27

MDL-1800

111.    SEE
U.S. COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
PETITION NO. 2007-3115
AND

112  M.S.P.B. NO. DA-1221-06-0171-W-1
AND

113  EEOC NO. 360-2006-00307

114    NTEU AND BARBARA A. ATKIN
GENERAL COUNSEL

REFUSED
TO REPRESENT NTEU MEMBER
MICHAEL L. BUESGENS
BEFORE
THE MSPB  - 2006
AND NOW.

115.  THE FEDERAL CIRCUIT WANTS
PETITION NO. 2007-3115
TRANSFERRED
TO U.S. DISTRICT COURT

28

# MDL-1800

III.    NTEU WAIVER OF ORAL ARGUMENT

AND

1.    EXCUSES FOR IT

ARE

2.    JUST ANOTHER IN A LONG LIST OF FAILURES

A.    BREACH OF DUTY
B.    FAILURE TO PERFORM
C.    DISCRIMINATION
D.    RETALIATION

3.    NTEU IS IN DEEP.

4.    NTEU HAS FULLY PARTICIPATED IN PLAINTIFF MICHAEL BUESGENS

A.    INVOLUNTARY RETIREMENT
B.    CONSTRUCTIVE DISCHARGE
C.    ETC.
D.    ET. AL.

29

# MDL-1800

5. **NTEU**

6. U.S. ATTORNEYS **AND**

7. WANT IT BOTH WAYS

**SEE** THEIR

A. COLLATERAL ESTOPPELL **AND**

B. RES JUDICITA

MOTIONS IN CASE

8. NO. 1:05CV0233YRCL **AND**

9. 1:06CV01558RCL

10. 1:06CV00967LY

# IV  RELIEF REQUESTED

1. GRANT PLAINTIFF MICHAEL L BUESGENS MOTION FOR **DEFAULT JUDGMENT** AGAINST **NTEU ET.AL.**

30

MDL-1800

2. AWARD PLAINTIFF MICHAEL L. BUESGENS HIS FTCA FORM SF 95 SUM CERTAIN DAMAGES $2,435,000.00

3. THE **3LB. 4OZ** TORT CLAIM FILED WITH THE DEPUTY GENERAL COUNSEL DEPARTMENT OF THE TREASURY ON **AUGUST 22, 2005** AT **8:01 AM** CERTIFIED MAIL.

4. THIS AND **TORT CLAIM** WAS SUBJECT TO **MAIL FRAUD** AND WILLFUL INTENTION TO DECEIVE BY

5. I.R.S. TORT CLAIMS MANAGER **MARY-ELLAN KRCHA**

6. SEE BUESGENS COMPLAINT ON THIS

31

MDL-1800

7. THE DEPARTMENT OF THE TREASURY
AND

8. INTERNAL REVENUE SERVICE
AND          I.R.S.

9. OFFICIALS
AND

10. TREASURY INSPECTOR GENERAL FOR TAX ADMINISTRATION
TIGTA
AND

11. UNITED STATES POSTAL SERVICE INSPECTORS

12. DENIED
THAT MICHAEL L BUESGENS
FTCA FORM SF 95
SUM CERTAIN - 3LB 4OZ
13. WAS RECEIVED 08/22/05
AND

14. THEN DECLARED IT WAS RECEIVED ON JANUARY 9, 2006

32

MOL-1800

15. FROM OCTOBER, 2005 I.R.S. TORT CLAIMS MANAGER

16. MARY-ELLAN KRCHA TOLD BUESGENS TO FILE ANOTHER FTCA-CLAIM

17. BUESGENS REFUSED

18. IN DECEMBER, 2005 BUESGENS NOTIFIED MARY-ELLAN KRCHA

A. ET. AL.

B. TIGTA, ET. AL THAT HE WAS GOING TO FILE SUIT 6 MONTHS FROM THE AUGUST 22, 2005 DATE

19. AND THEN MAGICALLY (U.S. ATTORNEYS) MARY ELLAN KRCHA SENT BUESGENS A LETTER - CLAIM FOUND - JANUARY 9, 2006.

33

# MDL-1800

# RELIEF REQUESTED
## CONTINUED

20  LEGAL EXPENSES
21  ATTORNEY FEES
22  NON-PECUNIARY DAMAGES
23  FRONT PAY
24  BACK PAY
25  COMPENSATORY DAMAGES
26  PUNITIVE DAMAGES
27  EQUITABLE RELIEF
    THINK OF SOMETHING

28  COLLUSIVE - CONSPIRACY
    TO DECEIVE AND WILLFUL
    INTENT BY
29  MDL-1800
    PLAYERS
30  CAUSED MICHAEL L BUESGENS
    SEVERE HARM
A   EMPLOYMENT DISCRIMINATION
B   HOUSING DISCRIMINATION
C   RETALIATION
            34

# MDL-1800

31. PROVIDE MICHAEL L BUESGENS
COPIES OF ALL THE FEDERAL
EVIDENCE — DOCUMENTS —
COURT FILINGS

32. THAT WERE **STOLEN** FROM
HIS APARTMENT ON
**JULY 6, 2006**

33. WHILE HE WAS AT SETON
SHOAL CREEK HOSPITAL
AUSTIN, TEXAS
FROM

34. 07/06/2006 — 07/12/2006

35. UNLAWFUL CONSTRUCTIVE
EVICTION

36. CONVERSION OF PROPERTY
37. 42 USC SECTION 1983
38. BY LAW FIRMS
A. ARMBRUST & BROWN, **LLP**
B. CRADY JEWETT McCULLEY, LLP
C. ET. AL. **PLAYERS**
MDL-1800
35

# MOL-1800
## COMPLEX LITIGATION
## MULTI DISTRICT
## MULTI-PARTY

## V EVIDENCE - FACTS OF WRONGDOING BY MOL-1800 PLAYERS

## A PREPONDERANCE OF EVIDENCE
### DOCUMENTARY
### AUDIO TAPES
### ETC.
### LIES AND DECEPTION
### BY
### THE MOL DEFENDANTS

