```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS,              )
                                  )
         Plaintiff,               )
                                  )
    v.                            )    Case No. 1:06cv1964
                                  )    Judge: Reggie B. Walton
CHARLES E. BROWN, et al.          )
                                  )
    and                           )
                                  )
BARBARA A. ATKIN,                 )
                                  )
    and                           )
                                  )
DENNIS SCHNEIDER,                 )
                                  )
         Defendants.              )
_____)
```

### MOTION OF DEFENDANTS ATKIN AND SCHNEIDER TO DISMISS CLAIMS AGAINST THEM UNDER RULE 4(m)

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, defendants Barbara A. Atkin, Deputy General Counsel of the National Treasury Employees Union (NTEU), and Dennis Schneider, National Counsel of the NTEU, respectfully request the Court to dismiss the claims filed against them in the above-captioned case. As set forth in defendants' memorandum in support of this motion, plaintiff Michael L. Buesgens has failed to serve defendants Atkin and Schneider with a summons and a complaint. Accordingly, the Court lacks jurisdiction over these defendants, and the claims against them must be dismissed.

Respectfully submitted,


_/s/_____
GREGORY O'DUDEN
General Counsel
Bar No. 254862



_/s/_____
L. PAT WYNNS
Associate General Counsel for
  Appellate Litigation
Bar No. 257840



_/s/_____
JULIE M. WILSON
Assistant Counsel
D.C. Bar No. 482946

National Treasury Employees Union
1750 H Street, NW
Washington, DC 2006
(202) 572-5500

Counsel for defendants Atkin and
  Schneider

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. BUESGENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06cv1964 |
| ) | Judge: Reggie B. Walton |
| CHARLES E. BROWN, <u>et al</u>. ) | |
| ) | |
| and ) | |
| ) | |
| BARBARA A. ATKIN, ) | |
| ) | |
| and ) | |
| ) | |
| DENNIS SCHNEIDER, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### **MEMORANDUM IN SUPPORT OF MOTION OF DEFENDANTS ATKIN AND SCHNEIDER TO DISMISS CLAIMS AGAINST THEM UNDER RULE 4(m)**

Pursuant to Fed. R. Civ. P. 4(m), Barbara A. Atkin, Deputy General Counsel of the National Treasury Employees Union (NTEU), and Dennis Schneider, National Counsel of NTEU, have filed a motion to dismiss the claims filed against them in the above-captioned case. This memorandum is submitted in support of that motion.

### **BACKGROUND**

On or about November 15, 2006, plaintiff Michael L. Buesgens filed a complaint in this Court, in which he named thirty-five individuals and firms as defendants, including Atkin and Schneider. Docket No. 1. Forty-four summonses were issued.

3

To date, however, only one defendant, Charles E. Brown, has been served with process.  Id. at 6.  According to court records, none of the other listed defendants has been served with a summons or complaint.

On or about January 10, 2007, Buesgens filed a motion with the Judicial Panel on Multidistrict Litigation, seeking to consolidate two cases that he filed in the Western District of Texas with the above-captioned case.  In a February 20, 2007 notice to the Panel, NTEU counsel Julie M. Wilson informed the Panel that, because neither Atkin nor Schneider had been served process in the instant case, they were not parties in any case properly before the Panel.[1]  See Attachment A.  Buesgens was served a copy of that notice.  Plaintiff Buesgens has, therefore, been on notice that Atkin and Schneider have not been properly served process since at least February 20.[2]

---

[1]   It is undisputed that Atkin and Schneider are not parties in the Texas cases.

[2]   This is plaintiff Buesgens's third complaint in the District Court for the District of Columbia.  There is, accordingly, little doubt that he is familiar with the rules requiring service of process.  See, e.g., Buesgens v. Coates, 435 F. Supp. 2d 1 (D.D.C. 2006) (dismissed with regard to all claims against NTEU and remaining claims against the federal government transferred to the Western District of Texas); Buesgens v. United States, D.D.C. Case No. 06-1558 (decision issued Nov. 13, 2006) (claims against NTEU dismissed on the basis of collateral estoppel with claims against the government again transferred to Texas).

