UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 CONSTITUTION AVE, NW
WASHINGTON, DC 20001

MICHAEL L BUESGENS
PLAINTIFF

V.

SHELLEY BUSH MARMON,
GOERES - ATTORNEY
AT LARGE

DUNHAM JEWETT,
OWNER
CRADY, JEWETT & McCULLEY
LLP, HOUSTON TEXAS
DEFENDANTS
ET.AL..

CIVIL NO.
1:06CV
01964
RBW

RECEIVED
MAR 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF MICHAEL L BUESGENS
MOTION FOR EXCULPATORY
EVIDENCE.



# WEEKS AND ASSOCIATES, L.L.C.
### A TEXAS LIMITED LIABILITY COMPANY
**Including Partnerships**
**316 West Twelfth Street**
**Suite 308**
Austin, Texas 78701-1844
Voice (512) 472-9989
Fax (512) 494-1133

December 7, 2006

Clerk of the Court, U. S. District Court        <u>via Certified Mail RRR #</u>
District of Columbia                               <u>7001 2510 0006 7287 1889</u>
333 Constitution Ave NW, Room 1225
Washington DC 20001

         RE: Michael L Buesgens vs. United States of America
               Case no. 1:2006CV01558

Dear Clerk of the Court:

       Please find enclosed for filing in the captioned matter, an original process server affidavit attached to the Return of Service of Summons on defendant Megan Goeres. The plaintiff has indicated to our office that he mailed your office the original return of service for this defendant and it has been misplaced.

       Please return to our client in the enclosed postage paid and self addressed envelope a file marked copy for plaintiff Buesgens records.

       Please do not hesitate to contact our office with any question or if you need anything further.

       Thank you kindly for your assistance in this regard.

                         Sincerely,

                         Carl Weeks, Managing Partner

c.c. Michael Buesgens, Plaintiff Pro se

     file: #951-06-242

# WEEKS AND ASSOCIATES, L.L.C.

*316 West Twelfth Street, Suite 316*
*Austin, TX 78701*
*Voice (512) 472-9989*
*Fax (512) 494-1133*
*www.carlweeks.com*

December 7, 2006

Mr. Michael L. Buesgens
3112 Windsor Road,#A322
Austin, TX 78703

Regarding your letter dated, November 29, 2006

Dear Mr. Buesgens:

I am writing in response to your letter dated, November 29, 2006. I will attempt herein to answer your questions. Some of your comments were set forth as statements were somewhat confusing to me and I am not sure if they were intended to request a reply or not. If that was your intention, please clarify and modify your statements to be posed a question that I may be able to understand clearly and answer.

1.    Our case number for your investigative case file is:
      **#951.06-242 – Michael L. Buesgens vs. Falcon Ridge Apts, et al**

2.    For the most part everyone in our office has worked on your file. Of course, my son, Michael Weeks, and I have been the primary investigators on the case. But also, our bookkeeper, runner, records researcher, and clerk worked on the matters related to your case.

3.    Contacts with persons other than the dates you mention are numerous and various. They may include, but are not limited to, various clerks at different courts or other public offices with which we have made contact while conducting this investigation. We do not normally record such contact.

4.    When a person will not speak to us willingly, as an investigator on a particular case, we always do exactly what we did in your case – we inform our client, who is usually an attorney; and one or two things usually happen. They either ask us to go back and serve them a subpoena to take their deposition; or they make a decision that the effort and expense involved in taking a deposition is

Page 2

       not worth the time or trouble (depositions are usually quite expensive and burdensome to all the parties) .

5.     On item number "37" in your letter to me, you requested that I contact "Tony Brown" and "R. Barry Robinson" at the U.S. Attorney's Office in Austin, Texas". Your letter does not state why you wish me to contact these gentlemen; or what I am to say is my reason for contacting them? Please explain this statement further, if you still want me to make this contact and explain what it is you would like for me to do on your behalf.

As discussed, we mailed an original process server affidavit attached to the service of summons on "Goers". This was sent to the U.S. District Court with a cover letter at the address you specified; and it was sent by U.S. Postal Certified Mail, return receipt requested. A copy of that affidavit is attached herewith for your records. I provided the court with a self-addressed postage-paid envelope with your address endorsed thereon and requested that the clerk return a file marked copy directly to you for your files. I have waived our fee for preparing this affidavit and mailing it to the Court as a professional courtesy to you as your retainer has been expended.

As discussed, we require a retainer if additional services are be rendered, if your wish is for us to work further on your case please remit additional funds to replenish the account.

I hope this letter answers your questions. To my knowledge this takes care of what you and I discussed you wanted done on the return of service matter referenced above and enclosed herewith as copies.

Please let me know if you have any additional questions that I may answer for you; or if I may be of further assistance in any regard

Sincerely yours,

Carl M. Weeks

CW/bl

Enclosure

*OFFICE IN WASHINGTON, D.C.*
*WINSTEAD AUSTIN, TEXAS*

*ANDREW KEVER, GRANDE COMMUNICATIONS*

**Former Jenkens & Gilchrist Talent Choose Winstead.
More Expected to Join** *MEGAN M. GOERES*

Austin (Mar 14, 2007) — Winstead PC grows by 17 as
10 former Jenkens & Gilchrist attorneys and seven
support staff move to the Winstead Office in the Frost
Bank Tower. An additional five to nine attorneys are
expected to join Winstead before the end of the
month. According to Managing Shareholder Alex
Gonzales, "We had visions of growing our Austin
Office but this turned out much better than we
expected. I have no doubt that together, we will bring
many new client success stories to the Central Texas
region."

New shareholders in Winstead's Austin Office include
J. Rowland Cook, a corporate and securities attorney
and former managing shareholder of the Austin
Jenkens & Gilchrist Office; Andrew Kever, a
corporate attorney with extensive regulatory,
legislative, litigation and transactional experience;
Albert R. Axe Jr. and Keith Courtney, environmental
and administrative law attorneys who represent
clients on regulatory, legislative, transactional and
related litigation matters; John Menchaca II, a
corporate attorney with extensive mergers and
acquisitions, securities, and venture capital
experience; and Kathryn K. Lindauer, a corporate
attorney representing clients in public and private
financings, mergers and acquisitions, and SEC
compliance.

Other attorneys who have joined Winstead's Austin
Office include Of Counsel Martha E. Smiley, a
telecommunications veteran with legislative and

administrative experience in public utility law and corporate associates Alexander R. Allemann, Mandy Jones Ford and Jennifer J. Kracht.

"This was a perfect match," said Gonzales. "We wanted to move our law firm forward and bolster our corporate, environmental and PUC regulatory presence and the J&G attorneys were looking for a firm that would understand their culture and give them the momentum to continue on their well- paved paths of success."

"Winstead was our choice because we felt that the Winstead law firm was already in front of the projects that matter to us and matter to the Central Texas region," said Cook. "The legal market in Austin is growing as new opportunities and economic growth bring new industries to the region. Winstead has an excellent reputation and we are proud to hang our hats in Winstead offices."

Winstead is among the largest business law firms in Texas. Winstead attorneys and consultants serve as the trusted advisors to mid-market and large businesses, providing a core range of legal services that are critical to their operation and success. From its well-known reputation in real estate and financial services to its corporate and high-stakes litigation practice, Winstead has the power to perform for your business. Winstead has offices in Austin, Dallas, Fort Worth, Houston, San Antonio, and The Woodlands, Texas; and Washington, D.C. For detailed information about Winstead, visit www.winstead.com.

###

© 2002 - 2007 Winstead PC