# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

April 18, 2007

TO CLERKS OF THE FOLLOWING U. S. DISTRICT COURTS:

District of District of Columbia
Western District of Texas

Re: MDL-1800 -- In re Michael L. Buesgens Litigation

    *Michael L. Buesgens v. Charles E. Brown, et al.*, D. District of Columbia, C.A. No. 1:06-1964
    *Michael L. Buesgens v. United States of America, et al.*, W.D. Texas, C.A. No. 1:06-967

Dear Clerk:

    I am enclosing a certified copy of an order filed today by the Panel in the above matter.

               Very truly,

               Jeffery N. Lüthi
               Clerk of the Panel

               By _____
                  Deputy Clerk

Enclosure

cc: Transferor Judges: Judge Reggie B. Walton; Judge Lee Yeakel

JPML Form 32

A CERTIFIED TRUE COPY

APR 1 8 2007

ATTEST
FOR THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 8 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 1800

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE MICHAEL L. BUESGENS LITIGATION

*Michael L. Buesgens v. Charles E. Brown, et al.*, D. District of Columbia, C.A. No. 1:06-1964
*Michael L. Buesgens v. United States of America, et al.*, W.D. Texas, C.A. No. 1:06-967

## BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA,[*] JUDGES OF THE PANEL

## ORDER DENYING TRANSFER

This litigation consists of two actions pending in two federal districts. Before the Panel is a motion by the sole plaintiff, pro se, in both actions, pursuant to 28 U.S.C. § 1407, seeking centralization of the actions for pretrial proceedings in the District of the District of Columbia or in any federal district court other than the Western District of Texas that is outside the Fifth Circuit.[1] The Federal Government[2] and Falcon Ridge[3] defendants oppose the motion.

On the basis of the papers filed and hearing session held, the Panel finds that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Plaintiff's allegations, spawned by his employment and housing situation, can be fairly and expeditiously resolved elsewhere without any further Panel involvement.

---

[*] Judge Scirica took no part in the decision of this matter.

[1] An additional action included on the Section 1407 motion – *Michael L. Buesgens v. Donald Ray Tawney*, W.D. Texas, C.A. No. 1:07-127 – was dismissed with prejudice on March 19, 2007. Accordingly, the question of inclusion of this action in MDL-1800 proceedings is moot. Plaintiff has notified the Panel that he has filed other potentially related actions.

[2] John W. Snow, Secretary of the Treasury; Marcia H. Coates, EEO Program of the Department of the Treasury; Cari M. Dominguez, Chairman of the Equal Employment Opportunity Commission; Kay Coles James, Director of the Office of Personnel Management; J. Russell George, Inspector General of Treasury Department Tax Administration; and the United States of America.

[3] Falcon Ridge Apartments; Falcon Apartments of Austin, Ltd.; Falcon Apartments of Austin I, Inc.; Greystar Property Management; GREP General Partner, LLC; Charles E. Brown, P.C.; Armbrust & Brown, LLP; Grady, Jewett & McCulley, LLP; Megan Goeres; Debi Wehmeier; Mandy Rogers; and Amanda Wilson-Torres.

- 2 -

IT IS THEREFORE ORDERED that the motion, pursuant to 28 U.S.C. § 1407, for centralization of these actions is denied.[4]

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

---

[4] The request of defendant in the now-dismissed Texas action for attorneys' fees is denied.

U.S. DISTRICT COURT
NANCY MAYER WHITTINGTON, CLERK

APR 2 0 2007

RECEIVED