Received
Mail Room

APR 25 2007

Nancy Mayer Whittington, Clerk
U.S. District Court, District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE, NW
WASHINGTON, DC 20'001

MICHAEL L. BUESGENS
PLAINTIFF

V.

CHARLES EADS BROWN
ATTORNEY
TEXAS BARCARD: 03101650
REAL ESTATE
LICENSE NO.

GREGORY S. CAGLE
ATTORNEY
TEXAS BARCARD: 24003678

SHELLEY BUSH MARMON
TEXAS BAR CARD: 03497050

CIVIL NO
1:06CV
01964
RBW

DAVID B ARMBRUST,
RESPONDENT SUPERIOR
TEXAS BAR CARD: 1304700

DUNHAM JEWETT,
RESPONDENT SUPERIOR
TEXAS BAR CARD: 10665500

ARMBRUST & BROWN, LLP

CRADY, JEWETT & MCCULLEY, LLP

CHESTER E. BEAVER
CITY OF AUSTIN, FAIR
HOUSING - HUD ATTORNEY

ANN MORGAN
CITY OF AUSTIN, TEXAS
FAIR HOUSING - HUD
ATTORNEY
TEXAS BAR CARD: 14432400

CIVIL NO.
1:06CV
01961
RBW

2

FELIX TARANGO, ASSISTANT
TRAVIS COUNTY ATTORNEY
AUSTIN TEXAS
TEXAS BAR CARD: 24028027

JOHN NEAL CHIEF
DISCIPLINARY COUNSEL
STATE BAR OF TEXAS
ET. AL.
DEFENDANTS

CIVIL NO.
1:06CV
01964
RBW

I.
1.

PLAINTIFF MICHAEL L BUESGENS
NOTICE AND VERIFICATION
TO THIS COURT OF EVIDENCE OF
GENUINE MATERIAL FACTS
OF WRONG DOING BY ATTORNEYS
AND RESPONDEAT SUPERIOR
AND LAW FIRMS AND STATE
BAR OF TEXAS CHIEF DISCIPLINARY
COUNSEL, JOHN NEAL, DIRECTOR

3

2  PLAINTIFF BUESGENS RESPECTFULLY MOVES THIS COURT TO TAKE NOTICE OF THE FOLLOWING EVIDENCE AND FACTS AND FRAUDULENT CONCEALMENT BY THE FOREGOING, ET. AL. ACTING INSIDE AND OUTSIDE THEIR OFFICIAL DUTIES IN

3.  MICHAEL L BUESGENS. COMPLAINTS OF HOUSING DISCRIMINATION

4.  RETALIATORY EVICTION

5.  CONSTRUCTIVE EVICTION

6.  UNLAWFUL CONVERSION

7.  A COLLUSIVE CONSPIRACY BY GOVERNMENT INDIVIDUALS AND OFFICIALS AND PRIVATE INDIVIDUALS AND PERSONS.

8.  42 U.S.C. SECTION 1983, VIOLATIONS

4

9. PLAINTIFF MICHAEL L BUESGENS MOVES THIS COURT TO TAKE NOTICE OF THE FOLLOWING COURT FILINGS AND PLEADINGS AND RESPONSES AND MOTIONS BY THE ATTORNEY AND LAW FIRM DEFENDANTS IN THIS CIVIL ACTION

II    THE NEXUS

1. PLAINTIFF BUESGENS REASONABLE ACCOMMODATION REQUEST ON DECEMBER 22, 2005 AT FALCON RIDGE APARTMENTS AUSTIN, TEXAS DENIED

2. PLAINTIFF BUESGENS HOUSING DISCRIMINATION COMPLAINT BASED ON THE MEDICAL DISABILITY BIPOLAR, FILED ON DECEMBER 28, 2005 WITH THE TWO CERTIFIED CITY OF AUSTIN TEXAS FAIR HOUSING OFFICE

5

1 : 06 CV 01964 RBW
MDL-1800

3. DECEMBER 30, 2005
RETALIATORY EVICTION SUIT
FILED AGAINST MICHAEL L.
BUESGENS BY ATTORNEY
A. CHARLES EADS BROWN ✓
AND
APARTMENT OWNERS-LANDLORDS
B. ARNOLD CARL TAUCH
C. JACK C. MOSS
D. KYLE O. TAUCH
HOUSTON, TEXAS
AND
PROPERTY MANAGERS
E. ROBERT A. FAITH PRESIDENT
F. GARY KIN OLDHAM, PARTNER
G. DEBRA WEHMEIER, REGIONAL
VICE PRESIDENT
H. GREYSTAR-GREP FAMILY.
MULTIPLE PROPERTIES IN VARIOUS
STATES
I. CASE NO. 041509
JUSTICE OF THE PEACE, AUSTIN, TX

6

1:06 CV 01964 RBW
MDL-1800

4. F.P. CASE NO. 041509
TRIAL JANUARY 26, 2006

5. PLAINTIFF BUESGENS HOUSING
DISCRIMINATION COMPLAINT
CIVIL ACTION FILED JANUARY
23, 2006
CIVIL NO. 0-1-GN-06-000262
200TH JUDICIAL DISTRICT
AUSTIN, TEXAS

6. FEBRUARY 2, 2006 - APPEAL
BOND POSTED BY BUESGENS
$10,000.00 FOR APPEAL OF
EVICTION SUIT CASE NO. 041509
TO
TRAVIS COUNTY COURT AT LAW
NO. 1 JUDGE J. DAVID PHILLIPS
AUSTIN, TEXAS

7. TRIAL JUNE 16, 2006
C-1-CV-06-000678

7

1:06CV01964 RBW
MDL-1800

8. REMOVAL OF BUESGENS HOUSING DISCRIMINATION CIVIL ACTION 0-1-GV-000262 ON

A. MARCH 29, 2006

B. 1:06CV00226 LY-RP

C. U.S. DISTRICT COURT AUSTIN TEXAS

D. JUDGE EARL LEROY YEAKEL III

E. MAGISTRATE JUDGE ROBERT L. PITMAN

9. REMOVAL OF CAUSE NO. C-1-CV-06-000678 BY PLAINTIFF BUESGENS ON APRIL 10, 2006

10. 1:06CV00260 LY JUDGE EARL LEROY YEAKEL III AUSTIN, TEXAS

8

1:06 CV 01964 RBW
MDL-1800

11. REMAND OF 1:06CV00260 LY
ON MAY 24, 2006 TO
C-1-CV-06-000678

A. TRAVIS COUNTY COURT AT
LAW NO. 1

B. JUDGE J. DAVID PHILLIPS

C. **TRIAL JUNE 16, 2006**

12. APPEAL OF C-1-CV-06-000678
**TO**

A. THIRD COURT OF APPEALS
AUSTIN TEXAS

B. JUDGE ROBERT PEMBERTON

C. JUDGE EARL LEROY YEAKEL, **III**

D. APPEAL NO. 03-06-000614CV

13. BUESGENS PETITION OF REVIEW
FOR CASE NO. 041509 TO

A. TEXAS SUPREME COURT
IN FEBRUARY 2006

B. CASE NO. 06-0157

1:06CV01964 RBW
MDL-1800

14. PLAINTIFF BUESGENS NUMEROUS
A. COMPLAINTS OF ATTORNEY
MISCONDUCT TO STATE
BAR OF TEXAS AND
B. JOHN NEAL, CHIEF DISCIPLINARY
COUNSEL

