UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

**RECEIVED**

MICHAEL L. BUESGENS
PLAINTIFF

MAY 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

V.

CIVIL NO.
1:06CV
01964
RBW

1. CHARLES EADS BROWN, ATTORNEY
REAL ESTATE BROKER, BOARD
CERTIFIED COMMERCIAL AND
RESIDENTIAL REAL ESTATE
EVICTION ATTORNEY-SPECIALTY

2. SHELLEY BUSH MARMON, ATTORNEY
SPECIALTY-BANKRUPTCY

3. GREGORY S. CAGLE, ATTORNEY

4. DAVID B. ARMBRUST, ATTORNEY
RESPONDEAT SUPERIOR

5  DUNHAM JEWETT, ATTORNEY
   RESPONDENT SUPERIOR

6  ARMBRUST & BROWN, LLP
   VICARIOUS LIABILITY

7  GRADY JEWETT & McCULLEY, LLP
   VICARIOUS LIABILITY

8  JOHN NEAL, DIRECTOR
   CHIEF DISCIPLINARY COUNSEL
   STATE BAR OF TEXAS
   VICARIOUS LIABILITY
                    ET. AL.
          DEFENDANTS

CIVIL NO.
1:06 CV
01964
RBW

PLAINTIFF MICHAEL L BUESGENS
MOTION TO THIS COURT TO TAKE
          NOTICE
THAT HE DISPUTES AND OBJECTS
TO ATTORNEY CHARLES EADS BROWN
ET. AL. ORIGINAL ANSWER FILED
ON MARCH 19, 2007

2

I. PLAINTIFF BUESGENS RESPECTFULLY REQUESTS THIS COURT FOCUS ON CREDIBILITY

1. FOR EXAMPLE:
A. WHO HAS IT?
B. HOW IS IT ACQUIRED?
C. WHERE IS THE PROOF?

2. DEFENDANT'S ORIGINAL ANSWER 6 PAGES

3. PAGE 2    ITEM 5
4. PAGE 2    ITEM 6
5. PAGE 2    ITEM 7
6. PAGE 2    ITEM 8
7. PAGE 3    ITEM 14
8. PAGE 3    ITEM 15
9. PAGE 4    ITEM 20
10. PAGE 4    ITEM 21
11. PAGE 4    ITEM 22
12. PAGE 5    ITEM 28

13. **SUBJECT**
STATE FRANCHISE TAXES, CERTIFICATE OF AUTHORITY, FORFEITURES, LEGAL ENTITIES

3

14. DECEMBER 30, 2005 - CASE 041509
JUSTICE OF THE PEACE PRECINCT 3
TRAVIS COUNTY AUSTIN, TEXAS
EVICTION ATTORNEY
CHARLES EADS BROWN
FILES EVICTION SUIT AGAINST
PLAINTIFF BUESGENS USING THE
NAME FALCON RIDGE APARTMENTS ✓

15. TRIAL JANUARY 26, 2006 AT JUSTICE
OF THE PEACE PRECINCT 5, AUSTIN, TX
FALCON RIDGE APARTMENTS
V.
MICHAEL L BUESGENS

16. BUESGENS IS CONVICTED AND MUST
PAY THE MAXIMUM OF $5,000.00.

17. FEBRUARY 2, 2006 APPEAL BOND
POSTED $10,000.00 - DOUBLE-CASH
TO TRAVIS COUNTY COURT AT LAW NO. 1
AUSTIN, TEXAS
JUDGE J. DAVID PHILLIPS

18. THE ISSUE HERE IS THAT FALCON
RIDGE APARTMENTS CANNOT LEGALLY
SUE ANYONE FOR ANYTHING

4

19. FALCON RIDGE APARTMENTS DOES NOT HAVE STANDING AND CAPACITY TO SUE BUESGENS FOR EVICTION.

20. THEY ARE NOT REGISTERED WITH THE STATE OR THE COUNTY AS A LEGAL ENTITY

21. ATTORNEY CHARLES EADS BROWN AND FALCON RIDGE APARTMENTS OWNERS AND GENERAL PARTNERS
A. ARNOLD CARL TAUCH          LANDLORD
B. JACK C. MOSS               OWNER
C. KYLE O. TAUCH              PARTNER

22. WILLFULLY AND INTENTIONALLY MISREPRESENT AND MISLEAD TENANTS AS TO THE TRUE LEGAL NAME

23. TO CONCEAL THEIR LIABILITY FOR ANYTHING.

24. THIS IS A PATTERN AND PRACTICE OF MISCONDUCT.

25 PLAINTIFF BUESGENS MADE NUMEROUS COMPLAINTS ABOUT THIS IN 2006, AND ITS MOTIONS WERE OMITTED, IGNORED AND DELETED BY EVERYONE

26. UNTIL
JUNE 7 2006 WHEN ATTORNEYS
A. GREGORY S. CAGLE
B. DAVID B. ARMBRUST
C. SHELLEY BUSH MARMON
D. DONTTA JEWETT

E. ARMBRUST BROWN, LLP
F. CRADY, JEWETT & MCCULLEY, LLP

27. UNANIMOUSLY DECIDED TO CHANGE THE NAME OF FALCON RIDGE APARTMENTS

28. FOR THE
JUST IN TIME TRIAL ON JUNE 16, 2006, BEFORE JUDGE J. DAVID PHILLIPS, TRAVIS COUNTY COURT AT LAW NO. 1

29. BUESGENS WAS CONVICTED ON 06/16/06 ORDERED TO PAY $40,000.00

6

30. CAUSE NO. C-1-CV-06-000678
TRIAL JUNE 16, 2006

31. BUESGENS TO PAY $40,000.00
AND IF HE APPEALS - THEN
PAY MORE IF HE LOSES

A. $5,000.00 FOR APPEAL TO
THIRD COURT OF APPEALS
AND

B. $5,000.00 FOR APPEAL TO TEXAS
SUPREME COURT

32. PLAINTIFF BUESGENS ALSO HAD
SERVICE OF SUMMONS PROBLEMS
FOR CASE NO. D-1-GN-06-000262
(HUD # 06-06-293-8)

33. THE FOREGOING CONTINUED TO CONCEAL
THE IDENTITY OF OWNERS

34. AND PROPERTY MANAGERS AND
THAT IS HOW THEY MANAGED TO
REMOVE D-1-GN-06-000262
TO 1:06 CV 226 LY-RP AND

35. CLAIM THAT BUESGENS DID NOT
SERVE SUMMONS

7

36. IN CASE NO. D-1-GN-06-000262
1:06CV226LY-RP

A. ATTORNEY SHELLEY BUSH MARMON
TOLD THE COURT THAT PLAINTIFF ✓
BUESGENS, FILED SUIT IN HARRIS
COUNTY, HOUSTON, TEXAS

B. WHEN IN FACT BUESGENS FILED
SUIT IN TRAVIS COUNTY, AUSTIN, TX

37. D-1-GN-06-000262 FILED: 01.23.06
200TH AND 53RD JUDICIAL DISTRICT
AUSTIN, TEXAS

38. D-1-GN-06-000262 REMOVED ON
03/29/2006 TO 1:06CV226LY-RP

39. SEE FEBRUARY 21, 2006
HEARING TRANSCRIPT FOR
D-1-GN-06-000262

A. CHARLES EMOS BROWN SPEAKS
AND

B. TELLS BUESGENS (PROSE) TO
GO TO THE TEXAS SECRETARY OF
STATE TO DETERMINE LEGAL ENTITIES.

8

40. PLAINTIFF BUESGENS SERVED SUMMONS ON GREYSTAR HOLDINGS, INC - PROPERTY MANAGER

A. CASE NO. 0-1-GN-06-000262

B. AND THEY NEVER APPEARED

41. C.T. CORPORATION SYSTEM - THE REGISTERED AGENT TOLD PLAINTIFF BUESGENS THAT THEY DIDNT KNOW WHO

A. GREYSTAR HOLDINGS, INC AND

B. GREP GENERAL PARTNER, LLC - WERE.

42. THE TEXAS SECRETARY OF STATE SERVED SUMMONS ON GREP GENERAL PARTNER, LLC - PRESIDENT

A. ROBERT A FAITH IN CIVIL

B. NO. 1:06 CV 226 LY-RP AND

C. HE NEVER APPEARED

43. CASE CLOSED DECEMBER 6, 2006

9

44    TEXAS STATE FRANCHISE TAX FORFEITURES

45    SEE LETTER DATED AUGUST 15, 2006 FROM TEXAS COMPTROLLER

46    CHARLES ENOS BROWN, ATTORNEY
A.    FORFEITURES
B.    FAILURE TO PAY AND FILE REQUIRED TAX FORM

47    CAMERON AUCTION COMPANY, LLC

48    TAG ARCHITECTS, INC

49    LIGHTNING BOAT, LLC

50.    SITELLEY BUSH MARMON, ATTORNEY FORFEITURES

51.    SITELLEY A. BUSH, PC
52.    SEATRADERS, INC
53.    CONSULTRADE, INC
      SRH HOMES, L.P. IS CANCELLED

10

II

61.

# CONCLUSION

62. CHARLES EADS BROWN DENIALS IN HIS ORIGINAL ANSWER ARE NOT TO BE TAKEN AT FACE VALUE.

63. SEE THE EXHIBITS OF HIS TAX FORFEITURES

64. SEE THE DOCUMENTS HE HAS FILED IN THE COURTS

65. CASE NO. 041509

66. CASE NO: C-1-CV-06-000678

67. CASE NO: D-1-GN-06-000262

68. CIVIL NO: 1:06 CV 260 LY

69. CIVIL NO: 1:06 CV 226 LY-RP

70. SEE CHARLES EADS BROWN INTENTIONAL INTERFERENCE WITH BUESGENS HUD COMPLAINT NO. 06-06-293-8 ON FEBRUARY 10, 2006 AND HUD INVESTIGATOR EDITH A. BENAVIDES PREMATURE CLOSURE OF HUD# 06-06-293-8 ON FEBRUARY 17, 2006.

12

71. SEE THAT CHARLES E BROWN IS AN ATTORNEY

72. BOARD CERTIFIED COMMERCIAL AND RESIDENTIAL REAL ESTATE

73. REAL ESTATE BROKER

74. REAL ESTATE INVESTOR

75. MANY ENTITIES AND

76. CHARLES ENOS BROWN, REGISTERED AGENT FOR A FOREIGN CORPORATION IN PORTLAND, OREGON

77. AUSTIN PARK PLAZA, LLC
829 PARK PLAZA
AUSTIN, TEXAS 78753

78. CHARLES ENOS BROWN CANNOT CLAIM HE DOESN'T KNOW AND DIDN'T DO. THE DOCUMENTARY EVIDENCE AND SEQUENCE OF EVENTS CONFIRMS THE LIES.

13

79. SEE THE EXHIBITS OF SHELLEY BUSH MARMON TAX FORFEITURES

80. ALL OF THE FOREGOING DEFENDANT'S ET. AL. HAD KNOWLEDGE OF AND AWARENESS OF THE WRONGDOING THAT NOW CONSIST OF CONTINUING VIOLATIONS INTO 2007 AND BEYOND.

