UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE, NW
WASHINGTON, D.C. 20001
JUDGE REGGIE B. WALTON

MICHAEL L. BUESGENS
PLAINTIFF

V.

CIVIL NO.
1:06CV
01964
RBW

1. CHARLES ENOS BROWN
   A. EVICTION ATTORNEY
   B. REAL ESTATE BROKER
   C. REAL ESTATE INVESTOR

2. DAVID B. ARMBRUST
   RESPONDENT SUPERIOR

3. DWNINA FENETT
   RESPONDENT SUPERIOR

4. GREGORY S. CAGLE, ATTORNEY

5. S. KELLEY BUSH MARMON
   ATTORNEY

**RECEIVED**

MAY 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

6. ARMBRUST & BROWN, LLP

7. CRADY, JEWETT & MCCULLEY, LLP,

8. JOHN NEAL, DIRECTOR CHIEF DISCIPLINARY COUNSEL STATE BAR OF TEXAS

ET. AL.

DEFENDANTS

CIVIL NO. 1:06 CV 01964 RBW

PLAINTIFF MICHAEL L BUESGENS NOTICE TO THIS COURT AND REQUEST FOR SUBPOENA DUCES TECUM.

THIS IS A NOTICE TO THIS COURT THAT PLAINTIFF BUESGENS IS SENDING A COPY OF IT'S DOCUMENT TO **VOIR DIRE**

SHOULD **VOIR DIRE** AGAIN CHOOSE TO IGNORE PLAINTIFF BUESGENS REQUEST TO SPEAK THE TRUTH THEN BUESGENS REQUESTS SUBPOENA DUCES TECUM.

2

1:06CV01964 RBW

**I.**

**TO**

JUSTICE OF THE PEACE, PRECINCT 5, TRAVIS COUNTY AUSTIN, TEXAS

**1.**

HARRIET M. MURPHY
3638 QUIETTE DRIVE
AUSTIN, TEXAS 78754
PHONE: 512-928-2045

COME FORWARD SPEAK THE TRUTH ABOUT EVICTION SUIT 041509 - TRIAL 01/26/2006 TELL US WHAT CHARLES ENOS BROWN SAID ABOUT BUESGENS TO VOIR DIRE

**2.**

**TO**

**VOIR DIRE**

COME FORWARD SPEAK THE TRUTH. TELL US WHAT CHARLES ENOS BROWN, ATTORNEY SAID TO YOU

3

# II

# BACKGROUND

1. THROUGHOUT 2006 PLAINTIFF BUESGENS HAS REQUESTED A STATEMENT FROM VOIR DIRE OR A AFFIDAVIT. NO ONE HAS EVER RESPONDED TO THIS.

2. THIS INVOLVES CHARLES EANS BROWN
AND
ARNOLD CARL TAUCH, OWNER
JACK C. MOSS, LANDLORD
KYLE J. TAUCH, PARTNER
ROBERT A. FAITH, OWNER
GARY KEN OLDHAM, PARTNER
DEBRA WEHMEIER, VICE PRESIDENT
FALCON GROUP FAMILY-ENTITIES
GREYSTAR-GREY FAMILY-ENTITIES

EVICTION SUIT
AGAINST MICHAEL L BUESGENS
CASE NO. 041509
FILED: 12/30/2005
TRIAL: 01/26/2006

4

15. EVICTION SUIT TRIAL ON 01/26/2006

16. BEFORE JUDGE HARRIET M. MURPHY TEXAS BAR CARD NO.

AND

17. JUDGE HERBERT EVANS TEXAS BAR CA D NO.

AT

18. JUSTICE OF THE PEACE PRECINT 5, TRAVIS COUNTY, AUSTIN, TEXAS

19. CASE NO. 041509

A. TRIAL JANUARY 26, 2006

B. TENANT-WITNESS

C. MEGAN MONIQUE GOERES ✓

20. EVICTION ATTORNEY CHARLES ENOS BROWN PRESIDING

ON

21. JANUARY 26, 2006 MR BROWN ✓ SPEAKS TO VOIR DIRE

22. MR. BROWN TALKS TO VOIR DIRE ABOUT PLAINTFF BUESGENS MENTAL DISABILITY BIPOLAR.

5

23. CHARLES EADS BROWN ✓ ASKS **VOIR DIRE** WHAT THEY KNOW ABOUT BIPOLAR.

24. CHARLES EADS BROWN ✓ ASKS **VOIR DIRE** WHAT THEY KNOW ABOUT BIPOLAR MEDICATIONS.

25. **VOIR DIRE** IS LOOKING AT BUESGENS LIKE HE IS DANGEROUS, A THREAT.

