UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE, NW
WASHINGTON, DC 20001

MICHAEL L. BOESGENS
PLAINTIFF

V

SHELLEY BUSH MARMON,
PARTNER
CRADY, JEWETT & McCULLEY, LLP

DUNHAM JEWETT
RESPONDEAT SUPERIOR
CRADY, JEWETT & McCULLEY, LLP

CHARLES EADS BROWN, ATTORNEY

DAVID B ARMBRUST
RESPONDEAT SUPERIOR
ARMBRUST & BROWN, LLP

CIVIL NO.
1:06CV
01964
RBW

RECEIVED

JUN 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1:06CV01964RBW

# TABLE OF CONTENTS

I. MOTION FOR DEFAULT JUDGEMENT
PAGES: 2-17

II. TITLE RELATED
PAGES: 18-20

III. DECLARATION AND VERIFICATION
MICHAEL L BUESGENS
PLAINTIFF
PAGE: 21

IV. CERTIFICATE OF SERVICE
PAGES: 22-26

V. ASSETS FOR JUDGMENT
PAGES: 27-33

EXHIBITS



GREGORY S. CAGLE ATTORNEY
ARMBRUST & BROWN, LLP

JOHN NEAL, DIRECTOR
CHIEF DISCIPLINARY COUNSEL
STATE BAR OF TEXAS
          DEFENDANTS, ET. AL.

CIVIL NO.
1:06 CV
01964
RBW

**I.** PLAINTIFF MICHAEL L BUESGENS
MOTION FOR DEFAULT JUDGEMENT
AGAINST THE FOREGOING NAMED
DEFENDANTS.

**1.** FOR THEIR FAILURE TO APPEAR
AND ANSWER PLAINTIFF BUESGENS
COMPLAINT AGAINST THEM.

**2.** THE FOREGOING ARE THE PRINCIPAL
PLAYERS IN BUESGENS HOUSING
DISCRIMINATION COMPLAINT.

**3.** THEIR MISCONDUCT AND ABUSE OF
PROCESS FOR **HUD #** 06-06-293-8
AND THE CIVIL LITIGATIONS OF
WRONGFUL TERMINATION OF HUD

2

COMPLAINT AND WRONGFUL
TERMINATION OF PLAINTIFF'S APARTMENT
LEASE CONTRACT WITH GOVERNMENT
OFFICIALS IN THE STATE OF TEXAS
UNDER COLOR OF STATE LAW
**PRODUCED**

4. CIVIL NO. 1:06CV00964RBW

5. **THE RELATED CIVIL ACTIONS** (AND)

6. 3:07CV00043 KI
PORTLAND, OREGON

7. 1:07CV 10538 WGY
BOSTON, MA

8. 2:07CV02116 JAR
KANSAS CITY, KANSAS

9. 8:07CV01363
BALTIMORE, MARYLAND
BUESGENS V. RIVERSTONE
RESIDENTIAL, SC, LLC — LIHTC

3

10. THE FOREGOING CIVIL ACTIONS ARISE FROM

11. HUD # 06-06-293-8 . 12/28/05
A. DUAL FILED WITH THE CITY OF AUSTIN
B. NO. 01-06-0028-HG/COA . EE/FHO

12. 041509 FILED: 12/30/05
FORCIBLE DETAINER EVICTION SUIT
TRIAL: 01/26/2006

13. CENTRAL WITNESS AGAINST PLAINTIFF
BUESGENS WAS FALCONRIDGE APTS
TENANT AND WEIMARNER. 006 OWNER
AND HUMAN RELATIONS-EEO MANAGER
AT GRANDE COMMUNICATIONS
SAN MARCOS, TEXAS

14. MEGAN MONIQUE GOERES GALLOWAY

15. THE APPEAL C-1-CV-06-000678
A. FILED: 02/02/2006
B. TRIAL: 6/16/2002
C. WRIT OF POSSESSION EXECUTED ON
7/6/2006

4

16
17
18
19
20
21
22
23
24
25
26.

ALL OF PLAINTIFF BUESGENS
FEDERAL COURT EVIDENCE
MEDICAL RECORDS
VA MEDICAL RECORDS
FTCA ADMINISTRATIVE CLAIMS
OPM DISABILITY RECORDS
FEDERAL TAX RETURNS
SOCIAL SECURITY NUMBER IDENTIFIERS
PASSPORT
CLOTHING-PERSONAL ITEMS
WERE SEIZED
AT
10:00 AM
ON

27. JULY 6, 2006 WHILE BUESGENS
WAS AT HIS DOCTORS.OFFICE AND
SUBSEQUENTLY ADMITTED TO SETON
SHOAL CREEK HOSPITAL THE
SAME DAY AND DISCHARGED ON
JULY 12, 2006.

28. IT IS BUESGENS ALLEGATION THAT.
THE FOREGOING WERE IN POSSESSION
OF MEDICAL RECORDS ETC.. AND
CONTINUE TO BE-REFUSING TO
RETURN THIS EVIDENCE TO HIM.

5

29. THE FOREGOING ALSO CHARGED PLAINTIFF BUESGENS DOUBLE RENT AND UNLAWFUL RELETTING CHARGES UPON THEIR WRONGFUL TERMINATION OF HIS RENEWAL APARTMENT LEASE CONTRACT THAT WAS SIGNED ON 12/05/05

30.
A. FOR THE TERM
12/26/05
THROUGH
B. 10/22/06

31. OTHER CIVIC ACTIONS
A. D-1-GN-06-000262   FILED: 1/23/06
B. BASED ON HUD# 06-06-293-8
C. REMOVED
TO

32 U.S. DISTRICT COURT, AUSTIN, TEXAS
ON MARCH 29, 2006
A. JUDGE EARL LEROY YEAKEL, III
B. MAGISTRATE JUDGE ROBERT L. PITMAN
BECAME
C. 1:2006 CV 00226 LY-RP
D. CLOSED: 12/06/2006

6

33. C-1-CV-06-000678 WAS ALSO REMOVED ON APRIL 19, 2006 TO

34. U.S. DISTRICT COURT, AUSTIN, TEXAS
A. 1:2006 CV 00260 LY
B. REMANDED
C. 5/24/06
D. TRIAL: 6/16/2008

35. THE FOREGOING WERE APPEALED TO
A. THE FIFTH CIRCUIT AND THE
B. THIRD COURT OF APPEALS AUSTIN, TEXAS
AND
C. TEXAS SUPREME COURT NO. 06-0157
AND

36. HUD # 06-06-293-8 is THE SUBJECT OF A PETITION FOR
A. REVIEW NO. 06-60777 AT THE FIFTH CIRCUIT BECAUSE
B. OF MISHANDLING OF BUESGENS COMPLAINT AND THE INTERFERENCE OF THIS HOUSING DISCRIMINATION
C. COMPLAINT BY ATTORNEY CHARLES EANS BROWN ✓

7

1:06CV01964 RBW
BU3 SGENS V. CHARLES BROWN
ET.AL

37. ALL THE FOREGOING ATTORNEYS
AND LAW FIRMS AND JOHN
NEAL, CHIEF DISCIPLINARY COUNSEL
STATE BAR OF TEXAS FULLY AND
WILLFULLY PARTICIPATED IN THE
FOREGOING WRONGDOING.

38 ALL OF THESE ATTORNEYS HAVE
MADE THE CLAIM THAT THEY
REPRESENT

39
40  GREYSTAR HOLDINGS, INC.
41  GREYSTAR MANAGEMENT SERVICES, LP
    GREP GENERAL PARTNER, LLC

42
43  ROBERT A. FAITH, PRESIDENT
44  GARY KEWOLOTHM, PARTNER
    DEBRA WEHMEIR, REGIONAL
    VICE PRESIDENT

45. THE GREYSTAR-GREP FAMILY

8

46. HOME OFFICE
    CHARLESTON, SOUTH CAROLINA

47. AND
    REGISTERED TO DO BUSINESS IN
    VARIOUS STATES

48. PLAINTIFF BUESGENS SERVICE OF
    SUMMONS FAILED WITH THE
    GREYSTAR-GREP FAMILY AND
    ROBERT A. FAITH, PRESIDENT

49. BECAUSE THE ATTORNEYS AND LAW
    FIRMS CONTINUALLY REFUSED
    TO IDENTIFY THE LEGAL ENTITIES
    INVOLVED AND JUST CLAIMED
    THAT THEY REPRESENTED THEM.

50. SEE THE LETTERS PLAINTIFF
    BUESGENS RECEIVED IN
    DECEMBER, 2006 FROM THE

51. REGISTERED AGENT
  A. C.T. CORPORATION SYSTEMS
  B. SAID THEY DIDN'T KNOW WHO
     GREYSTAR-GREP ET. AL. WAS..

9

52. CIVIL NO. 1:06CV01964RBW WAS FILED ON: 11/15/2006 AND THE FOREGOING ATTORNEYS AND LAW FIRMS HAVE BEEN WELL AWARE OF THIS COMPLAINT AGAINST THEM.

53. PLAINTIFF BUESGENS MAILED THEM COPIES OF THE COMPLAINT AND REQUESTED WAIVER OF SERVICE OF SUMMONS AND SENT THEM THE ADDITIONAL FILINGS IN THIS CASE.

54. THEY REFUSE TO APPEAR AND TO ANSWER THIS COMPLAINT.

55. THEY CLAIM THAT U.S. DISTRICT COURT DISTRICT OF COLUMBIA DOES NOT HAVE JURISDICTION OVER THEM.

56. YET THEIR MISCONDUCT HAS ADVERSLY AFFECTED BUESGENS ABILITY TO SECURE HOUSING.

10



ACCOMMODATION ANYWHERE ✓ ✓
(IN THE UNITED STATES), INCLUDING
WASHINGTON, D.C.

57. GREYSTAR-GREP FAMILY IS A
MULTI JURISDICTIONAL LIMITED
LIABILITY COMPANY AND A
CORPORATION WHOSE HOME OFFICE

58 IS CHARLESTON, SOUTH CAROLINA

59. PLAINTIFF BUESGENS HUD
COMPLAINT # 06-06-293-8
RECEIVED A FINAL DENIAL BY

A. KIM KENDRICK, ASSISTANT SECRETARY
HUD-FHEO-FHAP.
B. LOCATED IN WASHINGTON, D.C.

60. PLAINTIFF BUESGENS APARTMENT
RENEWAL LEASE CONTRACT IS
PROMOTED AND ENDORSED BY THE
A. NATIONAL APARTMENT ASSOCIATION
B. LOCATED IN VIRGINIA

11

# 1:06 CV 01964 RBW

**61.** ON SEPTEMBER 12, 2006 PLAINTIFF SUBMITTED A COPY THIS COMPLAINT UNDER **MDL-1800** AND THIS IS ATTACHED TO BOESGENS ORIGINAL FILING IN THIS COURT DATED 11/15/06 AND

**62.** PLAINTIFF BOESGENS HAS SUBMITTED NUMEROUS FILINGS TO THE FOREGOING ATTORNEYS IN THIS CASE AND **MDL-1800** BEFORE AND AFTER 11/15/06.

**63.** SERVING SUMMONS AND SUBPOENAS IS VERY EXPENSIVE FOR PLAINTIFF BOESGENS AND HIS PREVIOUS EXPERIENCE WITH THIS HAS MOSTLY **FAILED** BECAUSE THESE ATTORNEYS HAVE PAID OFF THE JUDICIAL SYSTEM IN TEXAS AND JUDGES JUST LOOK THE OTHER WAY.

**64.** DO THESE ATTORNEYS REPRESENT GREYSTAR-GREP MULTI FAMILY MANAGEMENT COMPANY?

12

65. THE ATTORNEYS SAY THEY DO REPRESENT PRESIDENT **ROBERT A. FAITH**, ET. AL.

66. BUT THE REGISTERED AGENT CLAIMS THEY DON'T KNOW WHO THE GREYSTAR FAMILY IS.

67. **GREYSTAR HOLDINGS, INC** WAS SERVED SUMMONS IN MARCH 2006 WHILE THEY WERE IN THE FORFEITURE AND THEY NEVER MADE AN APPEARANCE.

68.
A. ATTORNEYS
   QUINTAN JEWETT ✓
   AND
B. SHELLEY BUSH MARMON ✓
C. JUST IGNORED, OMITTED AND DELETED ANY REFERENCE TO GREYSTAR HOLDINGS, INC AND IT **WORKED**
D. SEE CIVIL NO. 1:06CV226 LY-RP

13

69. SEE THE RELATED CIVIL ACTION NO. 1:06 CV 00967 LY-RP AUSTIN, TEXAS

A. DOCUMENT 68  FILED: 5/29/07
   AND
B. DOCUMENT 69  FILED: 5/31/07
C. MOTION FOR DEFAULT JUDGMENT

70. AGAINST, DONHAM JEWETT, RESPONDENT SUPERIOR

71. SHELLEY BUSHMARMON, PARTNER

72. MEGAN MONIQUE GOERES
73. CRADY JEWETT & McCULLEY, LLP HOUSTON, TEXAS.

74. FOR THEIR FAILURE TO APPEAR ON PLAINTIFF BUESGENS WAIVER OF SERVICE OF SUMMONS THAT WAS SENT TO THEM IN SEPTEMBER, 2006.

75. MORE OF THE SAME - IGNORE - OMIT - DELETE.

14

76. CIVIL NO. 1:06CV00967LY-RP

77. IS THE TRANSFER OF CIVIL NO. 1:06CV01558 RCL BY AUSA-KAREN MELNIK AND IS THE FEDERAL TORT CLAIM FORM SF95 AND EXHIBITS

78. THIS ADMINISTRATIVE TORT CLAIM WAS REMOVED AND SUBJECT TO CONVERSION AT THE RETALIATORY EVICTION ON JULY 6, 2006 AT 10:00 AM.

79. BUESGENS DOES NOT HAVE A COPY OF THIS CLAIM AND IT HAS NOT BEEN PRESENTED IN COURT.

80. PLAINTIFF BUESGENS NUMEROUS REQUESTS AND MOTIONS FOR THIS TORT CLAIM TO DEFENDANTS AND ATTORNEYS HAS FAILED TO PRODUCE IT.

81. AND NO JUDGE WILL ORDER PRODUCTION.

15

82. THE FTCA TORT CLAIM IS THE SUPPORT FOR PLAINTIFF BUESGENS **PROOF OF CLAIM** FILED ON OCTOBER 12, 2006 IN BANKRUPTCY CASE NO. 06-11164 FRM

83. AND IS THE SUPPORT FOR ADVERSARY COMPLAINTS

A. 06-01248 FRM — AUSTIN, TEXAS

B. 07-10008 — WASHINGTON, DC.

84. AND THE APPEALS FOR THESE CASES

A. 1:07CV00127 LY

B. 1:07CV00156 LY

C. 1:07CV00209 LY

D. 1:07CV00859 RBW

85. THE FTCA ADMINISTRATIVE TORT CLAIM WEIGHED **3 LBS 4OZ** OF **EVIDENCE AND FACTS** OF **WRONG DOING** BY

A. MARK EVERSON COMMISSIONER

B. JOHN W. SNOW AND HENRY PAULSON

C. SECRETARYS DEPARTMENT OF TREASURY

16

86. DONALD RAY TAWNEY, JR
I.R.S. SUPERVISOR FOR PLAINTIFF
MICHAEL L BUESGENS REASONABLE
ACCOMMODATION AND REASSIGNMENT
REQUEST — 2003

87. DONALD RAY TAWNEY JR
A. DEBTOR — CHAPTER 7
B. VOLUNTARY BANKRUPTCY
C. NO. 06-11164 FRM
D. FILED: 07/31/2006

88. AND
RESPONDENT SUPERIORS NEXUS
TO THIS BANKRUPTCY ARE

A. MARK EVERSON
B. JOHN W. SNOW
C. HENRY PAULSON, ET. AL.

89. FTCA TORT CLAIM
A. CIVIL NO. 1:06CV00967LY-RP
AUSA'S
B. KAREN MELNIK
AND
C. R. BARRY ROBINSON
PRESIDING

17

II    CIVIL NO. 1:06CV01964RBW
RELATED

1. HUD# 06-06-293-8 FILED: 12/28/05

2. CITY OF AUSTIN, TEXAS HOUSING
COMPLAINT NO.

A. 01-06-0028-HG/COR, EE/FITO

B. TEAPOTS DATABASE

3. 3:07CV00043 KI
PORTLAND, OREGON

4. 2:07CV02116 JAR
KANSAS CITY, KANSAS

5. 8:07CV01363
BALTIMORE, MARYLAND

6. 1:07CV10538 WGY - CLOSED
FILED: 3/21/07 - CLOSED: 3/22/07
BOSTON, MASSACHUSETTS

A. FTCA - HUD - TORT CLAIM
HUD - FITEO - FHAP

B. AND
CITY OF AUSTIN, TEXAS, ET.AL.

18

7. ATTORNEYS FOR FTCA-TORT CLAIM
   A. MINIAKO CULPEPPER
   B. LINDA G. KATZ
   C. BOSTON, MA

8. KIM KENDRICK, ATTORNEY, ASSISTANT
   SECRETARY-HUD-FHEO-FHAP
   WASHINGTON, D.C.

9. KAREN MELNIK, AUSA
10. R. BARRY ROBINSON, AUSA
    U.S. ATTORNEYS OFFICES
    A. WASHINGTON, D.C..
    B. AUSTIN, TEXAS
    C. SAN ANTONIO, TEXAS

12. CHESTER E. BEAVER
13. ANN L. MORGAN
    CITY OF AUSTIN, TEXAS
    ATTORNEYS

14. FELIX TARANGO
    TRAVIS COUNTY, AUSTIN, TEXAS
    ASSISTANT ATTORNEY

19

15.
16.  CHARLES ENOS BROWN
17   DAVID B. ARMBRUST
     GREGORY S. CAGLE

18.  DUNHAM JEWETT
19   SHELLEY BUSH ANRMON

20.  ARMBRUSTR BROWN, LLP
21.  CRADY, JEWETT & MCCULLEY, LLP
22        ATTORNEYS
A.   EMBEDDED WITH CITY-COUNTY-
     STATE-FEDERAL GOVERNMENTS
                 IN
B.   42 USC SECTION 1983
              AND
C.   FEDERAL TORT CLAIMS ACT
              ET.AL.

20

1:06 CV 01964 RBW
THE AND RELATED

III  DECLARATION AND VERIFICATION
OF
MICHAEL L BUESGENS
PLAINTIFF

I DECLARE UNDER PENALTY OF
PERJURY THAT THE FOREGOING
AND THE EXHIBITS ARE TRUE
UNDER PENALTY OF PERJURY

PURSUANT TO 28 U.S.C. SECTION
1746

EXECUTED ON THIS 6TH DAY OF
JUNE, 2007

MICHAEL L BUESGENS

21

1:06CV01964RBW

## IV. CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY OF THIS MOTION FOR DEFAULT JUDGMENT AND NOTICE OF ASSETS AVAILABLE FOR JUDGMENT WAS SERVED BY FIRST CLASS MAIL ON THIS 8TH DAY OF JUNE, 2007. ADDRESSED TO:

1.
2.
3.

JOHN NEAL, DIRECTOR
CHIEF DISCIPLINARY COUNSEL
AND ATTORNEYS
STATE BAR OF TEXAS
6300 LA CALMA, # 300
AUSTIN, TEXAS 78752

4

CHARLES E. BROWN, ATTORNEY
HUD # 06-06-293-81
3624 NORTH HILLS DRIVE-B100
AUSTIN, TEXAS 78731
PHONE: 512-346-6000
FAX: 512-346-6005

22

1:06CV01964 RBW
AND THE RELATED

JOHN M. MANSOUR, CHAIRMAN
**GRANDE COMMUNICATIONS**
ANDREW KEVER GENERAL COUNSEL
AND IRUH SARWAL—WEIMARMER
MEGAN MONIQUE GOEKES
HUMAN RELATIONS—EEO MANAGER
AT GRANDE AND
FORMER TENANT AT
FALCON RIDGE APARTMENTS
401 CARLSON CIRCLE
SAN MARCOS, TEXAS 78666

5
6
7
8

SHELLEY BUSHMAN
MEGAN MONIQUE GOEKES
QUINTANA JEWETT
CRADY, JEWETT & MCCULLEY
2727 ALLEN PKWY, #1700
HOUSTON, TEXAS 77019

9
10
11
12

23

1:06CV01964 RBW)
AND THE RELATED

13  ROBERT A. FAITH, GREY STAR
14  GARY KEN OLAITAN, GREP
15  DEBRA WEITMEIER,
16  CHRISTINE C. FREELAND, RIVERSTONE
     LI STATE STREET,
     CHARLESTON, SC 29401
     FEIN: 363 890379
     FEIN: 363 890381

17  ARNOLD CARL TRUCH
18  JACK C. MOSS
19  KYLLE D. TRUCH
20  FALCON GROUP
21  FALCON RIDGE APARTMENTS
     5225 KATY FRWY, #530
     HOUSTON, TEXAS 77007-2251
     PHONE: 713-861-8850
     FAX: 713-861-0971

24

1:06CV01964RBW
AND THE RELATED

22
23

JOHN A. BENAVIDES ✓
CHARLES H. GORHAM
11008 MAELIN DRIVE
AUSTIN, TEXAS 78739-2051
HUD# 06-06-293-8

24
25

CHESTER E. BEAVER ✓
ANN MORGAN
ATTORNEYS - CITY OF AUSTIN
2205 LA CASA DRIVE
AUSTIN, TEXAS 78704-4724

A.
B.

C-1-CV-06-000678    6/16/06
SUBPOENA    HUD# 06-06-293-8

26
27
28
29
30
31.

