RECEIVED

AUG 15 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 CONSTITUTION AVE, NW
WASHINGTON, DC 20001

MICHAEL L. BUESGENS
PLAINTIFF

V.

CHARLES E. BROWN
EVICTION ATTORNEY
FHA EXPERT

SHELLEY BUSH MARMON
BANKRUPTCY ATTORNEY
DISCRIMINATION EXPERT

ARMBROST & BROWN, LLP

CRADY JEWETT LACCULLEY
LLP
PERSONAL INJURY EXPERTS
ASSET FORFEITURE ADVISORS
DEFENDANTS, ETAL.

CIVIL NO.
1:06CV
01964
RBW

COMES NOW PLAINTIFF MICHAEL
L BUESGENS **DESIGNATION OF
PARTIES OF INTEREST** IN THE
HOUSING DISCRIMINATION THAT
IS NOW EXCEEDED BY THE
RETALIATION



1. THE FOLLOWING INDIVIDUALS HAVE
THE **POWER** AND THE **ABILITY
TO REVERSE** BUESGENS
A. RETALIATORY EVICTION
B. WRONGFUL TERMINATION OF RENEWAL
APARTMENT LEASE CONTRACT
C. UNDER THE COLOR OF STATE LAW

2. **WITH** ✓
A. **THEIR** AFFIDAVIT **OR** TESTIMONY ✓
B. **FOR REVERSIBLE ERROR**

3. **HARRIET M. MURPHY** – JUSTICE OF
THE PEACE – PRECINCT **5** – TRAVIS
COUNTY AUSTIN, TEXAS

4. **HERBERT E. EVANS** – JUSTICE OF
THE PEACE – PRECINCT **5** – TRAVIS
COUNTY, AUSTIN, TEXAS

2

5. **VOIR DIRE JURORS**

6. THE FOREGOING HAVE **RELEVANT EVIDENCE** OF ATTORNEY CHARLES EADS BROWN MISCONDUCT THAT

A. **BEGAN** IN DECEMBER, **2005** AT

B. FALCON RIDGE APARTMENTS

C. OWNERS—LANDLORDS

D. ARNOLD C. TAUCH          HOUSTON

E. JACK C. MOSS             TEXAS

F. KYLE D. TAUCH

**STATEMENT OF THE CASE**

7. EVICTION ATTORNEY—REAL ESTATE BROKER—REAL ESTATE INVESTOR BOARD CERTIFIED COMMERCIAL AND RESIDENTIAL REAL ESTATE **FHA**—EXPERT

A. CHARLES EADS BROWN ✔

**AND**

B. OWNERS—LANDLORDS

8. **FILED** FORCIBLE DETAINER SUIT AGAINST BUESGENS WITH AN ENTITY THAT **DOES NOT** HAVE STANDING

3

OR CAPACITY TO SUE ANYONE
FOR ANYTHING — FALCON RIDGE ✓
APARTMENTS.

9.  IT IS BUESGENS ALLEGATION THAT
THERE WAS **JURY RIGGING**

A.  THAT INDIVIDUALS WERE **PRE**
SELECTED FOR **VOIR DIRE**

B.  THAT THE **SEATING** ARRANGEMENTS
FOR **VOIR DIRE WAS** INTENTIONALLY
**SET UP**

C.  THAT INDIVIDUALS THAT WERE
LIKELY TO VOTE **AGAINST** BUESGENS
**WERE PLACED** IN THE **FRONT TWO**
**ROWS**

D.  THAT ATTORNEY **CHARLES E BROWN**
AND JUSTICE OF THE PEACE
**HERBERT E. EVANS** PARTICIPATED ✓
**IN THE** SET UP **VOIR DIRE**

4

10. THAT **CHARLES EADS BROWN** POLLUTED THE WELL AT VOIR DIRE DURING HIS QUESTIONING FOR PROSPECTIVE JURORS

11. THAT ATTORNEY BROWN **TOLD VOIR DIRE** THAT BUESGENS HAS THE DISABILITY BIPOLAR AND THAT HE REQUIRED MEDICATIONS

12. MR BROWN ALSO ASKED THE **VOIR DIRE** WHAT THEY KNEW ABOUT BIPOLAR MEDICATIONS

13. ATTORNEY BROWN **ACTIVELY** PARTICIPATED IN STIGMATIZING - DEMONIZING BUESGENS **BEFORE THE VOIR DIRE**

14. THAT **HARRIET M. MURPHY** JUSTICE OF THE PEACE PARTICIPATED IN THIS WITH HER SILENCE AND **FAILURE TO** TAKE ACTION - A DUTY OWED.

5

15. THAT ATTORNEY CHARLES E. BROWN TOOK THE STAND AND TESTIFIED AGAINST BUESGENS DURING THE EVICTION TRIAL

16. MR BROWN'S PRETEXT FOR TESTIFYING WAS HIS CLAIMED RIGHT FOR ATTORNEY FEES

17. MR BROWN WHINED AND COMPLAINED TO THE JURY ABOUT HOW MUCH WORK HE HAD TO DO IN THIS EVICTION CASE NO. 041509

18. ATTORNEY CHARLES E BROWN TOLD THE JURY THAT HE WAS ENTITLED TO $10,000.00 ATTORNEY FEES

19. BUT THE MAXIMUM THEY COULD AWARD WAS $5,000.00 AND

20. THE JURY CONVICTED BUESGENS TO PAY $5,000.00 AND GET OUT OF HIS APARTMENT NOW. CASE CLOSED 1/26/06

6

21. ATTORNEY CHARLES E. BROWN HAS **CONTINUALLY DENIED** THE FOREGOING **MISCONDUCT** **AND**

22. MR BROWN HAS BEEN **SUPPORTED** IN THIS BY THE POLITICAL-LEGAL COMMUNITY IN **TRAVIS COUNTY AND** THE FOLLOWING:

A. AUSTIN, TEXAS
B. STATE OF TEXAS
C. U.S. DISTRICT COURT - AUSTIN TEXAS
D. FIFTH CIRCUIT COURT OF APPEALS **AND**

23. BY **KIM KENDRICK** ASSISTANT

A. SECRETARY - HUD - FAIR HOUSING EQUAL OPPORTUNITY
B. **WASHINGTON, D.C.**
C. **SEE BUESGENS DUAL FILED** CITY OF AUSTIN - **HUD** COMPLAINT
D. **HUD #06-06-293-8**

24. HUD IN **WASHINGTON, D.C.** HAS **ACTIVELY** PARTICIPATED IN THIS **COVER-UP** BECAUSE OF **THEIR** LIABILITY IN THE PREMATURE

DISMISSAL OF BUESGENS HOUSING DISCRIMINATION ON FEBRUARY 17, 2006 BY JOHN A. BENAVIDES

25. THIS PREMATURE CLOSING OF THE HUD COMPLAINT WAS BASED ON ATTORNEY CHARLES EADS BROWN

A. INTERFERENCE WITH BUESGENS HUD COMPLAINT

B. NO. 06-06-293-8

26. SEE CHARLES EADS BROWN LETTER DATED FEBRUARY 10, 2006

A. TO HUD INVESTIGATOR

B. JOHN A. BENAVIDES

27. MR. BROWN SENT MR. BENAVIDES COURT FILINGS FROM THE FORCIBLE DETAINER SUIT

28. MR. BENAVIDES AND DISMISSED BUESGENS HUD COMPLAINT BECAUSE TRIAL HAD BEGUN IN AN EVICTION SUIT.

8

29. KIM KENDRICK - HUD ASSISTANT SECRETARY - FAIR HOUSING

**AND**

A. JOHN A BENAVIDES CITY OF AUSTIN TEXAS HUD CERTIFIED INVESTIGATOR

**AND**

B. CHARLES E. BROWN EVICTION ATTORNEY FAIR HOUSING ACT EXPERT

30. **ARE** IN VIOLATION OF THE FAIR HOUSING ACT - FHA

**AND**

A. HUD REGULATION FOR COMPLAINT PROCESSING

B. CONTAINED IN THEIR COMPLAINT PROCESSING MANUAL - **TEAPOTS**

31. **MAKING** THE DISTRICT OF COLUMBIA - WASHINGTON DC THE **PROPER** VENUE FOR THIS CIVIL ACTION

9

32. IN 2006 PLAINTIFF MICHAEL L BUESGENS SENT KIM
A. KENDRICK AND ENFORCEMENT DIRECTOR
B. MILTON TURNER
33. NUMEROUS LETTERS AND DOCUMENTS IN REGARD TO THE FOREGOING ISSUES AND HE SENT DOCUMENTS IN 2007

34. BUESGENS ALSO SENT TAPE RECORDINGS HE MADE OF HIS TELEPHONE CONVERSATIONS WITH
A. CHARLES E. BROWN AND
B. JOHN A. BENAVIDES
35. IN DECEMBER, 2005 AND JANUARY, 2006,

36. ALL OF THE FOREGOING RECORDS HAVE BEEN CONCEALED BY HUD OFFICIALS

10

37. MINIARD CULPEPPER - GENERAL
    COUNSEL - HUD NEW ENGLAND
    A. FEDERAL TORT CLAIMS CENTER
    B. FEDERAL TORT CLAIMS ACT
38. FTCA - FORM SF95
    ACTIVELY HAS PARTICIPATED IN CONCEALING
    EVIDENCE OF WRONGDOING.

39. SEE MR CULPEPPER DECISION
    ON BUESGENS FTCA ADMINISTRATIVE
    CLAIM DATED: 10/6/2006

40. SEE CIVIL ACTIONS
    A. 1:06 CV 226 LY-RP
    B. 1:06 CV 260 LY
    C. AUSTIN TEXAS
    D. HOUSING DISCRIMINATION
    E. RETALIATORY EVICTION

41. SEE FIFTH CIRCUIT APPEALS
    OF CIVIL ACTIONS
    AND
42. PETITION FOR REVIEW NO. 06-60777
    FOR HUD # 06-06-293-8

11

43. **ALL** AND THE FOREGOING HAS BEEN ACTIVELY **SUPPORTED BY**

A. ATTORNEYS AND

B. LAW FIRMS

44. **SHELLEY BUSH MARMON** – HOUSTON, TEXAS

45. QUENTIN JEWETT – RESPONDENTS SUPERIOR

46. CRADY, JEWETT & McCULLEY, **LLP** HOUSTON, TEXAS

47. **GREGORY S. CAGLE**

48. DAVID B. ARMBRUST – RESPONDENT SUPERIOR

49. ARMBRUST & BROWN, **LLP** AUSTIN, TEXAS AND **MORE**

50.

A. **SEE** CIVIL NO. 3:07CV00043 **KI** PORTLAND, **OREGON** NOW

B. ON APPEAL TO **NINTH CIRCUIT** NO. 07-35578

12

51  DOUGLAS G. HOUSER
52  RESPONDEAT SUPERIOR
    WARREN HOLM BOE.
53  LLOYD BERNSTEIN
54  SULLIVANT, HOUSER, BAILEY, P.C.
    PORTLAND, OREGON

55  HAVE ALSO PARTICIPATED IN
    THIS COVER UP AND MISCONDUCT

56  3:07CV08043 KI
    PORTLAND OREGON
A.  PRODUCED
B.  2:07CV02616 JMR-FPO-CM
    KANSAS CITY, KANSAS
    AND

57  CHARLES EADS BROWNS ORIGINAL
    MISCONDUCT PRODUCED THE
    FOREGOING AND MORE
58  SEE
A.  8:07CV01363 DKC
B.  8:07CV01642 DKC
C.  8:07CV02092 DKC
    GREENBELT AND BALTIMORE, MD
    AND        13

59.
A. 8:07CV01363 OKC IS ON
APPEAL TO THE FOURTH CIRCUIT
B. NO. 07-1559
AND

60. SEE
CIVIL NO. 1:07CV10538 WGY
BOSTON, MA
A. FEDERAL TORT CLAIMS ACT - FTCA
B. FOR HUD # 06-06-293-8
C. AND THE MISCONDUCT BY
MINARO CULPEPER - GENERAL
COUNSEL - HUD TORT CLAIMS
CENTER.


SEQUENCE OF HISTORICAL EVENTS

61.
A. DECEMBER 22, 2005 - BUESGENS
REASONABLE ACCOMMODATION REQUEST
B. THAT NO LARGE DOGS LIVE IN
THE APARTMENT DIRECTLY ABOVE
HIM. DENIED

14

62. DECEMBER 28, 2005 - BUESGENS FILES HOUSING DISCRIMINATION COMPLAINT - DUAL FILED CITY OF AUSTIN AND HUD HUD # 06-06-293-8

63. DECEMBER 30, 2005 - FORCIBLE DETAINER - EVICTION SUIT FILED CASE NO. 041509

64. BY
A. FALCON RIDGE APARTMENTS
B. LANDLORDS - OWNERS
C. ARNOLD C. TAUCH
D. JACK C. MOSS
   REAL ESTATE BROKERS
   AND
E. KYLE D. TAUCH
   AND
F. EVICTION ATTORNEY
   CHARLES ENOS BROWN

65. VOLUNTEER WITNESS AGAINST BUESGENS
A. FORMER TENANT
B. MEGAN GOERES GALLOWAYS ARWAL OWNER OF LARGE DOG - WEIMARAUER

15

66.     JANUARY **26, 2006**
        EVICTION TRIAL
A.  **HARRIET M. MURPHY**
    JUSTICE OF THE PEACE
                    AND
B.  CHARLES EADS BROWN ✓
C.  **PRESIDING**
                AND
67.  VOLUNTEER WITNESS
     **MEGAN GOERES GALLOWAY SNEVAL**
     **CRIED** THE ENTIRE TIME IN
     FRONT OF JURY

68.  **EVEN** ATTORNEY CHARLES E BROWN
     **LOOKED STUNNED** BY THE
     PERFORMANCE **INSPIRED** BY HIM

A.  **LANDLORD-OWNERS**
B.  ARNOLD C. TRUCH
C.  JACK C. MOSS
D.  KYLE O. TRUCH
69.  **WERE** SOMEWHERE ELSE

     CASE NO. **041509**-CLOSED 1/26/06
     BUESGENS MUST **PAY** $5,000.00
                    16

70. FEBRUARY 2, 2006 BUESGENS
A. PAYS CASH APPEAL BOND OF
$10,000.00
B. FROM HIS IRA ACCOUNT

71. FEBRUARY 10, 2006 - ATTORNEY
CHARLES EADS BROWN SENDS HIS
INTERFERENCE WITH HUD
COMPLAINT LETTER TO
A. HUD CERTIFIED
INVESTIGATOR
B. JOHN A BENAVIDES
C. HUD # 06-06-293-8

