UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MICHAEL BUESGENS,                   )
                                    )
                Plaintiff,          )
                                    )
        v.                          )   Civil Action No. 06-1964 (RBW)
                                    )
CHARLES BROWN, et al.,              )
                                    )
                Defendants.         )
                                    )
_____)

### ORDER

On March 16, 2007, the defendants, Barbara Atkin and Dennis Schneider, filed a motion to dismiss. The plaintiff failed to file an opposition within the time prescribed by Local Rule 7(b) ("[w]ithin 11 days of the date of service . . . an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion."). Accordingly, this Court issued an Order pursuant to Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988) and Neal v. Kelly, 963 F.2d 453 (D.C. Cir. 1992), advising the plaintiff that failure to file an opposition to the defendants' motion by February 7, 2008, would result in the Court treating the motion as conceded and entering judgment in favor of the defendant. January 7, 2008 Order. The plaintiff has neither filed an opposition nor requested an extension of time to file an opposition by the due date. Accordingly, it is hereby this 11th day of January, 2008,

**ORDERED** that the defendants' motion is **GRANTED**. It is further

**ORDERED** that this case is **DISMISSED** as to defendants Barbara Atkin and Dennis Schneider.

**SO ORDERED** this 11th day of January, 2008.

/s/_____
Reggie B. Walton
United States District Judge