UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001
JUDGE REGGIE B. WALTON

FEBRUARY 3, 2008

1. MICHAEL L. BUESGENS
PLAINTIFF
CREDITOR-ADVERSARY

3112 WINDSOR RD, A 322
AUSTIN, TEXAS 78703
PHONE: 512-339-6005 X 7958
FAX: 512-339-6099
EMAIL: MIKEBUESGENS@HOTMAIL.COM

A. 1:07CV00859 RBW
B. 1:06CV01964 RBW

RECEIVED
FEB 6 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2. THIS LETTER IS IN REFFERENCE TO JUDGE REGGIE B. WALTON COURT ORDERS FOR CIVIL ACTIONS

   A. 1:06CV01964RBW

   B. 1:07CV00859 RBW

3. JUDGE WALTON HAS ORDERED THAT BUESGENS RESPOND BY FEBRUARY 7, 2008

4. THAT THIS RESPONSE SHALL BE TYPED AND IN CONFORMANCE WITH U.S. DISTRICT COURT LOCAL RULES AND FRCP.

5. PLAINTIFF-CREDITOR-MOVANT BUESGENS WILL RESPOND WITH A TYPED DOCUMENT AND EXHIBITS

6. Buesgens has hired a typist for this and she will begin work on this on February 4, 2008

7. Plaintiff Buesgens believes he can meet the February 7, 2008 deadline.

8. However it is possible that these typed responses will not be received until February 8 or 9, 2008.

Sincerely,

*Michael Buesgens*

Michael L Buesgens
Plaintiff
Creditor-Adversary
February 3, 2008