UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL BUESGENS, )
)
       Plaintiff, )
)
v. )   Civil Action No. 06-1964 (RBW)
)
CHARLES BROWN, <u>et al.</u>, )
)
       Defendants. )
)

**ORDER**

In accordance with the Court's rulings in its Memorandum Opinion that shall be issued hereafter, it is hereby this 28th day of March, 2008

**ORDERED** that defendant Brown's motion to dismiss is **Granted**. It is further

**ORDERED** that defendant Brown's motion to transfer is **Denied as moot**. It is further

**ORDERED** that this order shall not be deemed a final order subject to appeal until the Court has issued its Memorandum Opinion in this matter.

**SO ORDERED**.

/s/_____
REGGIE B. WALTON
United States District Judge