# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# 333 CONSTITUTION AVENUE, NW
# WASHINGTON, DC 20001

**Michael L. Buesgens**

**RECEIVED**

APR 0 4 2008

        **Plaintiff**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**V.**

                                      **Civil No.**
                            **1:0CV01964RBW**

**Charles Eads Brown,**
**HUD-FHA Attorney**

**Shelley Bush Marmon,**
**Bankruptcy Attorney,**

**Gregory Cagle, Attorney**

**R. Barry Robinson,**
**Assistant U.S. Attorney,**
                            **et.al.**

           **Defendants**

       **Plaintiff Buesgens Motion for Reconsideration**

**Of this court's orders granting Charles Eads Brown**

**Motion to dismiss on March 28, 2008**

Plaintiff Buesgens has new evidence of wrongdoing that confers general, specific and personal and pendant jurisdiction on this court.

See District of Columbia code long arm statute and due process section 13-423.

Section 13-423. Personal Jurisdiction based on conduct

13-423(a) (3) Causing tortuous injury in the District of Columbia by an act or omission in the District of Columbia;

See attached exhibit; Petitioner Buesgens submission to the Tenth Circuit Court of Appeals Petition for Review No. 07-9574.

Evidence of wrongdoing by Attorney Charles Eads Brown submitted on March 19, 2008 to the Tenth Circuit.

The Tenth Circuit Petition for Review No. 07-9574 is the review of the administrative record for HUD Case No.06-06-0293-8.

2

# HISTORICAL FACTS
## AND
## CONTINUING VIOLATIONS
## 2005-2008

The HUD Case No. <u>06-06-0293-8</u> is a <u>dual filed</u> housing discrimination complaint.

Plaintiff Buesgens housing discrimination complaint was <u>dual filed</u> with the City of Austin and United States Department of Housing and Urban Development on <u>December 28, 2005</u>.

Charles Eads Brown retaliatory eviction suit <u>Case No</u>.041509 was filed on <u>December 30, 2005</u>.

Charles Eads Brown eviction suit trial was held on <u>January 26, 2006</u>.

The trial was held at the Justice of the Peace, Precinct 5, Travis County, Austin, Texas. <u>Herbert E. Evans</u>, Justice of the Peace and <u>Harriet M. Murphy</u>, Acting Justice of the Peace presiding.

Evans and Brown set up the seating arrangements for Voir Dire.

3

The Charles Eads Brown <u>pollute the well</u> at <u>Voir Dire</u> was also held on January 26, 2006.

<u>Attorney Charles Eads Brown</u> questioning of the Voir Dire panel included <u>his medical questions</u> on defendant Buesgens Bipolar disability.

The <u>sole issue</u> in a forcible detainer suit is the possession of the property. See the attached Texas Rules of Civil Procedure.

Attorney Charles Eads Brown also took the stand at trial.

Brown testified that defendant Buesgens had caused him to much work on this case.

Brown testified that he was entitled to $10,000.00 <u>attorney fees</u>.

The jury awarded Brown <u>$5,000.00</u>. The maximum allowed in forcible detainer suits.

Defendant Buesgens filed an appeal of the eviction suit <u>Case No</u>. 041509, on <u>January 29, 2006</u>.

4

Buesgens had to pay double the amount of the jury award, $10,000.00 cash appeal bond.

## IDENTIFIERS FOR THIS LITIGATION

## CASE NUMBERS ARE ASSIGNED FOR JUSTICE OF THE PEACE COURT

## CAUSE NUMBERS ARE ASSIGNED FOR TRAVIS COUNTY COURT AT LAW NO. 1

### See Attached Exhibit at Tenth Circuit

Attorney Brown likes to interchangeably use case number 041509 for reference to the following:

1. HUD Case No. 06-06-0293-8

2. Appeal Cause No. C-1-CV-06-000678.

Charles Eads Brown, retaliatory eviction suit Case No. 041509.

Became appeal Cause No. C-1-CV-00678. At the Travis County Court at Law No. 1,

5

**Judge, J. David** Phillips, presiding. **David Ferris**
is the Court Manager at **Travis County Court at Law
No.1**.

See **Attorney Charles Eads Brown**, court filing
on **February 3, 2006 using case** No.041509 and **not
using** the correct court filing number **Cause** No.C-1-
CV-06-000678. That court filing is in response to
the **counterclaim** and **cross claim** that defendant
Buesgens filed in Justice of the Peace Court on
**January 9, 2006**.

**Attorney Brown** is doing this **intentionally**.
It is **not** a mistake for Brown.

**Attorney Brown** made the **decision** to **interfere**
in **HUD** case No.**06-06-0293-8**.

**Brown uses** Buesgens counterclaim and cross
claim in eviction suit **case** No.041509 to **destroy**
Buesgens housing discrimination.

See **the attached exhibit** - **Pending litigation**
at the **Tenth Circuit** - Petition for Review No.

6

<u>07-9574</u> - HUD case No.<u>06-06-0293-8</u>.

   <u>See the TX R. CV. P. Forcible detainer Rules
counterclaim and crossclaim not allowed in JP
Court.</u>
   See attached Exhibit- The <u>Pending litigation</u>,

Tenth Circuit Petition for Review No.<u>07-9574</u>

<u>Dual filed</u> housing discrimination complaint

<u>HUD</u> case No. <u>06-06-0293-8</u>.

   Attorney <u>Charles Eads Brown</u> sends a <u>letter</u>,

dated: <u>February 10, 2006</u> to <u>John A. Benavides</u>, <u>HUD</u>

certified housing discrimination investigator.

   <u>Brown</u> sends <u>Benavides</u> eviction suit <u>case</u> No.

041509 court case filings. Defendant Buesgens

<u>counterclaim</u> and <u>cross claim</u> filed on January 9,

2006.

   <u>John A. Benavides</u>, HUD certified housing

discrimination investigator sends Buesgens a

<u>letter</u>, dated: <u>February 17, 2006</u>.

7

**Benavides** and **Brown** make the decision to **administratively close** HUD case No. 06-06-0293-8.

Buesgens **dual** filed housing discrimination complaint is closed **based on trial has begun** in eviction suit case No.**041509**.

**Defendant Buesgens counterclaim and cross claim, not looked at and not ruled on by anyone in the following litigation:**

1. **Case No**.041509-Eviction Suit
   Justice of the Peace, Precinct 5
   Travis County
   Austin, Texas
   Herbert E. Evans, Justice
   Nigel Gusdorf, Acting Justice
   Harriet M. Murphy, Acting Justice
   **Charles Eads Brown**, Attorney
   Arnold C. Tauch, Landlord
   Jack C. Moss, General Partner
   Falcon Apartments of Austin I, Inc.-Houston, TX
   Falcon Ridge Apartments-Austin, Texas
   Megan Goeres-Galloway-Sarwal, Volunteer Witness
   Mandy Marie Rogers, Apartment manager
   **Voir Dire-20 members**
   **Jury Trial: 01/26/2006**
   $5,000.00 Attorney Fees
   $10,000.00-Cash Appeal Bond

2. **Cause No**.C-1-CV-06-000678
   Appeal of Eviction suit
   Travis County Court at Law No. 1
   Austin, Texas
   J. David Phillips, Judge
   David Ferris, Court Manager
   Nelda Benavides, Court Clerk
   <u>Attorneys and Law Firms</u>:
   Charles Eads Brown
   Shelley Bush Marmon
   Gregory S. Cagle
   Crady, Jewett & McCulley, LLP-Houston, Texas
   Armbrust & Brown, LLP-Austin, Texas
   Megan Goeres-Galloway-Sarwal, Paid for Volunteer
   Witness
   Mandy Marie Rogers, Apartment Manager
   Joe Rosser, Deputy Constable
   Felix Tarango, Assistant Attorney, Travis County
   Chester E. Beaver, Assistant Attorney, City of
   Austin
   <u>Trial: 06/16/2006</u>
   $35,000.00 Attorney Fees
   Any Appeals by Buesgens will be additional fees
   Each appeal-$5,000.00

3. <u>Civil No. 1:06CV00260LY</u>
   United States District Court
   For the Western District of Texas
   <u>Earl Leroy Yeakel, III, Judge</u>
   <u>Removal-Remand of Cause No. C-1-CV-06-000678</u>
   <u>Attorneys and Law Firms</u>:
   Charles Eads Brown
   Gregory S. Cagle
   Armbrust & Brown, LLP-Austin, Texas

# ATTORNEY CHARLES EADS BROWN

## HAS MADE A RELATIONSHIP
## AND
## ESTABLISHED DIRECT CONTACT
## WITH THE FORUM STATE
## DISTRICT OF COLUMBIA
## BY HIS
## INTENTIONAL INTERFERENCE
## IN
## HUD CASE NO.06-06-0293-8
## THAT PRODUCED
## PLAINTIFF BUESGENS
## 2006-2007
## PERSONAL INJURY
## ADMINISTRATIVE CLAIMS AGAINST HUD
## UNDER
## FEDERAL TORT CLAIMS ACT-FTCA
## FORM SF95
## AND
## THE FOLLOWING:

Plaintiff Buesgens claims in the following Litigation:

1. Civil No. 1:06CV01964RBW

2. Civil No. 1:07CV00859RBW

3. Adversary No. 07-10008

4. Commissioners Bankruptcy Case No. 06-11164FRM

5. U.S. Tax Court Case No. 5378-08

**ARISE** out of or are **RELATED** to **Charles Eads Brown** **interference** and **criminal misconduct** activities in HUD Case No.<u>06-06-0293-8</u>.

At the United States Department of Housing & Urban Development, <u>District of Columbia</u>.

**With the following HUD officials:**

1. <u>**Kim Kendrick**</u>, **Assistant Secretary**
   **Fair Housing and Equal Opportunity-<u>FHEO</u>**
   **Washington, D.C.**

   <u>SEE</u> Kendrick Letter dated: <u>July 28, 2006</u>
   HUD Case No.06-06-0293-8, Attorney Brown

2. <u>**Milton F. Turner**</u>, **Director**
   **Compliance and Disability Rights Division**
   **Washington, D.C.**

   <u>SEE</u> Turner letter dated: <u>August 25, 2006</u>
   HUD Case No.06-06-0293-8, Attorney Brown

3. <u>**Linda G. Katz**</u>, **Attorney-Advisor**
   **HUD New England Tort Claims Center**
   **Boston, Ma**

   <u>SEE</u> Katz letter dated: <u>September 18, 2006</u>
   <u>Federal Tort Claims Act Administrative Claim</u>
   <u>Arises</u> from HUD Case No.06-06-0293-8, Brown

4. <u>**R. Joseph Habian**</u>, **Assistant Inspector General**
   **For Investigations, GI**
   **Washington, D.C.**

11

**SEE** Habian letter dated: <u>October 2 & 16, 2006</u>
HUD Case No. 06-06-0293-8, Attorney Brown


5. <u>Miniard Culpepper</u>, Regional Counsel
   HUD New England Federal Tort Claims Center
   Boston, Ma

   **SEE** Culpepper letter dated: <u>October 4, 2006</u>
   <u>Federal Tort Claims Act Administrative Claim-</u>
   <u>2006</u>
       Buesgens has not yet filed a civil action on
   This claim for HUD Case No.06-06-0293-8-Brown
       Culpepper <u>never responded</u> to Buesgens 2007
   Federal tort claim filed against him for his
   Misconduct <u>in support</u> of Charles Eads Brown

6. <u>Cynthia O'Connor</u>, Executive Secretary
   <u>Freedom of Information Act</u>
   HUD-FOIA Control No. <u>FI-467396</u>
   HUD Case No.06-06-0293-8, Attorney Brown
   Washington, D.C.

   **SEE** O'Connor letter dated: <u>September 21, 2007</u>
   Buesgens <u>never</u> received his FOIA request from
   HUD and HUD <u>never</u> denied it.

7. <u>Milton F. Turner</u>, Director
   HUD Compliance and Disability Rights Division
   Washington, D.C.

   <u>See</u> Turner letter dated: <u>April 3, 2007</u>
   <u>HUD Case No.06-06-0293-8</u>, Attorney Brown

8. <u>Penny Shields</u>, Operations Analyst
   <u>Freedom of Information Act</u>
   HUD FOIA Control <u>No.463485</u>
   Boston, Ma
   <u>See</u> Shields letter dated: <u>April 4, 2007</u>
   HUD Case No. 06-06-0293-8, Attorney Brown

9. **Linda G. Katz**, Attorney Advisor
   **Federal Tort Claims Act-Personal Injury**
   HUD Case No.06-06-0293-8, Attorney Brown

   **See** Katz letter dated: **March 14, 2007**
   FTCA-Form **SF95**-Filed **April 6, 2006**


**PLAINTIFF BUESGENS**
**HAD**
**RENEWAL APARTMENT LEASE CONTRACT**
**WITH**
**FALCON RIDGE APARTMENTS**
**SIGNED DECEMBER 5, 2005**
**FOR**
**DECEMBER 26, 2005-OCTOBER 22, 2006**
**$619.00/MONTHLY**

Attorney Charles Eads Brown **omits** that lease

contract in all his **correspondence** to HUD

officials.

Charles Eads Brown would **not allow** Buesgens to

pay his monthly rent from December, 2005 through

June, 2006.

The Apartment Lease Contract is sponsored and

provided by the following:

1. National Apartment Association
   Virginia

13

2. **Texas Apartment Association**
3. **Austin Apartment Association**

**Attorney Charles Eads Brown is a member.**

**<u>Charles Eads Brown</u> promotes himself as an expert. Mr. Brown is a regular instructor in the Fair Housing Act and the Austin Apartment Association sponsors seminars by Attorney Brown for their members.**

**On <u>July 6, 2006</u> Writ of possession was executed at Buesgens apartment <u>No.1023</u>, while he was at his doctors' office for a <u>10:00am</u> appointment.**

**Buesgens <u>never</u> returned to Falcon Ridge Apartments and was admitted to Seton Shoal Creek Hospital on <u>July 6, 2006</u> and discharged on <u>July 12, 2006</u>.**

**All of Buesgens medical records and federal court evidence for <u>pending litigation</u> and federal tax returns and social security card and passport,**

Confiscated, and turned over to the <u>U.S. Attorneys</u>
<u>office in Austin, Texas</u>. No one has returned these
items to Buesgens.

Attorney Charles Eads Brown is the <u>architect</u>
of this wrongdoing.

The <u>theft</u> of Buesgens medical records and
federal court evidence contributed to his losses in
pending litigations. This includes Commissioners
Bankruptcy case No. <u>06-11164FRM</u> and Adversary case
No. <u>07-10008</u>.

The Seton Shoal Creek Hospital bill was
<u>$7,300.00</u>.

Buesgens has been <u>denied</u> affordable housing
accommodation in the United States and District of
Columbia based on the foregoing wrongdoing.

Buesgens has lived at Extended Stay America
Hotels since <u>July 17, 2006</u>. The total bill to date
is <u>$28,000.00</u>. Well beyond Buesgens means.

Buesgens early withdrawals from the small

amount in his Individual Retirement Account

produced **Federal tax bills**.

This in turn produced **tax deficiency notices**.

**Commissioners'** tax collectors demand payment.

Commissioners' tax collectors produced Buesgens

U.S. Tax Court petition **No.5378-08**. Set for **trial**

in **Washington, D.C.**

**HUD officials** in **Washington, D.C.** are well

aware of Charles Eads Brown **interference** and

misconduct under the **Fair Housing Act**.

**HUD officials** in **Washington, D.C.** are

**connected** and **related** to this wrongdoing.

*HUD officials* have **participated** in the

wrongdoing and cover up of **Brown's misconduct**.

The foregoing **creates jurisdiction** in the

District of Columbia and **provides** the minimum

contacts required for **this courts jurisdiction** over

Charles Eads Brown **interference** in Buesgens housing

**16**

Discrimination complaint. That has also **contributed**
to the **related** IRS Employment discrimination and
the bankruptcy litigation.

Attorney Charles Eads Brown has made a **direct**
**foreseeable** connection to the **District of Columbia**.

Brown and HUD officials have a **long standing**
**relationship**.

HUD officials and U.S. Attorneys in
**Washington, DC** have **protected Brown** in all of
Buesgens litigation.

HUD officials in Washington, DC, and Boston,
Massachusetts, **protecting Brown** and **themselves** from
**liability**.

The **administrative closure** of HUD Case No. 06-
06-0293-8 is in violation of HUD's own regulations
and HUD's complaint processing **TEAPOTS** manual.

The misconduct that began in **2005** continues
into **2008**. **Causing bifurcated piece meal**
**litigation**.

Take a look at <u>Tenth Circuit</u> Petition for
Review No. <u>07-9574</u>. OPEN

HUD Case No.06-06-0293-8

Take a look at <u>Fifth Circuit</u> Petition for
Review No. <u>06-60777</u>.CLOSED

HUD Case <u>No.06-06-0293-8</u>

<u>HUD officials</u> and <u>U.S. Attorneys</u> <u>refuse</u> to
provide the court with their record for the courts
review.

<u>Tenth Circuit</u> and <u>Fifth Circuit</u> <u>refuse</u> to
provide enforce their own rules of procedure.

Look at the bifurcation. <u>Charles Eads Brown</u>
cannot be found. The other attorneys cannot be
found. The defendants in the <u>related</u> housing
discrimination cannot be found.

<u>Michael C. Johnson</u>, AUSA, Denver, Colorado can
be found. But Johnson claims he don't know nothin
about nothin. Johnson spins it and runs around it.
And no record produced.

18

Plaintiff Buesgens <u>health</u> has been on the
<u>decline</u> from all this litigation and run around.

Buesgens only income is $1,300.00 per month.
That arises from Buesgens March 7, 2005 involuntary
disability retirement at the <u>Commissioners shop</u>.


## <u>RELIEF</u>


<u>Put the Brown back in here</u>.

Order HUD officials in Washington, DC to produce
the record for HUD Case No. <u>06-06-0293-8</u>


Respectfully Submitted,

Michael L. Buesgens

Civil No. 1:06CV0196RBW
HUD Case No. 06-06-0293-8
Civil No. 1:07CV00859RBW
U.S. Tax Court Petition No. 5378-08
April 1, 2008

# CERTIFICATE OF SERVICE

I certify that one true copy of this Charles Eads Brown direct and intense contact with the District of Columbia was served by priority mail, delivery confirmation, on this 2nd day of April, 2008, addressed to the following:

1. Alphonso Jackson, Secretary
2. Kim Kendrick, Assistant Secretary
3. Milton F. Turner, Director
4. Miniard Culpepper, Tort Claims Regional Attorney
5. Linda G. Katz, Attorney-Advisor
6. R. Joseph Haban, Assistant Inspector General
7. Cynthia O'Connor, Executive Secretary
8. Penny Shields, Operations Analyst
9. Charles Eads Brown
10. John A. Benavides
11. U.S. Department Of Housing & Urban Development
    451 7th Street, SW
    Room 5100
    Washington, D.C. 20410
    Phone: 202-708-4252
    Fax: 202-708-4483

12. Pat S. Genis, AUSA
13. Karen Melnik, AUSA
14. R.Barry Robinson, AUSA
15. Michael C. Johnson, AUSA
16. U.S. Attorneys Office
    P.O. Box 227
    Washington, D.C. 20044

17. **Charles Eads Brown, Attorney**
    HUD Case No. 06-06-0293-8
    Civil No. 1:06CV01964RBW
18. Gregory S. Cagle, Attorney

19. Shelley Bush Marmon, Attorney

20. Armbrust & Brown, LLP

21. Crady, Jewett & McCulley, LLP

22. **John A. Benavides**

    **Charles Eads Brown Law**
    **AND**
    **Real Estate Mortgage Office**
    **3624 North Hills Drive, B100**
    **Austin, Texas 78731**
    **Phone: 512-346-6000**
    **Fax: 512-346-6005**


                    **Michael L. Buesgens**
                        **Plaintiff**
                    **Mailing Address**
                **3112 Windsor Rd., A322**
                    **Austin, Texas 78703**
                **Phone: 512-339-6005X7958**
            **Email:mikebuesgens@hotmail.com**
                    **April 1, 2008**


                          **21**

# EXHIBIT 1

## LETTERS FROM HUD OFFICIALS

## 2006-2007



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-2000

July 28, 2006



ASSISTANT SECRETARY FOR
FAIR HOUSING AND EQUAL OPPORTUNITY

*KIM KENDRICK*
*7/28/2006*

*HUD CASE 06-06-293-8*

Mr. Michael L. Buesgens
500 Stassney, Apartment No. 1023
Austin, TX 78745-3243

Dear Mr. Buesgens:

I am in receipt of your letters of May 31, 2006, and June 6, 2006, wherein you allege misconduct by Fair Housing and Equal Opportunity officials. You specifically allege that, "FHA Statutes and HUD Regulations are being ignored and omitted by them." As a result, you request the removal of U.S. Department of Housing and Urban Development, Office of Fair Housing and Equal Opportunity (FHEO), employees Garry Sweeney, Milton Turner, Turner Russell, and Joe F. Castillo. You also request the Department investigate the actions of certain staff of the City of Austin, Texas.

In response to your complaint, the Department reviewed and assessed the performance of the named HUD personnel in the conduct of their duties to ensure that their actions are in compliance with HUD's guidelines, procedures, and practices for conducting inquiries and investigations under Title VIII of the Fair Housing Act, as amended. We have concluded that there is no evidence to suggest HUD personnel acted improperly regarding the processing of your complaint. The evidence suggests the employees' conduct was appropriate and consistent with HUD policy.

Your decision to move your case to state court required that the City of Austin, Equal Employment/Fair Housing Office close your case. Additionally, the commencement of trial prevented further action by the Office of Fair Housing and Equal Opportunity. Garry Sweeney, FHEO Region VI Director, acting in compliance with Federal regulations and fair housing policy, advised you in a letter dated April 21, 2006, that your case was administratively closed because of the ongoing litigation. The relevant regulation states, "[u]nder the Act, [...] the Secretary may not issue a charge of discrimination regarding an alleged discriminatory housing practice after trial begins in a civil action commenced by the aggrieved person under an Act of Congress or a State law seeking relief with respect to a discriminatory housing practice." 42 U.S.C. Section 3610(g)(4).

The Department does not have jurisdiction to investigate your allegations against non-federal government employees -- namely, Charles Gorham and John Benavides of Austin, Equal Employment/Fair Housing Office (AEEFHO). You may wish to contact Cathy Rodgers, Director, Human Resources and Civil Service of the AEEFHO at 512-974-3250. The address is P.O. Box 1088, Austin, Texas 78767-3243.

7/28/2006

2

Because you elected to file an action in court, the Department can no longer assist you in this matter. However, an additional source of information that you may find helpful is the:

Texas Department of Housing & Community Affairs
Post Office Box 13941
Austin, TX 78711-3941

If the Department can be of further assistance, do not hesitate to contact Garry Sweeney at our Fort Worth Regional office on 817-978-5900.

Sincerely,

*Kim Kendrick*

Kim Kendrick



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-2000

AUG 2 5 2006

*8/25/06*

OFFICE OF FAIR HOUSING
AND EQUAL OPPORTUNITY

Mr. Michael L. Buesgens
3112 Windsor Road, Apartment A-322
Austin, TX 78703

*HUD CASE 06-06-0293-8*

Dear Mr. Buesgens:

    Thank you for your July 23, 2006 correspondence. Please be advised that your correspondence will be forwarded within the next five days to the Southwest Office of Fair Housing and Equal Opportunity (FHEO), Fort Worth, Texas, for review and appropriate action. That Office has responsibility for determining jurisdiction over complaints in the state where the alleged discrimination occurred. A sheet listing all of the Department's FHEO Regional Offices is enclosed.

    FHEO administratively enforces Federal statutes, executive orders and regulations designed to afford all persons an equal opportunity to live in housing of their choice and to participate in HUD-assisted programs and activities without regard to race, color, national origin, sex, religion, familial status (families with children under 18), disability or age. A sheet summarizing the different laws FHEO enforces and where they can be found in the Code of Federal Regulations is enclosed.

    The FHEO Office noted on the enclosure will review your correspondence and notify you directly concerning its determination. If you have not heard from that Office within 30 days from the date of receipt of this letter, or if you wish to follow up on your letter, please direct all inquiries to that Office.

    For further information, you may wish to visit HUD's Web site at **www.hud.gov**. I hope the information provided is helpful.

                    Sincerely,

                    Milton F. Turner
                    Director
                    Compliance and Disability Rights Division

Enclosures



**New England**

**U.S. Department of Housing and Urban Development**
**Federal Tort Claims Center**
**Office of the Regional Counsel**
**Thomas P. O'Neill, Jr. Federal Building**
**10 Causeway Street, Room 310**
**Boston, Massachusetts 02222-1092**

**(617) 994-8250         FAX: (617) 565-7337**

September 18, 2006

*9/18/2006*

*HUD CASE 06-06-2938*

Michael L. Buesgens
3112 Windsor Rd. #A322
Austin, TX 78703

RE: Federal Tort Claims Act Administrative Claim

Dear Mr. Buesgens:

I write in response to the letter you faxed to HUD General Counsel Keith Gottfried and others on September 13, inquiring about the status of your claim seeking $5 million. We received your claim on April 6, 2006 and it is currently under review.

I note that the return address of your recent letter is different from the address stated on the claim. I assume that you moved, and that this letter reflects your current address. Please inform me if we should use a different address for future correspondence.

If you have any questions about the foregoing or need further assistance, please feel free to contact me.

Sincerely,

Linda G. Katz
Attorney-Advisor

HUDCASE 06-06-293-8



U.S. Department of Housing and Urban Development

## Office of Inspector General

451 Seventh Street, SW
Washington, DC 20410-4500
Phone: (202) 708-0390   Fax: (202) 708-1354

10-2-06

MEMORANDUM FOR: Robert Ashworth, Director, Hotline, GFI

FROM: R. Joseph Haban, Assistant Inspector General for Investigation, GI

SUBJECT: Investigative Matters

✓_____ The attached matter was received by the Office of Investigation.  I am referring this matter to you to be indexed into the Hotline system.  Please review and take whatever action you deem appropriate.

_____ The attached matter was received by the Office of Investigation.  A response has already been made.  I am forwarding this matter to the Hotline to be numbered and indexed only.

_____ The attached matter was received by the Office of Investigation.  We have referred this matter to the appropriate Regional Special Agent in Charge for investigation.  I am forwarding this matter to the Hotline to be numbered and indexed only.

_____ Comments
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____



**U.S. Department of Housing and Urban Development**
**WASHINGTON, D.C. 20410-4500**

OCT 16 2006 ✓

Dear Mr. Buesgens:

*HUD CASE 06-06-293-8*

This is in response to the information you sent to the HUD Office of Inspector General Hotline. We have decided to return your information. The box marked below provides you with the reason why we are taking this action.

☐ **(1) More Information** We are unable to pursue your issues further because the facts and circumstances of your allegations are not specific enough to complete our analysis. Please provide us detailed information such as the subject(s) names, specific physical documents and evidence that support your allegations or the names of potential witnesses so we can determine an appropriate course of action. Provide the additional information by contacting our toll-free number, 1- 800-347-3735, or write to us at: HUD OIG Hotline (GFI), 451 7ᵗʰ Street, SW, Washington, DC  20410.

X **(2) Discrimination** HUD's Office of Fair Housing and Equal Opportunity (FH&EO) is responsible for reviewing allegations of discrimination experienced when purchasing or renting housing.  Please contact HUD's Office of Fair Housing and Equal Opportunity toll free at 800-669-9777.

☐ **(3) Personnel Issues and Grievances** HUD has specific procedures for employees who take issue with certain personnel-related matters or who believe that they have been subject to workplace discrimination. Please contact your local Human Resources Management office, union representative, or Equal Employment Opportunity (EEO) representative for information pertaining to grievance and unfair labor practice claims or personnel policies and procedures or for pursuing matters through the EEO processes.

☐ **(4) Whistleblower Reprisal** The Office of Special Counsel (OSC) is the independent agency that enforces whistleblower protections. You may contact OSC toll-free at 800-872-9855. You may write to OSC at 1730 M Street NW, Suite 300, Washington, DC 20036.

☐ **(5) Legal Issues** It has come to our attention that you are having your issues addressed in a legal forum that provides for judicial review. We cannot become involved issues that are being addressed through the legal system.

☐ **(6) Other Agency** We have no jurisdiction to open a case on your behalf because your issue does not involve HUD issues. You should contact the following agency to obtain further assistance.

_____

_____

_____

Sincerely,

Robert L. Ashworth
Hotline Manager

Enclosure(s)
GFI/11



**U.S. Department of Housing and Urban Development**
Federal Tort Claims Center
Office of the Regional Counsel
Thomas P. O'Neill, Jr. Federal Building
10 Causeway Street, Room 310
Boston, Massachusetts 02222-1092

New England                    (617) 994-8250        FAX: (617) 565-7337

OCT - 4 2006

<u>Certified Mail – Return Receipt Requested</u>

Michael L. Buesgens
3112 Windsor Rd. #A322
Austin, TX 78703

*HUD CASE 06-06-0293-8*

RE: Federal Tort Claims Act Administrative Claim

Dear Mr. Buesgens:

I am writing on behalf of the United States Department of Treasury, Internal Revenue
Service, and the United States Department of Housing and Urban Development with regard to
the administrative claim you filed on April 6, 2006. This is to inform you that we hereby deny
your claim for monetary relief arising out of alleged discrimination HUD's handling of a housing
discrimination complaint you filed on or about December 28, 2005, and all other matters
encompassed in your claim received on April 6, 2006.

Please be advised that if you do not agree with the decision of the United States
Department of the Treasury, Internal Revenue Service and the United States Department of
Housing and Urban Development to deny your client claim, you may bring suit against the
United States in an appropriate United States District Court no later than six (6) months after the
date of mailing of this notification of denial. 28 U.S.C. § 2401 (b).

Very truly yours,

Miniard Culpepper,
Regional Counsel for New England

*HUD CASE 06-06-0293-8*



**U.S. Department of Housing and Urban Development**
**Federal Tort Claims Center**
**Office of the Regional Counsel**
**Thomas P. O'Neill, Jr. Federal Building**
**10 Causeway Street, Room 310**
**Boston, Massachusetts 02222-1092**

New England                    **(617) 994-8250          FAX: (617) 565-7337**

March 14, 2007 ✓

*3/14/2007*

Michael L. Buesgens
3112 Windsor Rd. #A322
Austin, TX 78703

   RE: Federal Tort Claims Act Administrative Claim ✓

Dear Mr. Buesgens:

   In response to your recent request, enclosed please find a copy of the SF 95 and the attachments you filed with HUD on April 6, 2006.

   If you need further assistance, please feel free to contact me.

                              Sincerely,

                              Linda G. Katz
                              Attorney-Advisor



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-2000

OFFICE OF FAIR HOUSING
AND EQUAL OPPORTUNITY

APR - 3 2007

*HUD CASE 06-06-0293-8*

Mr. Michael L. Buesgens
3112 Windsor Road, Apartment A322
Austin, TX 78703

*MILTON TURNER*

Dear Mr. Buesgens:

Thank you for your undated correspondence. Please be advised that your correspondence will be forwarded within the next five days to HUD's Region VI Office of Fair Housing and Equal Opportunity (FHEO), Fort Worth, Texas, for review and appropriate action. That Office has responsibility for complaints in the state where the alleged discrimination occurred. A sheet listing all of the Department's FHEO Regional Offices is enclosed.

**If you wish to follow up on your letter, please direct all inquiries to that Office.**

For further information, you may wish to visit HUD's Web site at **www.hud.gov**. I hope the information provided is helpful.

Sincerely,

Milton F. Turner
Director
Compliance and Disability Rights Division

Enclosures

*HUD 06-06-293-8*
*WASHINGTON, DC*



**U.S. Department of Housing and Urban De**

**Office of the Regional Director**
**Thomas P. O'Neill, Jr. Federal Building**
**10 Causeway Street**
**Boston, Massachusetts 02222-1092**

**New England**

**TELEPHONE: (617) 994-8200**
**FAX: (617) 565-6558**

April 4, 2007

Michael Buesgens
3112 Windsor Road #A322
Austin, TX  78703

RE:   Freedom of Information Act Request
      Evidence Pertaining to HUD Complaint #06-06-293-8 Filed
      12/28/05
      FOIA Control No. 463485

Dear Mr. Buesgens:

This is in response to your Freedom of Information Act request
in which you seek copies of Evidence Pertaining to HUD
Complaint #06-06-293-8 Filed 12/28/05.  Your request has been
forwarded to Miniard Culpepper, Regional Counsel for New
England.

HUD regulations implementing the federal Freedom of
Information Act provide that Attorney Culpepper will have 20
federal workdays from his receipt of your request to respond
to you. Your request was forwarded to him on April 4, 2007.

If you have questions about the status of your request, please
feel free to contact me at 617-994-8204.

                              Sincerely yours,

                              Penny Shields
                              Operations Analyst



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-3000

OFFICE OF ADMINISTRATION

SEP 21. 2007    9/21/2007

Mr. Michael Buesgens
Extended Stay America
3112 Windsor Road, #A322
Austin, TX 78703

RE:  Freedom of Information Act Request
     FOIA Control No.: FI-467396

Dear Mr. Buesgens:      *HUDCASE 06-06-0293-8*

This letter acknowledges the Department of Housing and Urban Development's receipt of your Freedom of Information Act (FOIA) request dated July 31, 2007. Your request was received in the Department's FOIA Office on August 8, 2007.

Pursuant to the FOIA, 5 USC 552(a)(6)(A)(i), once HUD properly receives a FOIA request, the Department has 20 working days within which to make a determination on the request unless unusual circumstances exist. Under unusual circumstances, such as an agency's backlog, or the need to examine a voluminous amount of records required by the request, HUD can extend the 20-day time limit for processing a request. As of September 18, 2007, HUD's FOIA Office had 476 open FOIA requests. Based upon HUD's experience and current inventory, it is estimated that it may take approximately 30 days to complete processing of your request.

HUD's policy is to process FOIA requests using "multi-track processing," which allows the Department to process FOIA requests on a first-in/first-out basis, within each track. HUD places FOIA requests in its routine or complex track based on the amount of work and time involved in processing the request. The criteria for assignment to a specific track are found in HUD's FOIA regulations, 24 CFR 15.105(a), which were published in the <u>Federal Register</u> on January 22, 2001, at 66 FR 6964. Your request is being processed on the routine track. Please note that upon further evaluation of your request, you may be notified that your request has been transferred to another track.

The Department will comply with your request to the extent permissible by law. Any records not subject to an exemption will be forwarded to you promptly upon the completion of HUD's search and review process. Your request has been assigned to Ms. Joan Campion for processing. If you have any questions regarding your request, please contact Ms. Campion at (202) 402-5127.

Thank you for your interest in the Department's programs and policies.

Sincerely,

Cynthia O'Connor

Cynthia A. O'Connor
Executive Secretary

# EXHIBIT 2

## TENTH CIRCUIT

## PETITION FOR REVIEW

## NO. 07-9574

## HUD CASE NO. 06-06-0293-8

## EVIDENCE OF WRONGDOING

## ATTORNEY

## CHARLES EADS BROWN

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# 1823 STOUT STREET
# DENVER, COLORADO 80257

MICHAEL L. BUESGENS

      PETITIONER

V.

                                                No. 07-9574

WILLIAM J. DALEY

U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT

      RESPONDENT

# PETITIONER'S RESPONSE TO U.S. ATTORNEY'S AND HUD ATTORNEY'S RUN AROUND. IN COLLUSION WITH ATTORNEY'S CHARLES EADS BROWN AND SHELLEY BUSH MARMON AND GREGORY S. CAGLE AND MAREN J. HOLMBOE AND DOUGLAS G. HOUSER MISCONDUCT.

The central issue in this HUD Attorney's Petition For Review is the Premature and unlawful ADMINISTRATIVE CLOSURE of HUD Case No. 06-06-0293-8. Based on trial has begun in a Charles Eads Brown initiated RETALIATORY EVICTION SUIT, CASE NO. 041509. The Trial was held on January 26, 2006 at the Travis County, Justice of the Peace, Precinct 5, Austin, Texas. Herbert E. Evans Justice Of The Peace and Harriet M. Murphy, Acting Justice Of The Peace Presiding.

William J. Daley, HUD Regional Counsel is the only one that can make the Decision to administratively close HUD Case No. 06-06-0293-8 based on Trial has begun in an Eviction Suit.

Attorney Charles Eads Brown and HUD Certified Investigator John A. Benavides do not have the Authority to close this (DUAL FILED)-HUD-FHEO-FHAP, City Of Austin-HUD Case No. 06-06-0293-8, based on Trial has begun in an Eviction Suit.

Attorney Charles Eads Brown Criminal Misconduct in the Numerous Civil Litigation and Interference with Petitioner Buesgens Housing Discrimination Complaint is being supported by HUD Attorneys and U.S. Attorneys and Judges In Texas and the Fifth Circuit Case Managers in 06-60777. This has Severely Harmed Petitioner Buesgens and Caused continuing and ongoing Litigation in the United States.

See all the Associated and Related Civil and Bankruptcy Litigation with the SAME PLAYERS. The central issues are EMPLOYMENT DISCRIMINATION at the IRS and the associated HOUSING DISCRIMINATION at FALCON RIDGE APARTMENTS. That includes the following related MISCONDUCT:

2

The reprisal and the retaliation and the constructive removal at the IRS and Falcon Ridge apartments.

Falcon Ridge Apartments is located one mile from the IRS-FAP-AUSTIN, LLC CUSTOMER SERVICE BUILDING, at 1821 Directors Blvd, Austin, Texas 78744.

Petitioner Buesgens Involuntarily Retired from the Internal Revenue Service on March 7, 2005, Disability Retirement at the U.S. Office of Personnel Management.

Many IRS Employees lived at Falcon Ridge Apartments at the SAME time That Buesgens did. Buesgens moved into Falcon Ridge Apartments on June 28, 2003 and was Subject to a Writ of Possession on July 6, 2006 at 10:00 am. When, he was at his Doctors office for a 10:00am appointment. Buesgens never returned to his apartment. Buesgens was admitted to Seton Shoal Creek Hospital on July 6, 2006 for Decompensate bipolar and Discharged on July 12, 2006.  Total cost For hospital stay was $7, 300.00. All of Buesgens possessions, which included 10 boxes of Evidence and Medical Records for Pending Litigation both Civil and Bankruptcy were stolen on July 6, 2006 under color of State Law. The U.S. Attorneys were given these documents by Attorney's Shelley Bush Marmon at the law firm of crady, Jewett, mcCulley, LLP, Houston, Texas and Gregory S. Cagle at the law firm armbrust &brown, LLP, Austin, Texas and Eviction Attorney Charles Eads Brown, Austin, Texas.

