UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BUESGENS, )<br>)<br>          Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES BROWN, <u>et al.</u>, )<br>)<br>          Defendants. )<br>) | Civil Action No. 06-1964 (RBW) |

On November 15, 2006, the plaintiff, proceeding <u>pro se</u>, filed his Complaint in this action, inartfully alleging that thirty-eight defendants , violated, <u>inter alia</u>, the American with Disabilities Act, 42 U.S.C. §§12181-12189(2000), the Rehabilitation Act of 1973, 29 U.S.C. §§701-718 (2000), several provisions of the Fair Housing Act, 42 U.S.C. §§3601, 3604 (2000), and 42 U.S.C. §1983 ( 2000).[1]  Upon review of the record, there is no indication that the plaintiff served the defendants that are subject to this action.  Accordingly, it is hereby this 11th day of June, 2008,

**ORDERED** that on or before July 10, 2008, the plaintiff shall either (1) file proof of properly executed service of process on the defendants or (2) otherwise show cause why the

---

[1] The plaintiff has brought this action against William S. Warrent, III, Dunham Jewett, Hugh Lawrence McCulley, Shelley Bush Marmon, Crady Jewett McCulley LLP, David B. Armbrust, Frank B. Brown IV, Gregory S. Cagle, Armbrust & Brown LLP, Warren Law firm, Marc Eric Malinger, Esq., Chester E. Beaver, Anne L. Morgan, Felix Tarango, Timothy Mashburn, Michael J. Powell, Guy J. Joyner, Rafael Edward Cruz, Maureen Ray, Judith Taylor, Jennifer Randall, Robert b. Harwin, Michael Lynn Salyards, Thomas Stanton, Karen Melnik, R. Barry Robinson, Gerald Conley Carruth, Steven Bock Bass, Ben Castleman Florey, Jr., Derek Howard, James Petrucci, Ted Cruz.  The plaintiff also brought this action against Charles E. Brown, Barbara Atkin, and Dennis Schneider.  However, this action has already been dismissed as to Mr. Brown, Ms. Atkin, and Ms. Schneider.

Court should not dismiss his complaint as to the remaining named defendants without prejudice. It is further

**ORDERED** that if service of process has been effected, the plaintiff shall show cause why the Court should not dismiss his complaint for lack of personal jurisdiction over the remaining named defendants.

**SO ORDERED**.

/s/_____
Reggie B. Walton
United States District Judge