RECEIVED
JUN 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Michael L. Buesgens
**Mailing Address**:
3112 Windsor RD, Suite A322
Austin, Texas 78703
Phone: 512-339-6005X7958
Email: mikebuesgens@hotmail.com

**RE:** 1:06CV01964-RBW
1:07CV00859-RBW
1:06CV00303-GK
1:06CV01597-RMU
1:05CV02334-RCL
1:06CV01558-RCL

**TO Clerk of Court District of Columbia**

Please correct my contact information on

the foregoing civil actions.

Address
Phone Number
Email Address


Sincerely,

Michael L. Buesgens
June 11, 2008