# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001

**RECEIVED**

Michael L. Buesgens

AUG 2 1 2008

Plaintiff

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

Civil No.
**1:06CV01964-RBW**

**V.**

Charles Eads Brown
Eviction Attorney

R. Barry Robinson,
Assistant U.S. Attorney

Defendants, et al

## PLAINTIFF BUESGENS NOTICE OF FACTS, EVIDENCE AND POTENTIAL WITNESSES

**See attached exhibits**

Plaintiff Buesgens letters dated August 14, 2008 and August 18, 2008.

Respectfully Submitted,

Michael L. Buesgens

August 18, 2008

# CERTIFICATE OF SERVICE

I HEREBY Certify that I sent one true copy of the foregoing priority mail, delivery confirmation on this 20th day of August, 2008 addressed to

1. **Charles Eads Brown**
2. Melanie P. Sarwal
3. Megan Monique Goeres
4. Andiruh Dev Sarwal
   A. **HUD** case No. **06-06-0293-8**
   B. Eviction **case** No. 041509
   C. Eviction appeal **cause** No. C-1-CV-06-000678
      3624 North Hills Drive, B100
      Austin, Texas 78731

5. **Kim Kendrick, Assistant Secretary**
   A. Fair Housing and Equal Opportunity
   B. Fair Housing Assistance Office
   C. HUD case No. 06-06-0293-8
      U.S. Department of Housing & Urban Development
      Mail Code E, Room 5100
      451 Seventh Street, SW
      Washington, DC 20410

6. **Shelley Bush Marmon**
7. Arnold Carl Tauch
8. Jack Cregg Moss
9. **Falcon Ridge Apartments**
   **Crady, Jewett, McCulley, LLP**
   2727 Allen Parkway, Ste 1700
   Houston, Texas 77019

3

10. **R. Barry Robinson, AUSA**
    A. Falcon Ridge Apartments 07/07/2006-07/12/2006
    A. HUD case No. 06-06-0293-8
    B. Fifth Circuit Petition for Review No. 06-60777
    C. State Farm Policy No. 83-LV-0578-9
    C. Voir Dire Members case No. 041509
       **U.S. Attorney Office**
       816 Congress Avenue, Suite 1000
       Austin, Texas 78701

11. **Douglas G. Houser**
12. R. Daniel Lindahl
13. Maren J. Holmboe
14. Rebecca J. King
    **Bullivant, Houser, Bailey, PC**
    **Lathrop & Gage, LP**
    A. Civil No. 3:07CV00043-GMK, Portland, OR
    B. Ninth Circuit Appeal No. 07-35578
    C. Civil No. 2:07CV02116-CM-JAR-JPO, Kansas
    D. Civil No. 2:07CV01864-RAJ, Seattle, WA
    E. Ninth Circuit Appeal No. 08-35202
       888 SW 5th Avenue, Suite 300
       **Portland, Oregon 97204**

15. **Alan Roswell Weiner, Recalcitrant Witness**
    A. Plaintiff-Appellant
    B. Voir Dire Member
    C. Microsoft Employee
       8675 233 Rd, Place NE
       **Redmond, Washington 98053**

16. **Scott H. Galloway, Recalcitrant Witness**
17. Patricia Goeres Galloway
18. Megan Goeres Galloway
19. Andiruh Dev Sarwal, Attorney
20. Ryan Goeres Galloway
    A. Plaintiff-Appellant
    B. United Parcel Service Employee
       1875 Deana Drive
       **West Linn, Oregon 97068**

21. **Gregory Scott Cagle, Attorney**
22. Joseph W. Rosser, Deputy Constable
23. Felix Tarango, Travis County Deputy
24. Chester E. Beaver, City of Austin Attorney
    **Armbrust & Brown, LLP**
    100 Congress Avenue, Suite 1300
    Austin, Texas 78701

25. **Mandy Marie Rogers, Manager**
    Falcon Ridge Apartments
    Apartment 1212
    500 East Stassney Lane
    Austin, Texas 78745

26. **Samantha Dawn Shepherd, Assistant Manager**
    Falcon Ridge Apartments
    A. July 6, 2006-July 12, 2006
    B. Real Page OneSite Tenant Credit Report
    C. $3, 893.00
       11025 Franklins Tale Loop
       Austin, Texas 78748

27. **Jack Earnest Fritts, Maintenance Man**
    Falcon Ridge Apartments
    A. July 6, 2006-July 12, 2006
       5604 Southwest Parkway, Apartment 3623
       Austin, Texas 78735

28. **Melanie P. Sarwal, Texas Government Attorney**
    Recalcitrant Witness
29. Megan Monique Goeres Sarwal
    Paid For Witness
30. Andiruh Dev Sarwal, Attorney
    **Former Tenant Falcon Ridge Apartments**
    Apartment **1033**
    **Weil, Gotshal, Manges LLP**
    8911 Capital of Texas Highway
    Austin, Texas 78759
    Phone: 512-349-1933
    Fax: 713-224-9511

Michael L. Buesgens
Former Tenant Falcon Ridge Apartments, Apartment 1023
Plaintiff
Mailing Address
3112 Windsor Rd, Ste A322
Austin, Texas 78703
Phone: 512-339-6005X7958
Email: mikebuesgens@hotmail.com
August 18, 2008

