# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001

**RECEIVED**

AUG 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Michael L. Buesgens

    Plaintiff

Civil No.
1:06CV01964-RBW

**V.**

Charles Eads Brown,
Attorney
Hunter-Kelsey Mortgage Broker
Casey Lending


Shelley Bush Marmon,
Attorney
Crady, Jewett, McCulley


R. Barry Robinson,
Assistant U.S. Attorney

Gregory S. Cagle,
Attorney
Armbrust & Brown, LLP

Chester E. Beaver, Jr,
Assistant Attorney
City of Austin Fair
Housing Office

Felix Tarango,
Assistant Attorney
Travis County, Texas

      Defendants

## ATTORNEY SHELLEY BUSH MARMON
## LETTER DATED JUNE 26, 2006
## Civil No. 1:06CV00226-LY-RP

"The disputes concerning your claims of violations of
the Fair Housing Laws **(HUD Case No. 06-06-0293-8 filed
December 28, 2005)** are presently the subject of
litigation and the issue of reasonable accommodation
**(December 22, 2005)** is a factual and legal issue to be
determined by the court **(U.S. District Court Austin,
Texas Civil action No. 1:06CV00226-LY)** at this point."

## ATTORNEY SHELLEY BUSH MARMON

"The Issue of your Right of Possession has been litigated in the Proper Forum, the Justice of the Peace Court **(Case No. 041509 filed December 30, 2005, trial January 26, 2006)**, which you appealed **($10,000.00 cash bond January 29, 2006)** to the County Court **(Cause No.C-1-CV-06-000678 trial June 16, 2006)** for a trial de novo ."

"The conclusion of both courts was that you have violated the lease and you are not entitled to possession."

"Our clients **(Real Estate Developers Arnold Carl Tauch, and Jack Cregg Moss Falcon Ridge Apartments, Property Managers Robert A. Faith, President, and Joel Kinzie Oldham, Partner Greystar Holdings, Inc)** will not act in direct opposition to the decisions of those two courts."

"You have filed a complaint for violation of the Fair Housing Act, which is now pending in the United States District Court for the Western District of Texas **(1:06CV00226-LY Austin, Texas)**."

"It is set for trial in mid-August **(2006)** at which time your claims **(HUD Case No. 06-06-0293-8)** will be adjudicated."

## ATTORNEY SHELLEY BUSH MARMON

"The Landlord **(Arnold Carl Tauch, Jack Cregg Moss, Robert A. Faith, and Joel Kinzie Oldham)** chose to pursue eviction."

## COMPARISON

## HUD CASE NO. 06-06-0293-8

1. Charles Eads Brown letter dated **February 10, 2006.**

2. City of Austin (HUD certified fair housing office) letter dated **February 17, 2006.**

3. Kim Kendrick, Assistant Secretary U.S. Department of Housing and Urban Development Fair Housing Equal Opportunity **(FHEO)**, Fair Housing Assistance Program **(FHAP)** letter dated **July 28, 2006.**

4. William J. Daley, Regional Counsel U.S. Department of Housing and Urban Development letter dated **October 1, 2007.**

Plaintiff Buesgens housing discrimination complaint HUD case No. 06-06-0293-8 **never** went to trial anywhere. All the foregoing attorneys and HUD officials are well aware of and participated in the wrongdoing.

Buesgens housing discrimination complaint closed by **HUD** on February 17, 2006, based on **trial has begun** in Charles Eads Brown **eviction trial** January 26, 2006 case No. 041509, and **approved, by** Kim Kendrick, and R. Barry Robinson, on July 28, 2006.

Respectfully Submitted,

Michael L. Buesgens
August 22, 2008

# CERTIFICATE OF SERVICE

I HEREBY Certify that I sent one true copy of the foregoing by first class mail on this 23rd day of August, 2008 to

1. **Shelley Bush Marmon**
2. Andiruh Dev Sarwal
3. Megan Monique Goeres
4. Melanie P. Sarwal
5. Patricia Goeres Galloway
6. Ryan Goeres Galloway
   A. **HUD case No. 06-06-0293-8**
   B. Federal Tort Claims Act-Personal Injury
      **Crady, Jewett, McCulley, LLP**
      2727 Allen Parkway, Suite 1700
      Houston, Texas 77019

