# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Washington, DC 20001

RECEIVED

AUG 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Michael L. Buesgens**

     Plaintiff

                           Civil No.
               **1:06CV01964-RBW**

**V.**

**Charles Eads Brown,**
Eviction Attorney

**R. Barry Robinson, AUSA**
Dual Filed HUD case
No. 06-06-0293-8

**Shelley Bush Marmon,**
**Attorney**
Crady, Jewett, McCulley, LLP

**Gregory S. Cagle, Attorney**
Armbrust & Brown, LLP

**Felix Tarango,**
Travis County Attorney

**Chester Earl Beaver,**
City of Austin Attorney

**Kim Kendrick, Assistant**
**Secretary**
Fair Housing Equal Opportunity-**FHEO**
Fair Housing Assistance Program-**FHAP**
Federal Tort Claims Act-**FTCA**
**Dual Filed HUD case**
**No. 06-06-0293-8**
**U.S. Department of Housing & Urban Development**

> Defendants

## PLAINTIFF BUESGENS NOTICE OF EVIDENCE
## CIVIL ACTION NO. 1:06CV00260-LY
## U.S. DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

### Introduction

Civil No. **1:06CV00260-LY** is Falcon Ridge

Apartments eviction case No. **041509** and Buesgens

eviction appeal cause No. **C-1-CV-06-000678.**

Plaintiff Buesgens removed cause No. **C-1-CV-06-**

**000678** to Judge Earl Leroy Yeakel III court because of

attorneys Brown, Cagle, Marmon removal of **related**

**housing discrimination complaint** case No. **D-1-GN-06-**

**000262** to Judge Earl Leroy Yeakel, III court where it

became **1:06CV00226-LY-RP.**

**See the following court case filings by**

**Attorneys Gregory Scott Cagle and Shelley Bush**

**Marmon.**

1. Motion for Remand filed **04/27/2006** and Amended
Motion for Remand field **05/05/2006**.

A. "Justice Court had original and exclusive

jurisdiction to enter the JP Judgment."


B. **No issue** of federal law is involved in the

appeal."


C. "The **sole issue** involved in the CCL Appeal is the

right of possession of the apartment and the award of

attorney fees in the Justice Court culminating in the

JP Judgment."


D. **No other issues** are permitted or to be

considered by the County Court at Law in considering th

CCL appeal."

E. **"THEREFORE**, the movants request that **that portion** of
the case before this Court **that relates** to the County
Civil Cvourt at Law proceeding removed by Michael
Buesgens on April 14, 2006 **as it relates** to a
**determination** of the **right of possession** of an
apartment, and consideration of **attorneys fees** awarded
in JP Case be remanded to the County Civil Court at Law
for Travis County, Case No. C-1-CV-06-000678, and that
the movant **recover all costs** and disbursements,
including **attorney fees**, incurred by reason of the
removal proceeding, and prays for such other and
further relief as is just and proper."

**See Judge Earl Leroy Yeakel III order
granting Plaintiff's Motion to Remand entered
05/24/2006.**

"Having reviewed the motion, the file, and the
applicable law the Court is of the opinion that the
**amended motion** for remand should be granted for
substantially the reasons asserted in **Falcon Ridge's
motion.**

4

## CONCLUSION

**Trial never began** in Buesgens housing discrimination complaint. Attorney **Charles Eads Brown interfered** in Plaintiff Buesgens housing discrimination the dual filed HUD case No. **06-06-0293-8.**

Attorneys **Shelley Bush Marmon** and **Gregory Scott Cagle had awareness, are accomplices** in this **fraud,** and **obstruction of justice. See how they word their motion for remand.** The attorneys want to move **that portion** of Buesgens eviction appeal back to **Judge J. David Phillips** Travis County Court at Law No. 1, **Cause** No. C-1-CV-06-000678.

