# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Washington, DC 20001


**Michael L. Buesgens**

Plaintiff

## RECEIVED

SEP - 2 2008

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

Civil No.

**1:06CV01964-RBW**


**V.**

**Charles Eads Brown,**
Eviction Attorney
Eviction case No. 041509

**R. Barry Robinson,**
Civil Division
HUD case No. 06-06-0293-8
Assistant U.S. Attorney

**Shelley Bush Marmon,**
Bankruptcy Attorney
Crady, Jewett, McCulley, LLP
Eviction Appeal case
No. C-1-CV-06-000678

**Gregory Scott Cagle,**
Real Estate Attorney
Armbrust & Brown, LLP
Eviction Appeal case
No. C-1CV-06-000678

**Chester Earl Beaver, Jr**
City of Austin Attorney
Eviction Appeal case
No. C-1-CV-06-000678

**Felix Tarango**
Travis County Attorney
Eviction Appeal case
No. C-1-CV-06-000678

**Kim Kendrick, Assistant Secretary**
United States Department of Housing
& Urban Development
**HUD case No. 06-06-0293-8**
Fair Housing Equal Opportunity
Fair Housing Assistance Program
**HUD-FHEO-FHAP**

       Defendants, et al


## PLAINTIFF BUESGENS NOTICE OF SUBROGATION CLAIM
## BLUE CROSS BLUE SHIELD
## SPRINGFIELD, ILLINOIS
## CASE NUMBER: 03261TX0001400
## GROUP NUMBER: FEPTX

     Plaintiff Buesgens housing discrimination

complaint and Federal Tort Claims Act Claims are

**directly related** to his subrogation claim against State

Farm Insurance Companies. **See the attached exhibits.**

## BACKGROUND

Buesgens has **four** reasonable accommodation requests at Falcon Ridge Apartments, 500 East Stassney Lane Austin, Texas 78745. Buesgens lived in apartment **1023.** Plaintiff Buesgens **requested** that no large dogs live in the apartment directly above him. His reasonable accommodation requests **denied.**

## REASONABLE ACCOMMODATION REQUESTS LITIGATION HISTORY

1. Reasonable Accommodation Request **11/19/05**

2. Reasonable Accommodation Request **12/22/05**

3. Housing Discrimination Complaint Filed **12/28/05**
   **HUD** case No. **06-06-0293-8**

4. Retaliatory Eviction Case Filed **12/30/05**
   A. **Case** No. **041509**
   B. Justice of the Peace, Precinct **3** Austin, Texas

5. Trial **January 26, 2006**
   A. Justice of the Peace, Precinct **5** Austin, Texas
   B. Harriet M. Murphy, Acting JP
   C. Judgment for **Falcon Ridge Apartments**
   D. Bill of Costs to Buesgens-Attorney Fees **$5,000.00**
   E. **Charles Eads Brown, Eviction Attorney**

6. Appeal Filed **January 29, 2006**

7. Buesgens paid **$10,000.00** cash bond
   Appeal Costs are **Double** the Amount of Attorney Fees


8. Appeal Cause No. **C-1-CV-06-000678**
   Travis County Court at Law No. 1 Austin, Texas


9. Trial **June 16, 2006**
   A. Judge J. David Phillips
   B. David Ferris, Court Manager
   A. Judgment for **Falcon Ridge Apartments**
   B. Bill of Costs to Buesgens **$30,000.00**

10. Reasonable Accommodation Request **06/19/06**

11. Reasonable Accommodation Request **06/29/06**

12. Constructive Eviction under color of State Law

13. Writ of Possession Executed on **07/06/06** at **10:00am**
    **Falcon Ridge Apartments**
    Apartment 1023
    500 East Stassney Lane
    Austin, Texas 78745

14. Buesgens was **not present** at eviction he was at his
    Doctors' office
    **J. Rex Wier III, MD**
    3724 Jefferson Street, Suite 111
    Austin, Texas 78731
    Phone: 512-452-0109
    Fax: 512-452-2706

15. Buesgens medical disability bipolar

16. Buesgens was admitted at **Seton Shoal Creek Hospital
    July 6, 2006** for decompensate bipolar

17. Buesgens was discharged on **July 12, 2006**

4

18. Hospital Bill **$7,300.00**
    A. Buesgens paid deductibles
    B. **Blue Cross Blue Shield Federal Employee Plan**
       Paid the remainder

19. **State Farm Fire & Casualty**
    A. Buesgens tenant/renter Policy No. **83-LV-0578-9**
    B. State Farm paid **nothing** on Buesgens claims
    C. **Personal Injury**
    D. **Theft** of medical records and federal court
       evidence for **potential** and **pending** litigation
    E. **Ten Boxes of Records**
20. Buesgens **never returned** to Falcon Ridge Apartments.

21. Buesgens moved into Extended Stay Hotel on **07/17/06**

22. Buesgens **still lives at** Extended Stay Hotel

23. Buesgens **denied** housing accommodation in **USA**

24. Total Hotel Bill **$38,000.00**

25. The hotel bill is way beyond Buesgens means and he

uses withdrawals from his **IRA** to finance this, and his

legal expenses, that now exceed **$100,000.00.**

26. Buesgens **only source of income** is the monthly

disability of **$1,300.00** that he receives from his

former employer Internal Revenue Service, Department of

the Treasury, and U.S. Office of Personnel Management.

27. Plaintiff Michael Buesgens is 57 years old.

28. **Buesgens is a debtor**. He owes the Commissioners, Internal Revenue Service approximately **$15,000.00** in taxes. His tax problems began in **2005**.

29. Plaintiff Buesgens was **denied** reasonable reassignment at Commissioners Internal Revenue Service.

30. Buesgens **involuntarily** retired on medical disability on **March 7, 2005**.

31. Plaintiff Buesgens has been in litigation with Commissioners Internal Revenue Service and United States Attorney Office since **2005**.

32. **R. Barry Robinson**, Assistant U.S. Attorney 816 Congress Avenue, Suite 1000 Austin, Texas 78703 is the **designated litigation manager** for Buesgens **related** employment and housing discrimination litigation.

33. **See Mr. Robinson** in **HUD** case No. **06-06-0293-8** and employment litigation civil No. **1:05CV00243-SS**, Civil No. **1:06CV00967-LY**, and **IRS** bankruptcy **crimes** case No. **06-11164-FRM**.

34. Plaintiff Buesgens has tax court petition. See U.S. Tax Court petition No. **5378-08**

## PLAINTIFF-CREDITOR-DEBTOR-ADVERSARY BUESGENS ALLEGES THE FOLLOWING

35. That **R. Barry Robinson,** AUSA U.S. Attorney Office **has** Plaintiff Buesgens medical records, and federal court evidence for potential and pending litigation.

36. That all the records **stolen and removed** from Buesgens apartment from **July 6, 2006** through **July 12, 2006** were turned over to Robinson and U.S. Attorney Office.

37. That **State Farm Insurance Companies** are **participating** in this theft of Buesgens records.

38. State Farm **refuses** to release their investigative report at Falcon Ridge Apartments.

39. State Farm and **Jay Lawrence Vath** refused to answer Buesgens **subpoena** for records in civil No. **1:06CV00226.**

40 That **Judge Earl Leroy Yeakel III, Judge Sam Sparks,** and **Magistrate Judge Robert L. Pitman** refused to enforce the **subpoena duces tecum** Buesgens served on **Jay Lawrence Vath** in civil No. 1:06CV00226-LY-RP at **U.S. District Court for the Western District of Texas** 200 West 8th Street Austin, Texas 78701.

41. That State Farm, U.S. Attorney Office, U.S. Department of Housing & Urban Development, City of Austin, Travis County, State of Texas, private persons, individuals and entities have **conspired and colluded** to **deprive** Plaintiff Buesgens his **legal rights** and **remedies** in all forums.

42. That IRS employees **living** at Falcon Ridge Apartments **polluted the well** with their talk about Buesgens medical disability and involuntary disability retirement.

43. **Dorienne Bonilla** is one such **IRS supervisor** that lived at Falcon Ridge Apartments in apartment **734** 500 East Stassney Lane Austin, Texas 78745.

44. Plaintiff Buesgens alleges that the talk from IRS employees **contributed** to his retaliatory eviction at Falcon Ridge Apartments.

45. **R. Barry Robinson, AUSA** keeps Dorienne Bonilla and the other **IRS employees** hidden and out of site in **collusion** with eviction attorneys Charles Eads Brown, Shelley Bush Marmon, and Gregory S. Cagle.

46. Plaintiff Buesgens has been and continues to be **denied discovery** on this issue. Judge Sam Sparks, Judge Earl Leroy Yeakel III, and Magistrate Judge Robert L. Pitman are **participating in this cover up.**

### BLUE CROSS BLUE SHIELD FEDERAL EMPLOYEE PLAN HAS SUBROGATION CLAIM AGAINST STATE FARM INSURANCE COMPANIES

47. Blue Cross Blue Shield **paid a debt** that is the **responsibility** of State Farm Insurance companies.

48. Plaintiff Buesgens, Seton Shoal Creek Hospital bill **$7,300.00,** for the dates **July 6, 2006** through **July 12, 2006.** The additional diagnostic tests and follow-up doctor visits **related** to retaliatory eviction.

49. Plaintiff Buesgens has the following **State Farm Insurance policies.**

    A. Tenant/Renter Policy No: **83-LV-0578-9**

    B. Automobile Policy No: **U24 0349-D30-53S**

50. State Farm **refused** to take Buesgens personal injury claims and theft claims on **July 6, 2006.**

51. Plaintiff Buesgens filed complaint with **Illinois Division of Insurance** because R. Barry Robinson, AUSA U.S. Attorney's Office has everyone cooked in Texas.

52. **Illinois Complaint No: IL07-09692**

53. State Farm **cancelled** Buesgens tenant/renter policy No. **83-LV-0578-9** in August 2006.

54. State Farm sent Buesgens a refund check for **$100.00.**

55. Buesgens **never** cashed the check and **sent it back** to State Farm Insurance Companies.

56. Plaintiff Buesgens truck was broken into at Extended Stay Hotel in 2007. Buesgens had to pay the $500.00 deductible.

Living at Extended Stay Hotel is **not a choice.** No multifamily apartment communities will rent an apartment to Buesgens because of the foregoing **misconduct** by State Farm, HUD, U.S. Attorney Office, and private individuals and entities.

## SCUM

57. Plaintiff Buesgens is labeled as scum.

58. Buesgens **reputation** in the community (USA) has been ruined forever.

## PLAINTIFF BUESGENS TENANT/CREDIT HISTORY

59. Buesgens has **never** missed a payment on anything in his life.

60. Buesgens has **never** had a complaint against him at any apartment community.

61. Buesgens has rented apartments for **30 years.**

## FALCON RIDGE APARTMENTS

62. Real Estate Developers

    A. Arnold Carl Tauch, Landlord
    B. Jack Cregg Moss, Litigation Manager
       Falcon Group
       Falcon Interests Realty
       5225 Katy Freeway, Suite 530
       **Houston, Texas 77007**

63. The foregoing is **financing** the opposition litigation against Plaintiff Buesgens in the following

**Venues:**

    A. Texas
    B. Kansas
    C. Oregon

D. Washington
E. California
F. District of Columbia
G. Illinois

## STATE FARM PLAYERS
## Plaintiff Buesgens has contacted all the following individuals since 2006

64. Edward B. Rust, CEO, Bloomington, Illinois
65. James Rutrough, Vice Chairman, Bloomington, IL
66. Jay Lawrence Vath, Adjuster, Austin, Texas
67. Marc Eric Malinger, Attorney, Austin, Texas
68. William Kenndy Crone, Agent, Austin, Texas
69. Denise Louise Black, Agent, Austin, Texas
70. Leaf Walker, Claims, Houston, Texas
71. Joseph A. Barbknecht, Attorney, Dallas, Texas
    Barknecht Law Firm

## CONCLUSION

Civil No. 1:06CV01964-RBW, U.S. District Court
for the District of Columbia has **intertwined** causes of
action and multiple players. Plaintiff Buesgens housing
Discrimination **HUD** case No. **06-06-0293-8** originated in
Texas and **is the cause** of Buesgens other housing
discrimination complaints across the United States.

**Kim Kendrick**, Assistant Secretary, U.S.
Department of Housing and Urban Development is the
**central HUD player**.

Respectfully Submitted,

Michael L. Buesgens

August 29, 2008

## CERTIFICATE OF SERVICE

I HEREBY Certify that I sent one true copy of the foregoing by priority mail, delivery confirmation on this 30th day of August 2008 to

1. **Blue Cross Blue Shield Federal Employee Plan Reimbursement Subrogation**
   A. Case No. **03261TX0001400**
   B. Group Number **0000FEPTX**
   C. Dates of Injury **07/06/06 through 07/12/06**
   D. State Farm Policy No: **83-LV-0578-9**
   E. State Farm Policy No: **U24 0349-D30-53S**
   F. **HUD** case No. **06-06-0293-8**

   **2329 South Mac Arthur Boulevard
   Springfield, Illinois 62704**

2. **Edward B. Rust, CEO**
3. James Rutrough, Vice Chairman
4. Jay Lawrence Vath, Adjuster
5. Marc Eric Malinger, Attorney
6. William Kennedy Crone, Agent
7. Denise Louise Black, Agent
8. Leaf Walker, Claims
   **State Farm Insurance Companies**
   One State Farm Plaza, #A1
   **Bloomington, Illinois 61710-0001**

13

9. **Kim Kendrick, Assistant Secretary**
   U.S. Department of Housing & Urban Development
   **HUD case No. 06-06-0293-8**
   Mail Code E, Room 5100
   451 Seventh Street, SW
   **Washington, DC 20001** *20410*

10. **Judge Earl Leroy Yeakel III**
11. Judge Sam Sparks
12. Magistrate Judge Robert L. Pitman
13. R. Barry Robinson, AUSA
    **U.S. District Court**
    **For the Western District of Texas**
    Austin Division
    200 West 8th Street
    Austin, Texas 78701

14. **Charles Eads Brown**
15. Chester Earl Beaver, Jr
16. Felix Tarango
    **HUD case No. 06-06-0293-8**
    Hunter-Kelsey Mortgage Brokers
    3624 North Hills Drive, B100
    Austin, Texas 78731

17. **Arnold Carl Tauch**
18. Jack Cregg Moss
    **Falcon Ridge Apartments**
    Falcon Interests Realty
    **HUD case No. 06-06-0293-8**
    5225 Katy Freeway, Suite 530
    Houston, Texas 77007

19. **Shelley Bush Marmon**
    Crady, Jewett, McCulley, LLP
    **HUD case No. 06-06-0293-8**
    2727 Allen Parkway, Suite 1700
    Houston, Texas 77019

20. **Douglas G. Houser**
21. R. Daniel Lindahl, Appeallate Attorney
    **Bullivant, Houser, Bailey, PC**
    **Blue Cross Blue Shield Representatives**
    HUD case No. 06-060293-8
    888 SW 5th Avenue, Suite 300
    **Portland, Oregon 97204**

22. **Gregory Scott Cagle**
    Armbrust & Brown, LLP
    HUD case No. 06-06-0293-8
    100 Congress Avenue, Suite 1300
    Austin, Texas 78701

23. **Joseph A. Barbknecht**
    **Licensed to Practice Law in District of Columbia**
    The Barbknecht Firm
    State Farm Insurance Companies
    HUD case No. 06-06-0293-8
    **Federal Tort Claims Act-FTCA-Personal Injury**
    500 North Central Expressway, Suite 325
    Plano, Texas 75074

24. **Carl Weeks**
    **Weeks & Associates**
    Private Investigators
    **Falcon Ridge Apartments**
    **Case No. 951.06-242**
    316 West 12th Street, Suite 316
    Austin, Texas 78701

25. **Roger G. Wilson, General Counsel**
    **Blue Cross Blue Shield**
    **Legal Services Corporate Office**
    A. Case Number: **03261TX0001400**
    B. Group Number **FEPTX**
    **300 East Randolph**
    **Chicago, Illinois 60601**
    Phone: 312-938-6000

**Michael L. Buesgens**
Former Tenant Falcon Ridge Apartments
Former IRS Employee

**Current Address**
Extended Stay Hotel
8221 North IH 35, Suite 459
Austin, Texas 78753
Phone: 512-339-6005X7958

**Mailing Address**
3112 Windsor Rd, Ste A322
Austin, Texas 78703
Email: mikebuesgens@hotmail.com

August 28, 2008

16

## **EXHIBITS**

1. Letters dated **August 5, 2008** from **Blue Cross Blue Shield Subrogation department Springfield, Illinois** to Jay Lawrence Vath, State Farm adjuster and Plaintiff Michael L. Buesgens Policyholder.

2. **Blue Cross Blue Shield Reimbursement Subrogation** Questionnaire dated **August 28, 2008.**

3. Letters dated **December 7, 2006** from Carl Weeks, Investigator Weeks & Associates.

4. Plaintiff Buesgens email dated **August 27, 2008.**

5. Plaintiff Buesgens letter dated **August 26, 2008** to Carl Weeks, Investigator **Weeks & Associates.**

6. Plaintiff Buesgens letter dated **July 6, 2008.**

7. Plaintiff Buesgens letter dated **June 23, 2008** to **Kim Kendrick** HUD-FOIA requests.

8. Plaintiff Buesgens letter dated **April 24, 2008 Edward B. Rust, Jr., CEO State Farm Insurance Companies.**

17

9. **State Farm Insurance Companies Ownership Information**

   A. **Edward B. Rust, JR., President, CEO
      Bloomington, Illinois**

   B. State Farm Lloyds

   C. State Farm Fire & Casualty Company

   D. State Farm Mutual Automobile Association


10. Letter from **Illinois Division of Insurance
    IL 07--09692**

11. Plaintiff Buesgens **Seton Shoal Creek Hospital Bills**

12. Plaintiff Buesgens **Extended Stay Hotel Bill**

**PLAINTIFF BUESGENS EXHIBIT NO. 1**



**BlueCross BlueShield**
**of Texas**
**BlueCross BlueShield**
**of Texas**

August 5, 2008

8/5/2008

Michael L Buesgens
3112 Windsor Rd Ste A322
Austin, TX  78703-0000

Case Number: 03261TX0001400
Subscriber Name: Michael L. Buesgens
Group Number: 0000FEPTX
Patient Name: Michael L. Buesgens
Date of Injury or Illness: 07/06/06

Dear Michael L Buesgens:

Your healthcare benefit plan includes a reimbursement and/or subrogation provision.  If you and/or your covered dependent(s) has received or will receive an award and settlement for injury or illness related medical expenses, then there is an obligation to reimburse the Plan.

As a courtesy, we are sending this letter to notify you that Blue Cross and Blue Shield of Texas will be seeking reimbursement for any benefits provided by us in relation to the injury or illness related medical expenses that occurred on 07/06/06.  In an effort to obtain reimbursement, Blue Cross and Blue Shield of Texas submitted this notice to:

State Farm
2702 Ireland Grove Rd
Po Box 2310
Bloomington, IL 61702-2310

Please refer to your health care plan booklet for more information about the reimbursement and/or subrogation provision.  If you should have any questions, please do not hesitate to contact me at 800-695-6475, extension 0734.

Sincerely,

Government Unit
Corporate Reimbursement/Subrogation Department

A Division of Health Care Service Corporation, a Mutual Legal Reserve Company,
an Independent License of the Blue Cross and Blue Shield Association.
HMO plans offered by: Health Care Service Corporation, a Mutual Legal Reserve Company

**PLAINTIFF BUESGENS EXHIBIT NO. 2**



Phone: 800-695-6475
Fax:  217-698-0154

**BlueCross BlueShield**
of Texas



**Fax** *XC*
8/28/2008

**To:** **Michael Buesgens**
**Attn: Room 459**

**From:** Laura Rodriguez, *Negotiator II*

(800) 695-6475 Ext 2460

Corporate Reimbursement /Subrogation

| | | | |
|---|---|---|---|
| **Fax:** 512.339.6099 | **Pages** | |
| **Phone:** 512.418.7265 | **Date:** 8.28.2008 | |
| **Patient:** Michael Buesgens | **Claim #:** n/a | |

☐ **Urgent** ☒ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

*CASE NO. 03261TX0001400*

● This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential and/or privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the address below. Thank you.



☐ **Do Not Scan**

☒ **Scan**

Case Number:  03261TX0001400          1st case number

Group Number  FEPTX                  2nd group number

Patient Name:  Michael Buesgens       2nd patient name

Julian Date:  241

                                      3rd case number

                                      3rd group number

                                      3rd patient name

2329 S. MacArthur Boulevard • Springfield, Illinois 62704-4503 • www.bcbsil.com

Blue Cross and Blue Shield of Illinois, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company.



**BlueCross BlueShield**
**of Texas**

August 28, 2008

Michael L Buesgens
3112 Windsor Rd Ste A322
Austin, TX 78703-0000

Group Number: FEPTX
Case Number: 03261TX0001400
Patient Name: Michael Buesgens
Related Treatment Date: 03/11/03
Provider:

Subject: Request to complete the enclosed Reimbursement/Subrogation questionnaire

Dear Valued Member:

We understand that you may have already been contacted by another department for information about this claim. This questionnaire is a separate unrelated request. Blue Cross and Blue Shield of Texas appreciates the cooperation of our members in providing information that ensures cost-effective health care benefit administration. Therefore, we have enclosed a Reimbursement/Subrogation questionnaire to help us determine if benefits provided for the treatment for the above-referenced patient may be the responsibility of another party.

We send this questionnaire to members who received benefits for treatment **that could possibly** be the result of an accident or work-related injury or illness. If you have received or will receive an award or settlement for injury- or illness-related medical expenses, we will seek to recover the amount of benefits provided. The process of recovering these expenses is commonly known as reimbursement and/or subrogation and is explained in your benefit booklet.

The questionnaire is brief, and we assure you that all information you provide will be kept **confidential**. You may either complete the questionnaire by returning it in the enclosed self-addressed envelope, or by calling 800-695-6475 between the hours of 8 a.m. and 5 p.m. Central Standard Time, Monday through Friday.

We appreciate your prompt assistance in completing this request.

Sincerely,

Corporate Reimbursement/Subrogation Service Representative
Blue Cross and Blue Shield of Texas

*Si usted quiere un cuestionario en Espanol, por favor llame 800-695-6475.



