# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Washington, DC 20001

RECEIVED

SEP - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Michael L. Buesgens**

　　　　Plaintiff

　　　　　　　　　　　　　　　　　Civil No.

　　　　　　　　　　　　　　**1:06CV01964-RBW**

**V.**

**Charles Eads Brown**
Eviction Attorney

**Kim Kendrick,** Assistant Secretary
HUD case No. 06-06-0293-8
United States Department of
Housing and Urban Development

**R. Barry Robinson,**
Assistant U.S. Attorney
U.S. Attorney Office

**Shelley Bush Marmon,**
Bankruptcy Attorney
Crady, Jewett, McCulley, LLP

**Gregory Scott Cagle, Attorney**
Armbrust & Brown, LLP

**Chester Earl Beaver, Jr**
City of Austin Attorney

**Felix Tarango,**
Travis County Attorney

       Defendants, et al

## PLAINTIFF BUESGENS NOTICE TO THIS COURT OF OBSTRUCTION OF JUSTICE

Plaintiff Buesgens complaint of obstruction of justice is **directly related** to his complaint against the foregoing attorneys and his personal injury federal tort claims act complaint against **Kim Kendrick**, Assistant Secretary, U.S. Department of Housing & Urban Development, et al in housing discrimination complaint **HUD** case No. **06-06-0293-8.**

**See attached exhibit,** Buesgens letter dated **August 30, 2008** and **related cases** at Ninth Circuit Court of Appeals, appeal No. **08-35202** and appeal No. **07-35578.**

Respectfully Submitted,

Michael L. Buesgens
**August 31, 2008**

### CERTIFICATE OF SERVICE

I HEREBY Certify that I sent one true copy of the foregoing by first class mail on this 1st day of September 2008 to

1. **Charles Eads Brown**
2. Shelley Bush Marmon
3. Gregory Scott Cagle
   **Hunter-Kelsey Mortgage Brokers**
   3624 North Hills Drive, B100
   Austin, Texas 78731

4. **Kim Kendrick, Assistant Secretary**
   Fair Housing Equal Opportunity-**FHEO**
   Fair Housing Assistance Program-**FHAP**
   **U.S. Department of Housing & Urban Development**
   **Dual Filed HUD case No. 06-06-0293-8**
   Mail Code E, Room 5100
   451 Seventh Street, SW
   Washington, DC 20410

5. **Judge Earl Leroy Yeakel III**
6. Judge Sam Sparks
7. Magistrate Judge Robert L. Pitman
8. Judge J. David Phillips
   **U.S. District Court for the Western District of Texas, Austin Division**
   200 West 8th Street
   Austin, Texas 78701

9. **R. Barry Robinson, AUSA**
10. Joseph Wayne Rosser, Deputy Constable Travis County
11. Chester Earl Beaver, Jr, City of Austin Attorney
12. Felix Tarango, Travis County Attorney
    **U.S. Attorney Office**
    816 Congress Avenue, Suit 1000
    Austin, Texas 78701

13. **Douglas G. Houser, Respondeat Superior**
14. Alan Roswell Weiner, **Voir Dire Member**
15. Scott H. Galloway, **Recalcitrant Witness**
16. R. Daniel Lindahl, Appellate Attorney
17. Maren J. Holmboe, Attorney
    **Bullivant, Houser, Bailey, PC**
    Ninth Circuit Court of Appeals
    A. Appeal No. **07-35578**
    B. Appeal No. **08-35202**

    888 SW 5th Avenue, Suite 300
    Portland, Oregon 97204

4

**Michael L. Buesgens**
Former Tenant Falcon Ridge Apartments
Former IRS Employee
Plaintiff-Defendant-Appellant-Petitioner
Creditor-Debtor-Adversary
**Mailing Address**
3112 Windsor Rd, Ste A322
Austin, Texas 78703
Phone: 512-339-6005X7958
Email: mikebuesgens@hotmail.com

**August 31, 2008**

# EXHIBITS

1. Plaintiff Buesgens letter dated August 30, 2008

2. Ninth Circuit Order denying Buesgens Motion for Involuntary Dismissal of Appeal No. 08-35202

3. Appeal No. 08-35202 docket

4. Appeal No. 07-35578 docket

5. Voir Dire-Jury Selection members

    A. Eviction case No. 041509

    B. Trial January 26, 2006

6. Letter from Alan Roswell Weiner, Voir Dire Member

**PLAINTIFF BUESGENS EXHIBIT NO. 1**

August 30, 2008

**Michael L. Buesgens**
Former Tenant Falcon Ridge Apartments
**Current Address**
Extended Stay Hotel
8221 North IH 35, Room 459
Austin, Texas 78753
Phone: 512-339-6005X7958
**Mailing Address**
3112 Windsor Rd, Ste A322
Austin, Texas 78703
Email: mikebuesgens@hotmail.com

