## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Washington, DC 20001

Michael L. Buesgens

    Plaintiff

RECEIVED
SEP - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil No.
**1:06CV01964-RBW**

v.

Charles Eads Brown,
Eviction Attorney

R. Barry Robinson,
Assistant U.S. Attorney

Kim Kendrick,
Assistant Secretary
**U.S. Department of Housing
& Urban Development**

**United States of America**

Shelley Bush Marmon,
Attorney
Crady, Jewett, McCulley, LLP

Gregory Scott Cagle,
Attorney
Armbrust & Brown, LLP

Chester Earl Beaver, JR
Assistant Attorney
Fair Housing Office
City of Austin, Texas

Felix Tarango,
Assistant Attorney
Travis County,
Austin, Texas

    Defendants, et al

## PLAINTIFF BUESGENS NOTICE OF EVIDENCE
## TELEPHONE RECORDINGS
## CASSETTE TAPE EVIDENCE

Plaintiff Buesgens **tape-recorded** his telephone conversations with Charles Eads Brown, Attorney and John A. Benavides, HUD certified Fair Housing Investigator in **December 2005** and **January 2006.**

**Buesgens copies** of the cassette tapes, were **stolen and removed** from his apartment, at Falcon Ridge Apartments, from **July 6, 2006 through July 12, 2006,** while he was at Seton Shoal Creek Hospital Austin, Texas.

Plaintiff Buesgens alleges that **cassette tapes** and his other federal court evidence (**medical records, federal tort claims**) were **turned over** to U.S. Attorney Office, **R. Barry Robinson Assistant U.S. Attorney**, or agent acting on Robinson's behalf.

Buesgens alleges that the defendant attorneys in this case are **well aware of this turnover** of Plaintiff Buesgens property to U.S. Attorney Office.

**See the attached exhibit,** Plaintiff Buesgens letter dated September 1, 2008, to Judge J. David Phillips and Evelyn Ruth Coder. Buesgens appeal of eviction to Travis County Court at Law No. 1.

Respectfully Submitted,

*[signature]*

Michael L. Buesgens

September 1, 2008

## CERTIFICATE OF SERVICE

I HEREBY Certify that I sent one true copy of the foregoing by first class mail on this 1st day of September 2008 to

## HOME ADDRESSES

1. **Judge J. David Phillips**
   A. Eviction Appeal Cause No. **C-1-CV-06-000678**
   B. Cassette Tape Evidence
      207 Milton Street
      Austin, Texas 78704-3540

2. **Evelyn Ruth Coder, Court Reporter**
   A. Eviction Appeal Cause No. **C-1-CV-06-000678**
   B. Cassette Tape Evidence
      21503 Crossover Lane
      Leander, Texas 78641-7221

3. **John Albert Benavides, HUD Certified Investigator**
   A. Dual Filed HUD case No. **06-06-0293-8**
   B. Cassette Tape Evidence
      906 Timber Trail
      Cedar Park, Texas 78613

4. **Charles Eads Brown, Eviction Attorney**
   A. HUD case No. **06-06-0293-8**
   B. **Interference** in Buesgens Housing Discrimination Complaint
   C. Eviction case No. **045109**
   D. Jury Selection **Misconduct**
   E. Cassette Tape **Evidence**
   F. Eviction Appeal Cause No. **C-1-CV-06-000678**
   G. Defendant civil No. **1:06CV01964-RBW**
   H. Federal Tort Claims Act-Personal Injury

      4028 Enclave Mesa Circle
      Austin, Texas 78731

4

5. **Gregory Scott Cagle**
   **Armbrust & Brown, LLP**
   4162 Travis County Circle
   Austin, Texas 78735-6337

6. **Shelley Bush Marmon**
   **Crady, Jewett, McCulley, LLP**
   4441 Verone
   Bellaire, Texas 77401

7. **Andiruh Dev Sarwal, Attorney, Weimaraner Dog**
8. **Megan Monique Goeres, Companion**
   3911 Idlewild Road
   Austin, Texas 78731

9. **Arnold Carl Tauch, Landlord**
   Real Estate Developer
   **Falcon Ridge Apartments**
   HUD case No. 06-06-0293-8
   6250 Woods Bridge Way
   Houston, Texas 77007

10. **Chester Earl Beaver, Jr**
    **City of Austin Assistant Attorney**
    Dual Filed HUD case No. 06-06-0293-8
    2205 La Casa Drive
    Austin, Texas 78704

