UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Washington, DC 20001

**Michael L. Buesgens**

Plaintiff

RECEIVED
SEP - 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil No.

**1:06CV01964-RBW**

V.

**Charles Eads Brown**
Eviction Attorney

**R. Barry Robinson,**
Assistant U.S. Attorney

**Shelley Bush Marmon**
Crady, Jewett, McCulley

**Gregory Scott Cagle**
Armbrust & Brown, LLP

**Chester Earl Beaver, Jr.,**
Assistant Attorney
City of Austin, Texas

**Felix Tarango,**
Assistant Attorney
Travis County, Austin, Texas

**Kim Kendrick,**
Assistant Secretary

**United States Department of Housing
& Urban Development-HUD**
Fair Housing Equal Opportunity-**FHEO**
Fair Housing Assistance Program-**FHAP**
**HUD** case No. **06-06-0293-8**

**United States of America**
Federal Tort Claims Act, et al

        Defendants

# PLAINTIFF BUESGENS NOTICE TO THIS COURT OF HIS LETTER TO THE JUDGE ADVOCATE GENERAL (JAG) MAJOR GENERAL JACK L. RIVES UNITED STATES AIR FORCE

See the attached exhibit Plaintiff Buesgens letter dated September 5, 2008 requesting testimony or affidavit from witness and Air Force Reservist Hilary Lyn Reyes Austin, Texas.

                                Respectfully Submitted,

                                *[signature]*

                                Michael L. Buesgens

                                September 5, 2008

# CERTIFICATE OF SERVICE

I HEREBY Certify that I sent one true copy of the foregoing by priority mail delivery confirmation on this 5th day of September 2008 to

1. **Major General Jack L. Rives**
   The Judge Advocate General
   United States Air Force
   1420 Air Force Pentagon, Room 4E112
   Washington, DC 20330-1420
   Phone: 703-614-5732
   Fax: 703-614-8894
   Email: jack.rives@pentagon.af.mil

2. **Charles Eads Brown, Eviction Attorney**
   **HUD case No. 06-06-0293-8**
3. Gregory S. Cagle, Attorney
   Armbrust & Brown, LLP
4. Chester Earl Beaver, Jr., City of Austin Attorney
5. Felix Tarango, Travis County Attorney
6. R. Barry Robinson, Assistant U.S. Attorney
   Hunter-Kelsey Mortgage Brokers
   Casey Lending
   3624 North Hills Drive, B100
   Austin, Texas 78731

7. **Hilary Lyn Reyes**, Air Force Reserves
   A. Voir Dire Member
   B. **Trial January 26, 2006**
   C. Eviction case No. 041509 Austin, Texas
      8801 Ranch Road 620 North, Apartment 822
      Austin, Texas 78726
      Phone: 512-689-8072

8. **Shelley Bush Marmon, Attorney**
9. Alan Roswell Weiner, **Voir Dire Member**
10. Megan Goeres Galloway, **Paid for Volunteer Witness**
11. Andiruh Dev Sarwal, Attorney-**Weimaraner Dog**
12. Melanie P. Sarwal, Attorney, **Spouse**
    4441 Verone
    Bellaire, Texas 77401-5211

13. **Douglas G. Houser**
    **Bullivant, Houser, Bailey, PC**
14. R. Daniel Lindahl, Appellate Attorney
15. Scott Goeres Galloway, Recalcitrant Witness
16. Maren J. Holmboe, Attorney
17. Patricia Goeres Galloway, Recalcitrant Witness
18. Falcon Ridge Apartments
19. Arnold Carl Tauch, Real Estate Developer
20. Jack Cregg Moss, Litigation Manager
    888 SW Fifth Avenue, Suite 300
    Portland, Oregon 97204

21. **Kim Kendrick, Assistant Secretary**
    U.S. Department of Housing & Urban Development
    **HUD** case No. **06-06-0293-8**
    Mail Code E, Room 5100
    451 Seventh Street, SW
    Washington, DC 20410

22. **Judge Earl Leroy Yeakel III**
23. Judge Sam Sparks
24. Magistrate Judge Robert L. Pitman
    **U.S. District Court for the Western District of Texas Austin Division**
    A. Civil No. 1:06CV00260-LY
    B. Civil No. 1:06CV00226-LY-RP
    C. Cause No. C-1-CV-06-000678
       200 West 8th Street
       Austin, Texas 78701

4

*[signature]*

**Michael L. Buesgens**
Plaintiff

3112 Windsor Rd, Ste A322
Austin, Texas 78703
Phone: 512-339-6005X7958
Email: <u>mikebuesgens@hotmail.com</u>
**September 5, 2008**

5

**PLAINTIFF BUESGENS EXHIBIT**

September 5, 2008

**MICHAEL L. BUESGENS**
Former Tenant Falcon Ridge Apartments
Former IRS Employee
**CURRENT ADDRESS**
Extended Stay Hotel
8221 North IH 35, Room 459
Austin, Texas 78753
Phone: 512-339-6005X7958
**MAILING ADDRESS**
3112 Windsor Rd, Ste A322
Austin, Texas 78703
Email: mikebuesgens@hotmail.com

**RE: HILARY LYN REYES, WITNESS, VOIR DIRE MEMBER
EVICTION CASE NO. 041509
TRIAL JANUARY 26, 2006
JUSTICE OF THE PEACE, PRECINCT NO. 5
TRAVIS COUNTY, AUSTIN, TEXAS
RLATED HUD CASE NO. 06-06-0293-8**

TO

**Major General Jack L. Rives
The Judge Advocate General**
United States Air Force
1420 Air Force Pentagon, Room 4E112
Washington, DC 20330-1420
Phone: 703-614-5732
Fax: 703-614-8894
Email: jack.rives@pentagon.af.mil

1

Dear Major General Jack L. Rives:

Plaintiff-Pro Se Buesgens is requesting your assistance with the following:

**Testimony and/or affidavit** from **Hilary Lynn Reyes**, voir dire member and air force reservist Austin, Texas.

**See** the enclosed exhibit Plaintiff Buesgens **telephone tape recording** of his 2007 telephone conversation with Hilary Lynn Reyes.