## VI CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY OF THIS MOTION FOR **DEFAULT JUDGMENT** AGAINST NATIONAL TREASURY EMPLOYEES UNION — **NTEU**

36

AND THE **FACTS AND EVIDENCE** OF ALL MDL 1800: PLAYERS COLLUSIVE PARTICIPATION IN THIS **MULTI-DISTRICT** LITIGATION WAS SERVED BY FIRST CLASS MAIL ON THIS 7TH DAY OF MARCH, 2007

ADDRESSED **TO:**

1. **MARY-ELLAN KRCHA**
   I.R.S. TORT CLAIMS MANAGER
   AND

2. **COLLEEN M. KELLEY,** PRESIDENT
   NATIONAL TREASURY EMPLOYEES
   UNION **- NTEU**
   1750 H STREET, NW
   WASHINGTON, DC, 20006
   202-572-5500

37

MOL-1800
ET. AL.

3. DAVID B. ARMBRUST, LLP
ARMBRUST & BROWN
100 CONGRESS AVENUE
#1300 AND #1100
AUSTIN, TEXAS 78701

4. DUNHAM JEWETT
CRADY, JEWETT & McCULLEY, LLP
2727 ALLEN PARKWAY #1700
HOUSTON, TEXAS 77019

5. JOHN NEAL, DIRECTOR
ATTORNEY

6. STATE BAR OF TEXAS
OFFICE OF CHIEF DISCIPLINARY
COUNSEL
6300 LA CALMA #300
AUSTIN, TEXAS 78752

A. TEXAS ATTORNEYS ET. AL.

B. NOTIFY ATTORNEYS
PHONE: 512-453-5535

38

MDL-1800
ET. AL.

7. DOUGLAS W. HOUSER
BULLIVANT HOUSER BAILEY, PC
300 PIONEER BUILDING
888 SW 5TH AVE, STE 300
PORTLAND, OREGON 97204
3:07CV00043KI

8.
9. KAREN MELVIK
R. BARRY ROBINSON
ASSISTANT U.S. ATTORNEYS
10. CHARLES R. NETTLES
BANKRUPTCY ATTORNEY
ADVERSARY NO. 06-01248FM
ADVERSARY NO. 09-10008
555 FOURTH STREET, NW
E 4112
WASHINGTON, DC 20530

39

MDL-1800

11. FELIX TARANGO ✓ TRAVIS
COUNTY ATTORNEY ✓

12. CHESTER E. BEAVER
CITY OF AUSTIN ATTORNEY

13. ANN MORGAN ✓ CITY OF
AUSTIN ATTORNEY

A. 1:06 CV 01964 RBW

B. 1:06 CV 00967 LY

C. HUD # 06-06-293-8

D. FIFTH CIRCUIT PETITION
FOR REVIEW NO. 06-60777
AND

E. 3:07 CV 00043 KI
PORTLAND OREGON
U.S. DISTRICT COURT

TRAVIS COUNTY
AUSTIN, TEXAS

F. 1:06 CV 260 LY

G. 1:06 CV 226 LY-RP

H. P.O. BOX 1596
AUSTIN, TEXAS 78767
512-499-2317

40

MDL - 1800
ET. AC.

14. CHARLES ENOS BROWN ✓
ATTORNEY                    BAR CARDS ✓
       AND
15. SHELLEY BUSH MARMON ✓
BANKRUPTCY ATTORNEY
3624 NORTH HILLS DRIVE
     B-100
AUSTIN TEXAS 78731
16. MEGAN MONIQUE GOERES
17. ANDY SARWAL
18. MELANIE P. SARWAL
19. RYAN GOERES
20. SCOTT GOERES GALLOWAY
21. PATRICIA GOERES GALLOWAY
22. U..P.S..
23. GRANDE COMMUNICATIONS
24. HUNT OIL COMPANY

PHONE: 512-794-9913
FAX: 512-346-6005
REVOKE BAR CARDS

41

MDL-1800
ET. AL.

25 BEN FLOREY, JR
ATTORNEY          HERNDON
1:04 CR 00171 LY

26 JUDGE EARL LEROY YEAKEL
III

27 RODOLFO LIZCANO
1:03 CV 00661 SS

28 JUDGE SAM SPARKS
29 ASSISTANT U.S. ATTORNEYS
30 I.R.S. TAX ATTORNEYS
CASE NO. 211-03

31. DEREK HOWARD, ATTORNEY
1800 GUADALUPE STREET
AUSTIN, TEXAS 78701
PHONE: 512-479-8600

32. U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION
200 WEST 8TH STREET
AUSTIN, TEXAS 78701

42

MDL-1800
ET. AL.

33  U.S. DISTRICT COURT
    DISTRICT OF COLUMBIA
    333 CONSTITUTION AVE. NW
    WASHINGTON, DC 20001

34  U.S. DISTRICT COURT
    DISTRICT OF OREGON
    1000 SW THIRD AVENUE
    PORTLAND, OREGON 97204

35  U.S. DISTRICT COURT
    WESTERN DISTRICT OF TEXAS
    SAN ANTONIO DIVISION
    655 EAST DURANGO BLVD
    SAN ANTONIO, TEXAS

36  JUDGE ROBERT LYNN POWELL
    EEOC NO. 360-2003-8286X
    5410 FREDRICKSBURG RD #200
    SAN ANTONIO, TEXAS 78229-3555
    PHONE: 210-281-7600
    FAX: 210-281-2522

43

# MOL-1800
## ET. AL.

37. MICHAEL LYNN SALYARDS-I.RS.
38. DONALD RAY TAWNEY, JR -I.RS.
    I.R.S. ET. AL.
39. MARY-ELLAN KRCHA
    EEOC NO. 360-2003-82864
    ADVERSARY NO. 06-01248 FM
    ADVERSARY NO. 07-1008
    DEPARTMENT OF THE TREASURY
40. THOMAS STANTON, ATTORNEY
41. VICTOR REYES, EEO
    4050 ALPHA ROAD, 7TH FLOOR
    MAIL STOP 2500 MSRO
    DALLAS, TEXAS 75244-4203
    PHONE: 972-308-7365