4

Defendants Atkin and Schneider have not previously appeared in this case. Nor have they filed an answer or other responsive pleading.

### ARGUMENT

**BUESGENS FAILED TO SERVE DEFENDANTS ATKIN AND SCHNEIDER IN ACCORDANCE WITH RULE 4 AND, THEREFORE, THIS CASE MUST BE DISMISSED**

Federal Rule of Civil Procedure 4 requires a plaintiff to serve a summons and a copy of the complaint on each defendant within 120 days of the date that the complaint was filed. See Rule 4(c)(1)&(m). Pursuant to Rule 4(m), the Court must dismiss the complaint against defendants who are not served within the applicable 120-day time period and for which circumstances do not justify granting additional time for service.

The application of Rule 4(m) in this case requires the Court to dismiss the complaint against defendants Barbara Atkin and Dennis Schneider. Because Buesgens filed his complaint on November 15, 2006, the deadline for serving defendants was March 15, 2007. It is undisputed that Buesgens has not served a summons and complaint on Atkin and Schneider within the 120-day period required under Rule 4(m).[3] See Docket No. 9. Buesgens

---

[3] It is well-established that actual notice of the complaint, without proper service of process, is insufficient to give the Court personal jurisdiction over a defendant. See also Mid-Continent Wood Prods., Inc. v. Harris, 936 F.2d 297, 301 (7th Cir. 1991) (citing Way v. Mueller Brass Co., 840 F.2d 303, 306

also has not requested Atkin or Schneider to waive service. The Court must, therefore, dismiss the complaint against Atkin and Schneider unless Buesgens can establish "good cause" for failing to timely effect service of process. As we demonstrate below, Buesgens can make no such showing.

Under a Rule 4(m) analysis, the plaintiff bears the burden of showing good cause. Habib v. GMC, 15 F.3d 72, 73 (6th Cir. 1994). To demonstrate good cause, courts have held that a plaintiff must show that he made a reasonable and diligent effort to effect service. Friedman v. Estate of Presser, 929 F.2d 1151, 1157 (6th Cir. 1991); Ghana v. Roberts, 49 F.3d 728, (9th Cir. 1994); Umbenhauer v. Woog, 969 F.2d 25, 31 (3d Cir. 1992); Colasante v. Wells Fargo Corp., 211 F.R.D. 555 (S.D. Iowa 2002).

In the instant case, Buesgens cannot show good cause in light of his failure even to attempt service on defendants Atkin and Schneider within the time period. As noted above, this is Buesgens's third complaint before the Court. He is, therefore, familiar with Rule 4's requirements. Moreover, Buesgens was notified on February 20, 2007, that he had not properly served Atkin or Schneider, and that, consequently, Atkin and Schneider were not proper parties in this case. Attachment A.

---

(5th Cir. 1998); Sieg v. Karnes, 693 F.2d 803, 807 (8th Cir. 1982)).

6

Accordingly, Buesgens has failed to show good cause for his failure to serve Atkin and Schneider within the 120-day period under Rule 4, and his claims against them should be dismissed.

## CONCLUSION

For the foregoing reasons, defendants Barbara A. Atkin and Dennis Schneider respectfully request that the Court dismiss all of Buesgens's claims against them.

Respectfully submitted,


__/s/_____
GREGORY O'DUDEN
General Counsel
Bar No. 254862


__/s/_____
L. PAT WYNNS
Associate General Counsel for
  Appellate Litigation
Bar No. 257840


__/s/_____
JULIE M. WILSON
Assistant Counsel
D.C. Bar No. 482946

National Treasury Employees Union
1750 H Street, NW
Washington, DC 2006
(202) 572-5500