15. THE CITY OF AUSTIN FAIR
HOUSING OFFICE
16. HUD CERTIFIED
CLOSURE OF
BUESGENS ADMINISTRATIVE
17. HUD #06-06-293-8
18. FILED: 12/28/2005
ON
19. FEBRUARY 17, 2006 BY ✓
JOHN A. BENAVIDES, INVESTIGATOR
BECAUSE OF CHARLES ENOS
BROWN EVICTION SUIT CASE
NO. 041509 - CHARLES BROWN ✓
20. SENT COPIES OF BUESGENS FILINGS
IN THAT CASE TO BENAVIDES
18

1:06 CV 01964 RBW
MOL-1800

21. PLAINTIFF BUESGENS CROSS CLAIM AND COUNTERCLAIM IN JUSTICE OF THE PEASE EVICTION SUIT NO. 041509 WERE NEVER ADJUDICATED AND WERE OMITTED AND DELETED BY ATTORNEYS AND THE COURTS.

22. HUD CERTIFIED INVESTIGATOR JOHN A. BENAVIDES AT THE CITY OF AUSTIN FAIR HOUSING OFFICE IS IN VIOLATION OF THE CODE OF FEDERAL REGULATIONS AND HUD POLICY AND COMPLAINT PROCESSING REGULATIONS

23. WHEN HE DISMISSED HUD #06-06-293-8
A. ON FEBRUARY 17, 2006
B. SEE EXHIBITS

11

1:06CV01964 RBW
MDL-1800

24. 42 U.S.C. SECTION 1983 VIOLATIONS **BY THE FOLLOWING**

25. CITY OF AUSTIN, TEXAS

26. TRAVIS COUNTY, AUSTIN, TEXAS

27. STATE OF TEXAS

28. PRIVATE ATTORNEYS AND LAW FIRMS

29. RESPONDENT SUPERIOR

30. ~~IN COLLUSIVE CONSPIRACY~~
31. ~~DENIED~~ MICHAEL L DUESGENS
32. ~~DUE PROCESS~~
33. ~~LEGAL RIGHTS~~
34. ~~LEGAL REMEDIES~~

12

1:06CV01964 RBW
MDL-1800

III    FACTUAL EXHIBITS AND
LOGICAL INFERENCE AND
SEQUENCE OF EVENTS

1.    VOIR DIRE — SPEAK THE TRUTH.
2.    WHEN?
3.    CASE NO. 041509
4.    TRIAL JANUARY 26 2006
5.    JUSTICE OF THE PEACE
      PRECINCT 5, AUSTIN, TEXAS

6.    JUDGE HARRIET M. MURPHY ✓
7.    JUDGE HERB EVANS
      PRESIDING

8.    EVICTION ATTORNEY CHARLES ✓
      EADS BROWN SPEAKS TO
      VOIR DIRE ABOUT BUESGENS
      DISABILITY AND MEDICATIONS

9.    OBJECTION — MISTRIAL
10.   THAT IS NOT ALLOWED — TRIAL CONTINUES

13

1:06CV01964RBW
MDL-1800

11. IN **2006** AND **2007** PLAINTIFF
MICHAEL L BUESGENS **SENT**
NUMEROUS LETTERS **TO**
**VOIR DIRE** MEMBERS REQUESTING
THEIR TESTIMONY ON THE
FOREGOING MISCONDUCT AND
ADVERSE ACTIONS BY ATTORNEY

12. **CHARLES EADS BROWN**

13. TEXAS BAR CARD:

14. TEXAS REAL ESTATE
LICENSE:

15. **VOIR DIRE** — SPEAK THE TRUTH
**NEVER** RESPONDED

16. WHY NOT **?**

17. THE **SOLE ISSUE** IN EVICTIONS
AND FORCIBLE DETAINERS **IS**
POSSESSION OF THE PROPERTY.

14

1:06 CV 01964 RBW
MDL-1800

# EXHIBITS CONTINUED
## EVIDENCE AND FACTS OF WRONGDOING

18. CASE NO. 1:06 CV 00226 LY-RP
JUDGE EARL LEROY YEAKEL, **III**
MAGISTRATE JUDGE ROBERT
L. PITMAN, **U.S.D.C.** AUSTIN, TEXAS

19. DOCUMENT **71** FILED: 07/12/06
**6 PAGES**.

A. DAVID B. ARMBRUST,
RESPONDENT SUPERIOR

B. DUNHAM JEWETT,
RESPONDENT SUPERIOR

C. GREGORY S. GAGLE, ATTORNEY

D. SHELLEY BUSHMARMON, ATTORNEY

15

1:06CV01964RBW
MDL-1800

E. ARMBRUST & BROWN, **LLP**   AUSTIN

F. CRADY, JEWETT & MCCULLEY, **LLP**
HOUSTON, TEXAS

20.        **SPEAK AND LIE**

21.   TEXAS RULES OF CIVIL PROCEDURE
AND INTERROGATORIES
BUESGENS **DID NOT** EXCEED
ANYTHING **AND NEVER DID**
RECEIVE A RESPONSE **TO**
A.  INTERROGATORIES
                AND
B.  DUNHAM JEWETT          RESPONDEAT
C.  DAVID B. ARMBRUST          SUPERIORS
D.  FRANK BROWN, IV

22   **PAGE 1 AND 2** OF DOCUMENT
**71.** FILED: 07/12/2006
CIVIL NO.: 1:06CV00226 **LY-RP**

16

1:06CV01964 RBW
MDL-1800

## EXHIBITS CONTINUED

23. DOCUMENT 71 - FILED: 07/12/06
    **PAGE 3**

24. ATTORNEY MISCONDUCT - **LIES**
    COLLECTIVE AND INDIVIDUALLY
    A. NO. **6** DENIED - LIE
    B. NO. **9** DENIED - LIE

25. **WHERE** IS **VOIR DIRE** AND **WHY**
    WON'T THE COURTS LET
    THEM TESTIFY IN AUSTIN
    **TEXAS** ?    **JUDGE YEAKEL**

26. 42 U.S.C. SECTION 1983
    ABUSE OF PROCESS - DUE PROCESS

27. BACKGROUND INVESTIGATION ON
    A. BUESGENS **PAGE 2** AND **3**
    B. **DENIED - THIS IS A LIE**

*17*

1:06CV01964RBW
MDL-1800

28. THE FOREGOING DID A THOROUGH BACKGROUND-CRIMINAL AND CREDIT ON MICH BUESGENS AND

29. THEY DID A COMPUTER AUDIT ON THE COMPUTER THAT WAS LOCATED AT THE FALCON RIDGE APARTMENTS-BUSINESS OFFICE FOR TENANTS-RESIDENTS.