81. JOHN NEAL DIRECTOR, CHIEF DISCIPLINARY/COUNSEL STATE BAR OF TEXAS WAS AWARE IN 2006 OF BUESGENS COMPLAINTS AGAINST ATTORNEYS. AND THE NATURE AND SUBSTANCE OF THE ISSUES

MR NEAL CHOSE AND TO OMIT AND IGNORE IT

14

1:06CV01964 RBW

## III DECLARATION AND VERIFICATION
### OF
### MICHAEL L. BUESGENS

I DECLARE UNDER PENALTY OF
PERJURY THAT THE FOREGOING IS
TRUE AND THAT THE FOLLOWING
EXHIBITS ARE TRUE.

PURSUANT TO 28 U.S.C. SECTION

EXECUTED ON THIS 20TH DAY OF
MAY, 2007.

*Michael L Buesgens*
MICHAEL L BUESGENS

15

1:06 CV 01964 RBW

**IV** ## CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY
OF THIS NOTICE OF DISPUTE
AND OBJECTION TO DEFENDANT'S
ORIGINAL ANSWER WAS SERVED
BY FIRST CLASS MAIL ON THIS
21 ST DAY OF MAY, 2007
ADDRESSED **TO**:

1
2
3
R. BARRY ROBINSON, AUSA
CHESTER E. BEAVER
ANN MORGAN
4
ASSISTANT CITY OF AUSTIN ATTORNEYS
FELIX THRANGO
A.
ASSISTANT TRAVIS COUNTY ATTORNEY
HUD #06-06-293-8
B.
FIFTH CIRCUIT PETITION FOR REVIEW
NO. 06-60777

816 CONGRESS AVE, #1000
AUSTIN, TEXAS 78701

16

5  JOHN NEAL, DIRECTOR
   CHIEF DISCIPLINARY COUNSEL
   STATE BAR OF TEXAS
   6300 LA CALMA, #300
   AUSTIN, TEXAS 78752

6  CHARLES EADS BROWN, ATTORNEY
   REAL ESTATE BROKER - INVESTOR
   HUD #06-06-293-8
   3624 NORTH HILLS DRIVE, B-100
   AUSTIN, TEXAS 78731

7  KIM KENDRICK, ASSISTANT
   SECRETARY - HUD - FHEO - FHAP
   HUD # 06-06-293-8
   ROOM 5100
   451 7TH STREET, SW
   WASHINGTON, DC 20410
   PHONE: 202-708-4252
   FAX: 202-708-4483

8
9  DAVID B. ARMBRUST
10 GREGORY S. CAGLE
   ARMBRUST & BROWN, LLP
   100 CONGRESS AVE, #1300
   AUSTIN, TEXAS 78701

17

11
12
13

SHELLEY BUSH MARMON
DON HAM JEWETT
CRADY, JEWETT & McCULLEY, LLP
2727 ALLEN PARKWAY, #1700
HOUSTON, TEXAS   77019

Michael L Buesgens
MICHAEL L BUESGENS
EXTENDED STAY AMERICA
DOMICILE
MAILING ADDRESS
3112 WINDSOR RD, #A322
AUSTIN, TEXAS   78703

PHONE: 512-339-6005 X 7958
FAX : 512-339-6099
MIKEBUESGENS@HOTMAIL.COM

18

1:06 CV 01964 RBW

# EXHIBITS

V

1. AUGUST 15 2006 LETTER FROM
TEXAS COMPTROLLER
   FORFEITURES
   A. CHARLES ENOS BROWN
   B. STELLEY BUSH MARMON
   C.

2. CAMERON AUCTION COMPANY, LLC
   CHARLES ENOS BROWN

3. TAG ARCHITECTURE
   CHARLES ENOS BROWN
   3 PAGES

4. LIGHTNING BOLT LLC
   CHARLES ENOS BROWN

5. AUSTIN PARK PLAZA, LLC
   FOREIGN LIMITED LIABILITY COMPANY
   PORTLAND, OREGON - AUSTIN, TEXAS
   4 PAGES

19

# EXHIBITS CONTINUED

6. SITELLEY A. BUSH, P.C. FORFEITURE

7. SEA TRADERS LINE, INC FORFEITURE

8. CONSULTRADE, INC SITELLEY BUSH MARMON 2 PAGES

9. SRH HOMES, L.P. INVOLUNTARILY CANCELLED 2 PAGES

10. CUTTHROAT INVESTMENTS NOTIFICATION LETTER TO SITELLEY BUSH MARMON

20

1:06 CV 01964 RBW

EXHIBITS CONTINUED

11. GREYSTAR — GREP FAMILY
PROPERTY MANAGERS **AT**
A. FALCON RIDGE APARTMENTS, **ET. AL.**
B. DEBRA WEITMEIER, REGIONAL VICE
PRESIDENT, AUSTIN, TEXAS

C. GARY KIN OLDHAM, PARTNER
IRVING, TEXAS

D. ROBERT A. FAITH, PRESIDENT
CHARLESTON, SOUTH CAROLINA

12. NUMEROUS ENTITIES IN FLORIDA,
GEORGIA, LOUISIANA, TEXAS,
ARIZONA, COLORADO, CALIFORNIA
DELAWARE, NEW YORK

13 FOR EXAMPLE
A. GREYSTAR HOLDINGS, INC
B. FORFEITURE — TEXAS
C. DEBTORS — TAX — COLUMBIA, SC
6 PAGES

21

# EXHIBITS

**14.** GREYSTAR MANAGEMENT SERVICES, L.P.

**A.** FORFEITED RIGHTS — TEXAS
AND

**B.** GREP GENERAL PARTNER, LLC IS THERE MANAGER
AND.

**C.** C.T. CORPORATION SYSTEM, **INC** IS THE REGISTERED AGENT

**D.** BUT IN BUESGENS CASES 1:06 CV 260 LY
1:06 CV 226 LY-RP

**E.** **C.T.** CORPORATION DIDN'T KNOW WHO THE GREYSTAR-GREP FAMILY WAS.

**F.** SEE BUESGENS SERVICE SUMMONS AND NO APPEARANCE
**3** PAGES

**15.** GREYSTAR DEVELOPMENT&CONSTRUCTION), LP.
**A.** FORFEITED RIGHTS — TEXAS AND
**B.** GREYSTAR HOLDINGS IS THEIR MANAGER **2** PAGES

**22**

# EXHIBITS

**16.** GREYSTAR MANAGEMENT INC
FORFEITURE — TEXAS
**ROBERT A. FAITH,** MANAGER
**3** PAGES

**17.** GREP GENERAL PARTNER, LLC
11 STATE STREET
CHARLESTON SOUTH CAROLINA
PHONE: 843-579-9400

**18.**
**A.** ATTORNEYS
**B.** CHARLES EADS (BROWN)
**C.** SHELLEY BUSH MARMON
**D.** GREGORY S. CAGLE
**E.** DAVID B. ARMBRUST
        DUNHAM JEWETT

**19.** **ALL**
CLAIMED THEY REPRESENTED THE
GREYSTAR — GREP FAMILY IN
**A.** CIVIL NO. 1:06 CV 260 LY
**B.** CIVIL NO. 1:06 CV 226 LY-RP

**20.** DID THEY REPRESENT THEM?
**21.** WHO SAYS? **NOT C.T.** CORPORATION
SYSTEM — REGISTERED AGENT.

**23**

# EXHIBITS

22  ROBERT A. FAITH PRESIDENT
GREYSTAR – GREP FAMILY
CHARLESTON SOUTH CAROLINA

23.  COMMERCIAL FISHING VESSEL
HAS

24.  THE COAST OF THE DISTRICT OF
OFF
COLUMBIA. TERRITORIAL WATERS
OF JURISDICTION

25.  HEADQUARTERS LOCATION
WASHINGTON D.C.
333 CONSTITUTION AVE, NW

26.  MULTISTATE TAX COMMISSION
STATE FRANCHISE TAXES
NATIONAL NEXUS PROGRAM    1 PAGE

27.  CONTACT MTC              1 PAGE

28.  MTC COMPACT MEMBERS
A.   DISTRICT OF COLUMBIA
B.   TEXAS              2 PAGES
24

1:06 CV 01964 RBW
CHARLES ENOS BROWN, **ET.AL.**
GREYSTAR-GREP-FALCON INTEREST
REALTY-FAMILY

29. MTC — DEFINITIONS
COMPACT MEMBERS
A. DISTRICT OF COLUMBIA
B. TEXAS
C. CHARLES ENOS BROWN, ET.AL.
1 PAGE

30. MTC
INTERSTATE AUDITS
TEXAS-FLORIDA-GEORGIA-ARIZONA-
CALIFORNIA-COLORADO-ALASKA-
NEVADA **ET.AL.**
GREYSTAR-GREP-FALCON    2 PAGES

31. DEVICES TO AVOID THE TEXAS
FRANCHISE TAX    3 PAGES

32. CURRENT TEXAS FRANCHISE TAX-
INCOME TAX    3 PAGES

33. TEXAS INFORMANTS RECOVERY PROGRAM
2 PAGES

25

1:06 CV 01964 RBW
CHARLES EADS BROWN, ET.AL.

34. TEXAS PENALTIES FOR
FAILURE TO FILE A FRANCHISE
TAX REPORT
AND

A. LIABILITY-OFFICERS AND
DIRECTORS (IN PERSONA)
SUE AND DEFEND
IN

B. U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2 PAGES

35 CHARLES EADS BROWN — SPEAKS ✓
SEE ARTICLE
LLC AND LIABILITY
AND
BUES GENS HUD #06-06-293-8

26



# COMPTROLLER OF PUBLIC ACCOUNTS
## P.O. BOX 13528
## AUSTIN, TX 78711-3528

August 15, 2006

Michael L. Buesgens
3112 Windsor Rd. #A-322
Austin, Texas 78703

*CHARLES EADS BROWN
SHELLEY BUSH MARMON*

Dear Mr. Buesgens:

We have received your August 2, 2006 letter and request for an informant recovery program contract regarding:

| | |
|---|---|
| Cameron Auction Company LLC | TP# 32015728465 |
| TAG Architects Inc. | TP# 17427411362 |
| Lightning Boat LLC | TP# 32011567743 |
| Shelley A Bush PC | TP# 17603247440 |
| Sea Traders Lane Inc. | TP# 17603191200 |
| Consultrade Inc. | TP# 30118559548 |
| Armbrust & Brown PC | TP# 17424848608 |
| Marmon Enterprises Inc. | TP# 17606888869 |
| Cutthroat Holdings Inc. | TP# 17606980799 |

The above entities are permitted for franchise tax. All but the last two are in "forfeiture" status and open collection records are already set up. Marmon Enterprises Inc. and Cutthroat Holdings Inc. are "in good standing" status. You also provided information on:

Armbrust & Brown LLP                    TP# 17428271666

This entity is permitted for sales and use tax and has filed all required returns. They are not required to be permitted for franchise tax.

The Comptroller appreciates your bringing these accounts to our attention. However, after reviewing these accounts and the information you provided, it is our opinion that no audits are warranted at this time. The applicable taxpayers have already been notified of their failure to fulfill filing requirements for franchise tax. Therefore, we feel that the documentation you have provided is not sufficient to allow us to into an informant recovery program contract with you at this time. If you have any additional information to provide, we will be happy to review it. Also, if you any questions regarding the above matter, please call me at 512-305-9983.

Sincerely,

Blake Nedbalek
Audit Division



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Roger Williams
Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
## Cameron Auction Company, LLC

File Number : 800384648                    Certificate / Charter forfeited :   July 21, 2006

*CHARLES EROS BROWN*

The Secretary of State hereby determines and finds the following:

1. The Secretary of State has received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code that there are grounds for forfeiture of the charter or certificate of authority of the referenced entity.