26. JUDGE HARRIET M. MURPHY ✓ DID NOTHING.

27. IT WAS BUESGENS TURN TO SPEAK TO VOIR DIRE. HE DID NOT TALK ABOUT BIPOLAR ETC.

28. THE JURY WAS SELECTED.
29. THE TRIAL BEGAN.
30. MEGAN MONIQUE GOERES ✓ - TENANT WITNESS **CRIED** THE ENTIRE TIME FOR THE JURY. EVEN ATTORNEY BROWN LOOKED SURPRISED BY THE PERFORMANCE HE INSPIRED.

6

31. TRIAL ENDED ON JANUARY 26, 2006

32 BUESGENS MUST PAY THE MAXIMUM $5,000.00.

33 THE JUDGMENT WAS $5,000.00 FOR ATTORNEY FEES TO CHARLES EADS BROWN ✓

34 THE APPEAL WAS DOUBLE TO $10,000.00 CASH ON 2/2/06 TO TRAVIS COUNTY COURT AT LAW NO. 1 - CAUSE-C-1-CV-06-000678

AND
35 THE DAMAGES TO PLAINTIFF BUESGENS CONTINUE TO THIS DAY.

36 MENTAL SUFFERING
37 AGGRAVATION OF MEDICAL CONDITION
38 INCREASED MEDICATION
39 HOSPITALIZATION
40 LEGAL EXPENSES
41 $1,400.00 A MONTH IN ROOM PAYMENT AT EXTENDED STAY AMERICA

7

42  CONTINUAL AGGRAVATION AND IRRITATION THAT HAS AFFECTED EVERY ASPECT OF MY LIFE

43  MY NAME IS RUINED IN THE COMMUNITY

A.      AUSTIN TEXAS
              AND
B       THE UNITED STATES

44  I AM NOT ALLOWED TO RENT AN APARTMENT ANYWHERE IN THE UNITED STATES. BECAUSE OF THE FOREGOING EVENTS.

45.  I HAVE ALWAYS PAID MY RENT ON TIME AND HAVE NEVER BEEN SUBJECT TO LEASE VIOLATIONS OR EVICTION.

46.  THIS ENTIRE MESS BEGAN WITH MY REASONABLE ACCOMMODATION REQUEST THAT NO LARGE DOGS LIVE ABOVE ME. BECAUSE OF THE CONSTANT NOISE OF RUNNING BACK AND FORTH IN A SMALL ONE BEDROOM APARTMENT.

8

47. ALL OF MY PROPERTY AND POSSESSIONS ARE GONE

48. A WRIT OF POSSESSION WAS EXECUTED ON JULY 6, 2006 AT 10:00 AM

BY

49. DAVID B. ARMBROST
50. GREGORY S. CAGLE
51. ARMBRUSTR BROWN, LLP

AND

52. DON HAM JEWETT
53. SHELLEY BUSH MARMON
54. CRADY, JEWETT & McCULLEY, LLP

55. PLAINTIFF BUESGENS WAS AT HIS DOCTORS OFFICE REY WIER, M.D. AT 10:00 AM AND SUBSEQUENTLY WAS ADMITTED TO SETON SHOAL

A. CREEK HOSPITAL ON JULY 6, 2006
B. AND WAS CHARGED ON JULY 12, 2006

9

56. EVERY THING WAS CONVERTED —
REMOVED FROM BUESGENS
APARTMENT NO. 1023
FALCON RIDGE APARTMENTS
500 EAST STASSNEY
AUSTIN, TX 78745