KIM KENDRICK, HUD# 06-06-293-8
MINIARD COLPEPPER - TEMPOTS
LINDA G KATZ - FHEO-FHIP
R. BARRY ROBINSON, AUSA
MILTON TURNER, ENFORCEMENT
JOHN A. BENAVIDES, INVESTIGATOR
10 CAUSEWAY, #310
BOSTON, MA  02222-1092

25

1:06 CV 01964 RBW

MICHAEL L BUESGENS
EXTENDED STAY AMERICA
MAILING ADDRESS
3112 WINDSOR RD, #A322
AUSTIN, TEXAS 78703

512-339-6005 X 7958
FAX: 512-339-6099

MIKEBUESGENS@HOTMAIL.COM
JUNE 6, 2007

26

CIVIL NO. 1:06CV01964RBW

ASSETS
FOR
JUDGMENT

EXHIBITS
FOR
LIENS - LEVYS - ATTACHMENTS

1. MAY 31, 2007 LETTER FROM
DUNHAM JEWETT
RESPONDEAT SUPERIOR
AND SANCTIONS ✓
SHELLEY BUSH MARMON
CRADY, JEWETT & McCULLEY, LLP
MORE
MISREPRESENTATIONS AND MISCONDUCT
BY ATTORNEYS

2. CHARLES ENOS BROWN, ✓ ATTORNEY
ASSETS TO CONFISCATE
6 PAGES

27

1:06 CV 01964 RBW
ASSET EXHIBITS CONTINUEA

3.  GRADY, JEWETT & McCULLEY, **LLP**
   A. DONIMM JEWETT
   B. SJELLE/ BUSH MARNON
      **4 PAGES**

4.  ARMBRUST & BROWN, **LLP**
   A. DAVID B. ARMBRUST
   B. CHERYL ARMBRUST
   C. GREGORY S. CAGLE
      **5 PAGES**

5.  MEGAN MONIQUE GOERES ✓
      **1 PAGE**

6.  AVDIRUH SARWAL - COMPANION
      TO MEGAN GOERES AT FALCON
      RIDGE APARTMENTS - APT **1033**
      AND LARGE ANIMAL DOG OWNER -
      WEIMARANER DOG - **ASSETS**
      **2 PAGES**

28

1:06 CV 01964 RBW

**ASSET-EXHIBITS** CONTINUED

7.  CHESTER E. BEAVER ✓ CITY OF
    AUSTIN, TEXAS - ATTORNEY
    A.  HUD # 06-06-293-8
    B.  C-1-CV-06-000678 TRIAL: 06/16/06
    C.  1:06 CV 260 LY
    D.  1:06 CV 226 LY-RP
        1 PAGE

8.  ANN L. MORGAN ✓ ATTORNEY
    CITY OF AUSTIN, TEXAS
    A.  HOUSING COMPLAINT NO.
        01-06-0028 HG/COA.EE/FHO
    B.  DUAL FILED ON 12/28/05
    C.  HUD # 06-06-293-8
    D.  ASSETS
        1 PAGE

9.  JOHN A. BENAVIDES - HUD CERTIFIED
    INVESTIGATOR - **TEAPOTS** DATABASE
        1 PAGE

29

1:06 CV 01964 RBW
ASSET — EXHIBITS CONTINUED

10. CHARLES H. GORHAM ✓
ADMINISTRATOR — CITY OF
AUSTIN, TEXAS FAIR HOUSING
**FHAP-HUD** AGENCY
A. C-1-CV-06-000678 TRIAL 6/16/06
**AND**
B. JOHN N BEVINIDES
C. CHESTER E. BEAVER — SUBPOENA ✓
LIE
/ **PAGE**

11. **ARNOLD C. TAUCH** — LANDLORD
OWNER — REAL ESTATE BROKER
A. FALCON GROUP ET. AL.
B. FALCON RIDGE APARTMENTS
C. NOW CALLED
JEFFERSON AT FALCON RIDGE
AUSTIN, TEXAS
**5 PAGES**

12. KYLE O. TAUCH — OWNER
/ **PAGE**

30

1:06 CV 01964 RBW
ASSET — EXHIBITS CONTINUED

13. DEBRA WEHMEIER
REGIONAL VICE PRESIDENT
GREYSTAR MANAGEMENT SERVICES,
LP
NOW REGIONAL VICE PRESIDENT
RIVERSTONE RESIDENTIAL SC, LLC
SEE CIVIL NO.:

BALTIMORE, MARYLAND
2 PAGES

14. GREYSTAR — GREP — FAMILY —
ROBERT A. FAITH EMPIRE

A. NATIONAL MULTI FAMILY HOUSING
COUNSEL TOP 50 APARTMENT
MANAGER RANKINGS

B. CURRENT RANK NO. 7
AND

C. RIVERSTONE RESIDENTIAL, SC, LLC

D. CHRISTINE C. FREELAND

E. CURRENT RANK 11 — LIHTC PROPERTY

31

1:06 CV 01964 RBW
**ASSET — EXHIBITS** CONTINUED

15  GREYSTAR — GREP FAMILY.
16  ROBERT A. FAITH, PRESIDENT
    CHARLESTON, SOUTH CAROLINA
A.  BUSINESS PROPERTY
B.  PERSONAL PROPERTY
C.  VESSEL
D.  MOTOR VEHICLES
        AND
17  GREYSTAR HOLDINGS, INC
A.  FORFEITURE
B.  TEXAS SECRETARY OF STATE
        AND
18  **GREYSTAR    ET. AL.**
    ARIZONA
    NEVADA
    LOUISIANA
    FLORIDA
    TEXAS — AUSTIN — SAN ANTONIO — HOUSTON
    NEW MEXICO
    CALIFORNIA
    SOUTH CAROLINA
    DELAWARE
    **47 PAGES**
        32

1:06 CV 01964 RBW
EXHIBITS CONTINUED

19    C. T. CORPORATION SYSTEM
A.    REGISTERED AGENT FOR
      ROBERT A. FAITH
             AND
B.    GREYSTAR - GREP FAMILY
C.    LIMITED LIABILITY EMPIRE?
D.    OF WHO IS THE OWNER?

20.   C. T. CORPORATION SYSTEM
A.    NATIONWIDE REGISTERED AGENT.
B.              BUT
C.    C.T. CORPORATION SYSTEM DOES
      NOT LIKE SERVICE OF
      SUMMONS ON GREYSTAR -
      GREP FAMILY
                    1 PAGE


                    33

# CRADY, JEWETT & McCULLEY, L.L.P.

LAWYERS
2727 ALLEN PARKWAY
SUITE 1700
HOUSTON, TEXAS 77019-2125
(713) 739-7007
FAX (713) 739-8403
*www.cjmlaw.com*

SHELLEY B. MARMON
PARTNER
E-mail: samarmon@cjmlaw.com

May 31, 2007

*1:06CV01964KBW*

**Via Regular Mail & Certified Mail,**
**R.R.R. # 7160 3901 9849 9087 2827**
Michael L. Buesgens
3112 Windsor Road, #A322
Austin, Texas 78703

Re:   Case No. A:06-CA-967; *Michael L. Buesgens v. United States of America, et al*;
      In the United States District Court for the District of Columbia

_____

Dear Mr. Buesgens:

I am in receipt of the Motion for Default Judgment which is dated May 30th and which you have indicated will be filed in the above-referenced case. As you are aware, we represent Megan Goeres in that case. On January 3, 2007 we filed an Answer on her behalf. On that same date, we filed a Motion to Dismiss and Motion for Sanctions. On March 23, 2007, Judge Pittman entered a Report and Recommendation that those motions be granted. Therefore, your motion with respect to Ms. Goeres is not only inaccurate based on the facts, it is without merit.   *SANCTIONS*

We therefore request that you withdraw the Motion for Default against Ms. Goeres. Your failure to do so will result in a renewed request for sanctions for filing frivolous motions in violation of Rule 11 of the Federal Rules of Civil Procedure in which we will seek an appropriate sanction against you, including a prohibition against filing any future pleadings naming Ms. Goeres.

Very truly yours,

Shelley Bush Marmon

KnowX.com - Reverse Address Search Search: TX - address: 818 w 10th st city: austin    Page 1 of 1



*CHARLES E. BROWN*
*ASSETS FOR JUDGMENT*

**KnowX**   KnowX Standard    Superior    RapShe

Home    How it Works    Pricing    Contact Us    site

**michael l buesgens**

*Reverse Address* **Search**

Status: Credentialed
Client ID:
Not Chosen



**Searching: Address**

**FULL REPORT    2  Matches Found**

**Related Searches**

▸ Reverse Phone
▸ Ultimate People Finder

**Other Info:**

▸ Search Tips
▸ Database Info
▸ Price of Search
▸ Coverage Area
▸ Example Record

| | |
|---|---|
| 1. Owner: | 818 W 10TH LLC |
| Address: | 818 W 10TH ST |
| | AUSTIN TX 78701 |
| Mailing Address: | 3624 N HILLS DR B100 |
| | AUSTIN TX 78731-3242 |
| 2. Name: | BROWN CHARLES E |
| Professional Designation: | ATTORNEY |
| Address: | 818 W 10TH ST |
| | AUSTIN TX 78701-2063 |
| Phone Number: | (512) 476-8942 |
| Type or Use of Phone Line: | PRIMARY |
| Type of Listing: | OFFICE (PROFESSIONAL PHONE ALSO IN BUSINESS) |
| Validation Date: | 12-01-2005 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH TH

▸ People Who Bought Reverse Address Search Also Bought:

*Records*

**Address:** 818 w 10th st

**City:** austin

**State:** Texas

**Zip:** [_____] **GO!**

Access real estate transac
history, total assessed val
tax assessment informatio
through real estate record

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.

KnowX.com - Real Estate Records Record: TX - address: 818 w 10th st city: austin          Page 1 of 2

**KnowX**   *CHARLES E BROWN*

KnowX Standard                    Superior

Home          How it Works          Pricing          Contact Us

**michael l buesgens**



*Real Estate* **Records** *ASSETS FOR JUDGMENT*

**DETAIL RECORD**

Status: Credentialed
Client ID:
Not Chosen

NEW SEARCH | RETURN TO YOUR SUMMARY



**OWNERSHIP INFORMATION**

| | |
|---|---|
| Owner: | 818 W 10TH LLC |
| Property Address: | 818 W 10TH ST |
| | AUSTIN TX 78701-2063 |
| Mailing Address: | 3624 N HILLS DR B100 |
| | AUSTIN TX 78731-3242 |
| Assessor's Parcel Number: | 02-0600-08-18-0000 |
| State: | TEXAS |
| County: | TRAVIS |

**Related Searches**

▶ Aircraft $
▶ Assets $
▶ Ultimate Business
  Finder
▶ Ultimate People Finder
▶ Watercraft $

**Other Info:**

▶ Search Tips
▶ Database Info
▶ Price of Search
▶ Coverage Area
▶ Example Record

**SALES INFORMATION**

| | |
|---|---|
| Seller: | BROWN CHARLES E |
| Sales Date: | 01-01-2004 |
| Deed Type: | GRANT DEED |
| Recorded Date: | 01-02-2004 |
| Document Year: | 2004 |
| Document Number: | 000000000586 |
| Title Company: | ATTORNEY ONLY |

**ASSESSOR INFORMATION**

| | |
|---|---|
| Assessed Year: | 2006 |
| Total Land & Improvement Value: | $480,831.00 |
| Land Value: | $193,200.00 |
| Improvement Value: | $287,631.00 |
| Assessment Method For Total Land & Improvement Value: | MARKET |
| Assessment Method For Land Value: | MARKET |
| Assessment Method For Improvement Value: | MARKET |
| Total Assessed Land & Improvement Value: | $480,831.00 |
| Total Market Land & Improvement Value: | $480,831.00 |
| Total Market Land Value: | $193,200.00 |
| Total Market Improvement Value: | $287,631.00 |
| FEMA Community Panel Number: | 4806240165E |
| Land Use: | COMMERCIAL (NEC) |
| County Determined Land Use: | F1 |
| County Determined Secondary Land Use: | R |
| Property Type: | COMMERCIAL |
| Number of Buildings: | 2 |
| Match Code: | YES |

KnowX.com - Real Estate Records Record: TX - address: 818 w 10th st city: austin    Page 2 of 2

*CHARLES E. BROWN*
*1:06 CV 01964 RBW*

| | |
|---|---|
| Tax Amount: | $9,216.11 |
| Tax Year: | 2005 |
| Lot Front Footage: | 41 |
| Lot Depth Footage: | 133 |
| Lot Acreage: | 0.1267 |
| Lot Square Footage: | 5,520 |
| Universal Building Square Footage: | 1,013 |
| Building Square Footage Type: | BUILDING |
| Total (Living & Non) Building Square Footage: | 1,013 |
| Living Building Square Footage: | 1,013 |
| Ground Floor Square Footage: | 1,013 |
| Gross Square Footage (Under The Roof): | 1013 |
| Garage Square Footage: | 130 |
| Year Constructed: | 1937 |
| Number Of Bathrooms: | 1 |
| Number Of Full Bathrooms: | 1 |
| Primary Building Type: | OFFICE |
| Construction Type: | WOOD |
| Foundation Type: | PIER |
| Garage Type: | DETACHED |
| Parking Type: | DETACHED GARAGE |
| Roof Type: | COMPOSITION |
| Stories Type: | 1 |
| Number Of Stories: | 1 |

**LEGAL DESCRIPTION**

| | |
|---|---|
| Lot Number: | 4 |
| Subdivision: | DIVISION E |
| Source Of Property Location: | DIRECT FROM LOCAL SOURCE |
| Carrier Code: | C064 |
| Census Id / Block Group / Block / Suffix: | 0011005005 |
| Legal Description: | 41.5 X 133 FT OLT 4 DIVISION E |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH

NEW SEARCH , RETURN TO YOUR SUMMARY

**DETAIL RECORD**

▶ People Who Bought Real Estate Records Also Bought:

*Records*

| | |
|---|---|
| Debtor: | |
| Secured Party: | |
| State: | All States |
| Filing Number: | [GO!] |

Identify claims against
property and uncover v
estate has been encurr

owX.com - Real Estate Records Record: TX - address: 3624 n hills dr b-100 city: austin        Page 1 of 2



*CHARLES E. BROWN*
*ASSET RECOVERY FUND*

**KnowX** | KnowX Standard | | Superior | **RapSheets**

Home      How it Works      Pricing      Contact Us      Site Ma

ichael I buesgens

*HUD #06-06-293-8*
*1:06CV2604Y*
*1:06CV226LY-RP*
*ET.AL.*

**Records**




atus: Credentialed
ient ID:
t Chosen

## DETAIL RECORD

NEW SEARCH  |  RETURN TO YOUR SUMMARY

**elated Searches**

Aircraft $
Assets $
Ultimate Business
 Finder
Ultimate People Finder
Watercraft $

ther Info:

Search Tips
Database Info
Price of Search
Coverage Area
Example Record

**OWNERSHIP INFORMATION**
Owner:                                3624 NORTH HILLS DR L L C
Property Address:                     3624 N HILLS DR B-100
                                      AUSTIN TX 78731-2415
Mailing Address:                      818 W 10TH ST
                                      AUSTIN TX 78701-2063
Assessor's Parcel Number:             01-3702-01-11-0017
State:                                TEXAS
County:                               TRAVIS

**SALES INFORMATION**
Seller:                               LU DAVID D L & GRACE Y
Sales Date:                           05-27-2005
Sales Price:                          $372,400.00
Financial Consideration:              ESTIMATED
Deed Type:                            GRANT DEED
Recorded Date:                        06-02-2005
Document Year:                        2005
Document Number:                      000000097296
Mortgage Date:                        05-27-2005
Lender Name:                          PLAINSCAPITAL BK
First Mortgage Amount:                $280,000.00
Mortgage Loan Type:                   CONVENTIONAL
Mortgage Deed Type:                   DEED OF TRUST
Mortgage Term Type:                   YEARS
Mortgage Term:                        15
Mortgage Due Date:                    05-27-2020
Title Company:                        CHICAGO TITLE INSURANCE COMPAN

**ASSESSOR INFORMATION**
Assessed Year:                        2006
Total Land & Improvement Value:       $213,246.00
Land Value:                           $56,803.00
Improvement Value:                    $156,443.00
Assessment Method For Total Land &    MARKET
Improvement Value:
Assessment Method For Land Value:     MARKET
Assessment Method For Improvement Value: MARKET
Total Assessed Land & Improvement Value: $213,246.00

wX.com - Real Estate Records Record: TX - address: 3624 n hills dr b-100 city: austin    Page 2 of 2

*CHARLES E. BROWN ATTORNEY*
*GREYSTAR -GREP-ROBERT A. FAITH FAMILY*
*1:06CV01964RBW*

| | |
|---|---|
| Total Market Land & Improvement Value: | $213,246.00 |
| Total Market Land Value: | $56,803.00 |
| Total Market Improvement Value: | $156,443.00 |
| Land Use: | COMMERCIAL (NEC) |
| County Determined Land Use: | F4 |
| County Determined Secondary Land Use: | R |
| Property Type: | COMMERCIAL |
| Number of Buildings: | 1 |
| Match Code: | YES |
| Lot Acreage: | 0.0869 |
| Lot Square Footage: | 3,787 |
| Universal Building Square Footage: | 1,419 |
| Building Square Footage Type: | BUILDING |
| Total (Living & Non) Building Square Footage: | 1,419 |
| Living Building Square Footage: | 1,419 |
| Ground Floor Square Footage: | 1,419 |
| Gross Square Footage (Under The Roof): | 1419 |
| Year Constructed: | 1982 |
| Primary Building Type: | OFFICE CONDO |
| Stories Type: | 1 |
| Number Of Stories: | 1 |

**LEGAL DESCRIPTION**

| | |
|---|---|
| Lot Number: | 100 |
| Subdivision: | NORTH HILLS OFFICE PARK CONDO |
| Source Of Property Location: | DIRECT FROM LOCAL SOURCE |
| Carrier Code: | C042 |
| Census Id / Block Group / Block / Suffix: | 0017181006 |
| Legal Description: | UNT 100 BLD B NORTH HILLS OFFICE PARK CONDOMINIUMS AMENDED PLUS 5.75 % INT IN COM AREA |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFI

NEW SEARCH    RETURN TO YOUR SUMMARY

**DETAIL RECORD**

▶ **People Who Bought Real Estate Records Also Bought:**

*Records*

| | |
|---|---|
| Debtor: | |
| Secured Party: | |
| State: | All States |
| Filing Number: | GO! |

Identify claims against person: property and uncover whether estate has been encumbered.