72. FEBRUARY 17, 2006 - HUD
CERTIFIED INVESTIGATOR
JOHN A BENAVIDES SENDS
A. LETTER TO BUESGENS
DISMISSING
B. HUD # 06-06-293-8

73. FEBRUARY 21, 2006 CASE NO.
A. D-1-GN-06-000262 - TRANSCRIPT
B. CHARLES EADS BROWN
C. SPEAKS AND LIES

17

74.    MARCH 29, 2006 CASE NO.
       0-1-GV-06-000262 ES
   A.  REMOVED TO U.S. DISTRICT
       COURT - AUSTIN TEXAS
   B.  JUDGE EARL LEROY YEAKEL
   C.  1:06 CV 226 LY

75.    0-1-GV-06-000262 WAS FILED ON
       1/23/2006
       SEE
   A.  SHELLEY BUSH MARMON
   B.  GREGORY S. CAGLE
   C.  PARTICIPATION

76.    JULY 19 2006
       KIM KENDRICK - ASSISTANT
       SECRETARY - HUD FAIR
       HOUSING OFFICE
       WASHINGTON, DC
77.                 SENDS
       BUESGENS A LETTER
   A.  AFFIRMING - ENDORSING
   B.  JOHN A. BENAVIDES - INVESTIGATOR
   C.  CHARLES E BROWN = ATTORNEY
   D.  DECISION - HUD DISMISSAL
                 18

78. THE FOREGOING **MISCONDUCT** BY ATTORNEYS AND LAW FIRMS AND THE **ORGANIZATIONAL MISCONDUCT** WAS ALL **SUPPORTED** AND **CONTINUES TO BE** SUPPORTED INTO **2007**

79.
A. U.S. DISTRICT COURT **AT.** — AUSTIN, TEXAS
   **AND**
B. THE FIFTH CIRCUIT COURT OF APPEALS


# CONCLUSION

80. **SO WHERE** DOES BUESGENS HAVE JURISDICTION FOR HIS HOUSING DISCRIMINATION AND CONTINUING VIOLATIONS COMPLAINT?

81. **ANYWHERE IN** THE UNITED STATES. BECAUSE HE **CONTINUES TO BE DENIED** AFFORDABLE HOUSING ACCOMMODATION **ANYWHERE BASED** ON THE FOREGOING **VIOLATIONS**

19

OF LAW AND ETHICS

82. THE FOREGOING LAWYERS AND LAW FIRMS **HAVE** ESTABLISHED THE **CONTACTS** NECESSARY **FOR** **BUESGENS SELECTION** OF **VENUE** AND **JURISDICTION IN**

83.
A: THE DISTRICT OF COLUMBIA
B. DISTRICT OF OREGON
C. DISTRICT OF KANSAS
D. DISTRICT OF MARYLAND
E. DISTRICT OF MASSACHUSETTS
F. **ET. AL.**

84. RULES – LAWS – REGULATIONS – ETHICS ARE JUST A **GAME** FOR THESE ATTORNEYS AND LAW FIRMS.

85 SOMETHING TO **MANIPULATE** WITH IMPUNITY

86. BECAUSE THEY ARE LAWYERS AND EVERYTHING HAS BEEN PAID FOR

20

# DAMAGES

87. PLAINTIFF MICHAEL L BUESGENS ESTIMATES THE DAMAGES FROM THE FOREGOING **WRONG DOING** AT **OVER**

$1,000,000.00 **BASED ON**

88.
89.
90. HOUSING DISCRIMINATION
91. RETALIATION
92. PERSONAL INJURY
93. DEFAMATION OF CHARACTER
94. PSYCHOLOGICAL INJURIES
95. MEDICAL EXPENSES
96. HOSPITAL COSTS
97. AGGRAVATION OF BUESGENS. MEDICAL DISABILITY BIPOLAR BEYOND ITS NORMAL PROGRESSION

98. LEGAL EXPENSES
99. HOUSING COSTS
100. LOST WAGES
101. **CONTINUING** LOSSES INTO THE FUTURE

21

102 THE ATTORNEYS — LAW FIRMS —
HUD — DEFENDANTS AND THE
PARTIES OF INTEREST

103. FAILURE AND REFUSAL
TO MITIGATE DAMAGES
104. CONTINUES INTO
2007 AND BEYOND

REVERSIBLE ERROR
BACK TO
2005

105. EVERYTHING THAT HAS HAPPENED
AND CONTINUES HAPPEN
(WRONGDOING)
106. IS THE
RETALIATION — DISCRIMINATION) AND
CONTINUING VIOLATIONS
THAT
107. COULD HAVE BEEN STOPPED
BY THESE WRONGDOERS
IN
108. SERVICE TO THEMSELVES

22

109. THEY **ALL** HAD THE KNOWLEDGE AND FORETHOUGHT OF THIS WRONGDOING.

110. YET THEY **CONTINUED** ON WITH THE ABUSE OF POWER AND RELATIONSHIPS AND KNOWLEDGE.

111. **CLOSING** BUESGENS CIVIL ACTIONS WITH
A. PERJURED TESTIMONY
B. LYING TO THE COURT
C. CONCEALING EVIDENCE OF WRONGDOING
D. PAYING FOR WITNESSES
**AND**

112. THE COURTS IN AUSTIN TEXAS HAVE KNOWINGLY APPROVED OF THIS.

113. THEY COULDN'T DO IT ANY OTHER WAY. JUDICIAL OFFICERS WHO ARE WILLING TO ACCEPT THIS ARE - FINAL DECISION MAKERS.

23

114    THE FOLLOWING HAVE **REFUSED**
**TO** COME FORWARD AND TESTIFY
**OR** PROVIDE AFFIDAVIT THAT
WOULD **REVERSE** ALL THIS
WRONGDOING THAT **CONTINUES**
INTO 2007

115    **HARRIET M. MURPHY**
TEXAS BAR CARD NO. 14699000
JUSTICE OF THE PEACE (ACTING)
PRECINCT 5 - TRAVIS COUNTY
CASE NO. **041509**    **1/26/06**
**TRIAL** - JANUARY 26, 2006
3638 QUIETTE DRIVE
AUSTIN, TEXAS    78754
PHONE: 512-928-2045

24

116    HERBERT E. EVANS
       TEXAS BARNO. 06718000
       JUSTICE OF THE PEACE
       PRECINCT 5
       CASE NO. 041509        1/26/06
       TRIAL - 1/26/06
       1302 WEST AVENUE
       AUSTIN, TEXAS 78701-1716

117    MELISSA YOUNG GOODWIN
       TEXAS BARNO. 00788733
       JUSTICE OF THE PEACE
       PRECINCT 3
       TEXAS BARNO.
       CASE NO. 041509
       FILED: 12/30/2005
       SHE NOW WORKS AT

       POTTS & REILLEY, LLP
       401 WEST 15TH STREET, #850
       AUSTIN, TEXAS 78701
       PHONE: 512-469-7474

                    25

118.  **MELANIE P. SARWAL** – ATTORNEY
A.  ANDI RUH SARWAL – ATTORNEY
B.  WEIMARANER DOG – CO-OWNERS
C.  AT FALCONRIDGE APARTMENTS
D.  WITH MEGAN GOERES GALLOWAY SARWAL

E.  **NO** PET ADDENDUM AS REQUIRED
F.  ATTORNEY FOR
**WEIL, GOTSHAL MANGES**
    8911 NORTH CAPITAL OF TEXAS
    HIGHWAY  #1350
    AUSTIN, TEXAS  78759-7267
    PHONE: 512-349-1930

119.  **ANDI RUH SARWAL** – ATTORNEY
A.  MEGAN GOERES GALLOWAY SARWAL
B.  CEO – HUMAN RELATIONS MANAGER
C.  **VOLUNTEER** WITNESS
D.  **FORMER** TENANT – FALCONRIDGE
    APARTMENTS
E.  WORK AT
    **GRANDE COMMUNICATIONS**
    401 CARLSON CIRCLE
    SAN MARCOS, TEXAS  78666

26

120  VOIR DIRE
A.   CASE NO. 041509
B.   FILED: 12/30/2005
C.       TRIAL
     JANUARY 26, 2006
121.     BEFORE!
A.   HARRIET M. MURPHY
B.   CHARLES EANS BROWN ✓
C.      PRESIDING

122. PLAINTIFF MICHAEL L BUESGENS
HAS SENT MANY LETTERS
         TO
THE MEMBERS OF VOIR DIRE
IN 2006 AND 2007
123.     NONE
     RESPONDED
124. WHY NOT?

125. CHARLES E. BROWN AND FRIENDS
KNOW WHY NONE HAVE RESPONDED.
126.     WERE
THERE PAYOFFS - THREATS OR
MISCELLANEOUS - ET. AL.
        27

127. VOIR DIRE
128. AND JUSTICE OF THE PEACE — IN CHARGE. PRECINCT 5 — AUSTIN, TEXAS

129. HERBERT E. EVANS
A. KNOWS MUCH
B. SAYS NOTHING
130. HE CAN HIDE OUT IN TEXAS BECAUSE HE HAS BEEN BOUGHT AND PAID FOR.

131. HERBERT E. EVANS KNOWS THE DRILL
132. WHAT DID HE DO TO CONFIGURE THE VOIR DIRE FOR TRIAL ON JANUARY 26, 2006 CASE NO.: 041509

133. WHY DIDN'T HERB. EVANS — PRESIDE?
134. WHY DID HE AVOID THIS CASE THROUGHOUT THE MONTH OF JANUARY

28

135. **VOIR DIRE**
   A: WHO ARE THEY?
   B. WHERE ARE THEY?
136. **SEE** THE EXHIBIT

   20 — VOIR DIRE

137. THE FOLLOWING ARE THE SELECTED JURORS

138. JAMES PATRICK O'GRADY

139. CATHERINE BROWN SPENCER

140. DARLENE JONES

141. AMANDA DANIELLE VELA

142. ANGEL GUILLERMO CORTINA

143. LAUREN A. DAVIS

29

144. JAMES PATRICK O'GRADY
  A. IS A JUROR OF INTEREST
  B. VOIR DIRE
  C. NO. 8

145. HE WAS THE ENFORCER
  A. HE LOOKED LIKE HE WAS
     PAID TO COME IN FOR
  B. CASE NO. 041509
  C. TRIAL: 1/26/2006

146. HOW WAS HE SELECTED FOR
     VOIR DIRE
         BY
  A. HERBERT F. EVANS
         AND
  B. CHARLES E. BROWN ?

147. HOW WAS MR O'GRADY
     SELECTED AS JUROR ?

148. WHAT DID ATTORNEY CHARLES
     E. BROWN KNOW ABOUT
     JAMES PATRICK O'GRADY

30

# 1:06 CV 01964 RBW

# RELIEF REQUESTED

1. THAT THIS COURT **ORDER** CHARLES EADS BROWN - ATTORNEY **TO PRODUCE AFFIDAVITS** FROM THE FOLLOWING:

2. HARRIET M. MURPHY - JUDGE FOR TRIAL AND VOIR DIRE ON JANUARY 26, 2006 CASE NO: 04/509

3. VOIR DIRE AND - SPEAK THE TRUTH

4. DARLENE JONES
5. LAUREN A. DAVIS
6. ANGEL GUILLERMO CORTINA
7. SCOTT BROWNING COOMBES
8. AMANDA VELA

9. JAMES PATRICK O'GRADY

31

10. RAMON HERRERA
11. KENNETH WAYNE GOLTEEN
12. CATHERINE BROWN SPENCER
13. GARY PAUL DAVIS
14. MADELON UNLAUF
15. RACHEL ANN ATTEBURY
16. ALAN ROSWELL WEINER
17. MARY LYN REYES
18. MARIANN JOHNSTON
19. BETTY CRAWFORD
20. BRENT CARLYLE POHL
21. JOLYNN JANELL PEREZ

32

22. THAT THE AFFIDAVIT SPECIFICALLY STATE WHAT CHARLES FABS BROWN SAID TO THEM ABOUT

MICHAEL L BUESGENS

ON JANUARY 26, 2006
CASE NO. 8147589
JUSTICE OF THE PEACE
PRECINCT 5
AUSTIN, TEXAS

RESPECTFULLY SUBMITTED

Michael L Buesgens
MICHAEL L BUESGENS
AUGUST 13, 2007

33

1:06CV01964RBW

# CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY OF THIS DESIGNATION OF PARTIES OF INTEREST AND REQUEST FOR COURT ORDER ON AFFIDAVITS WAS SERVED BY FIRST CLASS MAIL ON THIS 14 TH DAY OF AUGUST, 2007 ADDRESSED **TO**:

1. HARRIET M. MURPHY
3638 QUIETTE DRIVE
AUSTIN, TEXAS 78754-4927

2. JAMES PATRICK O'GRADY
VOIRE DIRE AND JUROR
701 ROGART DRIVE
SPICEWOOD, TEXAS 78669

3. LAUREN A. DAVIS -VOIRE DIRE-
JUROR
123 LAUREL LANE
AUSTIN, TEXAS 78705-2813

34

4.   MARIANN JOHNSTON
     VOIR DIRE
     423 L WESTLAKE DRIVE, A-1
     AUSTIN, TEXAS  78746-1460

5.   Kim Kendrick, ASSISTANT
     SECRETARY-HUD-FAIR HOUSING
     OFFICE-FHEO
     HUD #06-06-293-8
     451 SEVENTH STREET, SW ROOM 5100
     WASHINGTON, DC  20410

6.   Millard Culpepper-GENERAL
     COUNSEL-HUD NEW ENGLAND
     TORT CLAIMS CENTER
     10 CAUSEWAY, ROOM 310
     BOSTON, MA  02222-1092

7.   CATHERINE SPENCER BROWN
     VOIR DIRE-JUROR
     2100 MARQUETTE LANE
     AUSTIN, TEXAS  78723-1341

8. WILLIAM KENNEDY CROWE -AGENT
STATE FARM COMPANIES
RENTERS -TENANTS POLICY
POLICY # 83-LV-0578-9
2028, EAST BEN WHITE BLVD #228
AUSTIN, TEXAS 78741-6981

9. KENNETH GOITEEN -VOIR DIRE
901 SPEER LANE
AUSTIN, TEXAS 78745-3845

10. MELANIE P. SARWAL - ATTORNEY
11. MEGAN GOERES GALLOWAY SARWAL
12. ANDI RUH SARWAL -ATTORNEY
WEIMARAUER, DOG
13. GRANDE COMMUNICATIONS
14. WEIL, GOTSHAL MANGES
8911, CAPITAL OF TEXAS HWY #350
AUSTIN, TEXAS 78759

PHONE: 512-349-1933
FAX: 512-527-0798

36

15. ARNOLD C. TAUCH
16. JACK G. MOSS
17. KYLE D. TAUCH
LANDLORDS-OWNERS
REAL ESTATE BROKERS
CONTRACTORS/BUILDERS
18. FALCON GROUP

AND

THEIR ATTORNEY
19. SHELLEY BUSH MARMON
20. CRADY JEWETT McCULLEY, LLP
21. FALCON GROUP
5225  KATY FWY, #530
HOUSTON, TEXAS  77007-2251
PHONE:  713-861-8850
FAX:   713-861-0971

22. CHARLES ENO S BROWN
23. GREGORY S. CAGLE
24. DAVID B. REINBOLD
25. ARM BRISTR BROWN, LLP
3624 NORTHHILLS DRIVE
B-100
AUSTIN, TEXAS 78731

37

26.
27.
28.
29.
30.