Petitioner Buesgens has complained that IRS employees living at Falcon Ridge Apartments polluted the well with their talk about his disability and disability Retirement . Those IRS employees told Falcon Ridge Apartments and Greystar Management Employees that Buesgens was a threat and a danger.

3

The foregoing attorneys would not allow any discovery on this and they were Supported in this by R. Barry Robinson, AUSA. Robinson is the SAME U.S. Attorney who showed up at the FIFTH CIRCUIT for the Petition for Review No. 06-60777 for HUD Case No. 06-06-0293-8. Five months after it was filed. No HUD Record and with a Motion for Dismissal. Buesgens was also appealing the civil actions for the Eviction and Housing Discrimination at the Fifth Circuit, At the SAME time. Fifth Circuit Case Managers and R. Barry Robinson would not allow consolidation of anything. Just like the Texas Judges did at the Travis County Courts and U.S. District Court.

## NOTHING IS RELATED DECLARED ATTORNEYS.

## NOTHING IS RELATED DECLARED U.S. ATTORNEYS

## NOTHING IS RELATED DECLARED THE JUDGES

## NOTHING IS RELATED DECLARED THE COURT STAFF.

## NOTHING IS RELATED DECLARED THE IRS

## NOTHING IS RELATED DECLARED THE DEPARTMENT OF TREASURY

## NOTHING IS RELATED DECLARED HUD

THE INTELLECTUAL DISHONESTY AND STUPIDITY IN THIS

LITIGATION RIVALS THE PERVASIVE CRIMINAL MISCONDUCT

THE FOREGOING CAN NOW BE HUNG WITH THE PUBLIC RECORD

THEIR OWN COURT FILINGS

THE ADMINISTRATIVE RECORD

THE RECORD AT HEARINGS

## CHARLES EADS BROWN

**MORTGAGE BROKER**
**REAL ESTATE INVESTOR**
**HUD REGULAR CUSTOMER**
**RETALIATORY EVICTION ATTORNEY**
**DIRECTOR OF MULTIPLE BUSINESS ENTITIES**
**AT**
**TEXAS SECRETARY OF STATE**
**CASEY LENDING, LLC, ET.SEQ., ET.AL.**

**3624 NORTH HILLS DRIVE, B100**
**AUSTIN, TEXAS 78731**
**PHONE: 512-346-6000**
**FAX: 512-346-6005**

Charles Eads Brown has labeled and Stigmatized Petitioner Buesgens in all forums throughout the United States.

Charles Eads Brown made the harassment label decision that has been Hung around Buesgens neck in the District of Columbia, Kansas, Oregon, Washington, California, Colorado, Maryland and Massachusetts.

## ALL THE ATTORNEYS AND THEIR CLIENTS AND JUDGES ARE USING THE HARASSMENT LABEL TO DEFINE BUESGENS.

That includes Michael C. Johnson, AUSA and R. Barry Robinson, AUSA. This LABEL is used by Johnson in his opening statement at the Tenth Circuit and by Robinson in his various Litigation pleadings for the related Employment and Housing Discrimination.

U.S. Attorneys use and support Charles Eads Brown, misconduct to support their position against Buesgens in the Related Employment and Housing Discrimination Administrative Claims and the Civil Actions and the Bankruptcy cases.

# WHO IS CHARLES EADS BROWN AND WHY DO U.S. ATTORNEYS NEED HIM MORE THAN HE NEEDS THEM?

## WHAT COMMUNICATIONS HAVE U.S. ATTORNEY'S AND HUD OFFICIALS HAD WITH CHARLES EADS BROWN, ATTORNEY?

## SEE CHARLES EADS BROWN HOUSING DISCRIMINATION CASE FILINGS
## IN
## HUD CASE NO.06-06-0293-8

## SEE CHARLES EADS BROWN COURT FILINGS.

See how Brown manipulates the Dates and the Case Numbers and the Court filings and Buesgens Renewal Apartment Lease contract.

See how Brown will not allow Buesgens to pay his monthly rent on his renewal apartment lease contract. That was signed on December 5, 2005. The Lease Contract Period is December 26, 2005 through October 22, 2006.

7

See Charles Eads Brown performing Bill Daley's duties. The administrative closure for Trial has begun in HUD Case No. 06-06-0293-8. Based on trial has begun in Charles Eads Brown Retaliatory Eviction Suit on January 26, 2006.

See the Brown Court filing on February 3, 2006. Mr. Brown inserts Case No. 041509 for a filing in the Appeal Cause No.C-1-CV-06-000678.

For his ANSWER to counterclaim that was not allowed in Eviction Suit Case No. 041509. That were not looked at or ruled on in Eviction Suit Case No. 041509.

Petitioner Buesgens filed an Appeal of Eviction Suit No. 041509.
See the attached Exhibit of The Texas Rules of Civil Procedure.
The Forcible Detainer Rules of Procedure.

Take a look at the Time Frames for the Appeal Bond and the Appeal.

Buesgens paid $10,000.00 cash on January 29, 2008 to Lee Stuart, at The Travis County, Justice of the Peace, Precinct 3.

See the attached Email from David Ferris, Court Manager at Travis County Court at Law No. 1. The Email Dated February 23, 2006 to Lee Stuart at Justice of the Peace, Precinct 3.

Mr. Ferris Declares that he is very surprised to see counterclaim Filed this late in Cause No. 041509.

See how Court Manager David Ferris and Charles Eads Brown set Buesgens up for the Administrative Closure of HUD Case No. 06-06-0293-8 in the following:

8

David Ferris is the Travis County Court at Law No. 1 Court Manager.

Buesgens Appeal is CAUSE No.C-1-CV-06-000678.

David Ferris knows that Litigation FILED in his court is called CAUSES.

David Ferris knows that Litigation FILED in the Justice of the Peace Court is called cases.

Charles Eads Brown, Attorney and Eviction Suit Specialist

Is Well Aware of the

Court Filing Procedures and the Docketing Numbers

At the Travis County Courts.

David Ferris and Charles Eads Brown

Willfully, Intentionally and with Malice

Set Petitioner Buesgens Up

For The Administrative Closure

# For HUD Case No.06-06-0293-8.

## That Was Initiated by Attorney Brown.

## See his letter dated February 10, 2006.

## Attached to the Attorney Brown Letter

## Was Buesgens Counterclaim

## In

## Eviction Suit No. 041509

## Attorney Brown Criminal Misconduct and Interference

## With

## Buesgens Housing Discrimination Complaint

## HUD CASE No. 06-06-0293-8

## Produced

## A letter Dated February 17, 2006

## From

## HUD Certified Investigator John A. Benavides

# TO

# Petitioner Buesgens

# Benavides Letter Declares The

# Administrative Closure of HUD Case No. 06-06-0293-8

# Based on Trial has Begun in an Eviction Suit

# Case No. 041509

# For The Trial on January 26, 2006

What did happen to the counterclaims that were a part of C-1-CV-06-000678? With Judge J. David Phillips at Travis County Court At Law No. 1, and with U.S. District Court Judge Earl Leroy Yeakel, III in Civil Action No. 1:06CV00260LY.

NOTHING HAPPENED. NOTHING WAS LOOKED AT. NOTHING WAS RULED ON. THEY WERE NOT ALLOWED. NOT ANYWHERE. EXCEPT AT HUD AND THE CITY OF AUSTIN, TEXAS HUD CERTIFIED FAIR HOUSING OFFICE.

ATTORNEY CHARLES EADS BROWN USED THIS COUNTERCLAIM TO SUPPORT HIS ADMINISTRATIVE CLOSURE OF HUD CASE NO.06-06-0293-8. THE SAME CLAIMS THAT WERE OMITTED AND IGNORED IN THE COURTS.

11

# SEE ATTORNEYS

# CHARLES EADS BROWN

# AND

# SHELLEY BUSH MARMON

# AND

# GREGORY S. CAGLE

# COURT FILINGS IN THE FOLLOWING CIVIL ACTIONS

1. D-1-GN-06-000262 with the Honorable Judge Scott Jenkins at the 53rd and 200th Judicial District, Austin, Texas.
The Hearing Transcript for this Case is Available.

2. The Removal of D-1-GN-06-000262 to The Honorable Judge Earl Leroy Yeakel, III at the U.S. District Court For Western District of Texas, Austin Division

3. The Remand of Civil No. 1:06CV00226LY-RP by the Honorable Judge Earl Leroy Yeakel, III to the Honorable Judge J. David Phillips at Travis County Court at Law No. 1 with David Ferris, Presiding in Cause No.C-1-CV-06-000678.

These Attorneys can be HUNG with their own Court Case Filings and the Hearing transcripts, this is an easily available Public Record. U.S. Attorneys are well aware of this misconduct by private sector Attorneys. They support it, along

with HUD attorneys and Officials. The U.S. Attorneys Participated in the misconduct in HUD Case No. 06-06-0293-8 and the directly Related HUD Case No. 07-07-0814-8 in Kansas City, Kansas against Four Winds Apartments, Overland Park, Kansas and Greystar Holdings, Inc. Charleston, South Carolina.

# ATTORNEY CHARLES EADS BROWN

# HAS

# A SERIOUS AND PERVASIVE CHARACTER DEFECT

# THAT

# MAKES HIS VERSION OF EVENTS INADMISSABLE

# IN ANY

# COURT OF LAW

Attorney Charles Eads Brown is a Criminal in Service to himself. Mr. Brown does not have credibility and is an unreliable Historian, Supported by HUD officials and U.S. Attorneys and Judges in Texas.

See Charles Eads Brown Filings in Civil Action No. 1:06CV01964RBW at the District of Columbia. Mr. Brown has to get that case to the Texas Set Up. The only Jurisdiction and Venue for Mr. Brown is Austin, Texas. Attorney Brown lives right next door to Judge Sam Sparks in Austin, Texas. Attorney Brown has An Extensive Misdemeanor Record and Voting Record Violations that is covered up by U.S. Attorneys in their frequent quotes of Brown harassment declarations.

Attorney Charles Eads Brown declares that he has minimal or no Contacts with the District of Columbia. Petitioner Buesgens disagrees with that. When Brown Interfered with Petitioner Buesgens Housing Discrimination complaint, HUD Case No. 06-06-0293-8, he created a direct contact with the District of Columbia. That is supported by Kim Kendrick, Assistant Secretary, HUD-FHEO Office, and Washington, DC.

See the attached Exhibit of the Kendrick letter to Petitioner Buesgens dated July 28, 2006.

See the Bill Daley, HUD Regional Attorney Letter dated October 1, 2007.

William J. Daley, HUD Regional Attorney could not be found anywhere in 2006. Mr. Daley delegates his duties to others. For Example: Charles Eads Brown And John A. Benavides and Michael C. Johnson, AUSA. Buesgens had two telephone conversations with Bill Daley in 2006 and 2007. He said that is quite UNUSUAL. The administrative closure of HUD Case No. 06-06-0293-8 based on trial has begun in an Eviction Suit- is UNUSUAL says Daley.

There is also more HUD wrongdoing that is directly related to the Misconduct in HUD Case No. 06-06-0293-8.


FOR EXAMPLE THE FOLLOWING:


The Directly Related HUD Case No. 07-07-0814-8, Kansas City, Kansas is another HUD official's misconduct case. HUD Officials and U.S. Attorney's finished that case off with a Refusal to let Complainant Buesgens Provide all the Facts available to investigate his Housing Discrimination complaint against Four

14

Winds Apartments and Greystar Holdings, Inc that ARISE from the Misconduct in HUD Case No. 06-06-0293-8 and the Texas Legal Abuse System.

Petitioner Buesgens has Requested that HUD officials and U.S. Attorneys submit the Record for HUD case No. 07-07-0814-8 to the Tenth Circuit for REVIEW and JOINDER with Tenth Circuit Petition No. 07-9574. They have refused to do that.

When Did Bill Daley, HUD Regional Attorney make his final order and decision For the Administrative Closure of HUD Case No. 06-06-0293-8? Bill Daley (HUD hide the Evidence of Wrongdoing) issued a Final Order on October 1, 2007.

When did Petitioner Buesgens File HUD Case No. 07-07-0814-8, At the Kansas City, Kansas HUD office that is located in the Tenth Circuit?

**THAT IS IN DISPUTE.**

HUD Assistant General Counsel Thomas J. Coleman and HUD Regional Counsel Bill Daley say it was September 6, 2007.

Petitioner Buesgens Says it occurred in August, 2007.

Take another look at Petition for Review No. 07-9574 at the Tenth Circuit. What is Michael C. Johnson, AUSA saying. What are the Dates he is using? Are they accurate? What is he leaving out? What did R. Barry Robinson, AUSA tell him? What does Johnson Know? Who did he talk to about this case?

15

# RELIEF

Take a look at the Discovery Rules for U.S. District Courts.

1. No Discovery will be submitted to the Court.
2. No Record will be submitted.
3. An incomplete record will be submitted.
4. No impartial and independent review of the record will be allowed.
5. No review of the timing of Events will be allowed.
6. No Review of the Sequence of Events will be allowed.
7. Major Players will be hidden.
8. Nobody knows Nothin about Nothin.
9. Nobody knows anyone else.
10. HUD Attorneys do not know HUD Attorneys
11. HUD Attorneys do not know U.S. Attorneys
12. U.S. Attorneys do not know HUD Attorneys
13. HUD attorneys do not know Private Sector Attorneys
14. U.S. Attorneys do not know Private Sector Attorneys
15. Private Sector Attorneys do not know Private Sector Attorneys
16. Private Attorneys do not know Government Attorneys
17. Nothing is Related or Connected to anything
18. Nothing will be Related or Connected to anything else
19. There is no Evidence of Wrongdoing.
20. No Evidence of Wrongdoing will be allowed
21. Circumstantial Evidence. What's that?

16

22. Michael L. Buesgens is abusing the Attorneys Abusive Legal System.

23. Michael L. Buesgens is not a Civil Litigant. He is a Criminal.

24. Attorneys have Feelings. This is a surprise.

25. Attorney's feel like they are in Quicksand. No surprise here.

26. Attorney's feel like they are on the Titanic. No surprise here either.

27. Attorney's feel like they are on the Highway to Hell. No surprise found here.

27. Attorney's Feel Harassed. You can't Sue God.

25. SOS-Please save our Ship now.


Respectfully Submitted,

Michael L. Buesgens

March 16, 2008


17

# CERTIFICATE OF SERVICE

I certify that one True copy of the foregoing was served by first class mail on this 18th day of March, 2008, addressed to the following.

Charles Eads Brown, Attorney
Hunter-Kelsey I, LLP
Casey Lending, LLP
3624 North Hills Drive, B100
Austin, Texas 78731

Shelley Bush Marmon, Bankruptcy Attorney
Crady, Jewett, McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, Texas 77019

Arnold C. Tauch
Jack C. Moss
Landlords-General Partners
Falcon Apartments of Austin I, Inc
5225 Katy Freeway, Suite 500
Houston, Texas  77007

Judge Earl Leroy Yeakel, III
Judge J. David Phillips
David Ferris, Court Manager
Herbert E. Evans, Justice of the Peace, Precinct 5
Harriet M. Murphy, Acting Justice of the Peace, Precinct 5
U.S. District Court For the Wesern District of Texas
Austin Division
200 East 8th Street
Austin, Texas 78701

Gregory S. Cagle, Attorney
Armbrust & Brown, LLP
100 Congress Avenue, Suite 1300
Austin, Texas 78701

Douglas G. Houser, Partner
Maren J. Holmboe, Attorney
Lloyd Bernstein, Attorney
Bullivant, Houser, Bailey, Pc
Lathrop & Gage, Pllc
888 5th Avenue
Portland, Oregon 97204

Kim Kendrick, Assistant Secretary, HUD-FHEO
John A. Benavides, Retired, HUD Investigator
Miniard Culpepper, General Counsel, FTCA Tort Claims, Boston, Ma
Thomas J. Coleman, General Counsel, Region VII-HUD Case No.07-07-0814-8
William J. Daley, Regional Counsel, Region VI-HUD Case No.06-06-0293-8
Charles Eads Brown, Attorney, HUD-Eviction Attorney-Case No. 041509
Chester E. Beaver, City of Austin HUD Attorney-Cause No.C-1-CV-06-000678
Miles Thurman, HUD Special Attorney-Garry Sweeney, City of Austin Advisor
Kenneth Burchfield, Administrator HUD-FHAP-City of Austin
R. Faye Austin, General Counsel, Region IX-Sandpiper Apartments, Sacramento
Judith Keeler, Director HUD-FHEO Region X-The Heights Apartments, Portland

U.S. Department of Housing & Urban Development
451 7th Street, SW, Room 5100
Washington, DC 20410

Michael C. Johnson, AUSA
R. Barry Robinson, AUSA
U.S. Attorney Office
1225 17th Street, Suite 700
Denver, Colorado 80202

Michael L. Buesgens
Extended Stay America-Housing Cost-$28,000.00-July 17, 2006 to present

Mailing Address
3112 Windsor Rd.,A322
Austin, Texas 78703
Phone: 512-339-6005X7958
Fax: 512-339-6099
Email: mikebuesgens@hotmail.com

March 16, 2008

# EXHIBITS

1. Final Orders From Kim Kendrick(07/28/2006) and Bill Daley(10/01/2007)

2. Charles Eads Brown Final Order (02/10/2006)

3. John A. Benavides Final Order (02/17/2006)

4. Michael L. Buesgens Reasonable Accommodation Requests
   To Arnold C.Tauch and Jack C. Moss, General Partners and Landlords
   A. November 19, 2005
   B. December 22, 2005
   C. June 19, 2006
   D. June 27, 2006

5. Buesgens Involuntary Disability Retirement at IRS and OPM
   Disability Retirement on March 7, 2005.

6. Seton Shoal Creek Hospital Bill of Costs-$7,300.00, plus.

7. State Farm Fire& Casualty Company Policy
   No.  83-LV-0578-9
   RENTERS-TENANTS POLICY EVENTS
   A. The claims are not allowed and the Investigative record is not
      allowed
   B. A no show for Buesgens Service of Subpoena on Adjuster
      Jay Lawrence Vath in Civil Action No. 1:06CV00226LY-RP
   C. Marc Eric Malinger, State Farm Attorney Declares that Vath is
      not a legal entity  -  Let's hang him along with the rest
   D. State Farm policy cancelled on September 26, 2006
   E. Based on the reason provided by Ken Crone, State Farm Agent
      That Buesgens lives in a hotel

8.  Falcon Apartments of Austin, I, Inc-Renewal Apartment Lease Contract

Arnold C. Tauch-Landlord-General Partner-Developer

Jack C. Moss, General Partner-Handles Buesgens Mediation on 3/27/2006

The renewal apartment lease contract at Falcon Ridge Apartments
Signed on December 5, 2005, by Samantha Shepherd, assistant
Manager and tenant Michael L. Buesgens. For the period of December 26,
2005 to October 22, 2006.m

9.  Extended Stay America-Hotel-Bill of Costs-$27,000.00

10. Arnold C. Tauch and Jack C. Moss and Samantha Shepherd unlawful
    reletting fees and double rent charges
    Bill of Costs for this is $ 3,800.00
    ## LOOK AT THE DATES ON THIS DOCUMENT

Buesgens was subject to a writ of possession on July 6, 2006 at 10:00am
By Joe Rosser, Deputy Constable, Et. Al.
Buesgens never returned to Falcon Ridge Apartments

The foregoing Declare that Buesgens moved out on July 9, 2006.

# WHAT WERE THE CONTENTS INSIDE BUESGENS APARTMENT NUMBER 1023?

# THE FOLLOWING:

## 10 BOXES OF RECORDS

## MEDICAL RECORDS-MENTAL HEALTH RECORDS

## FEDERAL COURT EVIDENCE FOR PENDING LITIGATION
## CIVIL AND BANKRUPTCY

## ADMINISTRATIVE TORT CLAIMS
## UNDER
## THE FEDERAL TORT CLAIMS ACT-FORM SF95
## EXHIBITS

## AND

## HOUSING DISCRIMINATION COMPLAINTS
## IRS EEO COMPLAINTS
## EEOC COMPLAINTS

## BUESGENS IDENTITY
## SOCIAL SECURITY CARD-PASSPORT

## IRS INCOME TAX RETURNS FOR THE LAST 7 YEARS

What were they doing with all those records in Buesgens apartment number 1023?

Falcon Ridge Apartments
500 East Stassney
Austin, Texas 78745

Falcon Ridge Apartments was sold in September, 2006 by Arnold C. Tauch for $20,000,000.00 plus.
The new name is Jefferson at Falcon Ridge. The owner is JPI Partners, Dallas, Texas.

## NOBODY KNOWS NOTHIN ABOUT NOTHIN

11. Texas Rules of Civil Procedure-The only issue in a Forcible Detainer-Eviction Suit Case No. 041509 is possession of the property
    See Administrative Closure for HUD Case No. 06-06-0293-8

12. CAUSE No. C-1-CV-06-000678
    Appeal Bond $10, 000.00-Paid on January 29, 2006.
    Travis County Court at Law No. 1
    Judge J. David Phillips
    Court Manager David Ferris
    Charles Eads Brown, Eviction Attorney
    Delayed docketing to February 2, 2006

## THE SETUP FOR ADMINISTRATIVE CLOSURE OF HUD CASE NO. 06-06-0293-8

SEE CHARLES EADS BROWN COURT FILING DATED
FEBRUARY 3, 2006 USING JUSTICE OF THE PEACE,
PRECINCT 5 CASE NUMBER FOR CAUSE NUMBER
C-1-CV-06-000678

SEE DAVID FERRIS EMAIL DATED FEBRUARY 23, 2006
USING JUSTICE OF THE PEACE, PRECINCT 5
CASE NUMBER TO IDENTIFY CAUSE NUMBER
C-1CV-06-000678

CHARLES EADS BROWN, FAIR HOUSING ACT EXPERT
SPEAKS AT SEMINARS AND PROVIDES LEGAL ADVICE
ON THE
FAIR HOUSING ACT
THE SEMINARS ARE
SPONSORED BY THE FOLLOWING:

THE AUSTIN APARTMENT ASSOCCIATION
TEXAS APARTMENT ASOCIATION
NATIONAL APARTMENT ASSOCIATION

CHARLES EADS BROWN HAS ASSETS AVAILABLE
FOR
JUDGMENT

13. Civil Action Housing Discrimination Complaint filed on January 23, 2006.
    A. D-1-GN-06-000262-Attorneys-Brown-Marmon-Cagle
    B. The Hearing on February 21, 2001 with Judge Scott Jenkins and
    C. Charles Eads Brown, Attorney
    D. Brown demands Mediation.    WHY?
    E. Brown gets Mediation.    WHY?

    F. Mediation held on March 27, 2006
    G. Shelley Bush Marmon, Attorney and Jack C. Moss, General Partner
       Demand a $30,000.00 payoff
    H. REMOVAL on March 29, 2006, by Attorneys Marmon-Cagle-Brown

14. Attorney Charles Eads Brown Speaks-Harasasment
    A. Apartment Lease Contracts
    B. Housing Discrimination
    C. Eviction, Et. Al.

15. Buesgens hires Carl Weeks to Investigate
    Nobody knows Nothin and Nobody talks Nothin

# EXHIBIT 1





**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-2000

July 28, 2006

ASSISTANT SECRETARY FOR
FAIR HOUSING AND EQUAL OPPORTUNITY

7/28/2006
Kim Kendrick

Mr. Michael L. Buesgens
500 Stassney, Apartment No.1023
Austin, TX 78745-3243

Dear Mr. Buesgens:

I am in receipt of your letters of May 31, 2006, and June 6, 2006, wherein you allege misconduct by Fair Housing and Equal Opportunity officials. You specifically allege that, "FHA Statutes and HUD Regulations are being ignored and omitted by them." As a result, you request the removal of U.S. Department of Housing and Urban Development, Office of Fair Housing and Equal Opportunity (FHEO), employees Garry Sweeney, Milton Turner, Turner Russell, and Joe F. Castillo. You also request the Department investigate the actions of certain staff of the City of Austin, Texas.

In response to your complaint, the Department reviewed and assessed the performance of the named HUD personnel in the conduct of their duties to ensure that their actions are in compliance with HUD's guidelines, procedures, and practices for conducting inquiries and investigations under Title VIII of the Fair Housing Act, as amended. We have concluded that there is no evidence to suggest HUD personnel acted improperly regarding the processing of your complaint. The evidence suggests the employees' conduct was appropriate and consistent with HUD policy.

Your decision to move your case to state court required that the City of Austin, Equal Employment/Fair Housing Office close your case. Additionally, the commencement of trial prevented further action by the Office of Fair Housing and Equal Opportunity. Garry Sweeney, FHEO Region VI Director, acting in compliance with Federal regulations and fair housing policy, advised you in a letter dated April 21, 2006, that your case was administratively closed because of the ongoing litigation. The relevant regulation states, "[u]nder the Act [...] the Secretary may not issue a charge of discrimination regarding an alleged discriminatory housing practice after trial begins in a civil action commenced by the aggrieved person under an Act of Congress or a State law seeking relief with respect to a discriminatory housing practice." 42 U.S.C. Section 3610(g)(4).

The Department does not have jurisdiction to investigate your allegations against non-federal government employees -- namely, Charles Gorham and John Benavides of Austin, Equal Employment/Fair Housing Office (AEEFHO). You may wish to contact Cathy Rodgers, Director, Human Resources and Civil Service of the AEEFHO at 512-974-3250. The address is P.O. Box 1088, Austin, Texas 78767-3243.

*7/28/2006*

*HUD CASE NO. 06-06-293-8*

2

Because you elected to file an action in court, the Department can no longer assist you in this matter. However, an additional source of information that you may find helpful is the:

Texas Department of Housing & Community Affairs
Post Office Box 13941
Austin, TX 78711-3941

If the Department can be of further assistance, do not hesitate to contact Garry Sweeney at our Fort Worth Regional office on 817-978-5900.

Sincerely,

Kim Kendrick

*WILLIAM J. DALEY*

*JOHN A. BENAVIDES*



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMEN**
Fort Worth Regional Office, Region VI
Office of Regional Counsel
801 Cherry Street, Unit #45, Ste. 2500
Fort Worth, TX 76102
Phone: 817-978-5987 FAX: 817-978-5563

*HUD*
*BILL DALEY*
*10/1/2007*

October 1, 2007

Mr. Michael L. Buesgens
Extended Stay America
3112 Windsor Road, A 322
Austin, TX 78703

RE:  *Michael L. Buesgens v. Alphonso Jackson, Secretary, U. S. Department of
Housing & Urban Development, et al, No. 06-60777, (5th Cir.) (HUD Case
No. 06-06-293-8;*

Dear Mr. Buesgens:

This will acknowledge receipt of your September 26, 2007 correspondence.
Please be advised that the matters presented in your correspondence are identical to
the matters previously presented by you to the Fifth Circuit Court of Appeals in the
above-styled litigation. The Fifth Circuit dismissed your petition for review on June 14,
2007.

Consequently, the Department considers all of the issues raised in your
September 26, 2007 correspondence to have been finally determined by the Circuit
Court decision. You have no further right of review or appeal before the Department,
and no further action will be taken. Finally, HUD Case No. 06-06-293-8 is closed.

Sincerely,

William J. Daley
Regional Counsel

**EXHIBIT 2**

**CHARLES EADS BROWN**
**EVICTION ATTORNEY**
**AUSTIN, TEXAS**

**HAS BEEN GRANTED**
**CREDIBILITY**

**BY THOSE THAT NEED HIM**
**NO ONE CAN ALLOW REVERSIBLE ERROR**
**OR THE**
**CRIMINAL CONDUCT CHARGES**
**THAT WOULD FOLLOW**
**FROM THE REVIEW OF EASILY AVAILABLE RECORDS**
**THE**
**EVIDENCE OF WRONGDOING**
**IN**
**THE PUBLIC RECORD**

**HUD CASE FILINGS BY CHARLES EADS BROWN**
**COURT CASE FILINGS BY CHARLES EADS BROWN**

**THE SEQUENCE OF EVENTS**

**THE PAPER TRAIL SPEAKS THE LIE**
**HUD CASE NO. 06-06-0293-8**
**EVICTION SUIT CASE NO. 041509**
**EVICTION APPEAL NO. C-1-CV-06-000678**

**HOUSING DISCRIMINATION-CIVIL ACTIONS**
**D-1-GN-06-000262**
**1:06CV00226LY-RP**
**1:06CV00260LY**

**FEBRUARY 10, 2006**

**CHARLES EADS BROWN**
**LETTER**
**AND**
**COURT CASE FILINGS**

**TO**

**HUD**
**JOHN A. BENAVIDES**
**INVESTIGATOR**

# Charles E. Brown, P.C.
### Attorney at Law

3624 NORTH HILLS DR.
SUITE B-100
AUSTIN, TX 78731

(512) 346-6000
Fax: (512) 346-6005
cbrown@charlesbrownlaw.com

**Board Certified**
**Commercial & Residential Real Estate Law**
**Texas Board of Legal Specialization**

# FAX COVER SHEET

## CHARLES E. BROWN

FAX NUMBER TRANSMITTED TO: _512/974-3278_
To: _John Benavides, Lead Investigator_
Of: _City of Austin, Equal Employment / Fair Housing Office_
From: _Charles Brown_
Client/Matter: _Buesgens v. Falcon Ridge Apts._
Date: _1-9-06_

## JOHN A. BENAVIDES

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Letter | 2 |
| | |
| | |

COMMENTS: _Please see the attached. Thank you._

☑ Original will NOT follow.
☐ Please call upon receipt.
☐ For your approval/suggestions.
☐ Please respond.

## INTERFERENCE IN HUD CASE NO. 06-06-0293-8

*The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.*

* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE **ALL** PAGES,
PLEASE TELEPHONE US IMMEDIATELY AT 512-346-6000.

*INTERFERENCE WITH HUD #06-06-293-8*

Jan 31 04 10:39a    Charles E    own                    '123466005              p.2

## CHARLES E. BROWN, P.C. ✓
### ATTORNEY AT LAW
### BOARD CERTIFIED
### COMMERCIAL & RESIDENTIAL REAL ESTATE LAW
### TEXAS BOARD OF LEGAL SPECIALIZATION

3624 NORTH HILLS DR., SUITE B-100
AUSTIN, TEXAS 78731

512-346-6000
FAX: 512-346-6005
CBROWN@CHARLESBROWNLAW.COM

February 10, 2006 ✓

Mr. Charles H. Gorham, Administrator ✓
Mr. John A. Benavides, Lead Investigator
City of Austin, Equal Employment/Fair Housing Office
505 Barton Springs Road, Suite 720
Austin, Texas 78704

*Via Facsimile (512) 974-3278*

Re:    Housing Discrimination Complaint *HUD*
       Michael Buesgens v. Falcon Ridge Apartments
       COA, EE/FHO 01-06-0016-HG; HUD 06-06-0293-8 ✓

Dear Mr. Gorham and Mr. Benavides: ✓

I have attached the following:

1. Defendant's Original Counterclaim (filed by Michael Buesgens in the eviction case heard by the Justice of the Peace, Precinct 5). *FORCIBLE DETAINER SUIT*

2. Notice of Appeal and Costs (Michael Buesgens' appeal of eviction judgment in favor of Falcon Ridge Apartments). *041509 TRIAL 1/26/06*

3. Plaintiff's Original Complaint, Petition for Damages, and Petition for Temporary Restraining Order (filed by Michael Buesgens in Travis County District Court).

There are approximately 50 pages of exhibits attached to Plaintiff's Original Petition. Due to their volume, I did not attach the exhibits. However, I will be happy to provide the documents at your request. ✓

2-Falcon Ridge, Michael Buesgens, ltr to HUD encl Pet and Appeal

Page 1 of 2

Jan 31 04 10:40a    Charles F    wn                    123466005        p.3

Thank you for your attention to this matter. Please let me know if you have any questions or need further information.

Sincerely,

Charles E. Brown
Attachments

cc:   Falcon Ridge Apartments

1.
2.
3.
4.
5.
6.

INTERFERENCE
WITH
HUD #06-06-293-8
BY
CHARLES EADS BROWN - ATTORNEY
ARNOLD C. TAUCH - LANDLORD
JACK C. MOSS - GENERAL PARTNER
FALCON GROUP
MULTIFAMILY PROPERTY BUILDERS
DEVELOPERS



# City of Austin, Equal Employment/ Fair Housing Office

Mailing:   P. O. Box 1088, Austin, Texas 78767
Physical:   505 Barton Springs Rd. Suite 720, Austin, Texas 78701
512/974-3251 *(Voice)* 512/974-2445 *(TDD)* 512/974-3278 *(Fax)*

February 1, 2006          *JOHN A BENAVIDES*
                          *MISREPRESENTATION 2/1/06*

Michael L. Buesgens
500 E. Stassney Apt-1023
Austin, Texas 78745

RE: 01-06-0028-HG/COA, EE/FHO ; 06-06-0293-8/ HUD
     Michael L. Buesgens v Falcon Ridge Apts.; Falcon Ridge LP

Dear Mr. Buesgens:

I have received the following information from the Respondent and am providing a summary for your review and response. I would appreciate a reply as to additional evidence, witnesses, or testimony from you no later than February 10, 2006.

## AS TO YOUR ALLEGATIONS:

That you moved into Falcon Ridge Apartments March 2003. You stated that you notified Respondent on March 1, 2005 that you had a disability and might lose your job. You state that since that time you have been harassed, retaliated against, denied your rights of exercising your tenant rights under your lease, denied the peaceful existence of your property and their refusal to take corrective action against your upstairs neighbor's dog. All these actions in violation of the Federal and State Fair Housing Acts and the City of Austin Fair Housing ordinance based on your disability

## RESPONDENT'S REBUTTAL:

Respondent denies discrimination and stated that the Claimant has rented from Falcon Ridge since June 26, 2003. Claimant gave notice to Falcon Ridge that he intended to vacate his apartment in March 2005. Falcon Ridge allowed Claimant to withdraw his notice and renew his lease. Further, Claimant signed a renewal lease agreement with Falcon Ridge on December 5, 2005 for the term of December 26, 2005 through October 22, 2006. Respondent denies that they coerce, intimidate, threat or interfere with your rights. Respondent states that you violated the lease by continuously harassing other residents and disturbing Management's business operations by your actions, including but not limited to, repeatedly visiting the office and raising your voice, bombarding the office with correspondence, making veiled threats, and giving the office's back line phone number to third persons. You made Respondent and other

Dear Mr. Buesgens:

I have received the following information from the Respondent and am providing a summary for your review and response. I would appreciate a reply as to additional evidence, witnesses, or testimony from you no later than February 10, 2006.

AS TO YOUR ALLEGATIONS:
That you moved into Falcon Ridge Apartments March 2003. You stated that you notified Respondent on March 1, 2005 that you had a disability and might lose your job. You state that since that time you have been harassed, retaliated against, denied your rights of exercising your tenant rights under your lease, denied the peaceful existence of your property and their refusal to take corrective action against your upstairs neighbors dog. All these actions in violation of the Federal and State Fair Housing Acts and the City of Austin Fair Housing ordinance based on your disability.

RESPONDENTS REBUTTAL:
Respondent denies discrimination and stated that the Claimant has rented from Falcon Ridge since June 26, 2003. Claimant gave notice to Falcon Ridge that he intended to vacate his apartment in March 2005. Falcon Ridge allowed Claimant to withdraw his notice and renew his lease. Further, Claimant signed a renewal lease agreement with Falcon Ridge on December 5, 2005 for the term of December 26, 2005 through October 22, 2006. Respondent denies that they coerce, intimidate, threat or interfere with your rights. Respondent states that you violated the lease by continuously harassing other residents and disturbing Managements business operations by your actions, including but not limited to, repeatedly visiting the office and raising your voice, bombarding the office with correspondence, making veiled threats, and giving the offices back line phone number to third persons. You made Respondent and other residents fear for their safety. Respondent states for that reasons, and not because of any discriminatory intent or purpose, an eviction suit was filed against you.

However, Respondent states that such suit was not filed until an attempt to accommodate you was made. You were sent a letter dated December 15, 2005 and in the letter prior to sending a Notice to Vacate or filing an eviction proceeding, you were offered three choices: (1) Respondent would allow you to terminate the lease and move elsewhere; (2) Respondent would allow you to move to another apartment within the complex; or (3) you would stay where in your apartment and wait for the upstairs neighbor with the dog to move out in January 2006. Respondent states that you refused all these options and instead continued to harass and interfere with Respondents business operations in violation of your lease. Additionally you have not assisted others in enjoying their fair housing rights, but you have harassed your neighbor by trying to convince her to complain about the dog in the apartment above you. She complained to the office of your harassment and feared for her safety. Eviction was heard by a jury in JP court and you were evicted for your behavior as defined above.

The above information represents the evidence available to this office. If you have any additional evidence or documents please submit them on or before February 10, 2006. I must

residents fear for their safety. Respondent states for that reasons, and not because of any discriminatory intent or purpose, an eviction suit was filed against you.

However, Respondent states that such suit was not filed until an attempt to accommodate you was made. You were sent a letter dated December 15, 2005 and in the letter prior to sending a Notice to Vacate or filing an eviction proceeding, you were offered three choices: (1) Respondent would allow you to terminate the lease and move elsewhere; (2) Respondent would allow you to move to another apartment within the complex; or (3) you would stay where in your apartment and wait for the upstairs neighbor with the dog to move out in January 2006. Respondent states that you refused all these options and instead continued to harass and interfere with Respondent's business operations in violation of your lease. Additionally you have not assisted others in enjoying their fair housing rights, but you have harassed your neighbor by trying to convince her to complain about the dog in the apartment above you. She complained to the office of your harassment and feared for her safety. Eviction was heard by a jury in JP court and you were evicted for your behavior as defined above.

The above information represents the evidence available to this office. If you have any additional evidence or documents please submit them on or before February 10, 2006. I must advise you that the Administrator of the City of Austin, Equal Employment/Fair Housing Office will review the file and will provide a determination in this case.

Sincerely,

John A. Benavides
Compliance Investigator
(512) 974-2216

Cc. Nekesha Phoenix

**EXHIBIT 3**



# City of Austin, Equal Employment/
# Fair Housing Office

Mailing:    P. O. Box 1088, Austin, Texas 78767
Physical:   505 Barton Springs Rd. Suite720, Austin, Texas 78704
512/974-3251 (Voice) 512/974-2445 (TDD) 512/974-3278 (Fax)

February 17, 2006

Michael Buesgens
500E. Stassney Lane Apt-1023
Austin, Texas 78745

RE: 06-06-0293-8/ HUD; 01-06-0028-HG/COA.EE/FHO    **DUAL FILED**
    Michael Buesgens v Mandy Rogers, Falcon Ridge Apartments, Falcon Ridge LP

Dear Mr. Buesgens:

Please let this letter confirm our telephone conversation of this morning. You indicated that you wish to amend your complaint and you were told that your original complaint was heard in JP court with a jury trial. You confirmed that the decision was in favor of the complex and you were evicted and fined $5000.00 attorney's fees with a $10,000. Bond that you had to post. This court action took place on 01/26/2006. You indicated during your telephone conversation of 01/27/2006 that you would be appealing the decision in County Court.