6

## EXHIBITS

1. Plaintiff Buesgens letter dated August 18, 2008

2. Plaintiff Buesgens letter dated August 14, 2008

**Plaintiff's Exhibit No. 1**

August 18, 2008

# Michael L. Buesgens
## Former Tenant Falcon Ridge Apartments
500 East Stassney Lane,
Apartment **1023**
Austin, Texas 78745
### Current Tenant
Extended Stay Hotel
Move In Date **July 17, 2006**
8221 North IH 35, Room 459
Austin, Texas 78753
Phone: 512-339-6005X7958
### Mailing Address
3112 Windsor Rd, Ste A322
Austin, Texas 78703
Email: mikebuesgens@hotmail.com

**RE:**
1. HUD case No. 06-06-0293-8
2. Retaliatory Eviction **case** No. 041509
3. Jury Trial January 26, 2006
4. Voir Dire Members Evidence of Wrongdoing
5. Witnesses for Charles Eads Brown, Eviction Attorney
   A. Tenant Megan Monique Goeres Galloway Sarwal
   B. Apartment Manager Mandy Marie Rogers
6. Appeal **cause** No. C-1-CV-06-000678
7. Judge J. David Phillips Trial June 16, 2006
8. Writ of Possession Executed July 6, 2006 10:00am
9. State Farm Tenant/Renter Policy No. 83-LV-0578-9

## FALCON RIDGE APARTMENTS Property Owners

1. Arnold Carl Tauch, General Partner
2. Jack Cregg Moss, General Partner
   Falcon Apartments of Austin I, Inc
   5225 Katy Freeway, Suite 530
   Houston, Texas 77007
   Phone: 713-861-8850
   Fax: 713-861-0971

1

# Falcon Ridge Apartments Property Managers

1. Mandy Marie Rogers
2. Samantha Dawn Shepherd
3. Leann Behl
4. Amanda Nicolett Wilson-Torres
5. Debra G. Wehmeier, Regional Vice President
6. Gary Ken Oldham, Partner
7. Robert A. Faith, President

   Greystar Holdings, Inc
   Greystar Management Services, LLP
   Multi-State Property Managers
   Headquarters
   Charleston, South Carolina

## ATTORNEYS AND LAW FIRMS

1. Charles Eads Brown
   Casey Lending
   Kelsey-Hunter Mortgage Brokers
   3624 North Hills Drive, B100
   Austin, Texas 78731
   Phone: 512-346-6000
   Fax: 512-346-6005

2. Gregory Scott Cagle
   Armbrust & Brown, LLP
   100 Congress Avenue, Suite 1300
   Austin, Texas 78701

3. R. Barry Robinson, AUSA
   U.S. Attorney Office
   A. HUD case No. 06-06-0293-8
   B. Fifth Circuit Petition for Review No. 06-60777
      816 Congress Avenue, Suite 1000
      Austin, Texas 78701

2

4. Douglas G. Houser
5. R. Daniel Lindahl
6. Maren J. Holmboe
   **Bullivant Houser Bailey, PC**
   A. Civil No. 3:07CV00043-GMK
   B. Civil No. 2:07CV02116-CM-JAR-JPO
   888 SW 5th Avenue, Suite 300
   Portland, Oregon 97204

7. Shelley Bush Marmon
   **Crady, Jewett, McCulley, LLP**
   A. Civil No. 2:07CV01864-RJ, Seattle, WA
   B. Civil No. 3:07CV00043-GMK, Portland, OR
   C. Civil No. 2:07CV02116-CM-JAR, Kansas City
   D. Civil No. 2:06CV00226-LY-RP, Austin, TX
   E. Civil No. 2:06CV00260-LY, Austin, TX
   F. HUD case No. 06-06-0293-8
   G. HUD case No. 07-07-0814-8
   H. HUD case 07-H-066
   I. Ninth Circuit Appeal No. 07-35578
      Scott H. Goeres Galloway, Reclacitrant Witness
      United Parcel Service Employee
   J. Ninth Circuit Appeal No. 08-35202
      Alan Roswell Weiner, Voir Dire Member
      Microsoft Employee, Recalcitrant Witness

   K. Civil No. 1:06CV01964-RBW, Washington, DC

      2727 Allen Parkway, Suite 1700
      Houston, Texas 77019
      Phone: 713-739-7007
      Fax: 713-739-8403
      Email: marmonbkrtcy@cjmlaw.com

8. Andiruh Dev Sarwal, Attorney
9. Megan Monique Goeres, **Paid for Witness**
10. Melanie P. Sarwal, Attorney, Spouse
    Grande Communications
    Austin and San Marcos, Texas

11. Marc Eric Malinger, Attorney
12. Jay Lawrence Vath, Adjuster
    A. **Subpoena Duces Tecum No show**
    B. **1:06CV00226-LY-RP, Austin, Texas**
13. William Kennedy Crone, Agent
14. Denise Louise Black, Agent
15. James Rutrough, Vice Chairman
16. **Edward B. Rust, CEO, Chairman**
17. **State Farm Insurance Companies**
    Tenant/ Renter Policy No. **83-LV-0578-9**
    Auto Policy No. **U24 0349-D30-53S**
    State Farm Fire & Casualty Company
    State Farm Mutual Automobile Company
    1 State Farm Plaza, #A1
    Bloomington, Illinois 61710-0001

4

## JULY 6, 2006 THROUGH JULY 12, 2006

Look at the record prepared by Samantha Dawn

Shepherd and One Site, Real Page Tenant Eviction

reporting credit agency.