7. **Kim Kendrick, Assistant Secretary**
8. **Joe Castillo, San Antonio, Texas HUD Record Manager**
   **U.S. Department of Housing & Urban Development**
   Fair Housing Equal Opportunity-FHEO
   Fair Housing Assistance Program-FHAP
   A. Federal Tort Claims Act-Form SF95-**Personal Injury**
   B. **HUD case No. 06-06-0293-8**
   Mail Code E, Room 5100
   451 Seventh Street, SW
   Washington, DC 20410

9. **Charles Eads Brown**
10. John A. Benavides
11. Harriet M. Murphy, Acting Justice of the Peace
12. Herbert E. Evans, Justice of the Peace
13. J. David Phillips, Travis County Judge
14. Robert L. Pitman, Magistrate Judge
15. Earl Leroy Yeakel III, District Court Judge
16. Sam Sparks, District Court Judge
17. David Ferris, Travis County Court Clerk
18. Joe Rosser, Deputy Constable
    A.  HUD case No. 06-06-0293-8
    B. **Federal Tort Claims Act-FTCA-Form SF95**

    Hunter-Kelsey Mortgage Broker
    Casey Lending
    3624 North Hills Drive, B100
    Austin, Texas 78731

19. **Arnold Carl Tauch, General Partner**
20. Megan Monique Goeres, Paid For Witness Apt **1033**
21. Andiruh Dev Sarwal, Attorney Apt **1033**
22. Weimaraner Dog, **No Pet Addendum** Apt **1033**
23. **Jack Cregg Moss, Litigation Manager**
24. Robert A. Faith
25. Joel Kinzie Oldham
26. Greystar Holdings, Inc
27. Falcon Ridge Apartments
28. **Falcon Apartments of Austin I, Inc.**
    **HUD case No. 06-06-0293-8**
    5225 Katy Freeway, Suite 530
    Houston, Texas 77007

29. **Chester Earl Beaver, Jr, Attorney**
30. John A. Benavides
    City of Austin **HUD certified** Fair Housing Office
    Fair Housing Assistance Program-**FHAP**
    **HUD case No. 06-06-0293-8**
    **Federal Tort Claims Act**-Form SF95-Personal Injury
    2205 La Casa Drive
    Austin, Texas 78704

31. **Felix Tarango, Attorney**
    Travis County
    A. HUD case No. 06-06-0293-8
    B. Federal Tort Claims Act
       104 San Mateo Terrace
       Cedar Park, Texas 78613-2940

32. **Miniard Culpepper, General Counsel**
33. Linda G. Katz, Staff Attorney
    HUD New England Tort Claims Center
    A. **Federal Tort Claims Act-Administrative Claims**
    B. HUD case No. 06-06-0293-8
    U.S. Department of Housing & Urban Development
    10 Causeway Street, Room 301
    Boston, Massachusetts
    Phone: 617-994-8223
    Fax: 617-565-6558
    Email: miniard_culpepper@hud.gov

34. **Pat S. Genis, AUSA**
35. **R. Barry Robinson, AUSA**
    A. HUD case No. 06-06-0293-8
    B. IRS Bankruptcy Crimes case No. 06-11164-FRM
    C. Adversary case No. 07-10008
    D. Appeal Civil No. 1:07CV00859-RBW
    E. U.S. Tax Court Petition No. 5378-08
       U.S. Attorney Office
       Tax Division-Bankruptcy Division
       P.O. Box 227
       Washington, DC 20044

36. **Edward B. Rust, CEO**
    State Farm Insurance Companies
    Tenant/Renter Policy 83-LV-0578-9
    **Subrogation Claim** Blue Cross Blue Shield Illinois
    One State Farm Plaza, #A1
    Bloomington, Illinois 61710-0001

37. **Bullivant, Houser, Bailey, PC**
    **Falcon Ridge Apartments Litigators in Oregon**
38. Douglas G. Hoser, Respondeat Superior
39. **R. Daniel Lindahl, Appellate Attorney**
40. Maren J. Holmboe, Attorney
41. Lisa Lear, Attorney
42. **Scott H. Goeres Galloway**, Recalcitrant Witness
43. Patricia Goeres Galloway
44. Megan Goeres Galloway, Volunteer Paid For Witness
45. **Shelley Bush Marmon**
46. **Alan Roswell Weiner,** Voir Dire Member
47. **Blue Cross Blue Shield Litigation Experts**