**Judge Earl Lee Yeakel III** is well **aware** of this fraud, **solicited and supported** it in both the cases assigned to him civil No. **1:06CV00260-LY** and civil No. **1:06CV00226-LY-RP.**

Respectfully Submitted,

**Michael L. Buesgens**
Former Tenant Falcon Ridge Apartments
Apartment 103
Austin, Texas
**August 27, 2008**

## CERTIFICATE OF SERVICE

I HEREBY, Certify that I sent one true copy of the foregoing by first class mail on this 29th day of August 2008 to

1. Judge Earl Leroy Yeakel III
2. Judge J. David Phillips
3. Harriet M. Murphy, Acting Justice of the Peace
4. Herbert E. Evans, Justice of the Peace
5. Robert L. Pitman, Magistrate Judge
6. Judge Sam Sparks
7. R. Barry Robinson, AUSA
**U.S. District Court**
**For the Western District of Texas**
**Austin Division**
200 West 8th Street
Austin, Texas 78701

8. **Gregory Scott Cagle**
Armbrust & Brown, LLP
100 Congress Avenue, Suite 1000
Austin, Texas 78701

9. **Shelley Bush Marmon**
Crady, Jewett, McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, Texas 77019

6

10. Douglas G. Houser
11. R. Daniel Lindahl, Appellate Attorney
12. Scott Goeres Galloway
13. Megan Goeres Galloway
14. Patricia Goeres Galloway
15. Maren J. Holmboe, Attorney
    **Bullivant, Houser, Bailey, PC**
    **888 SW 5th Avenue, Suite 300**
    **Portland, Oregon 97204**

16. Charles Eads Brown, Attorney
17. John A. Benavides, HUD Investigator
18. Andiruh Dev Sarwal, Attorney, Weimaraner Dog
19. Melanie P. Sarwal, Attorney
20. Felix Tarango, Attorney
21. Chester Earl Beaver, Jr, Attorney
    Dual Filed HUD case No. 06-06-0293-8
    **3624 North Hills Drive, B100**
    **Austin, Texas 78731**

22. Kim Kendrick, Assistant Secretary
    U.S. Department of Housing & Urban Development
    **HUD case No. 06-06-0293-8**
    Mail Code E, Room 5100
    451 Seventh Street, SW
    Washington, DC 20410

*[signature]*

**Michael L. Buesgens**
**Mailing Address**
3112 Windsor Rd, STE A322
Austin, Texas 78703
Phone: 512-339-6005X7958
Email: mikebuesgens@hotmail.com
**August 27, 2008**

7

# EXHIBITS

## CIVIL NO. 1:06CV00260-LY
## APPEAL CAUSE NO. C-1-CV-06-000678
## EVICTION CASE NO. 041509
## HUD CASE NO. 06-06-0293-8

1. Motion to Remand filed **04/27/2006**

2. Amended Motion to Remand filed **05/05/2006**

3. Judge Earl Leroy Yeakel III Order entered **05/24/2006**

4. Docket Sheet Civil No. **1:06CV00260-LY**
   U.S. District Court
   For the Western District of Texas
   Austin Division

# PLAINTIFFS EXHIBIT NO. 1

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2006 APR 27 PM 1:48

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____DW_____
            DEPUTY

MICHAEL L. BUESGENS          §
                             §
V.                           §
                             §      CA NO. 06-CV-260
FALCON RIDGE APARTMENTS,     §
FALCON APARTMENTS OF AUSTIN, §
LTD., FALCON APARTMENTS OF   §
AUSTIN I, INC. GREYSTAR PROPERTY §
MANAGEMENT, DEBI WEHMEIER    §
MANDY ROGERS AND AMANDA      §
WILSON                       §

4/27/2006

## <u>MOTION FOR REMAND</u>

Defendants, by the undersigned attorney, move to remand that portion of the above-styled

and numbered cause which was removed by Michael Buesgens from the County Civil Court No. 1

for Travis County, Texas and would show as follows:

### FACTS and ARGUMENT

1.      On or about March 29, 2006, Defendant Falcon Ridge Apartments Ltd. filed its notice

of removal of Case No. D-1-GN-06-000262 pending before the 200th Judicial District Court of

Travis County, Texas (the "State District Court Case") . The basis for removal of the State District

Court Case is that Plaintiff, Michael Buesgens, alleges that Defendants, Falcon Ridge Apartments,

Ltd. and others, violated the Fair Housing Act and the Americans with Disabilities Act by failing to

accommodate his disability (bipolar) in connection with his lease of an apartment in Austin, Travis

County, Texas.