**BlueCross BlueShield**
**of Texas**
Reimbursement/Subrogation Questionnaire

Page 1

Group Number: FEPTX
Case Number: 03261TX0001400
Patient Name: Michael Buesgens
Related Treatment Date: 03/11/03
Provider:

You can help us administer your health care coverage better by answering "Yes" or "No" to the following questions. For your convenience, **you may complete this questionnaire by calling 800-695-6475** during regular business hours, 8:00 a.m.-5:00 p.m. Central Standard Time, Monday through Friday. **Reminder:** *Your health care benefit plan includes a reimbursement and/or subrogation provision. If you have received or will receive an award or settlement for illeness- or injury-related medical expenses, then you have an obligation to reimburse the Blue Cross and Blue Sheild of Texas plan.*

A. Was your injury or illness work related?                              Yes  X  No _____

B. Have you submitted or do you anticipate submitting a claim
   for the medical expenses to workers' compensation insurance?    Yes _____ No  X

C. Have you submitted or do you anticipate submitting a claim for
   the medical expenses to your own or another individual's
   automobile, homeowner or any other liability insurance?         Yes  X  No _____

D. Do you expect another party, due to a lawsuit or any other
   recovery, to cover your injuryor illness related medical expenses?   Yes  X  No _____

**Note:  If you have answered "Yes" to any of the above questions, please complete the remaining questions. If you have answered "No" to all of the above questions, then you are not required to complete the remaining questions. Please sign and date the form and return the entire questionnaire in the enclosed envelope. However, if any of the information changes please call us at 800-695-6475.**

1. When did the injury or illness occur? Month: _07_ Date: _06_ Year: _2006_

2. Where did the injury or illness occur? Location _FALCON RIDGE APARTMENTS_
   City _AUSTIN_        State _TEXAS_

3. Describe briefly the type of injury or illness
   _DECOMPENSATTE BIPOLAR_

4. How did the injury or illness occur? _HOUSING DISCRIMINATION_
   _CAUSED RETALIATORY EVICTION_
   _SEE MY REASONABLE ACCOMMODATION REQUES_
   _SEE HUD CASE NO. 06-06-0293-8_

2329 S. MacArthur Blvd. • Springfield, Illinois 62704-4503 • www.bcbstx.com



**BlueCross BlueShield
of Texas**

03261TX0001400                                                                    Page 2

5. Are you currently under a physician's care for the injury or illness? Yes ☒ No _____

   If "No," please give a release date: _____

6. Did Medicare cover your injury or illness related medical expenses? Yes_____ No ☒

7. Has the injury or illness been reported to the police? Yes ☒ No_____

   If "Yes," and you received a copy of the accident report, please attach a copy of the accident report.

8. Were other family members, who are covered by your health care benefit insurance plan, also involved?

   Yes_____ No ☒    If "Yes," please give the full name of each covered member:

   FIRST_____MI____LAST_____

   FIRST_____MI____LAST_____

   FIRST_____MI____LAST_____

9. As of this date, have you filed a claim for this injury or illness with any other insurance company? (For example, medical coverage under your own, or another's, automobile or homeowner insurance policy.)

   Yes ☒ No _____   If "Yes," please provide the following information:

   INSURANCE COMPANY NAME: _STATE FARM INSURANCE COMPANIES_

   STREET ADDRESS: _ONE STATE FARM PLAZA_

   CITY: _BLOOMINGTON_ STATE _IL_ ZIP: _____

   POLICYHOLDER'S NAME: _MICHAEL BUESGENS_ #: _83-LV-0578-9_

   CLAIM #:_____ADJUSTER'S NAME _JAY LAWRENCE VATH_

   HAS CLAIM BEEN SETTLED? YES_____ NO ☒ _MARC ERIC MALINGER_

   IF "YES," FOR WHAT AMOUNT? _____ _KEN CROWE_

10. Have you retained or do you intend to retain an attorney regarding the injury or illness?

    Yes_____ No ☒   If "Yes," please provide the following information:

    ATTORNEY'S NAME:_____

    LEGAL FIRM'S NAME: _____

    STREET ADDRESS:_____

    CITY:_____STATE:_____ ZIP:_____

    PHONE #:_____FAX #:_____

    SETTLEMENT BEEN REACHED? YES_____ NO ☒

    IF "YES," FOR WHAT AMOUNT?_____

**I hereby certify that this information is to the best of my knowledge, true and accurate.**

NAME (please print) _MICHAEL L. BUESGENS_

SIGNED: _Michael Buesgens_ DATE _8/28/2008_

DAY PHONE _512-339-6605_ EVENING PHONE _X 7958_

# State Farm Insurance Companies®



August 24, 2006

8/24/2006

Austin Operations Center
8900 Amberglen Boulevard
Austin Texas 78729-1193

||...||.|.|..|.|..|.|.|.|..|||..|.||.|..|.|.|.|..|..||..||.||

BUESGENS, MICHAEL
500 E STASSNEY LN APT 1023
AUSTIN TX 78745-3275


RE:    Policy Number:     83-LV-0578-9
       Policy Type:       Renters Policy
       Location:          500 E Stassney Ln Apt 1023, Austin TX 78745-3275

CANCELLATION DATE:        September 26, 2006 12:01 A.M.

RETURN PREMIUM:           Your return premium is enclosed.


Dear Mr Buesgens:

Thank you for allowing us to provide your Homeowners insurance under this policy. We are sorry that we cannot continue this insurance coverage. Therefore, your policy is being cancelled in accordance with the terms and conditions of your policy and the laws of Texas, as of the CANCELLATION DATE stated above.

The reason for cancelling your policy is due to the increased exposure presented by your current residence location.

For your protection, you are urged to obtain other insurance to prevent any lapse in coverage.

Sincerely,

Fire Operations
State Farm Lloyds

CC: Ken Crone, 6850/F121

*STATE FARM POLICY*
*83-LV-0578-9*

*$119.00*



**STATE FARM LLOYDS**
8950 Amberglen Boulevard
Austin, TX 78729-1110

JPMORGAN CHASE BANK, N.A.
COLUMBUS, OH

88/1540/441
**625 890831**

POLICY NUMBER 83-LV-0578-9          DATE AUG 23 2006

IN PAYMENT OF   RETURN PREM    259-00

$ ******119.00
ONE HUNDRED NINETEEN DOLLARS AND NO CENTS

PAY TO THE
ORDER OF
BUESGENS, MICHAEL        S-6850-F121    F H
500 E STASSNEY LN APT 1023
AUSTIN TX  78745-3275

*Michael P. Way*
PRESIDENT
*Michael F ....*
TREASURER

COMPANY LOGO WATERMARK APPEARS ON BACK  HOLD AT 15° ANGLE FOR VIEWING  DO NOT CASH IF MISSING

⑈258289083⑈ ⑆044115443⑆    6271194071⑈

*MicHAEL L BUESGENS*
*CHECK RETURNED TO*
*STATE FARM*

**State Farm®**
Providing Insurance and Financial Services
Home Office, Bloomington, Illinois 61710



*9/7/2006*

8900 Amberglen Blvd.
Austin, Texas 78729-1110

September 7, 2006

Michael L. Buesgens
Information Recovery Program
3112 Windsor Rd., #A322
Austin, Texas 78703

    RE:   *Michael L. Buesgens vs. Falcon Apartments of Austin, Inc.*

Dear Mr. Buesgens:

Our office is in receipt of your correspondence requesting records concerning the above-referenced case.

We are unable to respond to your request for the following reason:

You have failed to identify a legal entity to whom the subpoena and notice is directed. The subpoena and notice must properly designate the entity from which you are requesting information and documents. The subpoena requests records pertaining to 53-Q912-998; the proper entity name for this 53-Q912-998 is State Farm Lloyds. No abbreviations are accepted. The subpoena must be served to the "Custodian of Records," State Farm Lloyds, 8900 Amberglen Boulevard, Austin, Texas 78729 via hand-delivery or certified mail.

We are closing our file at this time pending receipt of proper notice and a valid subpoena served in compliance with the Federal Rules of Civil Procedure.

If you have any questions, please feel free to contact me at (512) 918-4585.

Sincerely,    *POLICY NO. 83-LY-0578-9*

Marc Malinger
Attorney

*SUBPOENA DUCES TECUM SERVED ON JAY LAWRENCE VATH, ADJUSTER*

MM:ndt    *CIVIL NO. 1:06 CV 00226-LY-RP AUSTIN, TEXAS*

Oct 05 2007 12:03PM  The Barbknecht Firm, P.C.  9723121511

# THE BARBKNECHT FIRM

*A Professional Corporation*
ATTORNEYS AND COUNSELORS
Atrium at Collin Ridge
500 North Central Expressway, Suite 325
Plano, Texas 75074
Telephone (972) 312-1510
Fax (972) 312-1511
www.TheBPfirm.com

10/5/2007

## TELECOPY TRANSMITTAL FORM

**TO:**       Mr. Michael Buesgens

**FROM:**    Joseph A. Barbknecht

**RE:**       Michael Buesgens
             Claim No.:   53-Q912-998, 53-Q912-339, 53-Q911-645
             Policy No.:  83-LV-0578-9

**DATE:**    October 5, 2007         **FAX NUMBER:**   512-339-6099

**NUMBER OF PAGES (INCLUDING COVER SHEET):**    29

**MESSAGE:**

FROM : KEN CRONE INSURANCE          FAX NO. : 512 448 1733          Oct. 08 2007 10:43AM

Date _10-8-07_____

**TO: Michael Buesgens**

**FROM: Ken Crone, Agent
State Farm Insurance**

**I received a fax from you today pertaining to your concerns.
You must now address all of your concerns to:**

# Joseph A. Barbknecht
# Attorney at Law
# 500 North Central Expressway
# Suite 325
# Plano, TX 75074

# (B) 972-312-1510
# (F) 972-312-1511

**PLAINTIFF BUESGENS EXHIBIT NO. 3**



# WEEKS AND ASSOCIATES, L.L.C.
## A TEXAS LIMITED LIABILITY COMPANY
### Including Partnerships
### 316 West Twelfth Street
### Suite 308
Austin, Texas 78701-1844
Voice (512) 472-9989
Fax (512) 494-1133

December 7, 2006

Clerk of the Court, U. S. District Court                    via Certified Mail RRR #
District of Columbia                                       7001 2510 0006 7287 1889
333 Constitution Ave NW, Room 1225
Washington DC 20001

      RE: Michael L Buesgens vs. United States of America
         Case no. 1:2006CV01558

Dear Clerk of the Court:

    Please find enclosed for filing in the captioned matter, an original process server affidavit attached to the Return of Service of Summons on defendant Megan Goeres. The plaintiff has indicated to our office that he mailed your office the original return of service for this defendant and it has been misplaced.

    Please return to our client in the enclosed postage paid and self addressed envelope a file marked copy for plaintiff Buesgens records.

    Please do not hesitate to contact our office with any question or if you need anything further.

    Thank you kindly for your assistance in this regard.

                   Sincerely,

                   Carl Weeks, Managing Partner

c.c. Michael Buesgens, Plaintiff Pro se

    file: #951-06-242

# WEEKS AND ASSOCIATES, L.L.C.
### 316 West Twelfth Street, Suite 316
### Austin, TX 78701
### Voice (512) 472-9989
### Fax (512) 494-1133
### www.carlweeks.com

December 7, 2006

Mr. Michael L. Buesgens
3112 Windsor Road,#A322
Austin, TX 78703

Regarding your letter dated, November 29, 2006

Dear Mr. Buesgens:

I am writing in response to your letter dated, November 29, 2006. I will attempt herein to answer your questions. Some of your comments were set forth as statements were somewhat confusing to me and I am not sure if they were intended to request a reply or not. If that was your intention, please clarify and modify your statements to be posed a question that I may be able to understand clearly and answer.

1.  Our case number for your investigative case file is:
    **#951.06-242 – Michael L. Buesgens vs. Falcon Ridge Apts. et al**

2.  For the most part everyone in our office has worked on your file. Of course, my son, Michael Weeks, and I have been the primary investigators on the case. But also, our bookkeeper, runner, records researcher, and clerk worked on the matters related to your case.

3.  Contacts with persons other than the dates you mention are numerous and various. They may include, but are not limited to, various clerks at different courts or other public offices with which we have made contact while conducting this investigation. We do not normally record such contact.

4.  When a person will not speak to us willingly, as an investigator on a particular case, we always do exactly what we did in your case – we inform our client, who is usually an attorney; and one or two things usually happen. They either ask us to go back and serve them a subpoena to take their deposition; or they make a decision that the effort and expense involved in taking a deposition is

Page 2

      not worth the time or trouble (depositions are usually quite expensive and burdensome to all the parties) .

5.      On item number "37" in your letter to me, you requested that I contact "Tony Brown" and "R. Barry Robinson" at the U.S. Attorney's Office in Austin, Texas". Your letter does not state why you wish me to contact these gentlemen; or what I am to say is my reason for contacting them? Please explain this statement further, if you still want me to make this contact and explain what it is you would like for me to do on your behalf.

As discussed, we mailed an original process server affidavit attached to the service of summons on "Goers". This was sent to the U.S. District Court with a cover letter at the address you specified; and it was sent by U.S. Postal Certified Mail, return receipt requested. A copy of that affidavit is attached herewith for your records. I provided the court with a self-addressed postage-paid envelope with your address endorsed thereon and requested that the clerk return a file marked copy directly to you for your files. I have waived our fee for preparing this affidavit and mailing it to the Court as a professional courtesy to you as your retainer has been expended.

As discussed, we require a retainer if additional services are be rendered, if your wish is for us to work further on your case please remit additional funds to replenish the account.

I hope this letter answers your questions. To my knowledge this takes care of what you and I discussed you wanted done on the return of service matter referenced above and enclosed herewith as copies.

Please let me know if you have any additional questions that I may answer for you; or if I may be of further assistance in any regard

Sincerely yours,

Carl M. Weeks

CW/bl

Enclosure

**PLAINTIFF BUESGENS EXHIBIT NO. 4**

**Mike Buesgens** *STATE FARM INSURANCE COMPANIES*

| | |
|---|---|
| **From:** | "Mike Buesgens" <mikebuesgens@hotmail.com> |
| **To:** | "charles_e_hauptman" <charles_e._hauptman@hud.gov> |
| **Cc:** | "glen_youngblood" <glen_youngblood@hud.gov> |
| **Sent:** | Wednesday, August 27, 2008 11:50 PM |
| **Attach:** | ATT00045.htm; 4-08CV04061-WDB-OAKLAND-AUGUST 27 2008-CAND-ECF.pdf - Adobe Acrobat Standard.pdf |
| **Subject:** | Fw: LITIGATION PENDING 4-08CV04061-WDB-OAKLAND-AUGUST 27 2008-CAND-POTENTIAL LITIGATION |

```
----- Original Message -----
From: Mike Buesgens
To: dwallack@hrfh.org
Cc: cynthia_l._abbott@hud.gov
Sent: Wednesday, August 27, 2008 11:49 PM
Subject: Fw: LITIGATION PENDING 4-08CV04061-WDB-OAKLAND-AUGUST 27 2008-CAND-
POTENTIAL LITIGATION



----- Original Message -----
From: Mike Buesgens
To: r_faye_austin
Cc: garry_l._sweeney@hud.gov
Sent: Wednesday, August 27, 2008 11:47 PM
Subject: Fw: LITIGATION PENDING 4-08CV04061-WDB-OAKLAND-AUGUST 27 2008-CAND-
POTENTIAL LITIGATION



----- Original Message -----
From: Mike Buesgens
To: kim_kendrick@hud.gov
Cc: bill daley
Sent: Wednesday, August 27, 2008 11:46 PM
Subject: Fw: LITIGATION PENDING 4-08CV04061-WDB-OAKLAND-AUGUST 27 2008-CAND-
```

POTENTIAL LITIGATION


----- Original Message -----
From: Mike Buesgens
To: joe_castillo@hud.gov
Cc: barryrobinson
Sent: Wednesday, August 27, 2008 11:44 PM
Subject: Fw: LITIGATION PENDING 4-08CV04061-WDB-OAKLAND-AUGUST 27 2008-CAND-
POTENTIAL LITIGATION


08/27/2008

HUD case No. 06-06-0293-8

Joe Castillo, HUD Manager, San Antonio, Texas
meet R. Barry Robinson, AUSA, Austin, Texas

Joe Castillo meet Charles Eads Brown, Eviction Attorney
Austin, Texas

Joe Castillo meet City of Austin HUD certified

     John A. Benavides and Charles H. Gorham

Benaviedes and Gorham been doin this for 40 years

     Good ole Joe did the clean up work on

  Michael Buesgens housing discrimination complaint.

     Good ole Joe scrubbed the City of Austin and HUD

scum off the dual filed HUD case No. 06-06-0293-8.

Kim Kendrick, Garry Sweeney, Bill Daley did there

clean up work by letter

Who is Joe Castillo?

Who is Joe Rosser?


----- Original Message -----
From: Mike Buesgens
To: Ken Crone
Cc: patgenis
Sent: Wednesday, August 27, 2008 10:13 PM
Subject: Fw: LITIGATION PENDING 4-08CV04061-WDB-OAKLAND-AUGUST 27 2008-CAND-POTENTIAL LITIGATION


----- Original Message -----
From: Mike Buesgens
To: jim.rutrough.bjc5@statefarm.com
Cc: barryrobinson
Sent: Wednesday, August 27, 2008 9:38 PM
Subject: Fw: LITIGATION PENDING 4-08CV04061-WDB-OAKLAND-AUGUST 27 2008-CAND-POTENTIAL LITIGATION


HUD case No. 06-06-0293-8
Housing Discrimination
1. Jim Rutrough, Vice Chairman
   State Farm
   Bloomington, Illinois
        and
2. R. Barry Robinson,

8/28/2008

Assistant U.S. Attorney
Austin, Texas


----- Original Message -----
From: Mike Buesgens
To: gcagle@abaustin.com
Cc: barryrobinson
Sent: Wednesday, August 27, 2008 9:28 PM
Subject: Fw: LITIGATION PENDING 4-08CV04061-WDB-OAKLAND-AUGUST 27 2008-CAND-
POTENTIAL LITIGATION


----- Original Message -----
From: Mike Buesgens
To: shelley bush-marmon
Cc: charlesnettles@hotmail.com
Sent: Wednesday, August 27, 2008 9:27 PM
Subject: Fw: LITIGATION PENDING 4-08CV04061-WDB-OAKLAND-AUGUST 27 2008-CAND-
POTENTIAL LITIGATION


----- Original Message -----
From: Mike Buesgens
To: doughouser
Cc: cbrown@charlesbrownlaw.com
Sent: Wednesday, August 27, 2008 8:28 PM
Subject: LITIGATION PENDING 4-08CV04061-WDB-OAKLAND-AUGUST 27 2008-CAND-
POTENTIAL LITIGATION


06/27/2008

Michael L. Buesgens,
Plaintiff
FEDERAL TORT CLAIMS ACT-FTCA-PERSONAL INJURY
Former Tenant Falcon Ridge Apartments
Former IRS Employee

Current Address

Extended Stay Hotel
8821 North IH 35, Room 459
Austin, Texas 78753
Phone: 512-339-6005X7958

Mailing Address
3112 Windsor Rd, Ste A322
AUSTIN, Texas 78703
Email: mikebuesgens@hotmail.com

1. HUD case No. 06-06-0293-8

   A. Filed: 12/28/2005
   B. Retaliatory Eviction Suit Filed 12/30/ 2005
   C. Eviction case No. 041509
   D. Trial 01/26/2006

   THE PLAYERS

2. State Farm Tenant/Renter Policy No. 83-LV-0578-9

   A. Personal Injury
      Seton Shoal Creek Hospital 07/06/06 through 07/12/06
   B. Theft of Medical Records and Federal Court Evidence
      For Potential and Pending Litigation-10 Boxes of Records

3. Plaintiff Buesgens Records turned over to

   A. R. Barry Robinson, Assistant U.S. Attorney
   B. U.S. Attorney Office

8/28/2008

        C. Agents for U.S. Attorney Office
        D. July 6, 2006 through July 12, 2006

3. Blue Cross Blue Shield-Federal Employee Program
        A. Subrogation Case No. 03261TX0001400
        B. Group Number 0000FEPTX

4. Illinois Division of Insurance case No. IL07-09692
5. Illinois Inspector General case No.
        A. State Farm Fire & Casualty Company
        B. State Farm Mutual Automobile Association
           Policy No. U24 0349-D30-53S

5. Jay Lawrence Vath, Adjuster
6. Marc Eric Malinger, Attorney
7. William Kennedy Crone, Agent
8. Denise Louise Black, Agent
9. Leaf Walker, Telephone Agent Houston, Texas

10. Joseph A. Barbknecht, Attorney
        Barbknecht Law Firm

10. Civil action No. 1:06CV01964-RBW
        U.S. District Court for the District of Columbia

11. Civil Action No. 4:08CV04061-WDB
        U.S. District Court for the Northern District of California

12. Douglas G. Houser, Respondeat Superior
13. R. Daniel Lindahl, Appellate Attorney
14. Bullivant, Houser, Bailey, PC

15. Shelley Bush Marmon, Attorney
16. Arnold Carl Tauch, Real Estate Develper
        A. Falcon Ridge Apartments
        B. Falcon Aprtments of Austin I, Inc
        C. Falcon Group
17. Jack Cregg Moss Litigation Manager

18. Megan Goeres Sarwal Galloway, Paid For Witness
19. Andiruh Dev Sarwal, Attorney, Weimaraner Dog
20. Melanie P. Sarwal, Spouse, Attorney
21. Scott H. Galloway
22. Patricia Goeres Galloway
23. Ryan Goeres Galloway
24. Crady, Jewett, McCulley, LLP
25. Gregory Scott Cagle, Attorney
26. Charles Eads Brown, Attorney
27. Armbrust & Brown, LLP
28. John A. Benaviedes, HUD Investigator
29. Chester Earl Beaver, Jr, City of Austin Attorney
30. Felix Tarango, Travis County Attorney

**PLAINTIFF BUESGENS EXHIBIT NO. 5**

August 26, 2008

**Michael L. Buesgens**
**Plaintiff-Creditor-Adversary**
Former Tenant Falcon Ridge Apartments
**CURRENT TENANT**
Extended Stay Hotel
8221 North IH 35, Room 459
Austin, Texas 78753
Phone: 512-339-6005X7958
**MAILING ADDRESS**
3112 Windsor Rd, Ste A322
Austin, Texas 78703
Email: mikebuesgens@hotmail.com

**RE: Weeks and Associates, LLC 2006 Investigation**
**Case # 951.06-242 Michael L. Buesgens vs.**
**Falcon Ridge Apartments, Apartment 1023**
**Austin, Texas 78745**

1. HUD case No. **06-06-0293-8**

2. State Farm Fire & Casualty Company
   Policy No. **83-LV-0578-9**

3. R. Barry Robinson, AUSA
   U.S. Attorney Office
   816 Congress Avenue, Suite 1000
   Austin, Texas 78710

**TO**

1. **Carl Weeks**
   Weeks and Associates, LLC
   **Case #951.06-242**-Michael L. Buesgens **vs.**
   Falcon Ridge Apts, et al
   316 West Twelfth Street, Suite 316
   Austin, Texas 78701
   Phone: 512-472-9989
   Fax: 512-494-1133

2. **Ken Crone, Agent**
3. Jay Lawrence Vath, Adjuster
4. Denise Louise Black, Agent
5. Marc Eric Malinger, Attorney
6. **Edward B. Rust, CEO**
7. James Rutrough, Vice Chairman
   **State Farm Insurance Companies**
   A. HUD case No. **06-06-0293-8**
   B. Tenant/ Renter Policy No. **83-LV-0578-9**
      2028 East Ben White Blvd, Suite 228
      Austin, Texas 78741-6931
      Phone: 512-448-1766
      Fax: 512-448-1733

8. **Blue Cross Blue Shield of Texas**
   **Subrogation Department**
   Federal Employee Program
   Case No. 03261TX0001400
   2329 MacArthur Blvd
   Springfield, Illinois 62704
   Phone: 800-838-6168
   Fax: 217-726-0801

9. **Douglas G. Houser**
10. R. Daniel Lindahl, Appellate Attorney
11. **Arnold Carl Tauch, Property Owner**
12. Jack Cregg Moss, Litigation Manager
13. Scott Goeres Galloway
14. Patricia Goeres Galloway
    **Bullivant, Houser, Bailey, PC**
    888 SW 5th Avenue, Suite 300
    Portland, Oregon 97204
    Phone: 503-228-6351
    Fax: 503-295-0915

15. **Shelley Bush Marmon, Attorney**
    Crady, Jewett & McCulley, LLP
16. **Arnold Carl Tauch, Property Owner**
17. Jack Cregg Moss, Litigation Manager
    **Falcon Ridge Apartments**
    5225 Katy Freeway, Suite 530
    Houston, Texas 77007
    Phone: 713-861-8850
    Fax: 713-861-0971


Dear Carl Weeks:

        This is follow-up letter to your investigation of

the **theft and removal** of Plaintiff Buesgens medical

records and federal court evidence for potential,

pending, and current litigation.