## SUBJECT: OBSTRUCTION OF JUSTICE

1. **Alan Roswell Weiner, Recalcitrant Witness**

   A. Jury Selection

   B. Voir Dire Member

   C. Microsoft Employee

   D. Trial January 26, 2006 Austin, Texas

   E. Eviction case No. 041509


   F. **Charles Eads Brown, Attorney**

   G. Brown pollutes the well at Jury Selection

   H. Attorney Brown talks to Voir Dire about
      Buesgens Medical disability bipolar and bipolar
      Medications

1

2. U.S. Attorney Office, Travis County agents, and City of Austin Officials have cooked Voir Dire Members.

3. Voir Dire members will not talk.

4. Judges are participating in this obstruction of Justice.

## AUSTIN, TEXAS

A. Judge Earl Leroy Yeakel III

B. Judge J. David Phillips

C. Magistrate Judge Robert L. Pitman

D. Harriet M. Murphy, Acting Justice of the Peace

E. Herbert E. Evans, Justice of the Peace

5. U.S. Department of Housing and Urban Development Officials are participating in this obstruction of justice.

## DUAL FILED HUD CASE NO: 06-06-0293-8

A. Kim Kendrick, Assistant Secretary

B. William J. Daley, Regional Counsel

C. Garry Sweeney, Fort Worth

D. Milton Turner, Director Enforcement

E. Miniard Culpepper, Federal Tort Claims Act

D. Charles H. Gorham, City of Austin

E. John A. Benavides, City of Austin

F. Joe Castillo, Teapots Record Manager, San Antonio

2

## ALAN ROSWELL WEINER AUSTIN, TEXAS COMPANION
## KATIE LEIGH HOLLON

6. Katie Leigh Hollon lived with Alan Roswell Weiner in Austin, Texas.

7. Michael L. Buesgens sent many letters to Alan Roswell Weiner in 2006, 2007, and 2008.

8. Buesgens sent the letters to Weiner and Hollon Address:

### 7807 Cheno Cortina Trail
### Austin, Texas 78749-2717

9. In August 2007, one of Buesgens letters came back to him. That is when Buesgens **first learned** that Alan Roswell Weiner moved to **Redmond, Washington.**

10. **Katie Leigh Hollon has evidence** that supports Buesgens claims that he contacted Alan Roswell Weiner many times and never got an answer.

11. **Alan Roswell Weiner claims** he does not know anything about Buesgens numerous letters and attached court exhibits.

3

**WHERE IS KATIE LEIGH HOLLON?**

12. Nobody knows where Katie is.

13. Alan Roswell Weiner does not know.

14. Phyllis Weiner, Alan's mom does not know.

15. Larry Weiner, Alan's brother does not know.

16. Jimmie L. Stienke, property owner does not know.

17. Katie Leigh Hollon does not know.

### R. Barry Robinson, Assistant U.S. Attorney Austin, Texas

18. Robinson knows where Katie is.

19. Robinson says he don't know nothin about nothin.

**RELIEF**

20. Michael Buesgens requests that Phyllis Weiner talk to her boy.

A. Tell Alan Roswell Weiner to speak the truth

B. Tell Buesgens where witness Katie Leigh Hollon is

Sincerely,

Michael L. Buesgens
August 30, 2008

4

# CERTIFICATE OF SERVICE

I HEREBY Certify that I sent one true copy of the foregoing by first class mail on this 1st day of September 2008 to

1. **Phyllis Weiner**
   3306 Edgewood Lane
   Temple, Texas 76502
   Phone: 254-771-3574

2. **Alan Roswell Weiner**
3. Shelley Bush Marmon, Attorney
   8675 233rd Place, NE
   Redmond, Washington 98053

4. **R. Barry Robinson, AUSA**
   A. HUD case No. 06-06-0293-8
   B. Civil No. 1:06CV01964-RBW, District of Columbia
      U.S. Attorney Office
      816 Congress Avenue, Suite 1000
      Austin, Texas 78701

5. **Judge Earl Leroy Yeakel III**
6. Judge J. David Phillips
7. Judge Sam Sparks
8. Magistrate Judge Robert L. Pitman
   U.S. District Court for the Western District of Texas
   200 West 8th Street
   Austin, Texas 78701

9. **Arnold Carl Tauch, Landlord**
10. Jack Cregg Moss, Litigation Manager
    **Falcon Ridge Apartments**
    Eviction Trial **January 26, 2006**
    **HUD** case No. **06-06-0293-8**
    Federal Tort Claims Act-**FTCA**
    5225 Katy Freeway, Suite 530
    Houston, Texas 77007

**VOIR DIRE MEMBERS**
**JURY SELECTION**
**CASE NO. 041509**
**TRIAL JANUARY 26, 2006**
**JUSTICE OF THE PEACE PRECINCT NO: 5**
**TRAVIS COUNTY, AUSTIN, TEXAS**