11. **Felix Tarango, Travis County Assistant Attorney**
12. **Joseph Wayne Rosser, Deputy Constable**
    104 San Mateo
    Cedar Park, Texas 78613

13. **Kim Kendrick, Assistant Secretary**
    U.S. Department of Housing & Urban Development
    A. **Dual Filed HUD case No. 06-06-0293-8**
    B. **Federal Tort Claims Act-Personal Injury**
       Mail Code E, Room 5100
       451 Seventh Street, SW
       Washington, DC 20419

14. **Judge Earl Leroy Yeakel III**
15. Judge Sam Sparks
16. Magistrate Judge Robert L. Pitman
    U.S. District Court
    For the Western District of Texas
    A. **1:06CV00260-LY**
    B. Eviction Appeal Case No. **C-1-CV-06-000678**
    C. HUD case No. **06-06-0293-8**
       200 West 8th Street
       Austin, Texas 78701

17. **R. Barry Robinson, Assistant U.S. Attorney**
    **U.S. Attorney Office**

    A. **Plaintiff Buesgens Litigation Manager**
       **IRS** Employment and **Related IRS** Housing
       Discrimination Falcon Ridge Apartments

    B. Dual Filed **HUD** case No. **06-06-0293-8**
    C. **Fifth Circuit Petition** for Review No. **06-60777**
    D. **Eviction** appeal cause No. **C-1-CV-06-000678**
    E. **Confiscated Buesgens assets** at Falcon Ridge
       Apartments, Apartment No. **1023**
    F. **July 6, 2006 through July 12, 2006**
    G. Civil No. **1:05CV00243-SS**, Judge Sam Sparks
    H. Civil No. **1:06CV00967-LY**, Judge Yeakel
    I. **IRS** Bankruptcy **Crimes** case No. **06-11164-FRM**
       Robinson **was** in Bankruptcy also

       **U.S. Attorney Office**
       816 Congress Avenue
       Austin, Texas 78701

*[signature: Michael Buesgens]*

**Michael L. Buesgens**
Former Tenant Falcon Ridge Apartments
Former **IRS** Employee

**State Farm Tenant/ Renter Policy Holder**

Policy Number **83-LV-0578-9**

**Blue Cross Blue Shield Federal Employee Plan
Policy Holder**

**Subrogation Case Number
03261TX0001400**
Group Number 0000FEPTX

**HUD** case No. **06-06-0293-8**
**Federal Tort Claims Act-Personal Injury**

**Mailing Address**

3112 Windsor Rd, Ste A322
Austin, Texas 78703
Phone: 512-339-6005X7958
Email: mikebuesgens@hotmail.com

September 1, 2008

**PLAINTIFF BUESGENS EXHIBIT**

September 1, 2008

**Michael L. Buesgens**
Defendant-Appellant

**Current Address**
Extended Stay Hotel
8221 North IH 35, Room 459
Austin, Texas 78753
Phone: 512-339-6005X7958

**Mailing Address**
3112 Windsor Rd, Suite A322
Austin, Texas 78703
Email: mikebuesgens@hotmail.com

**RE: EVIDENCE OF WRONGDOING-CASSETTE TAPES APPEAL CAUSE NO. C-1-CV-06-000678**

1. JUDGE **J. DAVID PHILLPS**
2. ACTING COURT REPORTER **EVELYN RUTH CODER**
   Travis County Court at Law No. 1, Austin, Texas
3. Judge **Earl Leroy Yeakel III**, U.S. District Court
   A. Appeal **Cause** No. **C-1-CV-06-000678**
   B. Trial **06/16/2006**
   C. Writ of Possession Executed **07/06/2006**

**ATTORNEYS**

3. CHARLES EADS BROWN
   3624 North Hills Drive, B100
   Austin, Texas 78731
4. GREGORY SCOTT CAGLE
   ARMBRUST & BROWN, LLP
   100 Congress Avenue, Suite 1300
   Austin, Texas 78701
5. SHELLEY BUSH MARMON
   CRADY, JEWETT, MCCULLEY, LLP
   2727 Allen Parkway, Suite 1700
   Houston, Texas 77019

1

# RELATED

1. Eviction **Case** No. **041509**
   Justice of the Peace, Precinct 5, Travis County
   **Falcon Ridge Apartments V. Michael L. Buesgens**