## BACKGROUND

Attorney Charles Eads Brown, Falcon Ridge Apartments, Arnold Carl Tauch, and Jack Cregg Moss Real Estate Developers filed **retaliatory** (See HUD case No. 06-06-0293-8) **eviction suit** against Plaintiff Buesgens on December 30, 2006.

**Trial** held on **January 26, 2006** at Justice of the Peace, Precinct 5 Travis County Austin, Texas. Eviction **case** No. **041509**.

2

**Hilary Lyn Reyes, USAF** was a member of jury selection voir dire on **January 26, 2006.** Miss Reyes was not selected for jury service.

On January 26, 2006, Attorney Charles Eads Brown **polluted the well** at jury selection voir dire questioning.

Attorney Brown asked voir dire what they knew about medical disability bipolar and bipolar medications.

**Hilary Lyn Reyes** and the other voir dire members are **witnesses** to this misconduct by attorney Charles Eads Brown.

Voir Dire members **refuse** to come forward and speak the truth **despite** Plaintiff Buesgens **numerous** requests for their testimony, **requests** that **began** in **2006.**

Plaintiff Buesgens has **never** been allowed to **subpoena** voir dire members. **See** civil actions **1:06CV00260-SS** and **cause** No. **C-1-CV-06-000678** and **1:06CV00226-LY** Austin, Texas.

3

### HILARY LYNN REYES, USAF, VOIR DIRE MEMBER

Plaintiff Buesgens contacted Hilary Lyn Reyes by telephone in **2006** and **2007**. Buesgens requested her testimony and/or her affidavit. Each time Miss Reyes told Buesgens she was in the **Air Force Reserve** and would submit affidavit in **three weeks**.

Hilary Lyn Reyes has **failed** to produce the affidavit. Reyes failures were a **contributing cause** in Buesgens **losses** in civil No. **1:06CV00260-LY** and **Cause No. C-1CV-06-000678** and civil No. **1:06CV00226-LY-RP**.

Plaintiff Buesgens has **potential** and **pending** litigation against Charles Eads Brown, R. Barry Robinson, AUSA, and U.S. Department of Housing and Urban Development. **For example**, see civil No. **1:06CV01964-RBW** U.S. District Court for the **District of Columbia**.

4

## RELIEF

Plaintiff Buesgens is **requesting** an **order** from **Major General Jack L. Rives** to **Hilary Lyn Reyes**, USAF. **Order Miss Reyes** to produce testimony or affidavit to U.S. District Court for the District of Columbia in civil No. **1:06CV01964-RBW**.

Sincerely,

*[signature]*

**Michael L. Buesgens**
Plaintiff
Civil No. 1:06CV01964-RBW

**September 5, 2008**

**Certificate of Service, See** Plaintiff Buesgens court filing dated September 5, 2008, in civil action No. **1:06CV01964-RBW**.

5

*SEPTEMBER 5, 2008*

**Mike Buesgens**

| | |
|---|---|
| **From:** | "Belle, Windolyn P Civ USAF AETC 12 FTW/JA" <Windolyn.Belle@RANDOLPH.AF.MIL> |
| **To:** | "Mike Buesgens" <mikebuesgens@hotmail.com> |
| **Sent:** | Friday, September 05, 2008 10:04 AM |
| **Subject:** | RE: AIR FORCE RESERVE-LEGAL DIVISION |

Mr. Buesgens,

The base legal office does not process or provide the information you
requested. To better assist you, do you know what base the person in
question is assigned to? If the reserve member is assigned to Randolph
AFB, you may contact the Freedom Of Information Act (FOIA) Manager via
email at foia@randolph.af.mil for assistance, otherwise, contact the Air
Reserve Personnel Center located in Colorado Springs, CO. The POC is
Mr. Melvin Hall, (303) 676-6347.

Respectfully,

12 FTW/JA Client Services


-----Original Message-----
From: Mike Buesgens [mailto:mikebuesgens@hotmail.com]
Sent: Thursday, September 04, 2008 12:08 AM
To: 12 FTW/JA Inbox
Subject: AIR FORCE RESERVE-LEGAL DIVISION

09/04/2008

Michael L. Buesgens
3112 Windsor Rd, Ste A322
Austin, Texas 78703
Email: mikebuesgens@hotmail.com

9/5/2008

RE: Legal Issue (Testimony-Affidavit) Regarding Air Force Reserve Hilary Lyn Reyes
      Austin, Texas

      I am requesting the name of the air base and commanding officer for

Hilary Lynn Reyes.


Sincerely,

Michael L. Buesgens

9/5/2008