42. SALYARDS-POWELL-RANDALL-
43. TAYLOR-STANTON-REYES-
44. BOKELMAN-TAWNEY
45. MELISSA LUNA ESTRADA
46. DENNIS SCHNEIDER
47. THOMAS THEIS            ET. AL.
48. DENNIS COLLINS - TIGTA
            44

# MDL - 1800

49  JAMES PETRUCCI ET·AL·
ATTORNEY - NTEU
FLRA AND
OFFICE OF THE SOLICITOR
FEDERAL LABOR RELATIONS
AUTHORITY

50  RICHARD ZORN
1400 K STREET, NW
#300
WASHINGTON, DC 20424-0001
FLRA NO. DA-1221-06-0171-W-1
OSC NO. 05-2468-MA

51  MARC ERIC MALINGER ET·AL·
52  WILLIAM KENNEDY CRONE
53  STATE FARM LLOYDS
POLICY # 83-LV-0578-9
JULY 6, 2006
HUD # 06-06-293-8
06-60777
8908 AMBERGLEN BLVD
AUSTIN, TEXAS 78729

45

54

MDL - 1800
AND
U.S. COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE N.W.
WASHINGTON, DC 20439
202-633-6550

ORDER
DATED : 2/16/2007
DISMISS - NTEU-I.R.S.
OR
TRANSFER VENUE
TO A DISTRICT COURT
SEE EXHIBIT ORDER

APPEAL NO. 2007-3115

NTEU
AND
DEPARTMENT OF THE TREASURY
I.R.S.

46

# MOL-1800

**VII** AND
PLAINTIFF MICHAEL L.
BUESGENS CONTINUING
VIOLATIONS
COMPLAINTS
2006 - 2007

1. HOUSING DISCRIMINATION
2. RETALIATORY EVICTION
3. CONSTRUCTIVE EVICTION
4. 42 USC SECTION 1983
5. CONVERSION

6. LEASE CONTRACT VIOLATIONS
AT FALCON APARTMENTS OF
AUSTIN I, INC - GENERAL PARTNER
7. ARNOLD C. TAUCH
8. JACK C. MOSS
9. KYLE O. TAUCH
AND PROPERTY MANAGER
10. GREYSTAR MANAGEMENT SERVICES
11. GREYSTAR HOLDINGS INC
12. GREP GENERAL PARTNER, LLC
13. FAITH FAMILY TRUST
14. ROBERT A. FAITH, PRESIDENT

47

# MOL-1800

15    HOUSING DISCRIMINATION ET. AL.

16    DEBRA WEHMEIER, REGIONAL VICE PRESIDENT GREYSTAR MANAGEMENT SERVICES, LP 200 SAN ANTONIO STREET AUSTIN, TEXAS 78701

17    FIRED - MARCH, 2006

18    DEBRA WEHMEIER LIES AND FAILURES FOR

19    DUESGENS SERVICE OF SUBPOENA FOR TRIAL JUNE 16, 2006

A.    REMOVAL

B.    REMAND    CASE NO. 1:06CV260LY HONORABLE JUDGE EARL LEROY YEAKEL, III

20    DEBRA WEHMEIER REFUSED TO SHOW UP FOR TRIAL

48

# MDL-1800

21. ATTORNEYS
A. DAVID B. ARMBRUST
B. DON HAM JEWETT
C. CHARLES EADS BROWN
D. SHELLEY BUSH MARMON
E. GREGORY S. CAGLE

22. DEBRA WEHMEIER ~~TOLD~~ DON'T
BOTHER - DON'T SHOW UP FOR
**TRIAL JUNE 16, 2006**
CAUSE NO. C-1-CV-06-000678

23. PLAINTIFF MICHAEL L BUESGENS **AND**
MUST PAY $40,000.00
**CASE CLOSED**

24. JUDGE DAVID PHILLIPS **SAID**

25. JUDGE EARL LEROY YEAKEL, III **AND**

26. JUDGE ROBERT PEMBERTON **AND**
APPEAL NO. 03-06-00614CV

49

MOL-1800

27  DEBRA WEHMEIER ✓ IS ALSO
PRESIDENT OF THE AUSTIN
APARTMENT ASSOCIATION
AND
TEXAS APARTMENT ASSOCIATION
AND
NATIONAL APARTMENT ASSOCIATION

28  DEBRA WEHMEIER ✓
NOW WORKS
FOR

29  TRAMMELL CROW RESIDENTIAL
AND
30  RIVERSTONE RESIDENTIAL SC, LLC
31  RIVERSTONE RESIDENTIAL HELP, LLC

32  FEDERAL TAX ID: 203 768 430

33  TERRY S. DANNER, PRESIDENT
CHRISTINE C. FREELAND, PRESIDENT

50

MOL-1800

34  DEBRA WEHMEIER ✓
IS NOW
REGIONAL VICE PRESIDENT
FOR
RIVERSTONE RESIDENTIAL
APARTMENT COMMUNITIES

35  RIVERSTONE RESIDENTIAL SC, LLC
PARTICIPATES
IN THE
LOW INCOME HOUSING TAX
CREDIT — LIHTC
PROGRAM
BY
36  HUD AND I.R.S.