Counsel for defendants Atkin and
  Schneider

```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

MICHAEL L. BUESGENS,              )
                                  )
        Plaintiff,                )
                                  )
    v.                            )   Case No. 1:06cv1964
                                  )   Judge: Reggie B. Walton
CHARLES E. BROWN, et al.          )
                                  )
    and                           )
                                  )
BARBARA A. ATKIN,                 )
                                  )
    and                           )
                                  )
DENNIS SCHNEIDER,                 )
                                  )
        Defendants.               )
_____)

**CERTIFICATE OF SERVICE**

    I hereby certify that I have caused to be served, by first class mail, a copy of the MOTION OF DEFENDANTS ATKIN AND SCHNEIDER TO DISMISS CLAIMS AGAINST THEM UNDER RULE 4(m); the MEMORANDUM IN SUPPORT OF MOTION OF DEFENDANTS ATKIN AND SCHNEIDER TO DISMISS CLAIMS AGAINST THEM UNDER RULE 4(m); and the PROPOSED ORDER on the following persons:

Michael L. Buesgens
3112 Windsor Road
#A 322
Austin, TX 78703

Charles E. Brown
3624 N. Hills Dr.
#B100
Austin, TX 78731


March 16, 2007                              _/s/_____
Date                                        Geri Khan
                                            Legal Assistant

MDL DOCKET NO. 1800

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN **MARCH 12, 2007**

TO:  Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

_____   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

XXX   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

_____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| 2/20/07 | Julie M. Wilson | _/s/ Julie M. Wilson_ |
|---|---|---|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) **(list even if waiving)**:

See attached.

Name and Address of Attorney Designated to Present Oral Argument:

Julie M. Wilson, Assistant Counsel
National Treasury Employees Union
1750 H Street NW
Washington, DC 20006

Telephone No.: 202-572-5500

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/01)

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

In re: Michael L. Buesgens Litigation          MDL No. 1800

<u>WAIVER OF ORAL ARGUMENT</u>

    Julie M. Wilson represented Colleen M. Kelley, National President of the National Treasury Employees Union (NTEU), in <u>Buesgens v. United States</u>, 06-1558 (D.D.C.), which was dismissed with regard to all claims against defendant Kelley on May 9, 2006. Accordingly, Kelley is not a party in any matter properly before this Panel.

    Barbara A. Atkin and Dennis Schneider, staff attorneys for NTEU, are named as defendants in <u>Buesgens v. Brown</u>, 06-1964 (D.D.C.). As of February 20, 2007, neither Atkin nor Schneider had been served a complaint and summons in that case and, therefore, are not parties in the case. Thus, neither Julie Wilson nor any other attorney in NTEU's Office of General Counsel, is representing any party in any case currently before the Panel.

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

In re:  Michael L. Buesgens Litigation         MDL No. 1800

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served, by first class mail, a copy of the ORAL ARGUMENT APPEARANCE FORM on the persons identified on the attached list.

2/21/07
Date

Geri Khan
Legal Assistant

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**

Page 1

Docket: 1800 - In re Michael L. Buesgens Litigation
Status: Moot on / /
Transferee District:        Judge:

Printed on 01/22/2007

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Armbrust, David B.<br>Armbrust R. Brown, LLP<br>100 Congress Avenue<br>Suite #1300<br>Austin, TX 78701-2744 | => Phone: (512) 435-2300<br>Armbrust, David B. |