30. BUESGENS PREVIOUSLY USED THE COMPUTER QUITE OFTEN.

31. DEFENDANTS AND ATTORNEYS TOOK THE COMPUTER TO AN INVESTIGATOR TO SEE WHAT THEY COULD FIND OUT ABOUT BUESGENS COMPUTER USE OR ABUSE

18

1:06 CV01964 RBW
MDL-1800

EXHIBITS CONTINUED

32. PLAINTIFF MICHAEL L BUESGENS
DID AN INVESTIGATION ON
ATTORNEY
CHARLES EADS BROWN
IN
33. JANUARY, 2006
AND
34. MR. BROWN WAS QUITE ANGRY
WITH WHAT BUESGENS DID
AND WHAT HE FOUND ABOUT
BROWN
35. AS PRESENTED
TO THE COURTS BY BUESGENS
AND
36. TO JOHN NEAL, STATE BAR
OF TEXAS

37. CHARLES BROWN MISDEMEANOR RECORDS
38. AND ILLEGAL VOTING RECORD.

19

1:06 CV 01964 RBW

39. CHARLES ENOS BROWN
A. WAS VERY ANGRY
B. VERY-VERY ANGRY
AND

40. THIS SERIOUSLY AFFECTED
HIS ABILITY TO PERFORM
HIS LEGAL DUTIES WITHIN
THE CONFINES OF LAW
AND RULES OF PROCEDURE

41. THUS WE FIND VOIR DIRE
POLLUTION.

42. REFUSAL TO IDENTIFY DEFENDANTS

43. BROWN'S LYING TO THE COURTS
AND TO BJESGENS.

44. BROWN SUBORNING PERJURY
A. FROM MEGAN M. GOERES
AND
B. MANDY ROGERS AT TRIALS
1/26/06 AND 6/16/06

20

1:06CV01964RBW
MDL-1800

45. ALL OF THE ATTORNEYS AND
DEFENDANTS KNEW OF
CHARLES. EADS BROWN
A. LIES
B. MISCONDUCT
C. ABUSE
46. AND THEY REFUSED TO REPORT
OR TO MITIGATE IT IN
ANY WAY.

47. FEBRUARY 17, 2006
HUD CERTIFIED INVESTIGATOR
AT CITY OF AUSTIN, TEXAS
HUD # 06-06-293-8 FILED:12/28/05
48. LETTER
49. DISMISSING BUESGENS
HUD COMPLAINT
50. BECAUSE OF EVICTION SUIT
51. 041509 AND CHARLES BROWN
SENT THE DOCUMENTS TO HIM

21

1:06 CV 01964 RBW
MDL-1800
HUD # 06-06-293-8

52    CASE NO. 1:06CV00260 LY
  A.  C-1-CV-06-000678
  B.  EVICTION SUIT APPEAL OF
  C.  #.041509 BY BUESGENS
  D.  #10,000.00 CASH APPEAL BOND

53.   MOTION TO REMAND
  A.    ATTORNEYS
            AND
  B.   RESPONDENT SUPERIORS
      DOCUMENT 6  FILED: 04/27/06
         4 PAGES

54    THEIR FACTS AND ARGUMENT
            MORE LIES
55    PAGE 1 OF 4
     (" ARE ALSO PARTIES TO AN
     EVICTION THAT DOES NT HAVE
     ANYTHING TO DO WITH CIVIC ")
     NO. 1:06CV00226LY -

56.   SO SAYS ATTORNEYS
            22

1:06CV01964 RBW
MDL-1800
HUD #06-06-293-8

## EXHIBITS CONTINUED

**57** DOCUMENT 6 FILED 4/27/06
CIVIL NO. 1:06CV260 LY
JUDGE EARL LLEROY YEAKEL III
MAGISTRATE JUDGE ROBERT
L. POWELL

**58** PAGE 2 OF 4

**59** THE ATTORNEYS WON AT J.P.
COURT TRIAL JANUARY 24, 2006
CASE NO. 04/1509

**60.** MEGAN M.GOERES ✓ -TENANT
PERJURED TESTIMONY

**61** MANDY ROGERS -MANAGER
**62** PERJURED TESTIMONY AND ✓
CHARLES EADS BROWN, ATTORNEY

23

1:06CV01964RBW
MDL-1800
HUD#06-06-293-8

63    DOCUMENT 6
      1:06CV00260 LY
      PAGE 2 OF 4

64    DAVID B. ARMBRUST
      RESPONDENT SUPERIOR

65    DON HAM JEWETT
      RESPONDENT SUPERIOR

66.   ARMBRUST&BROWN, LLP AUSTIN, TX
67    CRADY, JEWETT&MCCULLEY, LLP
      HOUSTON, TEXAS
68    GREGORY S. CAGLE
69    STELLEY BUSH MARMON
              SAY
70    BUESGENS. REMOVAL OF C-1-CV-06
      000678 IS IMPROPER-UNTIMELY

24

1:06CV 01964 RBW
MDL-1800
HUD #06-06-293-8

71  BUESGENS REMOVAL IS IMPROPER
SAYS ATTORNEYS

72  NO FEDERAL ISSUE INVOLVED
AND UNTIMELY:

73  "THE SOLE ISSUE IN EVICTION
IS POSSESSION OF THE
PROPERTY" SAYS ATTORNEYS

74  NO OTHER ISSUES ARE
PERMITTED

75  LOOK AT THE WORDING OF
ATTORNEYS STATEMENT
ON PAGE 2 DOCUMENT 6
LAST PARAGRAPH ✓
THAT "PORTION" OF THE CASE
BEFORE THIS COURT — GO TO
PAGE 3

25

1:06 CV 01964RBW
MDL-1800
MUD #06-06-293-8

76    PAGE 3   DOCUMENT 6
       FILED : 04/27/2006
       1:06 CV 260 LY

77    "SEE "PORTIONS" - "RELATES"
      "DETERMINATION" AND "CONSIDERATION"
                OF
      A.      ATTORNEYS
      B.      MONEY
      C.      BILLABLE HOURS


      JUDGE EARL LEROY YEAKEL,
      III
            ORDERED REMAND
                ON
      05/24/2006



                26

1:06CV01964RBW
MDL-1800

**78** **AMENDED MOTION TO REMAND**
1:06CV00260LY
DOCUMENT 4    FILED: 05/05/2006
6 PAGES

**79** FEBRUARY 17, 2006. LETTER
FROM HUD INVESTIGATOR
JOHN R. BENAVIDES, CITY
OF AUSTIN, TEXAS

**80.** SEPTEMBER 7, 2006
TURNOVER OF APPEAL BOND
$10,000.00

**81.** APRIL 10, 2006
DOCUMENT 4
1:06CV00226LY-R
CHARLES R. BROWN - FIRED
AS COUNSEL

**27**

1:06 CV 01964 RBW
MDL-1800

**IV**

PLAINTIFF MICHAEL L BUESGENS
**VERIFICATION**
OF THE FOREGOING AND THE
FOLLOWING **EXHIBITS** OF
**EVIDENCE** AND **FACTS**

I DECLARE UNDER PENALTY
OF PERJURY PURSUANT TO
28 U.S.C. SECTION 1746
THAT THIS TRUE.