2. The entity has not revived its forfeited corporate privileges within 120 days after the date that the corporation privileges were forfeited.

3. The Comptroller of Public Accounts has determined that the entity does not have assets from which a judgment for any tax, penalty, or court costs imposed under Chapter 171 of the Code may be satisfied.

It is therefore ordered that the entity's charter or certificate of authority be forfeited without judicial ascertainment and that the proper entry be made upon the permanent files and records of such entity to show such forfeiture as of the date hereof.



Roger Williams
Secretary of State



**Texas Secretary of State**
Roger Williams



SOSDirect

Business Organizations | Trademarks | Help/Fees |

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

Filing Number: 134991100    Entity Type: Domestic For-Profit Corporation
Original Date of Filing: March 22, 1995    Entity Status: Forfeited existence
Formation Date: N/A
Tax ID: 17427411362    FEIN:
Duration: Perpetual

Name: TAG ARCHITECTS, INC.
Address: 200 S 10TH ST STE 901
Mcallen, TX 78501 USA

FILING HISTORY:    NAMES    MANAGEMENT    ASSUMED NAMES    ASSOCIATED ENTITIES

| REGISTERED AGENT | | | | | |
| --- | --- | --- | --- | --- | --- |
| View | Document | | | | |
| Image | Number | Filing Type | Filing Date | Effective Date | Eff. Cond Page Count |
| N/A | 6608626 | Articles Of Incorporation | March 22, 1995 | March 22, 1995 | No N/A |
| N/A | 6608627 | Assumed Name Certificate | April 6, 1995 | April 6, 1995 | No N/A |
| N/A | 6608628 | Change Of Registered Agent/Office | November 18, 1997 | November 18, 1997 | No N/A |
| ☑ | 2716494545 | Tax Forfeiture | February 14, 2003 | February 14, 2003 | No 1 |

Return to Search

Instructions:
• To place an order for additional information about a filing press the 'Order' button.

CHARLES E. BROWN FRANCHISE TAX FORFEITURE



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Gwyn Shea
Secretary of State

## Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
## TAG ARCHITECTS, INC.

File Number : 134991100              Certificate / Charter forfeited : February 14, 2003

*CHARLES EADS BROWN*

The Secretary of State hereby determines and finds the following:

1.  The Secretary of State received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code that there are grounds for forfeiture of the charter or certificate of authority of the referenced entity.

2.  That the entity has not revived its forfeited corporate privileges within 120 days after the date that the corporation privileges were forfeited.

3.  The Comptroller of Public Accounts has determined that the entity does not have assets from which a judgment for any tax, penalty, or court costs imposed under Chapter 171 of the Code may be satisfied.

It is therefore ordered that charter or certificate of authority of the referenced entity be forfeited without judicial ascertainment and that the proper entry be made upon the permanent files and records of such entity to show such forfeiture as of the date hereof.



Gwyn Shea
Secretary of State

BUSINESS ORGANIZATIONS INQUIRY

5/20/2007 4:15 PM

134991100    Charles    Registered    TAG ARCHITECTS, INC.    Domestic    Forfeited
             E Brown    Agent                                  For-Profit   existence
                                                               Corporation



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Roger Williams
Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
# Lightning Boat, LLC

File Number : 800212275

Certificate / Charter forfeited :    May 06, 2005

The Secretary of State hereby determines and finds the following:

1. The Secretary of State received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code that there are grounds for forfeiture of the charter or certificate of authority of the referenced entity.

2. That the entity has not revived its forfeited corporate privileges within 120 days after the date that the corporation privileges were forfeited.

3. The Comptroller of Public Accounts has determined that the entity does not have assets from which a judgment for any tax, penalty, or court costs imposed under Chapter 171 of the Code may be satisfied.

It is therefore ordered that charter or certificate of authority of the referenced entity be forfeited without judicial ascertainment and that the proper entry be made upon the permanent files and records of such entity to show such forfeiture as of the date hereof.

CHARLES EADS BROWN



Roger Williams
Secretary of State

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

Page 1 of 1



**Business Organizations | Trademarks | Help/Fees |**
**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| Filing Number: | 800522008 | Entity Type: | Foreign Limited Liability Company (LLC) |
| Original Date of Filing: | July 22, 2005 | Entity Status: | In existence |
| Formation Date: | N/A | | |
| Tax ID: | 32017857098 | FEIN: | 931152142 |
| Name: | Austin Park Plaza, LLC | | |
| Address: | 818 W. 10TH STREET | | |
| | AUSTIN, TX 78701 USA | | |
| Fictitious Name: | N/A | | |
| Jurisdiction: | OR, USA | | |
| Foreign Formation Date: | August 8, 1994 | | |

*FOREIGN LIMITED LIABILITY*

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | | **Address** | | **Inactive Date** | |
| Charles E Brown | | 818 W. 10th Street | | | |
| | | Austin, TX 78701 USA | | | |

Return to Search

*CHARLES E. BROWN*

Instructions:
To place an order for additional information about a filing press the 'Order' button.

*PORTLAND, OREGON — AUSTIN, TEXAS*
*ATTORNEY*
*REAL ESTATE BROKER*

# Business Registry Business Name Search

New Search

## Business Entity Data

05-20-2007
15:25

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Duration Date | Renewal Date |
|---|---|---|---|---|---|---|
| 413909-80 | DLLC | ACT | OREGON | 08-08-1994 | | |

**Entity Name** AUSTIN PARK PLAZA L.L.C.  ✔

**Foreign Name** *OREGON*

New Search

## Associated Names

**Type** PPB PRINCIPAL PLACE OF BUSINESS

**Addr 1** 829 PARK PLAZA

**Addr 2**

**CSZ** AUSTIN    TX  78753    **Country** UNITED STATES OF AMERICA

*Please click here for general information about registered agents and service of process.*

**Type** AGT REGISTERED AGENT    **Start Date** 10-05-2005 **Resign Date**

**Name** JOHN    HOLBROOK

**Addr 1** 36255 NORTHERN DRIVE

**Addr 2**

**CSZ** BROWNSVILLE OR  97327    **Country** UNITED STATES OF AMERICA

**Type** MGR MANAGER    **Resign Date**

**Name** JOHN    J    HOLBROOK

**Addr 1** 36255 NORTHERN DR

**Addr 2**

**CSZ** BROWNSVILLE OR  97327    **Country** UNITED STATES OF AMERICA

<u>New Search</u>                          Name History

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| AUSTIN PARK PLAZA L.L.C. | EN | CUR | 08-08-1994 | |

Please <u>read</u> before ordering <u>Copies</u>.

<u>New Search</u>                       Summary History

| Image Date | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| 08-04-2006 | ANNUAL REPORT PAYMENT | 08-04-2006 | | SYS | | |
| 10-05-2005 | AMENDMENT TO ANNUAL REPORT | 10-05-2005 | | FI | | |
| 10-05-2005 | CHANGE OF REGISTERED AGENT/ADDRESS | 10-05-2005 | | FI | Agent | |
| 08-03-2005 | ANNUAL REPORT PAYMENT | 08-03-2005 | | SYS | | |
| 07-28-2004 | ANNUAL REPORT PAYMENT | 07-28-2004 | | SYS | | |
| 07-18-2003 | ANNUAL REPORT PAYMENT | 07-18-2003 | | SYS | | |
| 08-01-2002 | ANNUAL REPORT PAYMENT | 08-01-2002 | | SYS | | |
| 07-27-2001 | ANNUAL REPORT PAYMENT | 07-27-2001 | | SYS | | |
| 08-02-2000 | STRAIGHT RENEWAL | 07-19-2000 | | FI | | |

| 08-04-1999 | STRAIGHT RENEWAL | 07-27-1999 | FI |
| 07-30-1998 | STRAIGHT RENEWAL | 07-22-1998 | FI |
| 07-31-1997 | STRAIGHT RENEWAL | 07-25-1997 | FI |
| 07-22-1996 | STRAIGHT RENEWAL | 07-15-1996 | FI |
| 08-21-1995 | AMENDED RENEWAL | 08-21-1995 | FI |
| 08-08-1994 | NEW FILING | 08-08-1994 | FI |

© 2007  Oregon Secretary of State.  All Rights Reserved.



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Geoffrey S. Connor
Secretary of State

## Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
## SHELLEY A. BUSH, P.C.

File Number : 91567702                    Certificate / Charter forfeited :   July 09, 2004

*SHELLEY BUSH MARAW*

The Secretary of State hereby determines and finds the following:

1.  The Secretary of State received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code that there are grounds for forfeiture of the charter or certificate of authority of the referenced entity.

2.  That the entity has not revived its forfeited corporate privileges within 120 days after the date that the corporation privileges were forfeited.

3.  The Comptroller of Public Accounts has determined that the entity does not have assets from which a judgment for any tax, penalty, or court costs imposed under Chapter 171 of the Code may be satisfied.

It is therefore ordered that charter or certificate of authority of the referenced entity be forfeited without judicial ascertainment and that the proper entry be made upon the permanent files and records of such entity to show such forfeiture as of the date hereof.



Geoffrey S. Connor
Secretary of State



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Roger Williams
Secretary of State

## Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
# SEA TRADERS LINE, INC.

File Number : 116478000

Certificate / Charter forfeited :    July 07, 2006

The Secretary of State hereby determines and finds the following:

1.  The Secretary of State has received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code that there are grounds for forfeiture of the charter or certificate of authority of the referenced entity.

2.  The entity has not revived its forfeited corporate privileges within 120 days after the date that the corporation privileges were forfeited.

3.  The Comptroller of Public Accounts has determined that the entity does not have assets from which a judgment for any tax, penalty, or court costs imposed under Chapter 171 of the Code may be satisfied.

It is therefore ordered that the entity's charter or certificate of authority be forfeited without judicial ascertainment and that the proper entry be made upon the permanent files and records of such entity to show such forfeiture as of the date hereof.

*SHELLEY BUSH MARMON*



Roger Williams
Secretary of State

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY                              5/20/2007 5:00 PM

    

**UCC** | **Business Organizations** | **Trademarks** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 139859000 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | May 7, 1996 | **Entity Status:** | Forfeited existence ✓ |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 30118559548 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:**       CONSULTRADE, INC.        *SHELLEY BUSH MORAN*
**Address:**    PO BOX 302
                Simonton, TX 77476 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

**Name**                   **Address**                              **Inactive Date**
Shelley A Bush ✓           909 FANNIN STE 1400
                           Houston, TX 77010-1006 USA

Order |    Return to Search |

Instructions:
• To place an order for additional information about a filing press the 'Order' button.