57. ALL BUESGENS FEDERAL EVIDENCE
FOR CIVIL ACTIONS IS GONE
A. VIA MEDICAL RECORDS
B. FEDERAL TAX RETURNS
C. SOCIAL SECURITY NUMBER
D. PASSPORT
E. CLOTHING
F. EVERYTHING
AND

58. NO ONE KNOWS WHERE THESE
POSSESSIONS ARE.

59. NO ONE WILL TALK.

60. THE FOREGOING HAVE MADE SURE
THAT NO ONE TALKS.

10

61. ATTORNEY CHARLES EADS BROWN ✔
USED THE EVICTION TRIAL
ON JANUARY 26, 2006, TO
GET MY HOUSING DISCRIMINATION
COMPLAINT DISMISSED
HUD # 06-06-293-8

62. CHARLES EADS BROWN SENT COPIES
OF MY COURT FILINGS FROM
JUSTICE OF THE PEACE COURT
TO

63. JOHN A. BENAVIDES, INVESTIGATOR
FOR THE HUD CERTIFIED CITY
OF AUSTIN, TEXAS FAIR HOUSING
OFFICE

64. MY HUD COMPLAINT
A. WAS DUAL FILED WITH
B. HUD AND CITY OF AUSTIN

65. CHARLES EADS BROWN SENT ✔
THESE DOCUMENTS ON FEBRUARY
10, 2006 AND ON

66. FEBRUARY 17, 2006
✔ JOHN A. BENAVIDES AND HUD
DISMISSED MY COMPLAINT

11

1:06 CV 01964 RBW

67. AS THIS COURT KNOWS THE SOLE ISSUE IN AN EVICTION SUIT — FORCIBLE DETAINER IS POSSESSION OF THE PROPERTY

68. PLAINTIFF BUESGENS WAS NEVER ALLOWED TO PRESENT ANY HOUSING DISCRIMINATION ISSUES FOR CASE NO. 041509 — EVICTION

69. AND ON APPEAL TO TRAVIS COUNTY COURT AT LAW NO. 1 CAUSE NO. C-1-CV-06-000678

A. CHARLES EADS BROWN
B. DAVID B. ARMBRUST
C. GREGORY S. CAGLE
D. DUNHAM JEWETT
E. SHELLEY BUSH MARMON

70. TOLD THE COURT THE SOLE ISSUE WAS POSSESSION OF THE PROPERTY

12

71. CAUSE NO. C-1-CV-06-000678 WAS REMOVED BY PLAINTIFF BUESGENS ON APRIL 10, 2006

72. TO 1:06 CV 260 LY JUDGE EARL LEROY YEAKEL, III

73. THE FOREGOING ATTORNEYS FILED A MOTION OF REMAND TO REMAND A PORTION OF CIVIC NO. 1:06CV260LY TO TRAVIS COUNTY COURT AT LAW NO. 1

74. 1:06CV260 LY WAS REMANDED ON 05/24/2006

75. TO C-1-CV-06-000678

76. AND TRIAL WAS HELD ON JUNE 16, 2006

77. BUESGENS WAS CONVICTED WITH THE HELP OF TENANT-WITNESS MEGAN M. GOERES ✓

78. COERCITED PERJURED TESTIMONY

13

1:06 CV 01964 RBW)