**TaxNetUSA: Travis County Property Information** Property ID Number: 360138 Ref ID2 Number: 01410511410000

| | | |
|---|---|---|
| Owner's Name | **BROWN CHARLES E & CATHYLYNN** | |
| Mailing Address | % CHARLES E BROWN PC<br>3624 N HILLS DR #B100<br>AUSTIN, TX 78731-3242 | |
| Location | 4028 ENCLAVE MESA CI 78731 | |
| Legal | LOT 12 ENCLAVE AT MESA SEC 1 | |

*(handwritten: THE EVICTION ATTORNEY)*

**Value Information** — **2007 Preliminary**

| | |
|---|---|
| Land Value | 213,750.00 |
| Improvement Value | 312,310.00 |
| AG Value | 0.00 |
| AG Productivity Value | 0.00 |
| Timber Value | 0.00 |
| Timber Productivity Value | 0.00 |
| Assessed Value | 485,934.00 |
| 10% Cap Value | 40,126.00 |
| Total Value | 526,060.00 |

*(handwritten: HUD #06-06-293-8)*

**Property Details**

| | |
|---|---|
| Deed Date | 12201994 |
| Deed Volume | 12339 |
| Deed Page | 01427 |
| Exemptions | HS |
| Freeze Exempt | F |
| ARB Protest | F |
| Agent Code | 2490 |
| Land Acres | 0.2275 |
| Block | |
| Tract or Lot | 12 |
| Docket No. | |
| Abstract Code | S04277 |
| Neighborhood Code | X9204 |

*(handwritten: ASSETS FOR JUDGMENT FUND, EVICTION SUIT TRIAL 1/26/06, IP #5 AUSTIN, TEXAS)*

**Data up to date as of 2007-05-01**

AGRICULTURAL (1-B-1)   APPOINTMENT OF AGENT FORM   FREEPORT EXEMPTION   HOMESTEAD EXEMPTION FORM

PRINTER FRIENDLY REPORT   PROTEST FORM   RELIGIOUS EXEMPTION FORM   (TIFF)   (PDF)

*(handwritten: CITY HUD # 01-06-0028-HG/COA.EE/FHO)*

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 485,934.00 | 485,934.00 | 526,060.00 | 526,060.00 |
| 01 | AUSTIN ISD | 1.493000 | 485,934.00 | 470,934.00 | 526,060.00 | 526,060.00 |
| 02 | CITY OF AUSTIN | 0.412600 | 485,934.00 | 485,934.00 | 526,060.00 | 526,060.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 485,934.00 | 388,747.00 | 526,060.00 | 526,060.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 485,934.00 | 388,747.00 | 526,060.00 | 526,060.00 |
| 68 | AUSTIN COMM COLL DIST | 0.096500 | 485,934.00 | 480,934.00 | 526,060.00 | 526,060.00 |

**Improvement Information**

*(handwritten: CASE NO. 041509 TRIAL 1/26/06)*

| Improvement ID | State Category | Description |
|---|---|---|
| 311276 | A1 | 1 FAM DWELLING |

*(handwritten: C-1-CV-06-000678 TRIAL 6/16/06)*

**Segment Information**

*(handwritten: 1:06 CV 260 LY<br>1:06 CV 226 LY-RP<br>1:06 CV 01964 KBW), ET. AL.)*

http://www.traviscad.org/travisdetail.php?th

# HARRIS COUNTY APPRAISAL DISTRICT
## PERSONAL PROPERTY ACCOUNT INFORMATION
## 0350094

Tax Year: 2006

🖶**Print**

## Owner and Property Information

**Owner Name & Mailing Address:**
**CRADY, JEWETT & MCCULLEY LLP**
**2727 ALLEN PKWY STE 1700**
**HOUSTON  TX 77019-2125**

**Property Address:**

**Description:**   **None**

*RESPONDENT SUPERIOR OWNIMA JEWETT AND SHELLEY BUSH MARMON LEGAL EMPIRE*

**State Class Code**

**L1 -- Tangible, Commercial**

**Property Type**

**A -- Business Personal Property**

**SIC Code**

**8111 -- ATTORNEYS, LEGAL SERVICES**

**Square Ft**

**16,025**

## Value Status Information

| Value Status | Notice Date | ARB Status |
|---|---|---|
| Noticed | 10/3/2006 | Certified: 11/17/2006 |

*MORE ASSETS FOR JUDGMENT FUND*
*1:06 CV 2604Y*
*1:06 CV 2264Y-RP*
*1:06 CV 00967 4Y-RP*
*1:06 CV 01964 RBW, ET.AL*

## HARRIS COUNTY APPRAISAL DISTRICT
## REAL PROPERTY ACCOUNT INFORMATION
### 0601480200001

Tax Year: 2007

🖶Print

*[handwritten: ATTORNEY]*

**Owner and Property Information**

| | | |
|---|---|---|
| Owner Name & Mailing Address: | **JEWETT DUNHAM F & JILL F** **3108 ELLA LEE LN** **HOUSTON TX 77019-5912** | Legal Description: **LT 1 BLK 20** **RIVER OAKS SEC 4** |
| | | Property Address: **3108 ELLA LEE LN** **HOUSTON TX 77019** |

*[handwritten: 1:06CV01964RBW]*

*[handwritten: ASSETS FOR HUD]*

| State Class Code | Land Use Code | Land Area | Total Living Area | Neighborhood | Map Facet | Key Map® |
|---|---|---|---|---|---|---|
| A1 -- Real, Residential, Single-Family | 1001 -- Residential Improved | 11,025 SF | 6,213 SF | 8325.01 | 5256B | 492U |

*[handwritten: RESPONDEAT SUPERIOR]*

### Value Status Information

| Capped Account | Value Status | Notice Date | Hearing Status | Shared CAD |
|---|---|---|---|---|
| Yes | Noticed | 4/25/2007 | Protest Received | No |

### Exemptions and Jurisdictions

| Exemption Type | Districts | Jurisdictions | ARB Status | 2006 Rate | 2007 Rate |
|---|---|---|---|---|---|
| Residential Homestead | 001 | HOUSTON ISD | Not Certified | 1.47570 | |
| | 040 | HARRIS COUNTY | Not Certified | 0.40239 | |
| | 041 | HARRIS CO FLOOD CNTRL | Not Certified | 0.03241 | |
| | 042 | PORT OF HOUSTON AUTHY | Not Certified | 0.01302 | |
| | 043 | HARRIS CO HOSP DIST | Not Certified | 0.19216 | |
| | 044 | HARRIS CO EDUC DEPT | Not Certified | 0.00629 | |
| | 048 | HOU COMMUNITY COLLEGE | Not Certified | 0.09518 | |
| | 061 | CITY OF HOUSTON | Not Certified | 0.64500 | |

*[handwritten: 1:06CV01964RBW]*

### Valuations

| | 2006 Value | | | 2007 Value | |
|---|---|---|---|---|---|
| | Market | Appraised | | Market | Appraised |
| Land | 672,875 | | Land | 720,938 | |
| Improvement | 1,071,125 | | Improvement | 1,511,625 | ✓ |
| Total | 1,744,000 | 1,744,000 | Total | 2,232,563 | 1,918,400 |

**Land**

## HARRIS COUNTY APPRAISAL DISTRICT
### REAL PROPERTY ACCOUNT INFORMATION
**0591260200012**

Tax Year: 2007

🖶Print

Owner and Property Information

*ATTORNEY* (handwritten)

| | | | |
|---|---|---|---|
| Owner Name & Mailing Address: | **MARMON SHELLEY B. & MARK M.**<br>**4441 VERONE ST**<br>**BELLAIRE TX 77401-5211** | Legal Description: | **LT 12 BLK 20 SOUTHDALE** |
| | | Property Address: | **4440 MILDRED ST BELLAIRE TX 77401** |

*SHELLEY BUSH MARMON ASSETS* (handwritten)

*FOR JUDGMENT - HUA* (handwritten)

| State Class Code | Land Use Code | Land Area | Total Living Area | Neighborhood | Map Facet | Key Map® |
|---|---|---|---|---|---|---|
| A1 -- Real, Residential, Single-Family | 1001 -- Residential Improved | 5,000 SF | 1,056 SF | 7457 | 5254A | 531M |

*1:06 CV 260 LY* (handwritten)
*1:06 CV 226 LY-RP* (handwritten)

### Value Status Information

| Capped Account | Value Status | Notice Date | Hearing Status | Shared CAD |
|---|---|---|---|---|
| No | Noticed | 5/25/2007 | Protest Received | No |

### Exemptions and Jurisdictions

| Exemption Type | Districts | Jurisdictions | ARB Status | 2006 Rate | 2007 Rate |
|---|---|---|---|---|---|
| Partial Residential Homestead | 001 | HOUSTON ISD | Not Certified | 1.47570 | |
| | 040 | HARRIS COUNTY | Not Certified | 0.40239 | |
| | 041 | HARRIS CO FLOOD CNTRL | Not Certified | 0.03241 | |
| | 042 | PORT OF HOUSTON AUTHY | Not Certified | 0.01302 | |
| | 043 | HARRIS CO HOSP DIST | Not Certified | 0.19216 | |
| | 044 | HARRIS CO EDUC DEPT | Not Certified | 0.00629 | |
| | 048 | HOU COMMUNITY COLLEGE | Not Certified | 0.09518 | |
| | 052 | CITY OF BELLAIRE | Not Certified | 0.44000 | |

### Valuations

| | 2006 Value | | | 2007 Value | |
|---|---|---|---|---|---|
| | Market | Appraised | | Market | Appraised |
| Land | 148,500 | | Land | 180,000 | |
| Improvement | 32,937 | | Improvement | 32,337 | ✓ |
| Total | 181,437 | 171,244 | Total | 212,337 | 212,337 |

### Land

HARRIS COUNTY APPRAISAL DISTRICT                    Tax Year: 2007
REAL PROPERTY ACCOUNT INFORMATION
**0591260200011**

🖶**Print**

*SHELLEY BUSH*                Owner and Property Information  *MARMON, ATTORNE,*

**Owner Name &**  **MARMON MARK AND SHELLEY** Legal Description: **LT 11 BLK 20**
**Mailing Address: 4441 VERONE ST**                                      **SOUTHDALE**
**BELLAIRE TX 77401-5211**
*ASSETS FOR JUDGMENT*          Property Address: **4441 VERONE ST**
                                                                          **BELLAIRE TX 77401**

| State Class Code | Land Use Code | Land Area | Total Living Area | Neighborhood | Map Facet | Key Map® |
|---|---|---|---|---|---|---|
| *HUD #06-06-293-8* | | | | | | |
| A1 -- Real, Residential, Single-Family | 1001 -- Residential Improved | 5,000 SF | 4,252 SF | 7457 | 5254A | 531M |

## Value Status Information

| Capped Account | Value Status | Notice Date | Shared CAD |
|---|---|---|---|
| No | Noticed | 4/25/2007 | No |

## Exemptions and Jurisdictions

| Exemption Type | Districts | Jurisdictions | ARB Status | 2006 Rate 2007 Rate |
|---|---|---|---|---|
| Residential Homestead | 001 | HOUSTON ISD | Not Certified | 1.47570 |
| | 040 | HARRIS COUNTY | Not Certified | 0.40239 |
| | 041 | HARRIS CO FLOOD CNTRL | Not Certified | 0.03241 |
| | 042 | PORT OF HOUSTON AUTHY | Not Certified | 0.01302 |
| | 043 | HARRIS CO HOSP DIST | Not Certified | 0.19216 |
| | 044 | HARRIS CO EDUC DEPT | Not Certified | 0.00629 |
| | 048 | HOU COMMUNITY COLLEGE | Not Certified | 0.09518 |
| | 052 | CITY OF BELLAIRE | Not Certified | 0.44000 |

## Valuations

| | 2006 Value | | | 2007 Value | |
|---|---|---|---|---|---|
| | Market | Appraised | | Market | Appraised |
| Land | 148,500 | | Land | 180,000 | |
| Improvement | 436,189 | | Improvement | 416,317 | |
| Total | 584,689 | 584,689 Total | | 596,317 | 596,317 |

## Land

### Market Value Land

| Line Description | Site Code | Unit Type | Units | Size Factor | Site Factor | Appr O/R Factor | Appr O/R Reason | Total Adj | Unit Price | Adj Unit Price | Adj Value |
|---|---|---|---|---|---|---|---|---|---|---|---|

**TaxNetUSA: Travis County Property Information** Property ID Number: **452132** Ref ID2 Number: **00000924890000**

| | |
|---|---|
| Owner's Name | **ARMBRUST & BROWN LLP** |
| Mailing Address | ATTN: CONTROLLER<br>100 CONGRESS AV N STE 1300<br>AUSTIN, TX 78701-2744 |
| Location | 100 N CONGRESS AV 1300<br>78701 |
| Legal | PERSONAL PROPERTY COMMERCIAL ARMBRUST & BROWN LLP |

**Property Details**

Deed Date  *1:06CV260LY*

Deed Volume  *1:06CV226LY*

Deed Page

Exemptions  *3:07CV00043KC*

| | |
|---|---|
| Freeze Exempt | F |
| ARB Protest | F |
| Agent Code | 0 |
| Land Acres | 0.0000 |

Block  *HUD #06-06-293-8*

Tract or Lot

Docket No.

Abstract Code

Neighborhood Code

| Value Information | 2007 Preliminary |
|---|---|
| Land Value | 0.00 |
| Improvement Value | 0.00 |
| AG Value | 0.00 |
| AG Productivity Value | 0.00 |
| Timber Value | 0.00 |
| Timber Productivity Value | 0.00 |
| Assessed Value | 553,742.00 |
| 10% Cap Value | 0.00 |
| Total Value | 553,742.00 |

**Data up to date as of 2007-05-01**

*ASSETS FOR JUDGMENT*
*1:06CV01964RBW*

| AGRICULTURAL (1-D-1) | APPOINTMENT OF AGENT FORM | FREEPORT EXEMPTION | HOMESTEAD EXEMPTION FORM |
|---|---|---|---|
| PRINTER FRIENDLY REPORT | PROTEST FORM | RELIGIOUS EXEMPTION FORM | (TIFF)   (PDF) |
| | | PLAT MAP | PLAT MAP |

*1:06CV00967LY-RP*

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 553,742.00 | 553,742.00 | 553,742.00 | 553,742.00 |
| 01 | AUSTIN ISD | 1.493000 | 553,742.00 | 553,742.00 | 553,742.00 | 553,742.00 |
| 02 | CITY OF AUSTIN | 0.412600 | 553,742.00 | 553,742.00 | 553,742.00 | 553,742.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 553,742.00 | 553,742.00 | 553,742.00 | 553,742.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 553,742.00 | 553,742.00 | 553,742.00 | 553,742.00 |
| 68 | AUSTIN COMM COLL DIST | 0.096500 | 553,742.00 | 553,742.00 | 553,742.00 | 553,742.00 |

**Improvement Information**

**TaxNetUSA: Travis County**

Property ID Number: **104415** Ref ID2 Number: **01051101030000**

*[handwritten: ATTORNEY]*

| | | | |
|---|---|---|---|
| Owner's Name | **ARMBRUST DAVID B & CHERYL** | **Property Details** | |
| Mailing Address | 2807 REGENTS PARK AUSTIN, TX 78746-7619 | Deed Date | *[handwritten: 1:06CV00967LY]* 211985 |
| | | Deed Volume | 09419 |
| Location | 2807 REGENTS PARK 78746 | Deed Page | *[handwritten: 1:06CV260LY]* 00239 |
| Legal | LOT 3 BLK B TREEMONT PHS A SEC I AMENDED PLAT OF LOTS 3-5 | Exemptions | *[handwritten: 1:06CV 226LY]* HS |
| | | Freeze Exempt | F |
| | | ARB Protest | *[handwritten: 1:06CV01964RBW]* F |
| | | Agent Code | *[handwritten: 3:07CV00043KL]* 0 |

*[handwritten: RESPONDENT SUPERIOR]*

**Value Information**      **2007 Preliminary**

| | | | |
|---|---|---|---|
| Land Value | 700,000.00 | Land Acres | *[handwritten: 2:07CV02116 JRN]* 0000 |
| Improvement Value | 622,047.00 | Block | B |
| AG Value | 0.00 | Tract or Lot | *[handwritten: HUN]* 3 |
| AG Productivity Value | 0.00 | Docket No. | *[handwritten: 06-06-293-8]* |
| Timber Value | 0.00 | Abstract Code | S14072 |
| Timber Productivity Value | 0.00 | Neighborhood Code | *[handwritten: PETITION]* M5100 |
| Assessed Value | 1,247,494.00 | | *[handwritten: 06-60777]* |
| 10% Cap Value | 74,553.00 | **Data up to date as of 2007-05-01** | |
| Total Value | 1,322,047.00 | | |

*[handwritten: ASSETS FOR JUDGMENT FUND]*

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 1,247,494.00 | 1,247,494.00 | 1,322,047.00 | 1,322,047.00 |
| 02 | CITY OF AUSTIN | 0.412600 | 1,247,494.00 | 1,247,494.00 | 1,322,047.00 | 1,322,047.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 1,247,494.00 | 997,995.00 | 1,322,047.00 | 1,322,047.00 |
| 08 | EANES ISD | 1.562500 | 1,247,494.00 | 1,232,494.00 | 1,322,047.00 | 1,322,047.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 1,247,494.00 | 997,995.00 | 1,322,047.00 | 1,322,047.00 |
| 68 | AUSTIN COMM COLL DIST | 0.096500 | 1,247,494.00 | 1,235,019.00 | 1,322,047.00 | 1,322,047.00 |

**Improvement Information**

| Improvement ID | State Category | Description |
|---|---|---|
| 103969 | A1 | 1 FAM DWELLING |

**Segment Information**

| Imp ID | Seg ID | Type Code | Description | Class | Effective Year Built | Area |
|---|---|---|---|---|---|---|
| 103969 | 104808 | 1ST | 1st Floor | WV | 1986 | 3,281 |
| 103969 | 104809 | 2ND | 2nd Floor | WV | 1986 | 1,436 |

**TaxNetUSA: Travis County**

Property ID Number: **424461** Ref ID2 Number: **01665801280208**

Owner's Name    **ARMBRUST DAVID B** ✓

| | |
|---|---|
| Mailing Address | 2807 REGENTS PARK AUSTIN, TX 78746-7619 |
| Location | LAKE SHORE DR 78736 |
| Legal | SLIP 26 BLDG K 12 X 28' LAKE TRAVIS MARINA |

**Property Details** *ATTORNEY*

Deed Date

Deed Volume *ARMBRUST L BROWN*

Deed Page *LLP*

Exemptions

Freeze Exempt *RESPONDENT*    F

ARB Protest *SUPERIOR*    F

Agent Code    0

Land Acres    0.0000

Block

Tract or Lot

Docket No.

Abstract Code    A96

Neighborhood Code    95FWE

**Value Information**    **2007 Preliminary**

| | |
|---|---|
| Land Value | 11.00 |
| Improvement Value | 6,840.00 |
| AG Value | 0.00 |
| AG Productivity Value | 0.00 |
| Timber Value | 0.00 |
| Timber Productivity Value | 0.00 |
| Assessed Value | 6,851.00 |
| 10% Cap Value | 0.00 |
| Total Value | 6,851.00 |

**Data up to date as of 2007-05-01**

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value ✓ |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 6,851.00 | 6,851.00 | 6,851.00 | 6,851.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 6,851.00 | 6,851.00 | 6,851.00 | 6,851.00 |
| 07 | LAKE TRAVIS ISD | 1.618600 | 6,851.00 | 6,851.00 | 6,851.00 | 6,851.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 6,851.00 | 6,851.00 | 6,851.00 | 6,851.00 |
| 52 | TRAVIS CO ESD NO 6 | 0.100000 | 6,851.00 | 6,851.00 | 6,851.00 | 6,851.00 |

**Improvement Information**

| Improvement ID | State Category | Description |
|---|---|---|
| 321299 | F4 | SPECIAL (NODEPR) |

**Segment Information**

| Imp ID | Seg ID | Type Code | Description | Class | Effective Year Built | Area |
|---|---|---|---|---|---|---|

**TaxNetUSA: Travis County Property Information** Property ID Number: **434562** Ref ID2 Number: **00000860970000**

Owner's Name  **ARMBRUST CHERYL**

| | | **Property Details** | |
|---|---|---|---|
| Mailing Address | 708 W 10 ST AUSTIN, TX 78701-2025 | Deed Date | *DAVID AND CHERYL ARMBRUST* |
| | | Deed Volume | |
| Location | 708 W 10 ST 78701 | Deed Page | |
| | | Exemptions | |
| Legal | PERSONAL PROPERTY COMMERCIAL ARMBRUST CHERYL PHD | Freeze Exempt | F |
| | | ARB Protest | F |
| | | Agent Code | 0 |
| | | Land Acres | 0.0000 |

| **Value Information** | **2007 Preliminary** | | |
|---|---|---|---|
| Land Value | 0.00 | Block | |
| Improvement Value | 0.00 | Tract or Lot | |
| AG Value | 0.00 | Docket No. | |
| AG Productivity Value | 0.00 | Abstract Code | |
| Timber Value | 0.00 | Neighborhood Code | |
| Timber Productivity Value | 0.00 | | |
| Assessed Value | 2,678.00 | | |
| 10% Cap Value | 0.00 | **Data up to date as of 2007-05-01** | |
| Total Value | 2,678.00 | *ASSETS FOR JUDGMENT* | |

| | | | | |
|---|---|---|---|---|
| AGRICULTURAL (1-B-1) | APPOINTMENT OF AGENT FORM | FREEPORT EXEMPTION | | HOMESTEAD EXEMPTION FORM |
| PRINTER FRIENDLY REPORT | PROTEST FORM | RELIGIOUS EXEMPTION FORM | (TIFF) | (PDF) |
| | | | PLAT MAP | PLAT MAP |

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 2,678.00 | 2,678.00 | 2,678.00 | 2,678.00 |
| 01 | AUSTIN ISD | 1.493000 | 2,678.00 | 2,678.00 | 2,678.00 | 2,678.00 |
| 02 | CITY OF AUSTIN | 0.412600 | 2,678.00 | 2,678.00 | 2,678.00 | 2,678.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 2,678.00 | 2,678.00 | 2,678.00 | 2,678.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 2,678.00 | 2,678.00 | 2,678.00 | 2,678.00 |
| 68 | AUSTIN COMM COLL DIST | 0.096500 | 2,678.00 | 2,678.00 | 2,678.00 | 2,678.00 |

**Improvement Information**

| Improvement ID | State Category | Description |
|---|---|---|
| | | |

**TaxNetUSA: Travis County**

Property ID Number: **101450** Ref ID2 Number: **01012303070000**

Owner's Name  **CAGLE GREGORY SCOTT &** ✓

| | |
|---|---|
| Mailing Address | ALANA ANTRIM CAGLE<br>4162 TRAVIS COUNTRY CIR<br>AUSTIN, TX 78735-6337 |
| Location | 4162 TRAVIS COUNTRY CI<br>78735 |
| Legal | LOT 21 BLK 6 TRAILWOOD<br>VILLAGE TWO AT TRAVIS<br>COUNTRY |

**Value Information**            **2007 Preliminary**

| | |
|---|---|
| Land Value | 115,000.00 |
| Improvement Value | 124,535.00 |
| AG Value | 0.00 |
| AG Productivity Value | 0.00 |
| Timber Value | 0.00 |
| Timber Productivity Value | 0.00 |
| Assessed Value | 239,535.00 |
| 10% Cap Value | 0.00 |
| Total Value | 239,535.00 |

**Property Details**

| | |
|---|---|
| Deed Date | 12281999 |
| Deed Volume | *1:06 CV 2604* 00000 |
| Deed Page | *1:06 CV 2264* 00000 |
| Exemptions | *C-1-CV-06-000678* S |
| Freeze Exempt | F |
| ARB Protest | *0-1-60-06-000262* F |
| Agent Code | *041509* 0 |
| Land Acres | *03-06-00614 CV* 0.0000 |
| Block | *ASSETS FOR* 6 |
| Tract or Lot | *JUDGMENT* 21 |
| Docket No. | |
| Abstract Code | *FOUL* S13980 |
| Neighborhood Code | *REMOVAL* N4000 |

*1400 # 06-06-293-8*

**Data up to date as of 2007-05-01**

Value By Jurisdiction  *CITY 1400# 01-06-0028-HG/COA.EE/FHA*

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 239,535.00 | 239,535.00 | 239,535.00 | 239,535.00 |
| 01 | AUSTIN ISD | 1.493000 | 239,535.00 | 224,535.00 | 239,535.00 | 239,535.00 |
| 02 | CITY OF AUSTIN | 0.412600 | 239,535.00 | 239,535.00 | 239,535.00 | 239,535.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 239,535.00 | 191,628.00 | 239,535.00 | 239,535.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 239,535.00 | 191,628.00 | 239,535.00 | 239,535.00 |
| 68 | AUSTIN COMM COLL DIST | 0.096500 | 239,535.00 | 234,535.00 | 239,535.00 | 239,535.00 |