DOUGLAS G. HOUSER
SCOTT GOERES GALLOWAY SARCONI
MAREN MOLMBOE
LLOYD BERNSTEIN
BULLIVANT, HOUSER, BAILEY, PC
3:07CV00043 KI
2:07CV02116 FAR-JPO CM
NINTH CIRCUIT
NO. 07-35578
888 SW FIFTH AVENUE
PORTLAND, OREGON 97204

MICHAEL L BUESGENS
EXTENDED STAY AMERICA
$1,400 PER MONTH
MAILING ADDRESS
3112 WINDSOR RD. A322
AUSTIN TEXAS 78703
512-339-6005 X 7958
MIKEBUESGENS@HOTMAIL.COM

38

1:06 CV 01964 RBW
DISTRICT OF COLUMBIA

EXHIBITS
CHARLES E BROWN
HARRIET M MURPHY
VOIR DIRE
ET. AL.

1. MICHAEL L BUESGENS LETTER
TO VOIR DIRE
DATED: 8/13/2007

2. CHARLES E. BROWN – ARNOLD TAUCH
A. VOIR DIRE
B. ANDREW SARWAL
C. WEIMARANER DOG – NOISE
D. STATE FARM INSURANCE
E. KEN CLONE – AGENT

3. LETTERS FROM AND TO
A. JOHN A BENAVIDES
B. MEGAN GOERES GALLOWAY SARWAL
C. CHARLES E BROWN

39

LETTER
DATED: FEBRUARY 1, 2006

LETTER
DATED: FEBRUARY 10, 2006

LETTER
DATED: FEBRUARY 17, 2006

LETTER
DATED: JULY 5, 2006

4. 1: 06 CV 01964 RBW
DOCKET SHEET

5. CHARLES E BROWN
A. SPEAKS
B. CONCLUSIONS
C. FAILS TO PROVIDE DOCUMENTARY
EVIDENCE OF ANYTHING

6 2: 07 CV 02116 — KANSAS
DOCKET SHEET

7. 07-35578 — NIOTH CIRCUIT

40

EXHIBIT 1

MICHAEL L BOESGENS
LETTER
TO
VOIR DIRE
AUGUST 13, 2007

AUGUST 13, 2007                    18-PAGES

1.  ARNOLD CARL TAUCH — LANDLORD-OWNER
    HOUSTON, TEXAS
2   FALCONRIDGE APARTMENTS
       500 EAST STASSNEY
    AUSTIN, TEXAS 78745

3.  CHARLES EADS BROWN — ATTORNEY
  A. REAL ESTATE BROKER — AUSTIN, TEXAS
  B. FAIR HOUSING ACT — EXPERT

4.  ANDIRUH SARWAL — ATTORNEY — DOG
  A. OWNER WEIMARANER — NO PET ADDENDUM
  B. GRANDE COMMUNICATIONS
     AUSTIN — SAN MARCOS, TEXAS

5.  MELANIE P. SARWAL — ATTORNEY — DOG
  A. OWNER WEIMARANER — NO PET ADDENDUM
  B. WEIL, GOTSHAL, MANGES
     AUSTIN, TEXAS

6.  MEGAN GOELES GALLOWAY SARWAL —
  A. TENANT FALCONRIDGE APARTMENTS
  B. GRANDE COMMUNICATIONS
  C. VOLUNTEER WITNESS — PERJURY

7. JOHN A. **BENAVIDES** - CITY OF
   AUSTIN TEXAS - **HUD** CERTIFIES
A. INVESTIGATOR
B. **HUD#** 06-06-293-8
C. MR. BENAVIDES HAS BEEN DOING
   THIS KIND OF WORK FOR **40**
   YEARS
D. CLASS COMPLAINT

8. **VOIR DIRE**
A. SPEAK THE TRUTH ✓
B. TRIAL - 1/26/2006
C. CASE NO. 04/509
D. **HARRIET M. MURPHY** - TEMPORARY
   JUSTICE OF THE PEACE - PRECINCT
   5 - AUSTIN, TEXAS

9. ATTORNEY
   **CHARLES EADS BROWN**
A. POLLUTES THE WELL
   AT VOIR DIRE
B. WITH
   IT'S TALK ABOUT MICHAEL BUESGENS
   BIPOLAR ILLNESS AND MEDICATIONS

2

VOIR DIRE
COME FORWARD
SPEAK THE TRUTH

1. DARLENE JONES

2. LAUREN A. DAVIS

3. ANGEL GUILLERMO CORTINA

4. EXCUSED

5. SCOTT BROWNING COOMBES

6. AMANDA VELA

7. EXCUSED

8. JAMES PATRICK O'GRADY
   THE ENFORCER

9. RAMON HERRERA

10. KENNETH WAYNE GOHEEN

3

# VOIR DIRE — SPEAK THE TRUTH NOW

11. CATHERINE BROWN SPENCER

12. GARY PAUL DAVIS

13. MADELON UNLAUF

14. RACHEL ANN ATTEBURY

15. ALAN ROSWELL WEINER

16. HILARY LYN REYES

17. MARIANN JOHNSTON

18. BETTY CRAWFORD

19. BRENT CARLYLE POHL

20. JOLYNN ATWELL PEREZ

21. TRAVIS COUNTY — AUSTIN, TEXAS
HERBERT E. EVANS — JUSTICE
OF THE PEACE — PRECINCT 5

4

22. SUMMONS
23. SUBPOENA
24. AFFIDAVIT
25. DEPOSITION
26. SPEAK THE TRUTH ✓

27. SEE THE **DAMAGES** ✓ THE FOREGOING
28. MISCONDUCT
29. ABUSE OF POWER
30. ABUSE OF RELATIONSHIPS
31. ABUSE OF KNOWLEDGE
32. HAS
     CAUSED
33.
     **TO**
     MICHAEL L BUESGENS
   A. FORMER TENANT
   B. **FALCON RIDGE APARTMENTS**
     APARTMENT **1023**
     AUSTIN, TEXAS 78705
34. APARTMENT
   LEASE BEGAN ON JUNE 28, 2003
35. THE RENEWALS

36. WRIT OF POSSESSION EXECUTED ON
   **JULY 6, 2006** AT 10:00AM

     5

37. **SEE**
  A. SCOTT GOERES GALLOWAY – U.P.S.
  B. PATRICIA GOERES GALLOWAY
  C. WEST LINN, OREGON
  D. 3:07 CV 00043 KI
  E. NINTH CIRCUIT APPEAL NO. 07-35578

38. 2:07 CV 02116 JAR-JPO-com
    KANSAS CITY, KANSAS
    ET. AL. 1

39. **SEE CHARLES EADS BROWN** – ET. AL
    AT
  A. U.S. DISTRICT COURT
     DISTRICT OF COLUMBIA
  B. 1:06 CV 01964 RBW
40. **SEE**
    LIES HE TELLS THE COURT

    Michael Buesgens
    MICHAEL L BUESGENS
    EXTENDED STAY AMERICA
    MAILING ADDRESS  3112 WINDSOR RD, A 322
    AUSTIN, TX 78703
    512-339-6005 X 7958
    MIKEBUESGENS@HOTMAIL.COM

6

# THEIR LOCATIONS

1. **HARRIET M. MURPHY** — JUDGE
3638 QUIETTE DRIVE
AUSTIN, TEXAS  78754-4927
PHONE:  512-928-2045

2. MARIANN JOHNSTON — **Voir DiRE**
4231 WEST LAKE DRIVE #A-1
AUSTIN, TEXAS  78746-1460
PHONE:  512-328-5116

3. CATHERINE B. SPENCER — VoiR DiRE
2100 MARQUETTE LANE
AUSTIN, TEXAS  78723-1341

4. KENNETH GOHEEN — VoiR DiRE
901 SPEER LANE
AUSTIN, TEXAS 78745-3845

5. LAUREN A. DAVIS — VoiR DiRE
123 LAUREL LANE
AUSTIN, TEXAS 78705-2813
PHONE:  512-472-4969

7

6. **MEGAN GOERES** GALLOWAY SARWAL
   A. GRANDE COMMUNICATIONS
      401 CARLSON CIRCLE
      SAN MARCOS, TEXAS 78666
      AND
   B. 1900 MELISSA OAKS LANE
      AUSTIN, TEXAS 78744-7980
      VOLUNTEER WITNESS - PAID FOR

7. ANDIROH SARWAL — ATTORNEY
   A. **GRANDE COMMUNICATIONS**
      401 CARLSON CIRCLE
      SAN MARCOS, TEXAS 78666
      AND
   B. 7503 STONE CLIFF DRIVE
      AUSTIN, TEXAS 78731-1517

8. MELANIE P. SARWAL — ATTORNEY
   **WEIL, GOTSHAL, MANGES**
   8911 CAPITAL OF TEXAS HWY, #1350
   AUSTIN, TEXAS 78759

   PHONE: 512-349-1933
   FAX: 512-527-0798

8

9. HERBERT E. EVANS — JUSTICE OF
THE PEACE — PRECINCT 5
TRAVIS COUNTY — AUSTIN, TEXAS
1302 WEST AVENUE
AUSTIN, TEXAS   78701-1716

10. JAMES PATRICK O'GRADY
VOIR DIRE
JUROR
701 ROGART DRIVE
SPICE WOOD, TEXAS 78669
PHONE:  512-264-0224

11 WILLIAM KENNEDY CRONE — AGENT
DENISE LOUISE BLACK — AGENT
JAY L. VATH — ADJUSTER
STATE FARM COMPANIES
RENTERS — TENANTS POLICY
POLICY # 83-LV-0578-9
2028 EAST BEN WHITE BLVD # 228
AUSTIN, TEXAS   78741-6931
PHONE: 512-448-1766
FAX: 512-448-1733

9

EXHIBIT 2

*CHARLES E. BROWN*

**Search Results - Attorney Directory**

*INTERFERENCE WITH HUD COMPLAINT*
*INTERFERENCE WITH RENEWAL LEASE*
*APARTMENT CONTRACT*

*VOIR DIRE*
*TRIAL*
*1/26/06*
*CASE NO.*
*041509*

**MR. CHARLES E. BROWN** ✓
CHARLES E. BROWN, P.C. ✓
3624 NORTH HILLS DR.
SUITE B-100
AUSTIN, TX  78731-0000
County: TRAVIS
Ph: 512-346-6000
Fax: 512-346-6005
cbrown@charlesbrownlaw.com
1999   Residential Real Estate Law ✓

*EVICTION SPECIALIST*
*FHA EXPERT*
*REAL ESTATE BROKER*

› Site Map
› Contact Us

Return to T

Home | Get Certified | Who's Certified | MyTBLS | N
| FAQs | Contact Us | Links

Copyright © 2001 - 2005. Texas Board of

All rights reserved.

*STATE FARM POLICY # 83-LV-0578-9*

Print Details

http://www.hcad.org/records/Print.asp?taxyear=2007&acct=117217...

*LANDLORD-OWNER*

*ARNOLD TAUCH*

**HARRIS COUNTY APPRAISAL DISTRICT**
**REAL PROPERTY ACCOUNT INFORMATION**
**1172170000005**

Tax Year: 2007

*FALCON RIDGE APARTMENTS*

Print

Owner and Property Information

| | |
|---|---|
| Owner Name & Mailing Address: | **TAUCH ARNOLD C & JOANNE S**<br>**6250 WOODS BRIDGE WAY**<br>**HOUSTON TX 77007-7041** |
| Legal Description: | **LT 5**<br>**ARLINGTON TERRACE SEC 1** |
| Property Address: | **6250 WOODS BRIDGE WAY**<br>**HOUSTON TX 77007** |

| State Class Code | Land Use Code | Land Area | Total Living Area | Neighborhood | Map Facet | Key Map® |
|---|---|---|---|---|---|---|
| A1 -- Real, Residential, Single-Family | 1001 -- Residential Improved | 6,304 SF | 2,186 SF | 8308.03 | 5257B | 492K |

**Value Status Information**

| Capped Account | Value Status | Notice Date | Shared CAD |
|---|---|---|---|
| No | Noticed | 4/25/2007 | No |

**Exemptions and Jurisdictions**

| Exemption Type | Districts | Jurisdictions | ARB Status | 2006 Rate | 2007 Rate |
|---|---|---|---|---|---|
| Residential Homestead | 001 | HOUSTON ISD | Not Certified | 1.47570 | |
| | 040 | HARRIS COUNTY | Not Certified | 0.40239 | |
| | 041 | HARRIS CO FLOOD CNTRL | Not Certified | 0.03241 | |
| | 042 | PORT OF HOUSTON AUTHY | Not Certified | 0.01302 | |
| | 043 | HARRIS CO HOSP DIST | Not Certified | 0.19216 | |
| | 044 | HARRIS CO EDUC DEPT | Not Certified | 0.00629 | |
| | 048 | HOU COMMUNITY COLLEGE | Not Certified | 0.09518 | |
| | 061 | CITY OF HOUSTON | Not Certified | 0.64500 | |

**Valuations**

| | 2006 Value | | | 2007 Value | |
|---|---|---|---|---|---|
| | Market | Appraised | | Market | Appraised |
| Land | 350,187 | | Land | 382,022 | |
| Improvement | 380,813 | | Improvement | 386,255 | |
| Total | 731,000 | 731,000 Total | | 768,277 | 768,277 |

**Land**

**Market Value Land**

| Line | Description | Site Code | Unit Type | Units | Size Factor | Site Factor | Appr O/R Factor | Appr O/R Reason | Total Adj | Unit Price | Adj Unit Price | Adj Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1001 -- Res Imprvd Table Val | SF1 | SF | 6,304 | 1.12 | 1.00 | 0.90 | Economic | 1.01 | $60.00 | $60.60 | $382,022 |

**Building**

| Building | Year Built | Type | Style | Quality | Impr Sq Ft | Building Details |
|---|---|---|---|---|---|---|
| 1 | 1995 | Residential Single Family | Residential 1 Family | Good | 2,186 | **Displayed** |

Building Details (1)

HCAD: Ownership History                    http://www.hcad.org/records/Ownership.asp?acct=1172170000005&...