You were invited to come in to file a new complaint. The original complaint has already been heard by the courts and the administrative processing is over when the matter is heard by the courts. That complaint will be closed based on the fact that it has been heard in the courts. We will take a new complaint on any issue that is covered by the Fair Housing Act that was not alleged on the first complaint.

I look forward to you coming in to file the new complaint.

Sincerely,

*John A. Benavides*
John A. Benavides
Lead Investigator

Cc: Nekesha Phoenix,
Austin Tenants Council

**FORCIBLE DETAINER SUIT
CASE # 041509
TRIAL HAS BEGUN
01/26/06-TRIAL**



# City of Austin, Equal Employment/ Fair Housing Office

**Mailing:** P. O. Box 1088, Austin, Texas 78767
**Physical:** 505 Barton Springs Rd. Suite720 , Austin, Texas 78704
512/974-3251 *(Voice)* 512/974-2445 *(TDD)* 512/974-3278 *(Fax)*

## 2/22/06

**CASE NAME:**        Michael Buesgens vs Falcon Ridge Apartments, Falcon Ridge L.P.
and Mandy Rogers
**CASE NUMBER:**      06-06-0293-8/ HUD; 01-06-0028-HG/ COA,EE/FHO

**COMPLAINANT:**      Michael Buesgens
                     500 E. Stassney Lane Apt-1023
                     Austin, Texas 78745

**REPRESENTATIVE:**   Austin Tenants Council
                     Attn: Nekesha Phoenix
                     1619 East Cesar Chavez Street
                     Austin, Texas 78702

**RESPONDENT:**       Falcon Ridge Apartments
                     Attn: Mandy Rogers
                     500 E. Stassney Lane (Office)
                     Austin, Texas 78745

                     Falcon Ridge LP
                     5225 Katy Freeway, Suite-530
                     Houston, Texas 77007

**REPRESENTATIVE:**   Charles E. Brown
                     Attorney-at-Law
                     3612 N. Hills Dr. Suite-8100
                     Austin, Texas 78731

## ADMINISTRATIVE CLOSURE:

*TRIAL HAS BEGUN IN 04/15/09*

The office is administratively closing the investigation based on the evidence that shows
that the matter was heard in court and the trial has begun.

Should there be any questions, please contact John A. Benavides, Investigator at
(512)974-2216.

1

2/22/06

On behalf of the City of Austin
Equal Employment/Fair Housing Office

_Charles H. Gorham_ _2-22-06_

Charles H. Gorham                    Date
Administrator

HUD CERTIFIED ADMINISTRATOR
CITY OF AUSTIN
FAIR HOUSING OFFICE
DUAL FILED
HOUSING DISCRIMINATION
COMPLAINT

HUD CASE NO. 06-06-0293-8
FILED: 12/28/05
CLOSED: 2/17/06
TRIAL HAS BEGUN

**01/09/06**          **Interviewer:** Benavides, John A.  **Interviewee:** Brown, Charles E.
                      **Type:** Telephonic          **Position:** Representative
**Notes:**

**Summary:** Received a call from Respondent's attorney stating that he was just retained to submit a response to the complaint. He requested until January 31, 2006 to submit the response. He followed up with a faxed letter of representation.

**01/26/06**          **Interviewer:** Benavides, John A.  **Interviewee:** Buesgens, Michael
                      **Type:** Telephonic          **Position:** Complainant
**Notes:**

**Summary:** Received a telephone message from the Complainant that he was going to his eviction hearing at 9:15 AM to the JP at Precinct 5. Attempted to return his call but there was no answer (Left a telephone message).

**Date:** 02/01/06    **Who:** Benavides, John A.                **Title:** PDI Letter
**Summary:** City of Austin, Equal Employment/
                  Fair Housing Office
          Mailing:    P. O. Box 1088, Austin, Texas 78767
          Physical:   505 Barton Springs Rd. Suite 720, Austin, Texas 78701
          512/974-3251 (Voice) 512/974-2445 (TDD) 512/974-3278 (Fax)

February 1, 2006

Michael L. Buesgens
500 E. Stassney Apt-1023
Austin, Texas 78745

RE: 01-06-0028-HG/COA,EE/FHO ; 06-06-0293-8/ HUD
    *Michael L. Buesgens v Falcon Ridge Apts.; Falcon Ridge LP*



John.Benavides@ci.aus
tin.tx.us

02/08/2006 04:17 PM

To: kenneth_o._burchfield@hud.gov
cc:
Subject: RE: Intimidation and interference

This investigation is still open. I have reams and reams of information that has to be put on the TEAPOT. The eviction was held in JP court. The Complainant had a jury trial that lasted all day. He was evicted and had to pay $5000.00 attorney fees and a $10,000. 00 bonds he was required to post. He has appealed the decision to County Court. I understand that the issues of discrimination were heard in JP court and I will be contacting my legal department to see if that would complete the administrative investigation. Again I still have a lot of information to put on the teapot. I have tried to explain to the Complainant about the issues we can cover and those that we can not cover but he either does not want to understand or refuse to understand. For instance, Yesterday, February 7, 2006, he brought in 53 pages where he did a background criminal check on the Respondent Attorney, Mr. Charles E. Brown. I will be putting this on the teapot as soon as possible if our legal department states that the JP court does not constitute a court hearing.

From: kenneth_o._burchfield@hud.gov [mailto:kenneth_o._burchfield@hud.gov]
Sent: Wednesday, February 08, 2006 10:35 AM
To: geneveve_g._banks@hud.gov
Cc: thurman_g._miles@hud.gov; Benavides, John
Subject: Re: Intimidation and interference

Geneveve

Here is what is in teapots regarding this case.  Apparently he is upset because John Benavides allowed the recently assigned attorney for the respondent an extension for their response.  I

I am just pasting the data from the case print on this case:

## WHAT HAPPENED?
Description:

| Code | Issue | Section |
|------|-------|---------|
| 382 | Discrimination in terms/conditions/privileges relating to rental | 804b or f |
| 450 | Discriminatory acts under Section 818 (coercion, Etc.) | 818 |
| 510 | Failure to make reasonable accommodation | 804f3B |

**Garry L. Sweeney**

02/09/2006 01:10 PM

To: John.Benavides@ci.austin.tx.us
cc: Thurman·G. Miles/FHEO/FTW/HUD@HUD, Kenneth O.
Burchfield/FHEO/FTW/HUD@HUD
Subject: Re: One of our opened investigations 06-06-0293-8

I doubt he spoke with anyone here.  I have not spoken with him so it would probably have to be Thurman or Ken.  Neither of them would have told him this.  I guess he did not tell you who he spoke with.
John.Benavides@ci.austin.tx.us



John.Benavides@ci.aus
tin.tx.us

02/09/2006 11:10 AM

To: Garry_Sweeney@hud.gov
cc:
Subject: One of our opened investigations 06-06-0293-8

Garry, I received a call from Mr. Michael Buesgens today he stated that he was told that HUD was going to decertify us. I responded to an e-mail yesterday concerning the complainant. This is one of my current open investigations and if someone spoke to him and told him  whatever he was told please send me a copy or recap of the conversation or entered it on the teapots.



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
Fort Worth Regional Office
Office of Fair Housing and Equal Opportunity
801 Cherry Street   PO Box 2905
Fort Worth, Texas 76113-2905
Telephone: 1-888-560-8913 Fax: 1-817-978-5876
www.Hud.Gov

**FEB 1 6 20**

Mr. Michael L. Buesgens
500 E. Stassney Apt 1023
Austin, TX 78745

Subject: **Fair Housing Complaint Case No. 06-0293-8, Michael L. Buesgens v
Mandy Rogers,**

Dear Mr. Buesgens:

We have received your email, written correspondence and telephonic
contacts, regarding your concerns about the case processing of your complaint
by the City of Austin Equal Employment/Fair Housing Office(AEEFHO).  The
AEEFHO is a Fair Housing Assistance Program agency, which has the
jurisdictional authority to investigate complaints within the City of Austin.
As this is an ongoing investigation, this Office will not initiate any
further actions at this time.  Therefore, we have forwarded your February 8,
2006 e-mail correspondence to the AEEFHO for its review and action.  Upon the
completion of the investigation, you may request a review of the
investigation by our Office if there are Fair housing issues which have not
been addressed during the investigation.

If you have any questions, please contact Mr. Charles H. Gorham,
Administrator with the AEEFHO at 1-512-974-3251.  You may also contact
Kenneth Burchfield of my staff at 1-888-560-8913.

Sincerely,

Garry L. Sweeney
Director,
Office of Fair Housing
  And Equal Opportunity
Region VI

cc: AEEFH



# City of Austin, Equal Employment/ Fair Housing Office

**Mailing:** P. O. Box 1088, Austin, Texas 78767
**Physical:** 505 Barton Springs Rd. Suite720 , Austin, Texas 78704
512/974-3251 *(Voice)* 512/974-2445 *(TDD)* 512/974-3278 *(Fax)*

February 17, 2006

Michael Buesgens
500E. Stassney Lane Apt-1023
Austin, Texas 78745

RE: 06-06-0293-8/ HUD; 01-06-0028-HG/COA.EE/FHO
    Michael Buesgens v Mandy Rogers, Falcon Ridge Apartments, Falcon Ridge LP

Dear Mr. Buesgens:

Please let this letter confirm our telephone conversation of this morning. You indicated that you wish to amend your complaint and you were told that your original complaint was heard in JP court with a jury trial. You confirmed that the decision was in favor of the complex and you were evicted and fined $5000.00 attorney's fees with a $10,000. Bond that you had to post. This court action took place on 01/26/2006. You indicated during your telephone conversation of 01/27/2006 that you would be appealing the decision in County Court.

You were invited to come in to file a new complaint. The original complaint has already been heard by the courts and the administrative processing is over when the matter is heard by the courts. That complaint will be closed based on the fact that it has been heard in the courts. We will take a new complaint on any issue that is covered by the Fair Housing Act that was not alleged on the first complaint.

I look forward to you coming in to file the new complaint.

Sincerely,

*John A. Benardes*

John A. Benavides
Lead Investigator

Cc. Nekesha Phoenix,
    Austin Tenants Council



# City of Austin, Equal Employment/
# Fair Housing Office

**Mailing:**    P. O. Box 1088, Austin, Texas 78767
**Physical:**  505 Barton Springs Rd. Suite720, Austin, Texas 78704
512/974-3251 *(Voice)* 512/974-2445 *(TDD)* 512/974-3278 *(Fax)*

February 21, 2006

Michael L. Buesgens
500 E. Stassney Lane Apt-1023
Austin, Texas 78745

RE: Michael L. Buesgens vs. Falcon Ridge Apartments, Mandy Rogers, Falcon Ridge LP
06-06-293-8 HUD; 01-06-0028-HG/COA,EE/FHO

Dear Mr. Buesgens:

Please let this letter confirm receipt of your fax dated 02/17/2006 with your request for a
stay of the investigation. As was explained to you at intake and during the investigation
once the matter has been filed in court and the trial has begun the administrative
investigation is closed. The matter has gone to court and the trial has begun and a
decision has been reached.

I understand that you have appealed the decision but the matter is in the courts. Therefore
the investigation is being submitted for closure.

Sincerely,

*John A. Benavides*

John A. Benavides
Lead Investigator



# City of Austin, Equal Employment/ Fair Housing Office

**Mailing:**    P. O. Box 1088, Austin, Texas 78767
**Physical:**   505 Barton Springs Rd. Suite 720, Austin, Texas 78704
512/974-3251 *(Voice)* 512/974-2445 *(TDD)* 512/974-3278 *(Fax)*

Mr. Joe F. Castillo
U.S. Department of HUD
San Antonio Area Office, FHEO
106 South St. Mary's, Ste-405
San Antonio, Texas 78205

RE: HUD 06-06-0293-8; COA,EE/FHO 01-06-0028-HG
      Michael Buesgens v Falcon Ridge Apartments, Mandy Rogers, Falcon Ridge LP

Dear Mr. Castillo:

Enclosed for your review is a copy of the above case file. The office has determined that the matter was heard in court and the trial has begun. The complaint is being administratively closed..

If additional information is needed, please advice. Thank you.

Sincerely,

Charles H. Gorham                    2-22-06
Administrator                        Date

Enclosure

City of Austin , Equal Employment/
Fair Housing Office
P.O. Box 1088
Austin, Texas  78767

facsimile transmittal

## HUD  SAN ANTONIO, TX - AUSTIN, TX

5/22/06

**To:**   **Attn:**   **Fax:**   (210) 472-6809

✔  Mr. Joe Castillo

FHEO, HUD, San Antonio Office

**From:**   John A. Benavides   **Date:**   5/22/2006   ✔

**Re:**   **Pages:**   38(including cover)

File

__X_  For Review    ___ Please Comment    ___ Please Reply    ___ Please Recycle

Please find attached  copies you requested.



See page one J. P Stamp

## HUD CASE NO. 06-06-0293-8

# FAIR HOUSING AND EQUAL OPPORTUNITY

# U.S. DEPT. OF HOUSING AND URBAN DEVELOPMENT



✓ **SAN ANTONIO OFFICE**
**106 S. St. Mary's**
**SAN ANTONIO, TEXAS 78205**
**Telephone No. (210) 475-6885**

**FAX No. (210) 472-6809**

*HUD # 06-06-2938*

--------------------------------------------------------------------

**FAX FROM:** ___Joe F. Castillo___ ✓ _____

**DATE:** ___5/22/06___ _____

--------------------------------------------------------------------

**SENT TO:**

    **NAME:** ___Mr. Charles Gorham – COA – AEE/FHO___ ✓

    **FAX No.:** ___512-974-3278___

        **SUBJECT:** ___Michael Buesgens vs Falcon Ridge Apts/Rogers___ ✓
        HUD File #: ___06-06-0293-8___ FHAP File #: ___01-06-0028-HG___

**NUMBER OF PAGES (INCLUDING THIS COVER SHEET):** ___2___

05/22/2006  07:51    2104726900              HUD FHEO                    PAGE  02/02

**Technical Assistance**
**Administrative Closure – Trail Has Begun**

*DUAL FILED*

FHAP Agency: __AEE/FHO__          Review Date: __May 19, 2006__   *5/19/06*

Case Name: __Buesgens__     vs.  __Falcon Ridge Apartments/Rodgers__

HUD File #: __06-06-0293-8__   FHAP File #: __01-06-0028-HG__   *CITY OF AUSTIN*
                                                                    *NLD*

Cases that are closed because the trial has begun or the matter was heard in court must be supported by documentation that the trial addressed the alleged discriminatory housing practice.  (24 CFR §103.400)

Documentation, such as, written information from the clerk of the court in the jurisdiction that hears the case must be included in the case file.  Other forms of documentation may be letters from the complainant's representative or the respondent's representative that need to be verified with the clerk of the court. (Handbook 8024.1, page 9-6)

*HUD CASE NO. 06-06-293-8*

Provide the missing documentation or action that is necessary to correct the deficiencies noted: June 2, 2006.

(For HUD Internal Use)
GTM REVIEWER:_____     DATE_____

GTR REVIEWER:_____     DATE_____

AUDIT REVIEW:_____     DATE_____

If you need technical assistance in this matter, please contact: Joe F. Castillo or Irene Mendiola at 210-475-6885  Fax 210-472-6809.

# EXHIBIT 4

**REASONABLE ACCOMMODATION
REQUESTS**

**NOVEMBER 19, 2005**

**DECEMBER 22, 2005**

**JUNE 19, 2006**

**JUNE 29, 2006**

**AT**

**FALCON RIDGE APARTMENTS
AUSTIN, TEXAS
FALCON APARTMENTS OF AUSTIN I, INC
LANDLORDS
GENERAL PARTNERS
ARNOLD C. TAUCH
JACK C. MOSS
HOUSTON, TEXAS**

November 19, 2005

I request that the dog in apt 1033 be removed for the following reasons.

1. Constant noise on the ceiling of my apartment

2. Dog runs back and forth

3. Jumps up and down

4. This has been going on for about 2 months.

Mike Burroughs
1023

## Request for Reasonable Accommodation

Certified Letter Number: __7002 2030 0000 3739 9896__

Attn: __Charles E. Brown, P.C.__
Address: __818 West 10th Street__
City, State, Zip: __Austin, TX 78701__

Date: __12/22/2005__

I, Michael Buesgens, live at 500 E. Stassney, #1023, Austin, TX 78745. I am a person with a disability as defined under the Fair Housing Act, and I am covered under the protections for disabled persons of the Fair Housing Act. This letter is a formal Request for Reasonable Accommodation under the Fair Housing Act.

**This is the rule, policy, procedure, or service that is problematic to me:**
On Wednesday, December 21, 2005, I received a Notice To Vacate for allegedly being in violation of paragraph 20 of the lease and in default pursuant to paragraph 32 of the lease. Since October of 2005, I have made written and verbal complaints to management about the loud dog that lives in the apartment above me. I am disabled and am unable to peacefully enjoy my apartment due to the dog's loudness aggravating my disability.

**I request that you make the following reasonable accommodation in your rules, policies, or procedures to allow me equal opportunity to use and enjoy my dwelling:**
Please rescind the Notice To Vacate that I received on Wednesday, December 21, 2005, and allow me to continue living in my apartment.

Section 804(f)(3)(B) of the Fair Housing Act defines unlawful discrimination against disabled persons as "a refusal to make reasonable accommodations in rules, policies, practices or services, when such accommodations may be necessary to afford such person equal opportunity to use and enjoy a dwelling..."

Please provide a written response to my request within __5__ days of your receipt of this letter. I am prepared to seek enforcement of my rights under the Fair Housing Act if my request is not granted, which may include filing a complaint with the U.S. Department of Housing & Urban Development and/or filing a civil lawsuit. However, I would much rather resolve this matter without the involvement of HUD or litigation. I appreciate your attention to this critical matter and look forward to your written response.

Sincerely,

Michael Buesgens

# J. REX WIER, III, MD
## 3724 JEFFERSON STREET, SUITE 111
## AUSTIN, TX 78731

512-452-0109
Fax 512-452-2706

June 19, 2006
Falcon Apartments of Austin I, Inc.
Attn:  Arnold Tauch, Jack Moss & Kyle Tauch

Dr. Mr. Tauch and Moss:

This letter is being written on behalf of my patient, Micheal Buesgens.  He
has been under my care since August 17, 2004 for a debilitating medical
condition.  I would like to request reasonable accommodation for him.

His medical disability has been aggravated by the litigation involved in his
housing accommodations. Please allow Mr. Buessgen's to remain in his
apartment at this time.  The loss of his housing or a change in his living
environment would cause his condition to decompensate.

Please contact my office if you have any questions or concerns.

Sincerely,

J. Rex Wier, III, MD

JRW/cg

J. Rex Wier, III, MD
3724 Jefferson Street, Suite 111
Austin, TX 78731

Phone: 512-452-0109
Fax: 512-452-2706

J. Rex Wier, III, MD

# Fax

800 - 528 - 7274

To: Falcon Apartments of & Falcon Ridge Apartments

From: Austin I. INS. Dr. John Rex Wier

Attn: Arnold Tauch, Jack Moss & Kyle Tauch

Date: 6-29-06

Fax: (713) 864-0971

Pages: 2

Re: Eviction of Micheal Buesgens

CC:

☑ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**Comments:**

This is the second time this letter has been sent requesting special accommodation for Mr. Buesgens. If he is forced out of his home he will have no where to go. Please reconsider the eviction process in this case based on medical necessity.

**CONFIDENTIAL HEALTH INFORMATION ENCLOSED:** HEALTHCARE INFORMATION IS PERSONAL AND SENSITIVE INFORMATION. IT IS BEING SENT TO YOU AFTER RECEIVING THE APPROPRIATE AUTHORIZATION FROM THE INDIVIDUAL OR UNDER CIRCUMSTANCES THAT DO NOT REQUIRE INDIVIDUAL AUTHORIZATION. YOU, THE RECIPIENT, ARE OBLIGATED TO MAINTAIN THE INFORMATION IN A SAFE, SECURE AND CONFIDENTIAL MANNER. RE-DISCLOSURE WITHOUT ADDITIONAL INDIVIDUAL CONSENT/AUTHORIZATION OR AS PERMITTED BY LAW IS PROHIBITED. UNATHORIZED USE OR RE-DISCLOSURE OR FAILURE TO MAINTAIN CONFIDENTIALITY COULD SUBJECT YOU TO CIVIL AND CRIMINAL PENALTIES DESCRIBED UNDER FEDERAL AND STATE LAW.

*IF YOU HAVE RECEIVED THIS INFORMATION BY ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DESTROY OR RETURN THE INFORMATION. THANK YOU.*

# EXHIBIT 5



**United States**
# Office of
## Personnel Management     Washington, DC  20415-0001

February 23, 2005 ✓

Michael L. Buesgens
500 East Stassney Lane, #1023
Austin, TX 78745

Dear Mr. Buesgens:

Your application for disability retirement has been approved.

According to information we have received from your agency, you have not been separated from Government service. Therefore, we are notifying your agency of the approval and asking them to separate you. We are asking them to give us your last day of pay. Payment of annuity cannot start until after your last day of pay. We are asking your agency to send us your final separation records so we can establish your final annuity rate.

We cannot start your annuity payments until we receive confirmation that you have applied for Social Security disability benefits. If you have not already done so, you must now apply for them. Please send us a copy of the receipt (or notice of allowance or disallowance) which you receive from the Social Security Administration after you file the application.

If the Social Security Administration awards you monthly benefits, you must also notify OPM of the amount of the monthly Social Security benefit and effective date of payment immediately upon becoming eligible (a photocopy of the award notice or a statement showing the monthly Social Security benefit and effective date when they determined your eligibility began would be helpful). OPM will be conducting periodic checks against Social Security records to discover unreported awards. Notification of Social Security benefits, and the confirmation that you have applied to Social Security should be sent to:

Office of Personnel Management
Federal Employees Retirement System
Boyers, PA  16017

**EXHIBIT  6**



**Explanation of Benefits**
THIS IS NOT A BILL

34154

#787032350122°

MICHAEL L BUESGENS
3112 WINSOR RD
AUSTIN TX 78703-2350

BLUE CROSS BLUE SHIELD OF TEXAS
FEDERAL EMPLOYEE PROGRAM
P.O. BOX 660044
DALLAS, TEXAS 75266-0044
1-800-442-4607

## SETON SHOAL CREEK HOSPITAL   7/6/06

| EXPLANATION OF BENEFITS AT A GLANCE | |
|---|---|
| We Sent Check To: DAUGHTERS OF CHARITY HEALTH | ID Number: |
| Patient Name: MICHAEL BUESGENS | Claim Number: 0620251297170X |
| | Claim Paid On: 08/16/2006 |
| Dates of Service: 07/06/2006 - 07/12/2006 | Claim Received On: 07/21/2006 |
| | Claim Processed On: 08/15/2006 |
| You Owe the Provider: $100.00 | |

Provider: DAUGHTERSOFCHARITYHEALTH        Dates of Service: 07/06/2006 - 07/12/2006
Type:       PREFERRED PROVIDER

| Type of Service | Submitted Charges | Plan Allowance | Remark Codes | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
|---|---|---|---|---|---|---|---|---|
| THERAPEUTIC CARE | 6,276.00 | 4,315.89 | 610 | | 100.00 | | 4,215.89 | 100.00 |
| PRESCRIPTION DRUG | 640.00 | 440.11 | 610 | | | | 440.11 | |
| DIAGNOSTIC LAB TEST | 261.00 | 179.48 | 610 | | | | 179.48 | |
| DIAGNOSTIC TEST | 152.00 | 104.52 | 610 | | | | 104.52 | |
| TOTALS: | $7,329.00 | $5,040.00 | | $0.00 | $100.00 | $0.00 | $4,940.00 | $100.00 |

EXPLANATION OF REMARK CODES

610--THE SUBMITTED CHARGES EXCEED OUR ALLOWABLE CHARGES FOR THESE SERVICES. OUR
ALLOWABLE CHARGES ARE THE SUBMITTED CHARGES LESS ANY NON-COVERED CHARGES.
BECAUSE THIS PROVIDER IS A PREFERRED OR PARTICIPATING NETWORK PROVIDER, YOU
ARE NOT RESPONSIBLE FOR THE DIFFERENCE BETWEEN THE SUBMITTED CHARGES AND OUR
ALLOWABLE CHARGES.

Continued On Next Page

CIVIL NO. 1:06 CV 00226 LY-RP
AUSTIN, TEXAS
STILL OPEN ON JULY 6, 2006



**BlueCross. BlueShield.**
Federal Employee Program
www.fepblue.org

32565

# Explanation of Benefits
## THIS IS NOT A BILL

BLUE CROSS BLUE SHIELD OF TEXAS
FEDERAL EMPLOYEE PROGRAM
P.O. BOX 660044
DALLAS, TEXAS 75266-0044
1-800-442-4607

#787453275732°

MICHAEL L BUESGENS
500 E STASSNEY LN APT 1023
AUSTIN TX 78745-3275

**7/6/06  10:00AM**

| EXPLANATION OF BENEFITS AT A GLANCE | | |
|---|---|---|
| We Sent Check To: | JOHN R WIER III MD | ID Number: |
| Patient Name: | MICHAEL BUESGENS | Claim Number: 0619107028910C |
| Dates of Service: | 07/06/2006 – 07/06/2006  10:00AM | Claim Paid On: 07/14/2006 |
| | | Claim Received On: 07/10/2006 |
| You Owe the Provider: | $59.61 | Claim Processed On: 07/13/2006 |

Provider: JOHNRWIERIIIMD                                     Dates of Service: 07/06/2006 – 07/06/2006
Type:      NON-PARTICIPATING PROVIDER

| Type of Service | Submitted Charges | Plan Allowance | Remark Codes | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
|---|---|---|---|---|---|---|---|---|
| MEDICAL CARE | 85.00 | 56.56 | 621 | 20.37 | 8.79 | | 26.39 | 59.61 |
| TOTALS: | $85.00 | $56.56 | | $20.37 | $8.79 | $0.00 | $26.39 | $59.61 |

EXPLANATION OF REMARK CODES

621--WE PROVIDE BENEFITS FOR COVERED SERVICES BY NON-PARTICIPATING PROVIDERS BASED
ON THE NON-PARTICIPATING PROVIDER ALLOWANCE. FOR MORE INFORMATION, SEE THE
DEFINITIONS SECTION OF YOUR BLUE CROSS AND BLUE SHIELD SERVICE BENEFIT PLAN
BROCHURE. YOU ARE RESPONSIBLE FOR THESE CHARGES.

Continued On Next Page



**BlueCross.
BlueShield.**
Federal Employee Program
www.fepblue.org

30714

**Explanation of Benefits**
THIS IS NOT A BILL

BLUE CROSS BLUE SHIELD OF TEXAS
FEDERAL EMPLOYEE PROGRAM
P.O. BOX 660044
DALLAS, TEXAS 75266-0044
1-800-442-4607

#787032350122"

MICHAEL L BUESGENS
3112 WINDSOR RD
AUSTIN TX 78703-2350

*JULY 6, 2006*
*SETON SHOAL CREEK HOSPITAL, AUSTIN, TX*

| EXPLANATION OF BENEFITS AT A GLANCE | |
|---|---|
| We Sent Check To:   SHIVA K LAM MDPA | ID Number: |
| Patient Name:   MICHAEL BUESGENS | Claim Number:   082635024975OX |
| Dates of Service:   07/07/2006 - 07/12/2006 | Claim Paid On:   10/27/2006 |
| | Claim Received On:   09/20/2006. |
| You Owe the Provider:   $43.28 | Claim Processed On: 10/20/2006 |

Provider: SHIVAKLAMMDPA                         Dates of Service: 07/07/2006 - 07/12/2006
Type:     PREFERRED PROVIDER

| Type of Service | Submitted Charges | Plan Allowance | Remark Codes | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
|---|---|---|---|---|---|---|---|---|
| THERAPEUTIC CARE | 250.00 | 150.98 | 610 | | 15.09 | | 135.89 | 15.09 |
| THERAPEUTIC CARE | 500.00 | 213.91 | 610 | | 21.39 | | 192.52 | 21.39 |
| THERAPEUTIC CARE | 190.00 | 68.03 | 610 | | 6.80 | | 61.23 | 6.80 |
| TOTALS: | $940.00 | $432.92 | | $0.00 | $43.28 | $0.00 | $389.64 | $43.28 |

EXPLANATION OF REMARK CODES

610--THE SUBMITTED CHARGES EXCEED OUR ALLOWABLE CHARGES FOR THESE SERVICES. OUR
ALLOWABLE CHARGES ARE THE SUBMITTED CHARGES LESS ANY NON-COVERED CHARGES.
BECAUSE THIS PROVIDER IS A PREFERRED OR PARTICIPATING NETWORK PROVIDER, YOU
ARE NOT RESPONSIBLE FOR THE DIFFERENCE BETWEEN THE SUBMITTED CHARGES AND OUR
ALLOWABLE CHARGES.

Continued On Next Page

HUD CASE NO. 06-06-293-8
HUD CASE NO. 07-07-0814-8

38124



**BlueCross.**
**BlueShield.**

Federal Employee Program
www.fepblue.org

### Explanation of Benefits
**THIS IS NOT A BILL**

BLUE CROSS BLUE SHIELD OF TEXAS
FEDERAL EMPLOYEE PROGRAM
P.O. BOX 660044
DALLAS, TEXAS 75266-0044
1-800-442-4607

#787453275732"

MICHAEL L BUESGENS
500 E STASSNEY LN APT 1023
AUSTIN TX 78745-3275

7/7/06

| | |
|---|---|
| **EXPLANATION OF BENEFITS AT A GLANCE** | |
| We Sent Check To:   AUSTIN REGIONAL CLINIC PA | ID Number: |
| | Claim Number:        061985028360X |
| Patient Name:    MICHAEL BUESGENS | Claim Paid On:      07/21/2006 |
| | Claim Received On:  07/17/2006 |
| Dates of Service:   07/07/2006 - 07/07/2006 | Claim Processed On: 07/19/2006 |
| You Owe the Provider:    $16.66 | |

**Provider: AUSTINREGIONALCLINICPA**                              Dates of Service: 07/07/2006 - 07/07/2006
**Type:**     **PREFERRED PROVIDER**

| Type of Service | Submitted Charges | Plan Allowance | Remark Codes | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
|---|---|---|---|---|---|---|---|---|
| THERAPEUTIC CARE | 238.00 | 166.64 | 610 | | 16.66 | | 149.98 | 16.66 |
| TOTALS: | $238.00 | $166.64 | | $0.00 | $16.66 | $0.00 | $149.98 | $16.66 |

### EXPLANATION OF REMARK CODES

610--THE SUBMITTED CHARGES EXCEED OUR ALLOWABLE CHARGES FOR THESE SERVICES. OUR
ALLOWABLE CHARGES ARE THE SUBMITTED CHARGES LESS ANY NON-COVERED CHARGES.
BECAUSE THIS PROVIDER IS A PREFERRED OR PARTICIPATING NETWORK PROVIDER, YOU
ARE NOT RESPONSIBLE FOR THE DIFFERENCE BETWEEN THE SUBMITTED CHARGES AND OUR
ALLOWABLE CHARGES.

Continued On Next Page

41107


**BlueCross.
BlueShield.**
Federal Employee Program
www.fepblue.org

**Explanation of Benefits**
THIS IS NOT A BILL

BLUE CROSS BLUE SHIELD OF TEXAS
FEDERAL EMPLOYEE PROGRAM
P.O. BOX 660044
DALLAS, TEXAS 75266-0044
1-800-442-4607

#787453275732°

MICHAEL L BUESGENS
500 E STASSNEY LN APT 1023
AUSTIN TX 78745-3275

7/10/06

| EXPLANATION OF BENEFITS AT A GLANCE | |
|---|---|
| We Sent Check To: | AUSTIN HEART PA |
| Patient Name: | MICHAEL BUESGENS |
| Dates of Service: | 07/10/2006 - 07/10/2006 |
| You Owe the Provider: | $0.00 |

ID Number:
Claim Number:    0620650207510X
Claim Paid On:   07/28/2006
Claim Received On:  07/25/2006
Claim Processed On: 07/27/2006

Provider: AUSTINHEARTPA
Type:    PREFERRED PROVIDER

Dates of Service: 07/10/2006 - 07/10/2006

| Type of Service | Submitted Charges | Plan Allowance | Remark Code | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
|---|---|---|---|---|---|---|---|---|
| PROF. MEDICAL CHARGE | 30.00 | 11.19 | 610 | | | | 11.19 | |
| TOTALS: | $30.00 | $11.19 | | $0.00 | $0.00 | $0.00 | $11.19 | $0.00 |

EXPLANATION OF REMARK CODES

610--THE SUBMITTED CHARGES EXCEED OUR ALLOWABLE CHARGES FOR THESE SERVICES. OUR
ALLOWABLE CHARGES ARE THE SUBMITTED CHARGES LESS ANY NON-COVERED CHARGES.
BECAUSE THIS PROVIDER IS A PREFERRED OR PARTICIPATING NETWORK PROVIDER, YOU
ARE NOT RESPONSIBLE FOR THE DIFFERENCE BETWEEN THE SUBMITTED CHARGES AND OUR
ALLOWABLE CHARGES.

Continued On Next Page

58883



**BlueCross.**
**BlueShield.**
Federal Employees Program
www.fepblue.org

## Explanation of Benefits
### THIS IS NOT A BILL

BLUE CROSS BLUE SHIELD OF TEXAS
FEDERAL EMPLOYEE PROGRAM
P.O. BOX 660044
DALLAS, TEXAS 75266-0044
1-800-442-4607

#787453275732°

MICHAEL L BUESGENS
500 E STASSNEY LN APT 1023
AUSTIN TX 78748-3275

# 7/13/06

| | | |
|---|---|---|
| **EXPLANATION OF BENEFITS AT A GLANCE** | | |
| We Sent Check To: | JOHN R WIER III MD | |
| Patient Name: | MICHAEL BUESGENS | |
| Dates of Service: | 07/13/2006 - 07/13/2006 | |
| You Owe the Provider: | $78.77 | |

ID Number:
Claim Number: 0620105046350C
Claim Paid On: 07/28/2006
Claim Received On: 07/20/2006
Claim Processed On: 07/25/2006

Provider: JOHNRWIERIIIMD                              Dates of Service: 07/13/2006 - 07/13/2006
Type:     NON-PARTICIPATING PROVIDER

| Type of Service | Submitted Charges | Plan Allowance | Remark Codes | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
|---|---|---|---|---|---|---|---|---|
| THERAPEUTIC CARE | 125.00 | 77.04 | 621 | | 30.81 | | 46.23 | 78.77 |
| TOTALS: | $125.00 | $77.04 | | $0.00 | $30.81 | $0.00 | $46.23 | $78.77 |

#### EXPLANATION OF REMARK CODES

621--WE PROVIDE BENEFITS FOR COVERED SERVICES BY NON-PARTICIPATING PROVIDERS BASED
ON THE NON-PARTICIPATING PROVIDER ALLOWANCE. FOR MORE INFORMATION, SEE THE
DEFINITIONS SECTION OF YOUR BLUE CROSS AND BLUE SHIELD SERVICE BENEFIT PLAN
BROCHURE. YOU ARE RESPONSIBLE FOR THESE CHARGES.

OUTPATIENT VISITS FOR THE TREATMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE BY
PREFERRED AND NON-PREFERRED PROVIDERS ACCUMULATE TOWARD THE NON-PREFERRED VISIT
LIMIT OF UP TO 25 VISITS. WITH THIS CLAIM YOU HAVE ACCUMULATED 5 VISITS TOWARDS
THIS MAXIMUM FOR 2006. WHEN YOU USE A PREFERRED PROVIDER AND FOLLOW AN APPROVED
TREATMENT PLAN THIS MAXIMUM MAY BE WAIVED.

Continued On Next Page

42837



**Explanation of Benefits**
THIS IS NOT A BILL

BLUE CROSS BLUE SHIELD OF TEXAS
FEDERAL EMPLOYEE PROGRAM
P.O. BOX 660044
DALLAS, TEXAS 75266-0044
1-800-442-4607

#787032350122°
MICHAEL L BUESGENS
3112 WINDSOR RD
AUSTIN TX 78703-2350

8/1/06

---

```
|   EXPLANATION OF BENEFITS AT A GLANCE    |
|_____|
|                                          |
|We Sent Check To:    SHIVA K LAM MDPA     |
|                                          |
|Patient Name:        MICHAEL BUESGENS     |
|                                          |
|Dates of Service:    08/01/2006 - 08/01/2006 |
|                                          |
|You Owe the Provider:      $0.00          |
|_____|
```

ID Number:
Claim Number:        062635024983 0X
Claim Paid On:       09/28/2006
Claim Received On:   09/20/2006
Claim Processed On:  09/22/2006

---

**Provider: SHIVAKLAMMDPA**                    Dates of Service: 08/01/2006 - 08/01/2006
**Type:     PREFERRED PROVIDER**

| Type of Service | Submitted Charges | Plan Allowance | Remark Codes | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
|---|---|---|---|---|---|---|---|---|
| MEDICAL CARE | 150.00 | 49.84 | 610 | | | | 49.84 | |
| TOTALS: | $150.00 | $49.84 | | $0.00 | $0.00 | $0.00 | $49.84 | $0.00 |

---

EXPLANATION OF REMARK CODES

610--THE SUBMITTED CHARGES EXCEED OUR ALLOWABLE CHARGES FOR THESE SERVICES. OUR
ALLOWABLE CHARGES ARE THE SUBMITTED CHARGES LESS ANY NON-COVERED CHARGES.
BECAUSE THIS PROVIDER IS A PREFERRED OR PARTICIPATING NETWORK PROVIDER, YOU
ARE NOT RESPONSIBLE FOR THE DIFFERENCE BETWEEN THE SUBMITTED CHARGES AND OUR
ALLOWABLE CHARGES.