### SEE ATTACHED EXHIBIT

**Look** at the dates on this exhibit

1. Date Prepared 07/12/2006
2. Real Page OneSite User Samantha Dawn Shepherd
3. Buesgens Move in date 06/28/2003
4. Notice Given 07/07/2006
5. Lease Expires 10/22/2006
6. Move out 07/09/2006
7. Total Account Balance Due $3,893.71

### FACTS AND EVIDENCE
### FALCON RIDGE APARTMENTS
### APARTMENT 1023
### 500 EAST STASSNEY LANE
### AUSTIN, TEXAS 78745

1.  Writ of Possession Executed 07/07/2006 at 10:00am

By Joseph W. Rosser, Deputy Constable Travis County,

Precinct 5, Austin, Texas

2. Tenant Michael L. Buesgens was not present at this

Retaliatory eviction

3. Buesgens was at his doctor's office for 10:00am

Appointment on July 6, 2006

4. Buesgens never returned to Falcon Ridge Apartments

5. Buesgens had **10 boxes** of medical records, VA medical Records, copies of tax returns (7 years), federal court Documents and evidence for **potential** and **pending** **Litigation stolen** and **removed** from his apartment

## July 6, 2006 and July 12, 2006

6. Tenant Buesgens admitted at Seton Shoal Creek Hospital on July 6, 2006 and discharged on July 12, 2006

## BUESGENS ALLEGES ALL HIS RECORDS WERE TURNED OVER TO R. BARRY ROBINSON, AUSA OR HIS AGENT AT U.S. ATTORNEY OFFICE AUSTIN, TEXAS

**Witnesses**

1. Mandy Marie Rogers, Apartment Manager

2. Samantha Dawn Shepherd, Assistant Manager

3. Jack Ernest Fritts, Maintenance Man

4. Joseph W. Rosser, Deputy Constable

## TENANT BUESGENS ALLEGES ATTORNEYS AND US.ATTORNEY OFFICE ARE CONCEALING EVIDENCE OF WRONGDOING AND SUBORNING PERJURY

1. Obstructing Justice

2. Witness Tampering

3. Interfering in Buesgens housing discrimination complaints

    A. HUD case No. 06-06-0293-8, Austin, Texas
    B. HUD case No. 07-07-0814-8, Kansas City, Kansas
    C. HUD case No. 07-H-066

3. Tampering with Jurors and Voir Dire

    A. Eviction case No. 041509
    B. Trial January 26, 2006
    C. Charles Eads Brown, Attorney

4. Causing more litigation nationwide

5. Instructing witnesses not to talk

6. Intimidating witnesses

7. Voir Dire Witnesses, to wrongdoing by Attorney Charles Eads Brown

    Brown polluting the well at jury selection with his talk about Buesgens medical disability bipolar

7

8. Witnesses at Falcon Ridge Apartments, the theft and removal Buesgens medical records and federal court evidence for potential and pending litigation

9. State Farm Adjuster Jay Lawrence Vath report and investigation hidden and concealed

## RELIEF

1. Depositions Required

2. Affidavits are worthless

3. Declarations are worthless

Sincerely,

Michael L. Buesgens

August 18, 2008

8

OneSite - Final account statement : Michael Buesgens

Page 1 of 1

Falcon Ridge
500 E Stassney Ln
Austin, TX 78745-3243

*UNLAWFUL RELETTING FEES*
*DOUBLE RENT $3,893.00*
*CHARLES EADS BROWN*
*ET.AL.*

Buesgens, Michael
500 E Stassney Ln Apt 1023
Austin, TX 78745-3275 US

## Final account statement

| Ledger Account at move-out | |
|---|---|
| Rent | 3,893.71 |
| Balance at move-out | $3,893.71 |

| Deposit Activities | |
|---|---|
| Total Deposits on hand | $0.00 |

| Additional charges | |
|---|---|
| Total additional charges / credits / payments | $0.00 |

| Final Account balance | |
|---|---|
| Balance at move-out | 3,893.71 |
| Total Deposits | 0.00 |
| Total additional charges / credits / payments | 0.00 |
| Total account balance due | $3,893.71 |

| FAS Prepared | |
|---|---|
| Date | 07/12/2006 |
| User | Shepherd, Samantha |

| Payer | |
|---|---|
| Buesgens, Michael | |

| Lease Information - Unit 01023 | |
|---|---|
| Move-in | 08/28/2003 |
| Notice given | 07/07/2006 |
| Lease expires | 10/22/2006 |
| Move-out | 07/09/2006 |
| Move-out reason | Evicted |

Thank you for choosing Falcon Ridge as your home. We hope you enjoyed your residency with us and wish you the best in your new home. It has been a pleasure serving you, and we look forward to serving you in the future. Please remit the balance due within 30 days or contact the office to make payment arrangements to avoid further collection procedure.

Manager

**CAUSE # 041509 Falcon Ridge Apartments VS. Michael L. Buesgens**

Jury selection chart:

| 20 JOLYNN JANELL PEREZ | 19 BRENT CARLYLE POHL — *Excused* | 18 BETTY CRAWFORD | 17 MARIANN JOHNSTON | 16 HILARY LYN REYES |
|---|---|---|---|---|
| 15 ALAN ROSWELL WEINER — *Excused* (circled) | 14 RACHEL ANN ATTEBURY — *Excused* | 13 MADELON UNLAUF | 12 GARY PAUL DAVIS ✓ | 11 CATHERINE BROWN SPENCER ✓ |
| 10 KENNETH WAYNE GOHEEN — *Excused* | 09 RAMON HERRERA — *No Show* | 08 JAMES PATRICK OGRADY ✓ | 07 EXCUSED | 06 AMANDA DANIELLE VELA ✓ |
| 05 SCOTT BROWNING COOMBES — *Excused* | 04 EXCUSED | 03 ANGEL GUILLERMO CORTINA ✓ | 02 LAUREN A DAVIS ✓ | 01 DARLENE JONES ✓ |