    A. HUD case No. **06-06-0293-8**
    B. **Plaintiff Buesgens Insurance Policies**
       State Farm **Tenant** Policy No. **83-LV-0578-9**
       Blue Cross Blue Shield **Subrogation Claim**
    C. Civil No. 3:07CV00043-GMK, Oregon
    D. **Ninth Circuit** Appeal No. 07-35578
    E. Civil No. 2:07CV02116-CM-JAR-JPO, Kansas
    F. Civil No. 2:07CV00864-RAJ, Washington
    G. **Ninth Circuit** Appeal No. 08-35202

    888 SW 5th Avenue, Suite 300
    **Portland, Oregon 97204**

*Michael Buesgens*

**Michael L. Buesgens**
Creditor-Adversary-Debtor
Plaintiff-Appellant

**Mailing Address**
3112 Windsor Rd, Ste A322
Austin, Texas 78703
Phone: 512-339-6005X7958
Email: mikebuesgens@hotmail.com
**August 22, 2008**

9

**EXHIBITS**
**HUD CASE NO. 06-06-0293-8**
**FEDERAL TORT CLAIMS ACT-PERSONAL INJURY**

1. Shelley Bush Marmon letter dated June 26, 2006

2. Charles Eads Brown letter dated February 10, 2006

3. HUD letter dated February 17, 2006

4. Kim Kendrick letter dated July 28, 2006

5. William J. Daley letter dated October 1, 2007

6. Plaintiff Buesgens letter dated June 23, 2008

7. Plaintiff Buesgens letter dated July 6, 2008

# PLAINTIFF EXHIBIT NO. 1

# PLAINTIFF EXHIBIT NO. 1

# CRADY, JEWETT & McCULLEY, L.L.P.

LAWYERS
2727 ALLEN PARKWAY
SUITE 1700
HOUSTON, TEXAS 77019-2125
(713) 739-7007
FAX (713) 739-8403
www.cjmlaw.com

SHELLEY B. MARMON
PARTNER
E-mail: smarmon@cjmlaw.com

June 26, 2006

**Via Regular U.S. Mail & Via Certified Mail,**
**RRR # 7160 3901 9849 4243 9290**
Michael L. Buesgens
500 E. Stassney, Apt. 1023
Austin, Texas 78745

Re:    Letter dated June 16, 2006

Dear Mr. Buesgens:

Our client, Falcon Apartments of Austin, Ltd. ("Falcon Ridge"), has asked us to review and respond to the referenced letter. On page 15 of the letter, you requested a written response to your request within five (5) days of the date of receipt of your letter. Your letter was received in the offices of our client on June 21, 2006.

The disputes concerning your claims of violations of fair housing laws are presently the subject of litigation and the issue of reasonable accommodation is a factual and legal issue to be determined by the court at this point. Your request for accommodation dated June 16, 2006, in the form of permission to remain in the apartment through October and renewal of your lease for an unspecified period of time is rejected. The issue of your right of possession has been litigated in the proper forum, the justice of the peace court, which you appealed to the county court at law for a trial *de novo*. The conclusion of both courts was that you have violated the lease and you are not entitled to possession. Our clients will not act in direct opposition to the decisions of those two courts.

I also want to point out that the individuals to whom you addressed your letter are not the "landlord" in this case. These individuals are the representatives of the entity which owns the apartment project. I request that all future requests or correspondence be directed to legal counsel for the entity, either Greg Cagle or me. The individual representatives of the entity which owns the apartment project will not communicate with you directly in light of the facts you have initiated litigation against the entity, now

Michael Buesgens
June 26, 2006
Page: 2

pending before the United States District Court for the Western District of Texas—Austin, Division, and they have retained legal counsel to represent the entity.

Falcon Ridge disagrees with most of the conclusory assertions in your letter. None of your allegations of violations of the Fair Housing Act are valid or correct. You were offered reasonable accommodation for your complaints about your claims of noise above your apartment. You failed to avail yourself of those accommodations and your response appears to have been to commence duplicitous and harassing litigation. No one with the apartment community knew that you claimed any sort of disability until such time as eviction proceedings had commenced. You were in violation of your lease and two courts have concluded that the landlord's action to terminate your right of possession was valid. Courts have held that Fair Housing laws do not prevent or alter a landlord's right and ability to commence eviction proceedings through state court procedures. The landlord in this case chose to pursue eviction. You have filed a complaint for violation of the Fair Housing Act, which is now pending in the United States District Court for the Western District of Texas. It is set for trial in mid-August at which time your claims will be adjudicated. Until then, the landlord declines your request to further discuss accommodation.