2.      Plaintiff and Defendant Falcon Ridge Apartments, Ltd. are also parties to an eviction

proceeding, first tried in the court of original jurisdiction, the Justice of the Peace Precinct Number

Five in Austin, Travis County, Texas.  The case is styled *Falcon Ridge Apartments and Greystar*

*Property Management v. Michael L. Buesgens.* Case No. 041509 ("JP Case"). After a trial of the JP

Case in that court on January 26, 2006, judgment was entered awarding possession of the apartment

to the landlord, Falcon Ridge Apartments, Ltd. and awarded attorneys fees in the amount of $5,000

to be paid by the tenant, Michael Buesgens ("JP Judgment"). The Justice Court had original and

exclusive jurisdiction to enter the JP Judgment. TEX. PROP. CODE § 24.004.

3.    Michael Buesgens appealed the JP Judgment to the court with jurisdiction to consider

the appeal of an eviction suit, the County Civil Court at Law for Travis Count. Cause No. C-1-CV-

06-000678; *Falcon Ridge Apartments vs. Michael L. Buesgens* (the "CCL Appeal"). Michael

Buesgens posted a bond in connection with the CCL Appeal. On or about April 14, 2006, Michael

Buesgens filed a Notice of Removal of the CCL Appeal to this Court.

4.    Defendants join in seeking remand of the CCL Appeal to the County Civil Court for

Travis County. The removal of the CCL Appeal is improper and untimely. No issue of federal law

is involved in the appeal. The sole issue involved in the CCL Appeal is the right of possession of the

apartment and the award of attorney's fees in the Justice Court culminating in the JP Judgment. TEX.

R. CIV. PRO. 746. No other issues are permitted or to be considered by the County Court at Law in

considering the CCL Appeal. The court with sole jurisdiction over the appeal of the JP Case is the

County Court for the county in which the judgment was rendered by the justice court, or Travis

County Civil Court. TEX. R. CIV. PRO. 749.

5.    No issues of federal law are involved in the removed CCL Appeal.

6.    Only issues of local State law are involved in the removed CCL Appeal and it should

be remanded.

THEREFORE, the movants request that that portion of the case before this Court that relates

to the County Civil Court at Law proceeding removed by Michael Buesgens on April 14, 2006 as it

2

241893-1

relates to a determination of the right of possession of an apartment, and consideration of attorneys

fees awarded in the JP Case be remanded to the County Civil Court at Law for Travis County, Case

No.C-1-CV-06-000678, and that the movant recover all costs and disbursements, including attorney

fees, incurred by reason of the removal proceeding, and prays for such other and further relief as is

just and proper.

Respectfully submitted,


By: _____
GREGORY S. CAGLE
State Bar No. 24003678
ARMBRUST & BROWN, L.L.P.
100 Congress Avenue, Suite 1300
Austin, Texas  78701
(512) 435-2300
(512) 435-2360 (Telecopy)

SHELLEY BUSH MARMON
State Bar No. 03497050
CRADY, JEWETT & McCULLEY, LLP
2727 Allen Parkway, Suite 1700
Houston, Texas 77019-2125
Telephone:  713.739.7007
Facsimile: 713.739.8403

ATTORNEYS FOR DEFENDANT
FALCON APARTMENTS OF AUSTIN, LTD.

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this ~~8-7~~ day of April , 2006 a true and correct copy of the foregoing document was mailed, by First Class Mail and Certified Mail, Return Receipt Requested , as follows:

Michael L. Buesgens
500 E. Stassney, Apartment 1023
Austin, TX  78745

_____
Gregory S. Cagle

4/27/2006

# PLAINTIFFS EXHIBIT NO. 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FALCON RIDGE APARTMENTS, LTD.    §
                                 §
V.                               §        CA NO. 06-CV-260-LY
                                 §
MICHAEL L. BUESGENS              §

**FILED**

2006 MAY -5  PM 4: 54

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
                DEPUTY

5/5/2006

### AMENDED MOTION FOR REMAND

Plaintiff Falcon Ridge Apartments, Ltd., by the undersigned attorney, moves to remand that portion of the above-styled and numbered cause which was removed by Michael Buesgens from the County Civil Court at Law No. 1 for Travis County, Texas and would show as follows:

### FACTS AND ARGUMENT

1.    This matter arises out of an eviction proceeding filed by Plaintiff Falcon Ridge Apartments against Defendant Michael L. Buesgens, styled Case No. 041509, *Falcon Ridge Apartments and Greystar Property Management v. Michael L. Buesgens*, and filed in the Justice of the Peace Precinct Number Five in Austin, Travis County, Texas ("JP Eviction Case"). Pursuant to Texas Property Code Section 24.004, the Justice Court had original and exclusive jurisdiction over the JP Eviction Case.