**Ten boxes** of records **stolen** at Plaintiff Buesgens apartment. From **July 6, 2006 through July 12, 2006,** at **Falcon Ridge Apartments**, Apartment **1023,** 500 East Stassney Lane Austin, Texas 78745, in an **unlawful eviction under color of state law.**

Joseph w. Rosser, Deputy Constable Precinct No. 5, Travis County, Attorneys Felix Tarango, Chester Earl Beaver, JR, Charles Eads Brown, Gregory Scott Cagle, Shelley Bush Marmon and **R. Barry Robinson** presiding.

Plaintiff-Creditor Michael L. Buesgens is alleging that his **medical records** and **Federal Court evidence** were in fact, **turned over to R. Barry Robinson,** Assistant U.S. Attorney, **or his agent** from **July 6, 2006 through July 12, 2006.**

4

Plaintiff Buesgens has a **pending litigation** at U.S. District Court for the District of Columbia civil No. **1:06CV01964-RBW**. Attorneys **R. Barry Robinson** et al, are listed as defendants.

See attached exhibit Carl Weeks letter dated **December 7, 2006.**

Attorneys R. Barry Robinson, et al has **intimidated** and **threatened witnesses** at Falcon Ridge Apartments and voir dire members in eviction case No. **041509**. No one will talk.

R. Barry Robinson, AUSA is **directly involved** in all Plaintiff-Creditor Buesgens litigation. This includes civil, bankruptcy, administrative claims, and tax court, for housing discrimination and **related** employment discrimination at the Commissioners, Internal Revenue Service.

5

## POTENTIAL FACT WITNESSES

1. **Joseph W. Rosser,** Deputy Constable, Precinct 5
   Travis County, Austin, Texas

2. Mandy Marie Rogers, Former Manager
   Falcon Ridge Apartments

3. Samantha Dawn Shepherd, Former Assistant Manager
   Falcon Ridge Apartments

4. Jack Earnest Fritts, Former Maintenance Man
   Falcon Ridge Apartments

5. Gregory Scott Cagle, Attorney

6. Shelley Bush Marmon, Attorney

7. Charles Eads Brown, Attorney

8. Arnold Carl Tauch, Property Owner

9. Jack Cregg Moss, Litigation Manager

10. **Jay Lawrence Vath, Adjuster State Farm**

11. Marc Eric Malinger, Attorney State Farm

12. Andiruh Dev Sarwal, Attorney, Former Tenant
    Apartment **1033,** Falcon Ridge Apartments

13. Megan Monique Sarwal Goeres Galloway
    Apartment **1033,** Falcon Ridge Apartments

6

## RELIEF

Plaintiff-Creditor-Debtor Michael L. Buesgens is requesting that Carl Weeks **reopen** his investigation. Plaintiff Buesgens **requests** that Carl Weeks **investigate** the theft of his medical records and federal court evidence that occurred from **July 6, 2006** through **July 12, 2006** while Buesgens was at **Seton Shoal Creek Hospital** for decompensate Bipolar.

Creditor-Adversary Buesgens requests Carl Weeks **bill of costs** for performing this investigative service.

Plaintiff Michael L. Buesgens has Insurance **Subrogation claim** at Blue Cross Blue Shield against State Farm Insurance Companies, case No. **03261TX0001400**

Sincerely

Michael L. Buesgens
Former Tenant Falcon Ridge Apartments
August 26, 2008


## CERIFICATE OF SERVICE

I HEREBY Certify that I sent one true copy of the foregoing by fax on this 26th day of August, 2008 to

1. **Carl Weeks**
   Weeks & Associates
   Case No. **951.06-242**
   Fax: 512-494-1133
   Austin, Texas

2. **Blue Cross Blue Shield Subrogation Department**
   Case No. **03261TX0001400**
   Fax: 217-726-0801
   Springfield, Illinois

3. **Arnold Carl Tauch, Property Owner**
4. Jack Cregg Moss, Litigation Manager
5. Falcon Ridge Apartments
   A. Housing Discrimination
   B. **HUD case No. 06-06-0293-8**
   C. State Farm Policy No. 83-LV-0578-9
      Fax: 713-861-0971
      Houston, Texas

6. Douglas G. Houser
   **Bullivant, Houser, Bailey, PC**
   Fax: 503-295-0915
   Portland, Oregon

7. Ken Crone, Agent
   **State Farm Insurance Companies**
   Tenant/ Renter Policy No. **83-LV-0578-9**
   Fax: 512-448-1733
   Austin, Texas

Michael L. Buesgens
HUD case No. 06-06-0293-8
State Farm Policy No. 83-LV-0578-9
Civil No. 1:06CV01964-RBW
District of Columbia

Mailing Address
3112 Windsor Rd, Ste A322
Austin, Texas 78703
Phone: 512-339-6005X7958
Email: mikebuesgens@hotmail.com
August 26, 2008

9

# WEEKS AND ASSOCIATES, L.L.C.

*316 West Twelfth Street, Suite 316*
*Austin, TX 78701*
*Voice (512) 472-9989*
*Fax (512) 494-1133*
*www.carlweeks.com*

December 7, 2006

Mr. Michael L. Buesgens
3112 Windsor Road,#A322
Austin, TX 78703

Regarding your letter dated, November 29, 2006

Dear Mr. Buesgens:

I am writing in response to your letter dated, November 29, 2006. I will attempt herein to answer your questions. Some of your comments were set forth as statements were somewhat confusing to me and I am not sure if they were intended to request a reply or not. If that was your intention, please clarify and modify your statements to be posed a question that I may be able to understand clearly and answer.

1. Our case number for your investigative case file is:
   **#951.06-242 – Michael L. Buesgens vs. Falcon Ridge Apts, et al**

2. For the most part everyone in our office has worked on your file. Of course, my son, Michael Weeks, and I have been the primary investigators on the case. But also, our bookkeeper, runner, records researcher, and clerk worked on the matters related to your case.

3. Contacts with persons other than the dates you mention are numerous and various. They may include, but are not limited to, various clerks at different courts or other public offices with which we have made contact while conducting this investigation. We do not normally record such contact.

4. When a person will not speak to us willingly, as an investigator on a particular case, we always do exactly what we did in your case – we inform our client, who is usually an attorney; and one or two things usually happen. They either ask us to go back and serve them a subpoena to take their deposition; or they make a decision that the effort and expense involved in taking a deposition is

Page 2

     not worth the time or trouble (depositions are usually quite expensive and
burdensome to all the parties) .

5.    On item number "37" in your letter to me, you requested that I contact "Tony
Brown" and "R. Barry Robinson" at the U.S. Attorney's Office in Austin,
Texas". Your letter does not state why you wish me to contact these
gentlemen; or what I am to say is my reason for contacting them? Please
explain this statement further, if you still want me to make this contact and
explain what it is you would like for me to do on your behalf.

As discussed, we mailed an original process server affidavit attached to the service of
summons on "Goers". This was sent to the U.S. District Court with a cover letter at the
address you specified; and it was sent by U.S. Postal Certified Mail, return receipt
requested. A copy of that affidavit is attached herewith for your records. I provided the
court with a self-addressed postage-paid envelope with your address endorsed thereon
and requested that the clerk return a file marked copy directly to you for your files. I have
waived our fee for preparing this affidavit and mailing it to the Court as a professional
courtesy to you as your retainer has been expended.

As discussed, we require a retainer if additional services are be rendered, if your wish is
for us to work further on your case please remit additional funds to replenish the account.

I hope this letter answers your questions. To my knowledge this takes care of what you
and I discussed you wanted done on the return of service matter referenced above and
enclosed herewith as copies.

Please let me know if you have any additional questions that I may answer for you; or if I
may be of further assistance in any regard

Sincerely yours,

Carl M. Weeks

CW/bl

Enclosure    12/7/2006

TRANSMISSION VERIFICATION REPORT

```
                          TIME  : 08/26/2008 14:16
                          NAME  : ESD NORTH CENTRAL
                          FAX   : 5123396099
                          TEL   : 5123396005
                          SER.# : BROM4J175473
```

*8/26/2008*

```
DATE,TIME              08/26  14:14
FAX NO./NAME           5124941133
DURATION               00:02:16
PAGE(S)                11
RESULT                 OK
MODE                   STANDARD
                       ECM
```

*11 PAGES*

*CARL WEEKS*

*WEEKS & ASSOCIATES*

*AUSTIN, TEXAS*

TRANSMISSION VERIFICATION REPORT

```
TIME  : 08/26/2008 14:26
NAME  : ESD NORTH CENTRAL
FAX   : 5123396099
TEL   : 5123396005
SER.# : BROM4J175473
```

*8/26/2008*

| | |
|---|---|
| DATE,TIME | 08/26  14:24 |
| FAX NO./NAME | 12177260801 |
| DURATION | 00:02:17 |
| PAGE(S) | 11 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

*11 PAGES*

*BLUE CROSS. BLUE SHIELD*
*SUBROGATION DEPARTMENT*
*SPRINGFIELD, ILLINOIS*

TRANSMISSION VERIFICATION REPORT

TIME    : 08/26/2008 14:36
NAME    : ESD NORTH CENTRAL
FAX     : 5123396099
TEL     : 5123396005
SER.# : BROM4J175473

*8/26/2008*

| | |
|---|---|
| DATE,TIME | 08/26  14:33 |
| FAX NO./NAME | 17138610971 |
| DURATION | 00:02:26 |
| PAGE(S) | 11 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

*11 PAGES*

*ARNOLD CARL TAUCH*

*FALCON GROUP*

*FALCON RIDGE APARTMENTS*

*HOUSTON, TEXAS*

```
          ┌─────────────────────────────────────────┐
          │   TRANSMISSION VERIFICATION REPORT       │
          └─────────────────────────────────────────┘

                                    TIME : 08/26/2008 14:22
                                    NAME : ESD NORTH CENTRAL
                                    FAX  : 5123396099
                                    TEL  : 5123396005
                                    SER.# : BROM4J175473
```

*8/26/2008*

```
     DATE,TIME              08/26  14:17
     FAX NO./NAME           5124481733
     DURATION               00:05:42
     PAGE(S)                11
     RESULT                 OK
     MODE                   STANDARD
```

*11 PAGES*

*KEN CLONE*
*STATE FARM*
*AUSTIN, TEXAS*

*POLICY # 83-LV-0578-9*

```
TRANSMISSION VERIFICATION REPORT
```

```
TIME   : 08/26/2008 14:32
NAME   : ESD NORTH CENTRAL
FAX    : 5123396099
TEL    : 5123396005
SER.#  : BROM4J175473
```

8/26/2008

```
DATE,TIME              08/26  14:27
FAX NO./NAME           15032950915
DURATION               00:05:21
PAGE(S)                11
RESULT                 OK
MODE                   STANDARD
```

11 PAGES

Douglas G. Houser

Bullivant, Houser, Bailey

Portland, Oregon

Blue Cross Blue Shield

Representative

Related Cases

3:07CV00043-GMK
Portland, Oregon
9th Circuit Appeal
07-35578
2:07CV01864-RAJ
9th Circuit Appeal
08-35202
2:07CV02116-CM-JAR-JPO
Kansas

PLAINTIFF BUESGENS EXHIBIT NO. 6

July 6, 2008

**MICHAEL L. BUESGENS**
Former **IRS** Employee
**TIGTA** Investigation, **2002-2003**
Reasonable Reassignment **Denied, 2002-2005**
Involuntary Disability Retirement **03/07/2005**

**Internal Revenue Service**
Customer Service Building
1821 Directors Blvd
Austin, Texas 78744

**MICHAEL L. BUESGENS**
Former **Tenant**
**Falcon Ridge Apartments**
**June 28, 2003** through **July 6, 2006**
Housing Discrimination Complaint filed **12/28/2005**
HUD case No. 06-06-0293-8
Retaliatory Eviction Suit filed **12/30/2005**
Case No. 041509
Trial **01/26/2006**
Appeal Trial **06/16/2006**
Writ of Possession Executed **07/06/2006 at 10:00am**

Apartment **1023**
500 East Stassney Lane
Austin, Texas 78745

**Current Address:**
Extended Stay Hotel
8221 North IH 35, Room 459
Austin, Texas 78753
Phone: 512-339-6005X7958

**Mailing Address:**
3112 Windsor Rd, Ste A322
Austin, Texas 78703
Email: mikebuesgens@hotmail.com

1

## LOCATION

### FALCON RIDGE APARTMENTS
ONE MILE
FROM
### INTERNAL REVENUE SERVICE
CUSTOMER SERVICE BUILDING
### MANY IRS EMPLOYEES LIVED AT
FALCON RIDGE APARTMENTS

## DEPOSITIONS REQUIRED

**Dorienne Victoria Arzu Bonilla** lived at Falcon Ridge Apartments, apartment No. **734.** Bonilla moved out of **Falcon Ridge Apartments** after Buesgens moved into Falcon Ridge Apartments. Dorienne apartment application included another occupant at apartment 734 **Eugene L. Bonilla Jr.**

**Dorienne Bonilla** is a supervisor at IRS customer service building. Bonilla was Buesgens **supervisor in 2001.**

**Dorienne Bonilla participated** in **TIGTA** investigation of Buesgens in **2002** and **2003.** **Dorienne provided** TIGTA with her statement, as did other IRS employees.

**2**

**Melinda Luna Estrada** IRS "In House" EEO Territory Manager complaint **initiated** TIGTA investigation.

**Daniel Parfitt, Dennis Collins, Robert Leeke**, and **Elizabeth Cottingham** Assistant U.S. Attorney **controlled** the flow of information in Melinda Estada TIGTA investigation of Buesgens.

**TIGTA Agents and Cottingham**

1. **Daniel Parfitt** Dallas, Texas

2. **Dennis Collins**
   300 East 8th Street
   Austin, Texas 78701

3. **Robert J. Leeke**
   IRS Austin Service Center

4. **Elizabeth Cottingham**, AUSA
5. **R. Barry Robinson**, AUSA

   **U.S. Attorney Office**
   816 Congress Avenue, Suite 1000
   Austin, Texas 78701

**TIGTA** agents and U.S. Attorney Office **denied** Buesgens numerous **FOIA** requests that **began** in **2005.**

3

**Buesgens requested** copies of statements made by IRS employees with their names **redacted.**

**Buesgens alleges** that **IRS employees** polluted the well at **Falcon Ridge Apartments** contributing to housing discrimination and retaliatory eviction.

**Buesgens alleges** that **IRS employees** talked to apartment managers about his medical disability and TIGTA investigation and involuntary disability retirement.

**Buesgens alleges** that **Dorienne Bonilla participated** in housing discrimination at Falcon Ridge Apartments.

**Buesgens discovery requests** for names of IRS employees living at Falcon Ridge Apartments **denied** by U.S. Attorney Office and private attorneys and law firms.

**4**

## FALCON RIDGE APARTMENTS PROPERTY MANAGERS

1. **Mandy Marie Rogers,** Manager
   DOB: 02/02/1975

   **Address:**
   Falcon Ridge Apartments
   Apartment 1221
   500 East Stassney Lane
   Austin, Texas 78745

2. **Amanda Nicolette Wilson-Torres,** Leasing Agent
   DOB: 03/25/1979
   **Address:**
   1008 B King Albert Street
   Austin, Texas 78745

3. **Samantha Dawn Shepherd,** Assistant Manager
   DOB: 01/28/1983
   **Address:**
   11025 Franklins Tale Loop
   Austin, Texas 78748

4. **Leann Michelle Behl,** Assistant Manager
   DOB: 02/07/1974
   **Address:**
   5930 Fergus
   Kyle, Texas 78640-8629

## FALCON RIDGE APARTMENTS PROPERTY OWNERS

1. **Arnold Carl Tauch**
2. **Jack Cregg Moss**
   Falcon Apartments of Austin I, Inc
   Falcon Group
   5225 Katy Freeway, Ste 530
   Houston, Texas 77007

## ATTORNEYS, LAW FIRMS, AND U.S. ATTORNEYS

1. **R. Barry Robinson, AUSA, Presiding**

    A. **HUD** Case No. 06-06-0293-8
    B. **EEOC** case No. 360-2003-8286X
    C. **MSPB** case No. 1221-06-0171-W-1
    D. **IRS** Bankruptcy **Crimes** Case No. 06-11164-FRM
    E. Civil No. 1:05CV00243-SS
    F. Civil No. 1:06CV01558-RCL
    G. **Eviction Appeal** Cause No: C-1-CV-06-000678
    H. TIGTA-FOIA Denial
    I. **HUD** FOIA Denial
    J. **IRS**-Treasury FOIA Denial
    K. **Writ of Possession** July 6, 2006 **Barry** got all
       The medical records and Federal Court
       Evidence **(10 Boxes)** in Buesgens **Falcon Ridge
       Apartment** No. **1023**

2. **Elizabeth Cottingham, AUSA**
   TIGTA Record Manager

   **U.S. Attorney Office**
   816 Congress Avenue, Ste 1000
   Austin, Texas 78701

3. **Charles Eads Brown,** Attorney
   3624 North Hills Drive, B100
   Austin, Texas 78731

4. **Shelley Bush Marmon**
   Crady, Jewett, McCulley, LLP
   2727 Allen Parkway, Ste 1700
   Houston, Texas 77019

5. **Gregory S. Cagle,** Attorney
   Armbrust & Brown, LLP
   100 Congress Avenue, Ste 1300
   Austin, Texas 78701

**6**

6. **Maren J. Holmboe,** Attorney
   Bullivant, Houser, Bailey, PC
   888 SW 5th Avenue, Suite 300
   Portland, Oregon 97204

7. **Jennifer Leigh Owen,** Attorney
   Double Rent Records Manager
   Higier, Allen, Lautin, LLP
   5057 Keller Springs Road, Ste 600
   Addison, Texas 75001

8. Chester Earl Beaver Jr
   Assistant Attorney
   City of Austin, Texas

9. Felix Tarango,
   Assistant Attorney
   Travis County, Texas

**U.S. Attorney Office manages** all the

litigation and forgoing attorneys and law firms.

Private Attorneys regularly **consult** with U.S.

Attorneys for **coordinated consolidated**

misrepresentations and misconduct.

**7**

**DORIENNE VICTORIA BONILLA**
Dorienne Arzu Bonilla
DOB: 02/14/1970
**IRS** Employee Austin, Texas
Internal Revenue Service
**Customer Service Building**
**1821 Directors Blvd**
Austin, Texas 78744
Email: dorienne.bonilla@irs.gov

**Eugene L. Bonilla Jr., Spouse**

**DORIENNE BONILLA**
**Former** Tenant-**2003**
**Falcon Ridge Apartments**
Apartment **734**
500 East Stassney Lane
Austin, Texas 78745

**Address:**

1. 803 Lisa Lane
   Killeen, Texas 76543

**Former Address:**

2. P.O. Box 16476
   Austin, Texas 78761-6476

3. P.O. Box 40164
   Austin, Texas 78704-0003

4. P.O. Box 653
   Killeen, Texas 76540-0653

5. P.O. Box 11355
   Killeen, Texas 76547

6. 9200 North 1008, Apartment 1008
   Austin, Texas 73301

Sincerely,

**Michael L. Buesgens**
Former IRS Employee
Former Falcon Ridge Apartments Tenant

July 6, 2008

8/26/08

83-LV-0578-9
10 PAGES



Home

| **Insurance** | **Mutual Funds** | **State Farm Bank** |

Access you

**Agent Homepage**

**Office & Background Info**

**Products & Services**

**Search Site**
Powered by Google™

Search



kencrone.net

**Email Me**
**Access your account**

---

**Get a Rate Quote Now**

Auto

**Enter your zip/postal code:**

78741    Begin

---

**Quick Links**

Get a Rate Quote
Insurance and Financial Review
Retrieve a Saved Quote
Report a Claim
Calculators

Moving?