11. **Hilary Lyn Reyes**
    8801 North Fm 620 Apartment 1035
    Austin, Texas 78726-3521

12. **Mariann M. Johnston**
    4231 Westlake Drive, A1
    Austin, Texas 78746

13. **Scott Browning Coombes**
    9701 Palmbrook Drive
    Austin, Texas 78717

14. **Catherine Brown Spencer**
    2100 Marquette Lane
    Austin, Texas 78723

15. **Jolynn Janell Perez**
    604 Deep Eddy Avenue
    Austin, Texas 78703-4514

16. **Gary Paul Davis**
    5104 Ponderosa Parkway
    Austin, Texas 78727

17. **Brent Carlyle Pohl**
    2212 Rimrock Drive
    Austin, Texas 78738

18. **Angel Guillermo Cortina**
    9323 Manchaca Rd, Apartment 212
    Austin, Texas 78748

19. **James Patrick O'Grady**
    701 Rogart Drive
    Spicewood, Texas 78669-2031

## ATTORNEYS

20. **Charles Eads Brown**
    A. **HUD** case No. **06-06-0293-8**
    B. Federal Tort Claims Act-**Personal Injury**
21. Shelley Bush Marmon
22. Gregory Scott Cagle
23. Chester Earl Beaver, Jr
24. Felix Tarango
    **Charles Brown Legal Dream Team**
    3624 North Hills Drive, B100
    Austin, Texas 78703

## SIGNIFICANT OTHERS

25. **Joseph Wayne Rosser, Deputy Constable**
    A. **Writ of Possession Executed July 6, 2006**
    B. Falcon Ridge Apartments
       264 Ashford Park Blvd
       Buda, Texas 78610

26. **Larry David Weiner, Brother**
    A. Alan Roswell Weiner
    B. Katie Leigh Hollon
    C. Phyllis Weiner
       2930 Big Oaks
       Garland, Texas 75044
       Phone: 972-530-0558

27. **Jay Lawrence Vath, Adjuster**
    **State Farm Insurance Companies**
    A. Policy No. **83-LV-0578-9**
    B. **HUD** case No. **06-06-0293-8**
       6209 Harwin Lane
       Austin, Texas 78745

**Michael L. Buesgens**
Former Tenant Falcon Ridge Apartments
HUD case No. 06-06-0293-8
Civil No. 1:06CV01964-RBW
Federal Tort Claims Act-Personal Injury

**MAILING ADDRESS**

3112 Windsor Rd, Ste A322
Austin, Texas 78703
Phone: 512-339-6005X7958
Email: mikebuesgens@hotmail.com

August 30, 2008

8

**PLAINTIFF BUESGENS EXHIBIT NO. 2**

**FILED**

UNITED STATES COURT OF APPEALS

AUG 26 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U S COURT OF APPEALS

MICHAEL L. BUESGENS,

          Plaintiff - Appellant,

   v.

ALAN ROSWELL WEINER,

          Defendant - Appellee.

No. 08-35202

D.C. No. 2:07-cv-01846-RAJ
Western District of Washington,
Seattle

ORDER

    The appellant's motion entitled "Motion for Involuntary Dismissal" is

construed as a motion to strike the appellee's answering brief. So construed, the

motion is denied.

    A copy of the appellee's brief shall be provided to the appellant along with

this order.

    The optional reply brief is due 14 days after the date of this order.

               For the Court:

               MOLLY C. DWYER
               Clerk of the Court:

               Cathie A. Gottlieb
               Deputy Clerk
               Ninth Cir. R. 27-7/Advisory Note to Rule 27
                  and Ninth Circuit 27-10

8.25.08/cag/Pro Mo

**PLAINTIFF BUESGENS EXHIBIT NO. 3**

08-35202 Docket

## Alan Roswell Weiner

## Katie Leigh Hollon

## Phyliss Weiner
**General Docket**
**United States Court of Appeals for the Ninth Circuit**

**Court of Appeals Docket #:** 08-35202             **Docketed:** 03/17/2008
**Nature of Suit:** 4360 Other Personal Injury
Michael Buesgens v. Alan Weiner
**Appeal From:** US District Court for Western Washington, Seattle

**Case Type Information:**     **Alan Roswell Weiner Voir Dire**
    **1)** civil
    **2)** private             **Witness has amnesia**
    **3)** null

**Originating Court Information:**
    **District:** 0981-2   2:07-cv-01846-RAJ
    **Trial Judge:** Richard A. Jones, U.S. District Judge
    **Date Filed:** 11/14/2007

| Date Order/ Judgment: | Date Order/ Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 03/04/2008 | 03/04/2008 | 03/14/2008 | 03/17/2008 |

**Prior Cases:**
    None

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Companion | | | | |
| | 08-16242 | 08-16496 | 06/30/2008 | |
| Related | | | | |
| | 07-35578 | 07-74126 | 10/22/2007 | |
| | 07-35578 | 08-16242 | 05/21/2008 | |
| | 08-35202 | 08-16242 | 05/21/2008 | |
| | 08-35202 | 08-72530 | 06/16/2008 | |

08-35202 Docket

MICHAEL L. BUESGENS
        Plaintiff - Appellant

Michael L. Buesgens
Direct: 512-339-6005
[NTC]
#A322
3112 Windsor Raod
Austin, TX 78703

v.