   A. Acting Justice of the Peace Harriet M. Murphy
   B. Justice of the Peace Herbert E. Evans
   C. Charles Eads Brown, Attorney
   D. Trial **01/26/2006**

2. HUD case No. **06-06-0293-8**
   Administrative Closure **02/17/2006**

3. Civil No. **1:06CV00226-LY**
   A. Judge Earl Leroy Yeakel III
      U.S. District Court, Austin, Texas
   B. Civil No. **1:06CV00260-LY Remanded** to
      **Travis County Court at Law No. 1**
   C. Appeal **Cause** No. **C-1-CV-06-000678**

4. Civil No. **1:06CV01964-RBW**
   **U.S. District Court for the District of Columbia**

   **FEDERAL TORT CLAIMS ACT-PERSONAL INJURY**
   **ADMINISTRATIVE CLAIMS, 2006 AND 2007**

   Michael L. Buesgens
           Plaintiff

   **V.**

   1. Charles Eads Brown, Attorney

   2. R. Barry Robinson, Assistant U.S. Attorney

   3. Shelley Bush Marmon, Attorney
      Crady, Jewett, MCulley, LLP

4. Gregory Scott Cagle, Attorney
   Armbrust & Brown, LLP

5. Chester Earl Beaver, Assistant Attorney
   City of Austin Fair Housing Office
   Dual Filed HUD case No. 06-06-0293-8

6. Felix Tarango, Assistant Attorney
   Travis County

7. **Kim Kendrick, Assistant Secretary**
   Fair Housing Equal Opportunity-FHEO
   Fair Housing Assistance Program-FHAP
   **U.S. Department of Housing & Urban Development**
   HUD Case No. 06-06-0293-8

8. United States of America
         Defendants, et al


Dear J. David Phillips & Evelyn Ruth Coder:

Plaintiff Michael L. Buesgens is **requesting** the cassette tape evidence of wrongdoing by Charles Eads Brown, Attorney and John A. Benavides, City of Austin Fair Housing Investigator.

Plaintiff Buesgens **submitted** these cassette tape recordings to **Travis County Court at Law No. 1** on June 16, 2006.

3

**Evelyn Ruth Coder,** Acting Court Reporter **took** the cassette tapes evidence to her home at the conclusion of trial on **June 16, 2006.**

Plaintiff Buesgens **needs** these cassette tapes for presentation of his case civil No. **1:06CV01964-RBW** at U.S. District Court for the District of Columbia.

The cassette tapes are recordings of telephone conversations Plaintiff Buesgens had with **Charles Eads Brown, Attorney and John A. Benavides, City of Austin Fair Housing Investigator** in December 2005 and January 2006.

**In 2006,** Plaintiff **Buesgens sent** copies of these cassette tape recordings to the following individuals

1. Kim Kendrick, Assistant Secretary
   U.S. Department of Housing & Urban Development

2. Charles Eads Brown, Attorney

3. Megan Monique Goeres, **paid for witness** for **Falcon Ridge Apartments** in trials on **January 26, 2006** and **June 16, 2006.**

4. Arnold Carl Tauch and Jack Cregg Moss, Landlords, Real Estate Developers Falcon Ridge Apartments.

**None** of the foregoing individuals **is willing** to provide the cassette tapes **to anyone**. Therefore, Plaintiff Buesgens **is requesting** that Judge J. David Phillips and Evelyn Ruth Coder, Court Reporter provide the cassette tapes to the U.S. District Court for the District of Columbia and to Plaintiff Buesgens.

**Judge J. David Phillips** and **Judge Earl Leroy Yeakel III** entered their judgment against appellant Buesgens in appeal **cause** No. C-1-CV-06-000678 on **June 20, 2006.**

Phillips ordered Buesgens to pay **$30,000.00**. Phillips ordered Buesgens not to appeal anything by demanding that Buesgens pay an extra fee of **$5,000.00** for each appeal he made.

Sincerely,

*[signature]*

**Michael L. Buesgens**
Defendant-Appellant
Former Tenant Falcon Ridge Apartments
Apartment 1023

**September 1, 2008**

5

## CERTIFICATE OF SERVICE

See certificate of service dated September 1, 2006 on Plaintiff Buesgens court filing in civil action No. 1:06CV01964-RBW, U.S. District Court for the District of Columbia.