37  IN 2006 PLAINTIFF MICHAEL
L. DUESGENS WAS DENIED
HOUSING ACCOMMODATION
BY
38  RIVERSTONE RESIDENTIAL SC, LLC
AND
39  DEBRA WEHMEIER ✓

51

# MDL-1800

40 DEBRA WEHMEIER ✓
REGIONAL VICE PRESIDENT
GREYSTAR FAMILY
AND

41 RIVERSTONE FAMILY
HAS DISCRIMINATED AGAINST
MICHAEL L BUESGENS IN
HOUSING ACCOMMODATION
IN

42 2005 AND 2006
AND

43 DEBRA WEHMEIER ✓, REGIONAL
VICE PRESIDENT,

44 RIVERSTONE FAMILY

45 TERRY DANNER - PRESIDENT

46 CHRISTINE FREELAND

47 PRESIDENT CHRISTINE FREELAND
IGNORED BUESGENS NUMEROUS
LETTERS TO HER IN 2006

48 SEE VILLAGE AT COLLINWOOD
BUESGENS RENTAL APPLICATION
52

# MDL-1800

49 AND
THE LOW INCOME HOUSING
TAX CREDIT     LIHTC

50 AND
I.R.S. OVERSIGHT

51 AND
HUD REGULATIONS

52 TAX CREDITS
FOR REAL ESTATE DEVELOPERS.
WHAT DO THEY DO WITH THOSE
TAX CREDITS?

53 I THINK WE COULD FIND OUT BY
LOOKING AT THEIR TAX RETURN
BUT DON'T
COUNT ON IT.

54 TAX CREDITS
EARNED INCOME TAX CREDIT
FOR I.R.S. SUPERVISOR
CHARLES G. HERNDON

55 1:04 CR0017 LY
NEXUS
53

# MOL-1800

# VIII    CERTIFICATE OF SERVICE - 2

I, CERTIFY THAT ONE TRUE
COPY OF THE FOREGOING
EMPLOYMENT DISCRIMINATION
AND
HOUSING DISCRIMINATION
AND
RETALIATION
AND
DEBRA WEITMEIER ✓
TERRY OMNIER
CHRISTIE FREELAND
RIVERSTONE FAMILY
TRAMMEL CROW FAMILY
GREYSTAR FAMILY
FALCON RIDGE APARTMENTS
VILLAGE AT COLLINWOOD
AUSTIN, TEXAS

WAS SERVED BY FIRST CLASS
MAIL ON THIS 7TH DAY OF
MARCH, 2007    54

MQL-1800
MARCH 29, 2007
9:30 AM
SAN ANTONIO, TEXAS

ADDRESSED TO:

1. DEBRA WEHMEIER ✓
2. TERRY DAUNER
3. CHRISTINE FREELAND
   15219 BUCKEYE CT
   DARNESTOWN, MD
   20878-3520
   PHONE: 301-590-9753
   AND
4. CHRISTINE FREELAND
5. RIVERSTONE OPERATING COMPANY, INC
   6110 EXECUTIVE BOULEVARD
   SUITE 315
   ROCKVILLE, MARYLAND 20852

55

MDL-1800

AND TO:        HUD

6    Kim Kendrick, ASSISTANT SECRETARY FOR FAIR HOUSING AND EQUAL OPPORTUNITY
AND

7    ALPHONSO JACKSON, SECRETARY OF HOUSING AND URBAN DEVELOPMENT
AND

8    LINDA THOMPSON, DIRECTOR OFFICE OF FIELD OVERSIGHT
AND

9    MILTON TURNER, DIRECTOR COMPLIANCE AND DISABILITY RIGHTS DIVISION
AND

10    GARRY L. SWEENEY, FHEO HUD DIRECTOR - REGION VI
AND

11    JOSEPH CASTILLO - HUD SAN ANTONIO, TEXAS

56

06-60777



MDL - 1800
MARCH 29, 2007
SAN ANTONIO, TEXAS
AND
HUD - RIVERSTONE - IRS
12  WEHMEIER - FREELAND
HUD #06-06-293-8    12/28/05
MICHAEL L. DUESGENS
AND
13  JOHN A. BENNIDES, SENIOR
INVESTIGATOR, CITY OF AUSTIN
TEXAS FAIR HOUSING OFFICE
(HUD CERTIFIED)
AND
14  CHARLES H. GORHAM, ADMINISTRATOR
15  CHARLES ENOS BROWN, ATTORNEY
16  CHESTER E. BEAVER, ATTORNEY

FHEO - HUD - HEADQUARTERS
U.S. HUD
451  7TH STREET, SW
Room 5700
WASHINGTON, DC 20410
202 - 708 - 4252

57

# MDL-1800

LINDA THOMPSON - HUD
ROOM 5712   202-708-3990

MILTON TURNER - HUD
ROOM 5240   202-708-2333

GARRY L. SWEENEY - HUD
817-978-5868
FAX: 817-978-5876
REGION **VI** FORT WORTH, TEXAS

Michael Buesgens
MICHAEL L BUESGENS
EXTENDED STAY AMERICA
MAILING ADDRESS
3112 WINDSOR RD, #A322
AUSTIN, TEXAS 78703

512-339-6005 X 7958
MIKEBUESGENS@HOTMAIL.COM

58

MDL - 1800

IX    DECLARATION OF MICHAEL L. BUESGENS

I, DECLARE UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746 THAT THE FOREGOING IS TRUE.

Michael L. Buesgens

MICHAEL L BUESGENS

MARCH 6, 2007

59

# MOL - 1800

EMPLOYMENT DISCRIMINATION
AND
HOUSING DISCRIMINATION
BASED ON
DISABILITY - BIPOLAR
AND
THE RETALIATION THAT FAR
EXCEEDS THE ORIGINAL
DISCRIMINATION AND HAS
RESULTED IN THIS
MOL-1800

## X    EXHIBITS

1. MOL-1800 - HEARING
MARCH 29, 2007

2. NTEU WAIVER OF ORAL
ARGUMENT
DEFAULT JUDGMENT

60

MOL-1800

3. LIST OF MOL-1800
PARTIES WHERE ARE THEY

4. UNITED STATES COURT OF
APPEALS FOR THE FEDERAL
CIRCUIT
2007-3115
ORDER
FOR

A  BUESGENS
B  KELLEY
C  MELNIK
        JURISDICTION
GO TO DISTRICT COURT

5. HUD LETTER DATED 08/25/06
MILTON TURNER ALWAYS
TOLD BUESGENS GO AWAY
GO SOME WHERE ELSE

61

MAL-1800
MARCH 29, 2007

6. LETTER FROM U.S.
SENTENCING COMMISSION
DATED: 09/13/2006

CHARLES G. HERNDON - I.R.S.
1: 04CR000171LY
AND
BEN FLOREY - ATTORNEY
AND
U.S. ATTORNEYS AUSTIN, TEXAS
AND
RODOLFO LIZCANO I.R.S.
1: 03CV00661SS
AND
TAX COURT 211-03