| Atkins, Barbara A.<br>National Treasury Employees Union<br>1750 H. Street, N.W.<br>Washington, DC 20006 | =><br>Atkin, Barbara A. |
| Bass, Steven Bock<br>Assistant U.S. Attorney<br>816 Congress Avenue, # 1000<br>Austin, TX 78701 | =><br>Bass, Steven Bock |
| Beaver, Chester E.<br>City of Austin Attorney<br>P.O. Box 1546<br>Austin, TX 78767 | =><br>Beaver, Chester E. |
| Brown, IV, Frank B.<br>Armbrust R. Brown, LLP<br>100 Congress Avenue<br>Suite #1300<br>Austin, TX 78701-2744 | => Phone: (512) 435-2300<br>Brown, IV, Frank |
| Buesgens, Michael L.<br>3112 Windsor Road<br>#A322<br>Austin, TX 78703 | => Phone: (512) 339-6005  Fax: (512) 339-6099  Email: MikeBuesgens@hotmail.com<br>Buesgens, Michael L.* |
| Cagle, Gregory S.<br>Ambrust, Brown & Davis Llp<br>100 Congress Avenue<br>Suite 1300<br>Austin, TX 78701 | => Phone: (512) 432-2300<br>Cagle, Gregory S. |
| Carruth, Gerald Conley<br>Assistant U.S. Attorney<br>816 Congress Avenue, # 1000<br>Austin, TX 78701 | =><br>Carruth, Gerald Conley |
| Cruz, Edward<br>Texas Solicitor<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 | =><br>Cruz, Rafael Edward; Cruz, Ted |

*(Panel Attorney Service List for MDL 1,800 Continued)*                                         Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Florey, Jr., Ben C.<br>Law Office Of Ben C. Florey, Jr.<br>1800 Guadalupe Street<br>Austin, TX 78701 | => **Phone: (512) 479-8600**<br>Florey, Ben Jr.; Herndon, Charles G. |
| Harwood, Robert B.<br>Equal Employment Opportunity Commission<br>5410 Fredericksburg Road # 200<br>San Antonio, TX 78229-3555 | => **Phone: (210) 281-7600  Fax: (210) 281-2522**<br>Harwin, Robert B |
| Howard, Derek A.<br>Howard & Kobelan<br>100 Congress Avenue<br>Suite 1720<br>Austin, TX 78701-4042 | => **Phone: (512) 480-9300**<br>Howard, Derek |
| Jewett, Dunham<br>Crady, Jewett & McCulley, LLP<br>2727 Allen Parkway<br>Suite 1700<br>Houston, TX 77019 | => **Phone: (713) 739-7007  Fax: (713) 739-8403**<br>Jewett, Dunham |
| Joyner, Guy J.<br>Texas Secretary of State<br>P.O. Box 12079<br>Austin, TX 78711-2079 | =><br>Joyner, Guy J. |
| Malinger, Marc Eric<br>State Farm Lloyds<br>Policy # 83-LV-0578-9 Tenants Renters Policy<br>8900 Amber Glen Blvd<br>Austin, TX 78729 | =><br>Malinger, Marc Eric |
| Marmon, Shelley Bush<br>Crady, Jewett & McCulley, LLP<br>2727 Allen Parkway<br>Suite 1700<br>Houston, TX 77019 | => **Phone: (713) 739-7007  Fax: (713) 739-8403**<br>Armbrust R. Brown, LLP*; Brown, Charles E.*; Crady, Jewett & McCulley, LLP*; Falcon Apartments of Austin I, Inc.*; Goeres, Megan*; GREP General Partner, LLC*; Greystar Management Services, LP*; Marmon, Shelley Bush; Rogers, Mandy*; Wehmeier, Debi*; Wilson-Torres, Amanda* |
| Mashburn, Timothy<br>Texas Comptroller<br>P.O. Box 13528<br>Austin, TX 78711 | =><br>Mashburn, Timothy |
| McCulley, Hugh Lawrence<br>Crady, Jewett & McCulley, LLP<br>2727 Allen Parkway<br>Suite 1700<br>Houston, TX 77019 | => **Phone: (713) 739-7007  Fax: (713) 739-8403**<br>McCulley, Hugh Lawrence |

*(Panel Attorney Service List for MDL 1,800 Continued)*                                                                 Page 3

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Melnik, Karen L.<br>U.S. Attorney's Office<br>555 Fourth Street, NW<br>Room E4112<br>Washington, DC 20530 | => Phone: (202) 307-0338<br>Abbott, Greg; Auby, Richard R.; Bonilla, Dorienne; Carroll, Mary E.; Collins, Dennis; Commissioner of the Internal Revenue Service; Department of Health & Human Services; Duderstadt, Katye; Estrada, Melinda; Federal Labor Relations Authority; Goodey-Doyle, Angelia; Jackson, Alphonso; Krcha, Mary-Ellan; Leal, Oscar; Leger, Thomas; Medlock, Anna; Melnik, Karen; Palacios, Daniel; Parker, James; Powell, Robert E.; Reyes, Victor; Salyards, Michael; Schanhals, Martha; Session, Nancy; Tawney, Donald R.; Theis, Thomas; United States Office of Special Counsel; United States Postal Service; Vuillermier, Cheryl; Waites, Margeret; Washington, Jr., Charles |