EXECUTED ON THIS 23 RD DAY
OF APRIL, 2007

Michael Buesgens
MICHAEL BUESGENS
PLAINTIFF
PRO SE

28

1:06 CV 01964 RBW
MDL-1800
HUD #06-06-293-8

V   CERTIFICATE OF SERVICE

I, CERTIFY THAT ONE TRUE
COPY OF THIS EVIDENCE
AND FACTS OF WRONGDOING
WAS SERVED BY FIRST CLASS
MAIL ON THIS 26 TH DAY OF
APRIL, 2007
            ADDRESSED TO

1.   CHARLES EADS BROWN
     3624 NORTH HILLS DRIVE
        B-100
     AUSTIN, TEXAS  78731

2.   JOHN NEAL, DIRECTOR-DISCIPLINE
     STATE BAR OF TEXAS
     6300 LA CALMA  #300
     AUSTIN, TEXAS  78752

         29

1:06 CV 01964 RBW
MDL-1800
HUD # 06-06-293-8

3.
4.
CHESTER E. BEAVER
ANN MORGAN
ASSISTANT CITY OF AUSTIN
ATTORNEYS

5.
R. BARRY ROBINSON, ASSISTANT
U. S. ATTORNEY
P.O. BOX 1546
AUSTIN, TEXAS 78767
PHONE: 512-974-2587


CHESTER E BEAVER
TEXAS BAR CARD: 01998815
HUD # 06-06-293-8

ANN MORGAN
TEXAS BAR CARD: 14432400
FIFTH CIRCUIT 06-60777

R. BARRY ROBINSON
ARKANSAS BAR CARD: 85206

**30**

1:06 CV 01964 RBW
MDL-1800
HUD # 06-06-293-8

6. SHELLEY BUSH MARMON
7. DONNA JEWETT
8. CRADY, JEWETT & McCULLEY, LLP
2727 ALLEN PARKWAY #1700
HOUSTON, TEXAS 77019-2125

9. DAVID B. ARMBRUST
10. GREGORY S. CAGLE
11. ARMBRUST & BROWN, LLP
100 CONGRESS AVE, #1300
AUSTIN, TEXAS 78701

12. MILDRED CULPEPPER
13. LINDA G. KATZ
14. KIM KENDRICK, ASSISTANT SECRETARY
HUD - FTCA - TORT CLAIMS CENTER
CIVIL NO. 1:07 CV 10538 WGY
10 CAUSEWAY STREET, ROOM 310
BOSTON, MA 02222-1092
617-994-8250

31

1:06 CV 01964 RBW
MDL-1800
HUD # 06-06-293-8

FELIX TARANGO, ASSISTANT
TRAVIS COUNTY ATTORNEY
TEXAS BAR CARD: 24028027
P.O. BOX 1748
AUSTIN, TEXAS 78767
PHONE: 512-854-9513

Michael Buesgens
MICHAEL BUESGENS
EXTENDED STAY AMERICA
MAILING ADDRESS
3112 WINDSOR RD, #A322
AUSTIN, TEXAS 78703
512-339-6005 X 7958
FAX: 512-339-6099
MIKE BUESGENS@HOTMAIL.COM

32

CAUSE # 041509 Falcon Ridge Apartments VS. Michael L. Buesgens

√ = Jurors selected

**VOIR DIRE**

**1/26/2006**
**CASE NO.**
**041509**

**HUD #**
**06-06-293-8**

**SPEAK THE TRUTH**

Jan 26, 2006
9:15 AM

| | | | | |
|---|---|---|---|---|
| 20 JOLYNN JANELL PEREZ | 19 BRENT CARLYLE POHL *Excused* | 18 BETTY CRAWFORD | 17 MARIANN JOHNSTON | 16 HILARY LYN REYES |
| 15 ALAN ROSWELL WEINER | 14 RACHEL ANN ATTEBURY *Excused* | 13 MADELON UNLAUF | 12 GARY PAUL DAVIS | 11 CATHERINE BROWN SPENCER √ |
| 10 KENNETH WAYNE GOHEEN *Excused* | 09 RAMON HERRERA *No Show* | 08 JAMES PATRICK OGRADY √ | 07 EXCUSED | 06 AMANDA DANIELLE VELA √ |
| 05 SCOTT BROWNING COOMBES | 04 EXCUSED | 03 ANGEL GUILLERMO CORTINA √ | 02 LAUREN A DAVIS √ | 01 DARLENE JONES √ |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED** ✓

**2006 JUL 12 PM 2: 16**

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
DEPUTY

| | |
|---|---|
| MICHAEL L. BUESGENS<br>Plaintiff | § <br> § <br> § |
| V. | § <br> § |
| FALCON RIDGE APARTMENTS,<br>FALCON APARTMENTS OF AUSTIN,<br>LTD., FALCON APARTMENTS OF<br>AUSTIN I, INC., GREYSTAR PROPERTY<br>MANAGEMENT, DEBI WEHMEIER,<br>MANDY ROGERS AND<br>AMANDA WILSON<br>Defendants | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

CAUSE NO. A-06-CA-226-LY ✓

## DEFENDANTS' RESPONSE TO ✓
## PLAINTIFF'S SECOND MOTION FOR SANCTIONS [Docket # 63]

COME NOW Defendants Falcon Ridge Apartments, Falcon Apartments of
Austin, Ltd. Falcon Apartments of Austin I, Inc., Greystar Property Management, Debi
Wehmeier, Mandy Rogers, and Amanda Wilson, and their respective counsel and file this
Response to Plaintiffs [SIC] Second Motion for Sanctions and would respectfully show
as follows:

1.    Plaintiff's motion appears to be a motion to compel responses to discovery
in the above-styled and referenced case. Plaintiff correctly states that this matter was
removed from state district court after he served interrogatories upon Defendants.
Defendants are in receipt of three (3) sets of interrogatories. As stated in Defendants'
Response [Docket #32] to Plaintiff's first Motion to Compel [Docket #21], Defendants
waited to answer the outstanding discovery in order to comply with Rule 26 and in
compliance with Rule 33(a). Once the scheduling conference had taken place and

- 1 -

Defendants had completed other Rule 26 obligations,[1] Defendants responded to the outstanding discovery requests, including responses to a Request for Production and three sets of Interrogatories.

2.      Plaintiff's interrogatories exceeded the number of permissible interrogatories under Rule 33.  Rule 33 limits the number of interrogatories to 25 in number, including all discrete subparts.  In Plaintiff's First Set of Interrogatories, there were thirteen (13) interrogatories, not including subparts.  In Plaintiff's Second Set of Interrogatories, there were twenty-four (24) interrogatories, not including subparts.  In Plaintiff's Third Set of Interrogatories, there were eighteen (18) interrogatories, not including subparts.  The interrogatories were directed generically to all "Defendants" without specification.  Therefore, all Defendants responded in writing to the first twenty-five (25) interrogatories.  Defendants interposed objections as they believed warranted and responded to all interrogatories in number greater than 25 that such interrogatories exceeded the permissible number of interrogatories and therefore Defendants would not respond beyond Interrogatory No. 25.[2]

3.      Plaintiff alleges that David Armbrust and Frank Brown "lied" in Responses to Requests for Admissions by denying that Charles Brown "polluted voir dire with talk of Buesgens' bipolar and medications."  He then requests that the jurors be called to trial in this case to testify about that issue.  First, David Armbrust and Frank

---

[1] Note, however, that Plaintiff has failed to comply with Rule 26 by failing to engage in a conference to consider a scheduling order, failing to file initial disclosures, failing to disclose expert testimony, and failing to cooperate in scheduling discovery.