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY                    5/20/2007 5:00 PM





**UCC** | **Business Organizations** | **Trademarks** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| **Filing Number:** | 139859000 | **Entity Type:** | Domestic For-Profit Corporation |
|---|---|---|---|
| **Original Date of Filing:** | May 7, 1996 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 30118559548 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | CONSULTRADE, INC. | | |
| **Address:** | PO BOX 302 Simonton, TX 77476 USA | | |

*SHELLEY BUSHMAN*

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| N/A | 6717037 | Articles Of Incorporation | May 7, 1996 | May 7, 1996 | No | N/A |
| N/A | 6717038 | Change Of Registered Agent/Office | February 28, 1997 | February 28, 1997 | No | N/A |
| N/A | 6717039 | Tax Forfeiture | August 25, 1998 | August 25, 1998 | No | N/A |

Order | Return to Search

**Instructions:**
• To place an order for additional information about a filing press the 'Order' button.

Reports Unit
P.O. Box 12028
Austin, Texas 78711-2028



Roger Williams
Secretary of State

## Office of the Secretary of State

February 10, 2006

Shelley A. Marmon
SRH Homes, L.P.
2727 Allen Parkway, Suite 1700
Houston, TX 77019

*SHELLEY BUSH MARMON*

**Periodic Report - Second Notification Letter**

Re: SRH Homes, L.P.
File Number: 800035280

*SRH HOMES, L.P.*

Dear Registered Agent:

Our records show that the above referenced limited partnership was notified over thirty (30) days ago of the need to file with this office the report required by law. You are hereby notified that the limited partnership's right to conduct affairs has been forfeited as of the date of this letter for failure to file the report. The limited partnership's right to conduct affairs may be revived by submitting the attached periodic report to this office, along with the required filing fee. This periodic report should be completed and received by this office on or before June 12, 2006 to avoid the cancellation or termination of the domestic limited partnership or the cancellation or revocation of the registration of the foreign limited partnership.

One copy of the required periodic report is enclosed, along with instructions for completing the report. <u>Make any necessary changes to the preprinted information by typing or printing the new information in the area provided.</u> Submit the periodic report, along with the required filing fee that is shown on the attached report, to the mailing address on the report form. <u>Please make a copy of this report prior to mailing and retain for the limited partnership's records.</u>

Please disregard this notice if you have mailed your document for processing within the last seven (7) days. If your records reflect that you filed the required report, please send a copy of your cancelled check showing payment of the filing fee.

For your convenience, the periodic report may be filed online through SOSDirect at http://www.sos.state.tx.us/corp/sosda/index.shtml.

If you have any questions about filing the periodic report or require assistance filing online using SOSDirect, please call 512-475-2705 or e-mail ReportsUnit@sos.state.tx.us.

Sincerely,
Reports Unit
Business and Public Filings Division

Enclosure

Reports Unit
P.O. Box 12028
Austin, Texas 78711-2028



Roger Williams
Secretary of State

## Office of the Secretary of State

### NOTICE OF CANCELLATION
### OF
SRH Homes, L.P.
File Number:  800035280

*SHELLEY BUSHMARAON*

The Secretary of State hereby determines and finds the following:

1.  That the limited partnership is required to file the periodic report prescribed by Article 6132a, Section 13.05 of the Texas Revised Limited Partnership Act, as notified by the Secretary of State.
2.  That the limited partnership has failed to file the periodic report prescribed by law when the same has become due.
3.  That the limited partnership forfeited its right to transact business in this state for failure to file said periodic report.
4.  That the limited partnership was mailed notice of such forfeiture following a period of not less than thirty (30) days of the requirement to file said periodic report, and simultaneously therewith given an additional period of not less than one hundred twenty (120) days to correct the delinquency.
5.  That the limited partnership has failed prior to such cancellation to correct the neglect, omission or delinquency.

It is therefore ordered, as prescribed by Article 6132a, Section 13.08 of the Texas Revised Limited Partnership Act, that the certificate or registration of the above named limited partnership be cancelled without judicial ascertainment.

Dated: June 14, 2006



*Roger Williams*

Roger Williams
Secretary of State

Reports Unit
P.O. Box 12028
Austin, Texas 78711-2028



Roger Williams
Secretary of State

# Office of the Secretary of State

January 3, 2006

Shelley A. Marmon
Cutthroat Investments, Ltd.
2727 Allen Pkwy., Ste. 1700
Houston, TX 77019

**Periodic Report – First Notification Letter**

Re: Cutthroat Investments, Ltd.
File Number: **800026590**

*CUTTHROAT INVESTMENTS*

Dear Registered Agent:

A limited partnership is required by law to file a periodic report with the Secretary of State not more than once every four years. You are hereby notified that the above referenced limited partnership is required to file the periodic report at this time. This periodic report should be completed and received by this office on or before **February 2, 2006**. Failure to file the periodic report when due will result, after notice, in the forfeiture of the limited partnership's right to transact business in the state of Texas and could ultimately result, after notice, in the cancellation or termination of the domestic limited partnership or the cancellation or revocation of the registration of the foreign limited partnership.

One copy of the required periodic report is enclosed, along with instructions for completing the report. Make any necessary changes to the preprinted information by typing or printing the new information in the area provided. Submit the periodic report, along with the required filing fee that is shown on the attached report, to the mailing address on the report form. **Please make a copy of this report prior to mailing and retain for the limited partnership's records.**

For your convenience, the periodic report may be filed online through SOSDirect at http://www.sos.state.tx.us/corp/sosda/index.shtml.

If you have any questions about filing the periodic report or require assistance filing online using SOSDirect, please call 512-475-2705 or e-mail ReportsUnit@sos.state.tx.us.

Sincerely,
Reports Unit
Business and Public Filings Division

Enclosure

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY                    Page 1 of 1



**UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout**

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 10035406 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | June 3, 1994 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 13638903792 | **FEIN:** | |
| **Name:** | GREYSTAR HOLDINGS, INC. | | |
| **Address:** | 3411 RICHMOND AVENUE STE 350 Houston, TX 77046 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | DE, USA | | |
| **Foreign Formation Date:** | N/A | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| **Name** | **Address** | **Inactive Date** |
|---|---|---|
| C T Corporation System | 1021 Main Street, Suite 1150 Houston, TX 77002 USA | |

[ Return to Order ]    [ Return to Search ]

*C.T. CORPORATION SYSTEM*

Instructions:
  ♦ To place an order for additional information about a filing press the 'Order' button.

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY                    Page 1 of 1



**UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout**

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 10035406 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | June 3, 1994 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 13638903792 | **FEIN:** | |
| **Name:** | GREYSTAR HOLDINGS, INC. | | |
| **Address:** | 3411 RICHMOND AVENUE STE 350 Houston, TX 77046 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | DE, USA | | |
| **Foreign Formation Date:** | N/A | | |

*TEXAS SOS*

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| ☑ | 3303638 | Application For Certificate Of Authority | June 3, 1994 | June 3, 1994 | No | 3 |
| ☑ | 7793060 | Public Information Report (PIR) | December 31, 1999 | December 31, 1999 | No | 1 |
| ☑ | 3303639 | Change Of Registered Agent/Office | March 1, 2000 | March 1, 2000 | No | 1 |
| ☑ | 64031900002 | Change of Registered Agent/Office | July 5, 2004 | July 5, 2004 | No | 1 |
| ☑ | 62113440001 | Public Information Report (PIR) | December 31, 2004 | June 9, 2004 | No | 1 |
| ☑ | 95734730292 | Tax Forfeiture | July 8, 2005 | July 8, 2005 | No | 1 |

[ Return to Order ]    [ Return to Search ]

Instructions:
➧ To place an order for additional information about a filing press the 'Order' button.

http://www.knowx.com/liens/deta... KnowX.com - Lien Records Reco...           3/2/2007 11:51 PM



KnowX Standard    KnowX Professional    Superior    RapSheets    i

Home        How it Works        Pricing        Contact Us        Site Map

*Records*

## DETAIL RECORD

### NEW SEARCH  |  RETURN TO YOUR SUMMARY

**My Account**

**My Subscriptions**

| | |
|---|---|
| **Debtor:** | **GREYSTAR HOLDINGS INC** |
| **Address:** | TWO RIVERWAY STE 850 HOUSTON, TX 77056 |

**Related Searches**
- **Bankruptcy Records** $
- **Judgments** $
- **Lawsuits** $
- **UCCs** $

| | |
|---|---|
| **Debtor:** | **JMI GREYSTAR REALTY PARTNERS LP** |
| **Address:** | TWO RIVERWAY STE 850 HOUSTON, TX 77056 |

**Other Info:**
- **Search Tips**
- **Database Info**
- **Price of Search**
- **Coverage Area**
- **Example Record**

| | |
|---|---|
| **Secured Party:** | ST OF SC |
| **Court:** | RICHLAND COUNTY REGISTER OF DEEDS ROOM 101 JUDICIAL CENTER COLUMBIA SC 29202 |
| **File Type:** | TAX |
| **Filing Number:** | 500810 |
| **Filing Description:** | BOOK/PAGE |
| **Filing Date:** | 04-02-2001 |
| **Amount:** | $36,037.00 |
| **File Level:** | STATE |
| **Status:** | OPEN |
| **Status Date:** | 04-02-2001 |



**KnowX Standard**   **KnowX Professional**   **Superior**   **RapSheets**

Home          How it Works          Pricing          Contact Us          Site Map

## *Records*

## DETAIL RECORD

NEW SEARCH  |  RETURN TO YOUR SUMMARY

▸ My Accounts
▸ My Subscriptions

**Related Searches**
▸ Bankruptcy Records $
▸ Judgments $
▸ Lawsuits $
▸ UCCs $

**Other Info:**
▸ Search Tips
▸ Database Info
▸ Price of Search
▸ Coverage Area
▸ Example Record

| | |
|---|---|
| **Debtor:** | **GREYSTAR HOLDINGS INC** |
| **Address:** | TWO RIVERWAY STE 850 HOUSTON, TX 77056 |
| **Debtor:** | **JMI GREYSTAR REALTY PARTNERS LP** |
| **Address:** | TWO RIVERWAY STE 850 HOUSTON, TX 77056 |
| **Secured Party:** | ST OF SC |
| **Court:** | RICHLAND COUNTY REGISTER OF DEEDS ROOM 101 JUDICIAL CENTER COLUMBIA SC 29202 |
| **File Type:** | TAX |
| **Filing Number:** | 4752964 |
| **Filing Description:** | BOOK/PAGE |
| **Filing Date:** | 01-19-2001 |
| **Amount:** | $36,740.00 |
| **File Level:** | STATE |
| **Status:** | OPEN |
| **Status Date:** | 01-19-2001 |

Westlaw.