RESPECTFULLY SUBMITTED

Michael L Buesgens
MICHAEL L BUESGENS
MAY 24, 2007

14

1:06CV 01964 RBW

**III     CERTIFICATE OF SERVICE TO VOIR DIRE**

1     **JAMES PATRICK O'GRADY**
CASE NO. 041509  TRIAL 01/26/06
701 ROGART DRIVE
SPICEWOOD TEXAS  78669
512-264-9078

2     **DARLENE JONES**
CASE NO. 041509  TRIAL 01/26/06
1712 E. RIVERSIDE DR #205
AUSTIN, TEXAS  78741
512-255-9573

3     **LAURIE DAVIS**
CASE NO. 041509  TRIAL 01/26/06
123 LAUREL LANE
AUSTIN, TEXAS  78705-2813
512-472-4969

15

1:06 CV 01964 RBW

**4**
CATTHERINE BROWN SPENCER
2100 MARQUETTE LANE
AUSTIN, TEXAS 78723

**5**
GARY P. DAVIS
CASE NO. 041509 TRIAL 011/2006
5104 PONDEROSA PARK
AUSTIN, TEXAS 78727
512-328-0504

**6**
RACHEL A ATTEBURY
CASE NO. 041509 TRIAL 01/26/2006
815 SLAUGHTER LANE, #138
AUSTIN, TEXAS 78748

**7**
ALAN ROSWELL WEINER
CASE NO. 041509 TRIAL 01/26/2006
7807 CHENO CORTINA DRIVE
AUSTIN, TEXAS 78749

**8**
MARIANN M. JOHNSTON
P.O. BOX 26095
AUSTIN, TEXAS 78755-0095
512-328-5116

**16**

1:06 CV 01964 RBW

9

BRENT C POHL
CASE NO. 041509 TRIAL 01/26/2006
2212 RIM ROCK DRIVE
AUSTIN, TEXAS 78738

10

JOLYNN JANELLE PEREZ
CASE NO. 041509
609 E. 38 TH STREET
AUSTIN, TEXAS 78705
512-480-0304

AND
TO

20

JUSTICE OF THE PEACE,
PRECINCT 5
HERBERT EVANS
TEXAS STATE BAR: 06718000
1302 WEST AVENUE
AUSTIN, TEXAS 78701-1716

AND

21

HARRIET M. MURPHY, JUDGE
TEXAS BARCARD 14699000
3638 QUIETTE BLVD DRIVE
AUSTIN, TEXAS 78754

17

1:06 CV 01964 RBW

22    JOHN NEAL, DIRECTOR
CHIEF DISCIPLINARY COUNCIL
STATE BAR OF TEXAS
CHARLES EADS BROWN, ET. AL.
6300 LA CALMA #300
AUSTIN, TEXAS 78752

23    THERE ARE MORE VOIR DIRE
MEMBERS AND NO ONE WILL
GIVE PLAINTIFF BUESGENS ANY
ADDRESSES

24
25    CHARLES EADS BROWN, ATTORNEY
26    JOHN NEAL, ATTORNEY,
27    HERBERT EVANS, JUDGE
28    HARRIET M. MURPHY, JUDGE
29    ALL
HAVE EASY ACCESS TO THIS
INFORMATION

18

1:06CV01964RBW
1400 #06-06-293-8

Michael Buesgens
MICHAEL L BUESGENS
EXTENDED STAY AMERICA
MAILING ADDRESS
3112 WINDSOR RD #A322
AUSTIN TEXAS 78703
512-339-6005 X 7958
FAX: 512-339-6099
MIKEBUESGENS@HOTMAIL.COM

√ = Jurors selected

CASE NO.
041509
TRIAL
01/26/06

VOIR DIRE
AND
JUDGE
HARRIET
M.
MURPHY

EVICTION SUIT
FORCIBLE
DETAINER

CHARLES
EADS
BROWN
EVICTION
ATTORNEY
REAL
ESTATE
BROKER
AND
INVESTOR.

Jan 26, 2006
9:15 AM

CAUSE # 041509 Falcon Ridge Apartments VS. Michael L. Beegers

| | | | |
|---|---|---|---|
| 20 JOLYNN JANELL PEREZ | 19 BRENT CARLYLE POHL *Excused* | 18 BETTY CRAWFORD | 17 MARIANN JOHNSTON |
| 15 ALAN ROSWELL WERNER | 14 RACHEL ANN ATTEBURY *Excused* | 13 MADELON UNJAUF | 12 GARY PAUL DAVIS | 11 CATHERINE BROWN SPENCER √ |
| 10 KENNETH WAYNE GOHEEN *Excused* | 09 RAMON HERRERA *No Show* | 08 JAMES PATRICK O'GRADY √ | 07 EXCUSED | 06 AMANDA DANIELLE VELA √ |
| 05 SCOTT BROWNING COOMBES | 04 EXCUSED | 03 ANGEL GUILLERMO CORTINA √ | 02 LAUREN A DAVIS √ | 01 DARLENE JONES √ |
| | | | 16 HILARY LYN REYES | |