**Improvement Information**

| Improvement ID | State Category | Description |
|---|---|---|
| 101343 | A1 | 1 FAM DWELLING |

**Segment Information**

| Imp ID | Seg ID | Type | Description | Class | Effective | Area |
|---|---|---|---|---|---|---|

**TaxNetUSA: Travis County Property Information** Property ID Number: **588304** Ref ID2 Number: **04340912030000**

Owner's Name **GOERES MEGAN** ✓

| | |
|---|---|
| Mailing Address | 1900 MELISSA OAKS LN AUSTIN, TX 78744-7980 |
| Location | 1900 MELISSA OAKS LN 78744 |
| Legal | LOT 17 BLK 7 CROSSING AT ONION CREEK SEC 3&4 AMENDED PLAT OF |

**Property Details**

| | |
|---|---|
| Deed Date | 07032006 |
| Deed Volume | |
| Deed Page | |
| Exemptions | HS |
| Freeze Exempt | F |
| ARB Protest | F |
| Agent Code | 0 |
| Land Acres | 0.1547 |
| Block | 7 |
| Tract or Lot | 17 |
| Docket No. | |
| Abstract Code | S15901 |
| Neighborhood Code | H1430 |

*Handwritten: ARNOLD TRUCK ASSETS FOR JUDGMENT FUND HUD MEGAN GOERES GALLOWAY SCOTT GOERES GALLOWAY*

| Value Information | 2007 Preliminary |
|---|---|
| Land Value | 30,000.00 |
| Improvement Value | 130,614.00 |
| AG Value | 0.00 |
| AG Productivity Value | 0.00 |
| Timber Value | 0.00 |
| Timber Productivity Value | 0.00 |
| Assessed Value | 160,614.00 |
| 10% Cap Value | 0.00 |
| Total Value | 160,614.00 |

Data up to date as of 2007-05-01

*Handwritten: 3:07CV00043KC HUD # 06-06-293-8*

AGRICULTURAL (1-B-1)    APPORTIONMENT OF AGENT FORM    FREEPORT EXEMPTION    HOMESTEAD EXEMPTION FORM

(TIFF)    (PDF)

PRINTER FRIENDLY REPORT    PROTEST FORM    RELIGIOUS EXEMPTION FORM    PLAT MAP    PLAT MAP

*Handwritten: NO. 041509 TRIAL 1/26/2006 NO. C-1-CV-06-000678 TRIAL 6/16/06*

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 160,614.00 | 160,614.00 | 160,614.00 | 160,614.00 |
| 01 | AUSTIN ISD | 1.493000 | 160,614.00 | 145,614.00 | 160,614.00 | 160,614.00 |
| 02 | CITY OF AUSTIN | 0.412600 | 160,614.00 | 160,614.00 | 160,614.00 | 160,614.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 160,614.00 | 128,491.00 | 160,614.00 | 160,614.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 160,614.00 | 128,491.00 | 160,614.00 | 160,614.00 |
| 68 | AUSTIN COMM COLL DIST | 0.096500 | 160,614.00 | 155,614.00 | 160,614.00 | 160,614.00 |

**Improvement Information**

| Improvement ID | State Category | Description |
|---|---|---|
| 595956 | A1 | 1 FAM DWELLING |

**Segment Information**

# Travis Search Results

**There were 4 matches:**

**Displaying Records 1 - 4**

ASSETS FOR JUDGMENT - HUO

| Property ID | Ref ID 2 | Owner Name | Address | Value |
|---|---|---|---|---|
| 138859 | 01410307050000 | SARWAL ANDY & MELANIE | 7503 STONECLIFF DR | 480,806.00 |
| 206363 | 02140103120015 | SARWAL LAXMI D & ANIRUDH | 2529 RIO GRANDE ST | 197,177.00 |
| 206617 | 02140108400006 | SARWAL LAXMI D & ANIRUDH | W 807 25 ST 203 | 170,349.00 |
| 206645 | 02140108400034 | SARWAL LAXMI D & ANIRUDH | W 807 25 ST 315 | 133,096.00 |

ANIRUH SARWAL - ARNOLD TAUCH
WEIMARANER - 2005
APARTMENT 1033
FALCON RIDGE APARTMENTS
MEGAN MONIQUE GOERES
500 EAST STASSNEY
AUSTIN, TEXAS 78745

ATTORNEYS
CHARLES ENOS BROWN
DAVID B. ARMBRUST
QUINTAN JEWETT
SHELLEY BUSH MARMON
GREGORY S. CAGLE

**TaxNetUSA: Travis County Property Information** Property ID Number: **138859** Ref ID2 Number: **01410307050000**

| | | | |
|---|---|---|---|
| Owner's Name | **SARWAL ANDY & MELANIE** | **Property Details** | |
| Mailing Address | 7503 STONECLIFF DR AUSTIN, TX 78731-1517 | Deed Date | 08172005 |
| | | Deed Volume | |
| Location | 7503 STONECLIFF DR 78731 | Deed Page | |
| | | Exemptions | HS |
| Legal | LOT 25 BLK J NORTHWEST HILLS NORTHWEST OAKS III AMENDED | Freeze Exempt | F |
| | | ARB Protest | F |
| | | Agent Code | 0 |

*ASSETS FOR JUDGMENT FUND HUD*

| **Value Information** | **2007 Preliminary** | | |
|---|---|---|---|
| Land Value | 225,000.00 | Land Acres | 0.0000 |
| Improvement Value | 255,806.00 | Block | J |
| AG Value | 0.00 | Tract or Lot | 25 |
| AG Productivity Value | 0.00 | Docket No. | |
| Timber Value | 0.00 | Abstract Code | S09708 |
| Timber Productivity Value | 0.00 | Neighborhood Code | X9100 |
| Assessed Value | 454,489.00 | | |
| 10% Cap Value | 26,317.00 | | |
| Total Value | 480,806.00 | | |

*MEGAN GOERES GRAND COMMUNICATIONS*

**Data up to date as of 2007-05-01**

*HUD#06-06-293-8*

| AGRICULTURAL (1-B-1) | APPOINTMENT OF AGENT FORM | FREEPORT EXEMPTION | HOMESTEAD EXEMPTION FORM | |
|---|---|---|---|---|
| PRINTER FRIENDLY REPORT | PROTEST FORM | RELIGIOUS EXEMPTION FORM | (TIFF) | (PDF) |
| | | PLAT MAP | PLAT MAP | |

## Value By Jurisdiction

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 454,489.00 | 454,489.00 | 480,806.00 | 480,806.00 |
| 01 | AUSTIN ISD | 1.493000 | 454,489.00 | 439,489.00 | 480,806.00 | 480,806.00 |
| 02 | CITY OF AUSTIN | 0.412600 | 454,489.00 | 454,489.00 | 480,806.00 | 480,806.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 454,489.00 | 363,591.00 | 480,806.00 | 480,806.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 454,489.00 | 363,591.00 | 480,806.00 | 480,806.00 |
| 68 | AUSTIN COMM COLL DIST | 0.096500 | 454,489.00 | 449,489.00 | 480,806.00 | 480,806.00 |

**Improvement Information**

| Improvement ID | State Category | Description |
|---|---|---|
| 129512 | A1 | 1 FAM DWELLING |

**Segment Information**

TaxNetUSA: Travis County

Property ID Number: **303273** Ref ID2 Number: **04010901060000**

| | |
|---|---|
| Owner's Name | **BEAVER CHESTER E &** |
| Mailing Address | SHEILA FILOMENA<br>2205 LA CASA DR<br>AUSTIN, TX 78704-4724 |
| Location | 2205 LA CASA DR 78704 |
| Legal | LOT 3 BLK 18 RABB INWOOD HILLS |

*AUSTIN CITY ATTORNEY*

**Value Information**          **2007 Preliminary**

| | |
|---|---|
| Land Value | 200,000.00 |
| Improvement Value | 109,546.00 |
| AG Value | 0.00 |
| AG Productivity Value | 0.00 |
| Timber Value | 0.00 |
| Timber Productivity Value | 0.00 |
| Assessed Value | 300,859.00 |
| 10% Cap Value | 8,687.00 |
| Total Value | 309,546.00 |

**Property Details**

| | |
|---|---|
| Deed Date | 09072005 |
| Deed Volume | |
| Deed Page | *C-1-CV-06-000 78* |
| Exemptions | *TRIAL 06/16/06* HS |
| Freeze Exempt | *F* |
| ARB Protest | *HUD #06-06-293-8* F |
| Agent Code | *1:06CV260LY* 0 |
| Land Acres | *1:06CV226LY* 0.1811 |
| Block | *1:06CV01964RBW* 18 |
| Tract or Lot | 3 |
| Docket No. | *FIFTH CIRCUIT* |
| Abstract Code | *06-60777* S11069 |
| Neighborhood Code | L2230 |

**Data up to date as of 2007-05-01**

*JUDGMENT FUND ASSETS AND JOHN A. BENAVIDES*

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 300,859.00 | 300,859.00 | 309,546.00 | 309,546.00 |
| 01 | AUSTIN ISD | 1.493000 | 300,859.00 | 285,859.00 | 309,546.00 | 309,546.00 |
| 02 | CITY OF AUSTIN | 0.412600 | 300,859.00 | 300,859.00 | 309,546.00 | 309,546.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 300,859.00 | 240,687.00 | 309,546.00 | 309,546.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 300,859.00 | 240,687.00 | 309,546.00 | 309,546.00 |
| 68 | AUSTIN COMM COLL DIST | 0.096500 | 300,859.00 | 295,859.00 | 309,546.00 | 309,546.00 |

**Improvement Information**

*CITY (HUD # 01-06-0028 HG/COA.EE/FHO*

| Improvement ID | State Category | Description |
|---|---|---|
| 251981 | A1 | 1 FAM DWELLING |

**Segment Information**

| Imp ID | Seg ID | Type Code | Description | Class | Effective Year Built | Area |
|---|---|---|---|---|---|---|
| | | | | | | |

TravisCAD Detail - Prop_ID 216015

6/6/2007 9:28 AM

*CITY OF AUSTIN, TEXAS ATTORNEY* (handwritten)

**TaxNetUSA: Travis County Property Information**  Property ID Number: 216015 Ref ID2 Number: 02200805090000

Owner's Name  **MORGAN ANNE L & MARY WALTON MO**

| | |
|---|---|
| Mailing Address | MARY WALTON MORGAN<br>502 E 41ST<br>AUSTIN, TX 78751-4323 |
| Location | 502 E 41 ST 78751 |
| Legal | LOT 10-11 BLK 5 OLT 14 DIV C IDEAL PLACE |

*C-1-CV-06-000678 TRIAL 06/16/06* (handwritten)

*JOHN A. BENAVIDES INVESTIGATOR* (handwritten)

**Value Information**

**2007 Preliminary**

| | |
|---|---|
| Land Value | 450,000.00 |
| Improvement Value | 94,009.00 |
| AG Value | 0.00 |
| AG Productivity Value | 0.00 |
| Timber Value | 0.00 |
| Timber Productivity Value | 0.00 |
| Assessed Value | 469,600.00 |
| 10% Cap Value | 74,409.00 |
| Total Value | 544,009.00 |

**Property Details**

| | |
|---|---|
| Deed Date | 04081999 |
| Deed Volume | 00000 |
| Deed Page | 00000 |
| Exemptions | HS |
| Freeze Exempt | F |
| ARB Protest | F |
| Agent Code | 0 |
| Land Acres | 0.0000 |
| Block | 5 |
| Tract or Lot | 10-11 |
| Docket No. | |
| Abstract Code | S06611 |
| Neighborhood Code | Z9440 |

*ASSETS FOR JUDGMENT* (handwritten)

**Data up to date as of 2007-05-01**

*HUD # 06-06-293-8* (handwritten)

*CITY # 01-06-0028-HG/COA, EE/FHO* (handwritten)

| AGRICULTURAL FORM | APPORTIONMENT OF AGENT FORM 2 | FREEPORT EXEMPTION | | HOMESTEAD EXEMPTION FORM | |
|---|---|---|---|---|---|
| PRINTER FRIENDLY REPORT | PROTEST FORM | RELIGIOUS EXEMPTION FORM | | (TIFF) | (PDF) |
| | | | | PLAT MAP | PLAT MAP |

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 469,600.00 | 469,600.00 | 544,009.00 | 544,009.00 |
| 01 | AUSTIN ISD | 1.493000 | 469,600.00 | 454,600.00 | 544,009.00 | 544,009.00 |
| 02 | CITY OF AUSTIN | 0.412600 | 469,600.00 | 469,600.00 | 544,009.00 | 544,009.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 469,600.00 | 375,680.00 | 544,009.00 | 544,009.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 469,600.00 | 375,680.00 | 544,009.00 | 544,009.00 |
| 68 | AUSTIN COMM COLL DIST | 0.096500 | 469,600.00 | 464,600.00 | 544,009.00 | 544,009.00 |

**Improvement Information**

| Improvement ID | State Category | Description |
|---|---|---|
| 177038 | A1 | 1 FAM DWELLING |

**TaxNetUSA: Travis County**　　　　Property ID Number: **552428** Ref ID2 Number: **03340305270000**

Owner's Name　**BENAVIDES JOHN A & MARGARET T**　　**Property Details**

| Mailing Address | 7919 EUDORA LN<br>AUSTIN, TX 78747-3917 |
| Location | 7919 EUDORA LN 78744 |
| Legal | LOT 10 BLK G SPRINGFIELD PHS B SEC 5 |

*HUD #06-06-293-8*

| Property Details | |
| --- | --- |
| Deed Date | 01302004 |
| Deed Volume | 00000 |
| Deed Page | 00000 |
| Exemptions | *ASSETS* HS |
| Freeze Exempt | F |
| ARB Protest | *FOR* F |
| Agent Code | *JUDGMENT* 0 |

**Value Information**　　　**2007 Preliminary**

| Value Information | 2007 Preliminary | | | |
| --- | --- | --- | --- | --- |
| Land Value | 30,000.00 | Land Acres | 0.1880 |
| Improvement Value | 134,232.00 | Block | G |
| AG Value | 0.00 | Tract or Lot | 10 |
| AG Productivity Value | 0.00 | Docket No. | |
| Timber Value | 0.00 | Abstract Code | S12962 |
| Timber Productivity Value | 0.00 | Neighborhood Code | H0950 |
| Assessed Value | 164,232.00 | | |
| 10% Cap Value | 0.00 | | |
| Total Value | 164,232.00 | **Data up to date as of 2007-05-01** | |

*C-1-CV-06-000678 TRIAL 6/16/06*
*CHESTER E. BEAVER, ATTORNEY*

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
| --- | --- | --- | --- | --- | --- | --- |
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 164,232.00 | 164,232.00 | 164,232.00 | 164,232.00 |
| 01 | AUSTIN ISD | 1.493000 | 164,232.00 | 149,232.00 | 164,232.00 | 164,232.00 |
| 02 | CITY OF AUSTIN | 0.412600 | 164,232.00 | 164,232.00 | 164,232.00 | 164,232.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 164,232.00 | 131,386.00 | 164,232.00 | 164,232.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 164,232.00 | 131,386.00 | 164,232.00 | 164,232.00 |
| 68 | AUSTIN COMM COLL DIST | 0.096500 | 164,232.00 | 159,232.00 | 164,232.00 | 164,232.00 |

**Improvement Information**

| Improvement ID | State Category | Description |
| --- | --- | --- |
| 421144 | A1 | 1 FAM DWELLING |

**Segment Information**

| Imp ID | Seg ID | Type Code | Description | Class | Effective Year Built | Area |
| --- | --- | --- | --- | --- | --- | --- |
| 421144 | 2771290 | 1ST | 1st Floor | WS | 2003 | 1,027 |

**TaxNetUSA: Travis County Property Information** Property ID Number: **554424** Ref ID2 Number: **04244812010000**

Owner's Name **GORHAM CHARLES H & MARIA E**

Mailing Address 11008 MAELIN DR
AUSTIN, TX 78739-2051

Location 11008 MAELIN DR 78739

Legal LOT 1 BLK N HIELSCHER SEC 12 THE

*HUD# 06-06-293-8*

**Property Details**

| | |
|---|---|
| Deed Date | 11302004 |
| Deed Volume | |
| Deed Page | |
| Exemptions | HS, DV2 |
| Freeze Exempt | F |
| ARB Protest | F |
| Agent Code | 0 |
| Land Acres | 0.2808 |
| Block | N |
| Tract or Lot | 1 |
| Docket No. | |
| Abstract Code | S05806 |
| Neighborhood Code | O1440 |

*ADMINISTRATOR AUSTIN FAIR HOUSING OFFICE ASSETS FOR JUDGMENT*

**Value Information**    **2007 Preliminary**

| | |
|---|---|
| Land Value | 52,500.00 |
| Improvement Value | 252,432.00 |
| AG Value | 0.00 |
| AG Productivity Value | 0.00 |
| Timber Value | 0.00 |
| Timber Productivity Value | 0.00 |
| Assessed Value | 304,932.00 |
| 10% Cap Value | 0.00 |
| Total Value | 304,932.00 |

**Data up to date as of 2007-05-01**

*CITY HUD# 01-06-0028-HG/COA.EE/FHO*

Agricultural (1-D-1)    Appointment of Agent Form    Freeport Exemption    Homestead Exemption Form

*C-1-CV-06-000678 TRIAL 06/16/06*

Printer Friendly Report    Protest Form    Religious Exemption Form    (TIFF)    (PDF)

Plat Map    Plat Map

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 304,932.00 | 297,432.00 | 304,932.00 | 304,932.00 |
| 01 | AUSTIN ISD | 1.493000 | 304,932.00 | 282,432.00 | 304,932.00 | 304,932.00 |
| 02 | CITY OF AUSTIN | 0.412600 | 304,932.00 | 297,432.00 | 304,932.00 | 304,932.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 304,932.00 | 236,446.00 | 304,932.00 | 304,932.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 304,932.00 | 236,446.00 | 304,932.00 | 304,932.00 |
| 68 | AUSTIN COMM COLL DIST | 0.096500 | 304,932.00 | 292,432.00 | 304,932.00 | 304,932.00 |

**Improvement Information**

| Improvement ID | State Category | Description |
|---|---|---|
| 572028 | A1 | 1 FAM DWELLING |

**Segment Information**

| Imp ID | Seg ID | Type | Description | Class | Effective Year | Area |
|---|---|---|---|---|---|---|

# HARRIS COUNTY APPRAISAL DISTRICT
## REAL PROPERTY ACCOUNT INFORMATION

Tax Year: 2007

### 1172170000005

🖶Print

ARNOLD TAUCH

Owner and Property Information

| Owner Name & Mailing Address: | **TAUCH ARNOLD C & JOANNE S** **6250 WOODS BRIDGE WAY** **HOUSTON TX 77007-7041** | Legal Description: | **LT 5** **ARLINGTON TERRACE SEC 1** |
|---|---|---|---|
| | | Property Address: | **6250 WOODS BRIDGE WAY** **HOUSTON TX 77007** |

*ASSETS FOR JUDGMENT FUND – HUD*

| State Class Code | Land Use Code | Land Area | Total Living Area | Neighborhood | Map Facet | Key Map® |
|---|---|---|---|---|---|---|
| A1 -- Real, Residential, Single-Family | 1001 -- Residential Improved | 6,304 SF | 2,186 SF | 8308.03 | 5257B | 492K |

*HUD #06-06-293-8*

## Value Status Information

| Capped Account | Value Status | Notice Date | Hearing Status | Shared CAD |
|---|---|---|---|---|
| Yes | Noticed | 4/25/2007 | Protest Received | No |

## Exemptions and Jurisdictions

| Exemption Type | Districts | Jurisdictions | ARB Status | 2006 Rate | 2007 Rate |
|---|---|---|---|---|---|
| Residential Homestead | 001 | HOUSTON ISD | Not Certified | 1.47570 | |
| | 040 | HARRIS COUNTY | Not Certified | 0.40239 | |
| | 041 | HARRIS CO FLOOD CNTRL | Not Certified | 0.03241 | |
| | 042 | PORT OF HOUSTON AUTHY | Not Certified | 0.01302 | |
| | 043 | HARRIS CO HOSP DIST | Not Certified | 0.19216 | |
| | 044 | HARRIS CO EDUC DEPT | Not Certified | 0.00629 | |
| | 048 | HOU COMMUNITY COLLEGE | Not Certified | 0.09518 | |
| | 061 | CITY OF HOUSTON | Not Certified | 0.64500 | |

*CASE NO. 041509 TRIAL 1/26/06*

## Valuations

| | 2006 Value | | | 2007 Value | |
|---|---|---|---|---|---|
| | Market | Appraised | | Market | Appraised |
| Land | 350,187 | Land | | 382,022 | |
| Improvement | 380,813 | Improvement | | 445,209 | |
| Total | 731,000 | 731,000 Total | | 827,231 | 804,100 |

## Land

Market Value Land

*CAUSE NO. C-1-CV-06-000678 TRIAL 6/16/06*

**TaxNetUSA: Travis County**

Property ID Number: **488578** Ref ID2 Number: **00001011660000**

| | | |
|---|---|---|
| Owner's Name | **FALCON APARTMENTS OF AUSTIN LTD** | **Property Details** |