**Ownership History: 1172170000005**

🖶**Print**

Property Address
**6250 WOODS BRIDGE WAY
HOUSTON TX 77007**

Owner

Effective Date

TAUCH ARNOLD C & JOANNE S
DANE ISENMANN BUILDERS INC
NCM LAND COMPANY

6/4/1996
12/5/1994
1/2/1991

[end of record]

**-close window-**

*FALCON RIDGE APARTMENTS
LANDLORD - OWNER*

HCAD: Fiduciary Information

http://www.hcad.org/help/FiduciaryInfo.asp?acct=1172170000005&...

**Fiduciary Information for Account: 1172170000005**

🖨**Print**

| Account | Agent ID | Agent Name |
|---|---|---|
| 1172170000005 | 232 | HARDING & CARBONE INC |

*All questions regarding this information may be referred to the Agent Department at 713-812-5840.*

**-close window-**

ARNOLD C. TAUCH
LANDLORD-OWNER
FIDUCIARY
RELATIONSHIP
WITH
HARDING & CARBONE, INC
HOUSTON, TEXAS

TravisCAD Detail - Prop_ID 457643

http://www.traviscad.org/travisdetail.php?theKey=457643&print_f...

**TaxNetUSA: Travis County**

**Property ID Number: 457643 Ref ID2 Number: 01506603450000**

Owner's Name **FALCON OF LAKE TRAVIS INC**

| | |
|---|---|
| Mailing Address | 5225 KATY FWY STE 530 HOUSTON, TX 77007-2251 |
| Location | 210 COSTA BELLA DR 78734 |
| Legal | LOT 46 BLK A COSTA BELLA SUBD |

*COSTA BELLA*

| Property Details | |
|---|---|
| Deed Date | 03261999 |
| Deed Volume | 13401 |
| Deed Page | 00841 |
| Exemptions | |
| Freeze Exempt | F |
| ARB Protest | F |
| Agent Code | 2033 |
| Land Acres | 1.0410 |
| Block | A |
| Tract or Lot | 46 |
| Docket No. | |
| Abstract Code | |
| Neighborhood Code | S03322 R9010 |

*ARNOLD TRUCH*
*FALCON RIDGE APARTMENTS LANDLORD OWNER*

| Value Information | 2007 Certified |
|---|---|
| Land Value | 288,750.00 |
| Improvement Value | 0.00 |
| AG Value | 0.00 |
| AG Productivity Value | 0.00 |
| Timber Value | 0.00 |
| Timber Productivity Value | 0.00 |
| Assessed Value | 288,750.00 |
| 10% Cap Value | 0.00 |
| Total Value | 288,750.00 |

**Data up to date as of 2007-07-24**

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 288,750.00 | 288,750.00 | 288,750.00 | 288,750.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 288,750.00 | 288,750.00 | 288,750.00 | 288,750.00 |
| 07 | LAKE TRAVIS ISD | 1.618600 | 288,750.00 | 288,750.00 | 288,750.00 | 288,750.00 |
| 17 | WCID NO 17 | 0.059900 | 288,750.00 | 288,750.00 | 288,750.00 | 288,750.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 288,750.00 | 288,750.00 | 288,750.00 | 288,750.00 |
| 52 | TRAVIS CO ESD NO 6 | 0.100000 | 288,750.00 | 288,750.00 | 288,750.00 | 288,750.00 |

**Improvement Information**

| Improvement ID | State Category | Description |
|---|---|---|
| | | |

**Segment Information**

| Imp ID | Seg ID | Type Code | Description | Class | Effective Year Built | Area |
|---|---|---|---|---|---|---|
| | | | | | Total Living Area | 0 |

**Land Information**

| Land ID | Type Code | SPTB Code | Homesite | Size-Acres | Front | Depth | Size-Sqft |
|---|---|---|---|---|---|---|---|
| 393665 | LAND | C1 | F | 1.041 | 0 | 0 | 45,348 |

TravisCAD Detail - Prop_ID 457561

**TaxNetUSA: Travis County**

Property ID Number: **457561** Ref ID2 Number: **01476803140000**

Owner's Name  **COSTA BELLA WATERFRONT COMMUNI**

| | |
|---|---|
| Mailing Address | COMMUNITY INC<br>5225 KATY FREEWAY STE 500<br>HOUSTON, TX 77007-2254 |
| Location | 205 BELLA VISTA CV 78734 |
| Legal | LOT 26 BLK A COSTA BELLA SUBD |

**Property Details**

| | |
|---|---|
| Deed Date | 12292000 |
| Deed Volume | 00000 |
| Deed Page | 00000 |
| Exemptions | |
| Freeze Exempt | F |
| ARB Protest | F |
| Agent Code | 0 |
| Land Acres | 7.3060 |
| Block | A |
| Tract or Lot | 26 |
| Docket No. | |
| Abstract Code | S03322 |
| Neighborhood Code | R/620 |

*ARNOLA TRUCK FALCON RIOGE APARTMENTS AT COSTA BELLA*

**Value Information**                    **2007 Certified**

| | |
|---|---|
| Land Value | 18,375.00 |
| Improvement Value | 109,211.00 |
| AG Value | 0.00 |
| AG Productivity Value | 0.00 |
| Timber Value | 0.00 |
| Timber Productivity Value | 0.00 |
| Assessed Value | 127,586.00 |
| 10% Cap Value | 0.00 |
| Total Value | 127,586.00 |

**Data up to date as of 2007-07-24**

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 127,586.00 | 127,586.00 | 127,586.00 | 127,586.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 127,586.00 | 127,586.00 | 127,586.00 | 127,586.00 |
| 07 | LAKE TRAVIS ISD | 1.618600 | 127,586.00 | 127,586.00 | 127,586.00 | 127,586.00 |
| 17 | WCID NO 17 | 0.059900 | 116,194.00 | 116,194.00 | 116,194.00 | 116,194.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 127,586.00 | 127,586.00 | 127,586.00 | 127,586.00 |
| 52 | TRAVIS CO ESD NO 6 | 0.100000 | 116,929.00 | 116,929.00 | 116,929.00 | 116,929.00 |

**Improvement Information**

| Improvement ID | State Category | Description |
|---|---|---|
| 341011 | F1 | 1 FAM DWELLING |
| 352523 | F1 | SPECIAL (NODEPR) |

**Segment Information**

| Imp ID | Seg ID | Type Code | Description | Class | Effective Year Built | Area |
|---|---|---|---|---|---|---|
| 341011 | 1969561 | 1ST | 1st Floor | WP | 1999 | 3,543 |
| 341011 | 2019799 | 011 | PORCH OPEN 1ST F | * | 1999 | 377 |
| 341011 | 2019800 | 011 | PORCH OPEN 1ST F | * | 1999 | 216 |
| 341011 | 2019801 | 011 | PORCH OPEN 1ST F | * | 1999 | 2,198 |

CAUSE # 041509 Falcon Ridge Apartments VS. Michael L. Buergens

✓ = jurors selected

VOIR DIRE
SPEAK
THE
TRUTH
TRIAL
1/26/2006
CASE
NO.
041509
JP #3
NO #5
AUSTIN, TX

Jan 26, 2006 — 9:15 AM

| 20 JOLYNN JANELL PEREZ | 19 BRENT CARLYLE POHL *Excused* | 18 BETTY CRAWFORD | 17 MARIANN JOHNSTON | 16 HILARY LYN REYES |
| --- | --- | --- | --- | --- |
| 15 ALAN ROSWELL WERNER | 14 RACHEL ANN ATTEBURY *Excused* | 13 MADELON UNLAUF | 12 GARY PAUL DAVIS | 11 CATHERINE BROWN SPENCER ✓ |
| 10 KENNETH WAYNE GOMEEN *Excused* | 09 RAMON HERRERA *No Show* | 08 JAMES PATRICK OGRADY ✓ | 07 EXCUSED | 06 AMANDA DANIELLE VELA ✓ |
| 05 SCOTT BROWNING COOMBES *Excused* | 04 EXCUSED | 03 ANGEL GUILLERMO CORTINA ✓ | 02 LAUREN A DAVIS ✓ | 01 DARLENE JONES ✓ |

NOV-08-05 12:43P                                                                    P.02

# Reminder Letter Report
## Sorted by Client ID

| Client ID | Client Name | Patient ID | Patient Name | Item ID/Description | Type | Date |
|-----------|-------------|------------|--------------|---------------------|------|------|
| 18943 | Sarwal, Andy | | | | | |
| Phone: | | 18943-3 | Harley | 145 BORDETELLA BOOSTER | L | 12/06/2005 |
| | | | | 407 HEARTWORM TEST (OCCULT) | L | 02/16/2006 |
| | | | | 140 CANINE RABIES | L | 02/16/2006 |
| | | | | 103 DHLPP/CV ANNUAL | L | 02/16/2006 |
| | | | | 403 FECAL FLOAT EXAMINATION | L | 02/16/2006 |
| | | | | 201 EXAMINATION WITH VACCINATION | L | 02/16/2006 |

1. ANDREW (ANDY) SARWAL

2. HARLEY - WEIMARANER DOG
3. MEGAN GOERES GALLOWAY SARWAL
4. FALCON RIDGE APARTMENTS
5. NO PET ADDENDUM - 2005
   APARTMENT 1033
   500 EAST STASSNEY
   AUSTIN, TEXAS 78745
   MOVED IN JULY, 2005

ANDY AND MEGAN
GRANDE COMMUNICATIONS EMPLOYEES

**FHEO Headquarters**
**U.S. Department of Housing and Urban Development**
**451 7th Street, SW**
**Washington, DC 20410**

| Office | | Name | Room | Phone |
|---|---|---|---|---|
| **Assistant Secretary for Fair Housing and Equal Opportunity** | | | | |
| E | Assistant Secretary | **Kim Kendrick** | 5100 | (202) 708-4252 |
| FAX | Assistant Secretary Facsimile Machine | | 5100 | (202) 708-4483 |

HUD # 06-06-293-8
JOHN A. BENAVIDES
CHARLES E BROWN
ARNOLD C. TAUCH
FALCON GROUP
STATE FARM INSURANCE

Agent

http://www.statefarm.com/apps/agentLoc/AgentInformation.asp?na...

Like a good neighbor, State Farm is there.

| Insurance | Mutual Funds | State Farm Bank |

**Access your account**    LoginRegister

*STATE FARM* (handwritten)

**Ken Crone** ✓
**Main Office**

*KEN CRONE* (handwritten)

**Street Address**
2028 E Ben White
Suite 228
Austin, TX
78741-6931

Weather for
**Austin, TX**
Currently: 80° F
**Mostly Cloudy**



Click for Forecast
Weather recorded
at: 6:51 AM
Powered by weatherunderground.com

**Mailing Address**
2028 E Ben White
Suite 228
Austin, TX
78741-6931

*RENTER-TENANT POLICY* (handwritten)
*83-LV-05789* (handwritten)

**Email Me**

**Quick Links**
Get a Rate Quote
Insurance and
Financial Review
Retrieve a Saved
Quote
Report a Claim

Map To This Office
Driving Directions

**Contact Numbers:**
**Phone:** (512)
448-1766
**Fax:** (512) 448-1733

**Office &
Background Info**
Read about my
experience,
education,
credentials and
goals.

**Products &
Services**
Read about the
insurance products
and financial
services I provide.
Learn more

EXHIBIT 3



# City of Austin, Equal Employment/ Fair Housing Office

Mailing:   P. O. Box 1088, Austin, Texas 78767
Physical:   505 Barton Springs Rd. Suite720, Austin, Texas 78704
512/974-3251 *(Voice)* 512/974-2445 *(TDD)* 512/974-3278 *(Fax)*

February 1, 2006

Ms Megan Goeres
500 E. Stassney Apt-1033
Austin, Texas 78745

**VOLUNTEER WITNESS AT TRIALS
1/26/06
6/16/06**

RE: Michael L. Buesgens vs. Falcon Ridge Apts.

Dear Ms. Goeres:

I have been assigned to investigate Mr. Buesgens discrimination complaint against Falcon Ridge Apartments. He has alleged that they are discriminating against him based on his disability. Falcon Ridge Apartments have claimed that he is disruptive and threatening to both tenants and staff and because of his behavior they had to evict him.

I understand that in his appeal your name has been mentioned. I would appreciate if you would call me with information concerning Mr. Buesgens. My telephone number is 974-2216.

I thank you in advance for any information you might have that would assist me in completing this investigation.

Sincerely,

John A. Benavides

John A. Benavides
City of Austin, Equal Employment/
Fair Housing Office
Lead Investigator

Jan 31 04 10:39a    Charles E Brown                        123466005              p.2

# CHARLES E. BROWN, P.C.
### ATTORNEY AT LAW
**BOARD CERTIFIED**
COMMERCIAL & RESIDENTIAL REAL ESTATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

3624 NORTH HILLS DR., SUITE B-100                          512-346-6000
AUSTIN, TEXAS 78731                                        FAX: 512-346-6005
                                      CBROWN@CHARLESBROWNLAW.COM

February 10, 2006

Mr. Charles H. Gorham, Administrator
Mr. John A. Benavides, Lead Investigator
City of Austin, Equal Employment/Fair Housing Office
505 Barton Springs Road, Suite 720
Austin, Texas 78704                    *Via Facsimile (512) 974-3278*

Re:   Housing Discrimination Complaint
      Michael Buesgens v. Falcon Ridge Apartments
      COA, EE/FHO 01-06-0016-HG; HUD 06-06-0293-8

Dear Mr. Gorham and Mr. Benavides:

I have attached the following:

1. Defendant's Original Counterclaim (filed by Michael Buesgens in the eviction case heard by the Justice of the Peace, Precinct 5).