---

Continued On Next Page

61719



**BlueCross.
BlueShield.**
Federal Employees Program
www.fepblue.org

**Explanation of Benefits**
THIS IS NOT A BILL

BLUE CROSS BLUE SHIELD OF TEXAS
FEDERAL EMPLOYEE PROGRAM
P.O. BOX 660044
DALLAS, TEXAS 75266-0044
1-800-442-4607

#787032350122*

MICHAEL L BUESGENS
3112 WINSOR RD
AUSTIN TX 78703-2358

8/14/2006

| EXPLANATION OF BENEFITS AT A GLANCE | | ID Number: | |
|---|---|---|---|
| We Sent Check To: | ROBERT L STROUD MD | Claim Number: | 0623007039220C |
| Patient Name: | MICHAEL BUESGENS | Claim Paid On: | 08/25/2006 |
| | | Claim Received On: | 08/18/2006 |
| Dates of Service: | 08/14/2006 - 08/14/2006 | Claim Processed On: | 08/23/2006 |
| You Owe the Provider: | $15.00 | | |

Provider: ROBERTLSTROUDMD                    Dates of Service: 08/14/2006 - 08/14/2006
Type:    PREFERRED PROVIDER

| Type of Service | Submitted Charges | Plan Allowance | Remark Codes | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
|---|---|---|---|---|---|---|---|---|
| OFFICE VISIT | 100.00 | 54.27 | 610 | | 15.00 | | 39.27 | 15.00 |
| TOTALS: | $100.00 | $54.27 | | $0.00 | $15.00 | $0.00 | $39.27 | $15.00 |

EXPLANATION OF REMARK CODES

610--THE SUBMITTED CHARGES EXCEED OUR ALLOWABLE CHARGES FOR THESE SERVICES. OUR
ALLOWABLE CHARGES ARE THE SUBMITTED CHARGES LESS ANY NON-COVERED CHARGES.
BECAUSE THIS PROVIDER IS A PREFERRED OR PARTICIPATING NETWORK PROVIDER, YOU
ARE NOT RESPONSIBLE FOR THE DIFFERENCE BETWEEN THE SUBMITTED CHARGES AND OUR
ALLOWABLE CHARGES.

Continued On Next Page

41221



**BlueCross. BlueShield.**
Federal Employees Program
www.fepblue.org

**Explanation of Benefits**
THIS IS NOT A BILL

#787032350122°

MICHAEL L BUESGENS
3112 WINSOR RD
AUSTIN TX 78703-2350

BLUE CROSS BLUE SHIELD OF TEXAS
FEDERAL EMPLOYEE PROGRAM
P.O. BOX 660044
DALLAS, TEXAS 75266-0044
1-800-442-4607

7/20/06

---

| EXPLANATION OF BENEFITS AT A GLANCE |
| --- |

| We Sent Check To: | JOHN R WIER III MD |
| Patient Name: | MICHAEL BUESGENS |
| Dates of Service: | 07/20/2006 - 07/20/2006 |
| You Owe the Provider: | $78.77 |

ID Number:
Claim Number: 0620902043840C
Claim Paid On: 08/04/2006
Claim Received On: 07/28/2006
Claim Processed On: 08/02/2006

---

Provider: JOHNRWIERIIIMD                              Dates of Service: 07/20/2006 - 07/20/2006
Type:     NON-PARTICIPATING PROVIDER

| Type of Service | Submitted Charges | Plan Allowance | Remark Codes | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| THERAPEUTIC CARE | 125.00 | 77.04 | 621 | | 30.81 | | 46.23 | 78.77 |
| TOTALS: | $125.00 | $77.04 | | $0.00 | $30.81 | $0.00 | $46.23 | $78.77 |

### EXPLANATION OF REMARK CODES

621--WE PROVIDE BENEFITS FOR COVERED SERVICES BY NON-PARTICIPATING PROVIDERS BASED
ON THE NON-PARTICIPATING PROVIDER ALLOWANCE. FOR MORE INFORMATION, SEE THE
DEFINITIONS SECTION OF YOUR BLUE CROSS AND BLUE SHIELD SERVICE BENEFIT PLAN
BROCHURE. YOU ARE RESPONSIBLE FOR THESE CHARGES.

OUTPATIENT VISITS FOR THE TREATMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE BY
PREFERRED AND NON-PREFERRED PROVIDERS ACCUMULATE TOWARD THE NON-PREFERRED VISIT
LIMIT OF UP TO 25 VISITS. WITH THIS CLAIM YOU HAVE ACCUMULATED 6 VISITS TOWARDS
THIS MAXIMUM FOR 2006. WHEN YOU USE A PREFERRED PROVIDER AND FOLLOW AN APPROVED
TREATMENT PLAN THIS MAXIMUM MAY BE WAIVED.



**BlueCross. BlueShield.**
Federal Employee Program
www.fepblue.org

36889

**Explanation of Benefits**
THIS IS NOT A BILL

BLUE CROSS BLUE SHIELD OF TEXAS
FEDERAL EMPLOYEE PROGRAM
P.O. BOX 660044
DALLAS, TEXAS 75266-0044
1-800-442-4607

#787032350122"

MICHAEL L BUESGENS
3112 WINSOR RD
AUSTIN TX 78703-2350

7/28/06

| EXPLANATION OF BENEFITS AT A GLANCE | |
|---|---|
| We Sent Check To: ROBERT L STROUD MD | ID Number: |
| Patient Name: MICHAEL BUESGENS | Claim Number: 0621509035700C |
| | Claim Paid On: 08/11/2006 |
| Dates of Service: 07/28/2006 - 07/28/2006 | Claim Received On: 08/03/2006 |
| | Claim Processed On: 08/08/2006 |
| You Owe the Provider: $19.54 | |

Provider: ROBERTLSTROUDMD                              Dates of Service: 07/28/2006 - 07/28/2006
Type:      PREFERRED PROVIDER

| Type of Service | Submitted Charges | Plan Allowance | Remark Codes | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
|---|---|---|---|---|---|---|---|---|
| OFFICE VISIT | 200.00 | 123.76 | 610 | | 15.00 | | 108.76 | 15.00 |
| DIAGNOSTIC PATHOLOGY | 30.00 | | FKF | | | | | |
| DIAGNOSTIC PATHOLOGY | 40.00 | | FKF | | | | | |
| DIAGNOSTIC PATHOLOGY | 20.00 | | FKF | | | | | |
| DIAGNOSTIC PATHOLOGY | 30.00 | 8.47 | 610 | | .84 | | 7.63 | .84 |
| DIAGNOSTIC PATHOLOGY | 40.00 | 11.52 | 610 | | 1.15 | | 10.37 | 1.15 |
| DIAGNOSTIC PATHOLOGY | 20.00 | 14.60 | 610 | | 1.46 | | 13.14 | 1.46 |
| DIAGNOSTIC PATHOLOGY | 10.00 | 3.46 | 610 | | .34 | | 3.12 | .34 |
| DIAGNOSTIC PATHOLOGY | 25.00 | 7.50 | 610 | | .75 | | 6.75 | .75 |
| TOTALS: | $423.00 | $169.31 | | $0.00 | $19.54 | $0.00 | $149.77 | $19.54 |

EXPLANATION OF REMARK CODES

FKF--THIS CHARGE/BILL IS A DUPLICATE OF ANOTHER YOU INCLUDED WITH THIS CLAIM.

Continued On Next Page



33363

**BlueCross.**
**BlueShield.**
Federal Employee Program
www.fepblue.org

**Explanation of Benefits**
THIS IS NOT A BILL

#767032350122°

MICHAEL L BUESGENS
3112 WINDSOR RD
AUSTIN TX 78703-2350

BLUE CROSS BLUE SHIELD OF TEXAS
FEDERAL EMPLOYEE PROGRAM
P.O. BOX 660044
DALLAS, TEXAS 75266-0044
1-800-442-4607

*8/21/2006*

| | EXPLANATION OF BENEFITS AT A GLANCE | |
| --- | --- | --- |
| We Sent Check To: | JOHN R WIER I I I MD | |
| Patient Name: | MICHAEL BUESGENS | |
| Dates of Service: | 08/21/2006 - 08/21/2006 | |
| You Owe the Provider: | $43.33 | |

ID Number:           R58909707
Claim Number:        0623607059610C
Claim Paid On:       09/01/2006
Claim Received On:   08/24/2006
Claim Processed On:  08/29/2006

Provider: JOHNRWIERIIIMD
Type:     NON-PARTICIPATING PROVIDER

Dates of Service: 08/21/2006 - 08/21/2006

| Type of Service | Submitted Charges | Plan Allowance | Remark Codes | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| MEDICAL CARE | 85.00 | 55.55 | 621 | | 13.88 | | 41.67 | 43.33 |
| TOTALS: | $85.00 | $55.55 | | $0.00 | $13.88 | $0.00 | $41.67 | $43.33 |

1                    EXPLANATION OF REMARK CODES

621--WE PROVIDE BENEFITS FOR COVERED SERVICES BY NON-PARTICIPATING PROVIDERS BASED
ON THE NON-PARTICIPATING PROVIDER ALLOWANCE. FOR MORE INFORMATION, SEE THE
DEFINITIONS SECTION OF YOUR BLUE CROSS AND BLUE SHIELD SERVICE BENEFIT PLAN
BROCHURE.  YOU ARE RESPONSIBLE FOR THESE CHARGES.

Continued On Next Page

# EXHIBIT 7

Subject: Cancellation of your renters policy
Date: Wed, 23 Aug 2006 13:47:56 -0500
From: ken.crone.b4db@statefarm.com
To: mikebuesgens@hotmail.com

**8/23/2006**

Mike,

   A letter will be going out tomorrow stating that we will be canceling your renters insurance effective September 26, 2006. The reason for this action is because you now live in a hotel and we do not write renters insurance in that situation.
Ken Crone

STATE FARM FIRE & CASUALTY COMPANY
RENTER-TENANT POLICY
NO. 83-LV-0578-9

EXTENDED STAY HOTEL
EXTENDED STAY AMERICA
BLACKSTONE GROUP
8221 NORTH IH 35, ROOM 459
AUSTIN, TEXAS 78753
PHONE: 512-339-6005 X 7958
MOVE IN DATE: JULY 17, 2006

**State Farm Lloyds**

8900 Amberglen Boulevard
Austin, TX 78729-1110

S-25- 6850-F121 F  H

BUESGENS, MICHAEL
500 E STASSNEY LN APT 1023
AUSTIN TX  78745-3275

Location:  Same as Mailing Address

**Loss Settlement Provisions (See Policy)**
B1  Limited Replacement Cost - Coverage B

**Forms, Options, and Endorsements**
Renters Policy                                  FP-7954.TX
Jewelry and Furs $1,500/$2,500                  OPT  JF
Fungus (Including Mold) Excl                     FE-5399
Amendatory Endorsement                          FE-2200
Motor Vehicle Endorsement                       FE-5452
Water Damage Endorsement                        FE-5393

*PREMIUM PAID*

*STATE FARM FIRE &*

*CASUALTY COMPANY*

*RENTERS -TENANTS POLICY*

---

# RENEWAL CERTIFICATE

| POLICY NUMBER | 83-LV-0578-9 |
|---|---|

Renters Policy
MAY 09 2006  to  MAY 09 2007

| DATE DUE | SEE BALANCE DUE NOTICE |
|---|---|
| MAY 09 2006 | $188.00 |

**Coverages and Limits**

**Section I**
B  Personal Property                    $20,500
C  Loss of Use                          Actual Loss
                                        Sustained

**Deductibles - Section I**
All Losses                              500

**Section II**
L  Personal Liability                   $500,000
   Damage to Property of Others         500
M  Medical Payments to Others           5,000
   (Each Person)

| Annual Premium | $174.00 |
|---|---|
| Credit | 5.00 |
| Water Damage | 19.00 |
| **Amount Due** | **$188.00** |

**Premium Reductions**
Home Alert Discount                     5.00
Home/Auto Discount                      6.00

Inflation Coverage Index:    199.2

---

*Thanks for letting us serve you...*

1213       2011    1
C,D,E,I

Agent KEN CRONE
Telephone (512) 448-1766

86 3407 7610
*See reverse side for important information.*

REB              Prepare  9 24 2006

**EXHIBIT 8**

**RENEWAL
APARTMENT LEASE CONTRACT**

**AT**

**FALCON RIDGE APARTMENTS
APARTMENT 1023
500 EAST STASSNEY
AUSTIN, TEXAS 78745**

**SIGNED ON DECEMBER 5, 2005**

**FOR THE PERIOD**

**DECEMBER 26, 2005
TO
OCTOBER 22, 2006**



**GREYSTAR**
**MANAGEMENT**
S E R V I C E S
**Concession Reimbursement**
**Addendum to Apartment Lease Contract**

The move in special/concession or lease renewal special is contingent upon full and complete compliance with the Lease Agreement, including rent being paid on or before the stipulated due date each month and completing the full term of the lease agreement. If the lessee fails to comply with the lease agreement in any manner, including paying rent late or lease violations due to noise, etc., or terminates the lease prior to the expiration of the term, the amount of the concession is due and payable in full.

In case of conflict between the provisions of this addendum and any other provisions of the lease, the provisions of this addendum shall govern.

The rental rate on Apartment # **1023** is being adjusted from $ **730**, the current market rent, for the following reason and according to the following terms:
(Above market rent includes: check all that apply: ____ garage ____ carport ____ storage ____ washer/dryer)

1. ____ Concession of $ **111—** per month.
For the following specified month(s) (indicate each month and year, if more than one):
**Dec. 26a,** 200**5**-**Oct. 22,** 200**6**

**OR**

2. _____ A one time ___move-in___ renewal special of $ _____ for the month of _____, 200__, which will be the first full month.

The pro-rated amount upon move-in will be $ **619** for the month of **Dec**, 200**5**

Thereafter, the monthly rent will be $ **619** starting with the month of **Jan**, 200**6** and ending on the **22nd** day of the month of **Oct**, 200**6**

The total amount of the concession covered by this Lease Addendum is $ **1110—**.

*If the Lease Agreement is terminated prior to the lease expiration date agreed in the apartment Lease Agreement, the total amount of the concession taken must be repaid at the time of the lease termination. The cancellation fee (if applicable, as discussed in the lease) is paid at the full market rental rate as stated on the front page of the Lease Contract, not the reduced rate mentioned above. Otherwise, you will be charge a re-letting fee (which is not a cancellation fee), in addition to owing accelerated rent through the end of your lease term.

*If a locator referred you to our property, a fee will be paid to the locator. It is the locator's responsibility to reimburse our company the total fee paid should you break your contract within the first 90 days of residency. Should the locator default, and not reimburse us, you will be charged the entire amount of the locator fee. Should you break your lease contract after 90 days, we will require you to reimburse the property the prorated share of the locator fee paid. The prorated share is based on the lease term indicated on your lease contract.

| | | |
|---|---|---|
| _____ | _____ | **12/5/2005** |
| Resident Signature | Resident Signature | Date |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| Resident Signature | Resident Signature | Date |
| _____ | **12/5/05** | |
| Greystar Associate | Date | |

**EXHIBIT 9**

**Mike Buesgens**

*HUD CASE 06-06-0293-8*

| | |
|---|---|
| **From:** | "Castonguay, Nicole" <ncastonguay@extendedstay.com> |
| **Date:** | Thursday, March 06, 2008 5:24 PM |
| **To:** | <mikebuesgens@hotmail.com> |
| **Attach:** | ATT00028.htm |
| **Subject:** | FW: Copy of reciept |

*10TH CIRCUIT 07-9574*

Mike; *MICHAEL BUESGENS* *$27,119.22*

**Below is a copy of the reciept you are requesting. I had to copy and paste it to the email. If you would like I can have a copy printed for you, and I will leave it at the front desk.**

*JULY 17, 2006 TO PRESENT MARCH 6, 2008*

**Scroll down to see your reciept.**

**Nicole Castonguay**
**Area Operations Manager**
**Metro, ESD; North Central, ESD**
**ncastonguay@extendedstay.com<mailto:ncastonguay@extendedstay.com>**

*EXTENDED STAY HOTELS*

**512-339-6005 (Office)**
**512-233-2825 (Fax)**
**512-587-9565 (Cell)**
**Extended Stay HotelsSM**
**ExtendedStayHotels.com**
**Extended Stay DeluxeSM, Extended Stay America®, Homestead Studio Suites®, Crossland Economy Studios® & StudioPLUS®**

*8221 NORTH IH 35 ROOM 459 AUSTIN, TX 78753*

_____
**From: Castonguay, Nicole**
**Sent: Thursday, March 06, 2008 4:16 PM**
**To: michael.buesgens@hotmail.com**
**Subject: Copy of reciept**

**03/03/08  2:46 PM**
**NV 3.1 SP1 HF4**
**ESD - Austin - North**

*HUD CASE 07-07-0814-8 KANSAS CITY KANSAS*

*3/17/2008*

Central
8221 North IH-35
512-339-6005
Austin, TX 78753

**Property ID: 9834**

*MICHAEL BUESGENS*
*BILL OF COSTS*

Phone:

Fax:

**Folio Receipt**

**As Of: 3/3/2008**

*EXTENDED STAY HOTEL*

Folio # 11160
Room:   459
Buesgens, Michael
Arrival:      7/17/2006
Falcon Ridge Apts. 500 E Stassney Apt 1023
AUSTIN, TX 78744
Company: State Farm

**Departure:      4/29/2008**

*POLICY # 83-LV-0578-9*

Trans # Date          Description                    **Charges**
Payments                      Balance
259996  3/2/2008      Rm: 459 User Override
$49.99          $0.00              $22.17

*RENTER-TENANT POLICY*

**Balance:**          **$22.17**

**Folio Summary**

*KEN CLOUE AGENT*

**Balance:**        ($122.15)

**Previous**

**Charges:**        $26,944.65

**Room**

**Charges/Credits:**      $146.12
   Method of Pay:        Credit
Card

*JAY VATH ADJUSTER*
*MARC E MALLOGEE-ATTORNEY*

**Other**

Phone Charges:        $33.68

$16.94

*AUSTIN, TEXAS*

**Tax:**

**Less**

**Payments:**      $27,119.22

**3/17/2008**

**Signature:**

**Total Amount**

**Due:**        **($99.98)**        *MICHAEL L BUESGENS*

- Cardholder acknowledges receipt of goods and/or
services in the amount of the total shown above and agrees to perform
the obligations and terms in the cardholder agreement with the seller.
- The above rate is based on your length of stay as stated on this
folio.  Any variance to your actual departure date can result in a daily
rate adjustment that will be reflected in total room charges on your
final bill.

                    **Page  #    of    #**

**Nicole Castonguay**
**Area Operations Manager**
**Metro, ESD;  North Central, ESD**
**ncastonguay@extendedstay.com<mailto:ncastonguay@extendedstay.com>**

**512-339-6005 (Office)**
**512-233-2825 (Fax)**
**512-587-9565 (Cell)**
**Extended Stay HotelsSM**
**ExtendedStayHotels.com**
**Extended Stay DeluxeSM, Extended Stay America®, Homestead Studio Suites®,**
**Crossland Economy Studios® & StudioPLUS®**

**3/17/2008**

# EXHIBIT 10

OneSite - Final account statement : Michael Buesgens                    Page 1 of 1

**Falcon Ridge**
500 E Stassney Ln
Austin, TX 78745-3243

*[handwritten:]* ONE SITE
REAL PAGE
TENANT CREDIT
REPORTING AGENCY
DALLAS, TEXAS

Buesgens, Michael
500 E Stassney Ln Apt 1023
Austin, TX 78745-3275 US

*[handwritten:]* $3,893.71

## Final account statement

| Ledger Account at move-out | |
| --- | --- |
| Rent | 3,893.71 |
| Balance at move-out | $3,893.71 |

| Deposit Activities | |
| --- | --- |
| Total Deposits on hand | $0.00 |

| Additional charges/credits/payments after move-out | |
| --- | --- |
| Total additional charges / credits / payments | $0.00 |

| Final Account balance | |
| --- | --- |
| Balance at move-out | 3,893.71 |
| Total Deposits | 0.00 |
| Total additional charges / credits / payments | 0.00 |
| Total account balance due | $3,893.71 |

| FAS Prepared | |
| --- | --- |
| Date | 07/12/2006 |
| User | Shepherd, Samantha |

| Pay To | |
| --- | --- |
| Buesgens, Michael | |

| Lease information : Unit 01023 | |
| --- | --- |
| Move-in | 06/28/2003 |
| Notice given | 07/07/2006 |
| Lease expires | 10/22/2006 |
| Move-out | 07/09/2006 |
| Move-out reason | Evicted |

> Thank you for choosing Falcon Ridge as your home. We hope you enjoyed your residency with us and wish you the best in your new home. It has been a pleasure serving you, and we look forward to serving you in the future. Please remit the balance due within 30 days or contact the office to make payment arrangements to avoid further collection procedure.

*[signature]*

Manager

*[handwritten:]* SAMANTHA
SHEPHERD

BALANCE DUE $3,893.71

OneSite - Final account statement : Michael Buesgens          Page 1 of 1

REAL PAGE TENANT BLACKLISTING
FOR
FALCON RIDGE APARTMENTS
OF AUSTIN I, INC
GENERAL PARTNERS
ARNOLD C. TAUCH
JACK C. MOSS

Falcon Ridge
500 E Stassney Ln
Austin, TX 78745-3243

Buesgens, Michael
500 E Stassney Ln Apt 1023
Austin, TX 78745-3275 US

**Final account statement**          DOUBLE RENT
UNLAWFUL RELETTING CHARGES

| Ledger Account: Move-out | | | | |
|---|---|---|---|---|
| Rent | 3,893.71 | | Date | 07/12/2006 |
| Balance at move-out | $3,893.71 | | User | 7/12/06    Shepherd, Samantha |

| Deposit Activity | | |
|---|---|---|
| Total Deposits on hand | $0.00 | Buesgens, Michael |

| Additional charges | | |
|---|---|---|
| Total additional charges / credits / payments | $0.00 | |

| Final Account Balance | | | Lease Information | |
|---|---|---|---|---|
| Balance at move-out | 3,893.71 | | Move-in | 6/28/03        06/28/2003 |
| Total Deposits | 0.00 | | Notice given | 7/7/06          07/07/2006 |
| Total additional charges / credits / payments | 0.00 | | Lease expires | 10/22/06       10/22/2006 |
| Total account balance due | $3,893.71 | | Move-out | 7/9/06         07/09/2006 |
| | | | Move-out reason | Eviction |

$3,893.71                    MOVE OUT 7/9/06

Thank you for choosing Falcon Ridge as your home. We hope you enjoyed your residency with us and wish you the best in your new home. It has been a pleasure serving you, and we look forward to serving you in the future. Please remit the balance due within 30 days or contact the office to make payment arrangements to avoid further collection procedure.

BUESGENS WAS
EVICTED AND NO
RETURN
ON
7/6/06

Manager
SAMANTHA SHEPHERD
CHARLES ENOS BROWN

**EXHIBIT 11**

# TEXAS RULES OF CIVIL PROCEDURE
## FORCIBLE DETAINER
## EVICTION SUIT

'TEXAS RULES OF CIVIL PROCEDURE

## PART V - RULES OF PRACTICE IN JUSTICE COURTS

### SECTION 1. GENERAL

### RULE 523. DISTRICT COURT RULES GOVERN

All rules governing the district and county courts shall also govern the justice courts insofar as they can be applied, except where otherwise specifically provided by law or these rules.

### SECTION 3. FORCIBLE ENTRY AND DETAINER

### RULE 738. MAY SUE FOR RENT

A suit for rent may be joined with an action of forcible entry and detainer, wherever the suit for rent is within the jurisdiction of the justice court. In such case the court in rendering judgment in the action of forcible entry and detainer, may at the same time render judgment for any rent due the landlord by the renter; provided the amount thereof is within the jurisdiction of the justice court.

NO SUIT FOR RENT IN
EVICTION SUIT NO. 041509

CHARLES EARL BROWN
TOOK THE STAND AND TESTIFIED
THAT HE DEMANDS $10,000.00
IN ATTORNEY'S FEES
THE LIMIT IS $5,000.00 IN FP
PRECINCT 5 AUSTIN, TEXAS COURT

EVICTION SUIT NO. 041509
AUSTIN, TEXAS

**RULE 746. ONLY ISSUE**

In case of forcible entry or of forcible detainer under Sections 24.001 - 24.008, Texas Property Code, the only issue shall be as to the right to actual possession; and the merits of the title shall not be adjudicated.

COUNTERCLAIMS AND CROSSCLAIMS
NOT ALLOWED
HUD CASE NO. 06-06-293-8
NOT ALLOWED
APPEAL DOCKETED
FEBRUARY 2, 2006
APPEAL BOND 10,000.00 CASH
PAID ON JANUARY 29, 2006
APPEAL CAUSE NO. C-1-CV-06-000678

*APPEAL CAUSE NO. C-1-CV-06-000678*
*EVICTION FROM SUIT CASE NO. 041609*

## RULE 749c.  APPEAL PERFECTED ✓

When an appeal bond has been timely filed in conformity with Rule 749 or a pauper's affidavit approved in conformity with Rule 749a, the appeal shall be perfected.

## RULE 750.  FORM OF APPEAL BOND

The appeal bond authorized in the preceding article may be substantially as follows:

"The State of Texas,

"County of ___*TRAVIS*___

"Whereas, upon a writ of forcible entry (or forcible detainer) in favor of A.B., and against C.D., tried before *26* , a justice of the peace of county, a judgment was rendered in favor of the said A.B. on the *26* day of *JAN* , A.D. *06*, and against the said C.D., from which the said C.D. has appealed to the county court; now, therefore, the said C.D. and his sureties, covenant that he will prosecute his said appeal with effect and pay all costs and damages which may be adjudged against him, provided the sureties shall not be liable in an amount greater than $_____, said amount being the amount of the bond herein.     $ *10,000.00*

"Given under our hands this _____ day of _____, A.D. _____."

*CHARLES EADS BROWN, ATTORNEY PLAYS GAMES WITH CASE NUMBERS AND COUNTERCLAIMS CROSSCLAIMS THAT WERE NEVER ALLOWED IN CASE NO. 041509 NOR RULED ON IN CAUSE NO. C-1-CV-06-000678*

CHARLES EADS BROWN
EVICTION ATTORNEY
EVICTION SUIT NO. 041509 ✓
TRIAL 1/26/2006

5 DAYS

**RULE 749. MAY APPEAL** ✓

In appeals in forcible entry and detainer cases, no motion for new trial shall be filed.

Either party may appeal from a final judgment in such case, to the county court of the county in which the judgment is rendered by filing with the justice within five days after the judgment is signed, a bond to be approved by said justice, and payable to the adverse party, conditioned that he will prosecute his appeal with effect, or pay all costs and damages which may be adjudged against him. APPEAL NO. C-1-CV-06-000678 ✓

The justice shall set the amount of the bond to include the items enumerated in Rule 752.

Within five days following the filing of such bond, the party appealing shall give notice as provided in Rule 21a of the filing of such bond to the adverse party. No judgment shall be taken by default against the adverse party in the court to which the cause has been appealed without first showing substantial compliance with this rule.

DEFENDANT BUESGENS PAYS $10,000.00
CASH FOR APPEAL BOND


SEE CHARLES EADS BROWN PLEADING
DATED FEBRUARY 3, 2006
ANSWERING COUNTERCLAIMS IN WRONG
CASE NO. 041509 ✓ - INTENTIONAL

CAUSE NO. 041509 ✓

**041509**

| FALCON RIDGE APARTMENTS | | |
| PLAINTIFF | () | JUSTICE COURT |
| | () | |
| | () | |
| VS | () | PRECINCT FIVE ✓ |
| | () | |
| MICHAEL L BUESGENS | () | TRAVIS COUNTY, TEXAS |
| DEFENDANT | () | |
| | () | |

> > > JUDGMENT < < <  ✓

**041509**
**1/26/06** •

On **JANUARY 26, 2006**, came to be heard the above entitled and numbered cause. Came the Plaintiff **FALCON RIDGE APARTMENTS** and the Defendant **MICHAEL L. BUESGENS**.

A Jury, having been demanded, heard and considered the evidence and argument and reached a verdict (attached hereto).

Based on the verdict, the Court enters Judgment that the _Plaintiff, Falcon Ridge Ap_ is entitled to Judgment and Judgment is hereby granted for the following:

Possession of the premises at **500 E. STASSNEY LANE #1023, AUSTIN,**

**TEXAS,**

$ _— 0 —_ Rent,

$ _5,000_ ✓ Attorney Fees, ✓ _FOR CHARLES BROWN_

$ _5,000_ As Total Sum, plus Court Costs and Post Judgment Interest at a rate of 7.25% per annum on all amounts from the date of judgment, until paid.

Signed and Ordered on this the 26TH day of JANUARY 2006.

_THE BOND IS DOUBLE_
_#10,000.00 CASH_

_Harriet M. Murphy_
Judge Harriet Murphy
Acting for and in the Absence of
Judge Herb Evans
Justice of the Peace, Precinct 5
Travis County, Texas

_MURPHY AND EVANS_

To appeal, a bond must be filed within five (5) days from the Judgment date.

_5 DAYS_

**EXHIBIT 12**

CAUSE NO. C-1-CV-06-000678
TRAVIS COUNTY COURT AT LAW NO. 1
JUDGE J. DAVID PHILLIPS
AUSTIN, TEXAS
THE APPEAL OF EVICTION CASE NO. 041509

DEFENDANT MICHAEL L. BUESGENS PAID
THE APPEAL BOND
$10,000.00 CASH
ON
JANUARY 29, 2006
AND
CAUSE NO. C-1-CV-06-000678
WAS NOT
DOCKETED
UNTIL
FEBRUARY 2, 2006

SEE
CHARLES EADS BROWN
COURT FILING ON FEBRUARY 3, 2006
CROSSCLAIMS-COUNTER CLAIMS

ATTORNEY BROWN  INTENTIONALLY USES THE
WRONG CAUSE NUMBER TO SET BUESGENS UP
WITH
JOHN A. BENAVIDES IN HUD CASE NO.06-06-O293-8
FOR
CHARLES EADS BROWN DOCKETING OF THE
CROSSCLAIMS-COUNTERCLAIMS AT HUD
ON
FEBRUARY 10, 2006

**COPY**

# CHARLES E. BROWN, P.C.
### ATTORNEY AT LAW
#### BOARD CERTIFIED
COMMERCIAL & RESIDENTIAL REAL ESTATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

3624 NORTH HILLS DR., SUITE B-100
AUSTIN, TEXAS 78731

512-346-6000
FAX: 512-346-6005
CBROWN@CHARLESBROWNLAW.COM

February 3, 2006          *2/3/06*

Mr. Michael L. Buesgens
500 E. Stassney Lane, Apt. 1023
Austin, Texas 78745

*Via Certified Mail, RRR #7005 1820 0006*
*6013 3107 and First Class Mail*

RE:    Cause No. 041509; *Falcon Ridge Apartments v. Michael L. Buesgens*

Dear Mr. Buesgens:    *CAUSE NO. C-1-CV-06-000678*

I have enclosed the following documents:

1.    Plaintiff and Counter-Defendant's First Amended Petition for Eviction.
2.    Plaintiff and Counter-Defendant's First Supplemental Response to Defendant and Counter-Plaintiff's Request for Disclosure.

Thank you for your attention to this matter. Please contact me if you have any questions.

Sincerely,

Charles Brown

Charles E. Brown

*CHARLES BROWN*
*CASE NUMBERING TRICKS*
*APPEAL DOCKETED*
*ON*
*2/2/06*

Cc: Falcon Ridge Apartments

2-Falcon Ridge, Michael Buesgens, letter to op

Page 1 of 1    *CAUSE NO.*
*C-1-CV-06-000678*

David Ferris - Re: Cause #041509 Falcon Ridge vs Michael Buesgens

**CV-06 - 000678**

**2/23/06**

| | |
|---|---|
| **From:** | David Ferris |
| **To:** | Lee Stuart |
| **Date:** | 2/23/2006 10:18:19 AM |
| **Subject:** | Re: Cause #041509 Falcon Ridge vs Michael Buesgens |

Thank you for the information.

The last 6 entries in Cause #041509 Falcon Ridge vs Michael Buesgens (Justice of the Peace, Precinct 3):

| | | | |
|---|---|---|---|
| 060131 A | NA LL | | SENT NOTICE TO PLF'S ATTY & DEF CAUSE SENT TO CO CLRK ON APPEAL |
| 060131 A | NA LL | | Original Papers sent up on Appeal. TO CO CLRK |
| 060203 A | NA LL | | REC CONF FROM CO CLRK REC CAUSE ON APPEAL |
| 060214 A | NA LL | | Cross claim filed by Defendant. REC $17 (JUST $17) #9076 CAUSE APPEALED PER INSTR FROM JIM CONNOLLY RECPT & ISS SUPPLEMENTAL TRANS |
| 060214 A | NA LL | | PREP'D SUPP TRANS GAVE TO JDG TO SIGN |
| 060223 A | NA LL | | MAILED REC FOR CROSS CLAIM TO DEF |

**CASE NO. 041509 NOT CAUSE**

I am surprised that a cross-claim is filed on 2/14/06 in the above-referenced case. That case appears to be no longer before the Justice of the Peace, Precinct 3, having been appealed on 1/31/06 to the County Court at Law for trial de novo.

Since it will be for the County Court at Law to determine whether or not this cross claim is valid, I am including a copy of this message and yours in Cause No. C-1-CV-06-000678 - Falcon Ridge Apts vs Michael L. Buesgens (County Court at Law No. 1) and providing copies to the attorney for plaintiff and to the pro se defendant.

David Ferris
Division Manager, Civil/Probate Division
Travis County Clerk's Office
P.O. Box 149325, Austin, TX 78714-9325
Room 222, 1000 Guadalupe, Austin, TX 78701
(512) 854-9188 [Call Center]
(512) 854-4893 [direct line/voicemail]
civil@co.travis.tx.us
probate@co.travis.tx.us
david.ferris@co.travis.tx.us
(512) 854- 3129 [fax]

**THE DAVID FERRIS FIX WITH THE CHARLES BROWN FIX**

CC: Charles Brown, Attorney for Falcon Ridge Apartments (by email)

CC: Michael L. Buesgens, 500 E. Stassney Lane, #1023, Austin, TX 78745

>>> Lee Stuart 2/23/2006 9:08 AM >>>
Yet, another day... per Travis Co Atty: Jim Connolly, I issued a receipt for a Cross Claim and had a second Supp Trans signed by Judge Goodwin.
These items are on there way to you.
Lee

C-1CV-06-000678    / COPY

CAUSE NO. 041509    WRONG NUMBER

| | | |
|---|---|---|
| FALCON RIDGE APARTMENTS, | § | IN THE JUSTICE COURT |
| Plaintiff and Counter-Defendant | § | |
| | § | |
| v. | § | PRECINCT NO. 5    2/3/06 |
| | § | |
| MICHAEL L. BUESGENS, | § | |
| Defendant and Counter-Plaintiff | § | TRAVIS COUNTY, TEXAS |

## PLAINTIFF AND COUNTER-DEFENDANT'S
## FIRST AMENDED PETITION FOR EVICTION

### I. DISCOVERY    CHARLES E. Brown

1.  Discovery is intended to be conducted under Level 1 of Rule 190 of Texas Rules of Civil Procedure.

### II. PARTIES

2.  Plaintiff and Counter-Defendant ("Plaintiff") is Falcon Ridge Apartments.

3.  Defendant and Counter-Plaintiff ("Defendant") is Michael L. Buesgens.

4.  Defendant has been served citation in this matter.

### III.  SUBJECT MATTER

5.  This is a lawsuit to evict Defendant, Michael L. Buesgens, a tenant who leases the property described as Apartment No. 1023 located at 500 E. Stassney Lane, Austin, Texas 78745 (the "Premises").

### IV. FACTS

6.  On or about June 26, 2003, Plaintiff entered into a written lease agreement (the "Lease") with Defendant for the Premises described as Apartment No. 1023 located at 500 E. Stassney Lane, Austin, Texas 78745. The Lease was subsequently renewed on the following dates: February 13, 2004; August 26, 2004; March 21, 2005; and December 5, 2005. A copy of the Lease and all renewals were attached to Plaintiff's Original Petition for Forcible Detainer

and are incorporated in this Amended Petition by reference as if set forth herein verbatim.

7.     The rent for the Premises is $730.00 per month and is due and payable on the 1st day of each month.

8.     Defendant is still in possession of the Property.

9.     Plaintiff claims that Defendant should be evicted from Premises for multiple violations of Paragraph 20 of the Lease. Specifically, Defendant has: behaved in a loud or obnoxious manner; disturbed or threatened the rights, comfort, health, safety or convenience of others in or near the apartment community; disrupted Management's business operations; and injured Plaintiff's reputation by making bad faith allegations against it to others.

10.    Any one of the above-described violations of the Lease constitutes a Default under Paragraph 32 of the Lease.

11.    Written notice to vacate and demand for possession was given to Defendant on December 21, 2005 by hand-delivery, Certified Mail, and First-Class Mail. A copy of the Notice to Vacate, attached as Exhibit A, is incorporated in this petition by reference as if copied herein verbatim.

## V.  ATTORNEY'S FEES & COSTS

14.    Pursuant to Paragraph 32 of the Lease, Plaintiff is entitled to recover reasonable attorney's fees and costs of suit in prosecuting this action.

## VI.  CONDITIONS PRECEDENT

15.    All conditions precedent have been performed or have occurred.

## VII. PRAYER

Plaintiff prays that:

     1.    Defendant be cited to appear and answer herein;
     2.    Plaintiff be granted a judgment for possession of the subject Premises;
     3.    Plaintiff be granted a Writ of Possession for the subject Premises;
     4.    Plaintiff be granted judgment for $1,460.00 plus all rents accruing

through the date of judgment;

5. Plaintiff be granted judgment as reasonable attorney's fees of a minimum of $10,000.00;

6. Plaintiff be granted judgment for all costs of court;

7. Plaintiff be granted judgment for postjudgment interest at the maximum yearly legal rate on the total amount of the judgment from the date of judgment until paid; and

8. Plaintiff be granted such other and further relief, special or general, legal or equitable, as Plaintiff may be shown to be justly entitled to receive.

Respectfully Submitted,

CHARLES E. BROWN
Attorney for Plaintiff
State Bar No. 03101650
3624 North Hills Drive, Suite B-100
Austin, Texas 78731
(512) 346-6000 phone
(512) 346-6005 fax

2/3/06

## CERTIFICATE OF SERVICE

A true copy of the foregoing instrument was forwarded by Certified Mail, Return Receipt Requested # 7005 1820 0006 6013 3107 and First Class Mail on February 3 , 2006 to Defendant:

2/3/06

Michael L. Buesgens
500 E. Stassney Lane, #1023
Austin, Texas 78745

CHARLES E. BROWN

*BROWN USES CASE NO. 041509 INSTEAD OF C-1-CV-06-000678*



**Austin Apartment Association**
4107 Medical Parkway
Austin, Texas 78756
512/323-0990
800/762-7460    Fax 512/323-2979
www.austinaptassoc.com

February 1, 2006    2/1/2006

Michael L Buesgens
500 E Stassney
Apt 1023
Austin, Texas 78745

Dear Mr. Buesgens:

We are in receipt of your complaint on Falcon Ridge.  As stated in the Dispute
Resolution Procedures item #6 your complaint will not be considered for review by the
committee.