✓ = jurors selected

CASE NO. 041509
TRIAL 01/26/06

VOIR DIRE AND JUDGE HARRIET M. MURPHY

EVICTION SUIT FORCIBLE DETAINER

CHARLES EADS BROWN EVICTION ATTORNEY REAL ESTATE BROKER AND INVESTOR

Jan 26, 2006 9:15 AM

**Plaintiff's Exhibit No. 2**

August 14, 2008

**Michael L. Buesgens**
Former Tenant
**Falcon Ridge Apartments**
Eviction Date **07/06/2006**
Apartment 1023
500 East Stassney Lane
Austin, Texas 78745
**Current Address**
Extended Stay Hotel
Move in Date **07/17/2006**
8221 North IH 35, Room 459
Austin, Texas 78753
Phone: 512-339-6005X7958
**Mailing Address**
3112 Windsor Rd, Ste A322
Austin, Texas 78703
Email: mikebuesgens@hotmail.com

## HUD CASE NO. 06-06-0293-8

**To**
**Falcon Ridge Apartments Property Owners**
1. Arnold Carl Tauch-Eviction case No. 05-1409
2. Jack Cregg Moss
**Army of Attorneys**
3. Charles Eads Brown
4. R. Barry Robinson, AUSA
   U.S. Attorney Office
5. Gregory Scott Cagle
   Armbrust & Brown, LLP
6. Shelley Bush Marmon
   Crady, Jewett, McCulley, LLP
7. Douglas Houser
   Bullivant, Houser, Bailey, PC
   5225 Katy Freeway, Suite 530
   Houston, Texas 77007

Plaintiff-Appellant Buesgens is requesting Arnold Carl Tauch and Jack Cregg Moss bill of costs or a release from your lien.

**Arnold Carl Tauch** and **Jack Cregg Moss** have a Travis County, Texas court Judgment against defendant Buesgens. From eviction appeal **cause** No. **C-1-CV-06-000678**, trial **June 16, 2006**, and paid for witness Megan Monique Goeres Sarwal Galloway.

1. Judgment **$30,000.00**

2. Turnover cash appeal bond **$10,000.00**

In addition, **Arnold Carl Tauch** and **Jack Cregg Moss** have apartment rent bill for Buesgens.

1. Apartment Rental Contract **12/26/05-10/22/06**

2. **$3,893.00**

## Miscellaneous charges and Legal Expenses

1. Billable Hours
2. Interest and Penalty Charges

Sincerely,

Michael L. Buesgens
August 14, 2008

2

## CERTIFICATE OF SERVICE

I HEREBY certify that one true copy of foregoing sent by first class mail on this 14th day of August 2008 to

1. **Shelley Bush Marmon**
2. Gregory Scott Cagle
3. R. Barry Robinson, AUSA
4. Charles Eads Brown
5. Arnold Carl Tauch
6. Jack Cregg Moss
7. **Douglas Houser**
   **Bullivant, Houser, Bailey, PC**
   **Crady, Jewett, McCulley, LLP**
   2727 Allen Parkway, Suite 1700
   Houston, Texas 77019

**Michael L. Buesgens**
Plaintiff-Appellant
Creditor-Debtor
**Mailing Address**
3112 Windsor Rd, Ste A322
Austin, Texas 78703
Phone: 512-339-6005X7958
Email: mikebuesgens@hotmail.com
August 14, 2008

3

# Attorneys

**Gregory Scott Cagle**
Armbrust & Brown LLP
100 Congress Ave.
Suite 1300
Austin, TX 78701-2744
(512) 435-2300
512/435-2360 (fax)
gcagle@abaustin.com
 *Assigned: 01/04/2007*
 *TERMINATED: 07/05/2007*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Megan Goeres**

*(Defendant)*


**Shelley B. Marmon**
Crady, Jewett, & McCulley, L.L.P.
2727 Allen Parkway
Suite 1700
Houston, TX 77019-2125
(713)739-7007
713/739-8403 (fax)
marmonbkrtcy@cjmlaw.com
 *Assigned: 01/04/2007*
 *TERMINATED: 07/05/2007*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Megan Goeres**

*(Defendant)*



CAUSE NO. C-1-CV-06-000678

FALCON APARTMENTS OF AUSTIN,  §    IN THE COUNTY COURT AT LAW
LTD. D/B/A SOUTH FALCON RIDGE  §
APARTMENTS                     §
   Plaintiff,                §
                               §
vs.                            §                              NO. 1
                               §
MICHAEL L. BUESGENS,           §
   Defendant.                §    OF TRAVIS COUNTY, TEXAS

## FINAL JUDGMENT

This cause came on for trial on June 16, 2006. Plaintiff appeared in person (by duly

authorized representative) and by its attorney of record and announced ready for trial. Defendant

appeared in person. No jury was demanded, and all issues of fact were tried by the Court.