Your offer of documentation upon request found on page 15 of your letter dated June 16, 2006 is accepted. Please provide that information along with responses to the interrogatories and requests for production served on you on June 15, 2006.

Very truly yours,

Shelley Bush Marmon

# PLAINTIFF EXHIBIT NO. 2

**CHARLES E. BROWN, P.C**
ATTORNEY AT LAW
BOARD CERTIFIED
COMMERCIAL & RESIDENTIAL REAL ESTATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

3624 NORTH HILLS DR., SUITE B-100                                512-346-6000
AUSTIN, TEXAS 78731                                          FAX: 512-346-6005
                                               CBROWN@CHARLESBROWNLAW.COM

February 10, 2006    *TRIAL HAS BEGUN IN*
*HUD CASE NO. 06-06-0293-8*

Mr. Charles H. Gorham, Administrator
Mr. John A. Benavides, Lead Investigator
City of Austin, Equal Employment/Fair Housing Office
505 Barton Springs Road, Suite 720
Austin, Texas 78704                    *Via Facsimile (512) 974-3278*

Re:   Housing Discrimination Complaint
       Michael Buesgens v. Falcon Ridge Apartments
       COA, EE/FHO 01-06-0016-HG; HUD 06-06-0293-8

Dear Mr. Gorham and Mr. Benavides:

I have attached the following:

1. Defendant's Original Counterclaim (filed by Michael Buesgens in the eviction case
heard by the Justice of the Peace, Precinct 5).

2. Notice of Appeal and Costs (Michael Buesgens' appeal of eviction judgment in
favor of Falcon Ridge Apartments).

3. Plaintiff's Original Complaint, Petition for Damages, and Petition for Temporary
Restraining Order (filed by Michael Buesgens in Travis County District Court).

There are approximately 50 pages of exhibits attached to Plaintiff's Original Petition.
Due to their volume, I did not attach the exhibits. However, I will be happy to provide
the documents at your request.

2-Falcon Ridge  Michael Buesgens, ltr to HUD enel Pet and Appeal

Jan 31 04 10:40a      Charles    wn                                23466005                 p.3

Thank you for your attention to this matter. Please let me know if you have any questions or need further information.

Sincerely,

Charles E. Brown
Attachments

cc:    Falcon Ridge Apartments

*FEBRUARY 10, 2006*

# PLAINTIFF EXHIBIT NO. 3



# City of Austin, Equal Employment/ Fair Housing Office

**Mailing:** P. O. Box 1088, Austin, Texas 78767
**Physical:** 505 Barton Springs Rd. Suite720 , Austin, Texas 78704
512/974-3251 *(Voice)* 512/974-2445 *(TDD)* 512/974-3278 *(Fax)*

February 17, 2006

Michael Buesgens
500E. Stassney Lane Apt-1023
Austin, Texas 78745

RE: 06-06-0293-8/ HUD:01-06-0028-HG/COA.EE/FHO
Michael Buesgens v Mandy Rogers, Falcon Ridge Apartments, Falcon Ridge LP

Dear Mr. Buesgens:

Please let this letter confirm our telephone conversation of this morning. You indicated that you wish to amend your complaint and you were told that your original complaint was heard in JP court with a jury trial. You confirmed that the decision was in favor of the complex and you were evicted and fined $5000.00 attorney's fees with a $10,000. Bond that you had to post. This court action took place on 01/26/2006. You indicated during your telephone conversation of 01/27/2006 that you would be appealing the decision in County Court.

You were invited to come in to file a new complaint. The original complaint has already been heard by the courts and the administrative processing is over when the matter is heard by the courts. That complaint will be closed based on the fact that it has been heard in the courts. We will take a new complaint on any issue that is covered by the Fair Housing Act that was not alleged on the first complaint.

I look forward to you coming in to file the new complaint.