2.    After a trial of the JP Eviction Case in that court on January 26, 2006 judgment was entered awarding possession of the apartment to Falcon Ridge Apartments, Ltd. and awarding Falcon Ridge Apartments, Ltd. attorneys fees in the amount of $5,000 to be paid by Michael Buesgens ("JP Eviction Judgment").

3.    Following entry of the JP Eviction Judgment, on February 2, 2006, Michael Buesgens appealed the JP Eviction Judgment to the court with jurisdiction to consider the appeal of an eviction

1

241893-2

suit, County Civil Court at Law for Travis County, Texas, which was styled as Cause No. C-1-CV-06-000678; *Falcon Ridge Apartments vs. Michael L. Buesgens*, filed in the County Court at Law No. 1 of Travis County, Texas (the "CCL Eviction Appeal").

4.    On or about April 14, 2006, Michael Buesgens filed a Notice of Removal of the CCL Eviction Appeal to this Court on the basis that it is a "companion case" to a different lawsuit filed by Michael Buesgens styled Cause No. D-1-GN-06-000262, *Michael L. Buesgens v. Falcon Ridge Apartments, Falcon Apartments of Austin, Ltd. Falcon Apartments of Austin I, Inc., Greystar Property Management, Debi Wehmeier, Mandy Rogers, and Amanda Wilson*, filed in the 200th Judicial District Court of Travis County, Texas (the "State District Court Case") and subsequently removed to federal court.

5.    In the State District Court Case, Michael L. Buesgens alleges that the named defendants violated the Fair Housing Act and the Americans with Disabilities Act by failing to accommodate his disability (bipolar) in connection with his lease of an apartment in Austin, Travis County, Texas, which is also the same apartment made the basis of the JP Eviction Case. The State District Court Case was removed to the United Dates District Court for the Western District of Texas – Austin Division on March 29, 2006 and assigned Cause No. A:06-CA-226-LY. Removal of the State District Court Case is based on the federal questions presented by Mr. Buesgens claims of violation of the Fair Housing Act and the Americans with Disabilities Act.

6.    Defendants join in seeking remand of the CCL Eviction Appeal back to the County Civil Court for Travis County. The removal of the CCL Eviction Appeal is improper and untimely. No issue of federal law is involved in the appeal. The sole issue involved in the CCL Eviction Appeal is the right of possession of the apartment and the award of attorney's fees in the Justice Court

2

culminating in the JP Eviction Judgment. TEX. R. CIV. PRO. 746. No other issues are permitted or

to be considered by the County Court at Law in considering the CCL Eviction Appeal. The court

with sole jurisdiction over the appeal of the JP Eviction Case is the County Court for the county in

which the judgment was rendered by the justice court, or Travis County Civil Court. TEX. R. CIV.

PRO. 749.

7.    No issues of federal law are involved in the removed CCL Eviction Appeal.

8.    Only issues of local State law are involved in the removed CCL Eviction Appeal and it

should be remanded.

THEREFORE, Plaintiff Falcon Ridge Apartments, Ltd. requests that that portion of the case

before this Court that relates to the County Civil Court at Law proceeding removed by Michael

Buesgens on April 14, 2006 as it relates to a determination of the right of possession of an apartment,

and consideration of attorneys fees awarded in the JP Eviction Case be remanded to the County Civil

Court at Law for Travis County, Case No. C-1-CV-06-000678, and that Plaintiff recover all costs and

disbursements, including attorney fees, incurred by reason of the removal proceeding, and prays for

such other and further relief as is just and proper.

Respectfully submitted,

By: _____
GREGORY S. CAGLE
State Bar No. 24003678
ARMBRUST & BROWN, L.L.P.
100 Congress Avenue, Suite 1300
Austin, Texas 78701
(512) 435-2300
(512) 435-2360 (Telecopy)

SHELLEY BUSH MARMON

3

State Bar No. 03497050
CRADY, JEWETT & McCULLEY, LLP
2727 Allen Parkway, Suite 1700
Houston, Texas 77019-2125
Telephone: 713.739.7007
Facsimile: 713.739.8403

ATTORNEYS FOR PLAINTIFF
FALCON APARTMENTS OF AUSTIN, LTD.