**Ken Crone**

**State Farm Products**

» **Auto Insurance**
Quote · More Information

» **Homeowners Insurance**
Quote · More Information · Condos · Re

» **Health Insurance**
Quote · More Information

» **Life Insurance**
Quote · More Information

» **State Farm Bank**
More Information

**Main Office**

**Street Address**
2028 E Ben White
Suite 228
Austin, TX 78741-6931

**Mailing Address**
2028 E Ben White Suite 228
Austin, TX 78741-6931

**Map To This Office**
Driving Directions

**Contact Numbers:**
**Phone:** (512) 448-1766
**Fax:** (512) 448-1733

Powered

FAX: 512-448-1733

| TRANSMISSION VERIFICATION REPORT |
| --- |

```
                                    TIME : 08/26/2008 11:43
                                    NAME : ESD NORTH CENTRAL
                                    FAX  : 5123396099
                                    TEL  : 5123396005
                                    SER.# : BROM4J175473
```

8/26/2008

```
DATE,TIME              08/26  11:38
FAX NO./NAME           5124401733
DURATION               00:05:17
PAGE(S)                10
RESULT                 OK
MODE                   STANDARD
```

10 PAGES

KEN CRONE

STATE FARM

TENANT / RENTER

POLICY# 83-LV-0578-9

AUSTIN, TEXAS

**PLAINTIFF BUESGENS EXHIBIT NO. 7**

June 23, 2008

# MICHAEL L. BUESGENS
FOIA Requester
## Mailing Address:
3112 Windsor Rd, Suite A322
Austin, Texas 78703
Phone: 512-339-6005X7958
Email: mikebuesgens@hotmail.com

**RE: What is the status of my HUD FOIA requests and appeals that began in 2006 and continue into 2008?**

1. See my Dual Filed HUD case No. **06-06-0293-8**
   **No** Administrative Record from HUD

2. See my Federal Tort Claims Act-Forms **SF95** Filed
   A. **2006**
   B. **2007**

3. Miniard Culpepper, HUD General Counsel and Kim Kendrick, HUD-FHEO-FHAP Assistant Secretary **Never** responded to my **2007** personal injury Federal Tort Claim

**TO THE FOLLOWING:**

1. **Kim Kendrick,** Assistant Secretary
2. **Vickie J. Lewis,** FOIA Director
   Office of the Executive Secretariat
   **U.S. Department of Housing & Urban Development**
   451 7th Street, S.W., Room 10139
   Washington, D.C. 20410
   Phone: 202-708-3054
   **Fax: 202-619-8365**

1

3. **Miniard Culpepper,** General Counsel
   Federal Tort Claims Act-**FTCA**-Form **SF95**
4. **James H. Barnes,** Deputy Regional Director
   **U.S. Department of Housing & Urban Development**
   10 Causeway Street, Room 301
   Boston, MA 02222-1092
   Phone: 617-994-8223
   **Fax: 617-565-6558**

Sincerely,

Michael L. Buesgens
June 23, 2008

### CERTIFICATE OF SERVICE

I certify that one true copy of the foregoing was
served by fax on this 23rd day of June, 2008, **faxed**
to the following:

1. Kim Kendrick, HUD Assistant Secretary
2. Vicky J. Lewis, HUD FOIA Director
   Washington, D.C.
   FAX: 202-619-8365

3. Miniard Culpepper, HUD General Counsel
4. James H. Barnes, HUD Deputy Regional Director
   Boston, MA
   Fax: 617-565-6558

Michael L. Buesgens
3112 Windsor Rd, Suite A322
Austin, Texas 78703

**2**

**PLAINTIFF BUESGENS EXHIBIT NO. 8**

**April 24, 2008**

**Michael L. Buesgens**
Former IRS Employee
Extended Stay Hotel
8221 North IH 35, Room 459-Rent $31,000.00
Austin, Texas 78753

**RE**: **Falcon Ridge Apartments**
    Greystar Management Services, LP
    **Jefferson at Falcon Ridge Apartments**
    JPI Partners, Inc.
    **Apartment 1023**
    500 Stassney Lane
    Austin, Texas 78745

**RE**: **My tenant history credit records, et al.**

1. Reasonable accommodation requests
2. Renewal lease contract
   12/26/05-10/22/2006
3. Housing discrimination complaint
   HUD Case No. 06-06-0293-8
   Filed: 12/28/2005
5. Retaliatory Eviction Suit
   Case No. 041509
   Filed: 12/30/2006
   Trial: 01/26/2006
6. Eviction Suit appeal
   Cause No. C-1-CV-06-000678
   Filed: 01/29/2006
   Trial: 06/16/2006
7. Writ of Possession Executed on 07/06/06-10:00 am
   Theft of my medical records and
   Federal Court Evidence for pending litigation
   **10 Boxes** of records on 07/06/06

8. Double rent charges-$3,893.00 - 07/09/2006

## TO THE FOLLOWING:

1. **Jennifer Leigh Owen, Attorney**
   Texas bar card No. 15369050
   JPI Partners
   Falcon Ridge Apartments-Apartment 1023-Records
   Jefferson at Falcon Ridge
   6706 Duffield Drive
   Dallas, Texas 75248-1455
   Email: jowen@higierallen.com

2. **Higier Allen & Lautin, PC, Attorneys**
   5057 Keller Springs Rd, Suite 600
   Addison, Texas 75001

3. **Thomas Eddie Steubing, Jr., Manager**
   7655 North FM 620, Apartment 1013
   Austin, Texas 78726
   And
   3014 West William Cannon Drive, Apartment 414
   Austin, Texas 78745

4. **Julie Ann Atterbury, Leasing professional**
   3201 Duval Rd, Apartment 524
   Austin, Texas 78759

5. **Christina Nicole Carroll, Assistant manager**
   1031 FM 2222, Apartment 2338
   Austin, Texas 78730
   And
   54 Rainey Street, Apartment 415
   Austin, Texas 78701

6. **Mandy Marie Rogers, Manager**
   **Jefferson at Falcon Ridge**
   **Falcon Ridge Apartments**
   500 East Stassney Lane, Apartment 1212
   Austin, Texas 78745

2

7. **Brenda A. Morgan, Property manager**
8. **Michael Force, President, Owner**
9. **Mary Banks, Servant**
   Pacific Cities Management
   D/B/A Westcal Management
   Sandpiper Apartments
   Housing discrimination complaint No. 07-H-066
   Ninth Circuit No. 08-35202
   Ninth Circuit No. 07-35578
   6056 Rutland, Suite 1
   Carmichael, California 95608
   Email: bren2go@gmail.com

8. **Dana Erica Wallack, Staff Attorney**
9. **Richard Keith Uno, Court Attorney**
   **Human Rights/Fair Housing City and County of Sacramento**
   1112 "I" Street, Suite 250
   Sacramento, California 95814
   Email: dwallack@hrfh.org

10. **Steve Winn, CEO**
    **Real Page-One Site**
    Tenant credit reporting agency
    4000 International Parkway
    Carrollton, Texas 75007-1913

11. **Arnold Carl Tauch, Landlord**
12. **Jack Cregg Moss, Landlord**
    General Partners-Real Estate Developers
13. **Samantha Shepherd, Assistant manager**
14. **Leann Behl, Assistant Manager**
15. **Amanda Nicollete Wilson-Torres, Leasing agent**
    Falcon Ridge Apartments
    Falcon Apartments of Austin I, Inc
    Falcon Group
    Jefferson at Falcon Ridge
    5225 Katy Freeway, Suite 530
    Houston, Texas 77007

**3**

16. **Alphonso Jackson**, **Secretary**
17. **Kim Kendrick**, **Assistant Secretary**
    **Fair Housing Equal Opportunity**
18. **R. Faye Austin**, **General Counsel**
    **U.S. Department of Housing & Urban Development**
    07-H-066
    HUD case No. 06-06-0293-8
    Ninth Circuit No. 08-35202
    Ninth Circuit No. 07-33578
    600 Harrison Street
    San Francisco, California 94107
    Email: r._faye_austin@hud.gov

19. **ATTORNEYS:**

    Shelley Bush Marmon – HUD No.06-06-0293-8
    Charles Eads Brown – Eviction Case 041509
    Gregory S. Cagle- Appeal Cause C-1-CV-06-000678
    Maren J. Holmboe – 07-35578
    Douglas G. Houser – 08-35202
    Crady, Jewett, McCulley, LLP
    Armbrust & Brown, LLP
    **Bullivant, Houser, Bailey, PC**
    888 5th Avenue, Suite 300
    Portland, Oregon 97204-2089

20. **William Mayes, Landlord, Owner**
21. **Gregory Mayes**
22. **Shirley L. Mayes**
    **Liberty Management Group**
    **The Heights Apartments**
    **Housing Discrimination-2006-2007**
    11625 SE 40th Avenue
    Milwaukie, Oregon  97222

4

23. **Edward B. Rust, Jr.**, CEO
    **James E. Rutrough**, Vice Chairman
    **State Farm Fire & Casualty Company**
    Renter-Tenant Policy No. <u>83-LV-0578-9</u>
    One State Farm Plaza
    Bloomington, Illinois  61710-0001
    Email: jim.rutrough.bjc5@statefarm.com


**<u>I am requesting my tenant record</u>.**

You have **20** days to produce my tenant record.

From the date **April 26, 2008**

This is notice that I am going to file a lawsuit.

**<u>Records Requested</u>:**

1. State Farm Adjuster report-Apartment <u>1023</u>
   **Jay Lawrence Vath**, Investigation-Falcon Ridge
   Marc Eric Malinger, Attorney

2. Complete Eviction history records

3. Real Page-<u>One Site</u> tenant credit history

4. Samantha Shepherd <u>double rent</u> charges-$3,893.00

5. <u>All</u> communication and correspondence amongst and

   Between the foregoing bad boys and bad girls

6. A complete list of all Internal Revenue Service-
   IRS <u>Employees</u> who lived at or live at <u>Falcon</u>
   <u>Ridge Apartments-Jefferson at Falcon Ridge</u>
   From <u>January 1, 2003 through December 31, 2006</u>

5

7. **Your complete record and explanation for your Disposition of the following**:

A. My records-<u>10 boxes</u>
   Stolen on July 6, 2006 at 10:00am
   Apartment 1023
   Falcon Ridge Apartments
   500 East Stassney Lane
   Austin, Texas 78703

B. Medical records
C. VA Medical Records
D. Federal court evidence for Pending litigation
E. Federal Tort Claims Act-FTCA-Form SF95
F. Exhibits-Evidence and facts
G. Social Security Card
H. Passport
I. Credit Cards
J. IRS Tax Returns- for last 7 years
K. My clothing and personal items

I was at my doctor's office for a 10:00am appointment, on <u>July 6, 2006</u>. I never returned to Falcon Ridge Apartments.

<u>Seton Shoal Creek Hospital</u>:

July 6, 2006- my admission

July 12, 2006-my discharge

Total cost-<u>$7,300.00</u>

Extended Stay Hotel-Not a choice
Room 459
8221 North IH 35
Austin, Texas 78753
Phone: 512-339-6005
Fax: 512-339-6099

My move in date: July 17, 2006
I am still living there
Total cost $31,000.00

I have been denied rental accommodation:

Rosemount at Hidden Creek
Southwest Properties, et al
Austin, Texas

Riverside properties
Village at Collinwood
Rockville, Maryland
Austin, Texas

The Heights Apartments
Liberty Management Group
Milwaukie, Oregon

Sandpiper Apartments
D/B/A Westcal
Pacific Cities Management
Carmichael, California
Sacramento, California


Four Winds Apartments
Greystar Holdings, Inc.
Greystar Management Services, LP
Overland Park, Kansas

**I have been and continue to be <u>severely harmed</u> by**

**your criminal conduct.**

<u>I request you produce your records now</u>.

Your servants piss on me at their own pleasure.

I have called your servants at <u>Jefferson at Falcon</u>

<u>Ridge</u> and they hang up the phone when I request

records. <u>2007 and 2008</u>

I drove over their on April 23, 2008.

<u>Thomas Steubing</u> (in hiding) and <u>Julie</u>

<u>Atterbury</u> and <u>Christina Carroll</u> told me that

<u>Jennifer Leigh Owen</u>, Attorney was the decision

maker.

<u>Jennifer Leigh Owen has assets available for</u>

<u>Judgment</u>

I am going to pursue you and your assets.

Sincerely,

Michael L. Buesgens
April 24, 2008

**8**

## CERTIFICATE OF SERVICE

I certify that one true copy of this records request was served by priority mail on this 26th day of April, 2008, addressed to the foregoing.

**Michael L. Buesgens**
Former Tenant Falcon Ridge Apartments
Former IRS Employee
Extended Stay Hotel
Room 459
8221 North IH 35
Austin, Texas 78753

**Mailing Address**:

3112 Windsor Rd, Suite A322
Austin, Texas 78703
Phone: 512-339-6005X7958
Email: mikebuesgens@hotmail.com
April 24, 2008

**9**

**PLAINTIFF BUESGENS EXHIBIT NO. 9**

## State Farm Mutual Automobile Insurance Co. (Bloomington, IL)

| Title | Name |
|---|---|
| Chm & CEO | Edward B. Rust, Jr. |
| Vice Chm, Pres & COO | Vincent J. Trosino |
| Vice Chm, Chief Agency & Mktg Officer | Michael C. Davidson |
| Vice Chm & Chief Admin Officer | James E. Rutrough |
| CFO & Treas | Michael L. Tipsord |
| Chief Admin Officer-State Farm Life & Sr VP | Susan D. Waring |
| Gen Counsel & VP | Kim Brunner |
| Controller & VP | Dale Egeberg |
| Exec VP | Willie Brown |
| Sr Exec VP-Fin Svcs | John Warren North |
| Exec VP | Brian V. Boyden |
| Exec VP | Barbara Cowden |
| Exec VP | William King |
| Sr VP-Sls-Mktg | Chris Simko |
| Sr VP | Deborah Traskell |
| VP & Actuary | Gary Grant |
| VP-Mktg | Pam El |
| VP-Claims | Susan Q. Hood |

**VP-Underwriting**                 **Roderick Matthews**

**Asst VP-Advertising**             **Mark Gibson**

**Dir-Investment Acctg Dept**       **Jim Larson**

**Mgr-Fin**                         **Matt Love**

**Dir-Adv**                         **Bob Carmody**

**Dir-Adv**                         **Edward Gold**

**Analyst-Adv**                     **Jeanne Kashner**

**State Farm Fire & Casualty Co. (Private)**
Reportage: **Level 1** *(Subsidiary of <u>State Farm Mutual Automobile Insurance Co.</u>, Bloomington, IL)*

**Address:**

    **1 State Farm Plz**
    **Bloomington, IL 61701-4300**

**Percent Ownership: 100%**

**Tel: (309) 766-2311**
**Fax: (309) 763-8647**

**State of Inc.: IL**
**Business Description:**
    **Property Insurance**
**Year Founded: 1935**

**No. of Employees: 4,007**

**NAICS Code/Desc: 524126/Direct Property and Casualty Insurance Carriers**
**SIC Code/Desc: 6331/Fire, Marine & Casualty Insurance**

# State Farm Fire & Casualty Co. (Bloomington, IL)

| Title | Name |
|-------|------|
| CEO | Edward B. Rust, Jr. |
| Exec VP | Roger Tompkin |

*RELATED STATE FARM CASE*

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

*9/8/2005*

KEVIN HARPER,                    )
                                 )
        Plaintiff,               )        CIVIL ACTION NO. 05-1055
                                 )
v.                               )        **FILED ELECTRONICALLY**
                                 )
STATE FARM FIRE AND              )        **JURY TRIAL DEMANDED**
CASUALTY COMPANY,                )
                                 )
        Defendant.               )

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2 of the Western District of Pennsylvania to enable Judges and

Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

Defendant, State Farm Fire and Casualty Company, in the above-captioned action, certifies

that State Farm Mutual Automobile Insurance Company is the parent and sole stockholder of

State Farm Fire and Casualty Company.  State Farm Mutual Automobile Insurance Company

has not issued shares or debt securities to the public, but owners of insurance policies issued

by State Farm Mutual Automobile Insurance Company would be owners of State Farm Mutual

Automobile Insurance Company.

Respectfully Submitted:

C. LEON SHERMAN & ASSOCIATES, P.C.
20 Stanwix Street, 5th Floor
Pittsburgh, PA 15222
Phone:  (412) 258-2500
Fax: (412) 258-2525
E-Mail: sherman@clshermanlaw.com
Bar I.D. No. PA00209

By:     s/ C. Leon Sherman
        C. Leon Sherman, Esquire
        Counsel for Defendant
        State Farm Fire and Casualty Company

Date: September 8, 2005







**Site Navigation**
  Home
  Subscriber Logout

**Subscriber Search**
  iPhrase Search
  Quick Search
  Advanced Search
  Historical Search
  Search Instructions

**Newly Added Records**
  Parents
  Subsidiaries
  Personnel

**State Farm Lloyds, Inc. (Dallas, TX)**

| Title | Name |
|-------|------|
| Pres | Edward B. Rust, Jr. |
| Mgr-HR | Karen Hillwester |

**CorporateAffiliations.com**
  Free Trial
  Pricing/Subscribe
  Purchase Book/CD
  Contact Us
  About Us
  About Our Content
  About Our Hierarchies
  Feedback
  Submit a Company
  Mergers &
  Acquisitions
   M&A News
  Terms & Conditions
  Privacy Statement

MICHAEL L. BUESGENS
TENANT / RENTER
POLICY NO. 83-LV-0578-9

Copyright © 2007 LexisNexis, a division of Reed Elsevier Inc. All rights reser





**Full Profile**

### Site Navigation
Home
Subscriber Logout

### Subscriber Search
iPhrase Search
Quick Search
Advanced Search
Historical Search
Search Instructions

### Newly Added Records
Parents
Subsidiaries
Personnel

### CorporateAffiliations.com
Free Trial
Pricing/Subscribe
Purchase Book/CD
Contact Us
About Us
About Our Content
About Our Hierarchies
Feedback
Submit a Company
Mergers &
Acquisitions
M&A News
Terms & Conditions
Privacy Statement

‹ prev  company 2 of 3  next ›

Overview  Personnel  Hierarchy

**State Farm Lloyds, Inc. (Private)**
Reportage: **Level 2 ()**

Address:
   **17301 Preston Rd**
   **Dallas, TX 75252-5727**
Mailing Address:
   **PO Box 799100**
   **Dallas, TX 75379-9100**

Percent Ownership: **100%**

Tel: **(972) 732-5000**
Fax: **(972) 732-4957**
Web Site: **www.statefarm.com**

State of Inc.: **TX**
Business Description:
   **Property Insurance Services**
Year Founded: **1983**

No. of Employees: **50**

NAICS Code/Desc: **524128/Other Direct Insurance (except Life, Health, and Medical) Carriers**
SIC Code/Desc: **6399/Insurance Carriers, NEC**

Overview  Personnel  Hierarchy

 

**Full Profile**

company 1 of 3  next ▸

Overview  Personnel  Hierarchy

**State Farm Fire & Casualty Co. (Private)**
Reportage: **Level 1** *()*

**Address:**
  **1 State Farm Plz**
  **Bloomington, IL 61701-4300**

Percent Ownership: **100%**

Tel: **(309) 766-2311**
Fax: **(309) 763-8647**

State of Inc.: **IL**
Business Description:
  **Property Insurance**
Year Founded: **1935**

No. of Employees: **4,007**

NAICS Code/Desc: **524126/Direct Property and Casualty Insurance Carriers**
SIC Code/Desc: **6331/Fire, Marine & Casualty Insurance**

Overview  Personnel  Hierarchy

company 1 of 3  next ▸

Back to Search Results

## Site Navigation
  Home
  Subscriber Logout

## Subscriber Search
  iPhrase Search
  Quick Search
  Advanced Search
  Historical Search
  Search Instructions

## Newly Added Records
  Parents
  Subsidiaries
  Personnel

## CorporateAffiliations.com
  Free Trial
  Pricing/Subscribe
  Purchase Book/CD
  Contact Us
  About Us
  About Our Content
  About Our Hierarchies
  Feedback
  Submit a Company
  Mergers &
  Acquisitions
   M&A News
  Terms & Conditions
  Privacy Statement



**SERVICES    PROGRAMS    PRESS    PUBLICATIONS
DEPARTMENTS    CONTACT**



Your search for **"STATE FARM"** returned **6** results

Showing Results **1 - 6**

| File Number | Filing Date / Time | Name / Address | Secured Party |
|---|---|---|---|
| | | **Non-Certified Statement** This is a non certified data search. Some records found in this data may have expired. A certified search may only be obtained by submitting a UCC 11 to the filing office | |
| 011107214 | 06/29/2006 02:01 | STATE FARM BANK, F.S.B. ONE STATE FARM PLAZA BLOOMINGTON IL 61710-0000 | JPMORGAN CHASE BANK, N.A. AS COLLATERAL AGENT FOR THE PURCHASERS 21 S. CLARK/ASSET BACKED FINANCE CHICAGO IL 60603-0000 |
| 010331544 | 11/02/2005 08:55 | STATE FARM BANK, F.S.B. ONE STATE FARM PLAZA, E-6 BLOOMINGTON IL 61710-0000 | FEDERAL NATIONAL MORTGAGE ASSOCIATION (AKA "FANNIE MAE") 3900 WISCONSIN AVENU, N.W. WASHINGTON DC 20016-2892 |
| 010260973 | 10/11/2005 04:30 | STATE FARM BANK, F.S.B. ONE STATE FARM PLAZA | FEDERAL HOME LOAN BANK OF CHICAGO 111 EAST |



## SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT

## CORPORATION/LLC SEARCH RESULTS
**Search Criteria:** STATE FARM

| Entity Type | File Number | Corporation/LLC Name |
|---|---|---|
| CORP MST | 20536543 | STATE FARM BALANCED FUND, INC. |
| CORP OLD | 52572983 | STATE FARM BODY SHOP, INC. |
| CORP MST | 43104217 | STATE FARM COMPANIES FOUNDATION |
| CORP MST | 52175267 | STATE FARM DRIVING SCHOOLS, INC. |
| CORP MST | 29493324 | THE STATE FARM EMPLOYEES ACTIVITIES |
| CORP MST | 61285741 | STATE FARM FUNDING CORP. |
| CORP MST | 20536535 | STATE FARM GROWTH FUND, INC. |
| LLC MST | 01363603 | STATE FARM INSURANCE AGENCY TONY MENSIK LLC |
| CORP MST | 51092856 | STATE FARM INTERIM FUND, INC. |
| CORP MST | 20475331 | STATE FARM INTERNATIONAL SERVICES, INC. |
| CORP MST | 20118491 | STATE FARM INVESTMENT MANAGEMENT CORP. |
| CORP OLD | 59989936 | STATE FARM MORTGAGE CORPORATION |
| CORP MST | 51092864 | STATE FARM MUNICIPAL BOND FUND, INC. |
| CORP MST | 40458573 | STATE FARM PAPER ADVERTISING BUREAU |
| CORP MST | 52146488 | STATE FARM REALTY INVESTMENT COMPANY |
| CORP ASE | 61263837 | STATE FARM SPECIALTY PRODUCTS |
| CORP MST | 59492268 | STATE FARM VP MANAGEMENT CORP. |

**PLAINTIFF BUESGENS EXHIBIT NO. 10**



# Illinois Department of Financial and Professional Regulation
### Division of Insurance

ROD R. BLAGOJEVICH
Governor

DEAN MARTINEZ
Secretary

Michael T McRaith
Director
Division of Insurance

September 14, 2007

*9/14/2007*

Michael Buesgens
3112 Windsor Rd. A322
Austin, TX 78703

Re:    Complaint number: IL07-09692
       State Farm

Dear Mr. Buesgens:

State Farm has provided the enclosed response to your complaint filed with the Illinois Division of Insurance. State Farm advises they have responded to your complaint that was also filed in Texas. The Texas Insurance Commission would have authority over this matter. Even though State Farm is physically located in Illinois they are licensed to sell insurance in many other states. Each state has regulatory authority over policies issued in that state to cover a risk located in that state, regardless of where the company is physically located.