ALAN ROSWELL WEINER
        Defendant - Appellee

Alan Roswell Weiner
[NTC]
8675 233rd Pl NE
Redmond, WA 98053

---

MICHAEL L. BUESGENS,

        Plaintiff - Appellant

v.

ALAN ROSWELL WEINER,

        Defendant - Appellee

---

| 03/17/2008 | 1 | DOCKETED CAUSE AND ENTERED APPEARANCES OF APLT AND APLE BOTH PRO PER. SEND CADS: No. The schedule is set as follows: Appellant opening brief due 04/28/2008. Appellee answering brief due 05/28/2008. Apellant's optional reply brief is due 14 days after service of the answering brief. |
| 03/17/2008 | 2 | Filed certificate of record on appeal. RT filed in DC None |
| 03/27/2008 | 3 | Filed Appellant Michael L. Buesgens Civil Appeals Docketing Statement. Served on 03/26/2008. |
| 03/31/2008 | 6 | Received copy of a motion filed in district court re: motion to correct records. |
| 04/02/2008 | 4 | Case rejected from Circuit Mediation Program. |
| 04/09/2008 | 5 | Filed Appellant Michael L. Buesgens motion for consolidation of the same appeals & same civil actions. Served on 04/06/2008. |
| 04/22/2008 | 7 | Filed clerk order (Deputy Clerk:CB): Appellant's motion to correct the record and any response thereto shall be referred to the merits panel for resolution. |

08-35202 Docket

| 04/28/2008 | 8 | Filed clerk order (Deputy Clerk:GSs): The appellant's motion to consolidate Nos. 07-35578 and 08-35202 is denied. However, these cases shall be calendared before the same panel. The appellant's request for an order establishing jurisdiction is denied without prejudice to appellant raising it in his opening brief. The answering brief in No. 07-35578 was due December 31, 2007. As of April 25, 2008, the answering brief in No. 07-35578 has not been filed and no request for appropriate relief has been made. Within 21 days after the date of this order, the appellee shall file the answering brief in No. 07-35578 or request for appropriate relief. The briefing schedule in No. 08-35202 is amended as follows: the opening brief is due May 12, 2008; the answering brief is due June 11, 2008; and the optional reply brief is due 14 days after service of the answering brief. |
| 04/30/2008 | 13 | Received Appellant Michael L. Buesgens notice regarding tenant history credit records. |
| 05/01/2008 | 9 | Filed Appellant Michael L. Buesgens motion to extend time for 30 days to file appellant opening brief. Served on 04/25/2008. |
| 05/01/2008 | 10 | Received copy of a motion filed in district court re: response to show cause order. Served on 4/6/08. |
| 05/07/2008 | 11 | Filed clerk order (Deputy Clerk:cag): Appellant's motion for an extension of time in which to file the opening brief is granted. The opening brief is due June 11, 2008; the answering brief is due July 11, 2008; and the optional reply brief is due 14 days after service of the answering brief. |
| 05/07/2008 | 12 | Filed Appellant Michael L. Buesgens notice of new evidence directly related to appeals no. 8-35202 & 7-35578. Served on 05/06/2008. |
| 05/16/2008 | 14 | Received Appellant Michael L. Buesgens notice regarding notice of his service of summons & complaint with exhibits. |
| 05/16/2008 | 16 | Received copy of a motion addressed to district court re: summons in a civil case. |
| 05/20/2008 | 15 | Filed clerk order (Deputy Clerk:CAG): The appellant's filings received May 7, 2008 and May 16, 2008 are construed as requests for judicial notice. So construed, the requests for judicial notice, any responses thereto, and any future such requests shall be referred to the merits panel for such treatment the panel deems appropriate. |
| 05/30/2008 | 17 | Filed Appellant Michael L. Buesgens motion for oral argument. (Merits Panel) Served on 05/26/2008. |
| 06/02/2008 | 18 | Received appellant's document entitled new evidence (Merits Panel). |
| 06/12/2008 | 19 | Filed original and 7 copies of Appellant Michael L. Buesgens (Informal: No) opening brief of 17 pages. Served on 06/10/2008. |