7. LETTER FROM HUD 09/25/06
NICK O SWANSTROM
RIVERSTONE ROCKVILLE, MO
DEBRA WEHMEIER
CHRISTINE C. FREELAND

62

M06 - 1800
MARCH 29, 2007

8.    ASSISTANT U.S. ATTORNEY
R. BARRY ROBINSON
MAKES AN APPEARANCE
IN
FIFTH CIRCUIT PETITION
FOR REVIEW
NO. 06-60777

5 MONTHS AFTER BUESGENS
FILED IT

06-60777
HUD # 06-06-293-8
1:06CV260LY
1:06CV226LY
1:06CV01964RBW
1:06CV00967LY
D-1-GN-06-000262
C-1-CV-06-000678
041509
06-1507
03-06-00614CV

ALL
RELATED

63

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

February 14, 2007

## NOTICE OF HEARING SESSION

Dear Counsel:

Pursuant to the order of the Judicial Panel on Multidistrict Litigation filed today, you are hereby notified that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:          March 29, 2007

LOCATION OF HEARING SESSION:     John H. Wood, Jr. United States Courthouse
                                 Courtroom No. 1, First Floor
                                 655 East Durango Boulevard
                                 San Antonio, Texas 78206

TIME OF HEARING SESSION: In those matters designated for oral argument, counsel presenting oral argument must be present at **8:30 a.m.** in order for the Panel to allocate the amount of time for oral argument. Oral argument will commence at **9:30 a.m.**

Please direct your attention to the enclosed Hearing Session Order and Schedule of Matters for Hearing Session for a listing of the matters scheduled for consideration at this hearing session.

- Section A of this Schedule lists the matters designated for oral argument.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

For those matters listed on Section A of the Schedule, the enclosed blue "Notice of Presentation or Waiver of Oral Argument" must be returned to this office no later than **March 12, 2007.** Note the procedures governing Panel oral argument which are outlined on the enclosed "Procedures for Oral Argument before the Judicial Panel on Multidistrict Litigation." These procedures are strictly adhered to and your cooperation is appreciated.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

c: Clerk, U.S. District Court for the Western District of Texas

| | |
|---|---|
| **JUDICIAL PANEL ON MULTIDISTRICT LITIGATION FILED** | |
| **FEB. 14, 2007** | |
| **JEFFERY N. LÜTHI CLERK OF THE PANEL** | |

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

### *WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL*

## HEARING SESSION ORDER

IT IS ORDERED that on March 29, 2007, a hearing session will be held in San Antonio, Texas, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

MDL DOCKET NO. 1800

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN **MARCH 12, 2007**

TO:    Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

_____    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

~~XXX~~    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

_____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

2/20/07    Julie M. Wilson    _____
Date              Name                    Authorized Signature

Party/Parties Represented, District(s) & Civil Action Number(s) **(list even if waiving)**:

See attached.

Name and Address of Attorney Designated to Present Oral Argument:

Julie M. Wilson, Assistant Counsel
National Treasury Employees Union
1750 H Street NW
Washington, DC 20006

Telephone No.: 202-572-5500

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/01)

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: Michael L. Buesgens Litigation          MDL No. 1800

WAIVER OF ORAL ARGUMENT

    Julie M. Wilson represented Colleen M. Kelley, National President of the National Treasury Employees Union (NTEU), in Buesgens v. United States, 06-1558 (D.D.C.), which was dismissed with regard to all claims against defendant Kelley on May 9, 2006. Accordingly, Kelley is not a party in any matter properly before this Panel.

    Barbara A. Atkin and Dennis Schneider, staff attorneys for NTEU, are named as defendants in Buesgens v. Brown, 06-1964 (D.D.C.). As of February 20, 2007, neither Atkin nor Schneider had been served a complaint and summons in that case and, therefore, are not parties in the case. Thus, neither Julie Wilson nor any other attorney in NTEU's Office of General Counsel, is representing any party in any case currently before the Panel.

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re:  Michael L. Buesgens Litigation          MDL No. 1800

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served, by first class mail, a copy of the ORAL ARGUMENT APPEARANCE FORM on the persons identified on the attached list.

2/21/07
Date

Geri Khan
Legal Assistant

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**

Docket: 1800 - In re Michael L. Buesgens Litigation
Status: Moot on  / /
Transferee District:          Judge:

Printed on 01/22/2007

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

Armbrust, David B.
Armbrust R. Brown, LLP
100 Congress Avenue
Suite #1300
Austin, TX 78701-2744

=> Phone: (512) 435-2300
  Armbrust, David B.

Atkins, Barbara A.
National Treasury Employees Union
1750 H. Street, N.W.
Washington, DC 20006

=>
  Atkin, Barbara A.

Bass, Steven Bock
Assistant U.S. Attorney
816 Congress Avenue, # 1000
Austin, TX 78701

=>
  Bass, Steven Bock

Beaver, Chester E.
City of Austin Attorney
P.O. Box 1546
Austin, TX 78767

=>
  Beaver, Chester E.

Brown, IV, Frank B.
Armbrust R. Brown, LLP
100 Congress Avenue
Suite #1300
Austin, TX 78701-2744

=> Phone: (512) 435-2300
  Brown, IV, Frank

Buesgens, Michael L.
3112 Windsor Road
#A322
Austin, TX 78703

=> Phone: (512) 339-6005  Fax: (512) 339-6099  Email: MikeBuesgens@hotmail.com
  Buesgens, Michael L.*

Cagle, Gregory S.
Ambrust, Brown & Davis Llp
100 Congress Avenue
Suite 1300
Austin, TX 78701

=> Phone: (512) 432-2300
  Cagle, Gregory S.