| Morgan, Anne<br>City of Austin Assistant Attorney<br>P.O. Box 1546<br>Austin, TX 78767 | =><br>Morgan, Anne L. |
| Nettles, Jr., Charles R.<br>1524 South IH-35<br>Suite 233<br>Austin, TX 78704 | => Phone: (512) 459-3212  Fax: (512) 459-0842  Email: charlesnettles@hotmail.com<br>Tawney, Donald R.* |
| Petrucci, James<br>Federal Labor Relations Authority<br>Richard Zorn, Solicitor General<br>1400 K. Street, N.W. # 300<br>Washington, DC 20424-0001 | =><br>Petrucci, James J. |
| Powell, Michael<br>Texas Secretary of State<br>P.O. Box 12079<br>Austin, TX 78711-2079 | =><br>Powell, Michael |
| Randall, Jennifer<br>Equal Employment Opportunity Commission<br>5410 Fredericksburg Road # 200<br>San Antonio, TX 78229-3555 | => Phone: (210) 281-7600  Fax: (210) 281-2522<br>Randall, Jennifer |
| Ray, Maureen<br>State Bar of Texas<br>P.O. Box 12487<br>Austin, TX 78711-2487 | =><br>Ray, Maureen |
| Robinson, R. Barry<br>Assistant U.S. Attorney<br>816 Congress Avenue<br>Suite 1000<br>Austin, TX 78701 | => Phone: (512) 916-5858  Fax: (512) 916-5854<br>Coates, Marcia H.*; Dominguez, Cari M.*; George, J. Russell*; James, Kay Coles*; Robinson, R. Barry; Snow, John W.*; United States of America |
| Salyards, Michael Lynn<br>Department of Treasury Internal Revenue Service<br>4050 Alpha Road, 7th Floor<br>Mail Stop 2500 MSRO<br>Dallas, TX 75244-4203 | => Phone: (972) 308-7365<br>Salyards, Michael |

*(Panel Attorney Service List for MDL 1,800 Continued)* Page 4

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Schneider, Dennis<br>National Treasury Employees Union<br>1750 H. Street<br>Washington, DC 20006 | => <br>Schneider, Dennis |
| Stanton, Thomas<br>Department of Treasury Internal Revenue Service<br>4050 Alpha Road, 7th Floor<br>Mail Stop 2500.MSRO<br>Dallas, TX 75244-4203 | => Phone: (972) 308-7365<br>Stanton, Thomas |
| Tarango, Felix<br>County Attorney<br>P.O. Box 1748<br>Austin, TX 78767 | => <br>Tarango, Felix |
| Taylor, Judith<br>Equal Employment Opportunity Commission<br>5410 Fredericksburg Road # 200<br>San Antonio, TX 78229-3555 | => Phone: (210) 281-7600  Fax: (210) 281-2522<br>Taylor, Judith |
| Warren, III, William S.<br>Warren Law Firm<br>1011 Westlake Drive<br>Austin, TX 78746 | => Phone: (512) 347-8777  Fax: (512) 347-7999<br>Warren Law Firm; Warren, III, William S. |
| Wilson, Julie M.<br>Assistant Counsel<br>National Treasury Employees Union<br>1750 H. Street, N.W.<br>Washington, DC 20006 | => Phone: (202) 572-5500  Fax: (202) 572-5645<br>Kelley, Colleen M.* |

```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS,            )
                                )
        Plaintiff,               )
                                )
    v.                           )   Case No. 1:06cv1964
                                )   Judge: Reggie B. Walton
CHARLES E. BROWN, et al.         )
                                )
        and                      )
                                )
BARBARA A. ATKIN,                )
                                )
        and                      )
                                )
DENNIS SCHNEIDER,                )
                                )
        Defendants.              )
_____)
```

## ORDER

Upon consideration of the motion to dismiss filed by defendant Colleen Kelley, it is hereby

ORDERED that the motion be granted and that all claims against defendants Barbara A. Atkin and Dennis Schneider be dismissed.

Date: _____        _____
                                   United States District Judge

Parties to be notified:

Julie M. Wilson
Assistant Counsel
National Treasury Employees Union
1750 H Street, NW
Washington, DC  20004

Michael L. Buesgeus
3112 Windsor Road
#A 322
Austin, TX 78703

Charles E. Brown
3624 N. Hills Dr.
#B100
Austin, TX 78731