[2] In paragraph 1 of the Motion, Plaintiff complains that Dunham Jewett of the firm of Crady, Jewett & McCulley responded to the interrogatories. In fact, Mr. Jewett has no involvement in this case. Counsel of record for these Defendants is Shelley Bush Marmon or Gregory Cagle. Ms. Marmon was the attorney responsible for signing the interrogatories for the Defendants.

RESPONSIBLE          -2-          DUNHAM JEWETT

Brown are not counsel of record in this matter and have no personal knowledge or interest in responding to requests for admissions. The requests for admissions were directed to the Defendants collectively and they responded to accordingly. The responses were compiled from the collective knowledge of all of the Defendants and their counsel. Defendants believe that Plaintiff is complaining about two requests for admission which he believes the Defendants have answered incorrectly. For the benefit of the Court, Defendants believe that Plaintiff complains of the following requests and answers:

6. That Charles E Brown told voir dire in Justice Court #5 on January 26, 2006 that Buesgens has bipolar and requires medication.

**ANSWER:** Denied.

7. That Charles E Brown asked voir dire jurors what they knew about bipolar medication.

**ANSWER:** Denied.

Defendants conferred with their former counsel, Charles Brown, to determine whether the statements in the requests were accurate. He responded that they were not accurate; therefore, the requests were denied. Defendants' only obligation is to comply with Rule 36 by either admitting the requests, denying the requests or responding to the requests by stating in detail why the requests cannot be truthfully admitted or denied. Defendants have complied with the rule.

4. Plaintiff complains about Defendants "lied" in their production of documents. Defendants believe that Plaintiff complains of the following requests for production and responses:

2. Your copy of the background investigation done on Buesgens by you and your agents including attorney Charles E. Brown.

- 3 -

248838-1 07/12/2006

**RESPONSE:**  None other than the one completed at the inception of your tenancy in June 2003.

3.     A copy of your credit report investigation of Buesgens done by you or your agents or anyone else.

**RESPONSE:**  None other than the one completed at the inception of your tenancy in June 2003.

4.     A copy of National Tenants Network San Antonio, Linda Jerdet Credit and Eviction Report on Buesgens.

**RESPONSE:**  None.

5.     A copy of your police investigation report done on Buesgens by you and your agent or anyone else.

**RESPONSE:**  None.

Plaintiff seems to believe that Defendants have conducted investigations other than as responded. In fact, Defendants have not conducted such investigation other than at the inception of Plaintiff's lease in 2003.

5.     Defendants do not believe a hearing on Plaintiff's Motion will further advance discovery in this matter and that Plaintiff will use the hearing for the purpose of continued harassment of the parties and their counsel. However, to the extent the Court believes a hearing is warranted, counsel for the Defendants will appear and respond appropriately.

WHEREFORE PREMISES CONSIDERED, Defendants request that Plaintiff's Motion for Sanctions [Docket #63] be denied and that the Court enter such other and further orders to which the parties may show themselves justly entitled.

-4-

248838-1 07/12/2006

Respectfully submitted,

By: _____
GREGORY S. CAGLE
State Bar No. 24003678
ARMBRUST & BROWN, L.L.P.
100 Congress Avenue, Suite 1300
Austin, Texas 78701
(512) 435-2300
(512) 435-2360 (Telecopy)

SHELLEY BUSH MARMON
State Bar No. 03497050
CRADY, JEWETT & McCULLEY, LLP
2727 Allen Parkway, Suite 1700
Houston, Texas 77019-2125
Telephone: 713.739.7007
Facsimile: 713.739.8403
ATTORNEYS FOR DEFENDANTS
FALCON APARTMENTS OF AUSTIN,
LTD.

## CERTIFICATE OF SERVICE

I do hereby certify that on this 10 day of July, 2006 a true and correct copy of the foregoing document was mailed, by First Class Mail and U.S. Certified Mail, Return Receipt Requested, as follows:

Michael L. Buesgens
c/o Seton Shoal Creek Hospital
3501 Mills Avenue
Austin, TX 78731

William S. Warren
1011 Westlake Dr.
Austin, TX 78746

_____
Gregory S. Cagle

- 5 -

248838-1 07/12/2006

Document 71 Filed 07/12/2006 Page 6 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL L. BUESGENS | § | |
| Plaintiff | § | |
| | § | |
| V. | § | CAUSE NO. A-06-CA-226-LY |
| | § | |
| FALCON RIDGE APARTMENTS, | § | |
| FALCON APARTMENTS OF AUSTIN, | § | |
| LTD., FALCON APARTMENTS OF | § | |
| AUSTIN I, INC., GREYSTAR PROPERTY | § | |
| MANAGEMENT, DEBI WEHMEIER, | § | |
| MANDY ROGERS AND | § | |
| AMANDA WILSON | § | |
| Defendants | § | |

## ORDER

Before the Court for consideration is Plaintiff's Motion for Sanctions [Docket #63] and Defendants' Response to Plaintiff's Motion for Sanctions. After a review of said motion and response to motion, the Court enters the following:

IT IS ORDERED that Plaintiff's Motion for Sanctions [Docket #63] is DENIED.

SIGNED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

- 6 -

248838-1 07/12/2006



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MICHAEL L. BUESGENS §
§
V. §
§
§
FALCON RIDGE APARTMENTS, §
FALCON APARTMENTS OF AUSTIN, §   CA NO. 06-CV-260
LTD., FALCON APARTMENTS OF §
AUSTIN I, INC. GREYSTAR PROPERTY §
MANAGEMENT, DEBI WEHMEIER §
MANDY ROGERS AND AMANDA §
WILSON §

FILED
2006 APR 27 PM 1:48
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## MOTION FOR REMAND

Defendants, by the undersigned attorney, move to remand that portion of the above-styled and numbered cause which was removed by Michael Buesgens from the County Civil Court No. 1 for Travis County, Texas and would show as follows:

### FACTS and ARGUMENT

1.      On or about March 29, 2006, Defendant Falcon Ridge Apartments Ltd. filed its notice of removal of Case No. D-1-GN-06-000262 pending before the 200th Judicial District Court of Travis County, Texas (the "State District Court Case"). The basis for removal of the State District Court Case is that Plaintiff, Michael Buesgens, alleges that Defendants, Falcon Ridge Apartments, Ltd. and others, violated the Fair Housing Act and the Americans with Disabilities Act by failing to accommodate his disability (bipolar) in connection with his lease of an apartment in Austin, Travis County, Texas.

2.      Plaintiff and Defendant Falcon Ridge Apartments, Ltd. are also parties to an eviction proceeding, first tried in the court of original jurisdiction, the Justice of the Peace Precinct Number Five in Austin, Travis County, Texas. The case is styled *Falcon Ridge Apartments and Greystar*

*Property Management v. Michael L. Buesgens.* Case No. 041509 ("JP Case"). After a trial of the JP Case in that court on January 26, 2006, judgment was entered awarding possession of the apartment to the landlord, Falcon Ridge Apartments, Ltd. and awarded attorneys fees in the amount of $5,000 to be paid by the tenant, Michael Buesgens ("JP Judgment"). The Justice Court had original and exclusive jurisdiction to enter the JP Judgment. TEX. PROP. CODE § 24.004.