D&B Completed Analysis:        10-26-2006

Database Last Updated:         10-27-2006
  Source:                        Copyright © 2005 by Dun & Bradstreet, Inc.
Current Date:                  11/22/2006

### COMPANY INFORMATION

DUNS:                    83-879-1994 (Click for List of Available D&B Reports.)
Name:                    GREYSTAR HOLDINGS, INC

Address:                 3411 RICHMOND AVE

City/State:              HOUSTON, TX 77046-3400

County:                  HARRIS

Telephone:               713-966-5000          *SOUTH CAROLINA*

Year Started:            1994

### EXECUTIVE(S) INFORMATION

1.  Executive Name:      FAITH, ROBERT A
    Executive Title:     PRESIDENT

### BUSINESS DESCRIPTION

Line of Business:        MISC BUSINESS CREDIT INSTITUTIONS
Industry Group:          FINANCE, INSURANCE, AND REAL ESTATE

 Primary SIC:
6159                     MISCELLANEOUS BUSINESS CREDIT INSTITUTIONS, NSK
61599903                 SMALL BUSINESS INVESTMENT COMPANIES

Business Is A:           HEADQUARTERS LOCATION
                         CORPORATION

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

| | |
|---|---|
| D&B Completed Analysis: | 10-26-2006 |
| Database Last Updated:<br>Source:<br>Current Date: | 10-27-2006<br>Copyright © 2005 by Dun & Bradstreet, Inc.<br>11/22/2006 |

### COMPANY INFORMATION

| | |
|---|---|
| DUNS:<br>Name: | 05-383-9911 (Click for List of Available D&B Reports.)<br>GREYSTAR REAL ESTATE |
| Address: | 1431 GREENWAY DR STE 100 |
| City/State: | IRVING, TX 75038-2479 |
| County: | DALLAS |
| Telephone: | 469-955-0040 |
| Year Started: | 2003 |

### EXECUTIVE(S) INFORMATION

| | |
|---|---|
| 1.   Executive Name:<br>     Executive Title: | OLDHAM, KEN    *GARY KEN OLDHAM*<br>PARTNERS |

### BUSINESS DESCRIPTION

| | |
|---|---|
| Line of Business:<br>Industry Group: | REAL ESTATE AGENT/MANAGER<br>FINANCE, INSURANCE, AND REAL ESTATE |
| Primary SIC:<br>6531<br>65310104 | <br>REAL ESTATE AGENTS AND MANAGERS<br>REAL ESTATE AGENT, COMMERICAL |
| Business Is A: | HEADQUARTERS LOCATION<br>SMALL BUSINESS<br>PARTNERSHIP |

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

Page 1 of 1



UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 7055711 | **Entity Type:** | Foreign Limited Partnership |
| **Original Date of Filing:** | October 14, 1993 | **Entity Status:** | Forfeited rights |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 00000000000 | **FEIN:** | |

| | |
|---|---|
| **Name:** | GREYSTAR MANAGEMENT SERVICES, L.P. |
| **Address:** | NONE |
| | None, YY YYY |
| **Fictitious Name:** | N/A |
| **Jurisdiction:** | DE, USA |
| **Foreign Formation Date:** | N/A |

TEXAS SOS

REGISTERED AGENT   FILING HISTORY   NAMES   MANAGEMENT   ASSUMED NAMES   ASSOCIATED ENTITIES

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| ☑ | 3072486 | Registration Of Limited Partnership | October 14, 1993 | October 14, 1993 | No | 1 |
| ☑ | 3072488 | Amended Registration of Limited Partnership | June 3, 1994 | June 3, 1994 | No | 2 |
| ☑ | 3072487 | Certificate of Assumed Business Name | June 6, 1994 | June 6, 1994 | No | 1 |
| ☑ | 3072489 | Certificate of Assumed Business Name | April 14, 1997 | April 14, 1997 | No | 1 |
| ☑ | 3072490 | Amended Registration of Limited Partnership | March 1, 2000 | March 1, 2000 | No | 1 |
| ☑ | 133647030002 | Amended Registration of Limited Partnership | June 19, 2006 | June 19, 2006 | No | 2 |
| ☑ | 134241330002 | Change of Registered Agent/Office | June 23, 2006 | June 23, 2006 | No | 2 |
| ☑ | 139069650001 | Report Notice | August 8, 2006 | August 8, 2006 | No | 1 |
| ☑ | 143346220001 | Notice of Forfeited Rights for non-filing of Periodic Report | September 8, 2006 | September 8, 2006 | No | 1 |

Order      Return to Search

Instructions:

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

Page 1 of 1



UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 7055711 | **Entity Type:** | Foreign Limited Partnership |
| **Original Date of Filing:** | October 14, 1993 | **Entity Status:** | Forfeited rights |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 00000000000 | **FEIN:** | |

**Name:** GREYSTAR MANAGEMENT SERVICES, L.P.
**Address:** NONE
None, YY YYY
**Fictitious Name:** N/A
**Jurisdiction:** DE, USA
**Foreign Formation Date:** N/A

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Last Update** June 19, 2006 | **Name** GREP General Partner, LLC | | **Title** General Partner | **Address** 11 State Street Charleston, SC 29401 USA | |

[ Order ]   [ Return to Search ]

Instructions:
• To place an order for additional information about a filing press the 'Order' button.

GENERAL PARTNER
FOR
GREYSTAR MANAGEMENT
SERVICES, LP
IS
GREP GENERAL PARTNER, LLC

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY                    Page 1 of 1



**Business Organizations | Trademarks | Help/Fees |**

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 7055711 | **Entity Type:** | Foreign Limited Partnership |
| **Original Date of Filing:** | October 14, 1993 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 00000000000 | **FEIN:** | |
| **Name:** | GREYSTAR MANAGEMENT SERVICES, L.P. | | |
| **Address:** | NONE | | |
| | None, YY YYY | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | DE, USA | | |
| **Foreign Formation Date:** | N/A | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | | **Address** | | **Inactive Date** | |
| C T Corporation System | | 350 North St. Paul St. | | | |
| | | Dallas, TX 75201 USA | | | |



Instructions:
- To place an order for additional information about a filing press the 'Order' button.

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

Page 1 of 1



**UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout**

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 7475511 | **Entity Type:** | Foreign Limited Partnership |
| **Original Date of Filing:** | June 3, 1994 | **Entity Status:** | Forfeited rights |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 00000000000 | **FEIN:** | |

**Name:**          GREYSTAR DEVELOPMENT AND CONSTRUCTION, L.P.
**Address:**       NONE
                          None, YY YYY
**Fictitious Name:**   N/A
**Jurisdiction:**       DE, USA
**Foreign Formation**   N/A
**Date:**

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Last Update** June 3, 1994 | **Name** GREYSTAR HOLDINGS, INC. | | **Title** General Partner | **Address** 3411 RICHMOND AVE., STE. 350 Houston, TX 77046 USA | |

[ Order ]     [ Return to Search ]

Instructions:
 ♦ To place an order for additional information about a filing press the 'Order' button.

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**                    Page 1 of 1



UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 7475511 | **Entity Type:** | Foreign Limited Partnership |
| **Original Date of Filing:** | June 3, 1994 | **Entity Status:** | Forfeited rights |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 00000000000 | **FEIN:** | |
| **Name:** | GREYSTAR DEVELOPMENT AND CONSTRUCTION, L.P. | | |
| **Address:** | NONE | | |
| | None, YY YYY | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | DE, USA | | |
| **Foreign Formation Date:** | N/A | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| ☑ | 3107782 | Registration Of Limited Partnership | June 3, 1994 | June 3, 1994 | No | 2 |
| ☑ | 3107781 | Certificate of Assumed Business Name | June 6, 1994 | June 6, 1994 | No | 2 |
| ☑ | 3107783 | Amended Registration of Limited Partnership | March 11, 1999 | March 11, 1999 | No | 1 |
| ☑ | 3107784 | Amended Registration of Limited Partnership | March 1, 2000 | March 1, 2000 | No | 1 |
| ☑ | 137144740002 | Change of Registered Agent/Office | July 19, 2006 | July 19, 2006 | No | 2 |
| ☑ | 139072080001 | Report Notice | August 8, 2006 | August 8, 2006 | No | 1 |
| ☑ | 143348050001 | Notice of Forfeited Rights for non-filing of Periodic Report | September 8, 2006 | September 8, 2006 | No | 1 |

[ Order ]    [ Return to Search ]

<u>Instructions</u>:
♪ To place an order for additional information about a filing press the 'Order' button.

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

Page 1 of 1



UCC | Business Organizations | **Trademarks** | **Account** | **Help/Fees** | Briefcase | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 141303500 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | August 29, 1996 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 30118926192 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | GREYSTAR MANAGEMENT, INC. | | |
| **Address:** | 2 RIVERWAY STE 850 | | |
| | Houston, TX 77056 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| ☑ | 6748133 | Articles Of Incorporation | August 29, 1996 | August 29, 1996 | No | 6 |
| ☑ | 6748134 | Tax Forfeiture | August 25, 1998 | August 25, 1998 | No | 1 |

| Order |    | Return to Search |

Instructions:
♪ To place an order for additional information about a filing press the 'Order' button.

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY                    Page 1 of 1



**UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout**

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 141303500 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | August 29, 1996 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 30118926192 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** GREYSTAR MANAGEMENT, INC.
**Address:** 2 RIVERWAY STE 850
Houston, TX 77056 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| **Name** | **Address** | **Inactive Date** |
|---|---|---|
| Robert A Faith | TWO RIVERWAY, SUITE 850 Houston, TX 77056 USA | |

[ Order ]    [ Return to Search ]

**Instructions:**

❧ To place an order for additional information about a filing press the 'Order' button.

Page 1 of 1

WINDOW ON STATE GOVERNMENT                CAROLE KEETON STRAYHORN    Texas Comptroller of Public Accounts



Corporation Search Results

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, Requirements to Dissolve, Merge or Convert a Texas Entity.

| Certification of Account Status | Officers And Directors Information |
|---|---|
| Company Information: | **GREYSTAR MANAGEMENT INC**<br>3411 RICHMOND AVE<br>HOUSTON, TX 77046-3412 |
| Status: | **NOT IN GOOD STANDING** |
| Registered Agent: | ROBERT A FAITH<br>TWO RIVERWAY, SUITE 850<br>HOUSTON, TX 77056 |
| Registered Agent Resignation Date: | |
| State of Incorporation: | TX |
| File Number: | 0141303500 |
| Charter/COA Date: | August 29, 1996 |
| Charter/COA Type: | Charter |
| Taxpayer Number: | 30118926192 |

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

■ New Search   ■ Modify Search            ■ Example Reports

**View the Available Reports:**

From the following list, please select the company report you would like to purchase. By clicking "Purchase the Business Profile Report now for $57.00", you agree to purchase the Full Report.

● Results are displayed in random order. Scroll down to view.

**Record # 1**
**Company Name:** GREP - CHARLESTON, LLC
**Street Address:** 11 STATE ST
**City:** CHARLESTON
**State:** SC
**Zip:** 29401
**Phone Number:** (843)579-9400
Purchase the Business Profile Report now for $57.00

**Record # 2**
**Company Name:** GREP CHARLESTON, LLC
**Street Address:** 3955 FABER PLACE DR STE 300
**City:** N CHARLESTON
**State:** SC
**Zip:** 29405
Purchase the Business Profile Report now for $57.00

1. ROBERT A. FAITH, PRESIDENT

2. GARY KID OLDHAM, PARTNER

3. DEBRA WEITMEIER, REGIONAL VICE PRESIDENT AT GREYSTAR AND RIVERSTONE RESIDENTIAL SC, LLC - LIHTC PROPERTY AND

4. DEBRA WEHMEIER, PRESIDENT AUSTIN APARTMENT ASSOCIATION CHARLES EADS BROWN, MEMBER



**KnowX**

KnowX Standard    Superior    RapSheets

Home    How it Works    Pricing    Contact Us    Site Map

**michael l buesgens**

Status: Credentialed
Client ID:
Not Chosen

**Related Searches**
- Aircraft $
- Real Estate $
- Watercraft $

**Other Info:**
- Search Tips
- Database Info
- Price of Search
- Coverage Area
- Example Record

## USCG Vessels

### DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY

| | |
|---|---|
| Name: | FAITH ROBERT A |
| Address: | 11 STATE STREET |
| | CHARLESTON SC 29401 |
| Vessel Number: | 481106 |
| Registration Number: | CG 1071237 |
| Vessel Name: | CARAMBA |
| Type of Service: | COMMERCIAL FISHING |
| Status: | VALID |
| Registration Date: | 01-24-2006 |
| Expiration Date: | 02-28-2007 |
| Year Built: | 1998 |
| Place Built: | WANCHESE |
| Hailing Port: | MT PLEASANT |
| Make: | BRIGGS BOAT WORKS INC |
| Self Propelled: | YES |
| Propulsion: | UNSPECIFIE |
| Hull Design: | MONOHULL |
| Hull Material: | WOOD |
| Gross Ton: | 38.0 |
| Net Ton: | 31.0 |
| Length: | 57 |
| Breadth: | 17.0 |
| Depth: | 6.0 |
| Type of Trade License(s): | RECREATIONAL |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFI
GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

### DETAIL RECORD

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal
Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.