*(handwritten) ASSETS FOR JUDGMENT FUND HUD*

| | | |
|---|---|---|
| Mailing Address | LEASING OFFICE<br>500 STASSNEY LN E<br>AUSTIN, TX 78745-3243 | Deed Date<br>Deed Volume<br>Deed Page |
| Location | 500 E STASSNEY LN 78745 | Exemptions |
| Legal | PERSONAL PROPERTY COMMERCIAL<br>FALCON RIDGE APARTMENTS LEASING<br>OFFICE | Freeze Exempt            F<br>ARB Protest               F<br>Agent Code            2033<br>Land Acres         0.0000 |

*(handwritten) ARNOLD TRUCH*

**Value Information**

*(handwritten) JACK C. MOSS REGISTERED AGENT*

| | **2007 Preliminary** | |
|---|---|---|
| Land Value | 0.00 | Block |
| Improvement Value | 0.00 | Tract or Lot |
| AG Value | 0.00 | Docket No. |
| AG Productivity Value | 0.00 | Abstract Code |
| Timber Value | 0.00 | Neighborhood Code |
| Timber Productivity Value | 0.00 | |
| Assessed Value | 14,263.00 | **Data up to date as of 2007-05-01** |
| 10% Cap Value | 0.00 | |
| Total Value | 14,263.00 | |

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 14,263.00 | 14,263.00 | 14,263.00 | 14,263.00 |
| 01 | AUSTIN ISD | 1.493000 | 14,263.00 | 14,263.00 | 14,263.00 | 14,263.00 |
| 02 | CITY OF AUSTIN | 0.412600 | 14,263.00 | 14,263.00 | 14,263.00 | 14,263.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 14,263.00 | 14,263.00 | 14,263.00 | 14,263.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 14,263.00 | 14,263.00 | 14,263.00 | 14,263.00 |
| 68 | AUSTIN COMM COLL DIST | 0.096500 | 14,263.00 | 14,263.00 | 14,263.00 | 14,263.00 |

**Improvement Information**

| Improvement ID | State Category | Description |
|---|---|---|

**Segment Information**

| Imp ID | Seg ID | Type Code | Description | Class | Effective Year Built | Area |
|---|---|---|---|---|---|---|
| | | | | | Total Living Area | 0 |

**TaxNetUSA: Travis County Property Information**        Property ID Number: 329772 Ref ID2 Number: 04180501050000

| Owner's Name | **JEFFERSON AT FALCON RIDGE LP** | **Property Details** | |
|---|---|---|---|
| Mailing Address | 600 E LAS COLINAS BLVD #1800 IRVING, TX 75039-5625 | Deed Date | 09222006 |
| | | Deed Volume | |
| Location | 500 E STASSNEY LN 78744 | Deed Page | *J. FRANK MILLER, III* |
| | | Exemptions | |
| Legal | LOT 1 BLK B DMC SUBD LOT 2 BLK A STASSNEY VENTURE SUBD | Freeze Exempt | *ARNOLD TRUCH* F |
| | | ARB Protest | F |

| **Value Information** | **2007 Preliminary** | Agent Code | *JACK C. MOSS* 2409 |
|---|---|---|---|
| Land Value | 3,064,575.00 | Land Acres | 23.4510 |
| Improvement Value | 20,148,939.00 | Block | *HEIDI PIPER* B; A |
| AG Value | 0.00 | Tract or Lot | 1; 2 |
| AG Productivity Value | 0.00 | Docket No. | *MANAGER* |
| Timber Value | 0.00 | Abstract Code | S03988 |
| Timber Productivity Value | 0.00 | Neighborhood Code | 08SC2 |
| Assessed Value | 23,213,514.00 | | |
| 10% Cap Value | 0.00 | **Data up to date as of 2007-05-01** | |
| Total Value | 23,213,514.00 | | |

*DOUBLE RENT - UNLAWFUL RELETTING CHARGES*

*# $3,893.00*

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 23,213,514.00 | 23,213,514.00 | 23,213,514.00 | 23,213,514.00 |
| 01 | AUSTIN ISD | 1.493000 | 23,213,514.00 | 23,213,514.00 | 23,213,514.00 | 23,213,514.00 |
| 02 | CITY OF AUSTIN | 0.412600 | 23,213,514.00 | 23,213,514.00 | 23,213,514.00 | 23,213,514.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 23,213,514.00 | 23,213,514.00 | 23,213,514.00 | 23,213,514.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 23,213,514.00 | 23,213,514.00 | 23,213,514.00 | 23,213,514.00 |
| 68 | AUSTIN COMM COLL DIST | 0.096500 | 23,213,514.00 | 23,213,514.00 | 23,213,514.00 | 23,213,514.00 |

**Improvement Information**

| Improvement ID | State Category | Description |
|---|---|---|
| 275250 | B1 | APARTMENT 100+ |
| 275251 | B1 | SPECIAL (NODEPR) |
| 275252 | B1 | SPECIAL (NODEPR) |
| 348822 | B1 | SPECIAL (NODEPR) |

# HARRIS COUNTY APPRAISAL DISTRICT
## PERSONAL PROPERTY ACCOUNT INFORMATION
### 0818487

**Tax Year:**
**2006**

🖶**Print**

*NO*    **Fiduciary Information**

Owner and Property Information

Owner Name & **FALCON GROUP** Property Address:
Mailing Address: **CONSTRUCTION** Description:    **None**
**AND**
**DEVELOPMENT**
**SUITE 530**
**5225 KATY FWY**
**HOUSTON  TX**
**77007-2264**

*ARNOLD THOCH*
*REAL ESTATE*
*EMPIRE*
*HEADQUARTERS*

| State Class Code | Property Type |
|---|---|
| L1 -- Tangible, Commercial | A -- Business Personal Property |

| SIC Code | Square Ft |
|---|---|
| 8939D -- OFFICE-GENERAL 5000-9999 SQ FT | 6,568 |

Value Status Information

| Value Status | Notice Date | ARB Status |
|---|---|---|
| Noticed | 6/16/2006 | Certified: 8/31/2006 |

Exemptions and Jurisdictions

| Exemption Type | Districts | Jurisdictions | 2005 Rate | 2006 Rate | Online Tax Bill |
|---|---|---|---|---|---|
| None | 001 | HOUSTON ISD | 1.62000 | 1.47570 | |
| | 040 | HARRIS COUNTY | 0.39986 | 0.40239 | View |
| | 041 | HARRIS CO FLOOD CNTRL | 0.03322 | 0.03241 | |
| | 042 | PORT OF HOUSTON | 0.01474 | 0.01302 | |

**TaxNetUSA: Travis County Property Information** Property ID Number: **457643** Ref ID2 Number: **01506603450000**

| | | **Property Details** | |
|---|---|---|---|
| Owner's Name | **FALCON OF LAKE TRAVIS INC** | | |
| Mailing Address | 5225 KATY FWY STE 530 HOUSTON, TX 77007-2251 | Deed Date | 03261999 |
| | | Deed Volume | 13401 |
| Location | 210 COSTA BELLA DR 78734 | Deed Page | 00841 |
| Legal | LOT 46 BLK A COSTA BELLA SUBD | Exemptions | |
| | | Freeze Exempt | F |
| | | ARB Protest | F |
| | | Agent Code | 2033 |

*ARUOLA TRICH*
*JACK C. MOSS*
*REAL ESTATE*
*BROKERS*

| Value Information | 2007 Preliminary | | |
|---|---|---|---|
| Land Value | 288,750.00 | Land Acres | 1.0410 |
| Improvement Value | 0.00 | Block | A |
| AG Value | 0.00 | Tract or Lot | 46 |
| AG Productivity Value | 0.00 | Docket No. | |
| Timber Value | 0.00 | Abstract Code | S03322 |
| Timber Productivity Value | 0.00 | Neighborhood Code | R9010 |
| Assessed Value | 288,750.00 | | |
| 10% Cap Value | 0.00 | | |
| Total Value | 288,750.00 | **Data up to date as of 2007-05-01** | |

| AGRICULTURAL (1-D-1) | APPOINTMENT OF AGENT FORM | FREEPORT EXEMPTION | HOMESTEAD EXEMPTION FORM | |
|---|---|---|---|---|
| | | | (TIFF) | (PDF) |
| PRINTER FRIENDLY REPORT | PROTEST FORM | RELIGIOUS EXEMPTION FORM | PLAT MAP | PLAT MAP |

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 288,750.00 | 288,750.00 | 288,750.00 | 288,750.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 288,750.00 | 288,750.00 | 288,750.00 | 288,750.00 |
| 07 | LAKE TRAVIS ISD | 1.618600 | 288,750.00 | 288,750.00 | 288,750.00 | 288,750.00 |
| 17 | WCID NO 17 | 0.059900 | 288,750.00 | 288,750.00 | 288,750.00 | 288,750.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 288,750.00 | 288,750.00 | 288,750.00 | 288,750.00 |
| 52 | TRAVIS CO ESD NO 6 | 0.100000 | 288,750.00 | 288,750.00 | 288,750.00 | 288,750.00 |

**Improvement Information**

Improvement State Category Description
(1)

### HARRIS COUNTY APPRAISAL DISTRICT
### REAL PROPERTY ACCOUNT INFORMATION
**0791500030004**

Tax Year: 2007

Print

Owner and Property Information    *KYLE TAUCH*

Owner Name & **TAUCH KYLE**
Mailing Address: **5410 PIPING ROCK LN**
**HOUSTON TX 77056-4916**

*ASSETS PENDING*

Legal Description: **LT 4 BLK 3**
**DEL MONTE SEC 2**

Property Address: **5410 PIPING ROCK LN**
**HOUSTON TX 77056**

| State Class Code | Land Use Code | Land Area | Total Living Area | Neighborhood | Map Facet | Key Map® |
|---|---|---|---|---|---|---|
| A1 -- Real, Residential, Single-Family | 1001 -- Residential Improved | 15,470 SF | 2,468 SF | 7910.01 | 5156B | 491U |

*FUTURE LOSSES*

*HUD # 06-06-2193-8*

### Value Status Information

| Capped Account | Value Status | Shared CAD |
|---|---|---|
| Pending | All Values Pending | No |

### Exemptions and Jurisdictions

| Exemption Type | Districts | Jurisdictions | ARB Status | 2006 Rate | 2007 Rate |
|---|---|---|---|---|---|
| Residential Homestead | 001 | HOUSTON ISD | Pending | 1.47570 | |
| | 040 | HARRIS COUNTY | Pending | 0.40239 | |
| | 041 | HARRIS CO FLOOD CNTRL | Pending | 0.03241 | |
| | 042 | PORT OF HOUSTON AUTHY | Pending | 0.01302 | |
| | 043 | HARRIS CO HOSP DIST | Pending | 0.19216 | |
| | 044 | HARRIS CO EDUC DEPT | Pending | 0.00629 | |
| | 048 | HOU COMMUNITY COLLEGE | Pending | 0.09518 | |
| | 061 | CITY OF HOUSTON | Pending | 0.64500 | |

### Valuations

| | 2006 Value | | | 2007 Value | |
|---|---|---|---|---|---|
| | Market | Appraised | | Market | Appraised |
| Land | 240,000 | Land | | | |
| Improvement | 10,000 | Improvement | | | |
| Total | 250,000 | 250,000 Total | | Pending | Pending |

### Land

#### Market Value Land

| Line Description | Site Code | Unit Type | Units | Size Factor | Site Factor | Appr O/R Factor | Appr O/R Reason | Total Adj | Unit Price | Adj Unit Price | Adj Value |
|---|---|---|---|---|---|---|---|---|---|---|---|

*ASSETS FOR JUDGMENT*



# Hays Central Appraisal District
21001 N IH35 - Kyle, Texas 78640
Phone: (512) 268-2522 Fax: (512) 268-1945

**Home**

**General Informa** **History** **GIS Map**

**News**

**Property Detail Sheet (R101059)**

**Datasheet**

**FAQ**

**Owner**
**Information**

*DEBRA WEHMEIER*
*REGIONAL VICE PRESIDENT*
*HUD #06-06-293-8*

**Searches**

Owner ID: **O00000941**

PropertyID Search    Owner Name: **WEHMEIER LLOYD T & DEBRA G**

Account Search

Owner Search    Owner **751 WOODLAND DR**
Address: **DRIFTWOOD,TX 78619**

Address Search    Property **751 WOODLAND DR**
Advanced Search    Address: **DRIFTWOOD, TX 78619**

**Property Data**

*GREYSTAR - GREP FAMILY*
*RIVERSTONE RESIDENTIAL SC, CCC*

**Detail Sheet**    **Parcel**
**Information**

History    Legal **WOODLAND ESTATES SEC II PHASE B,**
Description: **LOT 23, ACRES 2.00**

Datasheet    Acreage: **2.00**

**Other**    Cross
Reference: **11-9341-0000-02300-4**

Taxing Units

Neighborhoods    Undivided **100%**
Interest:    *FALCON RIDGE APARTMENTS*

Abstracts    **Exemption**    *VILLAGE AT COLLINWOOD*

Subdivisions    **Codes:**

Directions

Hays Tax Office    Entity Codes: **EH4 (Dripping Springs ISD - CED)**

Board of Directors    **ENR (NORTH HAYS CO ES DIST #1)**
**FNW (NORTHWEST HAYS CO ES DIST #5)**

ARB Members    **GHA (HAYS COUNTY)**

Tax Rates    **RSP (SPECIAL ROAD)**

Low Income Housing    **SDS (DRIPPING SPRINGS ISD)**

Taxpayers Rights (English)    Deed Type: **General Warranty Deed With Vendor's Lien**
Deed Book: **2820** *JEFFERSON AT FALCON RIDGE*

Taxpayers Rights (Spanish)       Deed Page:  592
Delinquent Tax Sales              Map Page:

Capitalization Rate        Land HS:              $0 +
Forms                      Land NHS:         $47,970 +
Other Map Formats          Improvement
Links                         HS:               $0 +
                           Improvement
Recorded Subdivision Plats    NHS:        $299,560 +
Test                       Ag Market:            $0
                           Ag Use:               $0 +
                           Timber
                           Market:               $0
                           Timber Use:           $0 +
                           Assessed:       $347,530 = ✓

## Improvements

| ID | Type | SPTB | Se |
|---|---|---|---|
| **Imp1** | R (Residential) | A1 (A1-Residential (sf, 5 Ac Or Less)) | 4 |

## Land

| ID | Type | SPTB |
|---|---|---|
| **Land1** | A1 (A1-Residential) | A1 (A1-Residential (sf, 5 Ac Or Les |

* Adobe Acrobat Reader 5.0 (minimum) is required
to view pdf documents. Acrobat Reader is a free
program available here.

*DEBRA WEHMEIER PRESIDENT*
*AUSTIN APARTMENT ASSOCIATION*
*C-1-CV-06-000676   6/16/06 TRIAL*
*NO SHOW SUBPOENA*

Home > NMHC Top 50 > 2006 > Top 50 Apartment Managers (Rankings)

## Top 50 Apartment Managers (Rankings)

*GREYSTAR RIVERSTONE*

### 2006 NMHC 50
### 50 Largest U.S. Apartment Managers as of January 1, 2006

| Current Rank | Previous Rank | Company | Headquarters | Corporate Officer | Current Units | Previous Units |
|---|---|---|---|---|---|---|
| 1 | 2 | Equity Residential | Chicago, IL | David J. Neithercut | 197,774 | 203,490 |
| 2 | 1 | AIMCO | Denver, CO | Terry Considine | 191,951 | 215,256 |
| 3 | 3 | American Management Services (dba Pinnacle) | Seattle, WA | Stan J. Harrelson | 135,525 | 132,327 |
| 4 | 4 | Lincoln Property Company | Dallas, TX | J. Timothy Byrne | 112,928 | 107,877 |
| 5 | 6 | Archstone-Smith | Englewood, CO | R. Scot Sellers | 81,165 | 75,046 |
| 6 | 5 | United Dominion Realty Trust, Inc. | Richmond, VA | Thomas W. Toomey | 74,708 | 80,137 |
| 7 | 12 | Greystar Real Estate Partners, LLC | Charleston, SC | Robert A. Faith  *FAITH* | 72,981 | 56,510 |
| 8 | 15 | Camden Property Trust | Houston, TX | Richard J. Campo | 65,800 | 52,515 |
| 9 | 13 | WinnCompanies | Boston, MA | Samuel Ross | 61,427 | 55,856 |
| 10 | 14 | Fairfield Residential LLC | San Diego, CA | Christopher E. Hashioka | 57,344 | 53,766 |
| 11 | NR | Riverstone Residential Group LLC | Rockville, MD | Christine Freeland  *FREELAND* | 55,000 | NR |
| 12 | 17 | The ConAm Group of Companies | San Diego, CA | J. Bradley Forrester | 52,600 | 51,000 |
| 13 | 11 | Sentinel Real Estate Corporation | New York, NY | John H. Streicker | 50,176 | 56,597 |
| 14 | 16 | Edward Rose Building Enterprise | Farmington Hills, MI | Sheldon Rose | 49,979 | 51,334 |
| 15 | 18 | Home Properties, Inc. | Rochester, NY | Edward J. Pettinella | 47,001 | 47,313 |
| 16 | NR | Colonial Properties Trust | Birmingham, AL | Tom Lowder | 46,920 | NR |
| 17 | 10 | Alliance Holdings, L.L.C. | Chicago, IL | Andrew W. Schor | 45,681 | 63,510 |
| 18 | 27 | Capstone Real Estate Services, | Austin, TX | James W Berkey | 42,102 | 32,190 |

TaxNetUSA: Travis County          Property ID Number: **470385** Ref ID2 Number: **00000977760000**

Owner's Name    **GREYSTAR** ✓

Mailing Address
ATTN: TAX DEPT
812 SAN ANTONIO ST STE 200
AUSTIN, TX 78701-2224

Location
812 SAN ANTONIO ST 200
AUSTIN 78701

Legal
PERSONAL PROPERTY
COMMERCIAL GREYSTAR

*ROBERT A. FAITH, PRESIDENT*

### Value Information          **2007 Preliminary**

| | |
|---|---|
| Land Value | 0.00 |
| Improvement Value | 0.00 |
| AG Value | 0.00 |
| AG Productivity Value | 0.00 |
| Timber Value | 0.00 |
| Timber Productivity Value | 0.00 |
| Assessed Value | 43,680.00 |
| 10% Cap Value | 0.00 |
| Total Value | 43,680.00 |

**Property Details**

| | |
|---|---|
| Deed Date | |
| Deed Volume | |
| Deed Page | |
| Exemptions | |
| Freeze Exempt | F |
| ARB Protest | F |
| Agent Code | 0 |
| Land Acres | 0.0000 |
| Block | |
| Tract or Lot | |
| Docket No. | |
| Abstract Code | |
| Neighborhood Code | |

*DEBRA WEITMEIER*
*REGIONAL VICE PRESIDENT*
*ASSETS*
*FOR*
*JUDGMENT FUND*
*HOA*

*GARY KEN OLDHAM*
*PARTNER*

**Data up to date as of 2007-05-01**

### Value By Jurisdiction

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value ✓ |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 43,680.00 | 43,680.00 | 43,680.00 | 43,680.00 |
| 01 | AUSTIN ISD | 1.493000 | 43,680.00 | 43,680.00 | 43,680.00 | 43,680.00 |
| 02 | CITY OF AUSTIN | 0.412600 | 43,680.00 | 43,680.00 | 43,680.00 | 43,680.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 43,680.00 | 43,680.00 | 43,680.00 | 43,680.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 43,680.00 | 43,680.00 | 43,680.00 | 43,680.00 |
| 68 | AUSTIN COMM COLL DIST | 0.096500 | 43,680.00 | 43,680.00 | 43,680.00 | 43,680.00 |

**Improvement Information**

| Improvement ID | State Category | Description |
|---|---|---|

# CHARLESTON COUNTY
## *Tax Offices*

- TAX RECORDS SEARCH
- CONTACTS
- OTHER PUBLIC RECORDS
- HOME

**Office Hours**

*CHARLESTON, SC  TAX OFFICE*

The tax offices are open from 8:30 a.m. to 5:00 p.m. Monday through Friday, with the exception of the St. Paul's Service Center, where the hours are 8:00 a.m. to 4:30 p.m. Offices are closed in observance of the following county holidays:

*1:06CV01964 RBW*

| | |
|---|---|
| New Year's Day | Labor Day |
| Martin Luther King, Jr. Day | Veterans' Day |
| Presidents' Day | Thanksgiving Day and the day after |
| Memorial Day | Christmas Eve and Christmas Day |
| | (and day before if declared by |
| Independence Day | governor) |

*1:06CV00967LY-RP*

**Office Locations:**

*ROBERT A. FAITH*
*ELIZABETH M. FAITH*
*FAITH FAMILY HOLDINGS*
*GREYSTAR*
*GREP*
*FAMILY*
*CHARLESTON*
*SOUTH CAROLINA*
*JUDGMENT*
*FUND*
*ASSETS*

**Downtown Charleston**
O.T. Wallace County Office Building
2 Courthouse Square
Charleston, SC 29402

**Auditor**
Room 101
(843) 958-4200
(843) 958-4222 (Fax)

**Treasurer**
Room 108
(843) 958-4360
(843) 958-4370 (Fax)

The County Office Building is located in Charleston near the corner of Meeting and Broad Streets. It is between Hibernian Hall and the Historic Charleston County Courthouse, which is under restoration. Parking is available in the King and Queen Street garage for a fee.

**East Cooper Service Center**
1189 Iron Bridge Road
Mount Pleasant, SC 29464
(843) 856-1201
(843) 856-1204 (Fax)

The East Cooper Service Center is located in Mount Pleasant off the Highway 17 North Bypass near the intersection with the Isle of Palms Connector. The S.C. Department of Motor Vehicles is located in the same facility. Parking is provided free of charge.