2. Notice of Appeal and Costs (Michael Buesgens' appeal of eviction judgment in favor of Falcon Ridge Apartments).

3. Plaintiff's Original Complaint, Petition for Damages, and Petition for Temporary Restraining Order (filed by Michael Buesgens in Travis County District Court).

There are approximately 50 pages of exhibits attached to Plaintiff's Original Petition. Due to their volume, I did not attach the exhibits. However, I will be happy to provide the documents at your request.

2-Falcon Ridge. Michael Buesgens. ltr to HUD encl Pet and Appeal

Jan 31 04 10:40a    Charles E. Brown                        123468005                        p.3

Thank you for your attention to this matter. Please let me know if you have any questions or need further information. *LETTER 2/10/2006*

Sincerely,

*[signature]*

Charles E. Brown

Attachments

cc:    Falcon Ridge Apartments

*CHARLES E BROWN
USES
FORCIBLE DETAINER
EVICTION SUIT TRIAL
1/26/2006
TO
DISMISS
MICHAELL OUESGENS
HUD COMPLAINT
HUD# 06-06-293-8*



# City of Austin, Equal Employment/
# Fair Housing Office

**Mailing:**  P. O. Box 1088, Austin, Texas 78767
**Physical:**  505 Barton Springs Rd. Suite720 , Austin, Texas 78704
512/974-3251 *(Voice)* 512/974-2445 *(TDD)* 512/974-3278 *(Fax)*

February 17, 2006

Michael Buesgens                          *EVICTION SUIT 041509*
500E. Stassney Lane Apt-1023
Austin, Texas 78745

RE: 06-06-0293-8/ HUD; 01-06-0028-HG/COA.EE/FHO
    Michael Buesgens v Mandy Rogers, Falcon Ridge Apartments, Falcon Ridge LP

Dear Mr. Buesgens:

Please let this letter confirm our telephone conversation of this morning. You indicated
that you wish to amend your complaint and you were told that your original complaint
was heard in JP court with a jury trial. You confirmed that the decision was in favor of
the complex and you were evicted and fined $5000.00 attorney's fees with a $10,000.
Bond that you had to post. This court action took place on 01/26/2006. You indicated
during your telephone conversation of 01/27/2006 that you would be appealing the
decision in County Court.

You were invited to come in to file a new complaint. The original complaint has already
been heard by the courts and the administrative processing is over when the matter is
heard by the courts. That complaint will be closed based on the fact that it has been heard
in the courts. We will take a new complaint on any issue that is covered by the Fair
Housing Act that was not alleged on the first complaint.

I look forward to you coming in to file the new complaint.

Sincerely,

*John A. Benavides*

John A. Benavides
Lead Investigator

*TEAPOTS - HUD COMPLAINT
PROCESSING MANUAL*

Cc: Nekesha Phoenix,

CHARLES E. BROWN, P.C.
ATTORNEY AT LAW
BOARD CERTIFIED
COMMERCIAL & RESIDENTIAL REAL ESTATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

3624 NORTH HILLS DR., SUITE B-100
AUSTIN, TEXAS 78731

512-346-6000
FAX: 512-346-6005
CBROWN@CHARLESBROWNLAW.COM

July 5, 2006

Mr. Michael L. Buesgens
500 E. Stassney Lane, Apt. 1023
Austin, Texas 78745

*BROWN IS FIRED FOR THE SECOND TIME SEE APRIL, 2006*

Via Certified Mail, RRR #7005 1820 0006 6013 6450

RE:   Cause No. C-1-CV-06-000678; *Falcon Ridge Apartments v. Michael L. Buesgens*

Dear Mr. Buesgens:

I have enclosed a copy of the Order on Motion for Withdrawal of Counsel which was signed by Judge Phillips on June 27, 2006. In accordance with the Order, please direct all future communications concerning this case to Gregory S. Cagle.

Thank you for your attention to this matter.

Sincerely,

Charles E. Brown

Cc:   Falcon Ridge Apartments
        Gregory S. Cagle   *ARMBRUST & BROWN, LLP*

7-Falcon Ridge. Buesgens. letter to Buesgens encl WD Order

Page 1 of 1

EXHIBIT 4

JURY, PROSE-NP, TYPE-L

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:06-cv-01964-RBW ✓

BUESGENS v. BROWN et al
Assigned to: Judge Reggie B. Walton
Case: <u>1:07-cv-00859-RBW</u>
Cause: 42:1983 Civil Rights Act

Date Filed: 11/15/2006
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**MICHAEL L. BUESGENS**

represented by **MICHAEL L. BUESGENS**
3112 Windsor Avenue
Apartment A 322
Austin, TX 78745
(512) 339-6005 Ext. 7958
Fax: (512) 478-7608
PRO SE

V.

**Defendant**

**CHARLES E. BROWN** ✓
*Attorney, Real Estate Broker, Registered*
*Agent, Member Attorney, HUD Attorney,*
*P.C.*

CASE NO. 041509
TRIAL - 01/26/2006
VOIR DIRE

represented by **CHARLES E. BROWN**     VOIR DIRE
3624 North Hills Drive     JURY
Suite B-100     TAMPERING
Austin, TX 78731
(512) 346-6000
Fax: (512) 346-6005
PRO SE

**Defendant**

**WILLIAM S. WARREN, III**
*Attorney - Member Austin Apartment*

**Defendant**

**DUNHAM JEWETT**
*Managing Partner*

**Defendant**

**HUGH LAWRENCE MCCULLEY**
*Partner*

**Defendant**

**SHELLEY BUSH MARMON** ✓
*Partner, Lead Attorney for MDL 1800*

*PARTNER TO CHARLES BROWN*
*AND*
*ANDILUH SARWAL*
*MELANIE SARWAL*
*MEGAN GOELES GALLOWAY*
*SCOTT GOELES GALLOWAY*

**Defendant**
**CRADY JEWETT MCULLEY LLP**

**Defendant**
**DAVID B. ARMBRUST**
*Managing Partner*

**Defendant**
**FRANK B. BROWN, IV**
*Partner*

**Defendant**
**GREGORY S. CAGLE** ✓
*Attorney*

*CHARLES BROWN    CO-COUNSEL*

**Defendant**
**ARMBRUST & BROWN LLP**

**Defendant**
**WARREN LAW FIRM**

**Defendant**
**MARC ERIC MALINGER** ✓
*Attorney*

*STATE FARM ATTORNEY*
*RENTERS - TENANTS POLICY*

**Defendant**
**CHESTER E. BEAVER** ✓
*City Attorney*

*HUD #06-06-293-8*

**Defendant**
**ANNE L. MORGAN**
*City Attorney*

**Defendant**
**FELIX TARANGO** ✓
*Travis County Attorney*

*WRIT OF POSSESSION*
*AND*
*HERBERT E. EVANS*

**Defendant**
**TIMOTHY MASHBURN**
*Attorney*

**Defendant**
**MICHAEL J. POWELL**
*Attorney*

**Defendant**
**GUY J. JOYNER**
*Attorney*

**Defendant**
**RAFAEL EDWARD CRUZ**
*Solicitor General*

**Defendant**
**MAUREEN RAY**
*Attorney*

**Defendant**
**JUDITH TAYLOR**
*Equal Employment Opportunity Commission*
*Attorney*

**Defendant**
**JENNIFER RANDALL**
*EEOC Attorney*

**Defendant**
**ROBERT B. HARWIN**
*EEOC Attorney*

**Defendant**
**MICHAEL LYNN SALYARDS**
*EEO - Attorney*

**Defendant**
**THOMAS STANTON**
*EEO - Supervisor*

**Defendant**
**KAREN MELNIK**
*Assistant U.S. Attorney*

**Defendant**
**R. BARRY ROBINSON**
*Assistant U.S. Attorney*

**Defendant**
**GERALD CONLEY CARRUTH**
*Assistant U.S. Attorney*

**Defendant**

HUD #06-06-293-8
FIFTH CIRCUIT PETITION FOR
REVIEW  06-60777

**STEVEN BOCK BASS**
*Assistant U.S. Attorney*

<u>Defendant</u>

**BEN CASTLEMAN FLOREY, JR.,**
*Attorney*

<u>Defendant</u>

**DEREK HOWARD HOWARD**
*Attorney*

<u>Defendant</u>

**BARBARA A. ATKIN**
*Attorney National Treasury Employees Union*

represented by **Julie M. Wilson**
NATIONAL TREASURY EMPLOYEES
UNION
1750 H Street, NW
Washington, DC 20006
(202) 572-5500
Email: julie.wilson@nteu.org
*LEAD ATTORNEY*

<u>Defendant</u>

**DENNIS SCHNEIDER**
*Attorney National Treasury Employees Union*

represented by **Julie M. Wilson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**JAMES PETRUCCI**
*Attorney Federal Labor Relations Authority*

<u>Defendant</u>

**TED CRUZ**
*Solicitor General Texas Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2006 | 1 | COMPLAINT against FRANK B. BROWN, IV, GREGORY S. CAGLE, ARMBRUST & BROWN LLP, WARREN LAW FIRM, MARC ERIC MALINGER, CHESTER E. BEAVER, ANNE L. MORGAN, FELIX TARANGO, TIMOTHY MASHBURN, MICHAEL J. POWELL, GUY J. JOYNER, RAFAEL EDWARD CRUZ, MAUREEN RAY, JUDITH TAYLOR, JENNIFER RANDALL, ROBERT B. HARWIN, MICHAEL LYNN SALYARDS, THOMAS STANTON, KAREN MELNIK, R. BARRY ROBINSON, GERALD CONLEY CARRUTH, STEVEN BOCK BASS, BEN CASTLEMAN FLOREY, JR, DEREK HOWARD HOWARD, BARBARA A. ATKIN, DENNIS SCHNEIDER, |

| | | JAMES PETRUCCI, TED CRUZ, CHARLES E. BROWN, WILLIAM S. WARREN, III, DUNHAM JEWETT, HUGH LAWRENCE MCCULLEY, SHELLEY BUSH MARMON, CRADY JEWETT MCULLEY LLP, DAVID B. ARMBRUST ( Filing fee $ 350 receipt number 4616000271.)filed by MICHAEL L. BUESGENS. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit)(td, ) (Entered: 11/21/2006) |
|---|---|---|
| 11/15/2006 | 2 | NOTICE OF RELATED CASE by MICHAEL L. BUESGENS. Case related to Case No. 06-260CY U.S. District Court for the Western District of Texas, Austin Division. (td, ) (Entered: 11/21/2006) |
| 11/15/2006 | | Summons (44)issued as to FRANK B. BROWN, IV, GREGORY S. CAGLE, ARMBRUST & BROWN LLP, WARREN LAW FIRM, MARC ERIC MALINGER, CHESTER E. BEAVER, ANNE L. MORGAN, FELIX TARANGO, TIMOTHY MASHBURN, MICHAEL J. POWELL, GUY J. JOYNER, RAFAEL EDWARD CRUZ, MAUREEN RAY, JUDITH TAYLOR, JENNIFER RANDALL, ROBERT B. HARWIN, MICHAEL LYNN SALYARDS, THOMAS STANTON, KAREN MELNIK, R. BARRY ROBINSON, GERALD CONLEY CARRUTH, STEVEN BOCK BASS, BEN CASTLEMAN FLOREY, JR, DEREK HOWARD HOWARD, BARBARA A. ATKIN, DENNIS SCHNEIDER, JAMES PETRUCCI, TED CRUZ, CHARLES E. BROWN, WILLIAM S. WARREN, III, DUNHAM JEWETT, HUGH LAWRENCE MCCULLEY, SHELLEY BUSH MARMON, CRADY JEWETT MCULLEY LLP, DAVID B. ARMBRUST. (td, ) (Entered: 11/21/2006) |
| 12/19/2006 | 3 | NOTICE by MICHAEL L. BUESGENS (td, ) (Entered: 01/04/2007) |
| 01/10/2007 | 4 | NOTICE by MICHAEL L. BUESGENS; (FIAT. "OK" Chambers) (td, ) (Entered: 01/31/2007) |
| 02/22/2007 | 5 | SUPPLEMENTAL MEMORANDUM to re 1 Complaint,,, filed by MICHAEL L. BUESGENS. (Attachments: # 1 Exhibit)(td, ) (Entered: 02/23/2007) |
| 03/05/2007 | 6 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. CHARLES E. BROWN served on 2/28/2007, answer due 3/20/2007 (td, ) (Entered: 03/07/2007) |
| 03/07/2007 | 7 | NOTICE that the foregoing are not cooperating for service by MICHAEL L. BUESGENS (td, ) (Entered: 03/08/2007) |
| 03/09/2007 | 8 | NOTICE or related MDL-1800 by MICHAEL L. BUESGENS (td, ) (Entered: 03/12/2007) |
| 03/09/2007 | 9 | MOTION for Default Judgment as to NTEU by MICHAEL L. BUESGENS. (td, ) (Entered: 03/12/2007) |
| 03/16/2007 | 10 | MOTION to Dismiss by BARBARA A. ATKIN, DENNIS SCHNEIDER (Attachments: # 1 Exhibit Notice to Judicial Panel on Multidistrict Litigation# 2 Text of Proposed Order Mtn to Dismiss)(Wilson, Julie) (Entered: 03/16/2007) |
| 03/19/2007 | 11 | ANSWER to Complaint by CHARLES E. BROWN. Related document: 1 Complaint, filed by MICHAEL L. BUESGENS.(tg, ) (Entered: 03/20/2007) |
| 03/19/2007 | 12 | MOTION to Dismiss, MOTION to Transfer Case by CHARLES E. BROWN (Attachments: # 1 Text of Proposed Order)(tg, ) (Entered: 03/20/2007) |
| 03/26/2007 | 13 | Civil Statement by plaintiff. (Attachments: # 1 Exhibit)(td, ) (Entered: 03/28/2007) |