Regards,

Kristan J. Arrona
Executive Vice President

AUSTIN APARTMENT ASSOCIATION
    LETTER TO MICHAEL L BUESGENS
NO REVIEW FOR MY COMPLAINT
    AGAINST
    FALCON RIDGE APARTMENTS
    BECAUSE OF ITEM 6
THERE IS AN ATTORNEY INVOLVED
    AND
    THAT IS CHARLES ENOS BROWN

# ARMBRUST & BROWN, L.L.P.

## ATTORNEYS AND COUNSELORS

100 CONGRESS AVENUE, SUITE 1300
AUSTIN, TEXAS 78701-2744
512-435-2300

FACSIMILE 512-435-2360

GREGORY S. CAGLE

June 7, 2006

6/7/06

**VIA HAND DELIVERY**

Dana DeBeauvior
Travis County Clerk
P.O. Box 1748
Austin, TX  78767

Re:     Cause No. C-1-CV-06-000678; *Falcon Ridge Apartments of Austin, Ltd. d/b/a South Falcon Ridge Apartments v. Michael Buesgens*; In the County Court at Law No. 1, Travis County, Texas.

Dear Ms. DeBeauvior:

Enclosed for filing in the above-referenced matter is the original and one (1) copy of Plaintiff's Notice of Appearance and Designation as Co-Counsel and Plaintiff's First Amended Petition for Eviction.  Please affix your file-mark stamp to the attached copy of the Notice and Amended Petition and return the same to me via the awaiting courier.

Thank you for your assistance, and if you have any questions, please call.

Sincerely,

Gregory S. Cagle

CO COUNSEL
CHARLES E. BROWN
SHELLEY BUSH MARMON

GSC:ats

Enclosure

cc:     Michael L. Buesgens

245617-1 06/07/2006

000058321

CAUSE NO. C-1-CV-06-000678 ✓

| | | |
|---|---|---|
| FALCON APARTMENTS OF AUSTIN, LTD. D/B/A SOUTH FALCON RIDGE APARTMENTS<br>    Plaintiff,<br><br>vs.<br><br>MICHAEL L. BUESGENS,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE COUNTY COURT AT LAW<br><br>*MEGAN GOERES*<br>*SCOTT GALLOWAY* NO. 1<br><br>OF TRAVIS COUNTY, TEXAS |

## PLAINTIFF'S NOTICE OF APPEARANCE AND DESIGNATION AS CO-COUNSEL

6/7/2006

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW Falcon Apartments of Austin, Ltd. doing business as South Falcon Ridge Apartments, Plaintiff in the above-referenced lawsuit, and files this Notice of Appearance and Designation as Co-counsel, and would show the Court as follows:

I.

    Gregory S. Cagle, State Bar No: 24003678, of ARMBRUST & BROWN, L.L.P., 100 Congress Avenue, Suite 1300, Austin, Texas 78701, (512) 435-2300 phone and (512) 435-2360 facsimile, is entering an appearance of co-counsel in this cause and will assist in the representation of Falcon Apartments of Austin, Ltd. doing business as South Falcon Ridge Apartments

    By: _____

GREGORY S. CAGLE
State Bar No. 24003678
ARMBRUST & BROWN, L.L.P.
100 Congress Avenue, Suite 1300
Austin, Texas 78701
(512) 435-2300
(512) 435-2360 (Telecopy)

CHARLES E. BROWN ✔
State Bar No. 03101650
3624 North Hills Drive, Suite B-100
Austin, Texas 78731
(512) 346-6000 phone
(512) 346-6005 fax

ATTORNEYS FOR PLAINTIFF
FALCON APARTMENTS OF AUSTIN, LTD.
D/B/A SOUTH FALCON RIDGE APARTMENTS

## CERTIFICATE OF SERVICE

I do hereby certify that on this 7 day of June , 2006 a true and correct copy of the foregoing document was mailed, by First Class Mail and U.S. Certified Mail, Return Receipt Requested, as follows:

Michael L. Buesgens
500 E. Stassney, Apartment 1023
Austin, TX 78745

Gregory S. Cagle

U.P.S.
GRANDE COMMUNICATIONS

CAUSE NO. C-1-CV-06-000678

| | | |
|---|---|---|
| FALCON APARTMENTS OF AUSTIN,<br>LTD. D/B/A SOUTH FALCON RIDGE<br>APARTMENTS<br>    Plaintiff, | §<br>§<br>§<br>§<br>§ | IN THE COUNTY COURT AT LAW |
| vs. | §<br>§ | |
| MICHAEL L. BUESGENS,<br>    Defendant. | §<br>§<br>§<br>§ | 6/7/2006          NO. 1<br>OF TRAVIS COUNTY, TEXAS |

## PLAINTIFF'S FIRST AMENDED PETITION FOR EVICTION

### I. DISCOVERY

1.    Discovery is intended to be conducted under Level 1 of Rule 190 of Texas Rules of Civil Procedure.

### II. PARTIES

2.    Plaintiff ("Plaintiff") is Falcon Apartments of Austin, Ltd. doing business as South Falcon Ridge Apartments. Plaintiff was erroneously identified in Plaintiff's Original Petition as "Falcon Ridge Apartments," however, it is correctly identified in this Amended Petition.

3.    Defendant ("Defendant") is Michael L. Buesgens.

4.    Defendant has been served citation in this matter and appeared in this matter.

### III. SUBJECT MATTER

5.    This is a lawsuit to evict Defendant, Michael L. Buesgens, a tenant who leases the property described as Apartment No. 1023 located at 500 E. Stassney Lane, Austin, Texas 78745 (the "Premises").

### IV. FACTS                   *FACTS*

6.    Plaintiff is the owner of the multifamily apartment project located at 500 E. Stassney Lane, Austin, Texas 78745 and locally known as Falcon Ridge Apartments (the "Apartment Project").

7.    On or about June 26, 2003, Plaintiff entered into a written lease agreement (the "Lease") with Defendant for the Premises. The Lease was subsequently renewed on the following dates: February 13, 2004; August 26, 2004; March 21, 2005; and December 5, 2005. A copy of the Lease and all renewals were attached to Plaintiff's Original Petition for

245503-1



Forcible Detainer and are incorporated in this Amended Petition by reference as if set forth herein verbatim.

8.  The rent for the Premises is $730.00 per month and is due and payable on the 1st day of each month during the Lease period.

9.  Defendant is still in possession of the Property, but has not paid rent since December 2005.

10. Plaintiff claims that Defendant should be evicted from Premises for multiple violations of Paragraph 20 of the Lease. Specifically, Defendant has: behaved in a loud or obnoxious manner; disturbed or threatened the rights, comfort, health, safety or convenience of others in or near the apartment community; disrupted Management's business operations; and injured Plaintiff's reputation by making bad faith allegations against it to others.

11. Any one of the above-described violations of the Lease constitutes a Default under Paragraph 32 of the Lease.

12. Written notice to vacate and demand for possession was given to Defendant on December 21, 2005 by hand-delivery, Certified Mail, and First-Class Mail. A copy of the Notice to Vacate, attached as Exhibit A to Plaintiff's Original Petition, is incorporated in this petition by reference as if copied herein verbatim.

## V. ATTORNEY'S FEES & COSTS ✓ MONEY

13. Pursuant to Paragraph 32 of the Lease, Plaintiff is entitled to recover reasonable attorney's fees and costs of suit in prosecuting this action.

## VI. CONDITIONS PRECEDENT

14. All conditions precedent have been performed or have occurred.

## VII. PRAYER

Plaintiff prays that:

1.  Defendant be cited to appear and answer herein;
2.  Plaintiff be granted a judgment for possession of the subject Premises;
3.  Plaintiff be granted a Writ of Possession for the subject Premises;
4.  Plaintiff be granted judgment for $5,110 in past due rent from January 2006 thru June 2006, plus all rents accruing through the date of judgment;
5.  Plaintiff be granted judgment as reasonable attorney's fees of a minimum of $10,000.00; ✓
6.  Plaintiff be granted judgment for all costs of court;
7.  Plaintiff be granted judgment for postjudgment interest at the maximum yearly legal rate on the total amount of the judgment from the date of judgment until paid; and

8.    Plaintiff be granted such other and further relief, special or general, legal or equitable, as Plaintiff may be shown to be justly entitled to receive.

Respectfully submitted,

By: _____
GREGORY S. CAGLE
State Bar No. 24003678
ARMBRUST & BROWN, L.L.P.
100 Congress Avenue, Suite 1300
Austin, Texas 78701
(512) 435-2300
(512) 435-2360 (Telecopy)

CHARLES E. BROWN
State Bar No. 03101650
3624 North Hills Drive, Suite B-100
Austin, Texas 78731
(512) 346-6000 phone
(512) 346-6005 fax

ATTORNEYS FOR PLAINTIFF
FALCON APARTMENTS OF AUSTIN, LTD.
D/B/A SOUTH FALCON RIDGE APARTMENTS

## CERTIFICATE OF SERVICE

I do hereby certify that on this _7_ day of _June_, 2006 a true and correct copy of the foregoing document was mailed, by First Class Mail and U.S. Certified Mail, Return Receipt Requested, as follows:

Michael L. Buesgens
500 E. Stassney, Apartment 1023
Austin, TX 78745

_____
Gregory S. Cagle

245503-1

**SUBPOENA**    $10.00 WITNESS FEE TENDERED

CAUSE NO. C-1-CV-06-000678
FALCON RIDGE vs. MICHAEL L BUESGENS

*TRIAL 6/16/06.*
*JOHN A BENIVIDES*
*SUBPOENA*
*NO SHOW*

THE STATE OF TEXAS
COUNTY OF TRAVIS

TO ANY SHERIFF OR CONSTABLE OF THE STATE OF TEXAS, GREETINGS;
YOU ARE HEREBY COMMANDED TO SUMMON:

JOHN A. BENAVIDES
505 BARTON SPRINGS RD, STE 720
AUSTIN, TX 78704 (512) 974-3251/974-2445 FAX

To be and appear before the Honorable COUNTY COURT AT LAW 1 of Travis
County, Texas, at the Courthouse thereof in Austin, Texas, in said
County on the June 16, 2006 at 9:00 A.M. then and there to testify
as a witness in behalf of DEFENDANT in the above numbered and styled
Civil action pending in said Court.
Above named witness is then and there to remain from day to day and
from term to term until discharged by due course of law.

HEREIN FAIL NOT, and make due return hereof, showing how you have
executed the same.
WITNESS my official signature, at Austin, Texas, on June 08, 2006.

Requested By:
BUESGENS, MICHAEL
500 E STASSNEY LANE, #1023
AUSTIN, TX 78745
512) 447-7031

DANA DEBEAUVOIR, County Clerk
Travis County, Texas

BY: *M. Bryant*

M. BRYANT    DEPUTY

[SEAL OF COUNTY CLERK TRAVIS COUNTY, TEXAS]

-------------------- OFFICER'S RETURN --------------------

Came to hand the 9 day of JUNE , 2006 at 12:11 o'clock P M
and executed on the 9 day of JUNE , 2006 at 4:07 o'clock P M
by delivering to the within named witness in Person JOHN A.
BENAVIDES AT 505 BARTON SPRING RD. STE 720, AUSTIN
TX A TRUE COPY OF THIS
subpoena.    BRUCE ELFANT    a true copy of this

CONSTABLE PREC. 5 TRAVIS COUNTY TEXAS

RECEIVED

2006 JUN -9 PM 12: 11    E RUIZ

CONSTABLE PREC. 5
TRAVIS COUNTY, TEXAS

CAUSE NO. C-1-CV-06-000678

| | | |
|---|---|---|
| FALCON APARTMENTS OF AUSTIN, LTD. D/B/A SOUTH FALCON RIDGE APARTMENTS<br>    Plaintiff, | §<br>§<br>§<br>§<br>§ | IN THE COUNTY COURT AT LAW |
| | §<br>§ | C-1-CV-06-000678 |
| vs. | §<br>§ | NO. 1 |
| MICHAEL L. BUESGENS,<br>    Defendant. | §<br>§ | OF TRAVIS COUNTY, TEXAS |

*J. David Phillips*    **FINAL JUDGMENT**    6/20/06

This cause came on for trial on June 16, 2006. Plaintiff appeared in person (by duly authorized representative) and by its attorney of record and announced ready for trial. Defendant appeared in person. No jury was demanded, and all issues of fact were tried by the Court. Having considered the pleadings filed by the parties, the evidence admitted at trial, and the argument of the parties, the Court:

FINDS AND CONCLUDES that Plaintiff Falcon Apartments of Austin, Ltd. has violated Chapter 92, Subchapter E of the Texas Property Code;

FURTHER FINDS AND CONCLUDES that Defendant Michael L. Buesgens should be awarded under Section 92.205 of the Texas Property Code, one month's rent in the amount of $730.00 plus $100.00;

FURTHER FINDS AND CONCLUDES that Defendant Michael L. Buesgens violated the terms of the lease agreement between him and Plaintiff Falcon Apartments of Austin, Ltd. and is in default under such lease agreement;

FURTHER FINDS AND CONCLUDES that Plaintiff Falcon Apartments of Austin, Ltd. properly terminated Defendant's right of possession to the real property locally described as

246507-1

000061655

Apartment No. 1023 located at 500 E. Stassney Lane, Austin, Texas 78745 (the "Property") and gave Defendant proper notice to vacate;

FURTHER FINDS AND CONCLUDES that Plaintiff Falcon Apartments of Austin, Ltd. is entitled to possession of the Property;

FURTHER FINDS AND CONCLUDES that Defendant Michael L. Buesgens has occupied the Property without paying rent from January 1, 2006 thru June 16, 2006 and Plaintiff Falcon Apartments of Austin, Ltd. is entitled to and should be awarded 6 months rent in the amount of $730 per month;    C-1-CV-06-000678

FURTHER FINDS AND CONCLUDES that Plaintiff Falcon Apartments of Austin, Ltd. is entitled to and should be awarded reasonable and necessary attorneys fees in the amount of $24,699.00;

FURTHER FINDS AND CONCLUDES that the lease agreement between Plaintiff Falcon Apartments of Austin, Ltd. and Defendant Michael L. Buesgens provides for accrual of interest on all unpaid amounts due under such lease at a rate of 18%, compounded annually; and

FURTHER FINDS AND CONCLUDES that after setting off the amounts awarded to the respective parties, that Defendant shall take nothing and Falcon Apartments of Austin, Ltd.'s monetary award shall be reduced by $830.00.

IT IS, THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendant Michael L. Buesgens take nothing in this matter.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff Falcon Apartments of Austin, Ltd. have and recover from Defendant Michael L. Buesgens possession of the Property, and Defendant is ordered to surrender possession of said Property to Plaintiff;

2

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff Falcon Apartments of Austin, Ltd. have and recover from Defendant Michael L. Buesgens, and that Defendant pay over to Plaintiff, the sum of $28,249.00 in actual damages and attorneys fees;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff Falcon Apartments of Austin, Ltd. have and recover all taxable court costs incurred by it;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all amounts awarded to Plaintiff shall accrue post-judgment interest at the rate of 18%, compounded annually, from the date of this Judgment until paid by Defendant;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff Falcon Apartments of Austin, Ltd. have and recover the further sum of $5,000.00 in the event that this Court's Judgment is appealed to the Texas Court of Appeals and the Texas Court of Appeals does not reverse or vacate this Court's Judgment in whole or in part;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff Falcon Apartments of Austin, Ltd. have and recover the further sum of $5,000.00 if the Texas Court of Appeals does not reverse or vacate this Court's Judgment in whole or in part, a petition for review is filed to the Supreme Court of Texas, and the petition for review is denied by the Supreme Court of Texas;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff Falcon Apartments of Austin, Ltd. have and recover the further sum of $5,000.00 if the Texas Court of Appeals does not reverse or vacate this Court's Judgment in whole or in part, a petition for review is filed to the Supreme Court of Texas, the petition for review is granted by the Supreme Court of Texas. and the Supreme Court of Texas does not reverse or vacate this Court's Judgment in whole or in part;

C-1-CV-06-000678

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff is entitled to

uch writs and abstracts as are necessary to effect execution of this Judgment.

All other relief prayed for by any party but not herein expressly given is DENIED.

SIGNED this **20** day of June, 2006.

_____
Honorable Judge David Phillips

*TRAVIS COUNTY COURT AT LAW*
*NO. 1*
*AUSTIN, TEXAS*
*C-1-CV-06-000678*
*TRIAL 6/10/06*
*DAVID FERRIS - COURT MANAGER*
*CHARLES BROWN*
*GREGORY CAGLE*
*SHELLEY BUSH MARMON*

C-I-CV-06-000678

**AGREED TO IN FORM
AND SUBSTANCE:**

_____
**GREGORY S. CAGLE**
State Bar No. 24003678
**ARMBRUST & BROWN, L.L.P.**
100 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone: (512) 435-2300
Telecopier: (512) 435-2360

**ATTORNEYS FOR PLAINTIFF**

# ARMBRUST & BROWN, L.L.P.

### ATTORNEYS AND COUNSELORS

100 CONGRESS AVENUE, SUITE 1300
AUSTIN, TEXAS 78701-2744
512-435-2300

FACSIMILE 512-435-2360

GREGORY S. CAGLE
(512) 435-2321
gcagle@abaustin.com

June 27, 2006    ✓    6/27/06

**VIA HAND DELIVERY**

Dana DeBeauvior
Travis County Clerk
P.O. Box 1748
Austin, TX  78767

000063332

Re:    Cause No. C-1-CV-06-000678; *Falcon Ridge Apartments of Austin, Ltd. d/b/a South Falcon Ridge Apartments v. Michael Buesgens*; In the County Court at Law No. 1, Travis County, Texas.

Dear Ms. DeBeauvior:

On behalf of Falcon Ridge Apartments of Austin, Ltd., please issue a Writ of Possession in regard to the above-referenced cause.  Enclosed is a check from our firm in the amount of $135.00 to cover the cost for issuance and service of the writ.

Once the writ has been issued, please forward to the constables office for service.  We are requesting the Writ be sent to Constable Precinct 5 for service.

I am also enclosing a copy of the judgment from the above-entitled cause for your review.  More than 5 days have passed since the judgment for possession was entered by the court.

Thank you for your assistance.  If you have any questions, please feel free to contact me.

Sincerely,

Gregory S. Cagle

SHELLEY BUSH MACAON

GSC:ats

Enclosure

247307-1 06/27/2006

ATTY: BROWN, CHARLES E.
    3624 NORTH HILLS DR, STE B-100
    AUSTIN, TX  78701  (435-2300)

**C-1-CV-06-000678**

**WRIT OF POSSESSION**

THE STATE OF TEXAS
COUNTY OF TRAVIS
CAUSE NO. C-1-CV-06-000678

*EXECUTED ON JULY 6, 2006*

**FALCON RIDGE APARTMENTS**, Plaintiff vs. **MICHAEL BUESGENS**, Defendant
To any Sheriff or any Constable within the State of Texas:
On JUNE 20, 2006, in **COUNTY COURT AT LAW 1** of Travis County, Texas, in the above-styled and numbered cause, judgment was granted against said Defendant(s)(Tenant) entitling the said Plaintiff(s) to possession of the following-described premises to wit:

    **500 E. STASSNEY LANE, APT. 1023, AUSTIN, TX 78745**

**THEREFORE YOU ARE COMMANDED TO:**
1. enter such premises and deliver possession thereof to the landlord;
2. instruct the Tenant (Defendant) and all persons claiming under the tenant to leave the premises immediately, and, if the persons fail to comply, physically remove them.
3. instruct the Tenants to remove or to allow the landlord, the landlord's representatives or other persons acting under the officer's supervision, to remove all personal property from the premises other than personal property claimed to be owned by the landlord; and
4. place, or have an authorized person place, the removed personal property outside the premises at a nearby location, but not blocking a public or private sidewalk, passageway, street, or parking area, and not while it is raining, sleeting, or snowing;
5. post a written warning on the exterior of the front door of the premises notifying the Tenant that this writ has been issued and that it will be executed on or after a specific date and time stated in the warning not sooner than 24 hours after the warning is posted. You are authorized at your discretion to engage the services of a bonded warehouseman to remove and store part or all of the property at no cost to the Landlord or the officer executing the writ. You are notified that you are not liable for damages resulting from the execution of this writ, if executed in good faith with reasonable diligence. You may use reasonable force, if necessary, in executing this writ.

Issued and given under my hand and seal of said court at Austin, Texas by Dana DeBeauvoir, County Clerk, Travis County, Texas on **June 27, 2006**.

By _David Ferris_

*D Ferris*

**DAVID FERRIS**

Page 1 of 2

000067176

TRAVIS COUNTY OFFICER'S RETURN
Cause # C1CV06000678

- - - - - - - - - - ✓ Came to hand JUNE 27, 2006 at 4:24 P.M. - - - - 6/27/06

This Writ of Possession was executed by posting notice for the defendant, MICHAEL
BUESGENS, to vacate the premises. The notice was attached to the front door at 500 E.
STASSNEY LANE, APT. 1023, Austin, Travis County, Texas 78745, on JUNE 28,
2006 at 5:05 P.M. Execution of the writ was scheduled with the plaintiff for JUNE 30,
2006 at 10:00 A.M., but plaintiff's attorney Gregory Cagle advised to postpone executing
the writ, to allow the defendant Michael Buesgens time to post a supercedeas bond. On
JULY 3, 2006, I was advised by plaintiff's attorney, that the writ may now be executed. I
re-posted notice to vacate on defendants door at 500 E. STASSNEY LANE APT. 1023
Austin, Travis County, Texas 78745 on JULY 3, 2006 at 3:30 P.M. Travis County
Attorney Felix Tarrango advised that the writ of possession may proceed, and on JULY
6, 2006 between the hours of 9:45 A.M. and 11:20 A.M., the Writ of Possession was
executed by entering the premises named in the writ, and having landlord's agents
remove all of defendants possessions and move them to a location outside the apartment
complex fence. Although he was aware of the posted date and time, defendant Michael
Buesgens was not present at the time of the move-out. During the execution of the writ, I
took possession of two handguns, one rifle, one shotgun and two knives for safekeeping.
They were placed in an evidence locker. Additionally, I took possession of defendant's
prescription medication, personal ID's and credit cards, which were loose inside the
premises. These items were given to Deputy J. Torres, who was working security for the
apartment complex staff at the location. Defendant came to my office several hours after
the writ was executed, and was advised in person to contact Deputy Torres at the location
outside the fence, where his belongings were placed, in order to retrieve his medicines
and ID's. He was advised to come back to my office on Monday, July 10, 2006 and his
weapons would be released to him. Possession of the property was turned over to
MANDY ROGERS, agent for the plaintiff on JULY 6, 2006 at 11:20 A.M. The
Property is released to the plaintiff and This Writ of possession is returned to court, on
this, Monday, July 10, 2006.

_Joe Rosser_

✓ JOE ROSSER
DEPUTY CONSTABLE
TRAVIS COUNTY, PRECINCT 5

*JOE ROSSER*
*7/6/06*

*C-1-CV-06-000678*

*THE PROPERTY*
*INCLUDES*
*BUESGENS*
*MEDICAL RECORDS*
*FEDERAL COURT EVIDENCE*

**1: 06 CV 00260 LY**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

2006 APR 27 PM 1: 48

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
DEPUTY

| | |
|---|---|
| MICHAEL L. BUESGENS | § |
| | § |
| V. | § |
| | § |
| FALCON RIDGE APARTMENTS, | § |
| FALCON APARTMENTS OF AUSTIN, | § |
| LTD., FALCON APARTMENTS OF | § |
| AUSTIN I, INC. GREYSTAR PROPERTY | § |
| MANAGEMENT, DEBI WEHMEIER | § |
| MANDY ROGERS AND AMANDA | § |
| WILSON | § |

CA NO. 06-CV-260

4/27/06

C-1-CV-06-000678

## MOTION FOR REMAND

Defendants, by the undersigned attorney, move to remand that portion of the above-styled and numbered cause which was removed by Michael Buesgens from the County Civil Court No. 1 for Travis County, Texas and would show as follows:

### FACTS and ARGUMENT

1.      On or about March 29, 2006, Defendant Falcon Ridge Apartments Ltd. filed its notice of removal of Case No. D-1-GN-06-000262 pending before the 200th Judicial District Court of Travis County, Texas (the "State District Court Case"). The basis for removal of the State District Court Case is that Plaintiff, Michael Buesgens, alleges that Defendants, Falcon Ridge Apartments, Ltd. and others, violated the Fair Housing Act and the Americans with Disabilities Act by failing to accommodate his disability (bipolar) in connection with his lease of an apartment in Austin, Travis County, Texas.

2.      Plaintiff and Defendant Falcon Ridge Apartments, Ltd. are also parties to an eviction proceeding, first tried in the court of original jurisdiction, the Justice of the Peace Precinct Number Five in Austin, Travis County, Texas. The case is styled *Falcon Ridge Apartments and Greystar*

*1:06CV00260LY*

*Property Management v. Michael L. Buesgens.* Case No. 041509 ("JP Case"). After a trial of the JP

Case in that court on January 26, 2006, judgment was entered awarding possession of the apartment

to the landlord, Falcon Ridge Apartments, Ltd. and awarded attorneys fees in the amount of $5,000

to be paid by the tenant, Michael Buesgens ("JP Judgment"). The Justice Court had original and

exclusive jurisdiction to enter the JP Judgment. TEX. PROP. CODE § 24.004.

3.     Michael Buesgens appealed the JP Judgment to the court with jurisdiction to consider

the appeal of an eviction suit, the County Civil Court at Law for Travis Count. Cause No. C-1-CV-

06-000678; *Falcon Ridge Apartments vs. Michael L. Buesgens* (the "CCL Appeal"). Michael

Buesgens posted a bond in connection with the CCL Appeal. On or about April 14, 2006, Michael

Buesgens filed a Notice of Removal of the CCL Appeal to this Court.

4.     Defendants join in seeking remand of the CCL Appeal to the County Civil Court for

Travis County. The removal of the CCL Appeal is improper and untimely. No issue of federal law

is involved in the appeal. The sole issue involved in the CCL Appeal is the right of possession of the

apartment and the award of attorney's fees in the Justice Court culminating in the JP Judgment. TEX.

R. CIV. PRO. 746. No other issues are permitted or to be considered by the County Court at Law in

considering the CCL Appeal. The court with sole jurisdiction over the appeal of the JP Case is the

County Court for the county in which the judgment was rendered by the justice court, or Travis

County Civil Court. TEX. R. CIV. PRO. 749.

5.     No issues of federal law are involved in the removed CCL Appeal.

6.     Only issues of local State law are involved in the removed CCL Appeal and it should

be remanded.

THEREFORE, the movants request that that portion of the case before this Court that relates

to the County Civil Court at Law proceeding removed by Michael Buesgens on April 14, 2006 as it

2

241893-1

*1: 06CV00260LY*

*C-1-CV-06-000678*

relates to a determination of the right of possession of an apartment, and consideration of attorneys

fees awarded in the JP Case be remanded to the County Civil Court at Law for Travis County, Case

No.C-1-CV-06-000678, and that the movant recover all costs and disbursements, including attorney

fees, incurred by reason of the removal proceeding, and prays for such other and further relief as is

just and proper.                    *ATTORNEY FEES*

Respectfully submitted,

By: _____
GREGORY S. CAGLE
State Bar No. 24003678
ARMBRUST & BROWN, L.L.P.
100 Congress Avenue, Suite 1300
Austin, Texas 78701
(512) 435-2300
(512) 435-2360 (Telecopy)

SHELLEY BUSH MARMON
State Bar No. 03497050
CRADY, JEWETT & McCULLEY, LLP
2727 Allen Parkway, Suite 1700
Houston, Texas 77019-2125
Telephone: 713.739.7007
Facsimile: 713.739.8403

ATTORNEYS FOR DEFENDANT
FALCON APARTMENTS OF AUSTIN, LTD.

*1:06 CV00260 LY*

*C-1-CV-06-000678*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 27 day of _April_ , 2006 a true and correct copy of the foregoing document was mailed, by First Class Mail and Certified Mail, Return Receipt Requested , as follows:

Michael L. Buesgens
500 E. Stassney, Apartment 1023
Austin, TX  78745

Gregory S. Cagle

*CHARLES BROWN*
*SHELLEY BUSH MARMON*

5/5/06

FILED

2006 MAY -5 PM 4:54

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FALCON RIDGE APARTMENTS, LTD.    §
                                 §
V.                               §    CA NO. 06-CV-260-LY
                                 §
MICHAEL L. BUESGENS              §

C-1-CV-06-000678

## AMENDED MOTION FOR REMAND

Plaintiff Falcon Ridge Apartments, Ltd., by the undersigned attorney, moves to remand that portion of the above-styled and numbered cause which was removed by Michael Buesgens from the County Civil Court at Law No. 1 for Travis County, Texas and would show as follows:

### FACTS AND ARGUMENT

1.    This matter arises out of an eviction proceeding filed by Plaintiff Falcon Ridge Apartments against Defendant Michael L. Buesgens, styled Case No. 041509, *Falcon Ridge Apartments and Greystar Property Management v. Michael L. Buesgens*, and filed in the Justice of the Peace Precinct Number Five in Austin, Travis County, Texas ("JP Eviction Case"). Pursuant to Texas Property Code Section 24.004, the Justice Court had original and exclusive jurisdiction over the JP Eviction Case.

2.    After a trial of the JP Eviction Case in that court on January 26, 2006, judgment was entered awarding possession of the apartment to Falcon Ridge Apartments, Ltd. and awarding Falcon Ridge Apartments, Ltd. attorneys fees in the amount of $5,000 to be paid by Michael Buesgens ("JP Eviction Judgment"). **JUDGMENT 1/26/06**

3.    Following entry of the JP Eviction Judgment, on February 2, 2006, Michael Buesgens appealed the JP Eviction Judgment to the court with jurisdiction to consider the appeal of an eviction

1

suit, County Civil Court at Law for Travis County, Texas, which was styled as Cause No. C-1-CV-06-000678; *Falcon Ridge Apartments vs. Michael L. Buesgens*, filed in the County Court at Law No. 1 of Travis County, Texas (the "CCL Eviction Appeal").

4.    On or about April 14, 2006, Michael Buesgens filed a Notice of Removal of the CCL Eviction Appeal to this Court on the basis that it is a "companion case" to a different lawsuit filed by Michael Buesgens styled Cause No. D-1-GN-06-000262, *Michael L. Buesgens v. Falcon Ridge Apartments, Falcon Apartments of Austin, Ltd. Falcon Apartments of Austin I, Inc., Greystar Property Management, Debi Wehmeier, Mandy Rogers, and Amanda Wilson*, filed in the 200th Judicial District Court of Travis County, Texas (the "State District Court Case") and subsequently removed to federal court.

5.    In the State District Court Case, Michael L. Buesgens alleges that the named defendants violated the Fair Housing Act and the Americans with Disabilities Act by failing to accommodate his disability (bipolar) in connection with his lease of an apartment in Austin, Travis County, Texas, which is also the same apartment made the basis of the JP Eviction Case. The State District Court Case was removed to the United Dates District Court for the Western District of Texas – Austin Division on March 29, 2006 and assigned Cause No. A:06-CA-226-LY. Removal of the State District Court Case is based on the federal questions presented by Mr. Buesgens claims of violation of the Fair Housing Act and the Americans with Disabilities Act.

6.    Defendants join in seeking remand of the CCL Eviction Appeal back to the County Civil Court for Travis County. The removal of the CCL Eviction Appeal is improper and untimely. No issue of federal law is involved in the appeal. The sole issue involved in the CCL Eviction Appeal is the right of possession of the apartment and the award of attorney's fees in the Justice Court

2

culminating in the JP Eviction Judgment. TEX. R. CIV. PRO. 746.  No other issues are permitted or to be considered by the County Court at Law in considering the CCL Eviction Appeal.  The court with sole jurisdiction over the appeal of the JP Eviction Case is the County Court for the county in which the judgment was rendered by the justice court, or Travis County Civil Court. TEX. R. CIV. PRO. 749.

7.    No issues of federal law are involved in the removed CCL Eviction Appeal.

8.    Only issues of local State law are involved in the removed CCL Eviction Appeal and it should be remanded.    *PORTION OF THE CASE*

    THEREFORE, Plaintiff Falcon Ridge Apartments, Ltd. requests that that portion of the case before this Court that relates to the County Civil Court at Law proceeding removed by Michael Buesgens on April 14, 2006 as it relates to a determination of the right of possession of an apartment, and consideration of attorneys fees awarded in the JP Eviction Case be remanded to the County Civil Court at Law for Travis County, Case No.C-1-CV-06-000678, and that Plaintiff recover all costs and disbursements, including attorney fees, incurred by reason of the removal proceeding, and prays for such other and further relief as is just and proper.

Respectfully submitted,

By: _____
GREGORY S. CAGLE
State Bar No. 24003678
ARMBRUST & BROWN, L.L.P.
100 Congress Avenue, Suite 1300
Austin, Texas  78701
(512) 435-2300
(512) 435-2360 (Telecopy)

SHELLEY BUSH MARMON

3

241893-2

State Bar No. 03497050
CRADY, JEWETT & McCULLEY, LLP
2727 Allen Parkway, Suite 1700
Houston, Texas 77019-2125
Telephone:  713.739.7007
Facsimile: 713.739.8403

ATTORNEYS FOR PLAINTIFF
FALCON APARTMENTS OF AUSTIN, LTD.

## CERTIFICATE OF SERVICE

I do hereby certify that on this _5_ day of _May_, 2006 a true and correct copy of the foregoing document was mailed, by First Class Mail and U.S. Certified Mail, Return Receipt Requested, as follows:

Michael L. Buesgens
500 E. Stassney, Apartment 1023
Austin, TX  78745

William S. Warren
1011 Westlake Dr.
Austin, TX  78746

_____
Gregory S. Cagle

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FALCON RIDGE APARTMENTS, LTD. | § | |
| | § | |
| V. | § | CA NO. 06-CV-260-LY |
| | § | |
| MICHAEL L. BUESGENS | § | |

## ORDER ON PLAINTIFF'S MOTION FOR REMAND

After considering Plaintiff Flacon Ridge Apartments, Ltd.'s Motion for Remand, the response, and the notice of removal, the Court:

FINDS that Defendant Michael L. Buesgens failed to file his Notice of Removal within 30 days from receiving both the summons and a copy of the complaint from the underlying state-court action;

FINDS further that it does not have jurisdiction over this matter pursuant to 28 U.S.C. § 1441(a) or 28 U.S.C. § 1332(a);

REMANDS this matter to the County Court at Law No. 1 for Travis County, Texas; and

ORDERS that Defendant Michael L. Buesgens pay Plaintiff's court costs, expenses and attorneys fees in the amount of $_____.

SIGNED AND ENTERED this _____ day of _____, 2005.


_____
UNITED STATES DISTRICT JUDGE

# CHARLES E. BROWN, P.C.
### ATTORNEY AT LAW
#### BOARD CERTIFIED
COMMERCIAL & RESIDENTIAL REAL ESTATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

3624 NORTH HILLS DR., SUITE B-100
AUSTIN, TEXAS 78731

512-346-600(
FAX: 512-346-600:
CBROWN@CHARLESBROWNLAW.COM

July 5, 2006

*7/5/06*

Mr. Michael L. Buesgens
500 E. Stassney Lane, Apt. 1023
Austin, Texas 78745

*Via Certified Mail, RRR #7005 1820 0006 6013 6450*

RE:   Cause No. C-1-CV-06-000678; *Falcon Ridge Apartments v. Michael L. Buesgens*

Dear Mr. Buesgens:       *C-1-CV-06-000678*

I have enclosed a copy of the Order on Motion for Withdrawal of Counsel which was signed by Judge Phillips on June 27, 2006. In accordance with the Order, please direct all future communications concerning this case to Gregory S. Cagle.

Thank you for your attention to this matter.

Sincerely,

Charles E. Brown       *NOW CHARLES BROWN USES THE CORRECT COURT FILING NUMBER*

Cc:   Falcon Ridge Apartments
      Gregory S. Cagle

7-Falcon Ridge, Buesgens, letter to Buesgens encl WD Order

Page 1 of 1

# ARMBRUST & BROWN, L.L.P.

### ATTORNEYS AND COUNSELORS

100 CONGRESS AVENUE, SUITE 1300
AUSTIN, TEXAS 78701-2744
512-435-2300

FACSIMILE 512-435-2360

GREGORY S. CAGLE
(512) 435-2321
gcagle@abaustin.com

August 25, 2006

**VIA HAND DELIVERY**

8k5l06

Dana DeBeauvior
Travis County Clerk
P.O. Box 1748
Austin, TX 78767

C-1-CV-06-000678

Re:    Cause No. C-1-DV-06-000678; *Falcon Ridge Apartments of Austin, Ltd. d/b/a South Falcon Ridge Apartments v. Michael Buesgens*; In the County Court at Law No. 1, Travis County, Texas.

Dear Ms. DeBeauvior:

Enclosed for filing in the above-referenced matter is the original and one (1) copy of a *Motion to Turnover Appeal Bond to Falcon Apartments of Austin, Ltd.* and a *Notice of Hearing*. Please return a file-marked copy of the Motion and return to me via the awaiting courier.

By copy of this letter, all parties have been notified of this filing.

Thank you for your assistance in this matter.

Sincerely,

Gregory S. Cagle

SHELLEY BUSH MACHOU

GSC:atg

Enclosure

cc:    Michael Buesgens

CAUSE NO. C-1-CV-06-000678

| | | |
|---|---|---|
| FALCON APARTMENTS OF AUSTIN, LTD. D/B/A SOUTH FALCON RIDGE APARTMENTS<br>    Plaintiff, | §<br>§<br>§<br>§<br>§ | IN THE COUNTY COURT AT LAW |
| vs. | §<br>§ | NO. 1 |
| MICHAEL L. BUESGENS,<br>    Defendant. | §<br>§<br>§ | OF TRAVIS COUNTY, TEXAS |

## MOTION TO TURNOVER APPEAL BOND TO FALCON APARTMENTS OF AUSTIN, LTD.

COMES NOW, Falcon Apartments of Austin, Ltd. d/b/a South Falcon Ridge Apartments (hereinafter "Plaintiff" or "Falcon Ridge") and requests the Court to order the Travis County Court Clerk to disburse the funds posted by Defendant Michael L. Buesgens as an Appeal Bond and in support of such motion shows:

1.    This matter arises out of an evict proceeding originally filed by Plaintiff Falcon Ridge against Defendant Michael Buesgens in the Justice of Peace Precinct Number Five, Travis County, Texas (the "Justice Court Proceeding").