Having considered the pleadings filed by the parties, the evidence admitted at trial, and the

argument of the parties, the Court:

   FINDS AND CONCLUDES that Plaintiff Falcon Apartments of Austin, Ltd. has violated

Chapter 92, Subchapter E of the Texas Property Code;

   FURTHER FINDS AND CONCLUDES that Defendant Michael L. Buesgens should be

awarded under Section 92.205 of the Texas Property Code, one month's rent in the amount of

$730.00 plus $100.00;

   FURTHER FINDS AND CONCLUDES that Defendant Michael L. Buesgens violated

the terms of the lease agreement between him and Plaintiff Falcon Apartments of Austin, Ltd.

and is in default under such lease agreement;

   FURTHER FINDS AND CONCLUDES that Plaintiff Falcon Apartments of Austin, Ltd.

properly terminated Defendant's right of possession to the real property locally described as

Apartment No. 1023 located at 500 E. Stassney Lane, Austin, Texas 78745 (the "Property") and gave Defendant proper notice to vacate;

FURTHER FINDS AND CONCLUDES that Plaintiff Falcon Apartments of Austin, Ltd. is entitled to possession of the Property;

FURTHER FINDS AND CONCLUDES that Defendant Michael L. Buesgens has occupied the Property without paying rent from January 1, 2006 thru June 16, 2006 and Plaintiff Falcon Apartments of Austin, Ltd. is entitled to and should be awarded 6 months rent in the amount of $730 per month;     *NOT ALLOWED TO PAY RENT*

FURTHER FINDS AND CONCLUDES that Plaintiff Falcon Apartments of Austin, Ltd. is entitled to and should be awarded reasonable and necessary attorneys fees in the amount of $24,699.00;

FURTHER FINDS AND CONCLUDES that the lease agreement between Plaintiff Falcon Apartments of Austin, Ltd. and Defendant Michael L. Buesgens provides for accrual of interest on all unpaid amounts due under such lease at a rate of 18%, compounded annually; and

FURTHER FINDS AND CONCLUDES that after setting off the amounts awarded to the respective parties, that Defendant shall take nothing and Falcon Apartments of Austin, Ltd.'s monetary award shall be reduced by $830.00.

IT IS, THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendant Michael L. Buesgens take nothing in this matter.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff Falcon Apartments of Austin, Ltd. have and recover from Defendant Michael L. Buesgens possession of the Property, and Defendant is ordered to surrender possession of said Property to Plaintiff;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff Falcon Apartments of Austin, Ltd. have and recover from Defendant Michael L. Buesgens, and that Defendant pay over to Plaintiff, the sum of $28,249.00 in actual damages and attorneys fees;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff Falcon Apartments of Austin, Ltd. have and recover all taxable court costs incurred by it;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all amounts awarded to Plaintiff shall accrue post-judgment interest at the rate of 18%, compounded annually, from the date of this Judgment until paid by Defendant;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff Falcon Apartments of Austin, Ltd. have and recover the further sum of $5,000.00 in the event that this Court's Judgment is appealed to the Texas Court of Appeals and the Texas Court of Appeals does not reverse or vacate this Court's Judgment in whole or in part;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff Falcon Apartments of Austin, Ltd. have and recover the further sum of $5,000.00 if the Texas Court of Appeals does not reverse or vacate this Court's Judgment in whole or in part, a petition for review is filed to the Supreme Court of Texas, and the petition for review is denied by the Supreme Court of Texas;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff Falcon Apartments of Austin, Ltd. have and recover the further sum of $5,000.00 if the Texas Court of Appeals does not reverse or vacate this Court's Judgment in whole or in part, a petition for review is filed to the Supreme Court of Texas, the petition for review is granted by the Supreme Court of Texas, and the Supreme Court of Texas does not reverse or vacate this Court's Judgment in whole or in part;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff is entitled to such writs and abstracts as are necessary to effect execution of this Judgment.

All other relief prayed for by any party but not herein expressly given is DENIED.

SIGNED this 20 day of June, 2006.

J. David Phillips
_____
Honorable Judge David Phillips

$10,000.00 CASH APPEAL BOND
PAID JANUARY 29, 2006

**AGREED TO IN FORM
AND SUBSTANCE:**

**GREGORY S. CAGLE**
State Bar No. 24003678
**ARMBRUST & BROWN, L.L.P.**
100 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone: (512) 435-2300
Telecopier: (512) 435-2360

**ATTORNEYS FOR PLAINTIFF**

**FILED**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

APR 1 0 2006

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| MICHAEL L. BUESGENS | § |
| | § |
| V. | § |
| | § |
| FALCON RIDGE APARTMENTS, | § |
| FALCON APARTMENTS OF AUSTIN, | § |
| LTD., FALCON APARTMENTS OF | § |
| AUSTIN I, INC. GREYSTAR PROPERTY | § |
| MANAGEMENT, DEBI WEHMEIER | § |
| MANDY ROGERS AND AMANDA | § |
| WILSON | § |

CA NO. A:06-CA-226 LY

*CHARLES Brown*

## DESIGNATION OF LEAD COUNSEL OF RECORD AND MOTION FOR

## WITHDRAWAL OF COUNSEL

Defendants, FALCON RIDGE APARTMENTS, FALCON APARTMENTS OF

AUSTIN, LTD., FALCON APARTMENTS OF AUSTIN I, INC., GREYSTAR

PROPERTY MANAGEMENT, DEBI WEHMEIER, MANDY ROGERS AND

AMANDA WILSON ("Defendants") seek to Designate their Lead Counsel of Record

and file this Motion for Withdrawal of Counsel and in support thereof would show as

follows:

I.

Defendants seek to designate Greg Cagle, ARMBRUST & BROWN, L.L.P, 100

Congress Avenue, Suite 1300, Austin, Texas 78701, (512) 435-2300, Telecopy (512)

435-2360 and Shelley Bush Marmon, CRADY, JEWETT & McCULLEY, L.L.P., 2727

Allen Parkway, Suite 1700, Houston, Texas 77019-2125, (713) 739-7007, (713) 739-

8403 (telecopy) as lead counsel. Defendants further seek permission for Charles E.