Sincerely,

*John A. Benavides*

John A. Benavides
Lead Investigator

Cc. Nekesha Phoenix,
    Austin Tenants Council

**PLAINTIFF EXHIBIT NO. 4**



U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
WASHINGTON, DC 20410-2000

July 28, 2006



ASSISTANT SECRETARY FOR
FAIR HOUSING AND EQUAL OPPORTUNITY

Mr. Michael L. Buesgens
500 Stassney, Apartment No.1023
Austin, TX 78745-3243

*Kim Kendrick*

Dear Mr. Buesgens:

I am in receipt of your letters of May 31, 2006, and June 6, 2006, wherein you allege misconduct by Fair Housing and Equal Opportunity officials. You specifically allege that, "FHA Statutes and HUD Regulations are being ignored and emitted by them." As a result, you request the removal of U.S. Department of Housing and Urban Development, Office of Fair Housing and Equal Opportunity (FHEO), employees Garry Sweeney, Milton Turner, Turner Russell, and Joe F. Castillo. You also request the Department investigate the actions of certain staff of the City of Austin, Texas.

In response to your complaint, the Department reviewed and assessed the performance of the named HUD personnel in the conduct of their duties to ensure that their actions are in compliance with HUD's guidelines, procedures, and practices for conducting inquiries and investigations under Title VIII of the Fair Housing Act, as amended. We have concluded that there is no evidence to suggest HUD personnel acted improperly regarding the processing of your complaint. The evidence suggests the employees' conduct was appropriate and consistent with HUD policy.

Your decision to move your case to state court required that the City of Austin, Equal Employment/Fair Housing Office close your case. Additionally, the commencement of trial prevented further action by the Office of Fair Housing and Equal Opportunity. Garry Sweeney, FHEO Region VI Director, acting in compliance with Federal regulations and fair housing policy, advised you in a letter dated April 21, 2006, that your case was administratively closed because of the ongoing litigation. The relevant regulation states, "[u]nder the Act, [...] the Secretary may not issue a charge of discrimination regarding an alleged discriminatory housing practice after trial begins in a civil action commenced by the aggrieved person under an Act of Congress or a State law seeking relief with respect to a discriminatory housing practice." 42 U.S.C. Section 3610(g)(4).

The Department does not have jurisdiction to investigate your allegations against non-federal government employees -- namely, Charles Gorham and John Benavides of Austin, Equal Employment/Fair Housing Office (AEEFHO). You may wish to contact Cathy Rodgers, Director, Human Resources and Civil Service of the AEEFHO at 512-974-3250. The address is P.O. Box 1088, Austin, Texas 78767-3243.

2

HUD CASE NO. 06-06-0293-8

Because you elected to file an action in court, the Department can no longer assist you in this matter. However, an additional source of information that you may find helpful is the:

Texas Department of Housing & Community Affairs
Post Office Box 13941
Austin, TX 78711-3941

If the Department can be of further assistance, do not hesitate to contact Garry Sweeney at our Fort Worth Regional office on 817-978-5900.

Sincerely,

Kim Kendrick

Kim Kendrick

JULY 28, 2006

*HUD*

**FHEO Headquarters**
**U.S. Department of Housing and Urban Development**
**451 7th Street, SW**
**Washington, DC 20410**

| Office | Name | Room | Phone |
|---|---|---|---|

**Assistant Secretary for Fair Housing and Equal Opportunity**

| | | | |
|---|---|---|---|
| **Assistant Secretary** | ✓ Kim Kendrick | 5100 | (202) 708-4252 |

*MAIL CODE E*

| | | | |
|---|---|---|---|
| **FAX** | **Assistant Secretary Facsimile Machine** | 5100 | (202) 708-4483 |

*HUD CASE NO. 06-06-293-8*

*LETTER*

*DATED*

*JULY 28, 2006*



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
Fort Worth Regional Office
Office of Fair Housing and Equal Opportunity
801 Cherry Street    PO Box 2905
Fort Worth, Texas  76113-2905
Telephone: 1-888-560-8913  Fax: 1-817-978-5876
www.Hud.Gov


APR 2 1 2006

Mr. Michael L. Buesgens
500 E. Stassney Apt 1023
Austin, TX  78745

Subject: Fair Housing Complaint Case No. 06-0293-8, Michael L. Buesgens v
          Mandy Rogers,

Dear Mr. Buesgens:

    Your February 28, 2006 fax regarding the processing of your complaint
by the City of Austin Equal Employment/Fair Housing Office (AEEFHO) was
received by this Office.  After analysis of your complaint, this Office
Office concurs with AEEFHO's determination to administratively close the
investigation based upon that fact that trial has begun.  As this is an
ongoing litigation, this Office will not initiate any further actions
regarding this matter.