## CERTIFICATE OF SERVICE

I do hereby certify that on this _5_ day of _May_, 2006 a true and correct copy of the foregoing document was mailed, by First Class Mail and U.S. Certified Mail, Return Receipt Requested, as follows:

Michael L. Buesgens
500 E. Stassney, Apartment 1023
Austin, TX 78745

William S. Warren
1011 Westlake Dr.
Austin, TX 78746

_____
Gregory S. Cagle

5/5/2006
1:06CV00260-LY
JUDGE EARL LEROY YEAKEL, III
AUSTIN, TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FALCON RIDGE APARTMENTS, LTD.    §
                                 §
V.                               §        CA NO. 06-CV-260-LY
                                 §
MICHAEL L. BUESGENS              §

## ORDER ON PLAINTIFF'S MOTION FOR REMAND

After considering Plaintiff Flacon Ridge Apartments, Ltd.'s Motion for Remand, the response, and the notice of removal, the Court:

FINDS that Defendant Michael L. Buesgens failed to file his Notice of Removal within 30 days from receiving both the summons and a copy of the complaint from the underlying state-court action;

FINDS further that it does not have jurisdiction over this matter pursuant to 28 U.S.C. § 1441(a) or 28 U.S.C. § 1332(a);

REMANDS this matter to the County Court at Law No. 1 for Travis County, Texas; and

ORDERS that Defendant Michael L. Buesgens pay Plaintiff's court costs, expenses and attorneys fees in the amount of $_____.

SIGNED AND ENTERED this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

5/5/2006

APPROVED AND ENTRY REQUESTED:

GREGORY S. CAGLE
State Bar No. 24003678
ARMBRUST & BROWN, L.L.P.
100 Congress Avenue, Suite 1300
Austin, Texas  78701
(512) 435-2300
(512) 435-2360 (Telecopy)

SHELLEY BUSH MARMON
State Bar No. 03497050
CRADY, JEWETT & McCULLEY, LLP
2727 Allen Parkway, Suite 1700
Houston, Texas 77019 2125
Telephone:  713.739.7007
Facsimile: 713.739.8403

ATTORNEYS FOR PLAINTIFF
FALCON APARTMENTS OF AUSTIN, LTD.

# PLAINTIFFS EXHIBIT NO. 3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2006 MAY 24  PM 1:50

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
               DEPUTY

| | | |
|---|---|---|
| FALCON RIDGE APARTMENTS, LTD., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-06-CA-260-LY |
| | § | |
| MICHAEL L. BUESGENS, | § | |
| | § | |
| DEFENDANT | § | |

5/24/2006

## ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

Before the Court in the above styled and numbered cause of action are Plaintiff Falcon Ridge
Apartments, Ltd.'s (Falcon Ridge) Motion For Remand filed April 27, 2006 (Clerk's Document No.
20)[1] and its Amended Motion For Remand filed May 5, 2006 (Clerk's Document No. 4). Buesgens
removed this cause, an appeal he originally filed in the County Court at Law No. 1 for Travis
County, Texas, styled *Falcon Ridge Apartments v. Michael L. Buesgens*, Cause No. C-1-CV-06-
000678, following a judgment of eviction in the Justice of the Peace Precinct Number Five, Austin,
Texas. As of the date of this order, Buesgens has not filed a response to Falcon Ridge's motion to
remand, and the time to respond to it has passed.[2] Having reviewed the motion, the file, and the
applicable law the Court is of the opinion that the amended motion for remand should be granted for
substantially the reasons asserted in Falcon Ridge's motion.

**IT IS ORDERED** that Plaintiff Falcon Ridge Apartments, Ltd.'s Motion To Remand

---

[1] Falcon Ridge's motion to remand was inadvertently originally docketed in cause number
A-06CA-226-LY. The Court has corrected the docketing error, and the motion is pending in this
cause.

[2] Because Buesgens has not responded Falcon Ridge's motion, the Court may grant it as an
unopposed motion. *See* Loc. R. W.D. Tex. CV-7(d).