The Illinois Division of Insurance would have no regulatory authority in this matter and therefore cannot assist you.

Very truly yours,

*Ms Robin Tillery*

Robin Tillery
Insurance Analyst
Consumer Services
(866) 445-5364 ext. 204 (Toll free IL only)
(217) 524-4153
consumer_complaints@ins.state.il.us

*217-524-4153*



# Illinois Department of Financial and Professional Regulation

### Division of Insurance

ROD R. BLAGOJEVICH
Governor

9/18/2007

DEAN MARTINEZ
Secretary

Michael T. McRaith
Director
Division of Insurance

September 18, 2007

Michael Buesgens
3112 Windsor Rd. A322
Room 459
Austin, TX 78703

Re:  Complaint number: IL07-09692
State Farm Mutual Automobile Insurance Company

Dear Mr. Buesgens:

Enclosed is a copy of law that states the Division of Insurance's jurisdiction is in Illinois. Now, the Division asks you to provide it with a letter from the Texas Department of Insurance showing that it does not regulate State Farm in Texas, and it will submit to our regulation in the State of Texas.

Upon receipt of the letter from the Texas Department of Insurance we will be in a position to reopen your file.

Very truly yours,

Richard Allender
P&C Supervisor
Consumer Services
(866) 445-5364 ext. 201 (Toll free IL only)
(217) 785-4159
consumer_complaints@ins.state.il.us

Enclosure

**PLAINTIFF BUESGENS EXHIBIT NO. 11**

34154



**Explanation of Benefits**
THIS IS NOT A BILL

BLUE CROSS BLUE SHIELD OF TEXAS
FEDERAL EMPLOYEE PROGRAM .
P.O. BOX 660044
DALLAS, TEXAS 75266-0044
1-800-442-4607

MICHAEL L BUESGENS
3112 WINSOR RD
AUSTIN TX 78703-2350

7/6/06 - 7/12/06
$7,329.00

## EXPLANATION OF BENEFITS AT A GLANCE

| | |
|---|---|
| We Sent Check To:     DAUGHTERS OF CHARITY HEALTH | ID Number: |
| | Claim Number:          062025129717OX |
| Patient Name:        MICHAEL BUESGENS | Claim Paid On:        08/16/2006 |
| | Claim Received On:    07/21/2006 |
| Dates of Service:    07/06/2006 - 07/12/2006 | Claim Processed On: 08/15/2006 |
| You Owe the Provider:     $100.00 | |

Provider: DAUGHTERSOFCHARITYHEALTH                    Dates of Service: 07/06/2006 - 07/12/200
Type:    PREFERRED PROVIDER        **SETON SHOAL CREEK HOSPITAL**

| Type of Service | Submitted Charges | Plan Allowance | Remark Codes | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
|---|---|---|---|---|---|---|---|---|
| THERAPEUTIC CARE | 6,276.00 | 4,315.89 | 610 | | 100.00 | | 4,215.89 | 100.00 |
| PRESCRIPTION DRUG | 640.00 | 440.11 | 610 | | | | 440.11 | |
| DIAGNOSTIC LAB TEST | 261.00 | 179.48 | 610 | | | | 179.48 | |
| DIAGNOSTIC TEST | 152.00 | 104.52 | 610 | | | | 104.52 | |
| TOTALS: | $7,329.00 | $5,040.00 | | $0.00 | $100.00 | $0.00 | $4,940.00 | $100.00 |

## EXPLANATION OF REMARK CODES

610--THE SUBMITTED CHARGES EXCEED OUR ALLOWABLE CHARGES FOR THESE SERVICES. OUR
ALLOWABLE CHARGES ARE THE SUBMITTED CHARGES LESS ANY NON-COVERED CHARGES.
BECAUSE THIS PROVIDER IS A PREFERRED OR PARTICIPATING NETWORK PROVIDER, YOU
ARE NOT RESPONSIBLE FOR THE DIFFERENCE BETWEEN THE SUBMITTED CHARGES AND OUR
ALLOWABLE CHARGES.

Continued On Next Page



35124

**Explanation of Benefits**

THIS IS NOT A BILL

BLUE CROSS BLUE SHIELD OF TEXAS
FEDERAL EMPLOYEE PROGRAM
P O BOX 660044
DALLAS, TEXAS 75266-0044
1-800-442-4607

#787453275732*

MICHAEL L BUESGENS
500 E STASSNEY LN APT 1023
AUSTIN TX 78745-3275

*AT SETON SHOAL CREEK HOSPITAL $238.00* (handwritten)

```
1  |     EXPLANATION OF BENEFITS AT A GLANCE        |
   |                                                |
   |We Sent Check To:    AUSTIN REGIONAL CLINIC PA  |   ID Number:
   |                                                |   Claim Number:        0619850283860X
   |Patient Name:        MICHAEL BUESGENS           |   Claim Paid On:       07/21/2006
   |                                                |   Claim Received On:   07/17/2006
   |Dates of Service:    07/07/2006 - 07/07/2006    |   Claim Processed On: 07/19/2006
   |                                                |
   |You Owe the Provider:    $16.66                 |
```

Provider: AUSTINREGIONALCLINICPA                    Dates of Service: 07/07/2006 - 07/07/2006
Type:      PREFERRED PROVIDER

| Type of Service | Submitted Charges | Plan Allowance | Remark Codes | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
|---|---|---|---|---|---|---|---|---|
| THERAPEUTIC CARE | 238.00 | 166.64 | 610 | | 16.66 | | 149.98 | 16.66 |
| TOTALS: | $238.00 | $166.64 | | $0.00 | $16.66 | $0.00 | $149.98 | $16.66 |

1                  EXPLANATION OF REMARK CODES

        610--THE SUBMITTED CHARGES EXCEED OUR ALLOWABLE CHARGES FOR THESE SERVICES. OUR
        ALLOWABLE CHARGES ARE THE SUBMITTED CHARGES LESS ANY NON-COVERED CHARGES.
        BECAUSE THIS PROVIDER IS A PREFERRED OR PARTICIPATING NETWORK PROVIDER, YOU
        ARE NOT RESPONSIBLE FOR THE DIFFERENCE BETWEEN THE SUBMITTED CHARGES AND OUR
        ALLOWABLE CHARGES.

Continued On Next Page



38714

# Explanation of Benefits
THIS IS NOT A BILL

BLUE CROSS BLUE SHIELD OF TEXAS
FEDERAL EMPLOYEE PROGRAM
P O. BOX 660044
DALLAS, TEXAS 75266-0044
1-800-442-4607

#787032350122*

MICHAEL L BUESGENS
3112 WINDSOR RD
AUSTIN TX 78703-2350

*AT SETON SHOAL CREEK HOSPITAL #940.00*

| EXPLANATION OF BENEFITS AT A GLANCE | |
|---|---|
| We Sent Check To:    SHIVA K LAM MDPA | ID Number:         R58909707 |
| Patient Name:        MICHAEL BUESGENS | Claim Number:      0626350249750X |
| | Claim Paid On:     10/27/2006 |
| Dates of Service:    07/07/2006 - 07/12/2006 | Claim Received On: 09/20/2006 |
| | Claim Processed On: 10/20/2006 |
| You Owe the Provider:    $43.28 | |

Provider: SHIVAKLAMMDPA                          Dates of Service: 07/07/2006 - 07/12/2006
Type:      PREFERRED PROVIDER

| Type of Service | Submitted Charges | Plan Allowance | Remark Codes | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
|---|---|---|---|---|---|---|---|---|
| THERAPEUTIC CARE | 250.00 | 150.98 | 610 | | 15.09 | | 135.89 | 15 09 |
| THERAPEUTIC CARE | 500.00 | 213.91 | 610 | | 21.39 | | 192 52 | 21 39 |
| THERAPEUTIC CARE | 190.00 | 68.03 | 610 | | 6.80 | | 61.23 | 6 80 |
| TOTALS: | $940 00 | $432.92 | | $0.00 | $43.28 | $0.00 | $389.64 | $43.28 |

1                    EXPLANATION OF REMARK CODES

610--THE SUBMITTED CHARGES EXCEED OUR ALLOWABLE CHARGES FOR THESE SERVICES. OUR
ALLOWABLE CHARGES ARE THE SUBMITTED CHARGES LESS ANY NON-COVERED CHARGES.
BECAUSE THIS PROVIDER IS A PREFERRED OR PARTICIPATING NETWORK PROVIDER, YOU
ARE NOT RESPONSIBLE FOR THE DIFFERENCE BETWEEN THE SUBMITTED CHARGES AND OUR
ALLOWABLE CHARGES.

Continued On Next Page



58883

Federal Employee Program
www.fepblue.org

**Explanation of Benefits**

THIS IS NOT A BILL

BLUE CROSS BLUE SHIELD OF TEXAS
FEDERAL EMPLOYEE PROGRAM
P.O. BOX 660044
DALLAS, TEXAS 75266-0044
1-800-442-4607

#787453275732*

MICHAEL L BUESGENS
500 E STASSNEY LN APT 1023
AUSTIN TX 78745-3275

*FOLLOW UP VISIT
AFTER DISCHARGE
FROM SETON
SHOAL CREEK
HOSPITAL
$125.00*

| | EXPLANATION OF BENEFITS AT A GLANCE | |
|---|---|---|
| We Sent Check To: | JOHN R WIER III MD | ID Number: |
| Patient Name: | MICHAEL BUESGENS | Claim Number: 0620105048350C |
| | | Claim Paid On: 07/28/2006 |
| Dates of Service: | 07/13/2006 - 07/13/2006 | Claim Received On: 07/20/2006 |
| | | Claim Processed On: 07/25/2006 |
| You Owe the Provider: | $78.77 | |

Provider: JOHNRWIERIIIMD                    Dates of Service: 07/13/2006 - 07/13/2006
Type:    NON-PARTICIPATING PROVIDER

| Type of Service | Submitted Charges | Plan Allowance | Remark Codes | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
|---|---|---|---|---|---|---|---|---|
| THERAPEUTIC CARE | 125.00 | 77.04 | 621 | | 30.81 | | 46.23 | 78.77 |
| TOTALS: | $125.00 | $77.04 | | $0.00 | $30.81 | $0.00 | $46.23 | $78.77 |

1                    EXPLANATION OF REMARK CODES

621--WE PROVIDE BENEFITS FOR COVERED SERVICES BY NON-PARTICIPATING PROVIDERS BASED
ON THE NON-PARTICIPATING PROVIDER ALLOWANCE. FOR MORE INFORMATION, SEE THE
DEFINITIONS SECTION OF YOUR BLUE CROSS AND BLUE SHIELD SERVICE BENEFIT PLAN
BROCHURE. YOU ARE RESPONSIBLE FOR THESE CHARGES.

OUTPATIENT VISITS FOR THE TREATMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE BY
PREFERRED AND NON-PREFERRED PROVIDERS ACCUMULATE TOWARD THE NON-PREFERRED VISIT
LIMIT OF UP TO 25 VISITS. WITH THIS CLAIM YOU HAVE ACCUMULATED 5 VISITS TOWARDS
THIS MAXIMUM FOR 2006. WHEN YOU USE A PREFERRED PROVIDER AND FOLLOW AN APPROVED
TREATMENT PLAN THIS MAXIMUM MAY BE WAIVED.

Continued On Next Page



42637

**BlueCross.
BlueShield.**
Federal Employee Program
www.fepblue.org

## Explanation of Benefits
THIS IS NOT A BILL

BLUE CROSS BLUE SHIELD OF TEXAS
FEDERAL EMPLOYEE PROGRAM
P O. BOX 660044
DALLAS, TEXAS 75266-0044
1-800-442-4607

#787032350122"

MICHAEL L BUESGENS
3112 WINDSOR RD
AUSTIN TX 78703-2350

*FOLLOW UP VISIT AFTER DISCHARGE FROM SETON SHOAL CREEK HOSPITAL*
*$150.00*

1

| EXPLANATION OF BENEFITS AT A GLANCE |
| --- |

We Sent Check To:    SHIVA K LAM MDPA

Patient Name:    MICHAEL BUESGENS

Dates of Service:    08/01/2006 - 08/01/2006

You Owe the Provider:    $0.00

ID Number:
Claim Number:        062635u249830X
Claim Paid On:        09/29/2006
Claim Received On:    09/20/2006
Claim Processed On: 09/22/2006

Provider: SHIVAKLAMMDPA                                    Dates of Service: 08/01/2006 - 08/01/2006
Type:        PREFERRED PROVIDER

| Type of Service | Submitted Charges | Plan Allowance | Remark Codes | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| MEDICAL CARE | 150.00 | 49.84 | 610 | | | | 49.84 | |
| TOTALS: | $150.00 | $49.84 | | $0.00 | $0.00 | $0.00 | $49.84 | $0.00 |

1                    EXPLANATION OF REMARK CODES

610--THE SUBMITTED CHARGES EXCEED OUR ALLOWABLE CHARGES FOR THESE SERVICES. OUR
ALLOWABLE CHARGES ARE THE SUBMITTED CHARGES LESS ANY NON-COVERED CHARGES.
BECAUSE THIS PROVIDER IS A PREFERRED OR PARTICIPATING NETWORK PROVIDER, YOU
ARE NOT RESPONSIBLE FOR THE DIFFERENCE BETWEEN THE SUBMITTED CHARGES AND OUR
ALLOWABLE CHARGES.

Continued On Next Page

8/23/2006

**Windows Live™ Mail**

Print   Close Window

**Ken Crone** kencrone@la.statefarm.com
To: pepers@hotmail.com
Subject: cancellation of your renters policy

Mike,

A letter will be going out tomorrow stating that we will be canceling your renters insurance effective September 26, 2006.  The reason for this action is because you now live in a hotel and we do not write renters insurance in that situation.
Ken Crone

*KEN CRONE*

*STATE FARM*
*Policy No. 83-LV-0578-9*

*HUD CASE NO. 06-06-0293-8*



**BlueCross BlueShield Association**

*BLUE CROSS BLUE SHIELD*
*CASE NUMBER: 0326 I TX 0001400*
*GROUP NUMBER: FEPTX*

**About BCBSA**

**BCBSA Officers**

**History of BCBSA**

**Frequently Asked Questions**

**Foundation on Healthcare**

**Academy for Healthcare Management**

**BCBSA's Commitment to Diversity**

Supplier Diversity

**Executive Officers**

   

**Scott P. Serota**
President and Chief Executive Officer

**Paul F. Brown**
Vice President, Deputy General Counsel and Asst. Corporate Secretary
*Legal and Governance*
Managing Director
*BlueCross BlueShield Ventures, Inc.*

**William J. Colbourne**
Senior Vice President
*Human Resources and Administrative Services*

**Frank E. Coyne**
Vice President
*Inter-Plan Programs*

Blue Cross Blue Shield Association Executive Officers

   

**Jack Ericksen**
Vice President
*Federal Relations*

**Jena L. Estes, CPA**
Vice President
*Federal Employee Program*

**Alissa Fox**
Vice President
*Legislative and Regulatory Policy*

**Stephen W. Gammarino**
Senior Vice President
*National Programs*

   

**Allan M. Korn, M.D.**
Senior Vice President, Chief Medical Officer
*Office of Clinical Affairs*

**Shirley S. Lady**
Vice President
*Business Informatics/ BHI*

**Mary Nell Lehnhard**
Senior Vice President
*Office of Policy and Representation*

**Ted Li**
Vice President
*China Development*

   



BLUE CROSS BLUE SHIELA
CASE NUMBER: 03261 TX 0001400
GROUP NUMBER: FEPTX

Blue Cross Blue Shield Association Executive Officers

**William B. O'Loughlin**
Vice President
*Chief Technology Officer*

**Doug Porter**
Senior Vice President
*BHI and Chief Information Officer*

**Maureen E. Sullivan**
Senior Vice President
*Strategic Services*

**Jennifer Vachon**
Vice President
*Brand Strategy and Marketing Services*





**Jody Voss**
Vice President
*Business Development*

**Roger G. Wilson**
Senior Vice President, General Counsel and Corporate Secretary
*Legal and Governance*

**PLAINTIFF BUESGENS EXHIBIT NO. 12**

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

## *EXTENDED STAY HOTEL*

**Folio Receipt**
As Of: 8/26/2008

**Folio # 11160**
**Buesgens, Michael**
**Falcon Ridge Apts. 500 E Stassney Apt 1023**
**AUSTIN, TX 78744**
**Company: State Farm**

Room:  459
Arrival:  7/17/2006
Departure:  9/2/2008

*$38,749.25*

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 126531 | 7/17/2006 | MASTER CARD | $0.00 | $482.93 | ($482.93) |
| 126732 | 7/17/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($422.94) |
| 126733 | 7/17/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($419.34) |
| 126734 | 7/17/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($413.94) |
| 126910 | 7/18/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($353.95) |
| 126911 | 7/18/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($350.35) |
| 126912 | 7/18/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($344.95) |
| 127606 | 7/19/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($284.96) |
| 127607 | 7/19/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($281.36) |
| 127608 | 7/19/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($275.96) |
| 127896 | 7/20/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($215.97) |
| 127897 | 7/20/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($212.37) |
| 127898 | 7/20/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($206.97) |
| 128257 | 7/21/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($146.98) |
| 128258 | 7/21/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($143.38) |
| 128259 | 7/21/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($137.98) |
| 128513 | 7/22/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($77.99) |
| 128514 | 7/22/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($74.39) |
| 128515 | 7/22/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($68.99) |
| 128711 | 7/23/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($9.00) |
| 128712 | 7/23/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($5.40) |
| 128713 | 7/23/2006 | CITY  ROOM TAX | $5.40 | $0.00 | $0.00 |
| 128751 | 7/24/2006 | MASTER CARD | $0.00 | $482.93 | ($482.93) |
| 128982 | 7/24/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($422.94) |
| 128983 | 7/24/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($419.34) |
| 128984 | 7/24/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($413.94) |
| 129229 | 7/25/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($353.95) |
| 129230 | 7/25/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($350.35) |
| 129231 | 7/25/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($344.95) |
| 129448 | 7/26/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($284.96) |
| 129449 | 7/26/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($281.36) |
| 129450 | 7/26/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($275.96) |
| 129723 | 7/27/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($215.97) |

*STATE FARM POLICY NO:* Page 1 of 31 *83-LV-0578-9*

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

# Folio Receipt
### As Of: 8/26/2008

Folio # 11160
Buesgens, Michael
Falcon Ridge Apts. 500 E Stassney Apt 1023
AUSTIN, TX 78744
Company: State Farm

Room:  459
Arrival:  7/17/2006
Departure:  9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 129724 | 7/27/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($212.37) |
| 129725 | 7/27/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($206.97) |
| 129947 | 7/28/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($146.98) |
| 129948 | 7/28/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($143.38) |
| 129949 | 7/28/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($137.98) |
| 130206 | 7/29/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($77.99) |
| 130207 | 7/29/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($74.39) |
| 130208 | 7/29/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($68.99) |
| 130472 | 7/30/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($9.00) |
| 130473 | 7/30/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($5.40) |
| 130474 | 7/30/2006 | CITY  ROOM TAX | $5.40 | $0.00 | $0.00 |
| 130507 | 7/31/2006 | MASTER CARD | $0.00 | $482.93 | ($482.93) |
| 130733 | 7/31/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($422.94) |
| 130734 | 7/31/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($419.34) |
| 130735 | 7/31/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($413.94) |
| 130981 | 8/1/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($353.95) |
| 130982 | 8/1/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($350.35) |
| 130983 | 8/1/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($344.95) |
| 131218 | 8/2/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($284.96) |
| 131219 | 8/2/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($281.36) |
| 131220 | 8/2/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($275.96) |
| 131467 | 8/3/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($215.97) |
| 131468 | 8/3/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($212.37) |
| 131469 | 8/3/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($206.97) |
| 131717 | 8/4/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($146.98) |
| 131718 | 8/4/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($143.38) |
| 131719 | 8/4/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($137.98) |
| 131982 | 8/5/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($77.99) |
| 131983 | 8/5/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($74.39) |
| 131984 | 8/5/2006 | CITY  ROOM TAX | $5.40 | $0.00 | . ($68.99) |
| 132101 | 8/6/2006 | MASTER CARD | $0.00 | $480.00 | ($548.99) |
| 132102 | 8/6/2006 | MASTER CARD | $0.00 | $2.93 | ($551.92) |
| 132204 | 8/6/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($491.93) |

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

## Folio Receipt
### As Of: 8/26/2008

Folio # 11160
Buesgens, Michael
Falcon Ridge Apts. 500 E Stassney Apt 1023
AUSTIN, TX 78744
Company: State Farm