*08-35202*

08-35202 Docket

| | | |
|---|---|---|
| 06/24/2008 | 20 | Received Appellant Michael L. Buesgens' inquiry as to the status of settlement agreement. (records for merits panel) **Alan Roswell Weiner** |
| 07/11/2008 X | 21 | Filed original and 7 copies of Appellee (Alan Roswell Weiner) answering brief of 7 pages. Served on 07/07/2008. |
| 07/24/2008 | 22 | Received Appellant Michael L. Buesgens' exhibits. |
| 08/13/2008 | 23 | Filed Appellant Michael L. Buesgens motion for involuntary dismissal. Served on 08/11/2008. |

**Where is Alan Roswell Weiner Answering Brief?**

08/20/2008 19:43:17

*BUESGENS DID NOT RECEIVE WEINER ANSWERING BRIEF BECAUSE WEINER AND HIS ATTORNEY SHELLEY BUSH MARMON DID NOT SEND HIM A COPY*

## <u>Alan Roswell Weiner</u>

### U.S. District Court
### United States District Court for the Western District of Washington (Seattle)
### CIVIL DOCKET FOR CASE #: 2:07-cv-01846-RAJ

Buesgens v. Weiner
Assigned to: Hon Richard A Jones
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 11/14/2007
Date Terminated: 03/04/2008
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Michael L Buesgens**                    represented by    **Michael L Buesgens**
                                                            3112 WINDSOR RD A322
                                                            AUSTIN, TX 78703
                                                            512-339-6005
                                                            PRO SE

v.    ## <u>Where is witness Katie Leigh Hollon?</u>

**Defendant**

**Alan Roswell Weiner**                    represented by    **Alan Roswell Weiner**
                                                            8675 233RD PL NE
## Jury Selection                                           REDMOND, WA 98053
                                                            PRO SE
## 01/26/2006-Austin, Texas                    **Microsoft Employee**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2007 | 1 | COMPLAINT with JURY DEMAND against defendant Alan Roswell Weiner (NO Summons(es) issued)(Receipt # SEA 13482), filed by Michael L Buesgens. (Attachments: # 1 Civil Cover Sheet # 2 Summons)(PM, ) Modified on 12/11/2007 (CL, ). (Sms issued in blank and mailed to pltf on 12/11/07). (Entered: 11/19/2007) |

| 11/21/2007 | 2 | MINUTE ORDER by Thomas S. Zilly, United States District Judge. The Honorable Thomas S. Zilly recuses himself and the case is reassigned in rotation to the Honorable Richard A. Jones. All future pleadings shall bear the cause numberC07-1846RAJ.(CL, ) (Entered: 11/21/2007) |
| --- | --- | --- |
| 11/29/2007 | 3 | NOTICE AND DECLARATION filed by Plaintiff Michael L Buesgens. (CL, ) (Entered: 11/30/2007) |
| 12/14/2007 | 4 | WAIVER OF SERVICE of summons upon defendant Alan Roswell Weiner mailed on 11/23/2007 (CL, ) (Entered: 12/17/2007) |
| 01/04/2008 | | (1) sms in blank mailed to plaintiff. (CL, ) (Entered: 01/04/2008) |
| 02/19/2008 | 6 | ANSWER to Complaint by Alan Roswell Weiner. (Attachments: # 1 Exhibits)(CL, ) (Entered: 02/20/2008) |
| 02/20/2008 | 5 | ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT. FRCP 26f Conference Deadline is 3/21/2008, Initial Disclosure Deadline is 3/28/2008, Joint Status Report Deadline is 4/4/2008, by Judge Richard A. Jones. (VE) (Entered: 02/20/2008) |
| 02/20/2008 | | NOTICE -- Paper copies of ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT sent to Plaintiff Michael Buesgens and Defendant Alan Roswell Weiner on 2/20/2008. (VE) (Entered: 02/20/2008) |
| 02/27/2008 | 7 | MOTION for this Court's Orders on Alan Roswell Weiner's refusal to answer this complaint by plaintiff Michael L Buesgens. (Attachments: # 1 Exhibits 1-6# , (2) Exhibits 7-8). Noting Date 3/14/2008.(CL, ) Modified on 2/29/2008 (CL, ). Modified on 2/29/2008 (CL, ). (Entered: 02/28/2008) |
| 03/04/2008 | 8 | ORDER by Judge Richard A Jones. The Court DISMISSES this case without prejudice, subject to refiling upon a showing of Plaintiff's compliance with Judge Sparks' order.(CL, ) (Entered: 03/04/2008) |
| 03/05/2008 | 9 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Alan Roswell Weiner on 3/1/2008 (CL, ) (Entered: 03/06/2008) |