Carruth, Gerald Conley
Assistant U.S. Attorney
816 Congress Avenue, # 1000
Austin, TX 78701

=>
  Carruth, Gerald Conley

Cruz, Edward
Texas Solicitor
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

=>
  Cruz, Rafael Edward; Cruz, Ted

*(Panel Attorney Service List for MDL 1,800 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
| --- | --- |
| Florey, Jr., Ben C.<br>Law Office Of Ben C. Florey, Jr.<br>1800 Guadalupe Street<br>Austin, TX 78701 | => **Phone: (512) 479-8600**<br>Florey, Ben Jr.; Herndon, Charles G. |
| Harwood, Robert B.<br>Equal Employment Opportunity Commission<br>5410 Fredericksburg Road # 200<br>San Antonio, TX 78229-3555 | => **Phone: (210) 281-7600  Fax: (210) 281-2522**<br>Harwin, Robert B |
| Howard, Derek A.<br>Howard & Kobelan<br>100 Congress Avenue<br>Suite 1720<br>Austin, TX 78701-4042 | => **Phone: (512) 480-9300**<br>Howard, Derek |
| Jewett, Dunham<br>Crady, Jewett & McCulley, LLP<br>2727 Allen Parkway<br>Suite 1700<br>Houston, TX 77019 | => **Phone: (713) 739-7007  Fax: (713) 739-8403**<br>Jewett, Dunham |
| Joyner, Guy J.<br>Texas Secretary of State<br>P.O. Box 12079<br>Austin, TX 78711-2079 | =><br>Joyner, Guy J. |
| Malinger, Marc Eric<br>State Farm Lloyds<br>Policy # 83-LV-0578-9 Tenants Renters Policy<br>8900 Amber Glen Blvd<br>Austin, TX 78729 | =><br>Malinger, Marc Eric |
| Marmon, Shelley Bush<br>Crady, Jewett & McCulley, LLP<br>2727 Allen Parkway<br>Suite 1700<br>Houston, TX 77019 | => **Phone: (713) 739-7007  Fax: (713) 739-8403**<br>Armbrust R. Brown, LLP*; Brown, Charles E.*; Crady, Jewett & McCulley, LLP*; Falcon Apartments of Austin I, Inc.*; Goeres, Megan*; GREP General Partner, LLC*; Greystar Management Services, LP*; Marmon, Shelley Bush; Rogers, Mandy*; Wehmeier, Debi*; Wilson-Torres, Amanda* |
| Mashburn, Timothy<br>Texas Comptroller<br>P.O. Box 13528<br>Austin, TX 78711 | =><br>Mashburn, Timothy |
| McCulley, Hugh Lawrence<br>Crady, Jewett & McCulley, LLP<br>2727 Allen Parkway<br>Suite 1700<br>Houston, TX 77019 | => **Phone: (713) 739-7007  Fax: (713) 739-8403**<br>McCulley, Hugh Lawrence |

(Panel Attorney Service List for MDL 1,800 Continued)

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
| --- | --- |
| Melnik, Karen L.<br>U.S. Attorney's Office<br>555 Fourth Street, NW<br>Room E4112<br>Washington, DC 20530 | => Phone: (202) 307-0338<br>Abbott, Greg; Auby, Richard R.; Bonilla, Dorienne; Carroll, Mary E.; Collins, Dennis; Commissioner of the Internal Revenue Service; Department of Health & Human Services; Duderstadt, Katye; Estrada, Melinda; Federal Labor Relations Authority; Goodey-Doyle, Angelia; Jackson, Alphonso; Krcha, Mary-Ellan; Leal, Oscar; Leger, Thomas; Medlock, Anna; Melnik, Karen; Palacios, Daniel; Parker, James; Powell, Robert E.; Reyes, Victor; Salyards, Michael; Schanhals, Martha; Session, Nancy; Tawney, Donald R.; Theis, Thomas; United States Office of Special Counsel; United States Postal Service; Vuillermier, Cheryl; Waites, Margeret; Washington, Jr., Charles |
| Morgan, Anne<br>City of Austin Assistant Attorney<br>P.O. Box 1546<br>Austin, TX 78767 | =><br>Morgan, Anne L. |
| Nettles, Jr., Charles R.<br>1524 South IH-35<br>Suite 233<br>Austin, TX 78704 | => Phone: (512) 459-3212 Fax: (512) 459-0842 Email: charlesnettles@hotmail.com<br>Tawney, Donald R.* |
| Petrucci, James<br>Federal Labor Relations Authority<br>Richard Zorn, Solicitor General<br>1400 K. Street, N.W. # 300<br>Washington, DC 20424-0001 | =><br>Petrucci, James J. |
| Powell, Michael<br>Texas Secretary of State<br>P.O. Box 12079<br>Austin, TX 78711-2079 | =><br>Powell, Michael |
| Randall, Jennifer<br>Equal Employment Opportunity Commission<br>5410 Fredericksburg Road # 200<br>San Antonio, TX 78229-3555 | => Phone: (210) 281-7600 Fax: (210) 281-2522<br>Randall, Jennifer |
| Ray, Maureen<br>State Bar of Texas<br>P.O. Box 12487<br>Austin, TX 78711-2487 | =><br>Ray, Maureen |
| Robinson, R. Barry<br>Assistant U.S. Attorney<br>816 Congress Avenue<br>Suite 1000<br>Austin, TX 78701 | => Phone: (512) 916-5858 Fax: (512) 916-5854<br>Coates, Marcia H.*; Dominguez, Cari M.*; George, J. Russell*; James, Kay Coles*; Robinson, R. Barry; Snow, John W.*; United States of America |
| Salyards, Michael Lynn<br>Department of Treasury Internal Revenue Service<br>4050 Alpha Road, 7th Floor<br>Mail Stop 2500 MSRO<br>Dallas, TX 75244-4203 | => Phone: (972) 308-7365<br>Salyards, Michael |