3.      Michael Buesgens appealed the JP Judgment to the court with jurisdiction to consider the appeal of an eviction suit, the County Civil Court at Law for Travis Count. Cause No. C-1-CV-06-000678; *Falcon Ridge Apartments vs. Michael L. Buesgens* (the "CCL Appeal"). Michael Buesgens posted a bond in connection with the CCL Appeal. On or about April 14, 2006, Michael Buesgens filed a Notice of Removal of the CCL Appeal to this Court.

4.      Defendants join in seeking remand of the CCL Appeal to the County Civil Court for Travis County. The removal of the CCL Appeal is improper and untimely. No issue of federal law is involved in the appeal. The sole issue involved in the CCL Appeal is the right of possession of the apartment and the award of attorney's fees in the Justice Court culminating in the JP Judgment. TEX. R. CIV. PRO. 746. No other issues are permitted or to be considered by the County Court at Law in considering the CCL Appeal. The court with sole jurisdiction over the appeal of the JP Case is the County Court for the county in which the judgment was rendered by the justice court, or Travis County Civil Court. TEX. R. CIV. PRO. 749.

5.      No issues of federal law are involved in the removed CCL Appeal.

6.      Only issues of local State law are involved in the removed CCL Appeal and it should be remanded.

THEREFORE, the movants request that that portion of the case before this Court that relates to the County Civil Court at Law proceeding removed by Michael Buesgens on April 14, 2006 as it

2

relates to a determination of the right of possession of an apartment, and consideration of attorneys

fees awarded in the JP Case be remanded to the County Civil Court at Law for Travis County, Case

No.C-1-CV-06-000678, and that the movant recover all costs and disbursements, including attorney

fees, incurred by reason of the removal proceeding, and prays for such other and further relief as is

just and proper.

Respectfully submitted,

By: _____

GREGORY S. CAGLE
State Bar No. 24003678
ARMBRUST & BROWN, L.L.P.
100 Congress Avenue, Suite 1300
Austin, Texas 78701
(512) 435-2300
(512) 435-2360 (Telecopy)

SHELLEY BUSH MARMON
State Bar No. 03497050
CRADY, JEWETT & McCULLEY, LLP
2727 Allen Parkway, Suite 1700
Houston, Texas 77019-2125
Telephone: 713.739.7007
Facsimile: 713.739.8403

ATTORNEYS FOR DEFENDANT
FALCON APARTMENTS OF AUSTIN, LTD.

3

## CERTIFICATE OF SERVICE

I do hereby certify that on this _87_ day of _April_, 2006 a true and correct copy of the foregoing document was mailed, by First Class Mail and Certified Mail, Return Receipt Requested, as follows:

Michael L. Buesgens
500 E. Stassney, Apartment 1023
Austin, TX 78745

Gregory S. Cagle

241893-1

4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2006 MAY -5 PM 4: 54
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY

FALCON RIDGE APARTMENTS, LTD. §
§
V. §        CA NO. 06-CV-260-LY
§
MICHAEL L. BUESGENS §
§

## AMENDED MOTION FOR REMAND

Plaintiff Falcon Ridge Apartments, Ltd., by the undersigned attorney, moves to remand that

portion of the above-styled and numbered cause which was removed by Michael Buesgens from the

County Civil Court at Law No. 1 for Travis County, Texas and would show as follows:

### FACTS AND ARGUMENT

1.      This matter arises out of an eviction proceeding filed by Plaintiff Falcon Ridge Apartments

against Defendant Michael L. Buesgens, styled Case No. 041509, *Falcon Ridge Apartments and*

*Greystar Property Management v. Michael L. Buesgens*, and filed in the Justice of the Peace Precinct

Number Five in Austin, Travis County, Texas ("JP Eviction Case").  Pursuant to Texas Property

Code Section 24.004,  the Justice Court had original and exclusive jurisdiction over the JP Eviction

Case.

2.      After a trial of the JP Eviction Case in that court on January 26, 2006, judgment was entered

awarding possession of the apartment to Falcon Ridge Apartments, Ltd. and awarding Falcon Ridge

Apartments, Ltd. attorneys fees in the amount of $5,000 to be paid by Michael Buesgens ("JP

Eviction Judgment").

3.      Following entry of the JP Eviction Judgment, on February 2, 2006, Michael Buesgens

appealed the JP Eviction Judgment to the court with jurisdiction to consider the appeal of an eviction

suit, County Civil Court at Law for Travis County, Texas, which was styled as Cause No. C-1-CV-06-000678; *Falcon Ridge Apartments vs. Michael L. Buesgens*, filed in the County Court at Law No. 1 of Travis County, Texas (the "CCL Eviction Appeal").

4.    On or about April 14, 2006, Michael Buesgens filed a Notice of Removal of the CCL Eviction Appeal to this Court on the basis that it is a "companion case" to a different lawsuit filed by Michael Buesgens styled Cause No. D-1-GN-06-000262, *Michael L. Buesgens v. Falcon Ridge Apartments, Falcon Apartments of Austin, Ltd. Falcon Apartments of Austin I, Inc., Greystar Property Management, Debi Wehmeier, Mandy Rogers, and Amanda Wilson*, filed in the 200th Judicial District Court of Travis County, Texas (the "State District Court Case") and subsequently removed to federal court.

5.    In the State District Court Case, Michael L. Buesgens alleges that the named defendants violated the Fair Housing Act and the Americans with Disabilities Act by failing to accommodate his disability (bipolar) in connection with his lease of an apartment in Austin, Travis County, Texas, which is also the same apartment made the basis of the JP Eviction Case. The State District Court Case was removed to the United Dates District Court for the Western District of Texas – Austin Division on March 29, 2006 and assigned Cause No. A:06-CA-226-LY. Removal of the State District Court Case is based on the federal questions presented by Mr. Buesgens claims of violation of the Fair Housing Act and the Americans with Disabilities Act.

6.    Defendants join in seeking remand of the CCL Eviction Appeal back to the County Civil Court for Travis County. The removal of the CCL Eviction Appeal is improper and untimely. No issue of federal law is involved in the appeal. The sole issue involved in the CCL Eviction Appeal is the right of possession of the apartment and the award of attorney's fees in the Justice Court

2

culminating in the JP Eviction Judgment. Tex. R. Civ. Pro. 746. No other issues are permitted or to be considered by the County Court at Law in considering the CCL Eviction Appeal. The court with sole jurisdiction over the appeal of the JP Eviction Case is the County Court for the county in which the judgment was rendered by the justice court, or Travis County Civil Court. Tex. R. Civ. Pro. 749.

7.      No issues of federal law are involved in the removed CCL Eviction Appeal.

8.      Only issues of local State law are involved in the removed CCL Eviction Appeal and it should be remanded.

PORTION ✓

        THEREFORE, Plaintiff Falcon Ridge Apartments, Ltd. requests that that portion of the case before this Court that relates to the County Civil Court at Law proceeding removed by Michael Buesgens on April 14, 2006 as it relates to a determination of the right of possession of an apartment, and consideration of attorneys fees awarded in the JP Eviction Case be remanded to the County Civil Court at Law for Travis County, Case No.C-1-CV-06-000678, and that Plaintiff recover all costs and disbursements, including attorney fees, incurred by reason of the removal proceeding, and prays for such other and further relief as is just and proper.