Home | Site Map

Register | Login

About MTC
Events & Training
Uniformity
Nexus Program
Audit Program
Committees
Resources
Links

Search
  Member
  States
Programs and
Committees
Multistate Tax
Compact
Bylaws
Policy
Statements
and
Resolutions
Current MTC
Officers
Public
Participation
Policy
Annual Report
Employment
Opportunities
Contact Us
State and
MTC Contact
Lookup

About MTC

Home > About MTC > Programs and Committees

## Programs and Committees

The Commission works to achieve the goals of preserving
federalism and tax fairness through a comprehensive range of
activities that includes:

Developing recommended uniform state tax policies with
respect to interstate commerce

Encouraging compliance with tax laws and consistency in
enforcement through the Joint Audit and National Nexus
Programs

Training and education in complex multistate tax issues

Supporting states engaged in major and "cutting edge" tax
litigation through amicus briefs and technical assistance

Advocacy of State interests in the field of multistate
taxation to Congress and the Executive branch

A joint property tax auditing project in collaboration with
the Western States Association of Tax Administrators
(WSATA)

The Alternative Dispute Resolution (ADR) program to
respond to cases of alleged duplicate taxation of a taxpayer
by two or more states

For additional information regarding the Commission's various
programs and committees, please browse through our site using
the main navigation menu above. Be sure to check back often as
updates will be posted daily.

Home | Site Map



About MTC
Events & Training
Uniformity
Nexus Program
Audit Program
Committees
Resources
Links

**Register | Login**

Search
Member States
Programs and Committees
Multistate Tax Compact
Bylaws
Policy Statements and Resolutions
Current MTC Officers
Public Participation Policy
Annual Report
Employment Opportunities
Contact Us
State and MTC Contact Lookup

**About MTC**

Home > About MTC > Contact Us

## Contact Us

### Headquarters Office

**444 North Capitol Street, NW, Suite 425
Washington DC 20001
Phone: (202) 624-8699
Fax: (202) 624-8819
mtc@mtc.gov**

**Huddleston**, Joe
Executive Director

**Matson**, Greg
Deputy Director

**Sicilian**, Shirley
General Counsel

**Shimkin,** Thomas K.E.
Director, National Nexus Program

**Dubin**, Elliott
Director, Policy Research

**Beier**, Ken
Director, Training

**Six**, Bill
Director of Administration

### Chicago Office

**223 W. Jackson Boulevard, Suite 604
Chicago, IL 60606-6911
Phone: 312-913-9150
Fax: 312-913-9151**

**Koenig**, Les
Director, Joint Audit Program

### New York Office

**One Blue Hill Plaza, 10th Floor
P.O. Box 1524
Pearl River, NY 10965-8524
Phone: 845-620-3767
Fax: 845-620-1873**

**Silver**, Jeff
Field Audit Supervisor

**Terms of Use | Privacy and Refund Policy**



**Home | Site Map**

Register | Login

About MTC
Events & Training
Uniformity
Nexus Program
Audit Program
Committees
Resources
Links

Search
 Member
 States
  Definition of
  Members
 Programs and
 Committees
 Multistate Tax
 Compact
 Bylaws
 Policy
 Statements
 and
 Resolutions
 Current MTC
 Officers
 Public
 Participation
 Policy
 Annual Report
 Employment
 Opportunities
 Contact Us
 State and
 MTC Contact
 Lookup

**About MTC**

Home > Member States

**Member States**



*MTC*
*U.S. DISTRICT COURT.*
*DISTRICT OF COLUMBIA*
*JURISDICTION*

| **Compact Members** ✓ | **Sovereignty Members** | **Associate & Project Members** | **Non-Members** |
|---|---|---|---|
| Alabama | Kentucky | Arizona | Delaware |
| Alaska | Louisiana | Connecticut | Indiana |
| Arkansas | New Jersey | Florida | Nevada |
| **California** | Wyoming | Georgia | Virginia |
| (FTB) (SBE) | | Illinois | |
| Colorado | | Iowa | |
| District of ✓ | | Maine | |
| Columbia | | Maryland | |
| Hawaii | | Massachusetts | |
| Idaho | | Mississippi | |
| Kansas | | Nebraska | |
| Michigan | | New | |

| | |
|---|---|
| Minnesota | Hampshire |
| Missouri | New York |
| Montana | North Carolina |
| New Mexico | Ohio |
| North Dakota | Oklahoma |
| Oregon | Pennsylvania |
| South Dakota | Rhode Island |
| ✓ Texas | South Carolina |
| Utah | Tennessee |
| Washington | Vermont |
| | West Virginia |
| | Wisconsin |

**Terms of Use | Privacy and Refund Policy**

MULTISTATE TAX COMMISSION - MTC
COMPACT MEMBERS
DISTRICT OF COLUMBIA
AND
TEXAS

JURISDICTION
CONTACTS
AND
CHARLES EADS BROWN, ET.AL.



**Home | Site Map**

About MTC
Events & Training
Uniformity
Nexus Program
Audit Program
Committees
Resources
Links

**Register | Login**

# MULTISTATE TAX COMMISSION  About MTC

Search
Member States

Definition of Members

Programs and Committees

Multistate Tax Compact

Bylaws

Policy Statements and Resolutions

Current MTC Officers

Public Participation Policy

Annual Report

Employment Opportunities

Contact Us

State and MTC Contact Lookup

Home > About MTC > Member States

## Definition of Member States ✓

### FRANCHISE TAXES

✓ Compact members are states (represented by the heads of the tax agencies administering corporate income and sales and use taxes) that have enacted the Multistate Tax Compact into their state law.  These States govern the Commission and participate in a wide range of projects and programs.

Sovereignty Members are states that support the purposes of the Multistate Tax Compact through regular participation in, and financial support for, the general activities of the Commission.  These states join in shaping and supporting the Commission's efforts to preserve state taxing authority and improve state tax policy and administration.

Associate members are states that participate in Commission meetings and otherwise consult and cooperate with the Commission and its other member states or, as Project Members, participate in Commission programs or projects.

### DISTRICT OF COLUMBIA TEXAS

**Terms of Use | Privacy and Refund Policy**

### CHARLES ENOS BROWN, ET.AL.

Home | Site Map



**MULTISTATE TAX COMMISSION**

About MTC
Events & Training
Uniformity
Nexus Program
Audit Program
Committees
Resources
Links

Register | Login

Search
Member States
Programs and Committees
Multistate Tax Compact
  Article I
  Article II
  Article III
  Article IV
  Article V
  Article VI
  Article VII
  Article VIII
  Article IX
  Article X
  Article XI
  Article XII
Bylaws
Policy Statements and Resolutions
Current MTC Officers
Public Participation Policy
Annual Report
Employment Opportunities

**About MTC**

Home > About MTC > Multistate Tax Compact

## Multistate Tax Compact
### Article VIII. Interstate Audits

1. This Article shall be in force only in those party States that specifically provide therefor by statute.

2. Any party State or subdivision thereof desiring to make or participate in an audit of any accounts, books, papers, records or other documents may request the Commission to perform the audit on its behalf. In responding to the request, the Commission shall have access to and may examine, at any reasonable time, such accounts, books, papers, records, and other documents and any relevant property or stock of merchandise. The Commission may enter into agreements with party States or their subdivisions for assistance in performance of the audit. The Commission shall make charges, to be paid by the State or local government or governments for which it performs the service, for any audits performed by it in order to reimburse itself for the actual costs incurred in making the audit.

3. The Commission may require the attendance of any person within the State where it is conducting an audit or part thereof at a time and place fixed by it within such State for the purpose of giving testimony with respect to any account, book, paper, document, other record, property or stock of merchandise being examined in connection with the audit. If the person is not within the jurisdiction, he may be required to attend for such purpose at any time and place fixed by the Commission within the State of which he is a resident.

4. The Commission may apply to any court having power to issue compulsory process for orders in aid of its powers and responsibilities pursuant to this Article, and any and all such



Contact Us
State and
MTC Contact
Lookup

courts shall have jurisdiction to issue such orders. Failure of any person to obey any such order shall be punishable as contempt of the issuing court. If the party or subject matter on account of which the Commission seeks an order is within the jurisdiction of the court to which application is made, such application may be to a court in the State or subdivision on behalf of which the audit is being made or a court in the State in which the object of the order being sought is situated.

5. The Commission may decline to perform any audit required if it finds that its available personnel or other resources are insufficient for the purpose or that, in the terms requested, the audit is impracticable of satisfactory performance. If the Commission, on the basis of its experience, has reason to believe that an audit of a particular taxpayer, either at a particular time or on a particular schedule, would be of interest to a number of party States or their subdivisions, it may offer to make the audit or audits, the offer to be contingent upon sufficient participation therein as determined by the Commission.

6. Information obtained by any audit pursuant to this Article shall be confidential and available only for tax purposes to party States, their subdivisions or the United States. Availability of information shall be in accordance with the laws of the States or subdivisions on whose account the Commission performs the audit and only through the appropriate agencies or officers of such States or subdivisions. Nothing in this Article shall be construed to require any taxpayer to keep records for any period not otherwise required by law.

7. Other arrangements made or authorized pursuant to law for cooperative audit by or on behalf of the party States or any of their subdivisions are not superseded or invalidated by this Article.

8. In no event shall the Commission make any charge against a taxpayer for an audit.

9. As used in this Article, "tax," in addition to the meaning ascribed to it in Article II, means any tax or license fee imposed in whole or in part for revenue purposes.

**Terms of Use | Privacy and Refund Policy**

19 Tex. Prac., Business Organizations § 4.6 (2d ed.)

**Texas Practice Series TM**
Current through the 2007 Update

**Business Organizations**
Robert W. Hamilton[FNa0], Elizabeth S. Miller[FNa1], Robert A. Ragazzo[FNa2]

Chapter 4. Tax Considerations
Part A. The Texas Franchise Tax

## § 4.6. Devices to avoid the Texas franchise tax

### West's Key Number Digest

West's Key Number Digest, Taxation ⊶114
West's Key Number Digest, Taxation 117

### Legal Encyclopedias

C.J.S., Taxation §§ 170

C.J.S., Taxation 177 to 180

C.J.S., Taxation 199

C.J.S., Taxation 206

It is relatively easy to avoid the Texas franchise tax as it is constituted at the present time. The reason is that general and limited partnerships are not subject to the franchise tax, and one can readily restructure a Texas corporation or Texas limited liability company so that it is a limited partnership that is itself no longer subject to the franchise tax. Indeed, this process has become so generally known and so widely adopted by Texas-based entities that there is a real possibility that amendments to the Franchise Tax Act may be necessary in the future to protect the public fisc.

A number of well-known Texas corporations and limited liability companies have adopted strategies to avoid the franchise tax. They include A.H. Belo Company, which converted its two Texas TV stations, WFAA-TV and KHOU-TV, to limited partnerships, the Fort Worth Star-Telegram, and the Austin American-Statesman. In each case, the parent corporation has justified the strategy on the ground that it is entirely lawful to seek to minimize tax obligations. And so it is.