*PIERCING THE CORPORATE VEIL*

**North Area Service Center**
4045 Bridge View Drive

Charleston County Tax System - Real Property Detail

# CHARLESTON COUNTY
## Online Tax System

- MAIN MENU
- CONTACTS
- EXIT

**- Billing Information -**

| | | |
|---|---|---|
| Account (PID): | 458-09-03-023 | |
| Tax Year: | 2006 | |
| Prior Year: | NA | |
| Status: | Current (Paid) | |
| Receipt: | 2006-057260 | |
| Previous Receipt: | NA | |
| Next Receipt: | NA | |
| Billed: | 09-30-2006 | |
| Paid Date: | 01-16-2007 | |
| Actual Date: | 01-16-2007 | |
| Mortgage Co: | NA | |
| MLOD Factor: | No | |

| | | |
|---|---|---|
| Appraised (FMV): | 743,000 | |
| Assessment: | 44580 | |
| Mills: | x 0.2366 | |
| | ---------- | |
| Base Tax: | 10547.63 | |
| Penalties: | + | 0.00 |
| Interest: | + | 0.00 |
| Credits: | -1367.12 | |
| User Fee: | +(Other) | |
| | ---------- | |
| Net Tax: | 9180.51 | |
| Amount Paid: | -9180.51 | |
| Nulla Bona Amount: | - | 0.00 |
| Refund Amount: | - | 0.00 |
| Transfer Amount: | - | 0.00 |
| | ---------- | |
| CURR Due: | 0.00 | |

**BUSINESS Property Information -**

| | |
|---|---|
| Legal Description: | 11 STATE ST - LOT 11-A STATE STREET |
| Subdivision: | NA |
| Deed: | 11-13-1997 Z292-249 |
| Plat: | AW-154 |
| Land Use: | OTHER LAND USE |
| General Use: | COM |
| Parcel: | 659 |

| | Appraisal | Assessment |
|---|---|---|
| Buildings Others (6%) | 743,000 | 44,580 |
| | ---------- | ---------- |
| Totals: | 743,000 | 44,580 |

**Acreage**

| | |
|---|---|
| High: | 0.00 |
| Marsh: | 0.00 |
| Swamp: | 0.00 |
| Total: | 0.00 |

**Appraisal**

| | |
|---|---|
| Land: | 126000 |
| Improvements: | 0 |
| Buildings: | 617000 |
| Total: | 743000 |

1:06CV260 LY
1:06CV226 LY-RP
AUSTIN, TEXAS
GREYSTAR FAMILY

**- Owner Information -**

ROBERT A. FAITH

| | | | |
|---|---|---|---|
| Current Owner: | GREYSTAR CAPITAL PARTNERS L P | Tax Address: | 11 STATE ST |
| Current Co-Owner: | NA | | |
| Tax District: | 71 | Mail Address: | 11 STATE ST |
| Jurisdiction: | 01 | City State Zip: | CHARLESTON SC 29401 |

Selections    Credits    Main Menu

Charleston County Tax System - Real Property Detail

Page 1 of 2

# CHARLESTON COUNTY
## Online Tax System

- MAIN MENU
- CONTACTS
- EXIT

*BUSINESS*

| - Billing Information - | | | - Property Information - |
|---|---|---|---|
| Account (PID): | 458-09-03-274 | Appraised (FMV): 331,000 | Legal Description: 18 BROAD ST - UNIT C301A; SUBDIVIDED FROM C401A |
| Tax Year: | 2006 | Assessment: 19860 | Subdivision: THE PEOPLES BUILDING HPR |
| Prior Year: | NA | Mills: x 0.2366 | Deed: 08-16-2005 O549-808 |
| | | | Plat: D389250 |
| Status: | Current (Paid) | | Land Use: OTHER LAND USE |
| | | | General Use: CNU |
| Receipt: | 2006-057262 | | Parcel: 699 |

| | | Buildings | Appraisal | Assessment |
|---|---|---|---|---|
| Base Tax: | 4698.89 | Others (6%) | 331,000 | 19,860 |
| Previous Receipt: | NA | | ---------- | -------------- |
| Penalties: | + 0.00 | | | |
| Next Receipt: | NA | | Totals: 331,000 | 19,860 |
| Interest: | + 0.00 | | | |
| Billed: | 09-30-2006 | Acreage | Appraisal | |
| Credits: | - 609.04 | High: 0.00 | Land: 41000 | |
| Paid Date: | 01-16-2007 | Marsh: 0.00 | Improvements: 0 | |
| User Fee: | +(Other) | Swamp: 0.00 | Buildings: 290000 | |
| Actual Date: | 01-16-2007 | | | |
| Net Tax: | 4089.85 | | | |
| Mortgage Co: | NA | Amount Paid: -4089.85 | Total: 0.00 | Total: 331000 ✓ |
| | | Nulla Bona Amount: - 0.00 | | |

*HUD #06-06-293-8*
*FILED : 12/28/05*

| MLOD Factor: | No | Refund Amount: - 0.00 |
|---|---|---|
| | | Transfer Amount: - 0.00 |
| | | ---------- |
| | | CURR Due: 0.00 ✓ |

- Owner Information -

*ROBERT A. FAITH*

| Current Owner: | GREYSTAR GP LLC | Tax Address: | 18 BROAD ST |
|---|---|---|---|
| Current Co-Owner: | NA | | |
| Tax District: | 71 | Mail Address: | 11 STATE ST ✓ |
| Jurisdiction: | 01 | City State Zip: | CHARLESTON  SC 29401 |

[Selections]   [Credits]   [Main Menu]



CHARLESTON COUNTY
*Auditor*
*Peggy A. Moseley*

*[handwritten] DEED*

*• MAIN MENU*
*• EXIT*

*[handwritten] ROBERT A. FAITH*
*[handwritten] PRESIDENT*

**Parcel ID**
5171500057

**Sub-Division**

**Tax District**
21, Town of Mt. Pleasant

**Legal Description :** 102 LIVE OAK DR LT 10 BLK 47
**Acreage    High :** 0   **Marsh :** 0   **Swamp :** 0   **Water :**    **Total :** 0   **Jurisdiction**
: CNTY-ASSESSR
**Property Address :** 102 LIVE OAK DR
**Mailing Address :** 107 LIVE OAK DR, MT PLEASANT- SC, 29464-4329

| Current Owner -1 | Current Owner -2 | Owner 1 as of Jan 1 | Owner 2 as of Jan 1 | Deed | Deed Date | Sale Date | Sale Price |
|---|---|---|---|---|---|---|---|
| - | - | FAITH FAMILY HOLDINGS LP | LP | E381-492 | 08/31/2001 | 08/27/2001 | $10 |
| FAITH ROBERT A | - | FREEMAN JOHN T III | - | V343-856 | 03/10/2000 | 03/10/2000 | $249,600 |

*[handwritten] CHARLESTON COUNTY, CHARLESTON, SC*

| CARD IMAGE | PLAT COMMENT | OWNER COMMENT |

**For Plat Comment and Owner Comment information on plats and deeds recorded prior to 01/05/2004, please click on Card Image button.**

**Basic deed transfer information is complete back to 1991.**
**For records and transactions preceding that date, please click on Card Image button.**

© Copyright 2006, County of Charleston, South Carolina. All rights reserved. Legal Disclaimer

*[handwritten]*
*GREYSTAR - GREP - FAMILY*
*DEVELOPERS - PROPERTY MANAGERS*
*DEBRA WEHMEIER   AUSTIN, TEXAS*
*GARY KEN OLDHAM   IRVING, TEXAS*
*GREYSTAR HOLDINGS INC*
*GREYSTAR MANAGEMENT SERVICES, LP*
*GREP GENERAL PARTNER, LLC*

Charleston County Tax System - Real Property Detail

# CHARLESTON COUNTY
## Online Tax System

*MAIN MENU*
*CONTACTS*
*EXIT*

*FAITH FAMILY HOLDINGS*

*REAL*

**- Billing Information -**

| | | | |
|---|---|---|---|
| Account (PID): | 517-15-00-057 | Appraised (FMV): | 380,000 |
| Tax Year: | 2006 | Assessment: | 22800 |
| Prior Year: | NA | Mills: | x 0.1994 |
| Status: | Current (Paid) | | ---------- |
| Receipt: | 2006-044262 | | - |
| Previous Receipt: | NA | | |
| Next Receipt: | NA | | |
| Billed: | 09-30-2006 | | |
| Paid Date: | 10-17-2006 | | |
| Actual Date: | 10-17-2006 | | |
| Mortgage Co: | NA | | |
| MLOD Factor: | No | | |

| | | |
|---|---|---|
| Base Tax: | 4546.32 |
| Penalties: | + | 0.00 |
| Interest: | + | 0.00 |
| Credits: | - | 558.60 |
| User Fee: | + | 89.00 |
| | | ---------- |
| Net Tax: | 4076.72 |
| Amount Paid: | -4076.72 |
| Nulla Bona Amount: | - | 0.00 |
| Refund Amount: | - | 0.00 |
| Transfer Amount: | - | 0.00 |
| | | ---------- |
| CURR Due: | 0.00 |

**- Property Information -**

| | |
|---|---|
| Legal Description: | 102 LIVE OAK DR  102 LIVE OAK DR LT 10 BLK 47 |
| Subdivision: | NA |
| Deed: | 08-31-2001 E381-492 |
| Plat: | M-74 |
| Land Use: | RESIDENTIAL |
| General Use: | SFR |
| Parcel: | 10R |

| | Appraisal | Assessment |
|---|---|---|
| Buildings | 380,000 | 22,800 |
| Others (6%) | ---------- | ---------- |
| Totals: | 380,000 | 22,800 |

| Acreage | | Appraisal | |
|---|---|---|---|
| High: | 0.00 | Land: | 273000 |
| Marsh: | 0.00 | Improvements: | 0 |
| Swamp: | 0.00 | Buildings: | 107000 |
| | ---------- | | ---------- |
| Total: | 0.00 | Total: | 380000 |

*TRUST FUND*

**- Owner Information -**

*ROBERT A. FAITH*

| | | | |
|---|---|---|---|
| Current Owner: | FAITH FAMILY HOLDINGS | Tax Address: | 102 LIVE OAK DR |
| Current Co-Owner: | LP | | |
| Tax District: | 21 | Mail Address: | 107 LIVE OAK DR |
| Jurisdiction: | 01 | City State Zip: | MT PLEASANT SC 29464 |

**Selections** | **Credits** | **Main Menu**

Charleston County Tax System - Real Property Detail

Page 1 of 1



# CHARLESTON COUNTY
## *Online Tax System*
*ROBERT A. FAITH*
*REAL*

- MAIN MENU
- CONTACTS
- EXIT

**- Billing Information -**

| | |
|---|---|
| Account (PID): | 517-15-00-057 |
| Tax Year: | 2001 |
| Prior Year: | NA |
| Status: | Current (Nulla Bona) |
| Receipt: | 2001-038442 |
| Previous Receipt: | NA |
| Next Receipt: | 2001-139816 |
| Billed: | 09-28-2001 |
| Paid Date: | NA |
| Actual Date: | NA |
| Mortgage Co: | NA |
| MLOD Factor: | No |

| | |
|---|---|
| Appraised (FMV): | 194,000 |
| Assessment: | 11640 |
| Mills: | x 0.228 |

| | |
|---|---|
| Base Tax: | 2653.92 |
| Penalties: | + 0.00 |
| Interest: | + 0.00 |
| Credits: | - 362.78 |
| User Fee: | + 89.00 |
| Net Tax: | 2380.14 |
| Amount Paid: | - 0.00 |
| Nulla Bona Amount: | -2380.14 |
| Refund Amount: | - 0.00 |
| Transfer Amount: | - 0.00 |
| CURR Due: | 0.00 |

**- Property Information -**

| | |
|---|---|
| Legal Description: | 102 LIVE OAK DR - 102 LIVE OAK DR LT 10 BLK 47 |
| Subdivision: | NA |
| Deed: | 03-10-2000 V343-856 |
| Plat: | M-74 |
| Land Use: | RESIDENTIAL |
| General Use: | SFR |
| Parcel: | 10R |

| Buildings Others (6%) | | Appraisal 194,000 | Assessment 11,640 |
|---|---|---|---|
| | Totals: | 194,000 | 11,640 |

**Acreage**

| | |
|---|---|
| High: | 0.00 |
| Marsh: | 0.00 |
| Swamp: | 0.00 |
| Total: | 0.00 |

**Appraisal**

| | |
|---|---|
| Land: | 185000 |
| Improvements: | 0 |
| Buildings: | 9000 |
| Total: | 194000 |

*CITY OF AUSTIN, TEXAS HOUSING DISCRIMINATION COMPLAINT NO. 01-06-0028-HG/COA, EE/FHo*

**- Owner Information -**

| | |
|---|---|
| Current Owner: | FAITH ROBERT A |
| Current Co-Owner: | NA |
| Tax District: | 21 |
| Jurisdiction: | 01 |

| | |
|---|---|
| Tax Address: | 102 LIVE OAK DR |
| | *GREYSTAR-GREP* |
| Mail Address: | 11 STATE ST |
| City State Zip: | CHARLESTON SC 29401 |

[ Selections ]  [ Credits ]  [ Main Menu ]

*Copyright ©2007 Charleston County. All Rights Reserved*

**REAL PROPERTY RECORD**

CHARLESTON COUNTY, S C

| | | | | | |
|---|---|---|---|---|---|
| 1. | T. M. No. 517 — 15 — 0 | **57** | GEOGRAPHICAL AREA | MT. PLEASANT | 2-1 |

| | TITLE OF OWNERSHIP | DATE OF MO DAY YR | DEED BOOK | DEED PAGE | $ | INDICATED PURCHASE PRICE | | |
|---|---|---|---|---|---|---|---|---|
| 2. | | | | | | | | |
| 3. | FREEMAN, Jack T. | 10-7-59 | R68 | 551 | | | | |
| 4. | FREEMAN, Edith B. | 10-25-66v | P86 | 217 | | 14,755 | 11 | =/L |
| 5. | FREEMAN, John T., III | 6-23-87 | G166 | 177 | | | 27 | 178 *Bay Hau Point Rd, Apt. F27* |
| 6. | FAITH, Robert A. | 3-10-00 | V343 | 856 | | 249,600 | | *11 State St. Chas 29401* |
| 7. | FAITH FAMILY HOLDINGS, L.P. | 8-31-01 | E381 | 492 | | | | |
| 8. | | | | | | | | |
| 9. | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 10. | | **102** | LIVE OAK DRIVE | | SUBDIVISION |
| 11. | Lot 10 | Block 47 | Tract No | Parcel No | Other |
| 12. | High Land | Marsh Land | Total Acres | | DEED ( ), PLAT ( ), COMPUTATIONS ( ) |
| 13. | Road Frontage | 65 x 31 x 69.9 x 70.1 x 90 x x x | | | |
| 14. | PLATS RECORDED IN L-177, N-74 | | | | L x |
| 15. | LT 10 BLK 47 L 177 | | | | |

| | | | |
|---|---|---|---|
| 16. | YEAR ASSESSMENT FOR | 1969 | |
| 17. | LAND ASSESSMENT $ | 50 | |
| 18. | BUILDING ASSESSMENT $ | 1200 | **COMPUTERIZED** |
| 19. | TOTAL ASSESSMENT $ | 1250 | 10/1/87 |
| 20. | NUMBER OF BUILDINGS | 1 | |
| 21. | TOTAL APPRAISED VALUE $ | | |

| 22. | BUILDING PERMIT ISSUING AUTHORITY | PERMIT NUMBER | DATE OF MO DAY YR | DESCRIPTION OF WORK | ESTIMATED COST AS TAKEN FROM PERMIT $ | 1960-68 TAX MAP CODE | | |
|---|---|---|---|---|---|---|---|---|
| 23. | | | | | | TMS 15 | BLOCK 2 | LOT 6 |
| 24. | | | | | | | | |
| 25. | | | | | | "X" IN LAST COLUMN, SEE REVERSE SIDE FOR ADDITIONAL REMARKS | | |

*PARCEL ID    5171500057*

*FAITH FAMILY HOLDINGS*
*DEED*
*ROBERT A. FAITH*
*GREYSTAR - GREP*

Charleston County PRC System

6/6/2007 10:11 AM

# CHARLESTON COUNTY
## Auditor
### Peggy A. Moseley

• MAIN MENU
• EXIT

| Parcel ID | Sub-Division | Tax District |
|---|---|---|
| 5171500046 | ROBERT A. FAITH | 21, Town of Mt. Pleasant |

**Legal Description :** LOT 784 B HADDRELL PT

**Acreage    High :** 1.39   **Marsh :** 0.32    **Swamp :** 0    **Water :**      **Total :** 1.71          **Jurisdiction**
: CNTY-ASSESSR

**Property Address :** 107 LIVE OAK DR

**Mailing Address :** 107 LIVE OAK DR, MT PLEASANT- SC, 29464-4329

| Current Owner - 1 | Current Owner - 2 | Owner 1 as of Jan 1 | Owner 2 as of Jan 1 | Deed | Deed Date | Sale Date | Sale Price |
|---|---|---|---|---|---|---|---|
| - | - | FAITH ELIZABETH M | - | S567-632 | 12/30/2005 | 12/29/2005 | $9 |
| FAITH ROBERT A | AND ELIZABETH MITCHELL | HANAHAN J ROSS III | - | H275-744 | 09/27/1996 | 09/27/1996 | $10 |
| - | - | FAITH ROBERT A | - | S274-693 | 09/27/1996 | 09/16/1996 | $1,375,000 |
| - | - | RIKE KATHARYNE HANAHAN | ETAL | S274-616 | 09/27/1996 | 09/16/1996 | $9 |

 

CARD IMAGE    PLAT COMMENT    OWNER COMMENT

**For Plat Comment and Owner Comment information on plats and deeds recorded prior to 01/05/2004, please click on Card Image button.**

**Basic deed transfer information is complete back to 1991.**
**For records and transactions preceding that date, please click on Card Image button.**

© Copyright 2006, County of Charleston, South Carolina. All rights reserved. Legal Disclaimer

Charleston County Tax System - Real Property Detail

Page 1 of 1



# CHARLESTON COUNTY
## Online Tax System

- MAIN MENU
- CONTACTS
- EXIT

*ROBERT A. FAITH*
*REAL*

### - Billing Information -

| | |
|---|---|
| Account (PID): | 517-15-00-046 |
| Tax Year: | 2005 |
| Prior Year: | NA |
| Status: | Current (Nulla Bona) |
| Receipt: | 2005-042636 |
| Previous Receipt: | NA |
| Next Receipt: | 2005-960769 |
| Billed: | 09-30-2005 |
| Paid Date: | NA |
| Actual Date: | NA |
| Mortgage Co: | NA |
| MLOD Factor: | No |

| | | |
|---|---|---|
| Appraised (FMV): | | 5,086,000 |
| Assessment: | | 203440 |
| Mills: | x | 0.1999 |
| | | |
| Base Tax: | | 40667.64 |
| Penalties: | + | 0.00 |
| Interest: | + | 0.00 |
| Credits: | - | 7259.42 |
| User Fee: | + | 89.00 |
| Net Tax: | | 33497.22 |
| Amount Paid: | - | 0.00 |
| Nulla Bona Amount: | | -33497.22 |
| Refund Amount: | - | 0.00 |
| Transfer Amount: | - | 0.00 |
| CURR Due: | | 0.00 |

### - Property Information -

| | |
|---|---|
| Legal Description: | 107 LIVE OAK DR - LOT 784 B HADDRELL PT |
| Subdivision: | NA |
| Deed: | 09-27-1996 S274-693 |
| Plat: | DB-14 |
| Land Use: | RESIDENTIAL |
| General Use: | SFR |
| Parcel: | 10R |

| Buildings | Appraisal | Assessment |
|---|---|---|
| Qualified Residential (4%) | 5,086,000 | 203,440 |
| Totals: | 5,086,000 | 203,440 |

| Acreage | | Appraisal | |
|---|---|---|---|
| High: | 1.39 | Land: | 2500000 |
| Marsh: | 0.32 | Improvements: | 157000 |
| Swamp: | 0.00 | Buildings: | 2429000 |
| Total: | 1.71 | Total: | 5086000 |

### - Owner Information -

| | | | |
|---|---|---|---|
| Current Owner: | FAITH ROBERT A | Tax Address: | 107 LIVE OAK DR |
| Current Co-Owner: | NA | | |
| Tax District: | 21 | Mail Address: | 107 LIVE OAK DR |
| Jurisdiction: | 01 | City State Zip: | MT PLEASANT SC 29464 |

Selections    Credits    Main Menu

*Copyright ©2007 Charleston County. All Rights Reserved*

**REAL PROPERTY RECORD**

CHARLESTON COUNTY, S C

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. | T. M. No. 517 —— 15 —— 0 | | 46 | GEOGRAPHICAL AREA | | MT. PLEASANT | | | 2-1 |
| 2. | TITLE OF OWNERSHIP | | DATE OF MO DAY YR | DEED BOOK | DEED PAGE | INDICATED $ PURCHASE PRICE | | | |
| 3. | PRIOLEAU, Sarah | | | | | | | | |
| 4. | HANAHAN, Muriel V. | | 4-47v | J47 | 526 | | | | |
| 5. | HANAHAN, Muriel V. and J. Ross, III | | 12-22-83 | C134 | 27 | | | | |
| 6. | HANAHAN, J. Ross, III | | 1987 | 87E | 466 | BY WILL | | | X |
| 7. | RIKE, Katheryne Hanahan  ETAL | | 9-27-96 | S274 | 616 | | | | |
| 8. | FAITH, Robert A. | | 9-27-96 | S274 | 693 | 1,375,000 | | | |
| 9. | | | | | | | | | |
| 10. | Live Oak Drive | | | | SUBDIVISION | | | | |
| 11. | Lot 784 R.   ..   c | Block | | Tract No | | Parcel No | | Other  HADDRELL POINT | |
| 12. | High Land 1.39 | Marsh Land 0.32 | Total Acres 1.71 | | | | DEED ( ), PLAT ( ), COMPUTATIONS ( ) | | |
| 13. | Road Frontage | | | x | | x | x | x | x |
| 14. | PLATS RECORDED IN  E-169, J47-526   DA-945  S274-549, DB-14, A278-504 | | | | | | | | |
| 15. | HADDRELL;  6 7 8  WHITE  * | | | | | | | | X |
| 16. | YEAR ASSESSMENT FOR | 1969 | | | | | | | |
| 17. | LAND ASSESSMENT $ | 750 | COMPUTERIZED | | | | | | |
| 18. | BUILDING ASSESSMENT $ | 1200 | FEB 1 A 1997 | | | | | | |
| 19. | TOTAL ASSESSMENT $ | 1950 * | | | | | | | |
| 20. | NUMBER OF BUILDINGS | | 2-31-97 bd | 1/11/84 a | | | | | |
| 21. | TOTAL APPRAISED VALUE  $ | | 3-11-97 et | | | | | | |
| 22. | BUILDING PERMIT ISSUING AUTHORITY | PERMIT NUMBER | DATE OF MO DAY YR | DESCRIPTION OF WORK | ESTIMATED COST AS TAKEN FROM PERMIT $ | | 1960-68 TAX MAP CODE | | |
| 23. | | | | | | | TMS 14  BLOCK 2  LOT 2 | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | "X" IN LAST COLUMN, SEE REVERSE SIDE FOR ADDITIONAL REMARKS | | |

PARCEL I.D  5171500046
CHARLESTON, SOUTH CAROLINA
ROBERT A. FAITH
ELIZABETH M. FAITH



LINE #15--Property combined by plat attached to deed J47-526. Lot 75' wide by 281i Pt of lot 4 on plat of Haddrell Pt.