| 03/28/2007 | 14 | MOTION for exculpatory evidence by MICHAEL L. BUESGENS (Attachments: # 1 Exhibit)(td, ) (Entered: 03/29/2007) |
|---|---|---|
| 04/18/2007 | 15 | NOTICE and submission of relevant evidence of wrongdoing by defendants by MICHAEL L. BUESGENS (Attachments: # 1 Exhibit # 2 Exhibit)(td, ) (Entered: 04/19/2007) |
| 04/20/2007 | 16 | Letter dated 4/18/07 from The Judicial Panel on Multidistrict Litigation of Order denying Transfer of case to any Federal District Court; Docket No. 1800. (ks, ) (Entered: 04/24/2007) |
| 04/25/2007 | 17 | NOTICE and verification to this court of evidence of genuine material facts of wrongdoing by attorneys and respondent superior and law firms and the state bar of Texas by MICHAEL L. BUESGENS (Attachments: # 1 Exhibit)(td, ) (Entered: 05/02/2007) |
| 04/30/2007 | 18 | MOTION for judicial notice of verifiable facts and adjudicative facts by MICHAEL L. BUESGENS (Attachments: # 1 Exhibit)(td, ) (Entered: 05/02/2007) |
| 05/17/2007 | 19 | RESPONSE to 12 CHARLES E. BROWN, MOTION to Dismiss MOTION to Transfer Case filed by MICHAEL L. BUESGENS. (Attachments: # 1 Exhibit)(jf, ) (Entered: 05/18/2007) |
| 05/23/2007 | 20 | RESPONSE to 11 CHARLES E. BROWN's ANSWER to Complaint filed by MICHAEL L. BUESGENS. (Attachments: # 1 Exhibit)(jf, ) (Entered: 05/30/2007) |
| 05/29/2007 | 21 | NOTICE and Request for Subpoena Duces Tecum by MICHAEL L. BUESGENS (tg, ) (Entered: 05/31/2007) |
| 06/07/2007 | 22 | MOTION for Default Judgment by MICHAEL L. BUESGENS (Attachments: # 1 Attachments (part 1)# 2 Attachments (part 2)# 3 Attachments (part 3)# 4 Attachments (part 4))(tg, ) (Entered: 06/08/2007) |
| 07/05/2007 | 23 | MOTION for judicial notice of adjudicative and easily verifiable facts pursuant to Federal Rules of Civil Procedure Rule by MICHAEL L. BUESGENS (Attachments: # 1 Exhibit)(td, ) (Entered: 07/09/2007) |
| 07/18/2007 | 24 | MOTION for reissuance of summons by MICHAEL L. BUESGENS (Attachments: # 1 Exhibit)(td, ) (Entered: 07/20/2007) |
| 07/18/2007 | 25 | RESPONSE to motion to dismiss by National Treasury Employees Union filed by MICHAEL L. BUESGENS; (See Document 24 to view document) (td, ) (Entered: 07/20/2007) |
| 07/19/2007 | 26 | NOTICE that United States District Court Judge Sam Sparks has conferred jurisdiction on this court by MICHAEL L. BUESGENS (Attachments: # 1 Exhibit)(td, ) (Entered: 07/24/2007) |

### PACER Service Center

#### Transaction Receipt

08/13/2007 12:20:17

| PACER Login: | | Client Code: | |
|---|---|---|---|

EXHIBIT 5

CHARLES E. BROWN
ATTORNEY
SPEAKS

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**MICHAEL L. BUESGENS**
**Plaintiff**

§
§
§

**v.**

§

CASE NO. 1:06-CV-01964-RCL

§

**CHARLES E. BROWN, ET AL.**
**Defendants**

§
§
§
§

*RBW*

**RECEIVED**

MAR 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*DOCUMENT 11*

## DEFENDANT'S ORIGINAL ANSWER

Charles E. Brown, Defendant, files Defendant's Original Answer to Plaintiff's

Original Petition and shows:

*PROSECUTING ATTORNEY BROWN SPEAKS*

### ANSWER

1.  Defendant denies that this Court has jurisdiction over the matters alleged by
    Plaintiff. (Plaintiff's Original Complaint, Paragraph II, pg. 15)

2.  Defendant denies employment discrimination or housing discrimination based
    on disability or any basis. (Plaintiff's Original Complaint, Paragraph 14, pg.
    18)

3.  Defendant denies retaliation against Plaintiff because of employment
    discrimination or housing discrimination complaints. (Plaintiff's Original
    Complaint, Paragraph 15, pg. 18)

H:\A WorkCB\3-Brown, Buesgens, Answer.doc

4.      Defendant is without sufficient knowledge to admit or deny any facts regarding the constitutionality of state statutes. (Plaintiff's Original Complaint, Paragraph 16, pg. 18-19)

5.      Defendant is without sufficient knowledge to admit or deny any facts regarding state franchise taxes. (Plaintiff's Original Complaint, Paragraph 17, pg 19)

6.      Defendant is without sufficient knowledge to admit or deny any facts regarding certificates of authority to do business. (Plaintiff's Original Complaint, Paragraph 18, pg. 19)

7.      Defendant denies any assumed name or true name violations. (Plaintiff's Original Complaint, Paragraph 19, pg. 19)

8.      Defendant is without sufficient knowledge to admit or deny any facts regarding state franchise tax liability nexus to Federal Corporate IRS tax reporting. (Plaintiff's Original Complaint, Paragraph 20, pg. 19)

9.      Defendant denies that there has been collusion between attorneys, law firms and real estate developers and state agencies against Plaintiff. (Plaintiff's Original Complaint, Paragraph 21, pg. 19)

10.     Defendant denies that there is or has been a civil conspiracy intertwined in Plaintiff's housing discrimination complaint and employment discrimination complaint. (Plaintiff's Original Complaint, Paragraph 22, pg. 20)

11.    Defendant denies retaliation against Plaintiff. (Plaintiff's Original Complaint, Paragraph 23, pg. 20)

12.    Defendant denies discrimination and retaliation in collusion with any other parties against Plaintiff. (Plaintiff's Original Complaint, Paragraph 24, pg. 20)

13.    Defendant denies discrimination or retaliation in collusion with the National Apartment Association, Texas Apartment Association, or Austin Apartment Association. (Plaintiff's Original Complaint, Paragraph 24, pg. 20)

14.    Defendant denies a breach of duty owed against Plaintiff. (Plaintiff's Original Complaint, Paragraph 25, pg. 21)

15.    Defendant denies any breach of fiduciary duty to the courts or to Plaintiff. (Plaintiff's Original Complaint, Paragraph 26, pg. 21)

16.    Defendant denies any negligent misrepresentations to Plaintiff in employment discrimination or housing discrimination. (Plaintiff's Original Complaint, Paragraph 27, pg. 21)

17.    Defendant denies connected or coordinated adverse actions against Plaintiff or circumventing federal statutes, state statutes, or federal and state rules of civil procedure. (Plaintiff's Original Complaint, Paragraph 28, pg. 22)

18.    Defendant denies attorney and law firm private and government misconduct. (Plaintiff's Original Complaint, Paragraph 29, pg. 22)

19.   Defendant denies state and federal tax fraud. (Plaintiff's Original Complaint, Paragraph 30, pg. 22)

20.   Defendant denies violations of Secretary of State regulations for business and non-profit entities. (Plaintiff's Original Complaint, Paragraph 31, pg. 22)

21.   Defendant denies that he failed to acquire fictitious name certification. (Plaintiff's Original Complaint, Paragraph 32, pg. 23)

22.   Defendant denies misrepresenting the true name and identity and standing, and capacity of the owners and general partners of residential multi-family communities. (Plaintiff's Original Complaint, Paragraph 33, pg. 23)

23.   Defendant denies negligent or intentionally negligent misrepresentations for mandatory disclosures. (Plaintiff's Original Complaint, Paragraph 34, pg. 23)

24.   Defendant denies fraudulent acts or negligently allowing fraudulent acts, willful or premeditated activities regarding legal and business decisions, fraudulent activities that are foreign to the duties of an attorney, acting outside the scope of Defendant's duties, or fraudulent acts on behalf of Defendant's clients. (Plaintiff's Original Complaint, Paragraph 35, pg. 23-24)

25.   Defendant is unable to admit or deny the statement made regarding "any limitations to rely on or disclaimers as to the accuracy of attorney representations made to Plaintiff or unrepresented non-clients", as the

statement is vague and non-sensical.  (Plaintiff's Original Complaint, Paragraph 36, pg. 25)

26.  Defendant denies aiding and abetting a breach of fiduciary duty based on rendition of legal advice.  (Plaintiff's Original Complaint, Paragraph 37, pg. 25)

27.  Defendant denies violations of rules of professional conduct toward persons involved in the judicial process. (Plaintiff's Original Complaint, Paragraph 38, pg. 25)

28.  Defendant denies not reporting any professional misconduct and denies any knowledge of any professional misconduct.  (Plaintiff's Original Complaint, Paragraph 39, pg. 26)

29.  Defendant denies that he has caused the multiple civil litigation filings by Plaintiff.  (Plaintiff's Original Complaint, Paragraph 40, pg. 26)

30.  Defendant denies any retaliation, abuse of process, abuse of power, abuse of relationships, abuse of knowledge, or discrimination against Plaintiff. (Plaintiff's Original Complaint, Paragraph 41, pg. 26)

31.  Defendant denies that he "pisses on" Plaintiff because he is pro se, or that statutes and laws and rules are only lip service and are routinely manipulated. (Plaintiff's Original Complaint, Paragraph 42, pg. 27)

32.  Defendant denies that Plaintiff is entitled to or should recover any

compensatory damages, punitive damages, or exemplary damages.

## PRAYER

Defendant prays that Plaintiff take nothing and that Defendant be granted all

additional relief to which this Court finds Defendant justly entitled.

*EVICTION*
*SUIT*
*041509*
*TRIAL*
*1/26/2006*
*VOIR DIRE*

Respectfully Submitted,

CHARLES E. BROWN
Attorney for Defendant
State Bar No. 03101650
3624 North Hills Dr., Suite B-100
Austin, Texas 78731
(512) 346-6000
(512) 346-6005 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2007, a true and correct copy of the
foregoing instrument was forwarded by Certified Mail, Return Receipt Requested No.
7006 0810 0000 9973 3652, as follows:

Michael L. Buesgens
3112 Windsor Rd., #A322
Austin, Texas 78703.

CHARLES E. BROWN

H:\A Work\CB\G-Brown, Buesgens, Answer.doc

Page 6 of 6

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS          §
Plaintiff                    §
                             §
v.                           §     CASE NO. 1:06-CV-01964-RCL
                             §
CHARLES E. BROWN, ET AL.     §     RECEIVED
Defendants                   §
                             §     MAR 1 9 2007
                                   NANCY MAYER WHITTINGTON, CLERK
                                   U.S. DISTRICT COURT

DOCUMENT 12

## DEFENDANT'S MOTION TO DISMISS OR FOR TRANSFER OF VENUE

Charles E. Brown, Defendant, respectfully moves to dismiss this case for lack of subject matter jurisdiction, improper venue, failure to state a claim upon which relief can be granted, res judicata or, in the alternative, Defendant moves to transfer this case to the Western District of Texas, Austin Division, pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(3), 12(b)(6) and 28 U.S.C. §§ 1404(a) and 1406(a). In support of this Motion, the Defendant respectfully refers the Court to the accompanying Memorandum of Points and Authorities and proposed Order.

Defendant requests that to the extent that this Motion is treated as one for summary judgment, all factual assertions contained within the attached Memorandum in support of this Motion be accepted by the Court as true unless Plaintiff submits contravening affidavits or other documentary evidence. *Neal v. Kelly*, 963 F.2d 453 (D.C. Cir. 1992).

*AS TRUE — UNLESS BROWN WANTS IT BOTH WAYS AND THATS WHAT HE GETS IN TEXAS*

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Court

dismiss Plaintiff's claims against Defendant in Plaintiff's Complaint and enter such

other and further orders to which Defendant is justly entitled.

*FORCIBLE DETAINER*
*HARRIET MURPHY*
*JUDGE*
*AUD*
*VOIR DIRE*
*01/26/2006*

Respectfully Submitted,

**CHARLES E. BROWN**
Attorney for Defendant
State Bar No. 03101650
3624 North Hills Dr., Suite B-100
Austin, Texas 78731
(512) 346-6000
(512) 346-6005 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2007, a true and correct copy of the
foregoing instrument was forwarded by Certified Mail, Return Receipt Requested No.
7006 0810 0000 9973 3652, as follows:

Michael L. Buesgens
3112 Windsor Rd., #A322
Austin, Texas 78703.

**CHARLES E. BROWN**

H:\A WorkCB\3-Brown, Buesgens, Motion to Dismiss.doc

Page 2 of 2

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS     §
**Plaintiff**            §
                 §
**v.**                  §    CASE NO. 1:06-CV-01964-~~RCL~~ RBW
                 §
**CHARLES E. BROWN, ET AL.**     §
**Defendants**            §

## ORDER

Upon consideration of Defendant Charles E. Brown's Motion to Dismiss or, in the alternative, to transfer the pending action to the United States District Court for the Western District of Texas-Austin, it is hereby

ORDERED that Defendant Charles E. Brown's Motion to Dismiss is GRANTED/(DENIED.)

ORDERED that Defendant Charles E. Brown's Motion to transfer the pending action to the United States District Court for the Western District of Texas-Austin is GRANTED/(DENIED.)

*BY MICHAEL L BUESGENS*
*HUD #06-06-293-8*

_____
~~ROYCE C. LAMBERTH~~
~~United States District Judge~~

H:\A WorkCB\3-Brown, Buesgens, Order.doc

Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL L. BUESGENS**<br>**Plaintiff** | §<br>§<br>§ |
| **v.** | §<br>§ |
| **CHARLES E. BROWN, ET AL.**<br>**Defendants** | §<br>§<br>§ |

CASE NO. 1:06-CV-01964-RCL

**RECEIVED**

MAR ̇ ̇ 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION TO TRANSFER VENUE

Plaintiff, Michael L. Buesgens, has brought suit against thirty-five (35) Defendants, including the Defendant Charles E. Brown, for alleged violations of housing discrimination laws, attorney malpractice, employment discrimination and other incoherent claims. Upon information and belief, the Plaintiff is a resident of Texas and all claims made by Plaintiff arise out of facts which occurred in Texas. Plaintiff has other active civil matters already pending in the Western District of Texas from which there have been multiple appeals docketed with the United States Court of Appeals for the Fifth Circuit. Prior attempts by him to initiate and prosecute claims against Texas defendants in this court have been rebuffed and the case transferred to the proper court with jurisdiction and proper venue—the United States District Court for the Western District of Texas—Austin Division.