2.    After the Justice Court Proceeding was tried to a jury on January 26, 2006, judgment was rendered awarding possession of the subject leased premises to Falcon Ridge and awarding Falcon Ridge attorneys fees in the amount of $5,000 to be paid by Michael Buesgens (the "Justice Court Judgment").

3.    Following entry of the Justice Court Judgment, on February 2, 2006, Defendant appealed the Justice Court Judgment to the County Court for Travis County, Texas for a trial de novo (the "County Court Proceeding") by posting an Appeal Bond in the amount of $10,000 cash with

Justice of Peace (the "Bond") in compliance with Texas Rule of Civil Procedure 749, which has subsequently been transferred to the Travis County Court Clerk.

4.    The County Court Proceeding was tried to the Honorable Judge David Phillips on June 16, 2006, who rendered judgment that Falcon Ridge recover possession of the subject leased premises and recover from Defendant the sum of $28,249.00 (the "County Court Judgment")

5.    More than thirty days have passed since the date of the County Court Judgment and to date, Defendant has not appealed the County Court Judgment to the Court of Appeals and has not posted a supersedeas bond.

6.    Moreover, to date, Defendant has failed to remit any payment to Falcon Ridge in whole or partial satisfaction of the County Court Judgment.

WHEREFORE PREMISES CONSIDERED Plaintiff Falcon Ridge requests that the Court order the Travis County Court Clerk to disburse the $10,000, plus any accrued interest, being held as an Appeal Bond to Plaintiff Falcon Ridge and such other relief that it may show itself entitled.

Respectfully submitted,

By:_____
GREGORY S. CAGLE
State Bar No. 24003678
ARMBRUST & BROWN, L.L.P.
100 Congress Avenue, Suite 1300
Austin, Texas 78701
(512) 435-2300
(512) 435-2360 (Telecopy)

CHARLES E. BROWN  *FIRED*
State Bar No. 03101650
3624 North Hills Drive, Suite B-100
Austin, Texas 78731
(512) 346-6000 phone
(512) 346-6005 fax

ATTORNEYS FOR PLAINTIFF
FALCON APARTMENTS OF AUSTIN, LTD.
D/B/A SOUTH FALCON RIDGE APARTMENTS

## NOTICE OF HEARING

Plaintiff's Motion To Turnover Appeal Bond To Falcon Apartments Of Austin, Ltd. shall be heard on September 7, 2006 at 9:00 a.m. *AT FIFTH CIRCUIT*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 25th day of August, 2006 a true and correct copy of the foregoing document was mailed, by First Class Mail and U.S. Certified Mail, Return Receipt Requested, as follows:

Michael L. Buesgens
Pro Se
3112 Windsor Road, #A322
Austin, Texas 78703

_____
Gregory S. Cagle

# ARMBRUST & BROWN, L.L.P.

## ATTORNEYS AND COUNSELORS

100 CONGRESS AVENUE, SUITE 1300
AUSTIN, TEXAS 78701-2744
512-435-2300

FACSIMILE 512-435-2360

GREGORY S. CAGLE

September 8, 2006

9/8/06

VIA FIRST CLASS MAIL AND
CERTIFIED MAIL, RRR

Michael L. Buesgens
Pro Se
3112 Windsor Road, #A322
Austin, Texas 78703

Re:     Cause No. C-1-DV-06-000678; *Falcon Ridge Apartments of Austin, Ltd. d/b/a South Falcon Ridge Apartments v. Michael Buesgens*; In the County Court at Law No. 1, Travis County, Texas.

Dear Mr. Buesgens:

Enclosed please find a copy of the Order for Turnover of Appeal Bond filed with the court in the above-referenced matter.

Sincerely,

Gregory S. Cagle

GSC:atg

Enclosure

CAUSE NO. C-1-CV-06-000678

| | | |
|---|---|---|
| FALCON APARTMENTS OF AUSTIN, LTD. D/B/A SOUTH FALCON RIDGE APARTMENTS <br>    Plaintiff, | § <br> § <br> § <br> § | IN THE COUNTY COURT AT LAW |
| vs. | § <br> § <br> § | NO. 1 |
| MICHAEL L. BUESGENS, <br>    Defendant. | § <br> § <br> § | OF TRAVIS COUNTY, TEXAS |

## ORDER FOR TURNOVER OF APPEAL BOND

On September 7, 2006, came on to be considered Falcon Apartments of Austin, Ltd. d/b/a South Falcon Ridge Apartments' Motion To Turnover Appeal Bond To Falcon Apartments Of Austin, Ltd. The Court, having considered this motion, has determined that the motion should be GRANTED. It is therefore,

ORDERED, ADJUDGED and DECREED that the Motion To Turnover Appeal Bond To Falcon Apartments Of Austin, Ltd. is hereby GRANTED. The appeal bond filed with the Court on January 30, 2006 by Michael Buesgens in the amount of $10,000.00, is hereby released and the County Clerk is hereby directed to disburse the $10,000.00 and all accrued interest, if any, to Falcon Apartments Of Austin, Ltd. through its counsel of record at the following address:

   Gregory S. Cagle
   Armbrust & Brown, L.L.P.
   100 Congress Avenue, Ste. 1300
   Austin, Texas 78701

SIGNED THIS _____7_____ day of September, 2006.

_____
PRESIDING JUDGE

**APPROVED AND ENTRY REQUESTED:**

GREGORY S. CAGLE
State Bar No. 24003678
ARMBRUST & BROWN, L.L.P.
100 Congress Avenue, Suite 1300
Austin, Texas 78701
(512) 435-2300
(512) 435-2360 (Telecopy)

SHELLEY BUSH MARMON
State Bar No. 03497050
CRADY, JEWETT & McCULLEY, LLP
2727 Allen Parkway, Suite 1700
Houston, Texas 77019 2125
Telephone: 713.739.7007
Facsimile: 713.739.8403

ATTORNEYS FOR PLAINTIFF
FALCON APARTMENTS OF AUSTIN, LTD.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MICHAEL L. BUESGENS               §
    Plaintiff                  §
                                §
V.                                §     CAUSE NO. A-06-CA-226-LY
                                §
FALCON RIDGE APARTMENTS,          §
FALCON APARTMENTS OF AUSTIN,      §
LTD., FALCON APARTMENTS OF        §
AUSTIN I, INC., GREYSTAR PROPERTY §
MANAGEMENT, DEBI WEHMEIER,        §
MANDY ROGERS AND                  §
AMANDA WILSON                     §
    Defendants                 §



1:06CV00226
LY-RP

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR JUDICIAL NOTICE AND RESPONSE TO DEFENDANTS ATTORNEY'S LEGAL MALPRACTICE AND MISCONDUCT [DOCKET #112]

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants Falcon Ridge Apartments, Falcon Apartments of Austin, Ltd. Falcon Apartments of Austin I, Inc., Greystar Property Management, Debi Wehmeier, Mandy Rogers, and Amanda Wilson, and file this Response to Plaintiff's Motion for Judicial Notice and Response to Defendants Attorney's Legal Malpractice and Misconduct and would respectfully show as follows:

1. On or about August 11, 2006, Plaintiff filed a pleading entitled "Plaintiff's Motion for Judicial Notice and Response to Defendants Attorney's Legal Malpractice and Misconduct" [Docket #112].

2. Defendants submit that there is nothing within Plaintiff's pleadings to provide a legitimate basis or factual information upon which this Court could to take judicial

*Response to Plaintiff's Motion for Judicial Notice and Response to Defendants Attorney's Legal Malpractice and Misconduct [Docket #112]*

252811-1 08/22/2006                                    **Page 1 of 4**

notice. The Motion appears to be yet another rambling set of unsupported statements, some of which may bear a resemblance to the truth but are irrelevant to the relief apparently being sought in the Motion. Defendants can state that the Defendants who have appeared and answered the Plaintiff's active pleading stating claims are: Falcon Apartments of Austin, Ltd., Falcon Apartments of Austin I, Inc., GREP General Partner LLC, Greystar Management Services, L.P., Debi Wehmeier, Mandy Rogers and Amanda Torres-Wilson. These parties are joined and no service of process is necessary regarding these parties. Falcon Apartments of Austin, Ltd. owns the apartment community where Plaintiff used to live. Falcon Apartments of Austin I, Inc. is the general partner of Falcon Apartments of Austin, Ltd. Falcon Apartments of Austin, Ltd. contracted with Greystar Management Services, L.P. to provide property management services for the apartment community where Plaintiff used to live. GREP General Partner, LLC is the general partner of Greystar Management Services, L.P. Debi Wehmeier was employed by Greystar at the time relevant to Plaintiff's claims. Mandy Rogers and Amanda Torres-Wilson are employees of Greystar Management Services, L.P.

3. Defendants and their counsel vehemently deny any claim of malpractice by counsel for these Defendants. These attorneys owe no duty to this Plaintiff. Defendants and their counsel vehemently deny Plaintiff's allegations that Defendants' attorneys are "bullies and abusers and arrogantly beat up tenants and omit and ignore statutes and rules of procedure as pattern and practice."

4. Plaintiff seeks judicial notice of matters outside the record and which are not readily ascertainable from government documents. Any claims Plaintiff may make in

*Response to Plaintiff's Motion for Judicial Notice and Response to Defendants Attorney's Legal Malpractice and Misconduct [Docket #112]*

252811-1 08/22/2006                                                      Page 2 of 4

other proceedings are not relevant to the instant case and have no bearing on Plaintiff's claims against these Defendants.

WHEREFORE PREMISES CONSIDERED, Defendants request that the Court deny Plaintiff's Motion for Judicial Notice and Response to Defendants Attorney's Legal Malpractice and Misconduct and for such other and further relief to which they may show themselves to be justly entitled.

Respectfully submitted,

Gregory S. Cagle
State Bar Number 24003678
ARMBRUST & BROWN
100 Congress Avenue, Suite 1300
Austin, Texas 78701
Phone: (512) 435-2300
Facsimile: (512) 435-2360

Shelley Bush Marmon
State Bar Number 034907050
CRADY, JEWETT & McCULLEY, LLP
2727 Allen Parkway, Suite 1700
Houston, Texas 77019
Phone: (713) 739-7007
Facsimile: (713) 739-8403

**ATTORNEYS FOR DEFENDANTS FALCON APARTMENTS OF AUSTIN, LTD.**

*ATTORNEYS HAVE ENTITLEMENTS MONEY*

*CHARLES E BROWN*

*Response to Plaintiff's Motion for Judicial Notice and Response to Defendants Attorney's Legal Malpractice and Misconduct [Docket #112]*

252811-1 08/22/2006

Page 3 of 4

## CERTIFICATE OF SERVICE

I do hereby certify that on this 22nd day of August, 2006 a true and correct copy of the foregoing document was mailed via Regular U.S. Mail and/or U.S. Certified Mail, Return Receipt Requested, as follows:

Michael L. Buesgens
Pro Se
3112 Windsor Road, #A322
Austin, Texas 78703

William S. Warren
Warren Law Firm
1011 Westlake Drive
Austin, Texas 78746

*1:06CV00226LY-RP*

_____
Gregory S. Cagle

*8/22/2006*

---

*Response to Plaintiff's Motion for Judicial Notice and Response to Defendants Attorney's Legal Malpractice and Misconduct [Docket #112]*

TRAVIS COUNTY, STATE OF TEXAS
P. O. BOX 149325
AUSTIN, TEXAS 78714-9325

TIME: 09:34:48 AM
DATE: Dec 18, 2006
PAGE: 1

C-1-CV-06-000678

**FALCON RIDGE VS M BUESGENS**

PARTY:
COURT/JUDGE: CC1   COUNTY COURT AT LAW 1
FILING DATE: 02-02-2006
DATE CASE ENTERED: 02-02-2006
EVENT CATEGORY:
PERIOD:                TO

STATUS:   PE    CV PENDING
CASE TYPE:   CJP    CV J P APPEAL

DOCKET

| DATE | PARTY | EVENT | RECEIPT # | AMOUNT |
|------|-------|-------|-----------|--------|
| 02-02-2006 | PL 1 | ASM:CV CIVIL FILING FEE | | $202.00 |
| | | Create New Case and Assess/Waive - Assessment Event | | |
| 02-02-2006 | DF 1 | ORD:CV APPEAL BD RENT ORDERED | | $10000.00 |
| 02-02-2006 | | PLD:CV NOTICE OF APPEAL 3RD CT | | |
| | | MICHAEL BUESGENS - CERT MAIL & REG MAIL | | |
| | | FALCON RIDGE APT % CHARLES E BROWN - REG MAIL | | |
| 02-02-2006 | | OPN:CV JP APPEAL FILED | | |
| 02-02-2006 | DF 1 | PMT:CV APPEAL BD RENT PAYMENT | C  4873 | $-10000.00 |
| | | Received Of: BUESGENS MICHAE | | |
| | | Memo: | | |
| 02-07-2006 | | PLD:CV MISC DOCUMENT | | |
| | | UPDATED DOCKET DETAIL FROM CIVIL RECORD IN JP3 | | |
| | | (RELATED TO CASE ON APPEAL) | | |
| | | JP3 CAUSE NO 041509 | | |
| 02-08-2006 | | PLD:CV MISC DOCUMENT | | |
| | | BILL OF COSTS AND DOCKET DETAIL FROM JP3 | | |
| 02-08-2006 | | PLD:CV FILE COPY OF LETTER | | |
| | | FROM APPELLANT TO JP3 | | |
| 02-08-2006 | | PLD:CV LETTER TO CLERK | | |
| 02-08-2006 | PL 1 | PLD:CV AMENDED PETITION | | |
| | | PL & COOUNTER-DF'S 1ST AMENDED PET FOR EVICTION | | |
| 02-09-2006 | | PLD:CV LETTER TO CLERK | | |
| 02-09-2006 | | PLD CV MISC DOCUMENT | | |

*C-1-CV-06-000678*

*TRAVIS COUNTY
AUSTIN, TX*

*APPEAL
OF
041509*

*15 PAGES*

DEC 1 8 2006
V. Duarte
**V. DUARTE**

TRAVIS COUNTY, STATE OF TEXAS
P. O. BOX 149325
AUSTIN, TEXAS 78714-9325

TIME: 09:34:48 AM
DATE: Dec 18, 2006
PAGE: 2

C-1-CV-06-000678
PARTY:

FALCON RIDGE VS M BUESGENS

COURT/JUDGE: CC1   COUNTY COURT AT LAW 1
FILING DATE: 02-02-2006
DATE CASE ENTERED: 02-02-2006
EVENT CATEGORY:
PERIOD:              TO

STATUS: PE   CV PENDING
CASE TYPE: CJP   CV J P APPEAL

| DATE | PARTY | EVENT | RECEIPT # | AMOUNT |
|------|-------|-------|-----------|--------|
| | | BILL OF COSTS | | |
| 02-14-2006 | | PLD:CV MISC DOCUMENT | | |
| | | BILL OF EXCEPTION | | |
| 02-14-2006 | | PLD:CV MISC DOCUMENT | | |
| | | REQUEST FOR FINDINGS OF FACT & CONCLUSIONS OF LAW | | |
| 02-14-2006 | | PLD:CV MISC DOCUMENT | | |
| | | REQUEST FOR CONFERENCE AND/OR MEETING ON CASE #041509 | | |
| 02-14-2006 | | MOT:CV MOTION TO MODIFY | | |
| | | ...THE JDGMNT | | |
| 02-21-2006 | | PLD:CV MISC DOCUMENT | | |
| | | PRE-TRIAL CONFERENCE REQUEST, PETITION, MORE... | | |
| 02-21-2006 | DF 1 | PLD:CV AMENDED PETITION | | |
| | | DF/COUNTER-PL/PL CROSS-CLAIM FIRST AMENDED PET | | |
| 02-21-2006 | DF 1 | PLD:CV MISC DOCUMENT | | |
| | | DF/COUNTER-PL 1ST SUPPLEMENTAL RESP TO PL/COUNTER-DF'S RESP TO REQ FOR DISCLOSURE | | |
| 02-21-2006 | PL 1 | PMT:CV CIVIL FILING FEE  Received Of: BUESGENS MICHAE  Memo: | C  6146 | $-202.00 |
| 02-23-2006 | | PLD:CV LETTER TO JUDGE | | |
| 02-23-2006 | | PLD:CV LETTER TO CLERK | | |
| 02-24-2006 | | PLD CV MISC DOCUMENT | | |
| | | SUPPLEMENTAL DOCUMENTS FROM JP3 | | |


DEC 1 8 2006

TRAVIS COUNTY, STATE OF TEXAS
P. O. BOX 149325
AUSTIN, TEXAS 78714-9325

TIME:  09:34:48 AM
DATE:  Dec 18, 2006
PAGE:  3

C-1-CV-06-000678                          **FALCON RIDGE VS M BUESGENS**

| | |
|---|---|
| PARTY: | |
| COURT/JUDGE: CC1   COUNTY COURT AT LAW 1 | STATUS:  PE    CV PENDING |
| FILING DATE: 02-02-2006 | CASE TYPE:  CJP    CV J P APPEAL |
| DATE CASE ENTERED: 02-02-2006 | |
| EVENT CATEGORY: | |
| PERIOD:               TO | |

| DATE | PARTY | EVENT | RECEIPT # | AMOUNT |
|------|-------|-------|-----------|--------|
| 03-02-2006 | DF 1 | PLD:CV CERT MAIL RTN REC REC'D | | |
| | | REC'D BY: MICHAEL BUESGENS - 03/01/06 | | |
| 03-30-2006 | DF 1 | MOT:CV OTHER | | |
| | | DF'S REQ FOR PRE-TRIAL CONFERENCE | | |
| 03-30-2006 | DF 1 | PLD:CV MISC DOCUMENT | | |
| | | LTR TO DF | | |
| 04-06-2006 | | NTC:CV HEARING | | |
| 04-06-2006 | | PLD:CV LETTER TO CLERK | | |
| 04-06-2006 | | NTC:CV SETTING | | |
| 04-11-2006 | | PLD:CV LETTER TO CLERK | | |
| 04-13-2006 | PL 1 | ASM:CV SERVICE CIT OR SUBP <br> CHARLES E BROWN | | $120.00 |
| 04-13-2006 | PL 1 | ISS:CV SUBPOENA | | |
| | | TRIAL SUBPOENA MAY 16, 2006 AND MAY 22, 2006 / MEGAN GOERES | | |
| 04-13-2006 | PL 1 | PMT:CV SERVICE CIT OR SUBP <br> Received Of:  CHARLES E BROWN <br> Memo: | C  8740 | $-120.00 |
| 04-14-2006 | | JDP:CV JUDGE'S ACTION | | |
| | | AT PRETRIAL CONFERENCE, DEFENDANT ANNOUNCED THAT HE HAD REMOVED CASE TO FEDERAL COURT. | | |
| 04-14-2006 | | PLD:CV MISC DOCUMENT | | |
| | | MOTION FOR DISCOVERY | | |

DEC 18 2006

TRAVIS COUNTY, STATE OF TEXAS
P. O. BOX 149325
AUSTIN, TEXAS 78714-9325

TIME: 09:34:48 AM
DATE: Dec 18, 2006
PAGE: 4

C-1-CV-06-000678                    **FALCON RIDGE VS M BUESGENS**
              PARTY:
        COURT/JUDGE: CC1  COUNTY COURT AT LAW 1        STATUS:  PE   CV PENDING
        FILING DATE: 02-02-2006                        CASE TYPE:  CJP  CV J P APPEAL
DATE CASE ENTERED: 02-02-2006
    EVENT CATEGORY:
          PERIOD:              TO

| DATE | PARTY | EVENT | RECEIPT # | AMOUNT |
|------|-------|-------|-----------|--------|
| 04-14-2006 | | PLD:CV MISC DOCUMENT | | |
| | | REQUEST FOR SUBPOENAS | | |
| 04-14-2006 | | MOT:CV TRANSFER VENUE | | |
| 04-14-2006 | | PLD:CV MISC DOCUMENT | | |
| | | NOTICE OF REMOVAL | | |
| 04-14-2006 | | CAL:MOTION FOR NEW TRIAL | | |
| | | TO CONDOLIDATE SEP. TRIALS | | |
| 04-14-2006 | | CAL:MOTION FOR NEW TRIAL | | |
| | | CONSOL. SEP. TRIALS | | |
| 04-14-2006 | | PLD:CV MISC DOCUMENT | | |
| | | MOTION FOR CONSOLIDATION OF SEPARTATE TRIALS | | |
| 04-14-2006 | | PLD:CV MISC DOCUMENT | | |
| | | REQUEST FOR ASSIGNMENT OF TRIAL | | |
| 04-14-2006 | | PLD:CV FINDING OF FACT CONCLUS | | |
| 04-19-2006 | | PLD:CV MISC DOCUMENT | | |
| | | MOTION FOR TRUE NAME | | |
| 04-19-2006 | | RET:CV SUBPOENA RET SERVED | | |
| | | MEGAN GOERES, 4-13-06, PD $80 | | |
| 04-21-2006 | | PLD:CV FILE COPY OF LETTER | | |
| | | From defendant Michael Buesgens to Judge Melissa Goodwin, requesting return of $10,000 bond | | |
| 04-21-2006 | | PLD:CV FILE COPY OF LETTER | | |
| | | From clerk to defendant Michael Buesgens, re: requirement of court order for payment from court registry | | |

DEC 18 2006

D. Duarte
DUARTE

TRAVIS COUNTY, STATE OF TEXAS
P. O. BOX 149325
AUSTIN, TEXAS 78714-9325

TIME: 09:34:48 AM
DATE: Dec 18, 2006
PAGE: 5

C-1-CV-06-000675
     **PARTY:**

**FALCON RIDGE VS M BUESGENS**

COURT/JUDGE: CC1   COUNTY COURT AT LAW 1    STATUS: PE  CV PENDING
    FILING DATE: 02-02-2006              CASE TYPE: CJP  CV J P APPEAL
DATE CASE ENTERED: 02-02-2006
  EVENT CATEGORY:
      PERIOD:        TO

| DATE | PARTY | EVENT | RECEIPT # | AMOUNT |
|------|-------|-------|-----------|--------|
| | | CC: Plaintiff's attorney | | |
| | | CC: JP, Pct 3 | | |
| 04-27-2006 | | PLD:CV MISC DOCUMENT | | |
| | | REQUEST FOR COURT ORDER | | |
| 05-09-2006 | | NTC:CV HEARING | | |
| 05-15-2006 | | JDP:CV JUDGE'S ACTION | | |
| | | PARTIES APPEAR ON DEFENDANT'S MOTION TO REFUND APPEAL BOND. COURT DECLINES TO RULE ON MOTION AS CASE HAS BEEN REMOVED TO FEDERAL COURT AND COURT CANNOT ACT ON CASE. | | |
| 05-15-2006 | | PLD:CV MISC DOCUMENT | | |
| | | REQUEST FOR CLERK'S RECORD | | |
| 05-15-2006 | | PLD:CV MISC DOCUMENT | | |
| | | LTR TO DF FROM DAVID FERRIS REQUESTING CLARITY OF INSTRUCTION | | |
| 05-30-2006 | | ORD:CV OTHER | | |
| | | ORD GRANTING PL'S MOT TO REMAND - LEE YEAKEL (US DISTRICT JUDGE), 05/24/06 | | |
| 05-31-2006 | | PLD:CV LETTER TO CLERK | | |
| 05-31-2006 | | NTC:CV SETTING | | |
| 06-05-2006 | | ISS:CV SUBPOENA | | |
| | | MEGAN GOERES FOR JUN 16,2006 @ 9AM - WALKED TO CONSTABLE 5 | | |
| 06-05-2006 | PL 1 | PLD:CV LETTER TO CLERK | | |
| | | LETTER REQUESTING TRIAL SUBPOENA AND TENDERING WITNESS FEE. | | |
| 06-05-2006 | DF 1 | PLD:CV MISC DOCUMENT | | |

DEC 1 8 2006

TRAVIS COUNTY, STATE OF TEXAS
P. O. BOX 149325
AUSTIN, TEXAS 78714-9325

TIME: 09:34:48 AM
DATE: Dec 18, 2006
PAGE: 6

C-1-CV-06-000678                          FALCON RIDGE VS M BUESGENS
            PARTY:
      COURT/JUDGE: CC1   COUNTY COURT AT LAW 1      STATUS:  PE   CV PENDING
      FILING DATE: 02-02-2006                    CASE TYPE:  CJP  CV J P APPEAL
DATE CASE ENTERED: 02-02-2006
   EVENT CATEGORY:
          PERIOD:              TO

| DATE | PARTY | EVENT | RECEIPT # | AMOUNT |
|------|-------|-------|-----------|--------|
| | | DEFENDANTS OBJECTION TO TRIAL SETTING BY ATTORNEY CHARLES E. BROWN FOR 6/16/06 AND REQUEST FOR COURT ORDER. | | |
| 06-06-2006 | DF 1 | NTC:CV SETTING | | |
| | | DEFENDANT'S NOTICE OF HEARING @ 9:00 A.M. ON 6/12/06. | | |
| 06-07-2006 | | PLD:CV LETTER TO CLERK | | |
| 06-07-2006 | PL 1 | PLD:CV DESIGNATION OF ATTORNEY | | |
| | | PLAINTIFF'S NOTICE OF APPEARANCE AND DESIGNATION AS CO-COUNSEL | | |
| 06-07-2006 | PL 1 | PLD:CV AMENDED PETITION | | |
| | | PLAINTIFF'S FIRST AMENDED PETITION FOR EVICTION | | |
| 06-08-2006 | | PLD:CV MISC DOCUMENT | | |
| | | REQUEST FOR ISSUANCE OF SUBPOENAS | | |
| 06-09-2006 | | ISS:CV SUBPOENA | | |
| | | ISSUED NEKESHA PHOENIX - DEFT P/U | | |
| 06-09-2006 | | ISS:CV SUBPOENA | | |
| | | ISSUED JOHN A BENAVIDES - DEFT P/U | | |
| 06-09-2006 | | ISS:CV SUBPOENA | | |
| | | ISSUED DEBI WEHMEIER - DEFT P/U | | |
| 06-09-2006 | | ISS:CV SUBPOENA | | |
| | | ISSUED MELISSA GOODWIN - DEFT P/U | | |
| 06-09-2006 | | ISS:CV SUBPOENA | | |
| | | HERB EVANS - DEFT P/U | | |
| 06-09-2006 | | ISS:CV SUBPOENA | | |

DEC 1 8 2006

V. DUARTE

TRAVIS COUNTY, STATE OF TEXAS
P. O. BOX 149325
AUSTIN, TEXAS 78714-9325

TIME:  09:34:48 AM
DATE: Dec 18, 2006
PAGE: 7

C-1-CV-06-000678

**FALCON RIDGE VS M BUESGENS**

PARTY:
COURT/JUDGE: CC1   COUNTY COURT AT LAW 1
FILING DATE: 02-02-2006
DATE CASE ENTERED: 02-02-2006
EVENT CATEGORY:
PERIOD:                TO

STATUS:  PE    CV PENDING
CASE TYPE:  CJP    CV J P APPEAL

| DATE | PARTY | EVENT | RECEIPT # | AMOUNT |
|------|-------|-------|-----------|--------|
| | | MARGARITA HERRINGTON - DEFT P/U | | |
| 06-09-2006 | | ISS:CV SUBPOENA | | |
| | | HONORABLE LEE YEAKEL - DEFT P/U | | |
| 06-12-2006 | DF 1 | ASM:CV COUNTERCLAIM FILING | | $40.00 |
| | | BUESGENS MICHAE | | |
| 06-12-2006 | | JDP:CV JUDGE'S ACTION | | |
| | | DEFENDANT'S BILL OF EXCEPTION HEARD AND DENIED. | | |
| 06-12-2006 | | JDP:CV JUDGE'S ACTION | | |
| | | DEFENDANT'S MOTION TO CHANGE VENUE HEARD AND DENIED. | | |
| 06-12-2006 | | JDP:CV JUDGE'S ACTION | | |
| | | DEFENDANT'S OBJECTION TO FRIDAY'S TRIAL HEARD AND DENIED. | | |
| 06-12-2006 | | NTC:CV HEARING | | |
| | | AND REQUEST FOR COURT RULINGS AND ORDERS | | |
| 06-12-2006 | | PLD:CV LETTER TO CLERK | | |
| 06-12-2006 | | MOT:CV TO QUASH | | |
| | | OBJECTIONS, ..., & MOT FOR PROTECTIVE ORDER FOR JUDGE HERB E VANS | | |
| 06-12-2006 | DF 1 | PLD:CV COUNTERCLAIM | | |
| 06-12-2006 | | PLD:CV LETTER TO CLERK | | |
| 06-12-2006 | | MOT:CV TO QUASH | | |
| | | OBJECTIONS, AND MOTION FOR PROTECTIVE ORDER FOR JUDGE MELISSA GOODWIN | | |
| 06-12-2006 | DF 1 | PMT:CV COUNTERCLAIM FILING | C  11278 | $-40.00 |


DEC 18 2006

TRAVIS COUNTY, STATE OF TEXAS
P. O. BOX 149325
AUSTIN, TEXAS 78714-9325

TIME:   09:34:48 AM
DATE:  Dec 18, 2006
PAGE:  8

C-1-CV-06-000678
PARTY:
FALCON RIDGE VS M BUESGENS

COURT/JUDGE: CC1   COUNTY COURT AT LAW 1
FILING DATE: 02-02-2006
DATE CASE ENTERED: 02-02-2006
EVENT CATEGORY:
PERIOD:               TO

STATUS:  PE   CV PENDING
CASE TYPE:  CJP   CV J P APPEAL

| DATE | PARTY | EVENT | RECEIPT # | AMOUNT |
|------|-------|-------|-----------|--------|
| | | Received Of: BUESGENS MICHAE | | |
| | | Memo: | | |
| 06-13-2006 | | RET:CV SUBPOENA RET SERVED | | |
| | | SUBPOENA SERVED TO MS. MEGAN GOERES ON 06/07/06 | | |
| 06-14-2006 | DF 1 | RET:CV SUBPOENA RET SERVED | | |
| | | OFFICER'S RETURN REFLECTS WITNESS WAS DELIVERED IN PERSON ON 6/9/06 SUBPOENA TO APPEAR IN COURT ON 6/16/06 @ 9:00 A.M. | | |
| 06-14-2006 | PL 1 | RET:CV SUBPOENA RET SERVED | | |
| | | OFFICER'S RETURN REFLECTS JUSTICE OF THE PEACE--WITNESS BY D ELIVERING TO CHRIS GONZALES ON 6/12/06 SUBPOENA TO APPEAR IN COURT ON 6/16/06 @ 9:00 A.M. | | |
| 06-14-2006 | DF 1 | RET:CV SUBPOENA RET SERVED | | |
| | | OFFICER'S RETURN REFLECTS THAT ON 6/9/06 JUSTICE OF PEACE-PR ECINCT NO. 5-WITNESS WAS DELIVERED IN PERSON SUBPOENA TO APP EAR IN COURT ON 6/16/06 @ 9:00 A.M. | | |
| 06-15-2006 | DF 1 | PLD:CV MISC DOCUMENT | | |
| | | DF'S RESP TO GREGORY S CAGLES MISNAMED 1ST AMEND PET FOR EVI CTION | | |
| 06-15-2006 | | MOT:CV OTHER | | |
| | | MOTION TO ABATE | | |
| 06-16-2006 | | JDP:CV JUDGE'S ORDER | | |
| | | QUASH ORDER QUASHING SUBPOENAS FOR HON. LEE YEAKEL AND CLERK HERRI NGTON. | | |
| 06-16-2006 | | JDP:CV JUDGE'S ORDER | | |
| | | QUASH ORDER QUASHING SUBPOENA OF JUDGE MELISSA GOODWIN | | |
| 06-16-2006 | | JDP:CV JUDGE'S ORDER | | |

DEC 18 2006

V. DUARTE

TRAVIS COUNTY, STATE OF TEXAS
P. O. BOX 149325
AUSTIN, TEXAS 78714-9325

TIME:  09:34:48 AM
DATE:  Dec 18, 2006
PAGE:  9

C-1-CV-06-000676

**FALCON RIDGE VS M BUESGENS**

PARTY:
COURT/JUDGE: CC1   COUNTY COURT AT LAW 1
FILING DATE: 02-02-2006
DATE CASE ENTERED: 02-02-2006
EVENT CATEGORY:
PERIOD:          TO

STATUS:  PE     CV PENDING
CASE TYPE:  CJP    CV J P APPEAL

| DATE | PARTY | EVENT | RECEIPT # | AMOUNT |
|------|-------|-------|-----------|--------|
| | | QUASH<br>ORDER QUASHING SUBPOENA OF HERB EVANS. | | |
| 06-16-2006 | | JDP:CV JUDGE'S ACTION<br><br>EVIE COTTER IS COURT REPORTER TODAY. | | |
| 06-16-2006 | | MOT:CV TO QUASH<br><br>OBJECTIONS AND MTN FOR PROT ORDER FOR JUDGE MELISSA GOODWIN | | |
| 06-16-2006 | | ORD:CV OTHER<br><br>JUNE 16, 2006; ORDER FOR OBJECTIONS MTN TO QUASH AND MTN FOR<br>PROTECTIVE ORDER FOR JUDGE MELISSA GOODWIN | | |
| 06-16-2006 | | ORD:CV OTHER<br><br>JUNE 16, 2006; ORDER FOR OBJECTIONS, MTN TO QUASH AND MTN<br>FOR PROT ORDER FOR JUDGE HERB EVANS | | |
| 06-16-2006 | | JDP:CV JUDGE'S ACTION<br><br>TBC. EVIDENCE HEARD. EVIE COTTER AS REPORTER. JMT FOR PLAINT<br>IFF FOR POSSESSION, RENT OF $3550; $24,699 IN ATTYS FEES, CO<br>STS, INTEREST AT 18% AND ATTYS FEES ON APPEAL OF $5000/$5000<br>/$5000 | | |
| 06-16-2006 | | RET:CV SUBPOENA RET SERVED<br><br>SUBPOENA SERVED IN PERSON ON JOHN BENAVIDES ON 6/9/06 TO APP<br>EAR ON 6/16/06 @ 9:00 A.M. | | |
| 06-16-2006 | | RET:CV SUBPOENA RET SERVED<br><br>SUBPOENA PERSONALLY SERVED ON NEKESHA PHOENIX ON 6/9/06 TO A<br>PPEAR ON 6/16/06 @ 9:00 A.M. | | |
| 06-19-2006 | DF 1 | MOT:CV OTHER<br><br>OFFER OF PROOF AND BILL OF EXCEPTION. | | |
| 06-19-2006 | DF 1 | MOT:CV OTHER<br><br>DEFENDANT'S OBJECTIONS TO MOTION TO QUASH AND MOTION FOR PRO<br>TECTIVE ORDER, ETC. | | |

DEC 18 2006

TRAVIS COUNTY, STATE OF TEXAS
P. O. BOX 149325
AUSTIN, TEXAS 78714-9325

TIME: 09:34:48 AM
DATE: Dec 18, 2006
PAGE: 10

C-1-CV-06-000676                    FALCON RIDGE VS M BUESGENS
    PARTY:
    COURT/JUDGE: CC1  COUNTY COURT AT LAW 1      STATUS:  PE   CV PENDING
    FILING DATE: 02-02-2006                       CASE TYPE: CJP  CV J P APPEAL
DATE CASE ENTERED: 02-02-2006
    EVENT CATEGORY:
        PERIOD:              TO

| DATE | PARTY | EVENT | RECEIPT # | AMOUNT |
|------|-------|-------|-----------|--------|
| 06-19-2006 | | PLD:CV LETTER TO CLERK | | |
| 06-20-2006 | | JDP:CV JUDGE'S ORDER | | |
| | | FINAL JUDGMENT AFTER NON-JURY TRIAL: | | |
| 06-20-2006 | | RET:CV SUBPOENA RET UNSERVED | | |
| | | UNEXECUTED SUBPOENA FOR DEBI WEHMEIER | | |
| 06-21-2006 | | ORD:CV FINAL JUDGMENT | | |
| | | 6/20/06 | | |
| 06-21-2006 | DF 1 | ISS:CV NOT OF JDG RULE 306 | | |
| | | SENT TO DF AND PL ATTY | | |
| 06-23-2006 | | RET:CV SUBPOENA RET UNSERVED | | |
| | | SUBPOENA RETURNED UNSERVED-NOT DELIVERED TO JUSTICE LEE YE AKEL. | | |
| 06-27-2006 | PL 1 | ASM:CV WRIT OF POSS OR SEQUES ARMBURST & BROW | | $5.00 |
| 06-27-2006 | PL 1 | ASM:CV SERVICE WRIT OF POSSESS ARMBURST & BROW | | $130.00 |
| 06-27-2006 | | JDP:CV JUDGE'S ORDER | | |
| | | WITHDRAW OF COUNSEL ON MOTION OF PLAINTIFF | | |
| 06-27-2006 | | ISS:CV WRIT OF POSSESSION | | |
| | | SENT TO CONSTABLE | | |
| 06-27-2006 | | PLD:CV LETTER TO CLERK | | |
| 06-27-2006 | | PLD:CV LETTER TO CLERK | | |



TRAVIS COUNTY, STATE OF TEXAS
P. O. BOX 149325
AUSTIN, TEXAS 78714-9325

TIME:  09:34:48 AM
DATE:  Dec 18, 2006
PAGE:  11

C-1-CV-06-000678
PARTY:

**FALCON RIDGE VS M BUESGENS**

COURT/JUDGE: CC1   COUNTY COURT AT LAW 1
FILING DATE: 02-02-2006
DATE CASE ENTERED: 02-02-2006
EVENT CATEGORY:
PERIOD:                    TO