Brown, CHARLES E. BROWN, P.C., 3624 North Hills Drive, Suite B-100, Austin,

Texas  78731, (512) 346-6000, (512) 346-6005 (telecopy) to withdraw as counsel of record for the Defendants.  Defendants have expressly approved this substitution.

### III.

The withdrawal of CHARLES E. BROWN, and the designation of Shelley Bush Marmon and Gregory S. Cagle as lead counsel are not sought for delay only, but rather that justice may be done.

Respectfully submitted,

Greg Cagle
Armbrust & Brown, L.L.P.
100 Congress Avenue, Suite 1300
Austin, Texas  78701
Telephone: (512) 435-2300
Facsimile:  (512) 435-2360

Shelley Bush Marmon
CRADY, JEWETT & MCCULLEY, L.L.P.
Texas Bar No. 03497050
2727 Allen Parkway, Suite 1700
Houston, Texas 77019-2125
Telephone: (713) 739-7007
Facsimile: (713) 739-8403

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Substitute Counsel has been forwarded to all parties in accordance with the Federal Rules of Civil Procedure by certified mail, return receipt requested, on this the ___ day of April 2006.

| Charles E. Brown | Michael Buesgens |
|---|---|
| Charles E. Brown, P.C. | Pro Se |
| 3624 North Hills Drive, Suite B-100 | 500 E. Stassney Lane, Apartment 1023 |
| Austin, Texas  78731 | Austin, Texas 78745 |

SHELLEY BUSH MARMON

## NOTICE OF JUDGMENT

DANA DEBEAUVOIR
COUNTY CLERK
P.O. BOX 149325 AUSTIN, TEXAS 78714-9325
1000 Guadalupe, Austin, TX 78701

In re: **FALCON RIDGE VS M BUESGENS**

To:
BROWN CHARLES E.
3624 NORTH HILLS DR, STE B-100
AUSTIN, TX   78701

MICHAEL BUESGENS
500 E STASSNEY LANE, #1023
AUSTIN, TX   78745

In accordance with the provisions of Rule 306a of the Texas Rules of
Civil Procedure you are hereby notified that in Cause No. C-1-CV-06-
000678 in the COUNTY COURT AT LAW 1, Travis County, Texas, FALCON
RIDGE recovered a judgment against MICHAEL L BUESGENS and said
judgment was signed on
JUNE 20, 2006
DANA DEBEAUVOIR, Travis County Clerk

By Deputy:
        C CASTANEDA

C-1-CV-06-000678
24C - 02898

# ARMBRUST & BROWN, L.L.P.

### ATTORNEYS AND COUNSELORS

100 CONGRESS AVENUE, SUITE 1300
AUSTIN, TEXAS 78701-2744
512-435-2300

FACSIMILE 512-435-2360

GREGORY S. CAGLE
(512) 435-2321
gcagle@abaustin.com

June 27, 2006

**VIA HAND DELIVERY**

Dana DeBeauvior
Travis County Clerk
P.O. Box 1748
Austin, TX 78767

000063332

Re:    Cause No. C-1-CV-06-000678; *Falcon Ridge Apartments of Austin, Ltd. d/b/a South Falcon Ridge Apartments v. Michael Buesgens*; In the County Court at Law No. 1, Travis County, Texas.

Dear Ms. DeBeauvior:

On behalf of Falcon Ridge Apartments of Austin, Ltd., please issue a Writ of Possession in regard to the above-referenced cause. Enclosed is a check from our firm in the amount of $135.00 to cover the cost for issuance and service of the writ.

Once the writ has been issued, please forward to the constables office for service. We are requesting the Writ be sent to Constable Precinct 5 for service.

I am also enclosing a copy of the judgment from the above-entitled cause for your review. More than 5 days have passed since the judgment for possession was entered by the court.

Thank you for your assistance. If you have any questions, please feel free to contact me.

Sincerely,

Gregory S. Cagle

GSC:ats

Enclosure

**ATTY: BROWN, CHARLES E.**
    **3624 NORTH HILLS DR, STE B-100**
    **AUSTIN, TX 78701  (435-2300)**

## WRIT OF POSSESSION

THE STATE OF TEXAS
COUNTY OF TRAVIS
**CAUSE NO.C-1-CV-06-000678**

**FALCON RIDGE APARTMENTS**, Plaintiff vs. **MICHAEL BUESGENS**, Defendant
To any Sheriff or any Constable within the State of Texas:
On JUNE 20, 2006, in **COUNTY COURT AT LAW 1** of Travis County, Texas, in
the above-styled and numbered cause, judgment was granted against said
Defendant(s)(Tenant)entitling the said Plaintiff(s)to possession of
the following-described premises to wit:

**500 E. STASSNEY LANE, APT. 1023, AUSTIN, TX 78745**

**THEREFORE YOU ARE COMMANDED TO:**
1. enter such premises and deliver possession thereof to the landlord;
2. instruct the Tenant (Defendant) and all persons claiming under the
   tenant to leave the premises immediately, and, if the persons fail
   to comply, physically remove them.
3. instruct the Tenants to remove or to allow the landlord, the
   landlord's representatives or other persons acting under the
   officer's supervision, to remove all personal property from the
   premises other than personal property claimed to be owned by the
   landlord; and
4. place, or have an authorized person place, the removed personal
   property outside the premises at a nearby location, but not
   blocking a public or private sidewalk, passageway, street, or
   parking area, and not while it is raining, sleeting, or snowing;
5. post a written warning on the exterior of the front door of the
   premises notifying the Tenant that this writ has been issued and
   that it will be executed on or after a specific date and time
   stated in the warning not sooner than 24 hours after the warning is
   posted. You are authorized at your discretion to engage the
   services of a bonded warehouseman to remove and store part or all
   of the property at no cost to the Landlord or the officer executing
   the writ. You are notified that you are not liable for damages
   resulting from the execution of this writ, if executed in good
   faith with reasonable diligence. You may use reasonable force, if
   necessary, in executing this writ.