    Your complaint forwarded from the Texas Workforce Commission Civil
Rights Division filed against Austin Fair Housing Office, Mr.Gorham, Mr.
Benavides and Mr. Brown was received in this office on March 28, 2006.  You
may address your concerns with employees of the City of Austin with the City
of Austin Director of Human Resources.  For your concerns with Mr. Brown, you
may contact the Texas Bar Association.

    As these issues are ongoing litigation, this Office will not initiate
any further actions regarding this matter.  If you have additional questions,
you may contact this office at 1-888-560-8913.

                              Sincerely,


                              Garry L. Sweeney
                              Director,
                              Office of Fair Housing
                                And Equal Opportunity
                              Region VI

cc: AEEFH

# PLAINTIFF EXHIBIT NO. 5



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
Fort Worth Regional Office, Region VI
Office of Regional Counsel
801 Cherry Street, Unit #45, Ste. 2500
Fort Worth, TX 76102
Phone: 817-978-5987 FAX: 817-978-5563

October 1, 2007

Mr. Michael L. Buesgens
Extended Stay America
3112 Windsor Road, A 322
Austin, TX 78703

RE:  *Michael L. Buesgens v. Alphonso Jackson, Secretary, U. S. Department of
Housing & Urban Development, et al,* No. 06-60777, (5th Cir.) (HUD Case
No. 06-06-293-8;

Dear Mr. Buesgens:

This will acknowledge receipt of your September 26, 2007 correspondence.
Please be advised that the matters presented in your correspondence are identical to
the matters previously presented by you to the Fifth Circuit Court of Appeals in the
above-styled litigation.  The Fifth Circuit dismissed your petition for review on June 14,
2007.

Consequently, the Department considers all of the issues raised in your
September 26, 2007 correspondence to have been finally determined by the Circuit
Court decision.  You have no further right of review or appeal before the Department,
and no further action will be taken.  Finally, HUD Case No. 06-06-293-8 is closed.

Sincerely,

William J. Daley
Regional Counsel

**PLAINTIFF EXHIBIT NO. 6**

July 6, 2008

**MICHAEL L. BUESGENS**
Former **IRS** Employee
**TIGTA** Investigation, **2002-2003**
Reasonable Reassignment **Denied, 2002-2005**
Involuntary Disability Retirement **03/07/2005**

**Internal Revenue Service**
Customer Service Building
1821 Directors Blvd
Austin, Texas 78744

**MICHAEL L. BUESGENS**
Former **Tenant**
**Falcon Ridge Apartments**
**June 28, 2003** through **July 6, 2006**
Housing Discrimination Complaint filed **12/28/2005**
HUD case No. 06-06-0293-8
Retaliatory Eviction Suit filed **12/30/2005**
Case No. 041509
Trial **01/26/2006**
Appeal Trial **06/16/2006**
Writ of Possession Executed **07/06/2006 at 10:00am**

Apartment **1023**
500 East Stassney Lane
Austin, Texas 78745

**Current Address:**
Extended Stay Hotel
8221 North IH 35, Room 459
Austin, Texas 78753
Phone: 512-339-6005X7958

**Mailing Address:**
3112 Windsor Rd, Ste A322
Austin, Texas 78703
Email: mikebuesgens@hotmail.com

1

## LOCATION

**FALCON RIDGE APARTMENTS**
ONE MILE
FROM
**INTERNAL REVENUE SERVICE**
CUSTOMER SERVICE BUILDING
**MANY IRS EMPLOYEES LIVED AT**
FALCON RIDGE APARTMENTS

## DEPOSITIONS REQUIRED

**Dorienne Victoria Arzu Bonilla** lived at Falcon

Ridge Apartments, apartment No. **734**. Bonilla moved

out of **Falcon Ridge Apartments** after Buesgens moved

into Falcon Ridge Apartments. Dorienne apartment

application included another occupant at apartment

734 **Eugene L. Bonilla Jr.**

**Dorienne Bonilla** is a supervisor at IRS

customer service building. Bonilla was Buesgens

**supervisor in 2001.**

**Dorienne Bonilla participated** in **TIGTA**

investigation of Buesgens in **2002** and **2003.**

**Dorienne provided** TIGTA with her statement, as did

other IRS employees.