BUESGENS RESPONDED IN 1:06CV00226-LY-RP
AS WELL

(Clerk's Document No. 20) is **DISMISSED**.

 **IT IS FURTHER ORDERED** that Plaintiff Falcon Ridge Apartments. Ltd.'s Amended Motion To Remand (Clerk's Document No. 4) is **GRANTED**.

 **IT IS FURTHER ORDERED** that this cause is hereby **REMANDED** to County Court at Law No.1 of Travis County, Texas.

 **IT IS FINALLY ORDERED** that all other relief requested is **DENIED**.

SIGNED this ___*24th*___ day of May, 2006.

       _Lee Yeakel_

       LEE YEAKEL

       UNITED STATES DISTRICT JUDGE

       *AUSTIN, TEXAS*

       *5/24/2006*

**PLAINTIFFS EXHIBIT NO. 4**

. Query    Reports ▼    Utilities ▼    . Logout

CLOSED

# U.S. District Court [LIVE]
# Western District of Texas (Austin)
# CIVIL DOCKET FOR CASE #: 1:06-cv-00260-LY

Falcon Ridge Apartme v. Buesgens
Assigned to: Judge Lee Yeakel
Demand: $0
Related Case: 1:06-cv-00967-LY
Case in other court: Fifth Circuit, 06-50868
                 Supreme Court of TX, 06-00157
                 TXWD - Austin, 1:06cv226LY
                 JP Court No. 3, :00- -00000
                 Travis Co., No. 1, C-1-CV-06-
                 000678
Cause: 42:405 Fair Housing Act

Date Filed: 04/10/2006
Date Terminated: 05/24/2006
Jury Demand: Plaintiff
Nature of Suit: 443 Civil Rights: Accommodations
Jurisdiction: Federal Question

**Plaintiff**

**Falcon Ridge Apartments**　　　　　represented by　**Charles E. Brown**
Charles E. Brown, PC
3624 North Hills Dr.
Suite B-100
Austin, TX 78731
(512)346-6000
Fax: (512)346-6005
*LEAD*
*ATTORNEY*
*ATTORNEY*
*TO BE*
*NOTICED*

V.

**Defendant**

**Michael L. Buesgens**

represented by  **Michael L. Buesgens**
3112 Windsor Rd., #A322
Austin, TX 78703
(512) 339-6005 ext. 7958
Fax: (512) 339-6099
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2006 | | Case assigned to Judge Lee Yeakel (tdk) (Entered: 04/10/2006) |
| 04/10/2006 | 1 | Notice for Removal by Michael L. Buesgens Filing Fee: $ 350.00 Receipt # 385222 (tdk) (Entered: 04/10/2006) |
| 04/10/2006 | | Court file prepared and forwarded to Judge Yeakel (tdk) (Entered: 04/10/2006) |
| 04/17/2006 | 2 | Notice of filing by Michael L. Buesgens "Removal" (mh) (Entered: 04/18/2006) |
| 04/27/2006 | 6 | MOTION to Remand to State Court by Falcon Ridge Apartments. (mh, ) (Entered: 05/24/2006) |
| 05/01/2006 | 3 | MOTION for Court Order on Removal by Michael L. Buesgens. (es) (Entered: 05/03/2006) |
| 05/05/2006 | 4 | AMENDED MOTION to Remand to State Court by Falcon Ridge Apartments. (mh, ) (Entered: 05/08/2006) |
| 05/11/2006 | 5 | ORDER to supplement record with state court filings. Signed by Judge Lee Yeakel. (tdk, ) (Entered: 05/11/2006) |
| 05/24/2006 | 7 | ORDER Granting Plaintiff's Motion to Remand / to County Court at Law No. 1 of Travis County, Texas.. Signed by Judge Lee Yeakel. (mh, ) (Entered: 05/26/2006) |
| 05/30/2006 | 8 | MOTION for Reconsideration by Michael L. Buesgens. (mh, ) (Entered: 06/01/2006) |
| 06/13/2006 | 9 | MOTION for Judicial Notice and Order for Civil Action Numbers A-06-CA-260-LY and A-06-CA-226-LY by Michael L. Buesgens. (Motion divided into 3 parts; see attachments 1 and 2)(es) (Entered: 06/14/2006) |