Room:  459
Arrival:  7/17/2006
Departure:  9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 132205 | 8/6/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($488.33) |
| 132206 | 8/6/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($482.93) |
| 132450 | 8/7/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($422.94) |
| 132451 | 8/7/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($419.34) |
| 132452 | 8/7/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($413.94) |
| 132644 | 8/8/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($353.95) |
| 132645 | 8/8/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($350.35) |
| 132646 | 8/8/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($344.95) |
| 132861 | 8/9/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($284.96) |
| 132862 | 8/9/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($281.36) |
| 132863 | 8/9/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($275.96) |
| 133178 | 8/10/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($215.97) |
| 133179 | 8/10/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($212.37) |
| 133180 | 8/10/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($206.97) |
| 133430 | 8/11/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($146.98) |
| 133431 | 8/11/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($143.38) |
| 133432 | 8/11/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($137.98) |
| 133620 | 8/12/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($77.99) |
| 133621 | 8/12/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($74.39) |
| 133622 | 8/12/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($68.99) |
| 133663 | 8/13/2006 | MASTER CARD | $0.00 | $377.94 | ($446.93) |
| 133797 | 8/13/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($386.94) |
| 133798 | 8/13/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($383.34) |
| 133799 | 8/13/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($377.94) |
| 134015 | 8/14/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($317.95) |
| 134016 | 8/14/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($314.35) |
| 134017 | 8/14/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($308.95) |
| 134251 | 8/15/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($248.96) |
| 134252 | 8/15/2006 | STATE ROOM TAX | $3.60 | $0.00 | ($245.36) |
| 134253 | 8/15/2006 | CITY  ROOM TAX | $5.40 | $0.00 | ($239.96) |
| 134487 | 8/16/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($179.97) |
| 134684 | 8/17/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($119.98) |
| 134886 | 8/18/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($59.99) |

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

# Folio Receipt
### As Of: 8/26/2008

Folio # 11160
Buesgens, Michael
Falcon Ridge Apts. 500 E Stassney Apt 1023
AUSTIN, TX 78744
Company: State Farm

Room:  459
Arrival:  7/17/2006
Departure:  9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 135070 | 8/19/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | $0.00 |
| 135091 | 8/20/2006 | MASTER CARD | $0.00 | $419.93 | ($419.93) |
| 135265 | 8/20/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($359.94) |
| 135463 | 8/21/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($299.95) |
| 135684 | 8/22/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($239.96) |
| 135902 | 8/23/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($179.97) |
| 136140 | 8/24/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($119.98) |
| 136284 | 8/25/2006 | Fax & Copier Revenue | $2.48 | $0.00 | ($117.50) |
| 136285 | 8/25/2006 | SALES TAX | $0.21 | $0.00 | ($117.29) |
| 136431 | 8/25/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($57.30) |
| 136446 | 8/26/2006 | CASH | $0.00 | $2.69 | ($59.99) |
| 136627 | 8/26/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | $0.00 |
| 136832 | 8/27/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | $59.99 |
| 136881 | 8/28/2006 | MASTER CARD | $0.00 | $419.93 | ($359.94) |
| 137053 | 8/28/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($299.95) |
| 137268 | 8/29/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($239.96) |
| 137484 | 8/30/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($179.97) |
| 137744 | 8/31/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($119.98) |
| 138063 | 9/1/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($59.99) |
| 138504 | 9/2/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | $0.00 |
| 138539 | 9/3/2006 | MASTER CARD | $0.00 | $419.93 | ($419.93) |
| 138806 | 9/3/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($359.94) |
| 138961 | 9/4/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($299.95) |
| 139143 | 9/5/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($239.96) |
| 139295 | 9/6/2006 | Rm: 461 WKLY - WEEKLY RATE | $59.99 | $0.00 | ($179.97) |
| 139460 | 9/7/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($129.98) |
| 139613 | 9/8/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($79.99) |
| 139918 | 9/9/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($30.00) |
| 139973 | 9/10/2006 | MASTER CARD | $0.00 | $319.93 | ($349.93) |
| 140169 | 9/10/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($299.94) |
| 140386 | 9/11/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($249.95) |
| 140595 | 9/12/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($199.96) |
| 140823 | 9/13/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($149.97) |

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

## Folio Receipt
### As Of: 8/26/2008

Folio # 11160
Buesgens, Michael
Falcon Ridge Apts. 500 E Stassney Apt 1023
AUSTIN, TX 78744
Company: State Farm

Room:  459
Arrival:  7/17/2006
Departure:  9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 141007 | 9/14/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($99.98) |
| 141204 | 9/15/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($49.99) |
| 141475 | 9/16/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | $0.00 |
| 141671 | 9/17/2006 | MASTER CARD | $0.00 | $349.93 | ($349.93) |
| 141827 | 9/17/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($299.94) |
| 142095 | 9/18/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($249.95) |
| 142334 | 9/19/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($199.96) |
| 142592 | 9/20/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($149.97) |
| 142821 | 9/21/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($99.98) |
| 143037 | 9/22/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($49.99) |
| 143211 | 9/23/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | $0.00 |
| 143239 | 9/24/2006 | MASTER CARD | $0.00 | $349.93 | ($349.93) |
| 143411 | 9/24/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($299.94) |
| 143680 | 9/25/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($249.95) |
| 143990 | 9/26/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($199.96) |
| 144247 | 9/27/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($149.97) |
| 144281 | 9/28/2006 | 14:18-12102817636/1 | $2.78 | $0.00 | ($147.19) |
| 144282 | 9/28/2006 | TELECO TAX | $0.23 | $0.00 | ($146.96) |
| 144479 | 9/28/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($96.97) |
| 144522 | 9/29/2006 | Internet Access Revenue | $4.99 | $0.00 | ($91.98) |
| 144523 | 9/29/2006 | SALES TAX | $0.42 | $0.00 | ($91.56) |
| 144723 | 9/29/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($41.57) |
| 144935 | 9/30/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | $8.42 |
| 144952 | 10/1/2006 | MASTER CARD | $0.00 | $358.35 | ($349.93) |
| 145111 | 10/1/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($299.94) |
| 145151 | 10/2/2006 | Fax & Copier Revenue | $1.00 | $0.00 | ($298.94) |
| 145152 | 10/2/2006 | SALES TAX | $0.09 | $0.00 | ($298.85) |
| 145153 | 10/2/2006 | Fax & Copier Revenue | $100.00 | $0.00 | ($198.85) |
| 145154 | 10/2/2006 | SALES TAX | $8.25 | $0.00 | ($190.60) |
| 145155 | 10/2/2006 | MASTER CARD | $0.00 | $100.00 | ($290.60) |
| 145340 | 10/2/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($240.61) |
| 145369 | 10/3/2006 | Fax & Copier Revenue | $6.00 | $0.00 | ($234.61) |
| 145370 | 10/3/2006 | SALES TAX | $0.50 | $0.00 | ($234.11) |

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

## Folio Receipt
### As Of: 8/26/2008

**Folio # 11160**
**Buesgens, Michael**
**Falcon Ridge Apts. 500 E Stassney Apt 1023**
**AUSTIN, TX 78744**
**Company: State Farm**

Room: 459
Arrival: 7/17/2006
Departure: 9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 145532 | 10/3/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($184.12) |
| 145709 | 10/4/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($134.13) |
| 145737 | 10/5/2006 | REV: Fax & Copier Revenue | ($6.00) | $0.00 | ($140.13) |
| 145738 | 10/5/2006 | REV: SALES TAX | ($0.50) | $0.00 | ($140.63) |
| 145920 | 10/5/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($90.64) |
| 146116 | 10/6/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | ($40.65) |
| 146142 | 10/7/2006 | MASTER CARD | $0.00 | $9.34 | ($49.99) |
| 146313 | 10/7/2006 | Rm: 461 MNTH1 - MONTHLY RATE | $49.99 | $0.00 | $0.00 |
| 146335 | 10/8/2006 | MASTER CARD | $0.00 | $349.93 | ($349.93) |
| 146488 | 10/8/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($299.94) |
| 146688 | 10/9/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($249.95) |
| 146713 | 10/10/2006 | Fax & Copier Revenue | $4.00 | $0.00 | ($245.95) |
| 146714 | 10/10/2006 | SALES TAX | $0.33 | $0.00 | ($245.62) |
| 146715 | 10/10/2006 | Fax & Copier Revenue 10/3/06 | $29.50 | $0.00 | ($216.12) |
| 146716 | 10/10/2006 | SALES TAX | $2.44 | $0.00 | ($213.68) |
| 146717 | 10/10/2006 | Fax & Copier Revenue | ($100.00) | $0.00 | ($313.68) |
| 146718 | 10/10/2006 | SALES TAX | ($8.25) | $0.00 | ($321.93) |
| 146881 | 10/10/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($271.94) |
| 147068 | 10/11/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($221.95) |
| 147256 | 10/12/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($171.96) |
| 147281 | 10/13/2006 | Fax & Copier Revenue | $1.65 | $0.00 | ($170.31) |
| 147282 | 10/13/2006 | SALES TAX | $0.14 | $0.00 | ($170.17) |
| 147462 | 10/13/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($120.18) |
| 147669 | 10/14/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($70.19) |
| 147834 | 10/15/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($20.20) |
| 147848 | 10/16/2006 | MASTER CARD | $0.00 | $305.43 | ($325.63) |
| 147865 | 10/16/2006 | Fax & Copier Revenue | $48.55 | $0.00 | ($277.08) |
| 147866 | 10/16/2006 | SALES TAX | $4.01 | $0.00 | ($273.07) |
| 147867 | 10/16/2006 | Fax & Copier Revenue | $4.75 | $0.00 | ($268.32) |
| 147868 | 10/16/2006 | SALES TAX | $0.40 | $0.00 | ($267.92) |
| 147877 | 10/16/2006 | Fax & Copier Revenue | $1.00 | $0.00 | ($266.92) |
| 147878 | 10/16/2006 | SALES TAX | $0.09 | $0.00 | ($266.83) |
| 148035 | 10/16/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($216.84) |

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

## Folio Receipt
### As Of: 8/26/2008

Folio # 11160
Buesgens, Michael
Falcon Ridge Apts. 500 E Stassney Apt 1023
AUSTIN, TX 78744
Company: State Farm

Room: 459
Arrival: 7/17/2006
Departure: 9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 148220 | 10/17/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($166.85) |
| 148445 | 10/18/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($116.86) |
| 148609 | 10/19/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($66.87) |
| 148765 | 10/20/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($16.88) |
| 148787 | 10/21/2006 | MASTER CARD | $0.00 | $333.05 | ($349.93) |
| 148913 | 10/21/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($299.94) |
| 149065 | 10/22/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($249.95) |
| 149230 | 10/23/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($199.96) |
| 149264 | 10/24/2006 | 11:37-12104726552/1 | $2.78 | $0.00 | ($197.18) |
| 149265 | 10/24/2006 | TELECO TAX | $0.41 | $0.00 | ($196.77) |
| 149267 | 10/24/2006 | MASTER CARD | $0.00 | $153.16 | ($349.93) |
| 149278 | 10/24/2006 | Fax & Copier Revenue | $6.00 | $0.00 | ($343.93) |
| 149279 | 10/24/2006 | SALES TAX | $0.50 | $0.00 | ($343.43) |
| 149416 | 10/24/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($293.44) |
| 149629 | 10/25/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($243.45) |
| 149686 | 10/26/2006 | Fax & Copier Revenue | $2.00 | $0.00 | ($241.45) |
| 149687 | 10/26/2006 | SALES TAX | $0.17 | $0.00 | ($241.28) |
| 149856 | 10/26/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($191.29) |
| 149875 | 10/27/2006 | Fax & Copier Revenue | $6.00 | $0.00 | ($185.29) |
| 149876 | 10/27/2006 | SALES TAX | $0.50 | $0.00 | ($184.79) |
| 150024 | 10/27/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($134.80) |
| 150188 | 10/28/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($84.81) |
| 150351 | 10/29/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($34.82) |
| 150365 | 10/30/2006 | MASTER CARD | $0.00 | $315.11 | ($349.93) |
| 150527 | 10/30/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($299.94) |
| 150549 | 10/31/2006 | Fax & Copier Revenue | $6.00 | $0.00 | ($293.94) |
| 150550 | 10/31/2006 | SALES TAX | $0.50 | $0.00 | ($293.44) |
| 150717 | 10/31/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($243.45) |
| 150934 | 11/1/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($193.46) |
| 151102 | 11/2/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($143.47) |
| 151315 | 11/3/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($93.48) |
| 151563 | 11/4/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($43.49) |
| 151721 | 11/5/2006 | Rm: 459 User Override | $49.99 | $0.00 | $6.50 |

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

## Folio Receipt
### As Of: 8/26/2008

Folio # 11160
Buesgens, Michael
Falcon Ridge Apts. 500 E Stassney Apt 1023
AUSTIN, TX 78744
Company: State Farm

Room: 459
Arrival: 7/17/2006
Departure: 9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 151737 | 11/6/2006 | MASTER CARD | $0.00 | $356.43 | ($349.93) |
| 151763 | 11/6/2006 | Fax & Copier Revenue | $1.00 | $0.00 | ($348.93) |
| 151764 | 11/6/2006 | SALES TAX | $0.09 | $0.00 | ($348.84) |
| 151912 | 11/6/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($298.85) |
| 152120 | 11/7/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($248.86) |
| 152132 | 11/8/2006 | 08:21-12104724955/3 | $4.33 | $0.00 | ($244.53) |
| 152133 | 11/8/2006 | TELECO TAX | $0.63 | $0.00 | ($243.90) |
| 152331 | 11/8/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($193.91) |
| 152576 | 11/9/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($143.92) |
| 152629 | 11/10/2006 | Fax & Copier Revenue | $9.00 | $0.00 | ($134.92) |
| 152630 | 11/10/2006 | SALES TAX | $0.75 | $0.00 | ($134.17) |
| 152823 | 11/10/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($84.18) |
| 153040 | 11/11/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($34.19) |
| 153184 | 11/12/2006 | Rm: 459 User Override | $49.99 | $0.00 | $15.80 |
| 153193 | 11/13/2006 | Fax & Copier Revenue | $0.40 | $0.00 | $16.20 |
| 153194 | 11/13/2006 | SALES TAX | $0.04 | $0.00 | $16.24 |
| 153195 | 11/13/2006 | Fax & Copier Revenue | $2.00 | $0.00 | $18.24 |
| 153196 | 11/13/2006 | SALES TAX | $0.17 | $0.00 | $18.41 |
| 153197 | 11/13/2006 | MASTER CARD | $0.00 | $368.34 | ($349.93) |
| 153348 | 11/13/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($299.94) |
| 153571 | 11/14/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($249.95) |
| 153794 | 11/15/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($199.96) |
| 153967 | 11/16/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($149.97) |
| 154129 | 11/17/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($99.98) |
| 154290 | 11/18/2006 | Rm: 459 User Override | $49.99 | $0.00 | ($49.99) |
| 154439 | 11/19/2006 | Rm: 459 User Override | $49.99 | $0.00 | $0.00 |
| 154450 | 11/20/2006 | Fax & Copier Revenue | $2.00 | $0.00 | $2.00 |
| 154451 | 11/20/2006 | SALES TAX | $0.17 | $0.00 | $2.17 |
| 154464 | 11/20/2006 | 09:55-12023543000/1 | $2.78 | $0.00 | $4.95 |
| 154465 | 11/20/2006 | TELECO TAX | $0.41 | $0.00 | $5.36 |
| 154607 | 11/20/2006 | Rm: 459 User Override | $49.99 | $0.00 | $55.35 |
| 154748 | 11/21/2006 | Rm: 459 User Override | $49.99 | $0.00 | $105.34 |
| 154770 | 11/22/2006 | Fax & Copier Revenue | $7.00 | $0.00 | $112.34 |

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

# Folio Receipt
### As Of: 8/26/2008

Folio # 11160
Buesgens, Michael
Falcon Ridge Apts. 500 E Stassney Apt 1023
AUSTIN, TX 78744
Company: State Farm

Room:  459
Arrival:  7/17/2006
Departure:  9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 154771 | 11/22/2006 | SALES TAX | $0.58 | $0.00 | $112.92 |
| 154899 | 11/22/2006 | Rm: 459 User Override | $49.99 | $0.00 | $162.91 |
| 155043 | 11/23/2006 | Rm: 459 User Override | $49.99 | $0.00 | $212.90 |
| 155177 | 11/24/2006 | Rm: 459 User Override | $49.99 | $0.00 | $262.89 |
| 155294 | 11/25/2006 | Rm: 459 User Override | $49.99 | $0.00 | $312.88 |
| 155441 | 11/26/2006 | Rm: 459 User Override | $49.99 | $0.00 | $362.87 |
| 155646 | 11/27/2006 | Rm: 459 User Override | $49.99 | $0.00 | $412.86 |
| 155658 | 11/28/2006 | MASTER CARD | $0.00 | $210.73 | $202.13 |
| 155849 | 11/28/2006 | Rm: 459 User Override | $49.99 | $0.00 | $252.12 |
| 156060 | 11/29/2006 | Rm: 459 User Override | $49.99 | $0.00 | $302.11 |
| 156260 | 11/30/2006 | Rm: 459 User Override | $49.99 | $0.00 | $352.10 |
| 156290 | 12/1/2006 | MASTER CARD | $0.00 | $349.93 | $2.17 |
| 156517 | 12/1/2006 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 156770 | 12/2/2006 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 156965 | 12/3/2006 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 157238 | 12/4/2006 | Rm: 459 User Override | $49.99 | $0.00 | $202.13 |
| 157488 | 12/5/2006 | Rm: 459 User Override | $49.99 | $0.00 | $252.12 |
| 157781 | 12/6/2006 | Rm: 459 User Override | $49.99 | $0.00 | $302.11 |
| 158020 | 12/7/2006 | Rm: 459 User Override | $49.99 | $0.00 | $352.10 |
| 158033 | 12/8/2006 | MASTER CARD | $0.00 | $349.93 | $2.17 |
| 158240 | 12/8/2006 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 158457 | 12/9/2006 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 158671 | 12/10/2006 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 158901 | 12/11/2006 | Rm: 459 User Override | $49.99 | $0.00 | $202.13 |
| 159144 | 12/12/2006 | Rm: 459 User Override | $49.99 | $0.00 | $252.12 |
| 159355 | 12/13/2006 | Rm: 459 User Override | $49.99 | $0.00 | $302.11 |
| 159592 | 12/14/2006 | Rm: 459 User Override | $49.99 | $0.00 | $352.10 |
| 159633 | 12/15/2006 | MASTER CARD | $0.00 | $349.93 | $2.17 |
| 159848 | 12/15/2006 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 160074 | 12/16/2006 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 160293 | 12/17/2006 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 160510 | 12/18/2006 | Rm: 459 User Override | $49.99 | $0.00 | $202.13 |
| 160716 | 12/19/2006 | Rm: 459 User Override | $49.99 | $0.00 | $252.12 |

08/26/08  2:42 PM                                                      NV 3.1 SP2 HF4
ESD - Austin - North Central                                          Austin, TX 78753
                                                                      Property ID: 9834

# Folio Receipt
## As Of: 8/26/2008

Folio # 11160                                              Room:  459
Buesgens, Michael                                        Arrival:  7/17/2006
Falcon Ridge Apts. 500 E Stassney Apt 1023             Departure:  9/2/2008
AUSTIN, TX 78744
Company: State Farm

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 160925 | 12/20/2006 | Rm: 459 User Override | $49.99 | $0.00 | $302.11 |
| 161114 | 12/21/2006 | Rm: 459 User Override | $49.99 | $0.00 | $352.10 |
| 161150 | 12/22/2006 | MASTER CARD | $0.00 | $349.93 | $2.17 |
| 161269 | 12/22/2006 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 161405 | 12/23/2006 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 161525 | 12/24/2006 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 161639 | 12/25/2006 | Rm: 459 User Override | $49.99 | $0.00 | $202.13 |
| 161788 | 12/26/2006 | Rm: 459 User Override | $49.99 | $0.00 | $252.12 |
| 161974 | 12/27/2006 | Rm: 459 User Override | $49.99 | $0.00 | $302.11 |
| 162124 | 12/28/2006 | Rm: 459 User Override | $49.99 | $0.00 | $352.10 |
| 162155 | 12/29/2006 | MASTER CARD | $0.00 | $149.97 | $202.13 |
| 162314 | 12/29/2006 | Rm: 459 User Override | $49.99 | $0.00 | $252.12 |
| 162468 | 12/30/2006 | Rm: 459 User Override | $49.99 | $0.00 | $302.11 |
| 162641 | 12/31/2006 | Rm: 459 User Override | $49.99 | $0.00 | $352.10 |
| 162650 | 1/1/2007 | MASTER CARD | $0.00 | $349.93 | $2.17 |
| 162683 | 1/1/2007 | 19:30-12104724955/1 | $2.78 | $0.00 | $4.95 |
| 162684 | 1/1/2007 | TELECO TAX | $0.41 | $0.00 | $5.36 |
| 162685 | 1/1/2007 | 19:34-12104724955/1 | $2.78 | $0.00 | $8.14 |
| 162686 | 1/1/2007 | TELECO TAX | $0.41 | $0.00 | $8.55 |
| 162825 | 1/1/2007 | Rm: 459 User Override | $49.99 | $0.00 | $58.54 |
| 162997 | 1/2/2007 | Rm: 459 User Override | $49.99 | $0.00 | $108.53 |
| 163154 | 1/3/2007 | Rm: 459 User Override | $49.99 | $0.00 | $158.52 |
| 163306 | 1/4/2007 | Rm: 459 User Override | $49.99 | $0.00 | $208.51 |
| 163509 | 1/5/2007 | Rm: 459 User Override | $49.99 | $0.00 | $258.50 |
| 163715 | 1/6/2007 | Rm: 459 User Override | $49.99 | $0.00 | $308.49 |
| 163915 | 1/7/2007 | Rm: 459 User Override | $49.99 | $0.00 | $358.48 |
| 163926 | 1/8/2007 | MASTER CARD | $0.00 | $356.31 | $2.17 |
| 164111 | 1/8/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 164363 | 1/9/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 164556 | 1/10/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 164790 | 1/11/2007 | Rm: 459 User Override | $49.99 | $0.00 | $202.13 |
| 164956 | 1/12/2007 | Rm: 459 User Override | $49.99 | $0.00 | $252.12 |
| 165122 | 1/13/2007 | Rm: 459 User Override | $49.99 | $0.00 | $302.11 |

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

## Folio Receipt
### As Of: 8/26/2008

**Folio # 11160**
**Buesgens, Michael**
**Falcon Ridge Apts. 500 E Stassney Apt 1023**
**AUSTIN, TX 78744**
**Company: State Farm**