WAWD CM/ECF Version 3.0.6 - Docket Report

| 03/14/2008 | 10 | NOTICE OF APPEAL (08-35202) as to 8 Order, Terminated Case by Plaintiff Michael L Buesgens. (LMK, ) Modified on 4/4/2008; added CCA case number (LMK, ). (Entered: 03/17/2008) |
| 03/14/2008 | | Appeal Fees received: fee in the amount of $ 455 (receipt # SEA16214) re 10 Notice of Appeal filed by Michael L Buesgens (LMK, ) (Entered: 03/17/2008) |
| 03/17/2008 | 11 | CERTIFICATE OF RECORD Transmitted to USCA re 10 Notice of Appeal (LMK, ) (Entered: 03/17/2008) |
| 03/17/2008 | 12 | APPEAL NOTIFICATION packet sent to US Court of Appeals re 10 Notice of Appeal (Attachments: # 1 Docket)(LMK, ) (Entered: 03/17/2008) |
| 03/28/2008 | 13 | NOTICE re 10 Notice of Appeal ; filed by Plaintiff Michael L Buesgens. Documents forwarded to 9th Circuit. (LMK, ) (Entered: 03/28/2008) |
| 04/04/2008 | 14 | TIME SCHEDULE ORDER (08-35202) as to 10 Notice of Appeal filed by Michael L Buesgens : Appellants opening brief due by 04/28/08; Appellees response brief due by 05/28/08; Appellants optional reply brief due within 14 days of service of the response brief. (LMK, ) (Entered: 04/04/2008) |

PLAINTIFF BUESGENS EXHIBIT NO. 4



07-35578 Docket *MORE OBSTRUCTION OF JUSTICE*

# 07-35578

# 3:07CV00043-GMK

### General Docket
### United States Court of Appeals for the Ninth Circuit

**Court of Appeals Docket #:** 07-35578                    **Docketed:** 07/18/2007
**Nature of Suit:** 4360 Other Personal Injury              **Termed:** 07/31/2008
Buesgens v. Galloway
**Appeal From:** US District Court for Oregon, Portland

**Case Type Information:**
  **1)** civil
  **2)** private
  **3)** null

**Originating Court Information:**
  **District:** 0979-3 : CV-07-00043-GMK
  **Trial Judge:** Garr M. King, U.S. District Judge
  **Date Filed:** 01/10/2007
  **Date Order/Judgment:**                      **Date NOA Filed:**
  06/28/2007                                    07/06/2007

**Prior Cases:**
  None

**Current Cases:**

|           | Lead     | Member   | Start      | End |
|-----------|----------|----------|------------|-----|
| Companion |          |          |            |     |
|           | 08-16242 | 08-16496 | 06/30/2008 |     |
| Related   |          |          |            |     |
|           | 07-35578 | 07-74126 | 10/22/2007 |     |
|           | 07-35578 | 08-16242 | 05/21/2008 |     |
|           | 08-35202 | 08-16242 | 05/21/2008 |     |
|           | 08-35202 | 08-72530 | 06/16/2008 |     |

07-35578 Docket

---

MICHAEL L. BUESGENS
        Plaintiff - Appellant

Michael L. Buesgens
Direct: 512-339-6005
[NTC Pro Se]
#A322
3112 Windsor Raod
Austin, TX 78703


v.


SCOTT GALLOWAY
        Defendant - Appellee

RECALCITRANT
WITNESS
WEST LINN
OREGON

Lloyd Bernstein, Esquire, Attorney
Direct: 503/228-6351
Fax: 503/295-0915
[COR LD NTC Retained]
BULLIVANT HOUSER BAILEY, PC
Pioneer Tower
Suite 300
888 S.W. Fifth Ave.
Portland, OR 97204-2089

Maren J. Holmboe, Esquire, Attorney
Direct: 503/228-6351
Fax: 503/295-0915
[COR LD]
BULLIVANT HOUSER BAILEY, PC
Pioneer Tower
888 S.W. Fifth Ave.
Portland, OR 97204-2089

Lisa E. Lear, Esquire, Attorney
Direct: 503/499-4623
Email: lisa.lear@bullivant.com
Fax: 503/295-0915
[COR NTC Retained]
BULLIVANT HOUSER BAILEY, PC
Pioneer Tower
Suite 300
888 S.W. Fifth Ave.
Portland, OR 97204-2089

07-35578 Docket

MICHAEL L. BUESGENS,

          Plaintiff - Appellant

v.