*(Panel Attorney Service List for MDL 1,800 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
| --- | --- |
| Schneider, Dennis<br>National Treasury Employees Union<br>1750 H. Street<br>Washington, DC 20006 | => <br>Schneider, Dennis |
| Stanton, Thomas<br>Department of Treasury Internal Revenue Service<br>4050 Alpha Road, 7th Floor<br>Mail Stop 2500 MSRO<br>Dallas, TX 75244-4203 | => Phone: (972) 308-7365<br>Stanton, Thomas |
| Tarango, Felix<br>County Attorney<br>P.O. Box 1748<br>Austin, TX 78767 | => <br>Tarango, Felix |
| Taylor, Judith<br>Equal Employment Opportunity Commission<br>5410 Fredericksburg Road # 200<br>San Antonio, TX 78229-3555 | => Phone: (210) 281-7600  Fax: (210) 281-2522<br>Taylor, Judith |
| Warren, III, William S.<br>Warren Law Firm<br>1011 Westlake Drive<br>Austin, TX 78746 | => Phone: (512) 347-8777  Fax: (512) 347-7999<br>Warren Law Firm; Warren, III, William S. |
| Wilson, Julie M.<br>Assistant Counsel<br>National Treasury Employees Union<br>1750 H. Street, N.W.<br>Washington, DC 20006 | => Phone: (202) 572-5500  Fax: (202) 572-5645<br>Kelley, Colleen M.* |

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3115

MICHAEL L. BUESGENS,

Petitioner,

v.

DEPARTMENT OF TREASURY,

Respondent.

Before RADER, Circuit Judge.

## O R D E R

The court considers whether to direct Michael L. Buesgens and the Department of Treasury to respond concerning whether this petition for review should be dismissed or transferred.

On December 19, 2006, this court received a petition for review from Buesgens. The court rejected it as untimely filed because it appeared that Buesgens was seeking review of a decision in a Merit Systems Protection Board case and that the final decision in that case was received by Buesgens in August of 2006. A petition for review of a final decision of the Board is due within 60 days of the date of receipt of the final decision, 5 U.S.C. § 7703(b)(1), and thus the petition appeared to be untimely.

Buesgens resubmitted his petition for review and the court docketed the petition. Upon review of the resubmitted petition, it appears that Buesgens is also requesting review of a decision of the Equal Employment Opportunity Commission (EEOC). However, this court does not have jurisdiction to review the decision of the Equal

Employment Opportunity Commission.   28 U.S.C. § 1295.   In sum, to the extent Buesgens' petition seeks review of the Board's decision, the petition appears to be untimely, and to the extent that Buesgens seeks review of an EEOC decision, it appears that we would not have jurisdiction.   Thus, the parties should respond whether the petition for review should be dismissed or transferred to a district court.

Accordingly,

IT IS ORDERED THAT:

(1)    Buesgens and the Department of Treasury are directed to respond within 21 days of the date of filing of this order concerning whether this court should dismiss or transfer this petition for review.

(2)    The briefing schedule is stayed.

FEB 1 6 2007

_____
Date

Randall R. Rader
Circuit Judge

cc:   Michael L. Buesgens
      Director, Civil Division, United States Department of Justice
      Julie M. Wilson, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 6 2007

JAN HORBALY
CLERK

_____
        The court serves Wilson because she was the attorney that represented the National Treasury Employees Union before the EEOC. If Wilson chooses, she may also enter an appearance and move for leave to file a response to this court's order.

2007-3115                - 2 -



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-2000

OFFICE OF FAIR HOUSING
AND EQUAL OPPORTUNITY

AUG 2 5 2006

Mr. Michael L. Buesgens
3112 Windsor Road, Apartment A-322
Austin, TX 78703

Dear Mr. Buesgens:

Thank you for your July 23, 2006 correspondence. Please be advised that your correspondence will be forwarded within the next five days to the Southwest Office of Fair Housing and Equal Opportunity (FHEO), Fort Worth, Texas, for review and appropriate action. That Office has responsibility for determining jurisdiction over complaints in the state where the alleged discrimination occurred. A sheet listing all of the Department's FHEO Regional Offices is enclosed.

FHEO administratively enforces Federal statutes, executive orders and regulations designed to afford all persons an equal opportunity to live in housing of their choice and to participate in HUD-assisted programs and activities without regard to race, color, national origin, sex, religion, familial status (families with children under 18), disability or age. A sheet summarizing the different laws FHEO enforces and where they can be found in the Code of Federal Regulations is enclosed.

The FHEO Office noted on the enclosure will review your correspondence and notify you directly concerning its determination. If you have not heard from that Office within 30 days from the date of receipt of this letter, or if you wish to follow up on your letter, please direct all inquiries to that Office.

For further information, you may wish to visit HUD's Web site at **www.hud.gov**. I hope the information provided is helpful.

Sincerely,

Milton F. Turner
Director
Compliance and Disability Rights Division

Enclosures

UNITED STATES SENTENCING COMMISSION
ONE COLUMBUS CIRCLE, N.E.
SUITE 2-500, SOUTH LOBBY
WASHINGTON, D.C.  20002-8002
(202) 502-4500
FAX (202) 502-4699



September 13, 2006

Michael L. Buesgens
3112 Windsor Rd
# A322
Austin, Texas 78703

Dear Mr. Buesgens:

I write relative to our telephone conversation earlier today.  That conversation resulted from your telefax to the United States Sentencing Commission that included transcripts of 3 hearings involving a criminal complaint against a Charles G. Herndon along with an extensive outline regarding a civil case or cases involving "whistle blowing" and "retaliatory tax audits". Your have asked that the U.S. Sentencing Commission "intervene" in these matters.