                        Respectfully submitted,


                        By: _____
                        GREGORY S. CAGLE
                        State Bar No. 24003678
                        ARMBRUST & BROWN, L.L.P.
                        100 Congress Avenue, Suite 1300
                        Austin, Texas 78701
                        (512) 435-2300
                        (512) 435-2360 (Telecopy)

                        SHELLEY BUSH MARMON
                                3

241893-2

State Bar No. 03497050
CRADY, JEWETT & McCULLEY, LLP
2727 Allen Parkway, Suite 1700
Houston, Texas 77019-2125
Telephone: 713.739.7007
Facsimile: 713.739.8403

ATTORNEYS FOR PLAINTIFF
FALCON APARTMENTS OF AUSTIN, LTD.

## CERTIFICATE OF SERVICE

I do hereby certify that on this 5 day of May , 2006 a true and correct copy of the foregoing document was mailed, by First Class Mail and U.S. Certified Mail, Return Receipt Requested, as follows:

Michael L. Buesgens
500 E. Stassney, Apartment 1023
Austin, TX 78745

William S. Warren
1011 Westlake Dr.
Austin, TX 78746

Gregory S. Cagle

241893-2

Case 1:06-cv-00260-LY    Document 4    Filed 05/05/06    Page 5 of 6

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| FALCON RIDGE APARTMENTS, LTD. | § | |
| | § | |
| V. | § | CA NO. 06-CV-260-LY |
| | § | |
| MICHAEL L. BUESGENS | § | |

## ORDER ON PLAINTIFF'S MOTION FOR REMAND

After considering Plaintiff Flacon Ridge Apartments, Ltd.'s Motion for Remand, the response, and the notice of removal, the Court:

FINDS that Defendant Michael L. Buesgens failed to file his Notice of Removal within 30 days from receiving both the summons and a copy of the complaint from the underlying state-court action;

FINDS further that it does not have jurisdiction over this matter pursuant to 28 U.S.C. § 1441(a) or 28 U.S.C. § 1332(a);

REMANDS this matter to the County Court at Law No. 1 for Travis County, Texas; and

ORDERS that Defendant Michael L. Buesgens pay Plaintiff's court costs, expenses and attorneys fees in the amount of $_____.

SIGNED AND ENTERED this _____ day of _____, 2005.


_____
UNITED STATES DISTRICT JUDGE

241893-2

**APPROVED AND ENTRY REQUESTED:**

GREGORY S. CAGLE
State Bar No. 24003678
ARMBRUST & BROWN, L.L.P.
100 Congress Avenue, Suite 1300
Austin, Texas 78701
(512) 435-2300
(512) 435-2360 (Telecopy)

SHELLEY BUSH MARMON
State Bar No. 03497050
CRADY, JEWETT & McCULLEY, LLP
2727 Allen Parkway, Suite 1700
Houston, Texas 77019 2125
Telephone: 713.739.7007
Facsimile: 713.739.8403

ATTORNEYS FOR PLAINTIFF
FALCON APARTMENTS OF AUSTIN, LTD.



# City of Austin, Equal Employment/ Fair Housing Office

**Mailing:** P. O. Box 1088, Austin, Texas 78767
**Physical:** 505 Barton Springs Rd. Suite 720 , Austin, Texas 78704
512/974-3251 (Voice) 512/974-2445 (TDD) 512/974-3278 (Fax)

February 17, 2006 ✓

*HUD #06-06-293-8*
*CASE NO. 04159*
*EVICTION*

Michael Buesgens
500E. Stassney Lane Apt-1023
Austin, Texas 78745

RE: 06-06-0293-8/ HUD; 01-06-0028-HG/COA.EE/FHO
    Michael Buesgens v Mandy Rogers, Falcon Ridge Apartments, Falcon Ridge LP

Dear Mr. Buesgens:

Please let this letter confirm our telephone conversation of this morning. You indicated that you wish to amend your complaint and you were told that your original complaint was heard in JP court with a jury trial. You confirmed that the decision was in favor of the complex and you were evicted and fined $5000.00 attorney's fees with a $10,000. Bond that you had to post. This court action took place on 01/26/2006. You indicated during your telephone conversation of 01/27/2006 that you would be appealing the decision in County Court.

You were invited to come in to file a new complaint. The original complaint has already been heard by the courts and the administrative processing is over when the matter is heard by the courts. That complaint will be closed based on the fact that it has been heard in the courts. We will take a new complaint on any issue that is covered by the Fair Housing Act that was not alleged on the first complaint.

I look forward to you coming in to file the new complaint.

Sincerely,

*John A. Benavides* ✓
John A. Benavides
Lead Investigator

Cc  Nekesha Phoenix, ✓
    Austin Tenants Council

*JOHN A BENAVIDES*
*KIM KENDRICK*
*GARRY SWEENEY*
*CHARLES E BROWN*

1

**DANA DEBEAUVOIR, TRAVIS COUNTY CLERK**
P.O. Box 149325
Austin, TX 78714-9325

*Civil Bond*

32-61
1110

**0110**

Date: September 08, 2006

Pay to the Order Of: Falcon  Apartments of Austin, LTD

*****$10,000.00

Ten Thousand and 00/100

Dollars

**Chase Bank**
221 W 6th St
Austin, TX  78701

***** VOID AFTER 180 DAYS FROM ISSUE DATE *****

Memo: Closeout Cause #06-000678

*Susan Sell*

⑈110⑈ ⑆111000614⑆ ⑈686970419⑈

---

$10,000.00  BUESGENS IRA Account

Closeout Cause #06-000678
*Falcon Ridge Apartments vs. Michael Buesgens*

Certified Article Number

7160 3901 9849 3504 8737

SENDERS RECORD

To:

GREGORY S CAGLE
ARMBRUST & BROWN LLP
100 CONGRESS STE 1300
AUSTIN, TX 78701-2744

DAVID B. ARMBRUST
CHARLES E. BROWN
FRANK B. BROWN IV

CAUSE NO. C-1-CV-06-000678 ✔

| | | |
|---|---|---|
| FALCON APARTMENTS OF AUSTIN, | § | IN THE COUNTY COURT AT LAW |
| LTD. D/B/A SOUTH FALCON RIDGE | § | |
| APARTMENTS | § | *1:06CV002604* |
|    Plaintiff, | § | |
| | § | |
| vs. | § | NO. 1 |
| | § | |
| MICHAEL L. BUESGENS, | § | |
|    Defendant. | § | OF TRAVIS COUNTY, TEXAS |

## ORDER FOR TURNOVER OF APPEAL BOND ✔

On September 7, 2006, came on to be considered Falcon Apartments of Austin, Ltd. d/b/a

South Falcon Ridge Apartments' Motion To Turnover Appeal Bond To Falcon Apartments Of

Austin, Ltd. The Court, having considered this motion, has determined that the motion should be

GRANTED. It is therefore,

ORDERED, ADJUDGED and DECREED that the Motion To Turnover Appeal Bond To

Falcon Apartments Of Austin, Ltd. is hereby GRANTED. The appeal bond filed with the Court

on January 30, 2006 by Michael Buesgens in the amount of $10,000.00, is hereby released and

the County Clerk is hereby directed to disburse the $10,000.00 and all accrued interest, if any, to

Falcon Apartments Of Austin, Ltd. through its counsel of record at the following address:

Gregory S. Cagle
Armbrust & Brown, L.L.P.
100 Congress Avenue, Ste. 1300
Austin, Texas 78701

SIGNED THIS __7__ day of September, 2006.