Franchise tax avoidance strategies usually involve the use of limited partnerships in one capacity or another.[FN1] The popularity of tax avoidance strategies to minimize the franchise tax partially explains the increase in the number of limited partnership filings in Texas; in 2003 the number was eleven times that of 1991, the year before the revision of the Texas franchise tax that imposed the 4.5 percent tax on earned surplus.

The simplest way to accomplish a restructuring that avoids the direct application of the franchise tax is to convert the corporation or limited liability company into a limited partnership. Both the Texas Business Corporation Act and the Texas Limited Liability Company Act provide simple procedures to convert a corporation or limited liability company to a limited partnership.[FN2] There are, however, problems with this simple approach. Conversion of a corporation may have undesirable Federal income tax consequences, since the conversion (if not structured as a tax free corporate reorganization) will be treated as a dissolution of the corporation, potentially leading to the taxation of previously unrealized appreciation. Second, if the business is conducted primarily in Texas, corporate or LLC general partners who participate in the business may become subject to the

franchise tax.

Franchise tax avoidance strategies often involve a merger or conversion of a Texas corporation or LLC into a limited partnership, with a corporation or LLC being the sole general partner and the former shareholders or members becoming limited partners. A somewhat more complex strategy involving a Texas or foreign limited partnership is also popular.[FN3] This strategy involves placing a Texas-based business in a limited partnership with a Texas corporation or LLC as the sole general partner with a one percent interest and a separate non-Texas corporation or LLC as the sole limited partner with a ninety-nine percent interest. The equity owners of the business then become shareholders or members of the limited partner with the ninety-nine percent interest. The one percent interest of the general partner is subject to the Texas franchise tax but the corporation or LLC that is the limited partner is not itself subject to the Texas franchise tax, and the owners therefore are also not subject to the franchise tax. These owners may be individual Texas residents or Texas business entities: corporations, limited liability companies, or Texas-based partnerships.[FN4] It is well-settled that a foreign corporation or LLC does not become subject to the Texas franchise tax merely by owning or holding a limited partnership interest in a limited partnership that is doing business in Texas.[FN5] However, active involvement of foreign corporate or LLC limited partners in the management of the limited partnership should be avoided since that may subject the limited partner to application of the franchise tax.

The use of "internal" foreign limited partnerships to conduct portions of the business of an entity subject to franchise taxes also may significantly reduce franchise tax exposure under the "location of payor" rule. That is because there is no principle requiring consolidation of affiliated entities under the Texas franchise tax.

Rylander v. Bandag Licensing Co.[FN6] holds that the mere possession by a foreign corporation of a certificate of authority to transact business in Texas does not authorize the State to impose the franchise tax on that foreign corporation. The corporation involved in that case established that it had no Texas-related business. The court also held that the mere receipt of royalties under patents and licenses did not trigger the franchise tax under the "location of payor" rule. While the court used traditional language of the due process and interstate commerce cases dealing with power to tax foreign entities, the case itself goes no further than holding that there is no franchise tax obligation where there is no contact with Texas other than the holding of a certificate of authority to transact business in Texas. Why the corporation obtained (and retained) such a certificate in the first place is a good question that has no obvious answer.

Beginning with returns due in 2008, the Texas franchise tax will be calculated under a completely new system, and entities not previously subject to the franchise tax (such as limited partnerships) will be subject to the tax. Accordingly, the strategies for avoiding the franchise tax discussed in this section will no longer achieve the same effect. A general overview of the new margin tax is set forth in new § 4.2.5.

[FNa0] Minerva House Drysdale Regents Chair in Law, Professor Emeritus, University of Texas School Of Law.

[FNa1] Baylor University School Of Law.

[FNa2] University Of Houston Law Center.

[FN1] See S.Blend & B.deMarigny, Lone Star State Tax Problem: Five Star Federal Tax Creativity, Business Entities, July/Aug. 2002, at 22 (describing techniques for converting a C corporation to a limited partnership that will continue to be taxed as a C corporation, converting an S corporation to a limited partnership that will continue to be taxed as an S corporation, and structuring limited partnerships using Delaware or Nevada entities as

limited partners); see also B.Egan & C.Huff, Choice of State of Incorporation—Texas versus Delaware: Is it Now Time to Rethink Traditional Notions?, 54 SMU L.Rev. 249, 255–56 (2001) (generally describing use of limited partnerships for minimizing Texas franchise tax).

[FN2] *Cf.* V.A.T.S. Bus.Corp.Act, arts. 5.17 to 5.20, added by Acts 1997, 75th Leg., ch. 375, § 32; Vernon's Ann.Civ.St. art. 1528n (arts. 10.08 to 10.11).
The Texas Business Organizations Code contains conversion provisions based upon those contained in the Texas Business Corporation Act, Texas Limited Liability Company Act, and other source laws. See Bus. Org. Code §§ 10.101–10.108.

[FN3] Methods of franchise tax avoidance usually involve taking advantage of the Texas "location of payor" rule. This rule requires a taxpayer to source receipts from intangibles according to the state of incorporation or formation of the payor and not the location of the payee. Because of this rule, it is possible to convert Texas receipts into non-Texas receipts simply through the interposition of foreign entities as obligors.

[FN4] While these entities may be subject to the Texas franchise tax based on other operations, the receipt from the foreign limited partnership is not deemed to be from a Texas source and is not includible in the franchise tax base. This and other minimization techniques are discussed in a white paper prepared by the Texas Comptroller entitled "The Texas Franchise Tax: Methods of Tax Avoidance," dated July 1, 1996 (available on the Comptroller's web site at www.window.state.tx.us , STAR System 9606338L).

[FN5] 34 Tex.Admin.Code §§ 3.546(c)(12)(B), 3.554(d)(20).

[FN6] Rylander v. Bandag Licensing Co., 18 S.W.3d 296 (Tex.App.—Austin 2000, pet. denied).

© 2006 Thomson/West

19 TXPRAC § 4.6

END OF DOCUMENT

19 Tex. Prac., Business Organizations § 4.2 (2d ed.)

Texas Practice Series TM
Current through the 2007 Update

Business Organizations
Robert W. Hamilton[FNa0], Elizabeth S. Miller[FNa1], Robert A. Ragazzo[FNa2]

Chapter 4. Tax Considerations
Part A. The Texas Franchise Tax

## § 4.2. The current Texas franchise tax. An income tax in disguise?

### West's Key Number Digest

West's Key Number Digest, Taxation ⟺114
West's Key Number Digest, Taxation 840

### Legal Encyclopedias

C.J.S., Taxation §§ 170

C.J.S., Taxation 1595 to 1604

C.J.S., Taxation 206

The limited liability company was introduced in Texas in 1991.[FN1] Because it has partnership characteristics as well as the corporate characteristic of limited liability for all participants, a legislative decision had to be made whether or not it should be subject to the Texas franchise tax. [FN2] It is not surprising in retrospect that the decision was made to view LLCs as more similar to corporations than partnerships for franchise tax purposes.[FN3] This decision was based in part on state financial concerns and also partly on recognition that a classification of LLCs as partnerships for franchise tax purposes would create a strong incentive to abandon the corporate form in favor of the LLC by many Texas businesses.

At the same time, it was also necessary for financial reasons to increase significantly state revenues. Since a state referendum to impose an income tax appeared hopeless, the State Legislature amended the franchise tax to impose a tax on corporations and LLCs that is not denominated an income tax, but imposes a tax based on income rather than on invested capital. This was accomplished in the legislative process by the ingenious use of definitions:
(1) The term "corporation" was defined to include "a limited liability company."[FN4]
(2) The term "charter" was defined to include "a limited liability company's certificate of organization."[FN5]
(3) "Shareholder" was defined to include "a limited liability company's member."[FN6]
(4) The franchise tax was augmented by the imposition of an additional tax of 4.5 percent to be applied to "net taxable earned surplus."[FN7]
(5) "Net taxable earned surplus" is to be calculated from the base of the "corporation's reportable federal taxable income,"[FN8] apportioned to the state by multiplying "taxable earned surplus" by a fraction, the numerator of which is the corporation's gross receipts from business done in this state and the denominator of which is its gross receipts from its entire business.[FN9]
(6) A variety of other adjustments were made, to take into account the possibility of an S corporation election, retirement plan contributions, and the like.
(7) The calculation of the amount of franchise tax actually due in each post-1992 taxable year [FN10] is as follows:
    First, calculate the tax due by applying the 0.25 percent rate to net taxable capital;
    Second, calculate the tax due by applying the 4.5 percent rate to net taxable earned surplus

and then subtracting the tax due under the first step;
Third, the tax due is the sum of (a) the tax due under the first step and (b) the difference between the tax due under the first and second steps.[FN11]

(8) In making this calculation, any negative number is treated as zero.[FN12]
(9) A corporation is entirely exempt from the franchise tax if (a) the amount of tax so calculated is $100 or less, or (b) the corporation's gross receipts for the tax period are less than $150,000. [FN13]

The net effect of the complex calculation in steps (1) through (8) is that the franchise tax due is the greater of the tax on either net taxable capital or taxable earned surplus.

Nonpayment of the franchise tax when due may lead to the forfeiture of the corporate charter. If this occurs, the privilege of limited liability is lost and directors and officers become individually liable for debts incurred after the date on which the tax was due, even if the charter and the privilege of limited liability are subsequently revived.[FN14]

Beginning in 2008, the Texas franchise tax will be calculated under a completely new system. In 2006, the Texas Legislature was called into special session for the purpose of franchise tax reform. The legislature passed H.B. 3, establishing a new method of calculating the franchise tax (based on an entity's taxable "margin") and expanding the application of the tax. Reports due on or after January 1, 2008 will be based on the new margin tax. A general overview of the new margin tax is set forth in new § 4.2.5.

[FNa0] Minerva House Drysdale Regents Chair In Law, Professor Emeritus, University of Texas School Of Law.

[FNa1] Baylor University School Of Law.

[FNa2] University Of Houston Law Center.

[FN1] Vernon's Ann.Civ.St. art. 1528n; Acts 1991, 72nd Leg., ch. 901.

[FN2] V.T.C.A., Tax §§ 171.001 et seq.

[FN3] The franchise tax is applicable to any limited liability company that "does business in this state," "that is organized under the laws of this state" or "is authorized to do business in this state." V.T.C.A., Tax § 171.001(a)(2).
In 2003, Section 171.001(a)(2) was amended to specify that the franchise tax applies to any limited liability company that "does business in this state" or "is organized in this state." Section 171.001(a)(2) was likewise amended as it applies to corporations. The amendment reflects the decision of the Austin Court of Appeals that it is unconstitutional to impose the franchise tax on a corporation or limited liability company that has merely obtained a certificate of authority but is not doing business in Texas. See Rylander v. Bandag Licensing Corp., 18 S.W.3d 296 (Tex.App.—Austin 2000, pet. denied).

[FN4] V.T.C.A., Tax § 171.001(b)(3).

[FN5] V.T.C.A., Tax § 171.001(b)(4).

[FN6] V.T.C.A., Tax § 171.001(b)(8).

[FN7] V.T.C.A., Tax § 171.002(a)(2).