LINE #19--Asmts combined: Haddrell is 1L-250; 6,7,8 White is 3L-500, 2B-1200, tot 1700.

LINE #19--BAA Case No. 892B, dated 12-15-71, decision - no change.

LINE #5--FORMERLY J. Ross Hanahan, III. He receives a 1/20 interest. ss 1/7/84

Per Deed X141-678, Muriel V. Hanahan conveys a 1/20 int. to J. Ross Hanahan, III. jwe 2-8-85

LINE #6--Will file #87ES10-00466. 11-13-87 sb
    Also see Deed of Distibution G179-691 from Probate Court to J. Ross Hanahan, III.  12-20-88 sw'

LINE #14--Prev. mapped as 2.4 ac. hi by plat DB-945, 0.32 ac. marsh is shown. Marsh acreage has never been carried on Auditors Records
    for this property. 1-29-97 bld    Acreage is now 2.34 ac hi for 1997

LINE# 7--Deed H275-744 is a re-recorded of deed S274-689 to correct error in grantees name. 2-21-97  lbs
LINE# 7--Deed H275-744 conveys rights in marshland. 2-21-97  lbs

LINE #12--Prev. mapped as Lot 6, 7, 8 and part 4, 2.4 ac. hi. Haddrell Point. Per Plat DB-14, acreage is subd. and 0.32 ac. marsh
    found for 1997. See TMS#517-15-0-132. New legal for this card is Lot 784 B, 1.39 ac. hi. 0.32 ac. marsh = total 1.71 ac. bt
                                                                                                            3-5-97

LINE# 7--See Deed of Distribution S274-616 and File#94-BS-10-01440 The Estate of J. Ross Hanahan III, Etal Are:Orianna Hanahan Jenkins,
    Jeanne Hanahan Smith, Roger Parke Hanahan Jr. and Muriel Hanahan Duncan.  3-11-97  lbs
LINE# 7--Deed H275-744 is a re-recorded of deed S274-689 to correct grantees name see correction in the To Have And Hold. 3-11-97  lbs

PARCEL ID  517150046
CHARLESTON, SOUTH CAROLINA

ROBERT A. FAITH, PRESIDENT
OWNER - GENERAL PARTNER

GREYSTAR HOLDINGS, LUC
FORFEITURE
   TEXAS SECRETARY OF STATE

GREYSTAR MANAGEMENT SERVICES, LP
GREP GENERAL PARTNER, LLC

Charleston County PRC System

6/6/2007 10:12 AM

*Charleston County*
*Auditor*
*Peggy R. Moseley*

• MAIN MENU
• EXIT

| Parcel ID | Sub-Division | Tax District |
|---|---|---|
| 5171500132 | HADDRELL POINT | 21, Town of Mt. Pleasant |

Legal Description :LOT 678 A
Acreage    High : 0.95    Marsh :    Swamp :    Water :    Total : 0.95    Jurisdiction
: CNTY-ASSESSR
Property Address : HADDRELL ST
Mailing Address : 107 LIVE OAK DR, MT PLEASANT- SC, 29464-4329

| Current Owner - 1 | Current Owner - 2 | Owner 1 as of Jan 1 | Owner 2 as of Jan 1 | Deed | Deed Date | Sale Date | Sale Price |
|---|---|---|---|---|---|---|---|
| - | - | FAITH ELIZABETH M | - | S567-632 | 12/30/2005 | 12/29/2005 | $9 |
| - | - | FAITH ROBERT A | - | S274-693 | 09/27/1996 | 09/16/1996 | $1,375,000 |
| - | - | RIKE KATHARYNE HANAHAN | ETAL | S274-616 | 09/27/1996 | 09/16/1996 | $9 |

  

**For Plat Comment and Owner Comment information on plats and deeds recorded prior to 01/05/2004, please click on Card Image button.**

**Basic deed transfer information is complete back to 1991.**
**For records and transactions preceding that date, please click on Card Image button.**

© Copyright 2006, County of Charleston, South Carolina. All rights reserved. Legal Disclaimer

CHARLESTON, SOUTH CAROLINA
ROBERT A. FAITH, PRESIDENT

# CHARLESTON COUNTY
## Online Tax System

- MAIN MENU
- CONTACTS
- EXIT

*ROBERT A FAITH*



**- Billing Information -**

| | |
|---|---|
| Account (PID): | 517-15-00-132 |
| Tax Year: | 2005 |
| Prior Year: | NA |
| Status: | Current (Nulla Bona) |
| Receipt: | 2005-042637 |
| Previous Receipt: | NA |
| Next Receipt: | 2005-960770 |
| Billed: | 09-30-2005 |
| Paid Date: | NA |
| Actual Date: | NA |
| Mortgage Co: | NA |
| MLOD Factor: | No |

| | |
|---|---|
| Appraised (FMV): | 1,100,000 |
| Assessment: | 44000 |
| Mills: | x 0.1999 |
| Base Tax: | 8795.60 |
| Penalties: | + 0.00 |
| Interest: | + 0.00 |
| Credits: | - 1507.00 |
| User Fee: | + 0.00 |
| Net Tax: | 7288.60 |
| Amount Paid: | - 0.00 |
| Nulla Bona Amount: | - 7288.60 |
| Refund Amount: | - 0.00 |
| Transfer Amount: | - 0.00 |
| CURR Due: | 0.00 |

**- Property Information -**

| | |
|---|---|
| Legal Description: | HADDRELL ST LOT 678 A |
| Subdivision: | HADDRELL POINT |
| Deed: | 09-27-1996 S274-693 |
| Plat: | DB-14 |
| Land Use: | VACANT |
| General Use: | VCR |
| Parcel: | 10R |

| Buildings Qualified Residential (4%) | Appraisal 1,100,000 | Assessment 44,000 |
|---|---|---|
| Totals: | 1,100,000 | 44,000 |

| Acreage | | Appraisal | |
|---|---|---|---|
| High: | 0.95 | Land: | 1100000 |
| Marsh: | 0.00 | Improvements: | 0 |
| Swamp: | 0.00 | Buildings: | 0 |
| Total: | 0.95 | Total: | 1100000 |

*1:06 CV01964 RBW*
*BUESGENS*
*V.*
*CHARLES E. BROWN*
*ARMBRUST & BROWN, LLP*
*GRADY, JEWETT & McCULLEY, LLP*

**- Owner Information -**

| | | | |
|---|---|---|---|
| Current Owner: | FAITH ROBERT A | Tax Address: | HADDRELL ST |
| Current Co-Owner: | NA | | |
| Tax District: | 21 | Mail Address: | 107 LIVE OAK DR |
| Jurisdiction: | 01 | City State | MT |

| | CHARLESTON COUNTY AUDITOR'S OFFICE | | REAL PROPERTY RECORD | | | | | SEE BACK FOR NOTES | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 517 — 15 — 00 — *132* | PARCEL ID # | GEOGRAPHICAL AREA | | MT. PLEASANT | | | TAX DISTRICT NO. 2-1 | |
| 2 | TITLE OF OWNERSHIP | | DATE OF MO DAY YR | DEED BOOK | DEED PAGE | # INDICATED PURCHASE PRICE | | MAILING ADDRESS: | |
| 3 | HANAHAN, J. Ross, III | ① | 1987 | S7E | 466 | BY WILL | | | |
| 4 | HIRE, Kathryne Hanahan  ETAL | | 9-27-96 | S274 | 615 | | | 174 Hobcaw Dr. Mt. Pleasant 29464 | |
| 5 | FAITH, Robert A. | | 9-27-96 | S274 | 693 | 1,375,000 | 3516 Robinhood, Houston, TX. | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | PROPERTY LOCATION  Haddrell Street | | | | SUBDIVISION  HADDRELL POINT | | | | |
| 15 | Lot  67¾A | Block | Tract No | | Parcel No | | Other | | |
| 16 | ACREAGE: High Land  0.95 | Marsh Land — | Other — | TotalAcres  0.95 | | ACREAGE FROM: DEED ( ) PLAT ( ) COMPUTATIONS ( ) | | | |
| 17 | MEASUREMENTS  Road Frontage  103.8 | x 165.4 x 205.9 x 174.4 x 233.9 x | | | | X | X | | |
| 18 | PLATS RECORDED IN  DB-14, A278-504 | | | | | COPY OF CURRENT PLAT IN TAX MAP WORK SHEET FOLDER | | | |
| 19 | PLATS | | | | | | | | |
| 20 | YEAR ASSESSMENT FOR | 1996 | COMPUTERIZED | | | | | | |
| 21 | LAND ASSESSMENT | $ | | | | | | | |
| 22 | BUILDING ASSESSMENT | $ | MAR 1 1997 | | | | | | |
| 23 | TOTAL ASSESSMENT | $ | BY: B.T. | | | | | | |
| 24 | NUMBER OF BUILDINGS | | | | | | | | |
| 25 | TOTAL APPRAISED VALUE | $ | | | | | | | |

PARCEL ID    517500132
CHARLESTON, SOUTH CAROLINA
ROBERT A. FAITH
ELIZABETH M. FAITH

LINE #23—Separated from TMS#517-15-0- 46 per plat DB-14 for 1997.  Prev. assessed in Lot 6, 7, 8 and part 4, 2.4 ac. hi.
    Haddell Point. bt 3-5-97

LINE# 4--See Deed of distribution 8274-616 and File #94-MS-10-01440 The Estate of J. Ross Hanahan III, Etal Are:Orianna Hanahan Jenkins,
    Jeanne Hanahan Smith, Roger Parks Hanahan Jr. and Muriel Hanahan Duncan. 3-11-97  lhs

LINE# 4--See Quit Claim Deed H275-744 which is a re-recorded of deed 8274-689 to correct  grantees name see correction in The To Have And
    3-11-97  lhs

PARCEL ID  517500132
ROBERT A. FAITH

Charleston County Tax System - Personal Property Detail

Page 1 of 1



# CHARLESTON COUNTY
## *Online Tax System*

- MAIN MENU
- CONTACTS
- EXIT

**- Billing Information -**   *COMMERCIAL*   **- Property Information -**

| | |
|---|---|
| Account: | 1071237 |
| Tax Year: | 2006 |
| Prior Year: | NA |
| Status: | Current (Paid) |
| Receipt: | 2006-253112 |
| Previous Receipt: | NA |
| Next Receipt: | NA |
| Updated: | 09-13-2006 |
| Billed Date: | 09-30-2006 |
| Paid Date: | |
| Actual Date: | 11-03-2006 |
| Bad Check Date: | NA |
| Nulla Bona Date: | NA |
| Refund Date: | NA |
| Check Number: | NA |

| | |
|---|---|
| Appraised (FMV): | 203252.00 |
| Assessment Ratio: | x .1050 |
| | ---------- |
| Assessment* : | 21340.00 |
| Mills: | x .2366 |
| | ---------- |
| | - |
| Base Tax: | 5049.03 |
| Penalties: | + 0.00 |
| Interest: | + 0.00 |
| Credits: | - 373.99 |
| | ------------- |
| | - |
| Net Tax: | 4675.04 |
| Amount Paid: | - 4675.04 |
| | ------------- |
| | - |
| Current Due: | 0.00 |

Description:
**WATERCRAFT (PROP TYPE 36)**
**BOAT REGISTRATION NO:**
1071237
**HULL NO: MAKE: BRIGGS**
**MODEL: YEAR: 1998 SIZE:**

*ADMIRALTY LAW JURISDICTION*

* (may include penalties and/or interest)

**- Owner Information -**

| | |
|---|---|
| Owner 1: | FAITH ROBERT |
| Owner 2: | NA |
| C/O: | NA |
| Tax District: | 63 |
| Jurisdiction: | 01 |

Tax Address:

Mailing Address:

*GREYSTAR-GREP*
**11 STATE ST**
**CHARLESTON SC 29401**

Selections      Credits   Main Menu

*Copyright ©2007 Charleston County. All Rights Reserved*



CHARLESTON COUNTY
*Online Tax System*    • MAIN MENU
                       • CONTACTS
                       • EXIT

ROBERT A. FAITH

- Billing Information -    *MOTOR* - Vehicle Information -

| | | | | |
|---|---|---|---|---|
| Account: | 00292092 | Assessment Source: | C | Year: | 2004 |
| Tax Year: | 2005 | Base Assessment: | 4120.00 | Make: | BMW |
| Prior Year: | NA | Exemption: | NA | Model: | 745LI |
| Status: | Current (Nulla Bona) | Tax Relief: | No | SCDOR Model: | GN63 |
| Receipt: | 2005-477816 | Taxable Assessment: | 4120.00 | Weight: | NA |
| Previous Receipt: | NA | Mills: | x    .2391 | Body: | NA |
| Next Receipt: | NA | | | Vehicle Type: | 1 |
| Origin: | 2 | Base Tax: | 985.09 | VIN: | WBAGN63434D46**** |
| Created: | 10-11-2005 | Renewal Fee: | +    0.00 | Beg. Tag Date: | 10-2005 |
| Updated: | 10-11-2005 | Credits: | -    89.54 | Tag Expires: | 10 2006 |
| Billed: | 10-11-2005 | | | Tag Months: | 12 |
| Final Notice: | NA | Net Tax: | 895.55 | Insurance Required: | NA |
| Paid: | NA | Amount Paid: | -    0.00 | Suspended: | NA |
| Actual Date: | NA | Nulla Bona Amount: | -    0.00 | Released: | NA |
| Bad Check Date: | NA | Refund Amount: | -    0.00 | | |
| Highway Letter Date: | NA | Transfer Amount: | -    0.00 | | |
| Bad Check Withdrawn: | NA | | | | |
| Appealed: | NA | Current Due: | 0.00 | | |
| Mail Return: | NA | Nulla Bona Receipt: | 24 AUTBBS | | |
| Bankruptcy: | NA | Nulla Bona Date: | 10-11-2005 | | |
| | | Ref Check/Date: | NA | | |

- Owner Information -

| | | | |
|---|---|---|---|
| Principal Owner: | FAITH ROBERT A | Tax Address: | 107 LIVE OAK DR MT PLEASANT SC 29464 |
| Co-Owner: | NA | | |
| C/O: | NA | | |
| Tax District: | 21 | Mail Address: | NA |
| Jurisdiction: | 01 | | |

Selections    Credits    Main Menu

Copyright ©2007 Charleston County. All Rights Reserved

Charleston County Tax System - Motor Vehicle Detail                    Page 1 of 1



**CHARLESTON COUNTY**

*Online Tax System*

ELIZABETH M. FAITH

MOTOR

- MAIN MENU
- CONTACTS
- EXIT

### - Billing Information -                      - Vehicle Information -

| | | | | | |
|---|---|---|---|---|---|
| Account: | 00248011 | Assessment Source: | C | Year: | 2006 |
| Tax Year: | 2006 | Base Assessment: | 3610.00 | Make: | BMW |
| Prior Year: | NA | Exemption: | NA | Model: | X5 |
| Status: | Current (Paid) | Tax Relief: | No | SCDOR Model: | FB53 |
| Receipt: | 2006-943416 | Taxable Assessment: | 3610.00 | Weight: | 49 |
| Previous Receipt: | NA | Mills: | x  .1999 | Body: | SW |
| Next Receipt: | NA | | — | Vehicle Type: | 1 |
| Origin: | 0 | Base Tax: | 721.65 | VIN: | 5UXFB53526LV2**** |
| Created: | 08-16-2006 | Renewal Fee: | + 0.00 | Beg. Tag Date: | 10-2006 |
| Updated: | 08-16-2006 | Credits: | - 73.27 | Tag Expires: | 10 2007 |
| Billed: | 08-31-2006 | | — | Tag Months: | 12 |
| Final Notice: | NA | Net Tax: | 648.38 | Insurance Required: | No |
| Paid: | 09-26-2006 | Amount Paid: | - 648.38 | Suspended: | NA |
| Actual Date: | 09-26-2006 | Nulla Bona Amount: | - 0.00 | Released: | NA |
| Bad Check Date: | NA | Refund Amount: | - 0.00 | | |
| Highway Letter Date: | NA | Transfer Amount: | - 0.00 | | |
| Bad Check Withdrawn: | NA | | — | | |
| Appealed: | NA | Current Due: | 0.00 | | |
| Mail Return: | NA | Nulla Bona Receipt: | NA | | |
| Bankruptcy: | NA | Nulla Bona Date: | NA | | |
| | | Ref Check/Date: | NA | | |

### - Owner Information -

| | | | |
|---|---|---|---|
| Principal Owner: | FAITH ELIZABETH MITCHELL | Tax Address: | 107 LIVE OAK DR |
| Co-Owner: | NA | | MT PLEASANT SC 29464 |
| C/O: | NA | | |
| Tax District: | 21 | Mail Address: | NA |
| Jurisdiction: | 01 | | |

[ Selections ] [ Credits ] [_____] [ Main Menu ]

Copyright ©2007 Charleston County. All Rights Reserved



EPICENTER CHARLESTON, SOUTH CAROLINA



**Charleston County**
**Copyright 2004**
**Charleston County GIS**
**4045 Bridge View Drive**
**North Charleston, SC 29405-7464**

### Legend



CHARLESTON, SOUTH CAROLINA
ON THE HIGH SEAS
1:06CV01964RBW

WINDOW ON STATE GOVERNMENT                    CAROLE KEETON STRAYHORN    Texas Comptroller of Public Accounts

*TEXAS COMPTROLLER*

*GREYSTAR HOLDINGS, INC*

## Corporation Search Results

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, Requirements to Dissolve, Merge or Convert a Texas Entity.

| Certification of Account Status | Officers And Directors Information |
|---|---|
| **Company Information:** | **GREYSTAR HOLDINGS INC** |
| | **2929 ALLEN PKWY STE 2525** |
| | **HOUSTON, TX 77019-2197** |
| **Status:** | **NOT IN GOOD STANDING** |
| **Registered Agent:** | **C T CORPORATION SYSTEM** |
| | **1021 MAIN STREET SUITE 1150** |
| | **HOUSTON, TX 77002** |
| **Registered Agent Resignation Date:** | |
| **State of Incorporation:** | DE *HOUSTON, TEXAS* |
| **File Number:** | 0015913480 |
| **Charter/COA Date:** | Unchartered |
| **Charter/COA Type:** | Unchartered |
| **Taxpayer Number:** | 13638903792 |

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

Window on State Government
Contact Us
Privacy and Security Policy

# KnowX



| | KnowX Standard | | | Superior | | RapSheets | |

| | Home | How it Works | Pricing | Contact Us | Site Map | He |

**michael l buesgens**

Status: Credentialed
Client ID:
Not Chosen

**Business**

Research:
greystar in ALL

**Related Searches:**
▸ Corporate Records
▸ Owners & Officers
▸ Background Check $
▸ Experian Reports
▸ Assets $
▸ Professional Licenses

## The Ultimate Business Finder

### DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY

ARIZONA

| | |
|---|---|
| **Name:** | **GREYSTAR HOLDINGS, INC.** |
| **Corporate ID Number:** | F07532347 |
| **Filing State:** | AZ |
| **Type:** | PROFIT |
| **Status:** | ACTIVE |
| **Date of Incorporation:** | 07-12-1995 |
| **Address Type:** | CORPORATE ADDRESS |
| | 2394 E CAMELBACK RD |
| | % C T CORPORATION SYSTEM |
| | PHOENIX, AZ 85016 |
| **Address Type:** | CORPORATE ADDRESS |
| | 3225 N CENTRAL AVE |
| | % C T CORPORATION SYSTEM |
| | PHOENIX, AZ 85012 |
| **Address Type:** | OTHER ADDRESS |
| | 32 LOOCKERMAN SQ STE L-100 |
| | DOVER, DE 19901 |
| **Officer Name:** | C T CORPORATION SYSTEM |
| **Address:** | 3225 N CENTRAL AVE |
| | PHOENIX, AZ 85012 |
| **Duration:** | PERPETUAL |
| **Articles Published:** | 07-26-1995 |
| **A/R Received:** | 02-24-2006 |
| **Articles Approved:** | 07-12-1995 |
| **Year Last A/R Filed:** | 2005 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE GOVERNMENT AGENCY.