The Defendant Charles E. Brown is not a resident of the District of Columbia and has no contact with the District of Columbia. Furthermore, all of the events, actions and transactions by and between the Defendant Charles E. Brown and the Plaintiff occurred in Travis County, Texas. Accordingly, the Defendant Charles E. Brown moves to dismiss the Plaintiff's lawsuit based on lack

*HUD NO. 06-06-293-8 CONTRACT WITH KIM KENDRICK ASSISTANT SECRETARY HUD*

H:\A Work\CB\3-Brown, Buesgens, Memorandum.doc

of personal jurisdiction, improper venue and for failure to state a claim upon which relief could be granted. If the Court is not inclined to dismiss these claims on these bases, the Defendant Charles E. Brown requests that the case be transferred to the Western District of Texas—Austin Division.

*[handwritten: TO JUDGE SAM SPARKS WHO LIVES RIGHT NEXT DOOR TO CHARLES BROWN]*

### ARGUMENT AND AUTHORITIES

## NO PERSONAL JURISDICTION OVER THE DEFENDANT CHARLES E. BROWN

The Defendant Charles E. Brown is a resident in Texas. Plaintiff Buesgens' complaints against the Defendant Charles E. Brown arise out of his tenancy in, and ultimate eviction from, an apartment community in Austin, Texas known as "Falcon Ridge" owned by Falcon Apartments of Austin, Ltd. Charles Brown, P.C. represented the landlord in a lawsuit to evict the Plaintiff. Armbrust & Brown, L.L.P. represented the landlord in Plaintiff's appeal of his eviction and is co-counsel in representing Falcon Apartments of Austin, Ltd., Falcon Apartments of Austin I, Inc., Greystar Management Services, L.P., GREP General Partner, L.L.C., Debi Wehmeier, Mandy Rogers and Amanda Torres-Wilson in Plaintiff's fair housing lawsuit pending in the Western District of Texas—Austin Division. Crady, Jewett & McCulley, LLP is co-counsel with Armbrust & Brown in the same federal district lawsuit and also represents these same Defendants in related proceedings filed by Plaintiff with the Multi-District Litigation Panel and pending before the United States Court of Appeals for the Fifth Circuit.

*[handwritten: ARNOLD TAUCH GREGORY S. CAGLE]*

*[handwritten: SHELLEY BUSH MARMON]*

*[handwritten: VOLUNTEER – PAIN FOR CRYING WITNESS MEGAN GOERES SALWAC]*

All of the factual statements related to the Defendant Charles E. Brown, even if taken as true, occurred entirely and solely within the State of Texas.

*[handwritten: EVEN IF TRUE OCCURRED NEXT TO JUDGE SAM SPARKS]*

District of Columbia Long Arm Jurisdiction Statute

The Defendant Charles E. Brown does not meet the statutory requirements sufficient to permit this Court to exercise personal jurisdiction over him either through conduct or through an enduring relationship. D.C. CODE ANN. § 12-422, 12, 423 (1981). All of the actions or omissions

H:\A WorkCB\3-Brown, Buesgens, Memorandum.doc

complained of by the Plaintiff about the Defendant Charles E. Brown occurred in Texas. Plaintiff

fails to allege that any of the incidents giving rise to his claims against the Defendant Charles E.

Brown occurred in the District of Columbia. *HUD # 06-06-293-8*
*INTERFERENCE CAUSED*
*DISMISSAL*

<u>Due Process Considerations</u>

If this Court were to exercise personal jurisdiction over the Defendant Charles E. Brown, it

would violate the due process rights of the Defendant Charles E. Brown guaranteed to them by the
*BROWN HAS RIGHTS ALL PAID FOR IN*
Fourteenth Amendment to the United States Constitution. Before this court may exercise personal
*TEXAS*

jurisdiction over a non-resident defendant two requirements must be met: the non-resident defendant

must have availed itself of the benefits and protections of the forum states by establishing minimum

contacts with it and the court's exercise of personal jurisdiction over the defendant must not offend

traditional notions of fair play and substantial justice. *International Shoe Co. v. Washington*, 326

U.S. 310, 316, 66 S.Ct. 154, 158 (1945).

Plaintiff does not allege specific jurisdictional facts but appears to rely on conclusory
*BROWN LEAVES OUT THE PREMISES*
allegations and appears to aggregate factual allegations among the various Defendants. Such efforts

should fail. Plaintiff bears the burden of establishing personal jurisdiction over each individual

Defendant. The Plaintiff must allege specific facts upon which personal jurisdiction can be based.

*GTE New Media Services, Inc. v. Ameritech Corp.*, 21 F.Supp.2d 27, 36 (D.D.C. 1998), *remanded*

*on other grounds sub nom., GTE New Media Services, Inc. v. BellSouth Corp.*, 199 F.3d 1343 (D.C.

Dir. 2000). They may not aggregate factual allegations concerning multiple Defendants in order to

demonstrate personal jurisdiction over any one Defendant. *Rush v. Savchuk*, 444 U.S. 320, 331-32

(1980).
*HUD # 06-06-293-8*
*DISMISSAL IS A*
A defendant's minimum contacts with the forum state can establish personal jurisdiction. The

jurisdiction is either general or specific. General jurisdiction arises when the defendant's contacts
*MAXIMUM CONTACT*

H:\A Work\CB\3-Brown, Buesgens, Memorandum.doc

with the forum state are so continuous and systematic as to confer jurisdiction, even when none of the contacts directly relate to the instant case. In that case, even if the forum state has no interest in the specific dispute between the parties, the forum state may still have interest in the defendant because the defendant has already created substantial connections with it. *Helicopteros Nacionales de Columbia, S.A. v. Hall*, 466 U.S. 408, 104 S.Ct. 1868 (1984). Sporadic or limited contacts with the forum are insufficient to confer general jurisdiction over a non-resident defendant. The Defendant Charles E. Brown has had no contact with the District of Columbia, much less sporadic contacts. Therefore, the Plaintiff cannot establish a systematic or continuing contact between Defendant and the District of Columbia and therefore cannot establish general jurisdiction over the Defendant Charles E. Brown.

Plaintiff cannot establish specific jurisdiction over the Defendant Charles E. Brown for the same reason. Specific jurisdiction arises when a defendant's contacts with the forum state are specifically related to the lawsuit in which the Plaintiff seeks to establish jurisdiction. In order to establish the minimum contacts which confer specific jurisdiction, the defendant must have purposefully performed some act or consummated some transaction within the forum state and the cause of action alleged by the Plaintiff must arise from or be connected with that act or transaction. *International Shoe*, 326 U.S. at 318. The Plaintiff's allegations regarding the Defendant Charles E. Brown occurred solely within the State of Texas, Travis County to be precise. None of the allegations have any connection with the District of Columbia. *CONTINUING VIOLATIONS*

Finally, the Court should also analyze whether anything within the circumstances of this lawsuit could confer jurisdiction over the Defendant Charles E. Brown so as to comport with the *ESTABLISH* traditional notions of fair play and substantial justice. In reviewing this standard, the Court must *JURISDICTION IN* consider the following factors: the burden on the Defendant Charles E. Brown, the interest of the *USA*

forum state, the interests of the Plaintiff in obtaining convenient and effective relief, the interest of the judicial system in efficiently resolving controversies and the interests of the states in furthering fundamental policies. *Burger King Corp. v. Rudzewicz*, 471 U.S. 462, 105, S.Ct. 2174 (1985).

In applying these factors, exercising jurisdiction over the Defendant Charles E. Brown does not comport with the traditional notions of fair play and substantial justice. The burden on the Defendant Charles E. Brown to defend against the vague complaints in a jurisdiction hundreds of miles from his residence would be substantial. Several of the Defendants are individuals of limited means with only tangential relationship to the allegations made by the Plaintiff. The Defendant Charles E. Brown does not have an office or other business within the District of Columbia. Nothing within Plaintiff's Complaint indicates any specific connection with the District of Columbia as such allegations relate to the Defendant Charles E. Brown. Defendant Charles E. Brown is a resident of Texas and the allegations raised by Plaintiff relate to his fair housing complaints, which are already the subject of a suit pending in the United States District Court for the Western District of Texas— Austin Division (the "Texas Federal Case") and an appeal pending before the United States Court of Appeals for the Fifth Circuit. The fair housing suit in federal district court was set for trial in January 2007 and the appellate case is set on a briefing schedule which begins October 17, 2007. Plaintiff has already elected the forums located in Texas for the resolution of his dispute against the Defendant Charles E. Brown. Clearly the prosecution of these complaints in yet another forum would not promote the convenient or efficient resolution of his claims.

**IMPROPER VENUE**

Should the Court determine that there is sufficient basis for personal jurisdiction over the Defendant Charles E. Brown, he moves to dismiss this case based on improper venue. It is unclear the basis for Plaintiff's establishment of jurisdiction. If the claims that jurisdiction over the

Defendant Charles E. Brown are based upon diversity, venue would be proper only in the following districts: 1) the judicial district where any Defendant resides, if all Defendants reside in the same state; 2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of property that this the subject of the action is situated, or 3) a judicial district in which any Defendant may be found, if there are no districts in which the action may otherwise be brought. 28 U.S.C. § 1391(b). *BROWN CANNOT BE FOUND IN ANY JURISDICTION*

Accordingly, venue would be proper in the District of Columbia only if all of the Defendants resided in the District of Columbia, a substantial part of the actions or omissions which the Plaintiff alleges occurred in the District of Columbia, or one of the residents resides in the District of Columbia and there is no other district in which Plaintiff could bring his lawsuit. None of these circumstances apply to the Plaintiffs' cause of action. Accordingly, venue is not proper and the Plaintiff's claims against the Defendant Charles E. Brown should be dismissed.

## FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Plaintiff has failed to allege any statutory or common law basis for any claims against the Defendant Charles E. Brown. Plaintiff Buesgens filed suit in Federal Court in the Western District of Texas against many of the same defendants named in this suit. The Texas Federal Case which was set for trial in January 2007. The allegations in the instant case appear to mirror the allegations *APPEAR* in the Texas Federal Case. Plaintiff Buesgens is apparently not pleased with the way his suit is *NOT PLEASED* progressing and must have thought that naming the defendants in yet another lawsuit might change *WITH THE METHODS USED* the results. Further, the Plaintiff's Complaint within the instant case fails to state any basis for relief *TO ACHIEVE THE RESULT* against Defendant Charles E. Brown.

Defendant Charles E. Brown represented Falcon Ridge in an eviction case in Justice of the Peace Court, Precinct 5, Travis County, Texas, and the subsequent appeal of that case in the County *VOIR DIRE* *HARRIET MURPHY*

Court of Travis County, Texas. Charles E. Brown no longer represents Falcon Ridge in any matters.

*BROWN GOT FIRED*

Nothing within Plaintiff's Complaint gives rise to any basis for any liability of Charles E. Brown for representing his clients in litigation with Plaintiff in other forums. Plaintiff alleges that Charles E. Brown and other attorneys engaged in interference with a contract (Paragraph 35), collusion (Paragraph 36) and theft or conversion (Paragraph 39). Even if any of these complaints were true, which Defendant Charles E. Brown strenuously denies, Plaintiff has failed to allege sufficient specific facts to support these claims and these attorneys have no personal liability to this Plaintiff for acts taken in the course of representing their clients. *Taco Bell v. Cracken*, 939 F.Supp. 528 (N.D. Tex 1996); *Chapman Children's Trust v. Porter & Hedges L.L.P.* 32 SW 3d 429 (Tex App— Houston [14th] 2000 pet denied). Plaintiff further suggests that these attorneys have committed third degree felony offenses in allowing certain corporate charters to be forfeited. (Paragraph 48). Even if such allegations are true, Plaintiff does not have standing to prosecute such claims, nor does it provide a basis upon which relief could be granted in favor of Plaintiff.

## CONCLUSION

Plaintiff's causes of action against Defendant Charles E. Brown should be dismissed for lack of personal jurisdiction over him and for improper venue. Nothing within Plaintiff's Complaint gives rise to a claim upon which relief could be granted.

*MISCONDUCT*
*JURYRIGGING ET.AL.*

WHEREFORE PREMISES CONSIDERED, Defendant Charles E. Brown requests this Court to dismiss Plaintiff's claims against him in Plaintiff's Complaint, or in the alternative, to transfer this case to the United States District Court for the Western District of Texas—Austin Division, and enter such other and further orders to which these parties may show themselves to be justly entitled.

*ENTITLEMENTS FOR*
*MR BROWN*

H:\A Work\CB\3-Brown, Buesgens, Memorandum.doc

Respectfully submitted,

*041509*
*VOIR DIRE*
*TRIAL*
*1/26/2006*

_____

CHARLES E. BROWN
Attorney for Defendant
State Bar No. 03101650
3624 North Hills Dr., Suite B-100
Austin, Texas 78731
(512) 346-6000
(512) 346-6005 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2007, a true and correct copy of the foregoing instrument was forwarded by Certified Mail, Return Receipt Requested No. 7006 0810 0000 9973 3652, as follows:

Michael L. Buesgens
3112 Windsor Rd., #A322
Austin, Texas 78703.

*1: 06CV01964RBW*
*D.C.*

_____

CHARLES E. BROWN

EXHIBIT 6

2:07CV02116
KANSAS
DOCKET

INTERLOCUTORY APPEAL

## U.S. District Court
### District of Kansas (Kansas City)
### CIVIL DOCKET FOR CASE #: 2:07-cv-02116-CM-JPO

Buesgens v. Houser et al
Assigned to: District Judge Carlos Murguia
Referred to: Magistrate Judge James P. O'Hara
Demand: $1,245,000
 Case: 07cv0043KI
Cause: 28:1332 Diversity-Other Contract

Date Filed: 03/16/2007
Jury Demand: Plaintiff
Nature of Suit: 446 Civil Rights: Americans with
Disabilities - Other
Jurisdiction: Federal Question

**Plaintiff**

**Michael L. Buesgens**

represented by **Michael L. Buesgens**
3112 Windsor Road
#A322
Austin, TX 78703
512-339-6005
PRO SE

V.