STATUS:  PE    CV PENDING
CASE TYPE:  CJP    CV J P APPEAL

| DATE | PARTY | EVENT | RECEIPT # | AMOUNT |
|------|-------|-------|-----------|--------|
| 06-27-2006 | PL 1 | PMT:CV WRIT OF POSS OR SEQUES<br>Received Of:  ARMBURST & BROW<br>Memo: | C  12075 | $-5.00 |
| 06-27-2006 | PL 1 | PMT:CV SERVICE WRIT OF POSSESS<br>Received Of:  ARMBURST & BROW<br>Memo: | C  12075 | $-130.00 |
| 06-28-2006 | | MOT:CV WITHDRAW AS COUNSEL | | |
| 06-28-2006 | | ORD:CV WITHDRAW AS COUNSEL<br>6/27/06 | | |
| 06-29-2006 | | PLD:CV AFFIDAVIT<br>for supersedeas bond and suspension of enforcement of Judge<br>Phillips writ of possession and affidavit of indigence | | |
| 06-29-2006 | | PLD:CV OTHER<br>Request for suspension of enforcement of Judge David<br>Phillips Travis County Court at Law Judgment dated<br>June 20 2006 and received by defendant Buesgens on June 22<br>2006 | | |
| 06-29-2006 | | JDP:CV JUDGE'S ACTION<br>HEARING ON DEFENDANT'S REQUEST FOR SUPERCEDEAS BOND AND AFFI<br>DAVIT OF INABILITY TO PAY BOND.  DEFENDANT LEFT THE COURTHOU<br>SE SHORTLY BEFORE THE CASE WAS REACHED AND DID NOT ATTEND HE<br>ARING. SUPERCEDEAS BOND SET AT $35,000.  PLAINTIFF'S ATTORNE<br>Y GREGORY CAGLE APPEARED BY TELEPHONE WITH THE COURTS PERMIS<br>SION AS HE IS RECOVERING FROM SURGERY. | | |
| 06-29-2006 | | MOT:CV OTHER<br>REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW. | | |
| 07-03-2006 | | PLD:CV LETTER TO COUNSEL<br>FAX TO PLTF'S ATTY TO CONFIRM THAT DEFENDANT HAS NOT PAID<br>BOND INTO THIS OFFICE. | | |

DEC 1 8 2006

TRAVIS COUNTY, STATE OF TEXAS
P. O. BOX 149325
AUSTIN, TEXAS 78714-9325

TIME: 09:34:48 AM
DATE: Dec 18, 2006
PAGE: 12

C-1-CV-06-000878
PARTY:
COURT/JUDGE: CC1   COUNTY COURT AT LAW 1
FILING DATE: 02-02-2006
DATE CASE ENTERED: 02-02-2006
EVENT CATEGORY:
PERIOD:          TO

FALCON RIDGE VS M BUESGENS

STATUS:  PE    CV PENDING
CASE TYPE:  CJP    CV J P APPEAL

| DATE | PARTY | EVENT | RECEIPT # | AMOUNT |
|------|-------|-------|-----------|--------|
| 07-03-2006 | | PLD:CV AFFIDAVIT | | |
| 07-03-2006 | | MOT:CV NEW TRIAL | | |
| 07-06-2006 | DF 1 | MOT:CV OTHER | | |
| | | DEFENDANT'S MOTION FOR JUDICIAL NOTICE. | | |
| 07-12-2006 | DF 1 | RET:CV WRIT RETURNED SERVED | | |
| | | WRIT OF POSSESSION NOTICE ATTACHED TO FRONT DOOR OF DEFENDAN T'S ADDRESS ON 6/28/06; AND WRIT OF POSSESSION PROCEEDED ON 7/6/06 AS PER PLAINTIFF'S ATTORNEY-EXECUTED WITHOUT DEFENDAN T BEING PRESENT. | | |
| 07-26-2006 | DF 1 | PLD:CV OTHER | | |
| | | CHANGE OF ADDRESS | | |
| 08-04-2006 | | MOT:CV OTHER | | |
| | | NOTICE OF PAST DUE FINDINGS OF FACT AND CONCLUSIONS OF LAW | | |
| 08-09-2006 | | PLD:CV LETTER TO JUDGE | | |
| | | DEFENDANT BUESGENS LETTER TO THE COURT DATED AUGUST 6, 2006 | | |
| 08-09-2006 | | MOT:CV FOR JUDGMENT | | |
| | | "MOTION FOR FINAL JUDGMENT" | | |
| 08-09-2006 | | PLD:CV FILE COPY OF LETTER | | |
| | | From clerk to Buesgens | | |
| 08-22-2006 | DF 1 | MOT:CV OTHER | | |
| | | DF'S MOT FOR JUDICIAL NTC OF ADJUDICATIVE FACTS & LEGISLATIV E FACTS & VERIFIABLE FACTS AND LAW | | |
| 08-25-2006 | | PLD:CV LETTER TO CLERK | | |
| 08-25-2006 | PL 1 | MOT:CV TURNOVER | | |



DEC 18 2006

TRAVIS COUNTY, STATE OF TEXAS
P. O. BOX 149325
AUSTIN, TEXAS 78714-9325

TIME:  09:34:48 AM
DATE:  Dec 18, 2006
PAGE:  13

C-1-CV-06-000678

**FALCON RIDGE VS M BUESGENS**

PARTY:
COURT/JUDGE: CC1   COUNTY COURT AT LAW 1
FILING DATE: 02-02-2006
DATE CASE ENTERED: 02-02-2006
EVENT CATEGORY:
PERIOD:          TO

STATUS:   PE    CV PENDING
CASE TYPE:  CJP    CV J P APPEAL

| DATE | PARTY | EVENT | RECEIPT # | AMOUNT |
|------|-------|-------|-----------|--------|
| 09-07-2006 | | JDP:CV JUDGE'S ORDER | | |
| | | TURNOVER | | |
| 09-07-2006 | | ORD:CV TURNOVER | | |
| | | OF APPEAL BOND; SIGNED SEPT 7, 2006 | | |
| 09-08-2006 | DF 1 | DSB:CV APPEAL BD RENT DISBURSE | | $10000.00 |
| | | DISBURSED $10,000.00 CK #1643<br>Paid to the order of: FALCON RIDGE APARTMENTS<br>Check #0110<br>CMRRR 7160 3901 9849 3504 8737 | | |
| 10-11-2006 | | PLD:CV NOTICE OF APPEAL 3RD CT | | |
| 10-12-2006 | | PLD:CV FILE COPY OF LETTER | | |
| | | Letter to Buesgens re: his "Notice of Appeal" | | |
| 10-26-2006 | | PLD:CV FILE COPY OF LETTER | | |
| | | To Buesgens: $1,010.00 must be paid for Clerk's Record | | |
| 10-26-2006 | | PLD:CV OTHER | | |
| | | Request for Court Clerk Record and Court Reporter Record | | |
| 11-07-2006 | | MOT:CV OTHER | | |
| | | "Defendant - Appellant - Michael L. Buesgens is making his<br>third request for appellate Record to this Court" | | |
| 11-09-2006 | PL 1 | ASM:CV CERTIFICATION FEE<br>ARMBRUST & BROW | | $5.00 |
| 11-09-2006 | PL 1 | ASM:CV COPY FEE CLERK MAKES<br>ARMBRUST & BROW | | $13.00 |
| 11-09-2006 | | PLD:CV FILE COPY OF LETTER | | |

DEC 1 8 2006

TRAVIS COUNTY, STATE OF TEXAS
P. O. BOX 149325
AUSTIN, TEXAS 78714-9325

TIME: 09:34:48 AM
DATE: Dec 18, 2006
PAGE: 14

C-1-CV-06-000676

FALCON RIDGE VS M BUESGENS

PARTY:
COURT/JUDGE: CC1   COUNTY COURT AT LAW 1
FILING DATE: 02-02-2006
DATE CASE ENTERED: 02-02-2006
EVENT CATEGORY:
PERIOD:            TO

STATUS:  PE   CV PENDING
CASE TYPE:  CJP   CV J P APPEAL

| DATE | PARTY | EVENT | RECEIPT # | AMOUNT |
|------|-------|-------|-----------|--------|
| | | To Buesgens from Clerk: Pay $1,048 for Clerk's Record<br>CC: to Attorney for appellee<br>CC: to Clerk, 3rd Court of Appeals | | |
| 11-09-2006 | PL 1 | PMT:CV CERTIFICATION FEE<br>Received Of:  ARMBRUST & BROW<br>Memo: | C  18300 | $-5.00 |
| 11-09-2006 | PL 1 | PMT:CV COPY FEE CLERK MAKES<br>Received Of:  ARMBRUST & BROW<br>Memo: | C  18300 | $-13.00 |
| 11-17-2006 | | PLD:CV FILE COPY OF LETTER<br><br>From Clerk to 3rd Court of Appeals | | |
| 11-21-2006 | PL 1 | ASM:CV CERTIFICATION FEE<br>PARRISH W COPPI | | $5.00 |
| 11-21-2006 | PL 1 | ASM:CV COPY FEE CLERK MAKES<br>PARRISH W COPPI | | $5.00 |
| 11-21-2006 | PL 1 | PMT:CV CERTIFICATION FEE<br>Received Of:  PARRISH W COPPI<br>Memo: | C  18716 | $-5.00 |
| 11-21-2006 | PL 1 | PMT:CV COPY FEE CLERK MAKES<br>Received Of:  PARRISH W COPPI<br>Memo: | C  18716 | $-5.00 |
| 11-29-2006 | PL 1 | ASM:CV CERTIFICATION FEE<br>ARMBRUST & BROW | | $5.00 |
| 11-29-2006 | PL 1 | ASM:CV COPY FEE CLERK MAKES<br>ARMBRUST & BROW | | $35.00 |
| 11-29-2006 | | PLD:CV OTHER | | |

DEC 18 2006

TRAVIS COUNTY, STATE OF TEXAS
P. O. BOX 149325
AUSTIN, TEXAS 78714-9325

TIME: 09:34:48 AM
DATE: Dec 18, 2006
PAGE: 15

C-1-CV-06-000678

**FALCON RIDGE VS M BUESGENS**

PARTY:
COURT/JUDGE: CC1   COUNTY COURT AT LAW 1           STATUS:   PE    CV PENDING
FILING DATE: 02-02-2006                             CASE TYPE:  CJP   CV J P APPEAL
DATE CASE ENTERED: 02-02-2006
EVENT CATEGORY:
PERIOD:              TO

| DATE | PARTY | EVENT | RECEIPT # | AMOUNT |
|------|-------|-------|-----------|--------|
|  |  | Motion? by Buesgens includes report to Buesgens from private investigator concerning information on "voir dire juror members" and receipt from Roy's Taxi for "drive by at Falcon Ridge Apartments". |  |  |
| 11-29-2006 |  | PLD:CV FILE COPY OF LETTER |  |  |
|  |  | From clerk to Buesgens: $1,060 due for Clerk's Record |  |  |
| 11-29-2006 | PL 1 | PMT:CV CERTIFICATION FEE  Received Of: ARMBRUST & BROW  Memo: | C  18974 | $-5.00 |
| 11-29-2006 | PL 1 | PMT:CV COPY FEE CLERK MAKES  Received Of: ARMBRUST & BROW  Memo: | C  18974 | $-35.00 |

DEC 1 8 2006
D. Quarte

**EXHIBIT 13**

# ATTORNEYS AND LAW FIRMS

**SHELLEY BUSH MARMON**
**CRADY, JEWETT & McCULLEY, LLP**
**HOUSTON, TEXAS**

**GREGORY S. CAGLE**
**ARMBRUST & BROWN, LLP**
**AUSTIN, TEXAS**

**HUD CASE NO. 06-06-0293-8**
**WAS NEVER PRESENTED ANYWHERE**

*Housing Discrimination Suit*

---

## **Judge Docket Notes**

**Case #**            D-1-GN-06-000262 ✓
**Plaintiff Name**    BUESGENS, PRO SE
**Defendant Name**    FALCON RIDGE APARTMENTS
**Case Type**         DIS

---

**Date** | **Proceeding & Rulings**



21-Feb-06

Hearing on the record on Pltf's request for a Pretrial Conf. Pltf is here pro se and atty Charles Brown is here for Def Greystar and the 3 individual Defs. Mediation is Ordered and an Order is signed. SHJ

HEARING   2/21/06
D-1-GN-06-000262
CHARLES EADS BROWN
     DEMANDS
     MEDIATION
MEDIATION HELD   3/27/06
REMOVAL ON   3/29/06

Feb 21, 2006

2/21/2006

NO. D-1-GN-06-000262 ✓

| | | |
|---|---|---|
| **MICHAEL L. BUESGENS,**<br>**Plaintiff** | § | **IN THE DISTRICT COURT** |
| | § | |
| **v.** | § | |
| | § | |
| **FALCON RIDGE** | § | |
| **APARTMENTS, FALCON** | § | |
| **APARTMENTS OF AUSTIN,** | § | |
| **LTD., FALCON APARTMENTS** | § | **200TH JUDICIAL DISTRICT** |
| **OF AUSTIN I, INC., GREYSTAR** | § | |
| **PROPERTY MANAGEMENT,** | § | |
| **DEBI WEHMEIER, MANDY** | § | |
| **ROGERS, AND AMANDA** | § | |
| **WILSON,** | § | |
| **Defendants** | § | **TRAVIS COUNTY, TEXAS** |

FILED 06 FEB 21 AM 9: 20
DISTRICT CLERK
TRAVIS COUNTY TEXAS

D-1-GN-06-000262 FILED: 1/23/06

### ORIGINAL ANSWER OF DEFENDANTS GREYSTAR
### PROPERTY MANAGEMENT, DEBI WEHMEIER,
### MANDY ROGERS AND AMANDA WILSON

Defendants Greystar Property Management, Debi Wehmeier, Mandy Rogers,

and Amanda Wilson file this Original Answer to Plaintiff's Original Complaint,

Petition for Damages, and Petition for Temporary Restraining Order and show:

### GENERAL DENIAL

1. Defendants enter a general denial.  CHARLES E. BROWN ATTORNEY

### VERIFIED PLEAS

2. Defendants Debi Wehmeier, Mandy Rogers, and Amanda Wilson deny that they



2-Falcon Ridge, Buesgens, District Ct Answer

Page 1 of 4 

000048349

Feb 21, 2006

2/21/2006

are liable in the capacity in which they are sued.

## PRAYER

3. Defendants pray that Plaintiff take nothing and that Defendants be granted all

additional relief to which this Court finds Defendants justly entitled.

Respectfully submitted,

Charles E. Brown, P.C.
3624 North Hills Drive, Suite B-100
Austin, Texas 78731
(512) 346-6000 phone
(512) 346-6005 fax

Charles E. Brown
SBN: 03101650
Attorney for Defendants

**STATE OF TEXAS**          §
                           §
**COUNTY OF TRAVIS**        §

I, Debi Wehmeier, hereby certify that the foregoing is true and correct to the best of

my knowledge.

Debi Wehmeier

Sworn to and subscribed before me by Debi Wehmeier on February _17_, 2006.



TAMMIE NEWMAN
Notary Public, State of Texas
My Commission Expires
May 21, 2006

Notary Public in and for the State of Texas

2-Falcon Ridge Buesgens District Ct Answer

Feb 21, 2006

2/21/2006

**STATE OF TEXAS** §
§
**COUNTY OF TRAVIS** §

I, Mandy Rogers, hereby certify that the foregoing is true and correct to the best of

my knowledge.

Mandy Rogers

Sworn to and subscribed before me by Mandy Rogers on February 20, 2006.



Notary Public in and for the State of Texas

**STATE OF TEXAS** §
§
**COUNTY OF TRAVIS** §

I, Amanda Wilson, hereby certify that the foregoing is true and correct to the best of

my knowledge.

Amanda Wilson

Sworn to and subscribed before me by Amanda Wilson on February 20, 2006.



Notary Public in and for the State of Texas

2-Falcon Ridge, Buesgens, District Ct Answer

Page 3 of 4

Feb 21, 2006

2/21/2006

**Certificate of Service**

I certify that a true copy of the above was served on Michael Buesgens, Plaintiff Pro Se, via Hand-Delivery at the Travis County Courthouse on February 21, 2006.

_____
Charles E. Brown

0-1-6N-06-000262
BECAME
1:06CV00226LY-RP
WITH
JUDGES
EARL LEROY YEAKEL, III
ROBERT L. PITMAN
AUSTIN, TEXAS

2-Falcon Ridge, Buesgens, District Ct Answer

March 8, 2006

*3/8/2006*

# CHARLES E. BROWN, P.C.
### ATTORNEY AT LAW
**BOARD CERTIFIED**
COMMERCIAL & RESIDENTIAL REAL ESTATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

3624 NORTH HILLS DR., SUITE B-100
AUSTIN, TEXAS 78731

512-346-6000
FAX: 512-346-6005
CBROWN@CHARLESBROWNLAW.COM

March 2, 2006

Travis County District Clerk
Travis County Courthouse
P.O. Box 679003
Austin, TX 78767-9003

RE:   Cause No. D-I-GN-06-000262; *Michael L. Buesgens v. Falcon Ridge Apartments, et al.*

Dear Clerk:

I have enclosed the original and one copy of the First Amended Answer of Defendant Greystar Management Services, L.P. in the above-referenced matter. Please file this document in your usual manner and return a copy to me in the self-addressed, stamped envelope provided.

Thank you for your assistance with this matter. Please feel free to contact our office if you have any questions.

Sincerely,

Charles E. Brown
Enclosure

Cc:   Clients
      Mr. Michael Buesgens *via CM, RRR #7005 1820 0006 6013 3220*

3-Falcon Ridge, Buesgens, ltr to clk filing Amended Answer

Page 1 of 1

000058759

March 8, 2006

3/8/2006

NO. D-1-GN-06-000262



| | | |
|---|---|---|
| MICHAEL L. BUESGENS,<br>Plaintiff | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | |
| | § | |
| FALCON RIDGE<br>APARTMENTS, FALCON<br>APARTMENTS OF AUSTIN,<br>LTD., FALCON APARTMENTS<br>OF AUSTIN I, INC., GREYSTAR<br>PROPERTY MANAGEMENT,<br>DEBI WEHMEIER, MANDY<br>ROGERS, AND AMANDA<br>WILSON,<br>Defendants | § | 200ᵀᴴ JUDICIAL DISTRICT |
| | § | TRAVIS COUNTY, TEXAS |

FILED 2006 MAR -8 AM 9: 39
DISTRICT CLERK
TRAVIS COUNTY TEXAS

### FIRST AMENDED ANSWER OF DEFENDANT
### GREYSTAR MANAGEMENT SERVICES, L.P.

Defendant Greystar Management Services, L.P., files this First Amended
Answer to Plaintiff's Original Complaint, Petition for Damages, and Petition for
Temporary Restraining Order and shows:

### FACTS

1. Plaintiff filed Plaintiff's Original Complaint, Petition for Damages, and Petition
for Temporary Restraining Order on January 23, 2006.

2. Greystar Property Management was served with process on January 24, 2006.

3. The correct legal name of Greystar Property Management is Greystar Management

March 8, 2006

3/8/2006

Services, L.P.

## GENERAL DENIAL

4. Defendant, Greystar Management Services, L.P., enters a general denial.

## PRAYER

5. Defendant prays that Plaintiff take nothing and that Defendant be granted all additional relief to which this Court finds Defendant justly entitled.

Respectfully submitted,

Charles E. Brown, P.C.
3624 North Hills Drive, Suite B-100
Austin, Texas 78731
(512) 346-6000 phone
(512) 346-6005 fax

_____
Charles E. Brown
SBN: 03101650
Attorney for Defendants

## Certificate of Service

I certify that a true copy of the above was served on Michael Buesgens, Plaintiff Pro Se, 500 E. Stassney Lane, Apt. 1023, Austin, Texas 78745 via Certified Mail, RRR #7005 1820 0006 6013 3220 and first-class mail on March 2, 2006.

_____
Charles E. Brown

3-Falcon Ridge, Buesgens, 1st Amended Answer

032806

3/28/2006

## CHARLES E. BROWN, P.C.
### ATTORNEY AT LAW
**BOARD CERTIFIED**
**COMMERCIAL & RESIDENTIAL REAL ESTATE LAW**
TEXAS BOARD OF LEGAL SPECIALIZATION

3624 NORTH HILLS DR., SUITE B-100
AUSTIN, TEXAS 78731

512-346-6000
FAX: 512-346-6005
CBROWN@CHARLESBROWNLAW.COM

March 28, 2006

Travis County District Clerk
Travis County Courthouse
1000 Guadalupe
Austin, Texas 78701

*Via Courier*

RE:   Cause No. D-1-GN-06-000262; *Michael L. Buesgens v. Falcon Ridge Apartments, et al.*

Dear Clerk:

I have enclosed the original and one copy of Defendants' Motion for Protection from Discovery with regard to the above-referenced matter. Please file this document in your usual manner and return a copy to me by courier.

Thank you for your assistance with this matter. Please feel free to contact our office if you have any questions.

Sincerely,

Charles E. Brown
Enclosure

Cc:   Clients
      Mr. Michael Buesgens *via CM, RRR #7005 1820 0006 6013 7327*

3-Falcon Ridge, Buesgens, ltr to clk filing Amended Answer

000072427

032806

*3/28/2006*

## NO. D-1-GN-06-000262



| | | |
|---|---|---|
| **MICHAEL L. BUESGENS,**<br>**Plaintiff** | § | **IN THE DISTRICT COURT** |
| | § | |
| **v.** | § | |
| | § | |
| **FALCON RIDGE** | § | |
| **APARTMENTS, FALCON** | § | |
| **APARTMENTS OF AUSTIN,** | § | **200ᵀᴴ JUDICIAL DISTRICT** |
| **LTD., FALCON APARTMENTS** | § | |
| **OF AUSTIN I, INC., GREYSTAR** | § | |
| **PROPERTY MANAGEMENT,** | § | |
| **DEBI WEHMEIER, MANDY** | § | |
| **ROGERS, AND AMANDA** | § | |
| **WILSON,** | § | |
| **Defendants** | § | **TRAVIS COUNTY, TEXAS** |

## DEFENDANTS' MOTION FOR PROTECTION FROM DISCOVERY

Defendants Greystar Management Services, L.P., Debi Wehmeier, Mandy Rogers, and Amanda Wilson ask the Court to protect them from Plaintiff Michael L. Buesgens' discovery requests.

### A. Introduction

1.  Plaintiff is Michael L. Buesgens. Defendants are Greystar Management Services, L.P., Debi Wehmeier, Mandy Rogers, and Amanda Wilson.

2.  Plaintiff sued Defendants for claims arising out of a residential lease of Apartment #1023 of Falcon Ridge Apartments, 500 E. Stassney Lane, Austin, Texas 78745. Specifically, Plaintiff has made allegations of discrimination and negligence against Defendants.

3.  Discovery in this suit is governed by a Level 2 discovery control plan.

4.  The case has not yet been set for trial.

3-Falcon Ridge, Buesgens, Motion for Protection from Discovery

032806

3/28/2006

## B. Facts

5.    Plaintiff served the attached discovery requests on Defendants. Defendants ask the Court to sign an order protecting them from Plaintiff's discovery requests.

6.    Plaintiff served Defendants with multiple discovery requests in the prior cause, No. 041509; In the Travis County Justice Court, Precinct Three, now on appeal to Travis County Court at Law #1 under Cause No. C-1-CB-06-000678. Defendants answered those discovery requests which included Request for Disclosure, Request for Admissions, and Request for Production, even though Defendants were not provided with at least thirty (30) days to do so. Defendants will provide the Court with a copy of these discovery requests and responses at the Court's request.

## C. Argument & Authorities

7.    A trial court has discretion to protect a party with a protective order. Tex. R. Civ. P. 192.6; *Axelson, Inc. v. McIlhany*, 798 S.W.2d 550, 553 (Tex. 1990). The court has the authority to limit the scope of discovery based on the needs and circumstances of the case. Tex. R. Civ. P. 192, cmt. 7.

8.    Defendants as the Court for a protective order because Plaintiff's discovery requests seek information which is irrelevant to the subject matter of the lawsuit and is not reasonably calculated to lead to the discovery of admissible evidence in accordance with Tex. R. Civ. P. 192.3.

9.    Defendants ask the Court for a protective order because Plaintiff's discovery requests are unreasonably cumulative and duplicative. Tex. R. Civ. P. 192.4(a). Plaintiff served Defendants with the same or similar requests in the previous case. Defendants answered the requests. In addition, Plaintiff served Defendants with his "Motion for Discovery" on February 2, 2006, which Defendants answered on February 21, 2006. The responses Defendants would provide to Plaintiff now would be the same as previously provided.

10.    Defendants ask the Court for a protective order because the burden and expense of complying with Plaintiff's discovery request outweighs the likely

032806

*3/28/2006*

benefit of the requested discovery, taking into account the needs of the case, the amount in controversy, the parties' resources, the importance of the issues at stake, and the importance of the proposed discovery in resolving those issues. Tex. R. Civ. P. 192.4(b); *In re Alford Chevrolet-Geo*, 997 S.W.2d 173, 181 (Tex. 1999). Plaintiff's requests are not relevant to the subject matter of the pending action and the information sought does not appear reasonably calculated to lead to the discovery of admissible evidence.

11.   Defendants ask the Court for a protective order because Plaintiff's discovery requests are harassing and annoying. Tex. R. Civ. P. 192.6(b). For instance, Plaintiff served Defendants with Plaintiff's First Set of Interrogatories to Defendants on February 3, 2006. On February 12, 2006, Plaintiff served Defendants with Plaintiff's Second Set of Interrogatories to Defendants. Then, on February 14, 2006, Plaintiff served Defendants with Plaintiff's Third Set of Interrogatories to Defendants. All three sets, as well as Plaintiff's "Requests for Disclosure" which were served on Defendants on February 26, 2006, are attached and incorporated herein by reference.

12.   Defendants ask the Court for a protective order because Plaintiff's discovery requests are overbroad. Tex. R. Civ. P. 192, cmt. 1. A discovery request must be reasonably tailored to include only relevant matters. *In re American Optical Corp.*, 988 S.W.2d 711, 713 (Tex. 1998). The Supreme Court has identified as overbroad requests encompassing time periods, products or activities. *See K-Mart Corp. v. Sanderson*, 937 S.W.2d 429, 431 (Tex. 1996) (request for information about criminal conduct at location for seven years was overbroad); *Dillard Dep't Store, Inc. v. Hall*, 909 S.W.2d 491, 492 (Tex. 1995) (request for every similar claim from every store was overbroad). The requests in this case are overbroad.

## D. Conclusion

13.   Plaintiff's discovery requests seek information which is irrelevant to the subject matter of the lawsuit and is not reasonably calculated to lead to the discovery of admissible evidence. The discovery requests are unreasonably cumulative and duplicative. Further, the burden and expense of complying with Plaintiff's discovery requests outweighs the likely benefit of the requested discovery. In addition, Plaintiff's requests are not relevant to the subject matter of the pending action and the information sought does not

3-Falcon Ridge, Buesgens, Motion for Protection from Discovery

032806

*3/28/2006*

appear reasonably calculated to lead to the discovery of admissible evidence. Plaintiff's discovery requests are also harassing, annoying and overbroad, and are not reasonably tailored to include only relevant matters. Defendants have previously provided Plaintiff with responses to all of the discovery requests relevant to this cause.

### E. Prayer

14.    For these reasons, Defendants ask the Court to set their motion for protection from discovery for hearing and, after the hearing, issue an order protecting Defendants from all discovery requested by Plaintiff by granting the relief requested in this motion.

Respectfully Submitted,

Charles E. Brown
Attorney for Defendants
State Bar No. 03101650
Charles E. Brown, P.C.
3624 North Hills Drive, Suite B-100
Austin, Texas 78731
(512) 346-6000 phone
(512) 346-6005 fax

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served on Michael L. Buesgens, Plaintiff Pro Se, 500 E. Stassney Lane, #1023, Austin, Texas 78745, via Certified Mail, RRR #7005 1820 0006 6013 7327 and First-Class Mail on March 28, 2006.

CHARLES E. BROWN

032906

3/29/2006

NO. D-1-GN-06-000262

| | | |
|---|---|---|
| MICHAEL L. BUESGENS | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| FALCON RIDGE APARTMENTS, | § | |
| FALCON APARTMENTS OF AUSTIN, | § | |
| LTD., FALCON APARTMENTS OF | § | |
| AUSTIN I, INC., GREYSTAR | § | |
| PROPERTY MANAGEMENT, DEBI | § | |
| WEHMEIER, MANDY ROGERS AND | § | |
| AMANDA WILSON | § | 220TH JUDICIAL DISTRICT |

FILED 06 MAR 29 PM 4: 53
DISTRICT CLERK
TRAVIS COUNTY, TEXAS

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the attached please take notice that Defendant Falcon Ridge Apartments of Austin, Ltd. has removed this case to the United States District Court for the Western District of Texas--Austin Division pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1332(a). A copy of Defendants' Notice of Removal without Exhibits, which has been filed in federal court, is attached.

Respectfully submitted,

By:_____

GREGORY S. CAGLE
State Bar No. 24003678
ARMBRUST & BROWN, L.L.P.
100 Congress Avenue, Suite 1300
Austin, Texas 78701
(512) 435-2300
(512) 435-2360 (Telecopy)

SHELLEY BUSH MARMON
State Bar No. 03497050
CRADY, JEWETT & McCULLEY, L.L.P.
2727 Allen Parkway, Suite 1700
Houston, Texas 77019-2125
Telephone: 713.739.7007
Facsimile: 713.739.8403

239501-1 03/28/2006

4

000073211

032906

CHARLES E. BROWN
State Bar No. 03101650
CHARLES E. BROWN, P.C.
3624 North Hills Drive, Suite B-100
Austin, Texas 78731
(512) 346-6000
(512) 346-6005 – Facsimile

ATTORNEYS FOR DEFENDANT
FALCON APARTMENTS OF AUSTIN, LTD.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the Notice of Removal was delivered via first class mail and certified mail, return, receipt requested, on the _29_ day of March, 2006, to the following:

Michael L. Buesgens
500 E. Stassney, Apt. 1023
Austin, Texas 78745

Gregory S. Cagle

REMOVAL
TO
1:06CV00226LY-RP

FILED
IN SUPREME COURT
OF TEXAS

MAR 1 4 2006

ANDREW WEBER, Clerk
By _____ Deputy

CHARLES E. BROWN, P.C.    06-0157
ATTORNEY AT LAW
BOARD CERTIFIED
COMMERCIAL & RESIDENTIAL REAL ESTATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

3624 NORTH HILLS DR., SUITE B-100          3/13/06
AUSTIN, TEXAS 78731

512-346-6000
FAX: 512-346-6005
CBROWN@CHARLESBROWNLAW.COM

March 13, 2006          TEXAS SUPREME COURT.
                        PETITION FOR REVIEW) FLOP

John T. Adams
Clerk, Texas Supreme Court
P.O. Box 12248
Austin, Texas 78711-2248

RE:   Trial Court Cause No. 041509; *In Re: Michael L. Buesgens*

Dear Mr. Adams:

I represent Falcon Ridge Apartments.  CHARLES EADSBROWN

I am in receipt of your notice that a petition for review has been filed in the above-referenced matter. I have not received a copy of the Petition or any other notification of this filing from Mr. Buesgens. Therefore, a formal response is impossible at this time. However, please consider this letter as an informal response to Mr. Buesgens' Petition for Review.

My client filed a Petition for Forcible Detainer in Travis County Justice of the Peace Court, Precinct 3 on December 28, 2005 under cause number 041509. Per Mr. Buesgens' recusal request, the case was transferred to Travis County Precinct 5. Mr. Buesgens requested a jury trial, and the case was tried before a jury on January 26, 2006. A judgment was entered in my client's favor. Mr. Buesgens subsequently appealed that judgment to the Travis County Court at Law under cause number C-1-CV-06-000678. That appeal is still pending.

On January 23, 2006, Mr. Buesgens filed a suit against Falcon Ridge Apartments, Greystar Management Services, L.P., Amanda Wilson (a former Falcon Ridge

*3/13/06*

leasing consultant), Mandy Rogers (Falcon Ridge manager) and Debi Wehmeier (Regional Vice-President of Greystar Management Services, L.P.) in Travis County District Court under cause number D-1-GN-06-000262. Greystar Management Services, L.P., Amanda Wilson, Mandy Rogers, and Debi Wehmeier have been served and have filed Answers to this suit. The remaining defendants were served last week and have not yet had an opportunity to answer. Further, on February 21, 2006, this case was ordered to mediation. We are in the process of setting a mediation date.

*MEDIATION*

Since this matter has not yet been finalized in the lower courts, the Supreme Court of Texas does not have jurisdiction to hear this matter. However, please let me know if a more formal response is necessary.

Thank you for your attention to this matter. Please contact me if you have any questions.

Sincerely,

Charles E. Brown

*TO TEXAS SUPREME COURT PETITION FOR REVIEW FLOP*

Cc:  Clients
     Michael L. Buesgens

**EXHIBIT 14**

**CHARLES E. BROWN, P.C.**
ATTORNEY AT LAW
BOARD CERTIFIED
COMMERCIAL & RESIDENTIAL REAL ESTATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

818 WEST 10TH STREET
AUSTIN, TEXAS 78701

*CHARLES EADS BROWN* (handwritten)

512-476-8942
FAX: 512-477-5850
cbrown80@swbell.net

December 15, 2005          *12/15/05* (handwritten)

*BROWN* (handwritten)
*< EASE TRICKS* (handwritten)

Mr. Michael L. Buesgens
500 E. Stassney Lane, Apt. 1023
Austin, Texas 78745

*Via Certified Mail, RRR #7005 1820 0006 6013 3497*
*First Class Mail & Hand Delivery*

RE:    Lease Contract between Michael L. Buesgens ("Resident") and Falcon
       Ridge Apartments ("Landlord") dated August 26, 2004 and renewed on
       March 28, 2005 (the "Lease") for the property described as 500 E. Stassney
       Lane, #1023, Austin, Texas 78745 (the "Premises").

Dear Mr. Buesgens:    *RENEWAL LEASE SIGNED 12/05/05* (handwritten)
*FOR 12/26/05 THROUGH 10/22/06* (handwritten)

I represent Falcon Ridge Apartments regarding the above-referenced matter.
Please send all correspondence regarding this matter to me.

It is my understanding that you have been harassing Falcon Ridge residents and
Management because of a neighbor's dog that you claim is disturbing you. My
client and the Austin Police Department have investigated your claims and have
not found that your neighbor's dog is causing excessive noise as you have alleged.
The dog is within the regulations and policies adopted by my client. Dogs and
neighbors are part of living in an apartment. Therefore, the animal will continue to
be allowed in the apartment as long as your neighbor is in compliance with the
community policies and lease.

*NOT IN COMPLIANCE* (handwritten)

C:\CBShare\A WorkCB\12-Falcon Ridge, Michael Buesgens, letter to tenant.doc

Page 1 of 3

I have reviewed the complaint that you sent to my client dated December 11, 2005. My client denies all of the claims that you have described in that document. My client has not discriminated against you. My client's allowing your neighbor to have a pet does not constitute discrimination. This resident met the same criteria to have a pet as any other resident. Furthermore, the individuals named in your complaint, Debbie Wehmeier, Mandy Rogers and Amanda Wilson have no personal liability in this matter. These individuals are working within the scope of their duties as managers on behalf of the landlord. Any claims against them individually are misdirected.

Your conduct in this matter constitutes a breach of your lease. While my client welcomes residents to make complaints and requests where warranted, your conduct is far beyond reasonable. Specifically, you have harassed your neighbors to get them to complain to management. Further, I understand that you have made complaints to the police and animal control officers which our investigation does not prove to be warranted. You must cease your harassment of management and other residents and other disruptive behavior immediately or you will be evicted.

You are a valued resident at Falcon Ridge Apartments. Accordingly, my client makes the following proposals to you in an effort to settle this matter to your satisfaction. Some of these proposals have previously been offered to you verbally. My client offers the following:

1. You may terminate your lease early without penalty. You will be required to pay rent up until the date you vacate. Your deposit will be treated as required by the lease concerning the condition of the premises.

2. You may move to another unit within the complex. We suggest that you select a third floor unit so that you will not have anyone living above you. In such event, you will have to sign a new lease for the same length as the remainder of your current lease, your security deposit would transfer and you would be released from your current lease.

3. You can stay where you are. We will allow the neighbor living above you to move in January, 2006 as she has requested. Therefore, the dog will be moved away from you in about a month. However, my client will not agree

C:\CBShare\A Work\CB\12-Falcon Ridge, Michael Buesgens, letter to tenant.doc

that the future resident of the apartment above yours will not have a pet. The apartment will be leased to the next qualified resident.

*12/15/05*

As a condition of any of the above offers you must sign a Release and Settlement Agreement releasing all claims that you have alleged against my client. I will be happy to provide you with a draft to review.

I request that you do not contact the Management office of Falcon Ridge Apartments concerning this matter. Please respond to the above proposals within 3 days of your receipt of this letter. Thank you for your attention to this matter.

Sincerely,                    *3 DAYS*

Charles E. Brown

Cc: Falcon Ridge Apartments

*NO CHANGE IN POLICY ALLOWED
BUESGENS ONLY REASONABLE ACCOMMODATION
REQUEST WAS THAT NO LARGE DOGS
LIVE ABOVE HIM*

C:\CBShare\A WorkCB\12-Falcon Ridge, Michael Buesgens, letter to tenant.doc

Page 3 of 3

**CHARLES E. BROWN, P.C.**
ATTORNEY AT LAW
BOARD CERTIFIED
COMMERCIAL & RESIDENTIAL REAL ESTATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

*CHARLES EARL BROWN* (handwritten)

818 WEST 10TH STREET
AUSTIN, TEXAS 78701

512-476-8942
FAX: 512-477-5850
cbrown80@swbell.net

December 16, 2005    *12/16/05* (handwritten)

Mr. Michael L. Buesgens ✓
500 E. Stassney Lane, Apt. 1023
Austin, Texas 78745

*Via Certified Mail, RRR #7005 1820 0006 6013 3527*
*& First Class Mail*

RE: (Lease Contract) between Michael L. Buesgens ("Resident") and Falcon Ridge Apartments ("Landlord") dated August 26, 2004 and renewed on March 28, 2005 (the "Lease") for the property described as 500 E. Stassney Lane, #1023, Austin, Texas 78745 (the "Premises").

*RENEWAL LEASE SIGNED ON 12/05/05* (handwritten)
*FOR 12/26/05 - 10/22/06* (handwritten)

Dear Mr. Buesgens:

(In response) to your request dated (December 15, 2005) the name and address of the owner of Falcon Ridge Apartments is as follows:

Falcon Group, L.P.    *✓ WRONG NAME* (handwritten)
5225 Katy Freeway, Suite 530
Houston, Texas 77007

*ARNOLD C. TROCH - LANDLORD* (handwritten)

Further, I once again request that you do not contact the Management office of Falcon Ridge Apartments concerning this matter. Instead, please direct all communications to this office by phone to (512) 346-6000, fax to (512) 346-6005, or in writing to 3624 North Hills Drive, Suite B-100, Austin, Texas 78731.