Issued and given under my hand and seal of said court at Austin, Texas
by Dana DeBeauvoir, County Clerk, Travis County, Texas on **June 27,
2006**.

By

D Ferris

000067176

**TRAVIS COUNTY OFFICER'S RETURN**
Cause # C1CV06000678

- - - - - - - - - - - - - Came to hand JUNE 27, 2006 at 4:24 P.M. - - - - - - - - - - - - -

This Writ of Possession was executed by posting notice for the defendant, MICHAEL BUESGENS, to vacate the premises. The notice was attached to the front door at 500 E. STASSNEY LANE, APT. 1023, Austin, Travis County, Texas 78745, on JUNE 28, 2006 at 5:05 P.M. Execution of the writ was scheduled with the plaintiff for JUNE 30, 2006 at 10:00 A.M., but plaintiff's attorney Gregory Cagle advised to postpone executing the writ, to allow the defendant Michael Buesgens time to post a supercedeas bond. On JULY 3, 2006, I was advised by plaintiff's attorney, that the writ may now be executed. I re-posted notice to vacate on defendants door at 500 E. STASSNEY LANE APT. 1023 Austin, Travis County, Texas 78745 on JULY 3, 2006 at 3:30 P.M. Travis County Attorney Felix Tarrango advised that the writ of possession may proceed, and on JULY 6, 2006 between the hours of 9:45 A.M. and 11:20 A.M., the Writ of Possession was executed by entering the premises named in the writ, and having landlord's agents remove all of defendants possessions and move them to a location outside the apartment complex fence. Although he was aware of the posted date and time, defendant Michael Buesgens was not present at the time of the move-out. During the execution of the writ, I took possession of two handguns, one rifle, one shotgun and two knives for safekeeping. They were placed in an evidence locker. Additionally, I took possession of defendant's prescription medication, personal ID's and credit cards, which were loose inside the premises. These items were given to Deputy J. Torres, who was working security for the apartment complex staff at the location. Defendant came to my office several hours after the writ was executed, and was advised in person to contact Deputy Torres at the location outside the fence, where his belongings were placed, in order to retrieve his medicines and ID's. He was advised to come back to my office on Monday, July 10, 2006 and his weapons would be released to him. Possession of the property was turned over to MANDY ROGERS, agent for the plaintiff, on JULY 6, 2006 at 11:20 A.M. The Property is released to the plaintiff and This Writ of possession is returned to court, on this, Monday, July 10, 2006.

JOE ROSSER
DEPUTY CONSTABLE
TRAVIS COUNTY, PRECINCT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

**2006 JUL 12  PM 2: 16**

MICHAEL L. BUESGENS
        Plaintiff

V.

FALCON RIDGE APARTMENTS,
FALCON APARTMENTS OF AUSTIN,
LTD., FALCON APARTMENTS OF
AUSTIN I, INC., GREYSTAR PROPERTY
MANAGEMENT, DEBI WEHMEIER,
MANDY ROGERS AND
AMANDA WILSON
        Defendants

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

**CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS**

**BY_____
        DEPUTY**

CAUSE NO. A-06-CA-226-LY

## DEFENDANTS' RESPONSE TO
## PLAINTIFF'S SECOND MOTION FOR SANCTIONS [Docket # 63]

COME NOW Defendants Falcon Ridge Apartments, Falcon Apartments of
Austin, Ltd. Falcon Apartments of Austin I, Inc., Greystar Property Management, Debi
Wehmeier, Mandy Rogers, and Amanda Wilson, and their respective counsel and file this
Response to Plaintiffs [SIC] Second Motion for Sanctions and would respectfully show
as follows:

1.    Plaintiff's motion appears to be a motion to compel responses to discovery
in the above-styled and referenced case.  Plaintiff correctly states that this matter was
removed from state district court after he served interrogatories upon Defendants.
Defendants are in receipt of three (3) sets of interrogatories.  As stated in Defendants'
Response [Docket #32] to Plaintiffs first Motion to Compel [Docket #21], Defendants
waited to answer the outstanding discovery in order to comply with Rule 26 and in
compliance with Rule 33(a).  Once the scheduling conference had taken place and

Defendants had completed other Rule 26 obligations,[1] Defendants responded to the outstanding discovery requests, including responses to a Request for Production and three sets of Interrogatories.

2.    Plaintiff's interrogatories exceeded the number of permissible interrogatories under Rule 33. Rule 33 limits the number of interrogatories to 25 in number, including all discrete subparts. In Plaintiff's First Set of Interrogatories, there were thirteen (13) interrogatories, not including subparts. In Plaintiff's Second Set of Interrogatories, there were twenty-four (24) interrogatories, not including subparts. In Plaintiff's Third Set of Interrogatories, there were eighteen (18) interrogatories, not including subparts. The interrogatories were directed generically to all "Defendants" without specification. Therefore, all Defendants responded in writing to the first twenty-five (25) interrogatories. Defendants interposed objections as they believed warranted and responded to all interrogatories in number greater than 25 that such interrogatories exceeded the permissible number of interrogatories and therefore Defendants would not respond beyond Interrogatory No. 25.[2]

3.    Plaintiff alleges that David Armbrust and Frank Brown "lied" in Responses to Requests for Admissions by denying that Charles Brown "polluted voir dire with talk of Buesgens' bipolar and medications." He then requests that the jurors be called to trial in this case to testify about that issue. First, David Armbrust and Frank

---

[1] Note, however, that Plaintiff has failed to comply with Rule 26 by failing to engage in a conference to consider a scheduling order, failing to file initial disclosures, failing to disclose expert testimony, and failing to cooperate in scheduling discovery.