2

**Melinda Luna Estrada** IRS "In House" EEO Territory Manager complaint **initiated** TIGTA investigation.

**Daniel Parfitt, Dennis Collins, Robert Leeke,** and **Elizabeth Cottingham** Assistant U.S. Attorney **controlled** the flow of information in Melinda Estada TIGTA investigation of Buesgens.

**TIGTA Agents and Cottingham**

1. **Daniel Parfitt** Dallas, Texas

2. **Dennis Collins**
   300 East 8th Street
   Austin, Texas 78701

3. **Robert J. Leeke**
   IRS Austin Service Center

4. **Elizabeth Cottingham,** AUSA
5. **R. Barry Robinson,** AUSA

   **U.S. Attorney Office**
   816 Congress Avenue, Suite 1000
   Austin, Texas 78701

**TIGTA** agents and U.S. Attorney Office **denied** Buesgens numerous **FOIA** requests that **began** in **2005.**

3

**Buesgens requested** copies of statements made by IRS employees with their names **redacted.**

**Buesgens alleges** that **IRS employees** polluted the well at **Falcon Ridge Apartments** contributing to housing discrimination and retaliatory eviction.

**Buesgens alleges** that **IRS employees** talked to apartment managers about his medical disability and TIGTA investigation and involuntary disability retirement.

**Buesgens alleges** that **Dorienne Bonilla participated** in housing discrimination at Falcon Ridge Apartments.

**Buesgens discovery requests** for names of IRS employees living at Falcon Ridge Apartments **denied** by U.S. Attorney Office and private attorneys and law firms.

## FALCON RIDGE APARTMENTS PROPERTY MANAGERS

1. **Mandy Marie Rogers,** Manager
   DOB: 02/02/1975

   **Address:**
   Falcon Ridge Apartments
   Apartment 1221
   500 East Stassney Lane
   Austin, Texas 78745

2. **Amanda Nicolette Wilson-Torres,** Leasing Agent
   DOB: 03/25/1979
   **Address:**
   1008 B King Albert Street
   Austin, Texas 78745

3. **Samantha Dawn Shepherd,** Assistant Manager
   DOB: 01/28/1983
   **Address:**
   11025 Franklins Tale Loop
   Austin, Texas 78748

4. **Leann Michelle Behl,** Assistant Manager
   DOB: 02/07/1974
   **Address:**
   5930 Fergus
   Kyle, Texas 78640-8629

## FALCON RIDGE APARTMENTS PROPERTY OWNERS

1. **Arnold Carl Tauch**
2. **Jack Cregg Moss**
   Falcon Apartments of Austin I, Inc
   Falcon Group
   5225 Katy Freeway, Ste 530
   Houston, Texas 77007

## ATTORNEYS, LAW FIRMS, AND U.S. ATTORNEYS

1. **R. Barry Robinson, AUSA, Presiding**

   A. **HUD** Case No. 06-06-0293-8
   B. **EEOC** case No. 360-2003-8286X
   C. **MSPB** case No. 1221-06-0171-W-1
   D. **IRS** Bankruptcy **Crimes** Case No. 06-11164-FRM
   E. Civil No. 1:05CV00243-SS
   F. Civil No. 1:06CV01558-RCL
   G. **Eviction Appeal** Cause No: C-1-CV-06-000678
   H. TIGTA-FOIA Denial
   I. **HUD** FOIA Denial
   J. **IRS**-Treasury FOIA Denial
   K. **Writ of Possession** July 6, 2006 **Barry** got all
      The medical records and Federal Court
      Evidence **(10 Boxes)** in Buesgens **Falcon Ridge
      Apartment** No. **1023**

2. **Elizabeth Cottingham, AUSA**
   TIGTA Record Manager

   **U.S. Attorney Office**
   816 Congress Avenue, Ste 1000
   Austin, Texas 78701

3. **Charles Eads Brown,** Attorney
   3624 North Hills Drive, B100
   Austin, Texas 78731

4. **Shelley Bush Marmon**
   Crady, Jewett, McCulley, LLP
   2727 Allen Parkway, Ste 1700
   Houston, Texas 77019

5. **Gregory S. Cagle,** Attorney
   Armbrust & Brown, LLP
   100 Congress Avenue, Ste 1300
   Austin, Texas 78701

6. **Maren J. Holmboe,** Attorney
   Bullivant, Houser, Bailey, PC
   888 SW 5th Avenue, Suite 300
   Portland, Oregon 97204

7. **Jennifer Leigh Owen,** Attorney
   Double Rent Records Manager
   Higier, Allen, Lautin, LLP
   5057 Keller Springs Road, Ste 600
   Addison, Texas 75001

8. Chester Earl Beaver Jr
   Assistant Attorney
   City of Austin, Texas

9. Felix Tarango,
   Assistant Attorney
   Travis County, Texas


   **U.S. Attorney Office manages** all the

litigation and forgoing attorneys and law firms.

Private Attorneys regularly **consult** with U.S.

Attorneys for **coordinated consolidated**

misrepresentations and misconduct.

**DORIENNE VICTORIA BONILLA**
Dorienne Arzu Bonilla
DOB: 02/14/1970
**IRS** Employee Austin, Texas
Internal Revenue Service
**Customer Service Building**
**1821 Directors Blvd**
Austin, Texas 78744
Email: dorienne.bonilla@irs.gov

**Eugene L. Bonilla Jr., Spouse**

**DORIENNE BONILLA**
**Former** Tenant-**2003**
**Falcon Ridge Apartments**
Apartment **734**
500 East Stassney Lane
Austin, Texas 78745

**Address:**

1. 803 Lisa Lane
   Killeen, Texas 76543

**Former Address:**

2. P.O. Box 16476
   Austin, Texas 78761-6476

3. P.O. Box 40164
   Austin, Texas 78704-0003

4. P.O. Box 653
   Killeen, Texas 76540-0653

5. P.O. Box 11355
   Killeen, Texas 76547

6. 9200 North 1008, Apartment 1008
   Austin, Texas 73301

Sincerely,

**Michael L. Buesgens**
Former IRS Employee
Former Falcon Ridge Apartments Tenant

July 6, 2008

**PLAINTIFF EXHIBIT NO. 7**

June 23, 2008

# MICHAEL L. BUESGENS
FOIA Requester
## Mailing Address:
3112 Windsor Rd, Suite A322
Austin, Texas 78703
Phone: 512-339-6005X7958
Email: mikebuesgens@hotmail.com

## RE: What is the status of my HUD FOIA requests and appeals that began in 2006 and continue into 2008?

1. See my Dual Filed HUD case No. **06-06-0293-8**
   **No** Administrative Record from HUD

2. See my Federal Tort Claims Act-Forms **SF95** Filed
   A. **2006**
   B. **2007**

3. Miniard Culpepper, HUD General Counsel and Kim Kendrick, HUD-FHEO-FHAP Assistant Secretary **Never** responded to my **2007** personal injury Federal Tort Claim

## TO THE FOLLOWING:

1. **Kim Kendrick,** Assistant Secretary
2. **Vickie J. Lewis,** FOIA Director
   Office of the Executive Secretariat
   **U.S. Department of Housing & Urban Development**
   451 7th Street, S.W., Room 10139
   Washington, D.C. 20410
   Phone: 202-708-3054
   **Fax: 202-619-8365**

3. **Miniard Culpepper,** General Counsel
   Federal Tort Claims Act-**FTCA**-Form **SF95**
4. **James H. Barnes,** Deputy Regional Director
   **U.S. Department of Housing & Urban Development**
   10 Causeway Street, Room 301
   Boston, MA 02222-1092
   Phone: 617-994-8223
   **Fax: 617-565-6558**

Sincerely,

Michael L. Buesgens
June 23, 2008

## CERTIFICATE OF SERVICE

I certify that one true copy of the foregoing was
served by fax on this 23rd day of June, 2008, **faxed**
to the following:

1. Kim Kendrick, HUD Assistant Secretary
2. Vicky J. Lewis, HUD FOIA Director
   Washington, D.C.
   FAX: 202-619-8365

3. Miniard Culpepper, HUD General Counsel
4. James H. Barnes, HUD Deputy Regional Director
   Boston, MA
   Fax: 617-565-6558

Michael L. Buesgens
3112 Windsor Rd, Suite A322
Austin, Texas 78703

2