| 06/13/2006 | 10 | Pro Se Response to Magistrate Judge Robert Pitman's Report & Recommendations dated June 2, 2006, in Case No. A-06-CA-226-LY by Michael L. Buesgens. (Document divided into two parts due to file size.)(es) (Entered: 06/14/2006) |
| 06/13/2006 | 19 | MOTION for judicial notice and order by Michael L. Buesgens. (Attachments: # 1 Supplement Part 2)(mc2, ) (Entered: 07/07/2006) |
| 06/20/2006 | 11 | ORDER denying 8 Motion for Reconsideration, denying 9 Motion for judicial notice and order Signed by Judge Lee Yeakel. (mh, ) (Entered: 06/20/2006) |
| 06/26/2006 | 12 | MOTION to Amend or make additional factual findings re Order on Motion for Reconsideration, Order on Motion for Miscellaneous Relief by Michael L. Buesgens. (Attachments: # 1 Exhibit)(mc2, ) (Entered: 06/27/2006) |
| 06/26/2006 | 13 | MOTION to Proceed in forma pauperis by Michael L. Buesgens. (dm, ) (Entered: 06/27/2006) |
| 06/26/2006 | 14 | MOTION to Appoint Counsel by Michael L. Buesgens. (Attachments: # 1 Exhibit)(dm, ) (Entered: 06/27/2006) |
| 06/27/2006 | 15 | ORDER denying 12 Motion to Amend/Correct Signed by Judge Lee Yeakel. (td, ) (Entered: 06/28/2006) |
| 06/28/2006 | 16 | ORDER dismissing 13 Motion for Leave to Proceed in forma pauperis, dismissing 14 Motion to Appoint Counsel Signed by Judge Lee Yeakel. (mc2, ) (Entered: 06/29/2006) |
| 06/30/2006 | 17 | MOTION for Relief from Judgment or Order by Michael L. Buesgens. (mh, ) (Entered: 07/05/2006) |
| 07/03/2006 | 18 | ORDER dismissing 17 Motion for Relief from Judgment or Order Signed by Judge Lee Yeakel. (mh, ) (Entered: 07/05/2006) |
| 07/06/2006 | 20 | NOTICE OF APPEAL by Michael L. Buesgens. Filing fee $ 455, receipt number 386343. (Attachments: # 1 (Exhibit part 1 of 2) # 2 (Exhibit part 2 of 2))(jk, ) (Entered: 07/10/2006) |
| 07/12/2006 | 21 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 20 Notice of Appeal (jk, ) (Entered: 07/13/2006) |

CM/ECF LIVE - U.S. District Court:txwd      **1:06CV00260-LY, AUSTIN, TEXAS**

| 07/24/2006 | 24 | MOTION to Appoint Counsel by Michael L. Buesgens. (jk, ) (Entered: 08/08/2006) |
| 07/24/2006 | 25 | NOTICE of Filing Request for Court Reporters Record in Various Cases by Michael L. Buesgens (jk, ) (Entered: 08/08/2006) |
| 07/27/2006 | 22 | Letter of transmittal from USCA received on 7/19/06 for 20 Notice of Appeal filed by Michael L. Buesgens, USCA #06-50868. (mc2, ) (Entered: 08/02/2006) |
| 07/27/2006 | 23 | NOTICE of Change of Address by Michael L. Buesgens (mc2, ) (Entered: 08/02/2006) |
| 08/10/2006 | 26 | ORDER dismissing 24 Motion to Appoint Counsel Signed by Judge Lee Yeakel. (jk, ) (Entered: 08/15/2006) |
| 09/06/2006 |  | NOTICE of Certified Appeal Record e-mailed to 5th USCA re 20 Notice of Appeal (jk, ) (Entered: 11/30/2006) |
| 12/11/2006 | 27 | Certified copy of USCA JUDGMENT/MANDATE Dismissing for want of prosecution 20 Notice of Appeal filed by Michael L. Buesgens, (jk, ) (Entered: 12/14/2006) |
| 12/14/2006 | 28 | Request and MOTION for court clerk's record by Michael L. Buesgens. (mc2, ) (Entered: 12/15/2006) |
| 12/21/2006 | 29 | ORDER granting in part and denying in part 28 Motion for Court Clerks Record Signed by Judge Lee Yeakel. (td, ) (Entered: 12/21/2006) |

08/27/2008 12:37:46