Room:  459
Arrival:  7/17/2006
Departure:  9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 165292 | 1/14/2007 | Rm: 459 User Override | $49.99 | $0.00 | $352.10 |
| 165491 | 1/15/2007 | Rm: 459 User Override | $49.99 | $0.00 | $402.09 |
| 165744 | 1/16/2007 | Rm: 459 User Override | $49.99 | $0.00 | $452.08 |
| 165779 | 1/17/2007 | MASTER CARD | $0.00 | $349.93 | $102.15 |
| 165965 | 1/17/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 166193 | 1/18/2007 | Rm: 459 User Override | $49.99 | $0.00 | $202.13 |
| 166378 | 1/19/2007 | Rm: 459 User Override | $49.99 | $0.00 | $252.12 |
| 166579 | 1/20/2007 | Rm: 459 User Override | $49.99 | $0.00 | $302.11 |
| 166802 | 1/21/2007 | Rm: 459 User Override | $49.99 | $0.00 | $352.10 |
| 166828 | 1/22/2007 | MASTER CARD | $0.00 | $349.93 | $2.17 |
| 167079 | 1/22/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 167360 | 1/23/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 167373 | 1/24/2007 | 08:29-12104726550/1 | $2.78 | $0.00 | $104.93 |
| 167374 | 1/24/2007 | TELECO TAX | $0.41 | $0.00 | $105.34 |
| 167630 | 1/24/2007 | Rm: 459 User Override | $49.99 | $0.00 | $155.33 |
| 167938 | 1/25/2007 | Rm: 459 User Override | $49.99 | $0.00 | $205.32 |
| 168149 | 1/26/2007 | Rm: 459 User Override | $49.99 | $0.00 | $255.31 |
| 168349 | 1/27/2007 | Rm: 459 User Override | $49.99 | $0.00 | $305.30 |
| 168565 | 1/28/2007 | Rm: 459 User Override | $49.99 | $0.00 | $355.29 |
| 168578 | 1/29/2007 | MASTER CARD | $0.00 | $153.16 | $202.13 |
| 168803 | 1/29/2007 | Rm: 459 User Override | $49.99 | $0.00 | $252.12 |
| 169121 | 1/30/2007 | Rm: 459 User Override | $49.99 | $0.00 | $302.11 |
| 169374 | 1/31/2007 | Rm: 459 User Override | $49.99 | $0.00 | $352.10 |
| 169618 | 2/1/2007 | Rm: 459 User Override | $49.99 | $0.00 | $402.09 |
| 169647 | 2/2/2007 | MASTER CARD | $0.00 | $349.93 | $52.16 |
| 169820 | 2/2/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 170003 | 2/3/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 170193 | 2/4/2007 | Rm: 459 User Override | $49.99 | $0.00 | $202.13 |
| 170425 | 2/5/2007 | Rm: 459 User Override | $49.99 | $0.00 | $252.12 |
| 170671 | 2/6/2007 | Rm: 459 User Override | $49.99 | $0.00 | $302.11 |
| 171004 | 2/7/2007 | Rm: 459 User Override | $49.99 | $0.00 | $352.10 |
| 171056 | 2/8/2007 | MASTER CARD | $0.00 | $349.93 | $2.17 |
| 171280 | 2/8/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

## Folio Receipt
### As Of: 8/26/2008

Folio # 11160
Buesgens, Michael
Falcon Ridge Apts. 500 E Stassney Apt 1023
AUSTIN, TX 78744
Company: State Farm

Room:  459
Arrival:  7/17/2006
Departure:  9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 171488 | 2/9/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 171745 | 2/10/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 171977 | 2/11/2007 | Rm: 459 User Override | $49.99 | $0.00 | $202.13 |
| 172248 | 2/12/2007 | Rm: 459 User Override | $49.99 | $0.00 | $252.12 |
| 172292 | 2/13/2007 | 11:02-12025652500/1 | $2.78 | $0.00 | $254.90 |
| 172293 | 2/13/2007 | TELECO TAX | $0.41 | $0.00 | $255.31 |
| 172517 | 2/13/2007 | Rm: 459 User Override | $49.99 | $0.00 | $305.30 |
| 172801 | 2/14/2007 | Rm: 459 User Override | $49.99 | $0.00 | $355.29 |
| 172827 | 2/15/2007 | MASTER CARD | $0.00 | $453.12 | ($97.83) |
| 173012 | 2/15/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.84) |
| 173265 | 2/16/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.15 |
| 173500 | 2/17/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.14 |
| 173799 | 2/18/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.13 |
| 174091 | 2/19/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.12 |
| 174359 | 2/20/2007 | Rm: 459 User Override | $49.99 | $0.00 | $202.11 |
| 174646 | 2/21/2007 | Rm: 459 User Override | $49.99 | $0.00 | $252.10 |
| 174909 | 2/22/2007 | Rm: 459 User Override | $49.99 | $0.00 | $302.09 |
| 175142 | 2/23/2007 | Rm: 459 User Override | $49.99 | $0.00 | $352.08 |
| 175370 | 2/24/2007 | Rm: 459 User Override | $49.99 | $0.00 | $402.07 |
| 175556 | 2/25/2007 | Rm: 459 User Override | $49.99 | $0.00 | $452.06 |
| 175576 | 2/26/2007 | MASTER CARD | $0.00 | $349.93 | $102.13 |
| 175809 | 2/26/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.12 |
| 176080 | 2/27/2007 | Rm: 459 User Override | $49.99 | $0.00 | $202.11 |
| 176154 | 2/28/2007 | 20:11-19713277488/3 | $4.33 | $0.00 | $206.44 |
| 176155 | 2/28/2007 | TELECO TAX | $0.63 | $0.00 | $207.07 |
| 176156 | 2/28/2007 | 20:15-15149975911/1 | $2.78 | $0.00 | $209.85 |
| 176157 | 2/28/2007 | TELECO TAX | $0.41 | $0.00 | $210.26 |
| 176388 | 2/28/2007 | Rm: 459 User Override | $49.99 | $0.00 | $260.25 |
| 176692 | 3/1/2007 | Rm: 459 User Override | $49.99 | $0.00 | $310.24 |
| 177006 | 3/2/2007 | Rm: 459 User Override | $49.99 | $0.00 | $360.23 |
| 177076 | 3/3/2007 | MASTER CARD | $0.00 | $358.06 | $2.17 |
| 177087 | 3/3/2007 | 20:29-15052425228/1 | $2.78 | $0.00 | $4.95 |
| 177088 | 3/3/2007 | TELECO TAX | $0.41 | $0.00 | $5.36 |

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

# Folio Receipt
### As Of: 8/26/2008

Folio # 11160
Buesgens, Michael
Falcon Ridge Apts. 500 E Stassney Apt 1023
AUSTIN, TX 78744
Company: State Farm

Room:  459
Arrival:  7/17/2006
Departure:  9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 177293 | 3/3/2007 | Rm: 459 User Override | $49.99 | $0.00 | $55.35 |
| 177485 | 3/4/2007 | Rm: 459 User Override | $49.99 | $0.00 | $105.34 |
| 177743 | 3/5/2007 | Rm: 459 User Override | $49.99 | $0.00 | $155.33 |
| 177793 | 3/6/2007 | Fax & Copier Revenue | $6.80 | $0.00 | $162.13 |
| 177794 | 3/6/2007 | SALES TAX | $0.57 | $0.00 | $162.70 |
| 177996 | 3/6/2007 | Rm: 459 User Override | $49.99 | $0.00 | $212.69 |
| 178261 | 3/7/2007 | Rm: 459 User Override | $49.99 | $0.00 | $262.68 |
| 178546 | 3/8/2007 | Rm: 459 User Override | $49.99 | $0.00 | $312.67 |
| 178576 | 3/9/2007 | MASTER CARD | $0.00 | $349.93 | ($37.26) |
| 178837 | 3/9/2007 | Rm: 459 User Override | $49.99 | $0.00 | $12.73 |
| 179094 | 3/10/2007 | Rm: 459 User Override | $49.99 | $0.00 | $62.72 |
| 179346 | 3/11/2007 | Rm: 459 User Override | $49.99 | $0.00 | $112.71 |
| 179619 | 3/12/2007 | Rm: 459 User Override | $49.99 | $0.00 | $162.70 |
| 179945 | 3/13/2007 | Rm: 459 User Override | $49.99 | $0.00 | $212.69 |
| 180276 | 3/14/2007 | Rm: 459 User Override | $49.99 | $0.00 | $262.68 |
| 180584 | 3/15/2007 | Rm: 459 User Override | $49.99 | $0.00 | $312.67 |
| 180863 | 3/16/2007 | Rm: 459 User Override | $49.99 | $0.00 | $362.66 |
| 181131 | 3/17/2007 | Rm: 459 User Override | $49.99 | $0.00 | $412.65 |
| 181349 | 3/18/2007 | Rm: 459 User Override | $49.99 | $0.00 | $462.64 |
| 181370 | 3/19/2007 | MASTER CARD | $0.00 | $349.93 | $112.71 |
| 181634 | 3/19/2007 | Rm: 459 User Override | $49.99 | $0.00 | $162.70 |
| 181914 | 3/20/2007 | Rm: 459 User Override | $49.99 | $0.00 | $212.69 |
| 182214 | 3/21/2007 | Rm: 459 User Override | $49.99 | $0.00 | $262.68 |
| 182477 | 3/22/2007 | Rm: 459 User Override | $49.99 | $0.00 | $312.67 |
| 182722 | 3/23/2007 | Rm: 459 User Override | $49.99 | $0.00 | $362.66 |
| 182953 | 3/24/2007 | Rm: 459 User Override | $49.99 | $0.00 | $412.65 |
| 183168 | 3/25/2007 | Rm: 459 User Override | $49.99 | $0.00 | $462.64 |
| 183205 | 3/26/2007 | MASTER CARD | $0.00 | $349.93 | $112.71 |
| 183435 | 3/26/2007 | Rm: 459 User Override | $49.99 | $0.00 | $162.70 |
| 183682 | 3/27/2007 | Rm: 459 User Override | $49.99 | $0.00 | $212.69 |
| 183916 | 3/28/2007 | Rm: 459 User Override | $49.99 | $0.00 | $262.68 |
| 184133 | 3/29/2007 | Rm: 459 User Override | $49.99 | $0.00 | $312.67 |
| 184352 | 3/30/2007 | Rm: 459 User Override | $49.99 | $0.00 | $362.66 |

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

## Folio Receipt
### As Of: 8/26/2008

Folio # 11160
Buesgens, Michael
Falcon Ridge Apts. 500 E Stassney Apt 1023
AUSTIN, TX 78744
Company: State Farm

Room:  459
Arrival:  7/17/2006
Departure:  9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 184616 | 3/31/2007 | Rm: 459 User Override | $49.99 | $0.00 | $412.65 |
| 184837 | 4/1/2007 | Rm: 459 User Override | $49.99 | $0.00 | $462.64 |
| 184861 | 4/2/2007 | MASTER CARD | $0.00 | $349.93 | $112.71 |
| 185140 | 4/2/2007 | Rm: 459 User Override | $49.99 | $0.00 | $162.70 |
| 185404 | 4/3/2007 | Rm: 459 User Override | $49.99 | $0.00 | $212.69 |
| 185658 | 4/4/2007 | Rm: 459 User Override | $49.99 | $0.00 | $262.68 |
| 185942 | 4/5/2007 | Rm: 459 User Override | $49.99 | $0.00 | $312.67 |
| 186227 | 4/6/2007 | Rm: 459 User Override | $49.99 | $0.00 | $362.66 |
| 186447 | 4/7/2007 | Rm: 459 User Override | $49.99 | $0.00 | $412.65 |
| 186589 | 4/8/2007 | Rm: 459 User Override | $49.99 | $0.00 | $462.64 |
| 186613 | 4/9/2007 | MASTER CARD | $0.00 | $349.93 | $112.71 |
| 186858 | 4/9/2007 | Rm: 459 User Override | $49.99 | $0.00 | $162.70 |
| 187124 | 4/10/2007 | Rm: 459 User Override | $49.99 | $0.00 | $212.69 |
| 187383 | 4/11/2007 | Rm: 459 User Override | $49.99 | $0.00 | $262.68 |
| 187643 | 4/12/2007 | Rm: 459 User Override | $49.99 | $0.00 | $312.67 |
| 187893 | 4/13/2007 | Rm: 459 User Override | $49.99 | $0.00 | $362.66 |
| 188119 | 4/14/2007 | Rm: 459 User Override | $49.99 | $0.00 | $412.65 |
| 188342 | 4/15/2007 | Rm: 459 User Override | $49.99 | $0.00 | $462.64 |
| 188682 | 4/16/2007 | Rm: 459 User Override | $49.99 | $0.00 | $512.63 |
| 188961 | 4/17/2007 | Rm: 459 User Override | $49.99 | $0.00 | $562.62 |
| 189224 | 4/18/2007 | Rm: 459 User Override | $49.99 | $0.00 | $612.61 |
| 189261 | 4/19/2007 | MASTER CARD | $0.00 | $349.93 | $262.68 |
| 189452 | 4/19/2007 | Rm: 459 User Override | $49.99 | $0.00 | $312.67 |
| 189669 | 4/20/2007 | Rm: 459 User Override | $49.99 | $0.00 | $362.66 |
| 189910 | 4/21/2007 | Rm: 459 User Override | $49.99 | $0.00 | $412.65 |
| 190145 | 4/22/2007 | Rm: 459 User Override | $49.99 | $0.00 | $462.64 |
| 190470 | 4/23/2007 | Rm: 459 User Override | $49.99 | $0.00 | $512.63 |
| 190507 | 4/24/2007 | MASTER CARD | $0.00 | $349.93 | $162.70 |
| 190779 | 4/24/2007 | Rm: 459 User Override | $49.99 | $0.00 | $212.69 |
| 191054 | 4/25/2007 | Rm: 459 User Override | $49.99 | $0.00 | $262.68 |
| 191303 | 4/26/2007 | Rm: 459 User Override | $49.99 | $0.00 | $312.67 |
| 191587 | 4/27/2007 | Rm: 459 User Override | $49.99 | $0.00 | $362.66 |
| 191630 | 4/28/2007 | MASTER CARD | $0.00 | $360.49 | $2.17 |

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

## Folio Receipt
### As Of: 8/26/2008

Folio # 11160
Buesgens, Michael
Falcon Ridge Apts. 500 E Stassney Apt 1023
AUSTIN, TX 78744
Company: State Farm

Room: 459
Arrival: 7/17/2006
Departure: 9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 191849 | 4/28/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 192083 | 4/29/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 192407 | 4/30/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 192758 | 5/1/2007 | Rm: 459 User Override | $49.99 | $0.00 | $202.13 |
| 193046 | 5/2/2007 | Rm: 459 User Override | $49.99 | $0.00 | $252.12 |
| 193277 | 5/3/2007 | Rm: 459 User Override | $49.99 | $0.00 | $302.11 |
| 193529 | 5/4/2007 | Rm: 459 User Override | $49.99 | $0.00 | $352.10 |
| 193575 | 5/5/2007 | MASTER CARD | $0.00 | $349.93 | $2.17 |
| 193808 | 5/5/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 194015 | 5/6/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 194266 | 5/7/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 194522 | 5/8/2007 | Rm: 459 User Override | $49.99 | $0.00 | $202.13 |
| 194786 | 5/9/2007 | Rm: 459 User Override | $49.99 | $0.00 | $252.12 |
| 194978 | 5/10/2007 | Rm: 459 User Override | $49.99 | $0.00 | $302.11 |
| 195185 | 5/11/2007 | Rm: 459 User Override | $49.99 | $0.00 | $352.10 |
| 195348 | 5/12/2007 | Rm: 459 User Override | $49.99 | $0.00 | $402.09 |
| 195515 | 5/13/2007 | Rm: 459 User Override | $49.99 | $0.00 | $452.08 |
| 195538 | 5/14/2007 | MASTER CARD | $0.00 | $349.43 | $102.65 |
| 195693 | 5/14/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.64 |
| 195935 | 5/15/2007 | Rm: 459 User Override | $49.99 | $0.00 | $202.63 |
| 196172 | 5/16/2007 | Rm: 459 User Override | $49.99 | $0.00 | $252.62 |
| 196420 | 5/17/2007 | Rm: 459 User Override | $49.99 | $0.00 | $302.61 |
| 196710 | 5/18/2007 | Rm: 459 User Override | $49.99 | $0.00 | $352.60 |
| 196774 | 5/19/2007 | MASTER CARD | $0.00 | $350.43 | $2.17 |
| 196983 | 5/19/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 197146 | 5/20/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 197345 | 5/21/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 197521 | 5/22/2007 | Rm: 459 User Override | $49.99 | $0.00 | $202.13 |
| 197687 | 5/23/2007 | Rm: 459 User Override | $49.99 | $0.00 | $252.12 |
| 197856 | 5/24/2007 | Rm: 459 User Override | $49.99 | $0.00 | $302.11 |
| 198069 | 5/25/2007 | Rm: 459 User Override | $49.99 | $0.00 | $352.10 |
| 198310 | 5/26/2007 | Rm: 459 User Override | $49.99 | $0.00 | $402.09 |
| 198455 | 5/27/2007 | Rm: 459 User Override | $49.99 | $0.00 | $452.08 |

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

## Folio Receipt
### As Of: 8/26/2008

Folio # 11160
Buesgens, Michael
Falcon Ridge Apts. 500 E Stassney Apt 1023
AUSTIN, TX 78744
Company: State Farm

Room: **459**
Arrival: **7/17/2006**
Departure: **9/2/2008**

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 198478 | 5/28/2007 | MASTER CARD | $0.00 | $349.93 | $102.15 |
| 198588 | 5/28/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 198776 | 5/29/2007 | Rm: 459 User Override | $49.99 | $0.00 | $202.13 |
| 198961 | 5/30/2007 | Rm: 459 User Override | $49.99 | $0.00 | $252.12 |
| 199226 | 5/31/2007 | Rm: 459 User Override | $49.99 | $0.00 | $302.11 |
| 199582 | 6/1/2007 | Rm: 459 User Override | $49.99 | $0.00 | $352.10 |
| 199939 | 6/2/2007 | Rm: 459 User Override | $49.99 | $0.00 | $402.09 |
| 200198 | 6/3/2007 | Rm: 459 User Override | $49.99 | $0.00 | $452.08 |
| 200236 | 6/4/2007 | MASTER CARD | $0.00 | $349.93 | $102.15 |
| 200501 | 6/4/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 200732 | 6/5/2007 | Rm: 459 User Override | $49.99 | $0.00 | $202.13 |
| 200929 | 6/6/2007 | Rm: 459 User Override | $49.99 | $0.00 | $252.12 |
| 201131 | 6/7/2007 | Rm: 459 User Override | $49.99 | $0.00 | $302.11 |
| 201366 | 6/8/2007 | Rm: 459 User Override | $49.99 | $0.00 | $352.10 |
| 201536 | 6/9/2007 | Rm: 459 User Override | $49.99 | $0.00 | $402.09 |
| 201649 | 6/10/2007 | Rm: 459 User Override | $49.99 | $0.00 | $452.08 |
| 201673 | 6/11/2007 | MASTER CARD | $0.00 | $349.93 | $102.15 |
| 201841 | 6/11/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 202138 | 6/12/2007 | Rm: 459 User Override | $49.99 | $0.00 | $202.13 |
| 202459 | 6/13/2007 | Rm: 459 User Override | $49.99 | $0.00 | $252.12 |
| 202652 | 6/14/2007 | Rm: 459 User Override | $49.99 | $0.00 | $302.11 |
| 202883 | 6/15/2007 | Rm: 459 User Override | $49.99 | $0.00 | $352.10 |
| 202944 | 6/16/2007 | MASTER CARD | $0.00 | $349.93 | $2 17 |
| 203081 | 6/16/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 203259 | 6/17/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 204789 | 6/25/2007 | MASTER CARD | $0.00 | $99.98 | $2.17 |
| 204790 | 6/25/2007 | MASTER CARD | $0.00 | $99.98 | ($97.81) |
| 204974 | 6/25/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 205205 | 6/26/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 205224 | 6/27/2007 | MASTER CARD | $0.00 | $349.93 | ($347.76) |
| 205456 | 6/27/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 205713 | 6/28/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 206006 | 6/29/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

## Folio Receipt
### As Of: 8/26/2008

Folio # 11160
Buesgens, Michael
Falcon Ridge Apts. 500 E Stassney Apt 1023
AUSTIN, TX 78744
Company: State Farm

Room:  459
Arrival:  7/17/2006
Departure:  9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 206231 | 6/30/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 206454 | 7/1/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 206759 | 7/2/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 206951 | 7/3/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 206988 | 7/4/2007 | MASTER CARD | $0.00 | $349.93 | ($347.76) |
| 207128 | 7/4/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 207367 | 7/5/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 207725 | 7/6/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 208017 | 7/7/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 208329 | 7/8/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 208663 | 7/9/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 208986 | 7/10/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 209306 | 7/11/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 209343 | 7/12/2007 | MASTER CARD | $0.00 | $349.93 | ($297.77) |
| 209605 | 7/12/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 209859 | 7/13/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 210096 | 7/14/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 210286 | 7/15/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 210505 | 7/16/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 210709 | 7/17/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 210755 | 7/18/2007 | MASTER CARD | $0.00 | $349.93 | ($347.76) |
| 210945 | 7/18/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 211160 | 7/19/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 211428 | 7/20/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 211705 | 7/21/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 211895 | 7/22/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 212110 | 7/23/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 212385 | 7/24/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 212608 | 7/25/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 212645 | 7/26/2007 | MASTER CARD | $0.00 | $349.93 | ($297.77) |
| 212867 | 7/26/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 213103 | 7/27/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 213283 | 7/28/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

# Folio Receipt
### As Of: 8/26/2008

**Folio # 11160**
**Buesgens, Michael**
**Falcon Ridge Apts. 500 E Stassney Apt 1023**
**AUSTIN, TX 78744**
**Company: State Farm**

Room:  **459**
Arrival:  **7/17/2006**
Departure:  **9/2/2008**

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 213444 | 7/29/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 213643 | 7/30/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 213861 | 7/31/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 214198 | 8/1/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 214554 | 8/2/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 214838 | 8/3/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 214872 | 8/4/2007 | MASTER CARD | $0.00 | $349.93 | ($197.79) |
| 215022 | 8/4/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 215172 | 8/5/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 215385 | 8/6/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 215624 | 8/7/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 215648 | 8/8/2007 | MASTER CARD | $0.00 | $349.93 | ($347.76) |
| 215877 | 8/8/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 216147 | 8/9/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 216382 | 8/10/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 216437 | 8/11/2007 | MASTER CARD | $0.00 | $49.99 | ($247.78) |
| 216578 | 8/11/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 216750 | 8/12/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 216959 | 8/13/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 217130 | 8/14/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 217319 | 8/15/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 217346 | 8/16/2007 | MASTER CARD | $0.00 | $349.93 | ($347.76) |
| 217480 | 8/16/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 217708 | 8/17/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 217916 | 8/18/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 218156 | 8/19/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 218400 | 8/20/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 218647 | 8/21/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 218869 | 8/22/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 219070 | 8/23/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 219112 | 8/24/2007 | MASTER CARD | $0.00 | $349.93 | ($297.77) |
| 219251 | 8/24/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 219426 | 8/25/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

# Folio Receipt
### As Of: 8/26/2008

**Folio # 11160**
**Buesgens, Michael**
**Falcon Ridge Apts. 500 E Stassney Apt 1023**
**AUSTIN, TX 78744**
**Company: State Farm**

Room:  **459**
Arrival:  **7/17/2006**
Departure:  **9/2/2008**

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 221984 | 9/6/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 222129 | 9/7/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 222261 | 9/8/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 222413 | 9/9/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 222574 | 9/10/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 222740 | 9/11/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 222912 | 9/12/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 222933 | 9/13/2007 | MASTER CARD | $0.00 | $349.93 | ($197.79) |
| 223087 | 9/13/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 223357 | 9/14/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 223545 | 9/15/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 223687 | 9/16/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 223866 | 9/17/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 224059 | 9/18/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 224276 | 9/19/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 224295 | 9/20/2007 | MASTER CARD | $0.00 | $49.99 | $102.15 |
| 224591 | 9/20/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 224608 | 9/21/2007 | MASTER CARD | $0.00 | $49.99 | $102.15 |
| 224940 | 9/21/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 225271 | 9/22/2007 | Rm: 459 User Override | $49.99 | $0.00 | $202.13 |
| 225474 | 9/23/2007 | Rm: 459 User Override | $49.99 | $0.00 | $252.12 |
| 225497 | 9/24/2007 | MASTER CARD | $0.00 | $99.98 | $152.14 |
| 225518 | 9/24/2007 | MASTER CARD | $0.00 | $99.98 | $52.16 |
| 225673 | 9/24/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 225887 | 9/25/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 225914 | 9/26/2007 | MASTER CARD | $0.00 | $349.93 | ($197.79) |
| 226067 | 9/26/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 226308 | 9/27/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 226578 | 9/28/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 226796 | 9/29/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 226965 | 9/30/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 227169 | 10/1/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 227299 | 10/2/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

## Folio Receipt
### As Of: 8/26/2008

Folio # 11160
Buesgens, Michael
Falcon Ridge Apts. 500 E Stassney Apt 1023
AUSTIN, TX 78744
Company: State Farm

Room:  459
Arrival:  7/17/2006
Departure:  9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 227310 | 10/3/2007 | MASTER CARD | $0.00 | $349.93 | ($197.79) |
| 227419 | 10/3/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 227519 | 10/4/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 227632 | 10/5/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 227732 | 10/6/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 227848 | 10/7/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 227996 | 10/8/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 228144 | 10/9/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 228172 | 10/10/2007 | MASTER CARD | $0.00 | $349.93 | ($197.79) |
| 228315 | 10/10/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 228492 | 10/11/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 228768 | 10/12/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 229035 | 10/13/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 229224 | 10/14/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 229431 | 10/15/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 229684 | 10/16/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 229713 | 10/17/2007 | MASTER CARD | $0.00 | $99.98 | $52.16 |
| 229947 | 10/17/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 230195 | 10/18/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 230208 | 10/19/2007 | MASTER CARD | $0.00 | $249.95 | ($97.81) |
| 230457 | 10/19/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 230704 | 10/20/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 230982 | 10/21/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 231330 | 10/22/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 231757 | 10/23/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 232156 | 10/24/2007 | Rm: 459 User Override | $49.99 | $0.00 | $202.13 |
| 232212 | 10/25/2007 | VISA | $0.00 | $349.93 | ($147.80) |
| 232470 | 10/25/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 232774 | 10/26/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 233100 | 10/27/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 233307 | 10/28/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 233535 | 10/29/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 233778 | 10/30/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

# Folio Receipt
### As Of: 8/26/2008

**Folio # 11160**
**Buesgens, Michael**
**Falcon Ridge Apts. 500 E Stassney Apt 1023**
**AUSTIN, TX 78744**
**Company: State Farm**

Room:  459
Arrival:  7/17/2006
Departure:  9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 233788 | 10/31/2007 | VISA | $0.00 | $349.93 | ($197.79) |
| 234031 | 10/31/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 234259 | 11/1/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 234504 | 11/2/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 234712 | 11/3/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 234862 | 11/4/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 235111 | 11/5/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 235334 | 11/6/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 235347 | 11/7/2007 | VISA | $0.00 | $349.93 | ($197.79) |
| 235535 | 11/7/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 235693 | 11/8/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 235875 | 11/9/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 236026 | 11/10/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 236159 | 11/11/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 236330 | 11/12/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 236532 | 11/13/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 236547 | 11/14/2007 | VISA | $0.00 | $349.93 | ($197.79) |
| 236770 | 11/14/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 236998 | 11/15/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 237189 | 11/16/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 237382 | 11/17/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 237526 | 11/18/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 237700 | 11/19/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 237844 | 11/20/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 237866 | 11/21/2007 | VISA | $0.00 | $349.93 | ($197.79) |
| 237944 | 11/21/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 238028 | 11/22/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 238117 | 11/23/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 238183 | 11/24/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 238270 | 11/25/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 238429 | 11/26/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 238572 | 11/27/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 238598 | 11/28/2007 | VISA | $0.00 | $349.93 | ($197.79) |

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

## Folio Receipt
### As Of: 8/26/2008

Folio # 11160
Buesgens, Michael
Falcon Ridge Apts. 500 E Stassney Apt 1023
AUSTIN, TX 78744
Company: State Farm

Room:  459
Arrival:  7/17/2006
Departure:  9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 238727 | 11/28/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 238879 | 11/29/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 239063 | 11/30/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 239198 | 12/1/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 239403 | 12/2/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 239573 | 12/3/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 239740 | 12/4/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 239753 | 12/5/2007 | VISA | $0.00 | $349.93 | ($197.79) |
| 239877 | 12/5/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 240001 | 12/6/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 240092 | 12/7/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 240188 | 12/8/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 240281 | 12/9/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 240395 | 12/10/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 240523 | 12/11/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 240538 | 12/12/2007 | VISA | $0.00 | $349.93 | ($197.79) |
| 240655 | 12/12/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 240760 | 12/13/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 240854 | 12/14/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 240961 | 12/15/2007 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 241069 | 12/16/2007 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 241201 | 12/17/2007 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 241326 | 12/18/2007 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 241345 | 12/19/2007 | VISA | $0.00 | $349.93 | ($197.79) |
| 241456 | 12/19/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 241570 | 12/20/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 241653 | 12/21/2007 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 243044 | 1/1/2008 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 243078 | 1/2/2008 | VISA | $0.00 | $349.93 | ($347.76) |
| 243314 | 1/2/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 243554 | 1/3/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 243812 | 1/4/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 244044 | 1/5/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |

08/26/08   2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

## Folio Receipt
### As Of: 8/26/2008

**Folio # 11160**
**Buesgens, Michael**
**Falcon Ridge Apts. 500 E Stassney Apt 1023**
**AUSTIN, TX 78744**
**Company: State Farm**

Room: **459**
Arrival: **7/17/2006**
Departure: **9/2/2008**

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 244228 | 1/6/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 244543 | 1/7/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 244850 | 1/8/2008 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 244875 | 1/9/2008 | VISA | $0.00 | $349.93 | ($347.76) |
| 245170 | 1/9/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 245491 | 1/10/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 245836 | 1/11/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 246138 | 1/12/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 246424 | 1/13/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 246774 | 1/14/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 247086 | 1/15/2008 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 247418 | 1/16/2008 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 247466 | 1/17/2008 | VISA | $0.00 | $349.93 | ($297.77) |
| 247745 | 1/17/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 248038 | 1/18/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 248311 | 1/19/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 248568 | 1/20/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 248850 | 1/21/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 249200 | 1/22/2008 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 249506 | 1/23/2008 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 249803 | 1/24/2008 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 250065 | 1/25/2008 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 250357 | 1/26/2008 | Rm: 459 User Override | $49.99 | $0.00 | $202.13 |
| 250630 | 1/27/2008 | Rm: 459 User Override | $49.99 | $0.00 | $252.12 |
| 250978 | 1/28/2008 | Rm: 459 User Override | $49.99 | $0.00 | $302.11 |
| 251029 | 1/29/2008 | VISA | $0.00 | $349.93 | ($47.82) |
| 251366 | 1/29/2008 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 251393 | 1/30/2008 | VISA | $0.00 | $349.93 | ($347.76) |
| 251680 | 1/30/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 252002 | 1/31/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 252272 | 2/1/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 252560 | 2/2/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 252825 | 2/3/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |

08/26/08   2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

## Folio Receipt
### As Of: 8/26/2008

Folio # 11160
Buesgens, Michael
Falcon Ridge Apts. 500 E Stassney Apt 1023
AUSTIN, TX 78744
Company: State Farm

Room:  459
Arrival:  7/17/2006
Departure:  9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 253097 | 2/4/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 253422 | 2/5/2008 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 253448 | 2/6/2008 | VISA | $0.00 | $349.93 | ($347.76) |
| 253745 | 2/6/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 254053 | 2/7/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 254340 | 2/8/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 254582 | 2/9/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 254790 | 2/10/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 255195 | 2/11/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 255405 | 2/12/2008 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 255592 | 2/13/2008 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 255766 | 2/14/2008 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 255994 | 2/15/2008 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 256042 | 2/16/2008 | VISA | $0.00 | $349.93 | ($197.79) |
| 256274 | 2/16/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 256490 | 2/17/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 256723 | 2/18/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 257020 | 2/19/2008 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 257247 | 2/20/2008 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 257278 | 2/21/2008 | VISA | $0.00 | $349.93 | ($297.77) |
| 257460 | 2/21/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 257682 | 2/22/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 257913 | 2/23/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 258125 | 2/24/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 258376 | 2/25/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 258400 | 2/26/2008 | VISA | $0.00 | $349.93 | ($397.75) |
| 258616 | 2/26/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($347.76) |
| 258911 | 2/27/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 259229 | 2/28/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 259516 | 2/29/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 259792 | 3/1/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 259996 | 3/2/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 260225 | 3/3/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

# Folio Receipt
### As Of: 8/26/2008

Folio # 11160
**Buesgens, Michael**
**Falcon Ridge Apts. 500 E Stassney Apt 1023**
**AUSTIN, TX 78744**
**Company: State Farm**

Room: **459**
Arrival: **7/17/2006**
Departure: **9/2/2008**

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 260397 | 3/4/2008 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 260430 | 3/5/2008 | VISA | $0.00 | $349.93 | ($347.76) |
| 260711 | 3/5/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 261003 | 3/6/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 261297 | 3/7/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 261543 | 3/8/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 261843 | 3/9/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 262119 | 3/10/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 262427 | 3/11/2008 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 262461 | 3/12/2008 | VISA | $0.00 | $349.93 | ($347.76) |
| 262774 | 3/12/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 263147 | 3/13/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 263515 | 3/14/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 263820 | 3/15/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 264012 | 3/16/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 264210 | 3/17/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 264385 | 3/18/2008 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 264431 | 3/19/2008 | VISA | $0.00 | $349.93 | ($347.76) |
| 264564 | 3/19/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 264785 | 3/20/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 265070 | 3/21/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 265224 | 3/22/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 265345 | 3/23/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 265509 | 3/24/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 265698 | 3/25/2008 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 265714 | 3/26/2008 | VISA | $0.00 | $349.93 | ($347.76) |
| 265922 | 3/26/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 266228 | 3/27/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 266529 | 3/28/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 266759 | 3/29/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 266983 | 3/30/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 267162 | 3/31/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 267337 | 4/1/2008 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |

08/26/08   2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

## Folio Receipt
### As Of: 8/26/2008

Folio # 11160
Buesgens, Michael
Falcon Ridge Apts. 500 E Stassney Apt 1023
AUSTIN, TX 78744
Company: State Farm

Room: **459**
Arrival: 7/17/2006
Departure: 9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 267362 | 4/2/2008 | VISA | $0.00 | $349.93 | ($347.76) |
| 267547 | 4/2/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 267787 | 4/3/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 268091 | 4/4/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 268394 | 4/5/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 268591 | 4/6/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 268798 | 4/7/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 268951 | 4/8/2008 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 268966 | 4/9/2008 | VISA | $0.00 | $349.93 | ($347.76) |
| 269140 | 4/9/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 269305 | 4/10/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 269539 | 4/11/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 269729 | 4/12/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 269850 | 4/13/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 270033 | 4/14/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 270196 | 4/15/2008 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 270215 | 4/16/2008 | VISA | $0.00 | $349.93 | ($347.76) |
| 270372 | 4/16/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 270567 | 4/17/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 270796 | 4/18/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 271019 | 4/19/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 271165 | 4/20/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 271305 | 4/21/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 271458 | 4/22/2008 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 271593 | 4/23/2008 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 271723 | 4/24/2008 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 271873 | 4/25/2008 | Rm: 459 User Override | $49.99 | $0.00 | $152.14 |
| 271899 | 4/26/2008 | VISA | $0.00 | $349.93 | ($197.79) |
| 272012 | 4/26/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 272136 | 4/27/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 272330 | 4/28/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 272491 | 4/29/2008 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 272510 | 4/30/2008 | VISA | $0.00 | $349.93 | ($347.76) |

08/26/08   2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

# Folio Receipt
### As Of: 8/26/2008

Folio # 11160
**Buesgens, Michael**
**Falcon Ridge Apts. 500 E Stassney Apt 1023**
**AUSTIN, TX 78744**
**Company: State Farm**

Room:  459
Arrival:  7/17/2006
Departure:  9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 272658 | 4/30/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 272869 | 5/1/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 273121 | 5/2/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 273357 | 5/3/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 273533 | 5/4/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 273587 | 5/5/2008 | CHECK | $0.00 | $1,600.00 | ($1,697.81) |
| 273720 | 5/5/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,647.82) |
| 273927 | 5/6/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,597.83) |
| 274076 | 5/7/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,547.84) |
| 274225 | 5/8/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,497.85) |
| 274447 | 5/9/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,447.86) |
| 274616 | 5/10/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,397.87) |
| 274769 | 5/11/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,347.88) |
| 274999 | 5/12/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,297.89) |
| 275174 | 5/13/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,247.90) |
| 275346 | 5/14/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,197.91) |
| 275509 | 5/15/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,147.92) |
| 275733 | 5/16/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,097.93) |
| 275986 | 5/17/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,047.94) |
| 276160 | 5/18/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($997.95) |
| 276361 | 5/19/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($947.96) |
| 276530 | 5/20/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($897.97) |
| 276737 | 5/21/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($847.98) |
| 276936 | 5/22/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($797.99) |
| 277227 | 5/23/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($748.00) |
| 277530 | 5/24/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($698.01) |
| 277783 | 5/25/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($648.02) |
| 277987 | 5/26/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($598.03) |
| 278152 | 5/27/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($548.04) |
| 278296 | 5/28/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($498.05) |
| 278460 | 5/29/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($448.06) |
| 278598 | 5/30/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($398.07) |
| 278741 | 5/31/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($348.08) |

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

# Folio Receipt
### As Of: 8/26/2008

Folio # 11160
Buesgens, Michael
Falcon Ridge Apts. 500 E Stassney Apt 1023
AUSTIN, TX 78744
Company: State Farm

Room:  459
Arrival:  7/17/2006
Departure:  9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 278901 | 6/1/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($298.09) |
| 279127 | 6/2/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($248.10) |
| 279331 | 6/3/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($198.11) |
| 279563 | 6/4/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($148.12) |
| 279861 | 6/5/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($98.13) |
| 280201 | 6/6/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($48.14) |
| 280507 | 6/7/2008 | Rm: 459 User Override | $49.99 | $0.00 | $1.85 |
| 280533 | 6/8/2008 | MASTER CARD | $0.00 | $349.61 | ($347.76) |
| 280667 | 6/8/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 280867 | 6/9/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 281096 | 6/10/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 281369 | 6/11/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 281667 | 6/12/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 282059 | 6/13/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 282369 | 6/14/2008 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 282617 | 6/15/2008 | Rm: 459 User Override | $49.99 | $0.00 | $52.16 |
| 282902 | 6/16/2008 | Rm: 459 User Override | $49.99 | $0.00 | $102.15 |
| 282932 | 6/17/2008 | CHECK | $0.00 | $1,700.00 | ($1,597.85) |
| 283175 | 6/17/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,547.86) |
| 283447 | 6/18/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,497.87) |
| 283666 | 6/19/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,447.88) |
| 283946 | 6/20/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,397.89) |
| 284216 | 6/21/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,347.90) |
| 284385 | 6/22/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,297.91) |
| 284583 | 6/23/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,247.92) |
| 284768 | 6/24/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,197.93) |
| 284791 | 6/25/2008 | Fax & Copier Revenue | $1.00 | $0.00 | ($1,196.93) |
| 284792 | 6/25/2008 | SALES TAX | $0.09 | $0.00 | ($1,196.84) |
| 284945 | 6/25/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,146.85) |
| 285087 | 6/26/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,096.86) |
| 285248 | 6/27/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($1,046.87) |
| 285379 | 6/28/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($996.88) |
| 285501 | 6/29/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($946.89) |

08/26/08  2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

# Folio Receipt
### As Of: 8/26/2008

**Folio # 11160**
**Buesgens, Michael**
**Falcon Ridge Apts. 500 E Stassney Apt 1023**
**AUSTIN, TX 78744**
**Company: State Farm**

**Room:** 459
**Arrival:** 7/17/2006
**Departure:** 9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 285648 | 6/30/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($896.90) |
| 285811 | 7/1/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($846.91) |
| 285961 | 7/2/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($796.92) |
| 286097 | 7/3/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($746.93) |
| 286231 | 7/4/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($696.94) |
| 286371 | 7/5/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($646.95) |
| 286498 | 7/6/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($596.96) |
| 286698 | 7/7/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($546.97) |
| 286878 | 7/8/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($496.98) |
| 286909 | 7/9/2008 | Fax & Copier Revenue | $1.00 | $0.00 | ($495.98) |
| 286910 | 7/9/2008 | SALES TAX | $0.09 | $0.00 | ($495.89) |
| 287092 | 7/9/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($445.90) |
| 287309 | 7/10/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($395.91) |
| 287548 | 7/11/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($345.92) |
| 287818 | 7/12/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($295.93) |
| 288038 | 7/13/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($245.94) |
| 288307 | 7/14/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($195.95) |
| 288593 | 7/15/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($145.96) |
| 288874 | 7/16/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($95.97) |
| 289237 | 7/17/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($45.98) |
| 289510 | 7/18/2008 | Rm: 459 User Override | $49.99 | $0.00 | $4.01 |
| 289786 | 7/19/2008 | Rm: 459 User Override | $49.99 | $0.00 | $54.00 |
| 289966 | 7/20/2008 | Rm: 459 User Override | $49.99 | $0.00 | $103.99 |
| 290177 | 7/21/2008 | Rm: 459 User Override | $49.99 | $0.00 | $153.98 |
| 290187 | 7/22/2008 | VISA | $0.00 | $501.74 | ($347.76) |
| 290406 | 7/22/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 290661 | 7/23/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 290877 | 7/24/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 291095 | 7/25/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 291302 | 7/26/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 291518 | 7/27/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 291747 | 7/28/2008 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 291763 | 7/29/2008 | VISA | $0.00 | $349.93 | ($347.76) |

# Folio Receipt
### As Of: 8/26/2008

**Folio # 11160**
**Buesgens, Michael**
**Falcon Ridge Apts. 500 E Stassney Apt 1023**
**AUSTIN, TX 78744**
**Company: State Farm**

**Room:** 459
**Arrival:** 7/17/2006
**Departure:** 9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 292004 | 7/29/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 292250 | 7/30/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 292490 | 7/31/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 292681 | 8/1/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 292904 | 8/2/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 293047 | 8/3/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 293266 | 8/4/2008 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 293275 | 8/5/2008 | VISA | $0.00 | $349.93 | ($347.76) |
| 293489 | 8/5/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 293684 | 8/6/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 293882 | 8/7/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 294119 | 8/8/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 294330 | 8/9/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 294478 | 8/10/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 294670 | 8/11/2008 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 294690 | 8/12/2008 | VISA | $0.00 | $349.93 | ($347.76) |
| 294881 | 8/12/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 295084 | 8/13/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 295258 | 8/14/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 295404 | 8/15/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 295535 | 8/16/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 295657 | 8/17/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 295851 | 8/18/2008 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 295856 | 8/19/2008 | VISA | $0.00 | $349.93 | ($347.76) |
| 295996 | 8/19/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($297.77) |
| 296150 | 8/20/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($247.78) |
| 296279 | 8/21/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($197.79) |
| 296421 | 8/22/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($147.80) |
| 296587 | 8/23/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($97.81) |
| 296723 | 8/24/2008 | Rm: 459 User Override | $49.99 | $0.00 | ($47.82) |
| 296863 | 8/25/2008 | Rm: 459 User Override | $49.99 | $0.00 | $2.17 |
| 296871 | 8/26/2008 | VISA | $0.00 | $349.93 | ($347.76) |

08/26/08   2:42 PM
ESD - Austin - North Central

NV 3.1 SP2 HF4
Austin, TX 78753
Property ID: 9834

## Folio Receipt
### As Of: 8/26/2008

Folio # 11160
Buesgens, Michael
Falcon Ridge Apts. 500 E Stassney Apt 1023
AUSTIN, TX 78744
Company: State Farm

Room:   459
Arrival:   7/17/2006
Departure:   9/2/2008

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
|  |  |  |  | Balance: | ($347.76) |

*EXTENDED STAY HOTEL*

Method of Pay: Credit Card

Signature:

| Folio Summary | |
|---|---|
| Previous Balance: | ($2.17) |
| Room Charges: | $37,662.57 |
| Other Charges/Credits: | $148.12 |
| Phone Charges: | $33.68 |
| Tax: | $287.12 |
| Less Payments: | $38,479.25 |
| Total Amount Due: | ($349.93) |

- Cardholder acknowledges receipt of goods and/or
services in the amount of the total shown above and agrees to perform
the obligations and terms in the cardholder agreement with the seller.

- The above rate is based on your length of stay as stated on this
folio.  Any variance to your actual departure date can result in a daily
rate adjustment that will be reflected in total room charges on your
final bill.

*$38,479.25*

*AUGUST 26, 2008*

*STATE FARM POLICY NO. 83-LV-0578-9*