SCOTT GALLOWAY,

          Defendant - Appellee

| Date | No. | Description |
|---|---|---|
| 07/18/2007 | 1 | DOCKETED CAUSE AND ENTERED APPEARANCES OF Aplt in pro per & csl of aple CADS SENT (Y/N): NO. setting schedule as follows: appellant's designation of RT is due 7/16/07; appellee's designation of RT is due 7/26/07; appellant shall order transcript by 8/6/07; court reporter shall file transcript in DC by 9/5/07; certificate of record shall be filed by 9/12/07 ; appellant's opening brief is due 10/22/07; appellees' brief is due 11/21/07; appellants' reply brief is due 12/5/07; [07-35578] |
| 07/18/2007 | 2 | Filed Appellant Michael L. Buesgens's "Petition for Review"; served on 7/5/07 (MOATT) [07-35578] [6235238] [07-35578] |
| 07/18/2007 | 3 | Filed attorney for Appellant Civil Appeals Docketing Statement served on 7/5/07 (PRO SE aplt) (CASEFILE) [07-35578] [07-35578] |
| 08/02/2007 | 5 | Received Appellant Michael L. Buesgens' motion ("motions and notices"; with exhibits; served on 7/31/07 (rec'd only; exceeds page limitation at 41 pages; motion may not be in compliance with FRAP rules) (to MOATT) [07-35578] [07-35578] |
| 08/27/2007 | 6 | Filed Aples' representation statement of R. Daniel Lindahl for aple dated 8/24/07 (CASEFILE) [07-35578] |
| 09/24/2007 | 7 | Filed certificate of record on appeal RT filed in DC 7/6/07 (CASEFILE) [07-35578] |
| 10/31/2007 | 9 | Filed order (Appellate Commissioner) Appellant's July 18, 2007 and August 2, 2007 submissions are referred to the panel that is assigned to decide this appeal on the merits for whatever consideration the panel deems appropriate. Appellant is referred to Federal Rule of Appellate Procedure 27 and Ninth Circuit Rule 27-1 for the form and content of motions. The Clerk shall serve on appellant an informal brief form. The court sua sponte extends the time to file the opening brief. The opening brief is now due November 16, 2007; the answering brief is due December 17, 2007; and the optional reply brief is due within 14 days after service of the answering brief. ( MOATT) [07-35578] |
| 11/01/2007 | 11 | Filed Appellant Michael L. Buesgens's "motion for correction of the record"; served on 10/31/07 (to PROMO) [07-35578] [07-35578] |

07-35578 Docket

| | | |
|---|---|---|
| 11/06/2007 | 13 | Filed order PROMO: (Deputy Clerk: gss) The aplt's mtn to correct the record, and any response thereto, is referred to the merits panel for resolution. The current br sch remains in effect. [07-35578] |
| 11/09/2007 | 14 | 14 day oral extension by phone of time to file Appellant in 07-35578 brief. [07-35578] appellants' brief due 11/30/07; appellees' brief due 12/31/07; Appellant's optional reply brief is due within 14 days of service of Appellee's brief. |
| 11/29/2007 | 15 | Filed original and 4 copies pro se Appellant Michael L. Buesgens' opening brief ( Informal: Yes) 42 pages with exhibits attached; served on 11/27/07 [07-35578] |
| 01/23/2008 | 16 | Rec'd copies of documents addressed to Michael L. Buesgens from the U.S. Department of Housing & Urban Development re: Freedom of Infornmation Act Request.(casefile) [07-35578] |
| 04/28/2008 | 17 | Filed clerk order (Deputy Clerk:GSs): The appellant's motion to consolidate Nos. 07-35578 and 08-35202 is denied. However, these cases shall be calendared before the same panel. The appellant's request for an order establishing jurisdiction is denied without prejudice to appellant raising it in his opening brief. The answering brief in No. 07-35578 was due December 31, 2007. As of April 25, 2008, the answering brief in No. 07-35578 has not been filed and no request for appropriate relief has been made. Within 21 days after the date of this order, the appellee shall file the answering brief in No. 07-35578 or request for appropriate relief. The briefing schedule in No. 08-35202 is amended as follows: the opening brief is due May 12, 2008; the answering brief is due June 11, 2008; and the optional reply brief is due 14 days after service of the answering brief. |
| 05/07/2008 | 18 | Received Appellant Michael L. Buesgens notice re: Miscellaneous documents with unidentified exhibits. |
| 05/08/2008 | 19 | Filed Appellant Michael L. Buesgens motion for joinder of persons needed for just adjudication, with attached exhibits. no svc |
| 05/09/2008 | 20 | Filed Appellee Scott Galloway's motion to extend time to file appellee brief until 06/18/2008. Served on 05/08/2008. |
| 05/09/2008 | 21 | Filed appearance notice of Attorney(s) Lisa E. Lear for party(s) Appellee Scott Galloway, in case 07-35578. Withdrew Attorney R. Daniel Lindahl for Appellee Scott Galloway in 07-35578. Served on 05/08/2008. |
| 05/23/2008 | 22 | Filed Appellant Michael L. Buesgens' motion for disclosure. Served on5/19/08. |
| 05/27/2008 | 23 | Filed Appellant Michael L. Buesgens' motion to extend time to refile opening brief. Served on 05/23/2008. |

07-35578 Docket

*07-35578*

| 06/04/2008 | 24 | Filed Appellee Scott Galloway's response opposing aplt's motion for disclosure. Served on 06/03/2008. |
| 06/04/2008 | 25 | Filed Appellee Scott Galloway's response opposing aplt's motion to extend time to re-file opening brief. Served on 06/03/2008. |
| 06/11/2008 | 26 | Filed Appellant Michael L. Buesgens motion for disclosure and discovery. Served on 06/09/2008. |
| 06/11/2008 | 27 | Filed Appellant Michael L. Buesgens objection to Appellee's Arnold Carl Tauch and Jack Cregg Moss Attorney's And Law Firm's Motion For Extension Of Time And Falcon Group Attorneys Prejured Denial For Receipt Of Appellant Buesgens Opening Brief in 2007. Served on 06/08/2008. |
| 06/23/2008 | 28 | Filed Appellant Michael L. Buesgens' motion for appearance of real parties in interest for his appeals before the Ninth Circuit and aplt Buesgens' notification of recalcitrant witness. Served on 06/20/2008. |
| 06/30/2008 | 29 | Filed Appellant Michael L. Buesgens motion for judicial notice of related adjudicative facts. Served on 06/27/2008. |
| 07/14/2008 | 30 | Filed order (MARY M. SCHROEDER and SANDRA S. IKUTA) Appellant's motion to refile the opening brief is denied. Appellant's other submissions and appellee's responses thereto, are referred to the panel that is assigned to consider the merits of this appeal for whatever consideration the panel deems appropriate. To the extent appellant seeks to expand the record on appeal with the documents attached to his submissions, that request is denied. No motions for reconsideration, clarification, or modification of this order shall be filed or entertained. Appellee's motion for an extension of time to file the answering brief is granted. The answering brief is due August 11, 2008. The optional reply brief is due 14 days after service of the answering brief. |
| 07/15/2008 | 31 | Filed Appellant Michael L. Buesgens motion to bring in additional parties in interest. Served on 07/12/2008. |
| 07/24/2008 | 32 | Filed Appellant Buesgens motion for involuntary dismissal of his appeal. Served on 07/22/2008. |
| 07/31/2008 | 33 | Order filed (Deputy Clerk: SNR) Appellant's July 24, 2008 motion requesting dismissal of this appeal is granted. This appeal is dismissed. See Fed. R. App. P. 42(b). This order served on the district court shall act as and for the mandate of this court. |

*NINTH CIRCUIT*

**PACER Service Center**

**Transaction Receipt**

08/29/2008 17:28:53

**PLAINTIFF BUESGENS EXHIBIT NO. 5**

CAUSE # 041509 Falcon Ridge Apartments VS. Michael L. Buesgens

JURY
SELECTION

VOIR
DIRE

✓ = Jurors selected

ATTORNEY
CHARLES
EADS
BROWN
EVICTION
CASE
041509
TRIAL
1/26/2006

Jan 26, 2006
9:15 AM

| 20 JOLYNN JANELL PEREZ | 19 BRENT CARLYLE POHL — *Excused* | 18 BETTY CRAWFORD | 17 MARIANN JOHNSTON | 16 HILARY LYN REYES |
| 15 ALAN ROSWELL WEINER (circled) | 14 RACHEL ANN ATTEBURY — *Excused* | 13 MADELON UNLAUF | 12 GARY PAUL DAVIS | 11 CATHERINE BROWN SPENCER ✓ |
| 10 KENNETH WAYNE GOHEEN — *Excused* | 09 RAMON HERRERA — *No Show* | 08 JAMES PATRICK OGRADY ✓ | 07 GARY... EXCUSED | 06 AMANDA DANIELLE VELA ✓ |
| 05 SCOTT BROWNING COOMBES | 04 EXCUSED | 03 ANGEL GUILLERMO CORTINA ✓ | 02 LAUREN A DAVIS ✓ | 01 DARLENE JONES ✓ |

**PLAINTIFF BUESGENS EXHIBIT NO. 6**

November 12, 2007

Michael Buesgens
5451 B N IH35
Austin, TX 78723

Dear Sir:

As I promised, I have reviewed the material that you sent to me. As I understand it, you want me to answer two questions:

1.   During the voir dire of the jurors, do I recall the defendants attorney, Mr. Charles Brown, making any statements concerning Mr. Buesgens bipolar condition or medication? No. I do not recall any such statements.

2.   During the voir dire of the jurors, do I recall the defendants attorney, Mr. Charles Brown, asking any jurors what they knew about bipolar medication? No. I do not recall any such questions.

Sincerely,

Alan Weiner

SEATTLE WA 981

13 NOV 2007 PM 6 L

MICHAEL BUESGENS
5451 B N 1H35
AUSTIN TX 78723

78723+2429

ALAN WEINER
8275 233RD PL NE
REDMOND WA 98053