As I told you during our telephone conversation, the Sentencing Commission exists to promulgate guidelines for the use of Federal District Judges in criminal cases.  The Sentencing Commission does not have authority to correct individual sentences or to intervene in individual criminal matters.  It is exclusively the province of the federal courts to right any perceived wrongs in the application of the Sentencing Guidelines to an individual case.

To the extent your telefax dealt with civil litigation, the Sentencing Commission has no authority under its enabling Act, 28 U.S.C. §§ 991 to 998, to intervene in civil lawsuits.  Finally, to the extent your telefax concerns an allegation that the U.S. Attorney's Office for the Western District of Texas has in some manner intimidated Charles G. Herndon from testifying in a civil action brought by a Rodolfo Lizcano, such an action should perhaps be brought to the attention of the Attorney General of the United States.  In no event is it within the purview of the United States Sentencing Commission.

Very truly yours,

Thomas D. Brown
Assistant General Counsel



**OFFICE OF
INSPECTOR GENERAL**

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

SEP 25 2006 ✓

Mr. Michael Buesgens
3112 Windsor Road #A 322
Austin, Texas 78703

Complaint Number: 2006-0407

Dear Mr. Buesgens:

This is in response to your correspondence, dated July 23, 2006, regarding your allegations of housing discrimination and unwarranted eviction by Riverstone Residential Group, Rockville, Maryland, in addition to potential violations of the Internal Revenue Code with reference to the Low Income Housing Credit.

We have reviewed the information you provided and determined that the issues presented would be more appropriately addressed by the Department of Housing and Urban Development, Office of Inspector General, and the Treasury Inspector General for Tax Administration. We have therefore referred these matters to those agencies for action at the following addresses:

**For Housing Related Matters**

Department of Housing and Urban
Development
Office of Inspector General
451 7th Street, S.W.
Washington, DC 20410

**For IRS Related Matters**

Grace Sutton, ASAIC
Complaint Management Division
Treasury Inspector General
for Tax Administration
1125 15th Street, N.W.
Room 700-A
Washington, D.C. 20005

Please send any additional correspondence regarding this matter to those addresses. We thank you for your consideration.

Sincerely,

Nick D. Swanstrom
Assistant Inspector General
for Investigations



**U.S. Department of Justice**

COPY

United States Attorney
Western District of Texas

*R. BARRY ROBINSON*
*AUSTIN DIVISION*

---

*816 Congress Avenue, Suite 1000*          *(512)916-5858*
*Austin, Texas 78701*                              *Fax: (512)916-5854*

January 30, 2007

United States Court of Appeals
Fifth Circuit Clerk's Office
600 S. Maestri Place
New Orleans, LA 70130

> **Re:**   *Michael L. Buesgens v. Alphonso Jackson, Secretary, U.S. Housing and Urban*
> *Development; 5CCA No. 06-60777*

Dear Clerk:

Enclosed is a Form for Appearance of Counsel to be filed in connection with the above-referenced appeal.

Please contact our office with any questions.

Sincerely,

LORI J. PITTMAN
Legal Assistant to Barry Robinson

Enclosure

cc:   Michael Buesgens

## FORM FOR APPEARANCE OF COUNSEL

*Only attorneys admitted to the Bar of this Court may sign this form and practice before the Court. Each attorney representing the interests of a party must complete a separate form. (COMPLETE ENTIRE FORM).*

NO. 06-60777

Michael L. Buesgens
_____(Plaintiff)_____    vs.    Alphonso Jackson, Secretary, U.S. Department of Housing & Urban Development
_____(Defendant)_____

The Clerk will enter my appearance as Counsel for:

Alphonso Jackson, Secretary, U.S. Housing and Urban Development
_____(Please list names of all parties represented)_____

who IN THIS COURT is (use mouse to select one)  ☐ Petitioner(s)  ☒ Respondent(s)  ☐ Amicus Curiae
☐ Appellant(s)  ☐ Appellee(s)  ☐ Intervenor

I certify that I am a member of the Bar of the Fifth Circuit Court of Appeals, or am applying by completing an admission form..

_____(Signature)_____    Barry.Robinson@usdoj.gov
_____(E-Mail Address)_____

R. Barry Robinson
_____(Type or print name)_____    ▮▮▮▮▮▮▮▮
_____(Social Security No.)_____

Assistant United States Attorney
_____(Title, If Any)_____    Arkansas Bar No. 85206
_____(Resident State/Bar No.)_____

United States Attorney's Office
_____(Firm or Organization)_____    Date of Birth ▮▮▮▮▮▮▮▮    Sex: ☒ M  ☐ F

Street Address 816 Congress Avenue    Suite 1000

City & State Austin, Texas    Zip 78701  Tel. w/AC (512) 916-5858  Fax w/AC (512) 916-5854

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel to whom the court will give notification, with the understanding that the lead counsel will notify all other related counsel. If lead counsel has not signed above, lead counsel *must* complete his or her own form for appearance of counsel. The person to be notified in this case is:

Name of Lead Counsel (Type or Print) _____

A.  Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
n/a

B.  Inquiry of Counsel

   To your knowledge:

   (1)  Is there any case now pending in this court, which involves the same, substantially the same, similar or related issue(s)?

        Yes ☐    No ☒

   (2)  Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?

        Yes ☒    No ☐

   (3)  Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?

        Yes ☐    No ☒

   (4)  Does this case qualify for calendaring priority under 5TH CIR. R. 47.7? If so, cite type of case:
        No

If answer to (1), or (2), or (3), is yes, please give detailed information.

Number and Style of Related Case
Buesgens v. Falcon Ridge Apartments, et al;  Civil No. A-06-CV-226; and Buesgens v. USA, et al ; Civil No. A-06-CV-967

Name of Court or Agency
Both from the U.S. District Court for the Western District of Texas, Austin Division

Status of Appeal (if any)
not on appeal

Other Status (if not appealed)
A-06-CV-226 - Judgment filed Dec. 2006; A-06-CV-967 - Transferred in from the District of Columbia

**NOTE:  Attach sheet to give further details.**

DKT-5A(11/01)