_____
PRESIDING JUDGE

254444-1

AGREED AS TO FORM AND SUBSTANCE:


_____
**GREGORY S. CAGLE**
State Bar No. 24003678
**ARMBRUST & BROWN, L.L.P.**
100 Congress Avenue, Suite 1300
Austin, Texas 78701
(512) 435-2300 - Telephone
(512) 435-2360 - Facsimile

ATTORNEYS FOR PLAINTIFF
FALCON APARTMENTS OF AUSTIN, LTD.
D/B/A SOUTH FALCON RIDGE APARTMENTS

25:444-1

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

APR 1 0 2006

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| MICHAEL L. BUESGENS | § |
| | § |
| V. | § |
| | § |
| FALCON RIDGE APARTMENTS, | § |
| FALCON APARTMENTS OF AUSTIN, | § |
| LTD., FALCON APARTMENTS OF | § |
| AUSTIN I, INC. GREYSTAR PROPERTY | § |
| MANAGEMENT, DEBI WEHMEIER | § |
| MANDY ROGERS AND AMANDA | § |
| WILSON | § |

CA NO. A:06-CA-226 LY

**DESIGNATION OF LEAD COUNSEL OF RECORD AND MOTION FOR**

**WITHDRAWAL OF COUNSEL**

Defendants, FALCON RIDGE APARTMENTS, FALCON APARTMENTS OF

AUSTIN, LTD., FALCON APARTMENTS OF AUSTIN I, INC., GREYSTAR

PROPERTY MANAGEMENT, DEBI WEHMEIER, MANDY ROGERS AND

AMANDA WILSON ("Defendants") seek to Designate their Lead Counsel of Record

and file this Motion for Withdrawal of Counsel and in support thereof would show as

follows:

I.

Defendants seek to designate Greg Cagle, ARMBRUST & BROWN, L.L.P, 100

Congress Avenue, Suite 1300, Austin, Texas 78701, (512) 435-2300, Telecopy (512)

435-2360 and Shelley Bush Marmon, CRADY, JEWETT & McCULLEY, L.L.P., 2727

Allen Parkway, Suite 1700, Houston, Texas 77019-2125, (713) 739-7007, (713) 739-

8403 (telecopy) as lead counsel. Defendants further seek permission for Charles E.

Brown, CHARLES E. BROWN, P.C., 3624 North Hills Drive, Suite B-100, Austin,

Texas  78731, (512) 346-6000, (512) 346-6005 (telecopy) to withdraw as counsel of

record for the Defendants.  Defendants have expressly approved this substitution.

## III.

The withdrawal of CHARLES E. BROWN, and the designation of Shelley Bush

Marmon and Gregory S. Cagle as lead counsel are not sought for delay only, but rather

that justice may be done.

Respectfully submitted,

Greg Cagle
Armbrust & Brown, L.L.P.
100 Congress Avenue, Suite 1300
Austin, Texas  78701
Telephone: (512) 435-2300
Facsimile:  (512) 435-2360

Shelley Bush Marmon
CRADY, JEWETT & MCCULLEY, L.L.P.
Texas Bar No. 03497050
2727 Allen Parkway, Suite 1700
Houston, Texas 77019-2125
Telephone: (713) 739-7007
Facsimile: (713) 739-8403

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Substitute Counsel has
been forwarded to all parties in accordance with the Federal Rules of Civil Procedure by certified mail,
return receipt requested, on this the _____ day of April 2006.

Charles E. Brown
Charles E. Brown, P.C.
3624 North Hills Drive, Suite B-100
Austin, Texas  78731

Michael Buesgens
Pro Se
500 E. Stassney Lane, Apartment 1023
Austin, Texas 78745

SHELLEY BUSH MARMON

::ODMA\PCDOCS\CJM\72531\1



**U.S. Department of Housing and Urban Development**

Office of the Regional Director
Thomas P. O'Neill, Jr. Federal Building
10 Causeway Street
Boston, Massachusetts 02222-1092

New England

TELEPHONE: (617) 994-8200
FAX: (617) 565-6558

April 4, 2007 ✓

Michael Buesgens
3112 Windsor Road #A322
Austin, TX  78703

RE:  Freedom of Information Act Request
     Evidence Pertaining to HUD Complaint #06-06-293-8 Filed ✓
     12/28/05
     FOIA Control No. 463485

*1:07CV10538 WGY*
*06-60777*
*MOL-1800*

Dear Mr. Buesgens:

This is in response to your Freedom of Information Act request
in which you seek copies of Evidence Pertaining to HUD
Complaint #06-06-293-8 Filed 12/28/05.  Your request has been
forwarded to Miniard Culpepper, Regional Counsel for New
England.

HUD regulations implementing the federal Freedom of
Information Act provide that Attorney Culpepper will have 20
federal workdays from his receipt of your request to respond
to you. Your request was forwarded to him on April 4, 2007.

If you have questions about the status of your request, please
feel free to contact me at 617-994-8204.

Sincerely yours,

*ALL OTHER MATTERS*

Penny Shields ✓
Operations Analyst

*MINIARD CULPEPPER*
*LINDA G. KATZ*
*KIM KENDRICK*
*GARRY SWEENEY*
*JOHN A BENAVIDES*



**U.S. Department of Housing and Urban Development**
Federal Tort Claims Center
Office of the Regional Counsel
Thomas P. O'Neill, Jr. Federal Building
10 Causeway Street, Room 310
Boston, Massachusetts 02222-1092

**New England**                    (617) 994-8250    FAX: (617) 565-7337

*HUD #06-06-293-8*                              OCT - 4 2006 ✓

Certified Mail – Return Receipt Requested

Michael L. Buesgens                 *1:07CV10538WGY*
3112 Windsor Rd. #A322              *HUD #06-06-293-8*
Austin, TX 78703                        *06-60777*
                                            *1:06CV260LY*
          RE: Federal Tort Claims Act Administrative Claim    *1:06 CV 226 LY RP*

Dear Mr. Buesgens:

        I am writing on behalf of the United States Department of Treasury, Internal Revenue
Service, and the United States Department of Housing and Urban Development with regard to
the administrative claim you filed on April 6, 2006. This is to inform you that we hereby deny
your claim for monetary relief arising out of alleged discrimination HUD's handling of a housing
discrimination complaint you filed on or about December 28, 2005, and all other matters ✓
encompassed in your claim received on April 6, 2006.    *ALL OTHER MATTERS*

        Please be advised that if you do not agree with the decision of the United States
Department of the Treasury, Internal Revenue Service and the United States Department of
Housing and Urban Development to deny your client claim, you may bring suit against the
United States in an appropriate United States District Court no later than six (6) months after the
date of mailing of this notification of denial. 28 U.S.C. § 2401 (b).

                                        Very truly yours,

*CHARLES E. BROWN*
*JOHN A. BENAVIDES*
*CHESTER E. BEAVER*            Miniard Culpepper, ✓
*FELIX TARANGO*                Regional Counsel for New England
*JOHN NEAL*                    *LINDA G. KATZ*
                                        *KIM KENDRICK*