[FN8] The Instructions to the Franchise Tax Form state that entities subject to S or K federal tax treatment should "enter the amount of income reportable to the IRS as taxable to the members or shareholders." Entities that are taxed as C corporations are directed to "enter the federal taxable income before net operating loss deductions and special deductions. ..." Single member LLCs that are treated as sole proprietorships for federal income tax purposes are not permitted to deduct compensation paid to a member for franchise tax purposes. 34 Tex.Admin.Code § 3.562(f)(2).

[FN9] Net taxable earned surplus must usually include compensation paid to officers and directors of a corporation. S corporations and corporations with fewer than 36 shareholders are generally exempt from the compensation add-back.

[FN10] Portions of a taxable year in which the entity is in existence are subject to franchise tax on an apportioned basis. See V.T.C.A., Tax § 171.0011.

[FN11] V.T.C.A., Tax § 171.002(a), (b).

[FN12] V.T.C.A., Tax § 171.002(c).

[FN13] V.T.C.A., Tax § 171.002(d). This amendment, effective in 1999, should assist small service-providing businesses and non-revenue generating investment entities such as the holder of raw land until the year of sale. Presumably, before the land is scheduled for development, the entity will be converted to a limited partnership.

[FN14] V.T.C.A., Tax § 171.255; see Schindler v. Austwell Farmers Cooperative, 829 S.W.2d 283 (Tex.App.—Corpus Christi 1992), aff'd as modified, 841 S.W.2d 853 (Tex.1992).

© 2006 Thomson/West

19 TXPRAC § 4.2

END OF DOCUMENT

© 2006 Thomson

Informant's Recovery Program - April 2000 (96-266)                              Page 1 of 2

### Texas Taxes

Tax Publications

# Informant's Recovery Program    *TEXAS*
April 2000    *MICHAEL L. BUESGENS*

If you have any questions about this program, or information to provide, please call Audit Division Headquarters toll free at 1-800-531-5441, ext. 3-3900. In Austin call 512/463-3900.

The mailing address is: Informant's Recovery Program; Comptroller of Public Accounts; Audit Division Headquarters; 111 E. 17th Street; Austin, Texas 78774.

The Texas Legislature authorized the Texas Comptroller of Public Accounts to contract for information about state money or property the state may be legally entitled to recover.

You may contract with the State Comptroller if you are not a state or federal employee and if you derived the information independently of the state or federal government or its employees.

## Contract

If the State Comptroller enters into a contract with you to provide information, the contract must be signed by both you and the Comptroller, and it must be executed in Austin, Texas. You must use your full legal name and give your social security number. The contract must be executed in advance of any audit or investigation by the Comptroller.

## Confidentiality

Your identity will be kept in the strictest confidence allowed under Texas law. The Comptroller also is prohibited from disclosing any confidential information to you.

## How the Program Works

If you have information to provide, you must contact Audit Division Headquarters. After

this initial contact, you may be asked to come to Austin to provide your detailed information and to sign a contract. If the contract is approved, the account will be investigated, and the results evaluated. Payment will then be made in proportion to the value of the information you furnished.

## Information You Must Provide

You must provide details including, but not limited to:

- the taxpayer's name and address;
- the accounting issues and specific accounts involved;
- when and how the information was obtained;
- any records that were hidden, not produced, substituted, and/or misrepresented during an audit or when tax returns were filed; and
- documentation to support your claim.

## Amount of Payment

The statute limits the total payment to 5 percent of the state revenue recovered. Payments will not be made on recovery amounts of less than $2000.

Payments may not be paid until the recovery of the state funds on which the applicant's payment is contingent are complete and uncontested.

**Need More Assistance?**

| **Email us at** | **Call us** toll free. | **Visit one of our** local field |
| tax.help@cpa.state.tx.us. | | offices. |

96-266
(04/2000)

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

Window on State Government
Contact Us
Privacy and Security Policy

required by law. The Public Information Report is intended to reflect the officers and directors of the reporting corporation as of the date the report was filed. If a person's name is included on the Public Information Report and the person was not an officer or director of the corporation on the date the report was filed, the person may file a sworn (notarized) statement to this effect with the Comptroller.

## Penalties for Failure to File a Franchise Tax Report    *TEXAS*

Penalty and any applicable interest will be assessed on delinquent taxes. If a franchise tax report is not filed by the due date, a 5.0 percent penalty is imposed on the amount of franchise tax due. If any part of the tax is not reported or paid within 30 days after the due date, an additional 5.0 percent penalty is imposed on the amount of unpaid tax.

Delinquent taxes accrue interest beginning 60 days after the due date. For example, if payment is made on the 61st day after the due date, one day's interest is due. For taxes due on or after January 1, 2000, the interest rate varies annually. Additional information regarding interest rates and how to compute interest is available on our website at: **<http://window.state.tx.us/taxinfo/int_rate.html>**.

The Comptroller may estimate the tax due and send a jeopardy determination to the corporation if a franchise tax report is not filed by the due date. The jeopardy determination becomes final in 20 days. If the jeopardy becomes final without payment, the Comptroller will assess an additional 10 percent determination penalty and may file liens, freeze bank accounts, seize assets or certify the account to the Texas Attorney General for collection. Payment of the estimate alone will not satisfy franchise tax requirements; all required reports, including the Public Information Report, must be filed.

A corporation may have its corporate privileges in Texas forfeited for failure to file a report, including the Public Information Report, or pay the tax within 90 days after the due date. The forfeiture bars the corporation from using the corporate name to sue or defend in court and exposes the officers and directors to personal liability. The personal liability is for all debts of the corporation, including taxes, that were incurred in Texas after the due date of the delinquent report, unless the officer or director objected to the creation of, or could not have known about the creation of, the debt.

*PERSONAL LIABILITY*

The Texas Franchise Tax on Corporations (TX 96-114)                http://www.window.state.tx.us/taxinfo/taxpubs/tx96_114.html

If the corporate privileges have been forfeited and franchise taxes have not been paid within 120 days after the date the privileges were forfeited, the charter or Certificate of Authority may be forfeited by the Secretary of State or in a court proceeding brought by the Attorney General.

The Comptroller will not issue a Certificate of Account Status, attesting to a corporation's "good standing" if the corporation has not filed reports and paid franchise taxes due the state. In many private financial transactions, a corporation must produce such a certificate.

Note: All franchise tax report forms can be located and downloaded from our website at <http://window.state.tx.us/taxinfo/taxforms/05-forms.html>.

## Need More Assistance?

Email us at                    Call us toll free.        Visit one of our
tax.help@cpa.state.tx.us.                                local field
                                                        offices.

96-114
(09/02)

Susan Combs                                Window on State Government
Texas Comptroller of Public Accounts                      Contact Us
                                           Privacy and Security Policy

Charles Brown - Good News for Apartment Owners from the Supre...

Case 1:06-cv-01964-RBW    Document 20-2    Filed 05/23/2007    Page 59 of 62    5/20/2007 9:35 PM



## Good News for Apartment Owners from the Supreme Court
### by Charles Brown

CHARLES ENDS BROWN

Most of you apartment owners out there own your property in some type of legal entity such as a Limited Partnership ("LP"), Limited Liability Company (LLC) or a Corporation. The most common form of ownership of apartments that I see in Texas is a Limited Partnership that has a corporation or an LLC as its general partner. However, for the purposes of this article and simplicity sake, let's say that you formed a corporation that owns your apartment property and you are the president, director and sole shareholder of the corporation. What liability do you have personally if an employee of your corporation violates the Fair Housing Act?

Traditionally, your corporation would be legally responsible for the actions of the employees. This is called vicarious liability. However, under traditional legal principals you would not be personally liable for the employee's actions just because you were an officer, director or shareholder of the corporation that owned the apartments. The principal (your corporation) is responsible for the acts of its agents (your employees). But, the officers, directors and shareholders of the corporation are not liable for the acts of the employees absent some special circumstances. This shield from liability is one of the primary reasons that apartments are owned in some type of legal entity. The owners (shareholders) want to avoid being personally liable for the legal obligations of the entity (corporation). If you own the apartment as an individual, you would be personally liable for the acts of your management staff. Your other assets would be at risk for claims arising from the acts of your employees.

If the manager of your apartment community violates the law, your corporation would be legally responsible for the manager's unlawful acts just the same as the manager. In other words, your

corporation and the manager would both likely be sued if the manager breaks the law. Traditionally, you would not be personally liable just because you were the officer or shareholder of the corporation if your corporation's employee violates the law.

Does the Fair Housing Act go farther? Does the Fair Housing Act make owners and officers of corporations liable for an employee's violation of the Fair Housing Act even if the owner was not involved in the discriminatory act? This was the question answered by the Supreme Court of the United States on January 23, 2003 in the matter of Meyer vs. Holley. This Supreme Court opinion may help you owners of apartments sleep better at night.

The facts of Meyer vs. Holley are as follows: Mr. and Mrs. Holley, an interracial couple, attempted to buy a house that was listed by Triad, Inc. Triad, Inc. was a real estate corporation in California. David Meyer was president of Triad, Inc. A Triad salesman, Grove Crank, was alleged to have prevented Mr. and Mrs. Holley from obtaining a house for racially discriminatory reasons. The Fair Housing Act prohibits racial discrimination in the sale or rental of a dwelling. The Holleys sued Crank, Triad and Meyer as president and sole shareholder of Triad, Inc. The Holleys claimed that Meyer was vicariously liable for Crank's unlawful acts even though they had not dealt with Meyer. The issue decided by the U.S. Supreme Court in Meyer v. Holley was whether the Fair Housing Act makes the officers or owners of the corporation liable for the unlawful acts of the employees when the officer or owner had nothing to do with the discriminatory activity.

The Supreme Court held that the Fair Housing Act does not create liability for the officers or owners of a corporation for the employee's unlawful acts. The Fair Housing Act does not "go further" than traditional law regarding who is responsible for unlawful discrimination under the Fair Housing Act.

If an apartment manager unlawfully discriminated against someone protected under the Fair Housing Act, the victim of the discrimination can make a claim against the owner of the apartments (usually an entity), the manager, and any other person

Charles Brown - Good News for Apartment Owners from the Supre...

5/20/2007 9:35 PM

involved in the unlawful act. The claimant will not be able to sustain a claim against the shareholders, officers and directors of the entity that owns the apartments unless they were personally involved in the discriminatory act.

Even if you educate and train your employees to abide by the Fair Housing Laws, the laws are complex and knowing the difference in lawful and unlawful discrimination is not always easy. Given the Supreme Court's ruling, it is more advisable than ever to own your rental property in some sort of entity. If you are going to purchase rental property, do not put the title to it in your name individually. Form some entity to own the rental units. Get advice from your attorney and accountant about which entity (corporation, LLC, LP etc.) is best for your situation.

**Charles Brown**

Charles Brown is an attorney who invests in real estate in the Austin, Texas area. He is Board Certified in Residential and Commercial Real Estate Law by the Texas Board of Legal Specialization. He can be reached at 512-476-8942.

HUD #06-06-293-8  ET.AL.

Austin Investment Property Contact Information

5/20/20

**Lawyers (hopefully you'll never need one)**

**Charles Brown** - (that's not a typo -- he goes by "Charlie Brown" and of course - he's a good man!)Attorney at Law, Commercial and Residential R.E. Law - can get your LLC or LP going! Can also of course represent your legal needs as well. cbrown@charlesbrownlaw.com
512-346-6000

1:06CV01964RBW
1: 06 CV 260LY
1: 06 CV 226 LY-RP
HUD #06-06-293-8