This data is for information purposes only. Certification can only be obtained through the Sacramento Office of the Secretary of State.

DELAWARE Secretary of State records will not show the current status of the corporation. Any corporate record in the Delaware database was active at the time that KnowX received the filing record however, there will be NO update status in our database. Check with the Delaware Secretary of State if you need a current status of a Delaware Corp.

NEW SEARCH | RETURN TO YOUR SUMMARY

### DETAIL RECORD

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.

*RENO, NEVADA*

*GREYSTAR HOLDINGS, INC*

**KnowX**

Knowx Standard                    Search          Replicate

michael l buesgens

Status: Credentialed
Client ID:
Not Chosen

| Home | How it Works | Pricing | Contact Us | Site Map | Help | Log Out |

## *Fictitious Business Names*

### DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY

▶ Corporate Records
▶ Background Check $
▶ D&B Reports
▶ Experian Reports

Other Info:
▶ Search Tips
▶ Database Info
▶ Price of Search
▶ Coverage Area
▶ Example Record

| Business Name: | GREYSTAR HOLDINGS INC |
|---|---|
| Filing Number: | 3530-2000 |
| Address: | 6100 NEIL RD |
| | RENO NV 89511 |
| Owner 1: | ROBERT A FAITH |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

### DETAIL RECORD

*ROBERT A. FAITH*

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company.  For assistance contact support.

*LOUISIANA*

**KnowX**

| Home | How it Works | Pricing | Contact Us | Site Map | Help | Log Out |

michael l bussgens

Status: Credentialed
Client ID:
Not Chosen

> Background Check $
> D&B Reports
> Experian Records

Other Info:
> Search Tips
> Database Info
> Price of Search
> Coverage Area
> Example Record

*FEIN*

**DETAIL RECORD**

NEW SEARCH | RETURN TO YOUR SUMMARY

| | |
|---|---|
| Business Name: | GREYSTAR HOLDINGS, INC. |
| Address: | 11 STATE STREET |
| | CHARLESTON, SC   29401 |
| Tax ID (FEIN): | 363860379 |
| Dune Number: | 08-316-8735 |
| Reference Name: | LOUISIANA BUSINESS |
| | REGISTRATIONS |
| Date Provided: | 10-09-2002 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

**DETAIL RECORD**

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.

_LOUISIANA_

**Business Name:**
**Address:**

**Tax ID (FEIN):**
**Dune Number:**
**Reference Name:**

**Date Provided:**

**GREYSTAR HOLDINGS, INC.**
**11 STATE STREET**
**CHARLESTON, SC   29401**
363890379
08-316-9735
**LOUISIANA BUSINESS**
**REGISTRATIONS**
10-09-2002

_ROBERT A. FAITH_

FLORIDA



### KnowX

KnowX Standard          Registrate

michael l buesgens

| Home | How it Works | Pricing | Contact Us | Site Map | Help | Log Out |

**FEIN**

**DETAIL RECORD**

NEW SEARCH | RETURN TO YOUR SUMMARY

Status: Credentialed
Client ID:
Not Chosen

▸ Background Check $
▸ D&B Reports
▸ Experian Reports

Other Info:
▸ Search Tips
▸ Database Info
▸ Price of Search
▸ Coverage Area
▸ Example Record

| | |
|---|---|
| Business Name: | **GREYSTAR HOLDINGS, INC.** |
| Address: | **11 STATE STREET** |
| | **CHARLESTON, SC   29401** |
| Tax ID (FEIN): | 363890379 |
| Duns Number: | 83-879-1994 |
| Reference Name: | **FLORIDA BUSINESS REGISTRATIONS** |
| Date Provided: | 10-08-2005 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

**DETAIL RECORD**

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.

FLORIDA

**Business Name:** GREYSTAR HOLDINGS, INC.
**Address:** 11 STATE STREET
CHARLESTON, SC   29401
**Tax ID (FEIN):** 383880379
**Duns Number:** 83-879-1994
**Reference Name:** FLORIDA BUSINESS REGISTRATIONS
**Date Provided:** 10-08-2006

*GREYSTAR MANAGEMENT SERVICES, LP*

**KnowX**

KnowX Standard          Support          Reg/Resale

*NEW NAME*

| Home | How it Works | Pricing | Contact Us | Site Map | Help | Log Out |

michael l buesgens

**FEIN**    *GREP CENTRAL, LLC*

Status: Credentialed
Client ID:
Not Chosen

**DETAIL RECORD**

NEW SEARCH | RETURN TO YOUR SUMMARY    *AUSTIN, TEXAS*

▸ Background Check $
▸ D&B Reports
▸ Experian Reports

| | |
|---|---|
| **Business Name:** | **GREYSTAR MANAGEMENT SVCS L P** |
| **Address:** | **111 CONGRESS AVE STE 530** |
| | **AUSTIN, TX  78701** |
| **Tax ID (FEIN):** | **363858273** |
| **Duns Number:** | **01-407-4574** |
| **Reference Name:** | **GREYSTAR MANAGEMENT SVCS L P** |
| **Date Provided:** | **11-01-2005** |

*812 SAN ANTONIO #200 AUSTIN, TX 78701*

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

**DETAIL RECORD**

Other Info:
▸ Search Tips
▸ Database Info
▸ Price of Search
▸ Coverage Area
▸ Example Record

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.

*DEBRA WEITMEIER, REGIONAL VICE PRESIDENT NOW WORKS AT RIVERSTONE RESIDENTIAL SC, LLC*

# KnowX

| KnowX Standard | | Superior | Replicate |

| Home | How it Works | Pricing | Contact Us | Site Map | Help | Log Out |

**michael l buesgens**

Status: Credentialed
Client ID:
Not Chosen

▶ Background Check $
▶ D&B Reports
▶ Experian Reports

**Other Info:**
▶ Search Tips
▶ Database Info
▶ Price of Search
▶ Coverage Area
▶ Example Record

## FEIN

### DETAIL RECORD

NEW SEARCH  |  RETURN TO YOUR SUMMARY

*AUSTIN, TEXAS*

| | |
|---|---|
| Business Name: | GREYSTAR MANAGEMENT SVCS L P |
| Address: | 1781 SPYGLASS DR |
| | AUSTIN, TX   78746 |
| Tax ID (FEIN): | 363858273 |
| Duns Number: | 80-351-8513 |
| Reference Name: | GREYSTAR MANAGEMENT SVCS L P |
| Date Provided: | 11-01-2006 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH  |  RETURN TO YOUR SUMMARY

### DETAIL RECORD

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.

**KnowX**

KnowX Standard | Superior | Registered

| Home | How it Works | Pricing | Contact Us | Site Map | Help | Log Out |

michael l buesgens

Status: Credentialed
Client ID:
Not Chosen

▶ Background Check $
▶ D&B Reports
▶ Experian Reports

Other Info:

▶ Search Tips
▶ Database Info
▶ Price of Search
▶ Coverage Area
▶ Example Record

## FEIN

### DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY     *SAN ANTONIO, TEXAS*

| | |
|---|---|
| Business Name: | GREYSTAR MANAGEMENT SVCS L P |
| Address: | 5600 BABCOCK RD<br>SAN ANTONIO, TX  78240 |
| Tax ID (FEIN): | 363858273 |
| Duns Number: | 10-332-7313 |
| Reference Name: | GREYSTAR MANAGEMENT SVCS L P |
| Date Provided: | 11-01-2005 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

### DETAIL RECORD

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.

# KnowX

KnowX Standard    Superior    RepSheets

michael l buesgens

Status: Credentialed
Client ID:
Not Chosen

▶ Background Check $
▶ D&B Reports
▶ Experian Reports

Other Info:
▶ Search Tips
▶ Database Info
▶ Price of Search
▶ Coverage Area
▶ Example Record

| Home | How it Works | Pricing | Contact Us | Site Map | Help | Log Out |

## FEIN

### DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY    *HOUSTON, TEXAS*

| | |
|---|---|
| Business Name: | GREYSTAR MANAGEMENT SERVICES L P |
| Address: | TWO RIVERWAY STE 850 HOUSTON, TX  77056 |
| Tax ID (FEIN): | 363858273 |
| Duns Number: | 83-879-2158 |
| Reference Name: | DEPARTMENT OF TREASURY |
| Date Provided: | 03-31-1996 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

### DETAIL RECORD

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.

# KnowX

| KnowX Standard | | Support | RapSheets |

| Home | How it Works | Pricing | Contact Us | Site Map | Help | Log Out |

**michael l buesgens**

Status: Credentialed
Client ID:
Not Chosen

Purchase Reports
▸ Background Check $
▸ D&B Reports
▸ Experian Reports

**Other Info:**
▸ Search Tips
▸ Database Info
▸ Price of Search
▸ Coverage Area
▸ Example Record

## FEIN

### DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY       *FLORIDA*

| | |
|---|---|
| **Business Name:** | GREYSTAR MANAGEMENT SERVICES, L.P. |
| **Address:** | 11 STATE STREET<br>CHARLESTON, SC   29401 |
| **Tax ID (FEIN):** | 363858273 |
| **Duns Number:** | 96-364-7998 |
| **Reference Name:** | FLORIDA BUSINESS REGISTRATIONS |
| **Date Provided:** | 10-06-2005 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

### DETAIL RECORD

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.

## KnowX

| Home | How it Works | Pricing | Contact Us | Site Map | Help | Log Out |

michael l buesgens

Status: Credentialed
Client ID:
Not Chosen

▸ Background Check $
▸ D&B Reports
▸ Experian Reports

Other Info:
▸ Search Tips
▸ Database Info
▸ Price of Search
▸ Coverage Area
▸ Example Record

## FEIN

## DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY

LOUISIANA

| | |
|---|---|
| Business Name: | GREYSTAR MANAGEMENT SERVICES, L.P. |
| Address: | 11 STATE STREET CHARLESTON, SC 29401 |
| Tax ID (FEIN): | 363856273 |
| Duns Number: | 96-364-7698 |
| Reference Name: | LOUISIANA BUSINESS REGISTRATIONS |
| Date Provided: | 10-06-2005 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

## DETAIL RECORD

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved. KnowX LLC is a ChoicePoint Company. For assistance contact support.

**KnowX**

KnowX Standard          Superior     RapSheets

| Home | How it Works | Pricing | Contact Us | Site Map | Help | Log Out |

michael l buesgens

Status: Credentialed
Client ID:
Not Chosen

Background Check $
D&B Reports
Experian Reports

Other Info:
Search Tips
Database Info
Price of Search
Coverage Area
Example Record

## FEIN

### DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY     *ARIZONA*

| Business Name: | GREYSTAR MANAGEMENT SVCS L P |
| Address: | 2930 E CAMELBACK RD |
| | PHOENIX, AZ   85016 |
| Tax ID (FEIN): | 363858273 |
| Duns Number: | 13-591-4773 |
| Reference Name: | GREYSTAR MANAGEMENT SVCS L P |
| Date Provided: | 11-01-2005 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

### DETAIL RECORD

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.

Case 1:06-cv-02226-LY RP    Document 171-1    Filed 10-31-2006    Page 1 of 19

# KnowX

Knowx Standard          Superior    KeyPeople

| Home | How it Works | Pricing | Contact Us | Site Map | Help | Log Out |

michael l buesgens

Status: Credentialed
Client ID:
Not Chosen

Reports & Services
▶ Background Check $
▶ D&B Reports
▶ Experian Reports

Other Info:
▶ Search Tips
▶ Database Info
▶ Price of Search
▶ Coverage Area
▶ Example Record

## FEIN

### DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY     *NEW MEXICO*

| | |
|---|---|
| Business Name: | GREYSTAR MANAGEMENT SVCS L P |
| Address: | 5600 GIBSON BLVD SE |
| | ALBUQUERQUE, NM  87108 |
| Tax ID (FEIN): | 363858273 |
| Duns Number: | 84-367-8785 |
| Reference Name: | GREYSTAR MANAGEMENT SVCS L P |
| Date Provided: | 11-01-2005 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

### DETAIL RECORD

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.

# KnowX

Knowx Standard    Support    Registration

| Home | How it Works | Pricing | Contact Us | Site Map | Help | Log Out |

michael l buesgens

## FEIN

Status: Credentialed
Client ID:
Not Chosen

## DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY    *SANDIEGO, CA*

- Background Check $
- D&B Reports
- Experian Reports

| Business Name: | GREYSTAR MANAGEMENT SVCS L P |
| Address: | 1761 HOTEL CIR S STE 340 |
| | SAN DIEGO, CA  92108 |
| Tax ID (FEIN): | 363858273 |
| Duns Number: | 13-591-4088 |
| Reference Name: | GREYSTAR MANAGEMENT SVCS L P |
| Date Provided: | 11-01-2005 |

Other Info:
- Search Tips
- Database Info
- Price of Search
- Coverage Area
- Example Record

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

## DETAIL RECORD

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.

# KnowX

Knowx Standard     Support     Registhosts

Home | How it Works | Pricing | Contact Us | Site Map | Help | Log Out

michael l buesgens

Status: Credentialed
Client ID:
Not Chosen

Background Check $
D&B Reports
Experian Reports

Other Info:
Search Tips
Database Info
Price of Search
Coverage Area
Example Record

## *FEIN*

### DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY     *CALIFORNIA*

| | |
|---|---|
| Business Name: | GREYSTAR MANAGEMENT SVCS L P |
| Address: | 24375 JACKSON AVE<br>MURRIETA, CA  92562 |
| Tax ID (FEIN): | 363858273 |
| Duns Number: | 78-559-4144 |
| Reference Name: | GREYSTAR MANAGEMENT SVCS L P |
| Date Provided: | 11-01-2005 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

### DETAIL RECORD

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.

## KnowX

KnowX Standard | | Support |

michael l buesegens

Status: Credentialed
Client ID:
Not Chosen

Corporate Records
Background Check $
D&B Reports
Experian Reports

Other Info:
Search Tips
Database Info
Price of Search
Coverage Area
Example Record

| Home | How it Works | Pricing | Contact Us | Site Map | Ne |

## *Fictitious Business Names*

### DETAIL RECORD

*ROBERT A. FAITH*

NEW SEARCH | RETURN TO YOUR SUMMARY

| | |
|---|---|
| **Business Name:** | GREYSTAR REAL ESTATE PARTNERS GP LLC |
| **Filing Number:** | M04000002716 |
| **Phone:** | 579-9400 |
| **Address:** | 11 STATE ST<br>CHARLESTON  SC  29401 |
| **Owner 1:** | ROBERT A. FAITH |
| **Address:** | 11 STATE STREET<br>CHARLESTON  SC  29401 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

### DETAIL RECORD    *CHARLESTON, SOUTH CAROLINA*

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.

# KnowX

| Home | How it Works | Pricing | Contact Us | Site Map | Help | Log Out |

michael l buesgens

**FEIN**

Status: Credentialed
Client ID:
Not Chosen

**DETAIL RECORD**

NEW SEARCH | RETURN TO YOUR SUMMARY    *FLORIDA*

▸ Background Check $
▸ D&B Reports
▸ Experian Reports

Other Info:
▸ Search Tips
▸ Database Info
▸ Price of Search
▸ Coverage Area
▸ Example Record

| | |
|---|---|
| Business Name: | GREYSTAR REAL ESTATE PARTNERS GP, LLC |
| Address: | 11 STATE STREET CHARLESTON, SC 29401 |
| Tax ID (FEIN): | 363690381 |
| Dune Number: | 00-000-0000 |
| Reference Name: | FLORIDA BUSINESS REGISTRATIONS |
| Date Provided: | 10-06-2006 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

**DETAIL RECORD**

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved. KnowX LLC is a ChoicePoint Company. For assistance contact support.

# KnowX

| Home | How it Works | Pricing | Contact Us | Site Map | Help | Log Out |

michael l buesgens

Status: Credentialed
Client ID:
Not Chosen

## *Fictitious Business Names*

### DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY    *DELAWARE*

| Business Name: | GREP GENERAL PARNTER LLC |
| Filing Number: | 0600169605 |
| Address: | 1209 N ORANGE ST |
| | WILMINGTON DE 19801 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

### DETAIL RECORD

Other Info:
▸ Corporate Records
▸ Background Check $
▸ D&B Reports
▸ Experian Reports

Other Info:
▸ Search Tips
▸ Database Info
▸ Price of Search
▸ Coverage Area
▸ Example Record

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved. KnowX LLC is a ChoicePoint Company. For assistance contact support.

# KnowX

KnowX Standard    Registered

| Home | How it Works | Pricing | Contact Us | Site Map | Help | Log Out |

michael l bussgens

Status: Credentialed
Client ID:
Not Chosen

- Background Check $
- D&B Reports
- Experian Reports

Other Info:
- Search Tips
- Database Info
- Price of Search
- Coverage Area
- Example Record

## FEIN

### DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY    *FLORIDA*

| | |
|---|---|
| Business Name: | GREP GENERAL PARTNER, LLC |
| Address: | 11 STATE STREET |
| | CHARLESTON, SC   29401 |
| Tax ID (FEIN): | 043611398 |
| Duns Number: | 17-364-9083 |
| Reference Name: | FLORIDA BUSINESS REGISTRATIONS |
| Date Provided: | 10-08-2005 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

### DETAIL RECORD

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.

# KnowX

| Home | How it Works | Pricing | Contact Us | Site Map | He |

**michael l buesgens**

Status: Credentialed
Client ID:
Not Chosen

▸ Corporate Records
▸ Background Check $
▸ D&B Reports
▸ Experian Reports

**Other Info:**
▸ Search Tips
▸ Database Info
▸ Price of Search
▸ Coverage Area
▸ Example Record

## *Fictitious Business Names*

**DETAIL RECORD**

NEW SEARCH | RETURN TO YOUR SUMMARY    *HOUSTON, TEXAS*

| | |
|---|---|
| Business Name: | GREYSTAR PARTNERS L P |
| Filing Number: | 0006911510 |
| Address: | 11 STATE ST<br>CHARLESTON SC 29401 |
| Owner 1: | GREYSTAR HOLDINGS INC |
| Address: | 3411 RICHMOND AVE STE 350<br>HOUSTON TX 77046 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

**DETAIL RECORD**

*CHARLESTON, SOUTH CAROLINA*

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved. KnowX LLC is a ChoicePoint Company. For assistance contact support.

*ROBERT A. FAITH, PRESIDENT*

BUSINESS ORGANIZATIONS INQUIRY

Page 1 of 1

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

**FIND GLOBAL NAME SEARCH**

This search was performed on with the following search parameter:
ENTITY NAME : Greystar Real Estate Partners

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|---------------|------|-------------|---------------|-----------|-------------|
| | 8917610 | JMI/GREYSTAR REALTY PARTNERS, L.P. | Domestic Limited Partnership (LP) | In existence | Legal | In use |
| | 7475511 | GREYSTAR REALTY SERVICES | Foreign Limited Partnership | Forfeited rights | Assumed | Expired |
| | 7475511 | GREYSTAR REALTY SERVICES, L.P. | Foreign Limited Partnership | Forfeited rights | Legal | Prior |

Return to Order       New Search

Instructions:
● To view additional information pertaining to a particular filing select the number associated with the name.
● To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# KnowX

KnowX Standard        Superior    RapSheets

michael l buesgens

Status: Credentialed
Client ID:
Not Chosen

Home    |    How it Works    |    Pricing    |    Contact Us    |    Site Map    |    Help    |    Log Out

## Fictitious Business Names

### DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY

- Corporate Records
- Background Check $
- D&B Reports
- Experian Reports

**Other Info:**
- Search Tips
- Database Info
- Price of Search
- Coverage Area
- Example Record

| Business Name: | C T CORPORATION SYSTEM REG AGT |
|---|---|

1 ──────────────────────────────

| Filing Number: | 2000903530 |
| Address: | 350 N ST PAUL |
|  | DALLAS TX 752010000 |

2 ──────────────────────────────

| Filing Number: | 2002601430 |
| Address: | 1209 ORANGE ST |
|  | WILMINGTON DE 198010000 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

### DETAIL RECORD

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.

*1:06CV260CY*
*1:06CV226CY-RP*
*SERVICE OF SUMMONS*
*AND NO SHOW C.T. CORPORATION*

## KnowX

| KnowX Standard | | Superior | RapSheets |

| Home | How it Works | Pricing | Contact Us | Site Map | Help | Log Out |

michael l buesgens

Status: Credentialed
Client ID:
Not Chosen

▸ Corporate Records
▸ Background Check $
▸ D&B Reports
▸ Experian Reports

**Other Info:**
▸ Search Tips
▸ Database Info
▸ Price of Search
▸ Coverage Area
▸ Example Record

### Fictitious Business Names

#### DETAIL RECORD

NEW SEARCH | RETURN TO YOUR SUMMARY



| Business Name: | C. T. CORPORATION SYSTEM |
|---|---|
| Filing Number: | 00-R0049184 |
| Address: | 350 N. ST. PAUL DALLAS TX 752010000 |
| Owner 1: | CINDY MUNRO |
| Address: | 2701 N. ROCKY POINT DR. 7TH TAMPA FL |
| Owner 2: | M. D. SHSAN |
| Address: | 3209 MARQUETTE DR. FLOWER MOUND TX 750220000 |

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICIAL GOVERNMENT AGENCY.

NEW SEARCH | RETURN TO YOUR SUMMARY

#### DETAIL RECORD

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal
Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.

*AND*
*NATIONWIDE*