**Defendant**

Douglas G. Houser

**Defendant**

Scott Goeres Galloway ✓ *WESTLIND, OREGON*

**Defendant**

Arnold Carl Tauch ✓ *LANDLORD-OWNER = HOUSTON, TX*
*Owner, Falcon Group*

**Defendant**

Jack C Moss
*Registered Agent, Falcon Group*

**Defendant**

Kyle D Tauch
*Partner, Falcon Group*

**Defendant**

Falcon Group

**Defendant**

Debra Wehmeier ✓ *SUBPOENA FRAUD*
*Vice President, Riverstone Residential SC, LLC*

**Defendant**

Gary Ken Oldham
*Partner, Riverstone Residential SC, LLC*

**Defendant**

**Robert A Faith**
*President, Riverstone Residential SC, LLC*

<u>Defendant</u>

**Christine C Freeland**
*Director, Riverstone Residential SC, LLC*

<u>Defendant</u>

**Riverstone Residential SC, LLC**

<u>Defendant</u>

**Charles Eads Brown**
*Armbrust & Brown LLP*

<u>Defendant</u>

**David B Armbrust**
*Respondeat Superior, Armbrust & Brown LLP*

<u>Defendant</u>

**Gregory S Cagle**
*Armbrust & Brown LLP*

<u>Defendant</u>

**Armbrust & Brown LLP**

<u>Defendant</u>

**Dunham Jewett**
*Respondeat Superior, Crady, Jewett & McCulley LLP*

<u>Defendant</u>

**Shelley Bush Marmon**
*Crady, Jewett & McCulley LLP*

<u>Defendant</u>

**Crady, Jewett & McCulley LLP**

<u>Defendant</u>

**Joseph Rosser**

<u>Defendant</u>

**Edward Curry**

<u>Defendant</u>

**Bruce Elfant**

<u>Defendant</u>

**Felix Tarango**

<u>Defendant</u>

**Chester E Beaver**

<u>Defendant</u>

**R Barry Robinson**
*AUSA*

VOIR DIRE - HARRIET M. MURPHY
AUSTIN, TEXAS
TRIAL
1/26/2006

1:06CV01964 RBW - DEFENDANT

JULY 6, 2006   WRIT OF POSSESSION
BRUCE ELFANT
DEPUTY CONSTABLE

JOHN A. BENAVIDES ATTORNEY
HUD # 06-06-293-8
06-60777 FIFTH CIRCUIT

**Defendant**
Tony Brown
*AUSA*

**Defendant**
Marc Eric Malinger ✓
*Attorney*

**Defendant**
William Kennedy Crone ✓
*Agent*

**Defendant**
Denise Louise Black ✓
*Agent*

**Defendant**
Leaf Walker ✓
*Claims*

**Defendant**
Jay Lawrence Vath ✓
*Investigator*

**Defendant**
State Farm Insurance ✓

**Defendant**
State Farm Lloyds ✓

**Defendant**
Tenant-Renters Policy 83-LV-05-78-9 ✓

**Defendant**
John Neal
*Director, Chief Disciplinary Counsel, State Bar of Texas*

**Defendant**
James Mansour  ANDREW SHEWAL
*Chairman*

**Defendant**
Megan M Goeres ✓
*Human Relations Manager-EEO*

**Defendant**
Andrew Kever  WEIDHERMER  DOG
*Attorney*

**Defendant**
Tracy Cape  NO PET ADDENDUM ✓
*Director*

2:07CV02116
KANSAS

STATE FARM
ALL BUESGENS
MEDICAL RECORDS
FEDERAL COURT  10 BOXES
EVIDENCE
STOLEN
AND
REMOVED
ON
JULY 6, 2006
AT
10:00 AM
WHILE BUESGENS,
WAS AT HIS DOCTOR'S
OFFICE FOR AN
APPOINTMENT
THEN ADMITTED TO
SETON SHOAL CREEK HOSPITAL
7/6/06 — 7/12/06

**Defendant**
**Kay Stroman**
*Vice President*

**Defendant**
**Grande Communications** ✓

**Defendant**
**Kim Kendrick** ✓
*Assisstant Secretary, HUD-FHEO-FHAP*     *HUD #06-06-293-8*

**Defendant**
**Milton Turner** ✓
*Director*

**Defendant**
**Mininka Culpepper** ✓
*Attorney*     *FEDERAL TORT CLAIMS ACT*

**Defendant**
**Linda G Katz**
*Attorney*

**Defendant**
**John A Benavides** ✓   *CITY OF AUSTIN HUD CERTIFIED*
*Investigator*            *INVESTIGATOR*

**Defendant**
**Allen Hill**     *FAILURE AND REFUSAL*
*Director of Human Relation, UPS, Atlanta GA*   *TO*

**Defendant**
**Keri McTigue**   *FOLLOW HUD*
*General Counsel, UPS, Atlanta GA*   *COMPLAINT*

**Defendant**
**Leroy Hancuff**   *PROCESSING*
*Manager, Human Relations, UPS, Portland OR*   *PROCEDURES*

**Defendant**
**Andiruh Sarwal**   *IN*
*Grantor, Grande Communications*   *HUD MANUAL*

**Defendant**
**Ryan Goeres** ✓   *WEIMARANER DOG   TENPOTS*
                    *WALKER*

**Defendant**
**Patricia Goeres Galloway**

**Defendant**
**Samantha Sheppard** ✓  *CHARGES BUESGENS DOUBLE RENT*
*Greystar-G Rep*   *UNLAWFUL RELETTING CHARGES $3,893.00*

**Defendant**

Jack Fritts
*Family Manager*

**Defendant**
Mandy Rogers
*Family Manager*

FALCON RIDGE APARTMENTS
MANAGER
PERJURED
TESTIMONY
TRIALS
1/26/06
6/16/06

**Defendant**
Amanda Wilson-Torres
*Family Manager*

**Defendant**
LeAnn Behl
*Family Manager*

**Defendant**
Charles H Gorham
*Administrator, Fair Housing Office, City of Austin TX*

**Defendant**
Ann Morgan
*Assistant Attorney, City of Austin, TX*

**Defendant**
Garry Sweeny
*Region IV Director- HUD-FHEO-FHAP, Ft Worth TX*

**Defendant**
Joseph F Castillo
*Director - Field Office, San Antonio TX*

**Defendant**
Herbert Evans
*Judge, Travis County*

PRECINCT 5

**Defendant**
Melissa Y Goodwin

**Defendant**
Harriet M Murphy

TRIAL 1/26/2006 JUST LET
CHARLES BROWN DO WHAT HE
WANTS

**Defendant**
J David Phillips

**Defendant**
Robert Pemberton

**Defendant**
Maureen Ray
*Attorney*

**Defendant**

John M Richards
*Investigator*

**2:07CV02116**
**KANSAS**

**Defendant**

Earl Leroy Yeakel, III
*US District Judge*

**Defendant**

Sam Sparks ✓
*US District Judge*

**LIVES NEXT DOOR TO CHARLES E BROWN ON ENCLAVE MESA AUSTIN, TEXAS**

**Defendant**

Robert L Pitman
*Magistrate Judge*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2007 | 1 | COMPLAINT (Summons Issued) with trial location of Kansas City, filed by Michael L. Buesgens.(mm) Additional attachment added on 3/16/2007 (mm). (Entered: 03/16/2007) |
| 03/16/2007 | 2 | MOTION to Appoint Counsel by Plaintiff Michael L. Buesgens (mm) (Entered: 03/16/2007) |
| 03/16/2007 | | FILING FEE PAID: in the amount of $ 350, receipt number 4631007364 (mm) (Entered: 03/16/2007) |
| 03/16/2007 | | Summons Issued as to Douglas G. Houser, Scott Goeres Galloway. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry) (mm) (Entered: 03/16/2007) |
| 03/20/2007 | 3 | ORDER denying 2 Motion to Appoint Counsel. Signed by Magistrate Judge James P. O'Hara on 3/20/07. (sl) (Entered: 03/20/2007) |
| 03/28/2007 | 4 | CERTIFIED MAIL RECEIPT returned re 3 Order on Motion to Appoint Counsel addressed to Michael L. Buesgens (kg) (Entered: 03/28/2007) |
| 06/07/2007 | 5 | (PLEASE DISREGARD THIS ENTRY AS THE INCORRECT EVENT WAS USED WHEN FILED. SEE DOCKET ENTRY 6 AS FOR CORRECT FILING) SUPPLEMENT to 1 Complaint by Plaintiff Michael L. Buesgens. (Attachment: # (1) Pages 1-20)(mb) Modified text on 6/27/2007 (mb). (Entered: 06/11/2007) |
| 06/07/2007 | 6 | AMENDED COMPLAINT against all defendants filed by Michael L. Buesgens. (Attachments: # 1 Pages 1-20)(mb) (Entered: 06/27/2007) |
| 06/27/2007 | 7 | MOTION for extension of time for service of summons and response from defendants by Plaintiff Michael L. Buesgens (mb) (Entered: 07/02/2007) |
| 06/27/2007 | 9 | AMENDED COMPLAINT against all defendants filed by Michael L. Buesgens.(Attachments: # 1 Pgs 11-24; # 2 Transmission Verification Reports)(mb) (Entered: 07/03/2007) |
| 07/03/2007 | 8 | ORDER granting 7 motion for extension of time to obtain service on defendants. Signed by Magistrate Judge James P. O'Hara on 7/3/2007. (kg) (Entered: 07/03/2007) |
| 07/12/2007 | 10 | CERTIFIED MAIL RECEIPT returned re 8 Order on Motion for Extension of Time addressed to Michael L. Buesgens (kg) (Entered: 07/12/2007) |
| 07/13/2007 | 11 | Notice to the court of parties of interest by Michael L. Buesgens (Attachments: # 1 Supplement pages 1-33# 2 Supplement pgs 34-66)(daw ) (Entered: 07/16/2007) |
| 07/16/2007 | 12 | MINUTE ORDER OF RECUSAL AND REASSIGNMENT. Case reassigned to Judge Carlos Murguia for all further proceedings. Judge Julie A. Robinson no longer assigned to case. Signed by deputy clerk on 7/16/2007.(mkc) (Entered: 07/16/2007) |

**WHY?**

| 07/16/2007 | 13 | DOCKET ANNOTATION: A copy of Minute Order of Recusal and Reassignment (doc. 12) was mailed, via United States Postal Serivce, to Plaintiff Michael L. Buesgens, 3112 Windsor Road, #A322, Austin, Texas 78703 on 7/16/07 by deputy clerk. (mkc) (Entered: 07/16/2007) |
| 07/20/2007 | 15 | MOTION for Clarification Regarding 12 Minute Order of Recusal and Reassignment by Plaintiff Michael L. Buesgens. (mg) (Entered: 07/27/2007) |
| 07/23/2007 | 14 | MOTION for Order of disclosure by Plaintiff Michael L. Buesgens (Attachments: # 1 Exhibit 4-9# 2 Exhibit 10-15# 3 Exhibit 16 and fax) (yh, ) (Entered: 07/27/2007) |
| 08/09/2007 | 16 | NOTICE OF INTERLOCUTORY APPEAL as to 12 Order, Order Reassigning Case by Plaintiff Michael L. Buesgens. (kao) (Entered: 08/10/2007) |
| 08/10/2007 | | APPEAL FEE STATUS: Filing fee not paid re: Notice of Interlocutory Appeal 16. () (THIS IS A TEXT ONLY ENTRY-NO DOCUMENT IS ASSOCIATED WITH THIS TRANSACTION) (kao) (Entered: 08/10/2007) |
| 08/10/2007 | 17 | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA re 16 Notice of Interlocutory Appeal. (Attachments: # 1 Letter to Parties # 2 Docket Sheet # 3 Letter to Pro Se Appellant from 10CCA and Docketing Statement)(kao) (Entered: 08/10/2007) |

2:07CV02116

## PACER Service Center

### Transaction Receipt

08/13/2007 12:03:35

| PACER Login: | | Client Code: | |
| --- | --- | --- | --- |
| Description: | Docket Report | Search Criteria: | 2:07-cv-02116-CM-JPO |
| Billable Pages: | 3 | Cost: | 0.24 |

KANSAS CITY, KANSAS
HARRIET M. MURPHY
JUDGE
VOIR DIRE
TRIAL 1/26/2006
CASE NO. 041509

EXHIBIT 7
NINTH CIRCUIT
07-35578

3:07CV00043KT
PORTLAND, OREGON

Search for Cases  View Print Full Docket

If you view the full docket online, you will be charged for 4 Pages  $ 0.32

## US Court of Appeals for the Ninth Circuit ✓
### Case Summary

Court of Appeals Docket #: 07-35578 ↙
Nsuit: 4360  Other personal injury (Div)
Buesgens v. Galloway
Appeal from: District of Oregon (Portland) ↙

Filed: 7/18/07 ✓

Lower court information:
    District: 0979-3 : CV-07-00043-GMK
    presiding judge: Garr M. King, District Judge

*SCOTT GOERES GALLOWAY*
*MEGAN GOERES GALLOWAY*
*ANDIRUH SARWAL*

| | |
|---|---|
| 7/18/07 | DOCKETED CAUSE AND ENTERED APPEARANCES OF Aplt in pro per & csl of aple CADS SENT (Y/N): NO. setting schedule as follows: appellant's designation of RT is due 7/16/07; appellee's designation of RT is due 7/26/07; appellant shall order transcript by 8/6/07; court reporter shall file transcript in DC by 9/5/07 ; certificate of record shall be filed by 9/12/07 ; appellant's opening brief is due 10/22/07; appellees' brief is due 11/21/07; appellants' reply brief is due 12/5/07; [07-35578] (mhf) |
| 7/18/07 | Filed Appellant Michael L. Buesgens's "Petition for Review"; served on 7/5/07 (MOATT) [07-35578] [6235238] [07-35578] (mhf) |
| 7/18/07 | Filed attorney for Appellant Civil Appeals Docketing Statement served on 7/5/07 (PRO SE aplt) (CASEFILE) [07-35578] [07-35578] (mhf) |
| 8/2/07 | Received Appellant Michael L. Buesgens' motion ("motions and notices"; with exhibits; served on 7/31/07 (rec'd only; exceeds page limitation at 41 pages; motion may not be in compliance with FRAP rules) (to MOATT) [07-35578] (ru) |

### PACER Service Center
#### Transaction Receipt
08/13/2007 10:03:54

| PACER Login: | | Client Code: | |
|---|---|---|---|
| Description: | dkt summary | Case Number: | 07-35578 |
| Billable Pages: | 1 | Cost: | 0.08 |