*JACK C. MOSS - LANDLORD* (handwritten)

Y:\A WorkCB\12-Falcon Ridge, Michael Buesgens, letter to tenant 2.doc

Page 1 of 2

Thank you for your attention to this matter. Please contact me if you have any questions.

12/16/05

Sincerely,

Charles E. Brown

041509 FILED 12/30/05

EVICTION SUIT NO. 041509 - TRIAL 1/26/06

Cc: Falcon Ridge Apartments

EVICTION APPEAL NO. C-1-CV-06-000678

DOCKETED 2/2/06

$10,000.00 APPEAL BOND

PAID 1/29/06

HUD CASE NO. 06-06-0293-8

FILED : 12/28/05

BROWN LETTER TO BENAVIDES

CROSSCLAIMS IN 041509

DATED : 2/10/06

BENAVIDES ADMINISTRATIVE CLOSURE

TRIAL HAS BEGUN - CASE CLOSED

2/17/06

**CHARLES E. BROWN, P.C.**
ATTORNEY AT LAW
BOARD CERTIFIED
COMMERCIAL & RESIDENTIAL REAL ESTATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

# COPY

818 WEST 10TH STREET
AUSTIN, TEXAS 78701

512-476-8942
FAX: 512-477-5850
cbrown80@swbell.net

## NOTICE TO VACATE

December 21, 2005          12/21/05

Mr. Michael L. Buesgens
500 E. Stassney Lane, #1023
Austin, Texas 78745

VIA HAND DELIVERY, CERTIFIED
MAIL RRR #7005 1820 0006 6013 3541
& FIRST CLASS MAIL

RE:   Lease Contract between Michael L. Buesgens ("Resident") and Falcon
Ridge Apartments ("Landlord") dated August 26, 2004 and renewed on
March 28, 2005 (the "Lease") for the property described as 500 E. Stassney
Lane, #1023, Austin, Texas 78745 (the "Premises")

Dear Mr. Buesgens:     RENEWAL LEASE CONTRACT
SIGNED ON 12/05/05

I represent Falcon Ridge Apartments regarding the above-referenced matter.
Please send all correspondence regarding this matter to me.

You are in default of the above-described Lease.

Your rights of occupancy and possession of the Premises are hereby terminated.
Your liability under the Lease for rent and other charges you may owe has not been
terminated.

Specifically, this action is taken because:

1.   Violation of Paragraph 20 of the Lease – Prohibited Conduct.

2.   Default pursuant to Paragraph 32 of the Lease.

Y:\A Work\CB\12-Falcon Ridge, Michael Buesgens, Notice to Vacate.doc



Demand for possession is hereby made.  You are hereby given notice to vacate the Premises on or before 11:59:59 p.m. on the 24th day of December, 2005, which is at least one (1) day from the delivery of this notice to you or to your leased space. Your failure to move out then will result in appropriate legal action before the Justice of the Peace. Delay or postponement of such action shall not constitute waiver.

Sincerely,

Charles E. Brown

HUD CASE NO. 06-06-0293-8
EVICTION SUIT 041509

---

| Date notice was given by the method checked below | Signature of Owner or Owner's representative |

☐   hand delivered to any
     person 16 or older
     in the Premises;

☐   posted on the inside of the Dwelling's
     main entry door (not the screen door)
     that has a keyless bolting device or
     a keyless deadbolt on it.

cc:   Falcon Ridge Apartments

FALCON APARTMENTS OF AUSTIN I, INC
GENERAL PARTNER
ARNOLD C. MOCH
JACK C. MOSS
HOUSTON, TEXAS

> > > > > EVICTION CITATION < < < < <



THE STATE OF TEXAS

   To:  BUESGENS, MICHAEL L
       500 E STASSNEY LN #1023
       AUSTIN, TX 78745

DELIVERED THIS ___ DAY OF ___ 20__
RICHARD McCAIN
CONSTABLE, PREC 3, TRAVIS COUNTY, TEXAS
DEPUTY

Defendant, in the hereinafter styled and numbered cause:

You have been sued.  You may employ an attorney. YOU ARE HEREBY ORDERED
TO APPEAR  for a hearing on the below mentioned matter before the Presiding
Judge, on JANUARY 12, 2006 AT  2:00 P.M. at 8656 B Hwy. 71 West, Austin
TX 78735. If you fail to appear of the above set court date a default
judgment may be taken against you.

   Suit by Plaintiff to evict you and regain possession of the
premises you occupy. A suit for rent may be included. Please
review the attached petition.

Your cause number is  041509 , and your case styled
          FALCON RIDGE APARTMENTS, Plaintiff vs.
          BUESGENS, MICHAEL L, Defendant
was filed in Justice Court, Precinct 3, on DECEMBER 29, 2005 .

In order to obtain a jury trial, you must request one and pay a jury fee of
five dollars no later than 5 days after you are served with this citation.

Issued and given under my hand on    DECEMBER, 20

Judge Melissa Goodwin
Justice Court, Precinct 3
8656 B HWY 71 WEST, Austin, Tx. 78735

Plaintiff Attorney/Agent:
     CHARLES E BROWN / ATTY
     3624 NORTH HILLS DR STE B-100
     AUSTIN        TX 78731

- - - - - - - - - - - - OFFICER'S RETURN - - - - - - - - - - -

Came to the hand on the _____ day of _____,20___ at ____o'clock_____M
Executed at _____ within County of Travis at ____o'clock_____M
on the _____ day of _____, 20_____, by delivering to the within name

_____

_____

a true copy of this citation together with the accompanying copy of the petiti
having first attached such copy of such petition to such copy  of citation and
endorsed on such copy of citation the date of delivery.

To certify which witness my hand officially:

               Constable, Pct 3 of _____  _____ County, Texas
                     By Deputy

Cause No. 04159

# COPY

### PLAINTIFF'S ORIGINAL PETITION FOR FORCIBLE DETAINER
### In the Justice Court, Precinct 3 , Travis County, Texas

TO THE HONORABLE JUDGE OF THE COURT:

PLAINTIFF: **Falcon Ridge Apartments**    Phone: **326-5000**

Agent or Attorney: **Charles E. Brown**    Phone: **346-6000**

Address (for court purposes): **3624 North Hills Dr., Ste. B-100, Austin** **78731**
City    Zip

**VERSUS**

DEFENDANT: **Michael L. Buesgens**    Phone: **447-7031**

Date of Birth: _____  Social Security Number: _____  Driver's License Number: _____

Residence Address: **500 E. Stassney Ln. #1023**    Zip: **78745**

Work Address: **none**    Phone: **none**

Plaintiff knows of no other work or residence addresses of Defendant within this county.

1. This is a lawsuit to evict **Michael L. Buesgens**, a tenant who leases
the property located at **500 E. Stassney Ln. #1023, Austin, 78745**.
This property is within Justice Court Precinct **Three** of Travis County. The owner/landlord
is **Falcon Ridge Apartments**.

2. The tenant rented this property on or about **June 26, 2003** and still holds the property.
The lease is (check one):
( ✓ ) written (a copy of which is attached)
(  ) oral

3. The rent is $ **730.00** per month and is due on the **1st** day of each month.

4. The landlord claims the tenant should be evicted because: **tenant Violated Paragraph 20 of**
**the lease by engaging in Prohibited Conduct. Specifically, tenant has consistently**
**disturbed or threatened the rights, comfort, health, safety or convenience of others in**
**apartment community and has disrupted management's rules operations.**

5. Written notice to vacate and demand for possession was given on **12/21/05** in the following manner:

( X ) certified mail
( X ) regular mail
( X ) delivery in person
(  ) other (explain) _____

THE COURT IS ASKED TO EVICT THE TENANT AND ORDER TENANT TO:

( X ) Pay rent owed in the amount of $ **0.00**, plus all rents accruing through the date of judgment
( X ) Pay court costs
( X ) Pay reasonable attorney's fees of $ **2,000.00**

_____    _____
Plaintiff    Agent or Attorney

Said Plaintiff (or his agent or attorney), being duly sworn by me, the undersigned authority, upon oath says
that the facts as stated in the above instrument are, within the knowledge of said affiant, true and correct.

SWORN TO AND SUBSCRIBED BEFORE ME, TO CERTIFY WHICH, WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, THIS **28th**
DAY OF **December**, 20 **05**.

_____
COURT CLERK/NOTARY PUBLIC, TRAVIS COUNTY, TEXAS

JACQUELINE KARAY STRONG
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
FEBRUARY 18, 2008

**CHARLES E. BROWN, P.C.**
ATTORNEY AT LAW
BOARD CERTIFIED
COMMERCIAL & RESIDENTIAL REAL ESTATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

3624 NORTH HILLS DR., SUITE B-100
AUSTIN, TEXAS 78731

512-346-6000
FAX: 512-346-6005
CBROWN@CHARLESBROWNLAW.COM

*1/9/06*

January 9, 2006

Mr. John A. Benavides, Lead Investigator
City of Austin, Equal Employment/Fair Housing Office
505 Barton Springs Road, Suite 720
Austin, Texas 78704

*Via Facsimile (512) 974-3278*

Re:   Housing Discrimination Complaint
      Michael Buesgens v. Falcon Ridge Apartments (Falcon Ridge LP)
      COA, EE/FHO 01-06-0016-HG
      HUD 06-06-0293-8

Dear Mr. Benavides:

I represent Falcon Ridge Apartments and Mandy Rogers. Please direct all future correspondence concerning the above-referenced matter to me.

I am in receipt of your December 28, 2005 letter to my clients. Please be aware that my clients deny the allegations stated in the Housing Discrimination Complaint. However, they do intend to cooperate fully with your investigation. As such, my clients are in the process of gathering all the information requested in your letter and will file a more formal response at a later date.

*1/9/06*

Thank you for your attention to this matter. Please contact me if you have any questions.

Sincerely,

Charles E. Brown

cc:    Falcon Ridge Apartments

*HUD CASE NO. 06-06-293-8*

# CHARLES E. BROWN, P.C.

**ATTORNEY AT LAW**
BOARD CERTIFIED
COMMERCIAL & RESIDENTIAL REAL ESTATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

#6

3624 NORTH HILLS DR., SUITE B-100
AUSTIN, TEXAS 78731

512-346-6000
FAX: 512-346-6005
CBROWN@CHARLESBROWNLAW.COM

January 31, 2006

1/31/06

Mr. Charles H. Gorham, Administrator
Mr. John A. Benavides, Lead Investigator
City of Austin, Equal Employment/Fair Housing Office
505 Barton Springs Road, Suite 720
Austin, Texas 78704

*Via Courier*

Re:  Housing Discrimination Complaint
     Michael Buesgens v. Falcon Ridge Apartments
     COA, EE/FHO 01-06-0016-HG; HUD 06-06-0293-8

Dear Mr. Gorham and Mr. Benavides:

I represent Falcon Ridge Apartments ("Falcon Ridge") and Mandy Rogers. Please direct all future correspondence concerning the above-referenced matter to me.

This letter is my clients' response to the complaint filed by Michael Buesgens (the "Claimant"). Pursuant to the Fair Housing Act, my clients hereby request that the material submitted in connection with this matter remain confidential and not be released.

My clients categorically deny the allegations that management has acted in a discriminatory manner based on handicap in violation of Section 804b, 804f, or 818 of Title VIII of the Civil Rights Act of 1968 as amended by the Fair Housing Act of 1988.

Claimant alleged only the following:

"On or about March 2003 I first rented from Falcon Ridge Apartments.

Y:\A Work\CB\1-Falcon Ridge, Michael Buesgens, Response to HUD complaint.doc

Page 1 of 7

On March 1, 2005, I notified Falcon Ridge that I had a disability and might lose my job. Since that time they have subjected me to Constructive Eviction, Breach of Lease, Bad Faith Actions, Retaliation, Harassment, forfeiting my legal rights, denial of my right of exercising my tenant's rights under my lease, my right to file a police complaint, retaliating for calling animal control. I have been denied the peaceful existence of my property. I also feel that their continued harassment and refusal to take corrective actions on the upstairs neighbor's dog has aggravated my disability (Bipolar and Attention Deficit Disorder). Because of their harassment and discriminatory acts I have suffered physical injury, mental anguish and economic loss. I believe that the above actions were in retaliation for having complained of various violations of my lease after they became aware of my disability. I feel that these discriminatory acts against me were in violation of the Federal and State Fair Housing Acts and a violation of the American with Disabilities Act. They also were in violation of the City of Austin Fair Housing Ordinance."

Falcon Ridge contends that insufficient facts have been alleged to allow it to defend the claim and more appropriately respond to Claimant's complaint. The complaint made is so vague and lacking in detail that a full response is impossible at this time.

However, my clients respond to the specific facts alleged to be violations of the Fair Housing Act contained in Section 7 of the complaint as follows:

**Allegation of discrimination based on handicap.** Section 804(f) of Title VIII of the Civil Rights Act of 1968 as amended by the Fair Housing Act of 1988 ("Section 804(f)") states that it is unlawful "(1) to discriminate in the sale or rental, or to otherwise make unavailable or deny, a dwelling to any buyer or renter because of a handicap of -- (A) that buyer or renter... (2) to discriminate against any person in the terms, conditions, or privileges of sale or rental of a dwelling, or in the provision of services or facilities in connection with such dwelling, because of a handicap of -- (A) that person...." Further, Section 804(f)(3) states that, "for purposes of this subsection, discrimination includes-- (B) a refusal to make reasonable accommodations in rules, policies, practices, or services, when such accommodations may be necessary to afford

such person equal opportunity to use and enjoy a dwelling…."

Falcon Ridge **DOES NOT** inquire about the disabilities, physical or mental, of its residents or prospective residents. In addition, Falcon Ridge was not made aware that Claimant claimed to have a disability until Claimant sent them a letter dated December 16, 2005. Prior to receiving that letter, Falcon Ridge had offered to make accommodations to resolve Claimant's complaints about his neighbor's dog (see Claimant's letter dated December 16, 2005 and my letter dated December 15, 2005 attached as part of Exhibit "B").

Further, even if all facts alleged by Claimant were true, they do not constitute a violation of Section 804(f) for the following reasons:

1.  **No discrimination in the rental.** Falcon Ridge did not discriminate against Claimant in the rental of a dwelling. Claimant has rented from Falcon Ridge since June 26, 2003. Claimant gave notice to Falcon Ridge that he intended to vacate his apartment in March 2005. Falcon Ridge allowed Claimant to withdraw his notice and renew his lease. Further, Claimant signed a renewal lease agreement with Falcon Ridge on December 5, 2005 for the term of December 26, 2005 through October 22, 2006. The fact that Falcon Ridge has twice passed on the opportunity to refuse renewal of Claimant's lease is evidence that they have not discriminated against Claimant.

2.  **No unavailability or denial.** Falcon Ridge did not otherwise make unavailable or deny Claimant a dwelling in the apartment complex. As previously stated, Claimant has rented from Falcon Ridge since June 26, 2003 and Claimant signed a renewal lease agreement with Falcon Ridge on December 5, 2005 for the term of December 26, 2005 through October 22, 2006. If Falcon Ridge had intended to make a dwelling unavailable or deny Claimant its use, Falcon Ridge would not have agreed to renew Claimant's lease on two occasions.

3.  **No discrimination in the terms, conditions, or privileges of rental.** Falcon Ridge denies ever subjecting Claimant to different terms, conditions, or privileges of rental. Claimant signed the Texas Apartment Association form Apartment Lease Contract which every other tenant of Falcon Ridge signs upon

rental of a dwelling from Falcon Ridge and Falcon Ridge had adhered to the terms stated within the Lease.

4.   **No discrimination in the provision of services or facilities.** Falcon Ridge denies ever discriminating against Claimant in the provision of services or facilities. In fact, Falcon Ridge has allowed Claimant to use its fax machine multiple times to fax complaints about Falcon Ridge to third parties.

Section 818 of Title VIII of the Civil Rights Act of 1968 as amended by the Fair Housing Act of 1988 states, "it shall be unlawful to coerce, intimidate, threaten, or interfere with any person in the exercise or enjoyment of, or on account of his having exercised or enjoyed, or on account of his having aided or encouraged any other person in the exercise or enjoyment of, any right granted or protected by section 803, 804, 805, or 806 of this title."

Falcon Ridge did not coerce, intimidate, threat or interfere with Claimant's rights. Claimant violated the Lease by continuously harassing other residents and disturbing Management's business operations by his actions, including but not limited to, repeatedly visiting the office and raising his voice, bombarding the office with correspondence, making veiled threats, and giving the office's back line phone number to third persons. Claimant made Management and other residents fear for their safety. For these reasons, and not because of any discriminatory intent or purpose, an eviction suit was filed against Claimant.

However, such suit was not filed until after an attempt to accommodate Claimant was made. Please see my letter of December 15, 2005, attached as part of Exhibit "B". In that letter, prior to sending a Notice to Vacate or filing an eviction proceeding, Claimant was offered three choices: (1) my client would allow him to terminate the lease and move elsewhere; (2) my client would allow him to move to another apartment within the complex; or (3) he would stay where he is and wait for the dog and its owner in the apartment above him to move out in January 2006. Claimant refused all of these options. Instead, he continued to harass and interfere with Management's business operations, in violation of his Lease.

Subsequently, on or about December 22, 2005, Claimant sent a "Request for Reasonable Accommodation" to my attention. However, as explained in my letter to

Nekesha Phoenix attached as part of Exhibit "B", Claimant did not truly request a reasonable accommodation, as his only request was that we "rescind the Notice to Vacate" and "allow [him] to continue living in [his] apartment." This obviously would not solve any of the issues Claimant had been complaining about. In addition, Claimant continued to harass and disturb Management.

Further, Claimant has not "assisted others in enjoying their fair housing rights", but has harassed his neighbor by trying to convince her to complain about the dog in the apartment above him. Attached as part of Exhibit "B" are the Resident Concern Logs pertaining to Claimant's file. These logs detail the complaints made by Claimant and by another resident whom Claimant approached multiple times about the dog. My client does not intend to waive the attorney client privilege by providing this document.

Finally, my client is unclear as to what actions or inactions on its behalf Claimant asserts violated Section 804(b) of Title VIII of the Civil Rights Act of 1968 as amended by the Fair Housing Act of 1988. As you are aware, Section 804(b) states that it is unlawful "to discriminate against any person in the terms, conditions, or privileges of sale or rental of a dwelling, or in the provision of services or facilities in connection therewith, because of race, color, religion, sex, familial status, or national origin." To my knowledge, Claimant has made no allegations to support his claim of a violation of Section 804(b). My client requests that Claimant provide it with all information he believes supports his claim in this regard.

**General Response:**

Falcon Ridge is committed to complying with all Fair Housing laws. Falcon Ridge's commitment is stated in a number of communications with their residents and prospective residents. Enclosed as Exhibit "C" are copies of such communications from Falcon Ridge which bear the Equal Housing Opportunity symbol. These documents do not prove that Falcon Ridge is in compliance with fair housing laws. However, they do demonstrate Falcon Ridge's consistent communication to its residents and employees that Fair Housing laws exist for the protection of residents and prospective residents and that Falcon Ridge is committed to complying with these laws.

The way in which Falcon Ridge' management and employees conduct themselves on a

day-to-day basis is inconsistent with Claimant's allegations that they discriminate against people based on handicap or for any other reason. On the contrary, their conduct shows a commitment to insuring that all persons are welcome at Falcon Ridge and its community of residents.

Claimant has not alleged facts which, even if true, would support the conclusion that Falcon Ridge has treated him differently from any other resident on the basis of handicap. The allegation made by Claimant in his complaint does not amount to discrimination.

Per your request, my client has gathered the following information which is enclosed for your review:

1. A copy of the Rent Roll dated January 11, 2006 which identifies all tenants by name, apartment number and rental amount (Exhibit "A");
2. A copy of the complete tenant file for Claimant (Exhibit "B");
3. A copy of Falcon Ridge's rental policies and rules (Exhibit "C");
4. A map of the Property (Exhibit "D");
5. A copy of the apartment floorplans (Exhibit "E"); and
6. A copy of all notices to vacate for non-rent breaches of lease since August 1, 2004 (Exhibit "F").

Falcon Ridge welcomes the Commission to interview other residents in the community, of course with the residents' permission. The Commission is also invited to tour the property. My client does not keep track of the disabilities of its residents, but the Commission is welcome to review my client's records to attempt to extrapolate such information.

Please let me know if you have any questions or need further information.

Sincerely,

Charles E. Brown

cc:    Falcon Ridge

## VERIFICATION

STATE OF TEXAS          )(
COUNTY OF TRAVIS      )( 


BEFORE ME, the undersigned Notary Public, on this day personally appeared Mandy Rogers, who, being by me duly sworn on her oath, deposed and said that she is the Manager of Falcon Ridge, Respondent, in the above-entitled and numbered case; that she has read the above and foregoing Answers to Claimant's Housing Discrimination Complaint and that they are within her personal knowledge and are true and correct.

FALCON RIDGE

By: *Mandy Rogers*
       Mandy Rogers
       Its Manager


Subscribed and sworn to before me on the 31st day of January, 2006 by Mandy Rogers.



NIKKI D. MILLER
Notary Public, State of Texas
My Commission Expires
January 04, 2010

Notary Public, State of Texas

Y:\A WorkCB\1-Falcon Ridge, Michael Buesgens, Response to HUD complaint.doc

January 10, 2006 ✓

**MEGANGOERES 1/10/06**

Attention Falcon Ridge Leasing Staff:

As I'm sure you are aware, there have been some recent conflicts between myself and my downstairs neighbor due to his constant complaints about the disruptive behavior of my dog. In my defense there are some things that I would like for you to note in my file regarding this neighbors harassing behavior.

The first complaint I received from this man came prior to my ownership of the dog, when my mom and step dad were visiting from out of state. When he came to my door to complain he was very rude to my step dad, a behavior that was not at all necessary. From here on his complaints became more frequent and more intense, making me fearful to leave my own apartment.

I then got another visit from him a few weeks later when he came upstairs and proceeded to bang repeatedly on my door until I answered only to say that he could hear my dog, not barking or whining but just that he could hear her (this happened on one other occasion as well). I apologized and asked him if the dog was keeping him awake, as it was 8:00 p.m. when he then answered "no" that the dog was not and that he was still planning to complain to the office I told him that I had already spoken with the office, but since the dog was not making any excessive noise nor was she keeping him up, I didn't see where there was a problem.

From here he proceeded to start calling the cops. Upon each visit, the police officers continued to say the same thing, they were apologetic for bothering me as they could not see a problem with the dog making any noise, nor did they ever give me any type of citation. In fact, I even had one police officer compliment me on what a good dog I had because she didn't even bark when the police officer came and knocked on my door, a behavior that most dogs instinctively have. The last encounter I had with this man came when I was pulling in to the parking lot, only to be met by this neighbor screaming at me that he could hear my dog upstairs in her kennel and that I had better go do something about it and that the police were on their way. I then calmly told him that he was not to talk to me anymore, as I did not appreciate being talked to in that manner and that if he had anything else to say to me he could contact the office or the police but that he was not to talk to me directly anymore.

As you can see I'm very upset with the actions taken by this neighbor and I will no longer tolerate his aggressive harassing behavior. I think there was a much better way that this ✓ could have been handled, one that did not involve me being fearful for my personal safety.

Thank you for your attention to this matter,

Resident Apt 1033



**A BETTER WAY TO HANDLE THIS MEGAN GOERES**



# City of Austin, Equal Employment/ Fair Housing Office

Mailing:   P. O. Box 1088, Austin, Texas 78767
Physical:  505 Barton Springs Rd. Suite720, Austin, Texas 7870
512/974-3251 *(Voice)* 512/974-2445 *(TDD)* 512/974-3278 *(Fax)*

2/1/06

February 1, 2006

Ms Megan Goeres
500 E. Stassney Apt-1033
Austin, Texas 78745

RE: Michael L. Buesgens vs. Falcon Ridge Apts.

Dear Ms. Goeres:

I have been assigned to investigate Mr. Buesgens discrimination complaint against Falcon Ridge Apartments. He has alleged that they are discriminating against him based on his disability. Falcon Ridge Apartments have claimed that he is disruptive and threatening to both tenants and staff and because of his behavior they had to evict him.

I understand that in his appeal your name has been mentioned. I would appreciate if you would call me with information concerning Mr. Buesgens. My telephone number is 974-2216.

I thank you in advance for any information you might have that would assist me in completing this investigation.

Sincerely,

*John A. Benavides*

John A. Benavides
City of Austin, Equal Employment/
Fair Housing Office
Lead Investigator

MEGAN GOERES
AND
JOHN A. BENAVIDES
AND
CHARLES E. BROWN
CONNECTED

To Whom It May Concern:

Please consider this letter my written statement regarding the disputed eviction of Michael L. Buesgens by Falcon Ridge apartments.

I moved into apartment 1016 on August 27, 2005. In the time I have resided in apartment 1016, I have had no personal contact with Mr. Buesgens whatsoever. Mr. Buesgens has not disturbed me or threatened me in any way. Further, I have neither witnessed nor heard any disturbances coming from the direction of Mr. Buesgens apartment.

Regards,

Catherine Rowan
500 E Stassney Ln Apt 1016
Austin, TX 78745

Joel Perez
500 E. Stassney Apt 1036
Austin, TX 78745
April 10, 2006

Dear Mr. Buesgens:

I am writing to acknowledge that fact that I have received letters requesting a testimony with regards to your eviction suit.

I, Joel Perez, hereby state that I have never met, spoken with, or interacted with Mr. Buesgens in any manner. I was unaware of any incidents involving Mr. Buesgens and Falcon Ridge Apartments prior to receiving letters requesting testimony from Mr. Buesgens. I have not encountered any incident involving myself and Mr. Buesgens, considering that I have never interacted with Mr. Buesgens while living in my apartment date from early September 2005 to present.

Furthermore, I am requesting that Mr. Beusgens refrain from contacting me in the future with regards to this matter. I pose no benefit to this case, considering that I have never met, spoken with, or interacted with Mr. Beusgens in any manner.

Sincerely,

Joel Perez

Subscribed and acknowledged, before me by _Joel Perez_____, on the
_10_ day of _April_____, 20_06_.

MARY A. HEARD
Notary Public, State of Texas
My Commission Expires
MAY 20, 2008

NOTARY PUBLIC SEAL

NOTARY PUBLIC SIGNATURE

EViction
Suit
041509

ALAN
Roswell
WEiDER

Voir Dire
MEMBER
NO. 15
TRial
1/26/06
I.P. #5
JUDGE
HARRiet
M.
MURPHY
AUSTiN
TEXAS

Jan 26, 2006
9:15 AM

HUD No. 06-06-293-8

✓ = Jurors selected

CAUSE # 041509 Falcon Ridge Apartments vs. Michael L. Banegas

| | | | |
|---|---|---|---|
| **20** JOLYNN JANELL PEREZ | **19** BRENT CARLYLE POHL — Excused | **18** BETTY CRAWFORD | **16** HILARY LYN REYES |
| **15** ALAN ROSWELL WEIDER — WEiDER | **14** RACHEL ANN ATTEBURY — Excused | **13** MAGELON UNLAUF | **11** CATHERINE BROWN SPENCER ✓ |
| **10** KENNETH WAYNE GOHEEN — Excused | **09** RAMON HERRERA — No Show | **08** JAMES PATRICK OGRADY ✓ | **06** AMANDA DANIELLE VELA ✓ |
| **05** SCOTT BROWNING COOMBES | **04** EXCUSED | **03** ANGEL GUILLERMO CORTINA ✓ | **01** DARLENE JONES ✓ |

(Row annotations: **20** JOLYNN JANELL PEREZ ✓; **17** MARIANN JOHNSTON; **12** GARY PAUL DAVIS; **07** EXCUSED; **02** LAUREN A DAVIS ✓)

**EXHIBIT 15**



# WEEKS AND ASSOCIATES, L.L.C.
### A TEXAS LIMITED LIABILITY COMPANY
**Including Partnerships**
**316 West Twelfth Street**
**Suite 308**
**Austin, Texas 78701-1844**
Voice (512) 472-9989
Fax (512) 494-1133

*12/7/2006*

December 7, 2006 ✓

Clerk of the Court, U.S. District Court
District of Columbia
333 Constitution Ave NW, Room 1225
Washington DC 20001

<u>via Certified Mail RRR #</u>
<u>7001 2510 0006 7287 1889</u>

RE: Michael L Buesgens vs. United States of America
Case no. 1:2006CV01558

*FTCA-TORT*
*1:06CV01558 RCL*

Dear Clerk of the Court:

    Please find enclosed for filing in the captioned matter, an original process server affidavit attached to the Return of Service of Summons on defendant Megan Goeres. The plaintiff has indicated to our office that he mailed your office the original return of service for this defendant and it has been misplaced.

    Please return to our client in the enclosed postage paid and self addressed envelope a file marked copy for plaintiff Buesgens records.

    Please do not hesitate to contact our office with any question or if you need anything further.

    Thank you kindly for your assistance in this regard.

Sincerely,

Carl M. Weeks

Carl Weeks, Managing Partner

c.c. Michael Buesgens, Plaintiff Pro se

file: #951-06-242

# WEEKS AND ASSOCIATES, L.L.C.

*316 West Twelfth Street, Suite 316*
*Austin, TX 78701*
*Voice (512) 472-9989*
*Fax (512) 494-1133*
*www.carlweeks.com*

December 7, 2006    *12/7/06*

Mr. Michael L. Buesgens
3112 Windsor Road, #A322
Austin, TX 78703

Regarding your letter dated, November 29, 2006

Dear Mr. Buesgens:

I am writing in response to your letter dated, November 29, 2006. I will attempt herein to answer your questions. Some of your comments were set forth as statements were somewhat confusing to me and I am not sure if they were intended to request a reply or not. If that was your intention, please clarify and modify your statements to be posed a question that I may be able to understand clearly and answer.

1.   Our case number for your investigative case file is:
     **#951.06-242 – Michael L. Buesgens vs. Falcon Ridge Apts, et al**

2.   For the most part everyone in our office has worked on your file. Of course, my son, Michael Weeks, and I have been the primary investigators on the case. But also, our bookkeeper, runner, records researcher, and clerk worked on the matters related to your case.

3.   Contacts with persons other than the dates you mention are numerous and various. They may include, but are not limited to, various clerks at different courts or other public offices with which we have made contact while conducting this investigation. We do not normally record such contact.

4.   When a person will not speak to us willingly, as an investigator on a particular case, we always do exactly what we did in your case – we inform our client, who is usually an attorney; and one or two things usually happen. They either ask us to go back and serve them a subpoena to take their deposition; or they make a decision that the effort and expense involved in taking a deposition is

Page 2          *R-BARRY ROBINSON*          *12/7/06*

not worth the time or trouble (depositions are usually quite expensive and
burdensome to all the parties).

5.  On item number "37" in your letter to me, you requested that I contact "Tony
Brown" and "R. Barry Robinson" at the U.S. Attorney's Office in Austin,
Texas". Your letter does not state why you wish me to contact these
gentlemen; or what I am to say is my reason for contacting them? Please
explain this statement further, if you still want me to make this contact and
explain what it is you would like for me to do on your behalf.

As discussed, we mailed an original process server affidavit attached to the service of
summons on "Goers". This was sent to the U.S. District Court with a cover letter at the
address you specified; and it was sent by U.S. Postal Certified Mail, return receipt
requested. A copy of that affidavit is attached herewith for your records. I provided the
court with a self-addressed postage-paid envelope with your address endorsed thereon
and requested that the clerk return a file marked copy directly to you for your files. I have
waived our fee for preparing this affidavit and mailing it to the Court as a professional
courtesy to you as your retainer has been expended.

As discussed, we require a retainer if additional services are be rendered, if your wish is
for us to work further on your case please remit additional funds to replenish the account.

I hope this letter answers your questions. To my knowledge this takes care of what you
and I discussed you wanted done on the return of service matter referenced above and
enclosed herewith as copies.

Please let me know if you have any additional questions that I may answer for you; or if I
may be of further assistance in any regard

Sincerely yours,

*Carl M. Weeks*
Carl M. Weeks

CW/bl          *INVESTIGATOR*
              *AUSTIN, TEXAS*

Enclosure

EVIDENCE OF WRONGDOING

```
***** WELCOME TO *****
        AUSTIN GMF
     8225 CROSS PARK DR
    AUSTIN  TX 78710-9765
    03/16/08 10:15PM    3/16/08

   Transaction Number            31
   USPS® #              480402-9550
```

10TH CIRCUIT   07-9574

```
      1. Priority Mail® FR Env      5.25
         Destination:      80257
         Weight:          2 lb. 1.40 oz.
         Total Cost:        5.25
         Base Rate:         4.60
         Label #:
         0483 5970 0210 0207 8763
                  SERVICES
         Delivery
         Confirmation™ service    .65

      Subtotal                    5.25
      Total Charged               5.25

      VISA   HUD 06-06-0293-8     5.25
```

2:07CV2116CM   `<23-902480433-99>`

```
      VISA
      ACCT. NUMBER        TRANS #    AUTH
      XXXX XXXX XXXX 2852   522      016473

      To check on the delivery status of
      your Delivery Confirmation™ article,
      visit our Track & Confirm website at
      www.usps.com, use this Automated
      Postal Center™ (or any Automated
      Postal Center™ at other Postal
      locations) or call 1-800-222-1811.

              Thanks.
      It's a pleasure to serve you.

   ALL SALES FINAL ON STAMPS AND POSTAGE.
   REFUNDS FOR GUARANTEED SERVICES ONLY
```

*EVIDENCE OF WRONGDOING*

*07-9574*

**UNITED STATES POSTAL SERVICE**

**Home | Help | Sign In**

**Track & Confirm FAQs**

## Track & Confirm

*10TH CIRCUIT*        *3/19/08*

**Search Results**

**Label/Receipt Number: 0483 5970 0210 0207 8763**
**Detailed Results:**

* **Delivered, March 19, 2008, 11:28 am, DENVER, CO 80202**
* **Arrival at Unit, March 19, 2008, 10:45 am, DENVER, CO 80202**
* **Processed, March 17, 2008, 9:27 pm, AUSTIN, TX 78710**
* **Acceptance (APC), March 16, 2008, 10:15 pm, AUSTIN, TX 78710**

*HUD CASE NO. 06-06-293-8*
*HUD. CASE NO. 07-07-0814-8*

< Back

Notification Options

**Track & Confirm** ┌─────────────────┐
                   │ **Enter Label/Receipt** │
                   │ **Number.**          │
                   │                     │
                   │             Go >    │
                   └─────────────────┘

**Track & Confirm by email**
**Get current event information or updates for your item sent to you or others by email.** Go >

*2:07CV2116CM*
*KANSAS CITY, KANSAS*

**Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy**

```
***** WELCOME TO *****
        AUSTIN GMF
     8225 CROSS PARK DR
   AUSTIN  TX 78710-9785
     03/17/08 09:28PM
```

3/17/08

```
Transaction Number         107
USPS® #          07-9574    480402-9550
```

10TH CIRCUIT

```
1. Priority Mail® service    12.55
   Destination:      80257
   Weight:           4 lb. 1.50 oz.
   Total Cost:            12.55
   Base Rate:            11.90
   Label #:
   0483 5970 0210 0207 8879
            SERVICES
   Delivery
   Confirmation™ service    .65
2. Priority Mail® service    12.55
   Destination:      80257
   Weight:           4 lb. 1.60 oz.
   Total Cost:            12.55
   Base Rate:            11.90
   Label #:
   0483 5970 0210 0207 8888
            SERVICES
   Delivery
   Confirmation™ service    .65

   Subtotal               25.10
   Total Charged          25.10

   VISA                   25.10

      <23-902480433-99>
   VISA
   ACCT. NUMBER      TRANS #   AUTH
   XXXX XXXX XXXX 2852   586   017804

   To check on the delivery status of
   your Delivery Confirmation™ article,
   visit our Track & Confirm website at
   www.usps.com, use this Automated
   Postal Center™ (or any Automated
   Postal Center™ at other Postal
   locations) or call 1-800-222-1811.

             Thanks.
   It's a pleasure to serve you.

   ALL SALES FINAL ON STAMPS AND POSTAGE.
   REFUNDS FOR GUARANTEED SERVICES ONLY.

   ****************************************
   ****************************************
      'LET US DARE TO READ, THINK,
          SPEAK AND WRITE.'
```

EVIDENCE OF WRONGDOING

2:07CV2116 CM

HUO

06-06-0239-8

PRODUCED

HUO

07-07-0814-8

*EVIDENCE OF WRONGDOING*

*07-9574*

**UNITED STATES POSTAL SERVICE**®

**Home** | **Help** | **Sign In**

**Track & Confirm FAQs**

## Track & Confirm

*10 TH CIRCUIT*          *3/20/08*

**Search Results**

**Label/Receipt Number: 0483 5970 0210 0207 8879**
**Detailed Results:**

- **Delivered, March 20, 2008, 9:33 am, DENVER, CO 80202**
- **Arrival at Unit, March 20, 2008, 5:43 am, DENVER, CO 80202**
- **Processed, March 18, 2008, 9:14 pm, AUSTIN, TX 78710**
- **Acceptance (APC), March 17, 2008, 9:28 pm, AUSTIN, TX 78710**

‹ *Back*                    *Return to USPS.com Home ›*

Track & Confirm

**Enter Label/Receipt Number.**

*Go ›*

Notification Options

**Track & Confirm by email**
**Get current event information or updates for your item sent to you or others by email.** *Go ›*

**Site Map**    **Contact Us**    **Forms**    **Gov't Services**    **Jobs**    **Privacy Policy**

*10TH CIRCUIT*

*07-9574*

*JUDGE EARL LEROY YEAKEL, III*

***** WELCOME TO *****
AUSTIN GMF
8225 CROSS PARK DR
AUSTIN, TX 78710-9785
03/20/08 08:35PM

*U.S. DISTRICT*
*COURT*
*AUSTIN, TX*

Transaction Number                    72
USPS® #                        480402-9550

*3/20/08*

1. Priority Mail® FR Env          4.60
   Destination:      78701
   Weight:         2 lb. 1.40 oz.
   Total Cost:              4.60
   Base Rate:              4.60

*REUNTED*

*1:06CV260CY*

Subtotal                          4.60
Total Charged                     4.60

*1:06CV226LY+RN*

VISA                              4.60

*3:07CV00436MK*

*PORTLAND*
*OR*

VISA
ACCT. NUMBER            TRANS #    AUTH
XXXX XXXX XXXX 2852     705        020023

*2:07CV01846RAJ*

Thanks.

*SEATTLE*

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

*2:07CV2116CM*

*WASHINGTON*

.............................................

'LET US DARE TO READ, THINK,
   SPEAK AND WRITE.'
   - JOHN ADAMS, 1765
   www.poweroftheletter.com

.............................................

*KANSAS*