[2] In paragraph 1 of the Motion, Plaintiff complains that Dunham Jewett of the firm of Crady, Jewett & McCulley responded to the interrogatories. In fact, Mr. Jewett has no involvement in this case. Counsel of record for these Defendants is Shelley Bush Marmon or Gregory Cagle. Ms. Marmon was the attorney responsible for signing the interrogatories for the Defendants.

Brown are not counsel of record in this matter and have no personal knowledge or interest in responding to requests for admissions. The requests for admissions were directed to the Defendants collectively and they responded to accordingly. The responses were compiled from the collective knowledge of all of the Defendants and their counsel. Defendants believe that Plaintiff is complaining about two requests for admission which he believes the Defendants have answered incorrectly. For the benefit of the Court, Defendants believe that Plaintiff complains of the following requests and answers:

6.  That Charles E Brown told voir dire in Justice Court #5 on January 26, 2006 that Buesgens has bipolar and requires medication.

ANSWER:    Denied.

7.  That Charles E Brown asked voir dire jurors what they knew about bipolar medication.

ANSWER:    Denied.

Defendants conferred with their former counsel, Charles Brown, to determine whether the statements in the requests were accurate. He responded that they were not accurate; therefore, the requests were denied. Defendants' only obligation is to comply with Rule 36 by either admitting the requests, denying the requests or responding to the requests by stating in detail why the requests cannot be truthfully admitted or denied. Defendants have complied with the rule.

4.    Plaintiff complains about Defendants "lied" in their production of documents. Defendants believe that Plaintiff complains of the following requests for production and responses:

2.    Your copy of the background investigation done on Buesgens by you and your agents including attorney Charles E. Brown.

**RESPONSE:**    None other than the one completed at the inception of your tenancy in June 2003.

3.    A copy of your credit report investigation of Buesgens done by you or your agents or anyone else.

**RESPONSE:**    None other than the one completed at the inception of your tenancy in June 2003.

4.    A copy of National Tenants Network San Antonio, Linda Jerdet Credit and Eviction Report on Buesgens.

**RESPONSE:**    None.

5.    A copy of your police investigation report done on Buesgens by you and your agent or anyone else.

**RESPONSE:**    None.

Plaintiff seems to believe that Defendants have conducted investigations other than as responded. In fact, Defendants have not conducted such investigation other than at the inception of Plaintiff's lease in 2003.

5.    Defendants do not believe a hearing on Plaintiff's Motion will further advance discovery in this matter and that Plaintiff will use the hearing for the purpose of continued harassment of the parties and their counsel. However, to the extent the Court believes a hearing is warranted, counsel for the Defendants will appear and respond appropriately.

WHEREFORE PREMISES CONSIDERED, Defendants request that Plaintiff's Motion for Sanctions [Docket #63] be denied and that the Court enter such other and further orders to which the parties may show themselves justly entitled.

Respectfully submitted,

By: _____
GREGORY S. CAGLE
State Bar No. 24003678
ARMBRUST & BROWN, L.L.P.
100 Congress Avenue, Suite 1300
Austin, Texas  78701
(512) 435-2300
(512) 435-2360 (Telecopy)

SHELLEY BUSH MARMON
State Bar No. 03497050
CRADY, JEWETT & McCULLEY, LLP
2727 Allen Parkway, Suite 1700
Houston, Texas 77019-2125
Telephone:  713.739.7007
Facsimile: 713.739.8403
ATTORNEYS FOR DEFENDANTS
FALCON APARTMENTS OF AUSTIN,
LTD.

## CERTIFICATE OF SERVICE

I do hereby certify that on this 12 day of __July__, 2006 a true and correct copy of the foregoing document was mailed, by First Class Mail and U.S. Certified Mail, Return Receipt Requested, as follows:

Michael L. Buesgens
c/o Seton Shoal Creek Hospital
3501 Mills Avenue
Austin, TX  78731

William S. Warren
1011 Westlake Dr.
Austin, TX  78746

_____
Gregory S. Cagle

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL L. BUESGENS<br>    Plaintiff | § | |
| | § | |
| | § | |
| V. | § | CAUSE NO. A-06-CA-226-LY |
| | § | |
| FALCON RIDGE APARTMENTS, | § | |
| FALCON APARTMENTS OF AUSTIN, | § | |
| LTD., FALCON APARTMENTS OF | § | |
| AUSTIN I, INC., GREYSTAR PROPERTY | § | |
| MANAGEMENT, DEBI WEHMEIER, | § | |
| MANDY ROGERS AND | § | |
| AMANDA WILSON | § | |
|     Defendants | § | |

## ORDER

Before the Court for consideration is Plaintiff's Motion for Sanctions [Docket #63] and Defendants' Response to Plaintiff's Motion for Sanctions. After a review of said motion and response to motion, the Court enters the following:

IT IS ORDERED that Plaintiff's Motion for Sanctions [Docket #63] is DENIED.

SIGNED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE